**United States Bankruptcy Court**
**Central District of California**

In re   Stonebridge Ventures, LLC                                    Case No. _____

                                 Debtor(s)                            Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Joshua R. Pukini, declare under penalty of perjury that I am the Authorized Signor of **Stonebridge Ventures, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **8th** day of **September**, 20**22**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joshua R. Pukini, The Authorized Signor of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Joshua R. Pukini, The Authorized Signor of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joshua R. Pukini, The Authorized Signor of this Corporation is authorized and directed to employ **Summer Shaw**, **Esq.**, attorney and the law firm of **SHAW & HANOVER, PC** to represent the corporation in such bankruptcy case."

Date   9/8/22                                Signed   _[signature]_

Resolution of Board of Directors
of
**Stonebridge Ventures, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joshua R. Pukini, The Authorized Signor of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Joshua R. Pukini, The Authorized Signor of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joshua R. Pukini, The Authorized Signor of this Corporation is authorized and directed to employ **Summer Shaw, Esq.**, attorney and the law firm of **SHAW & HANOVER, PC** to represent the corporation in such bankruptcy case.

Date  9/8/22                              Signed  _[signature]_

Date  _____              Signed  _____