United States Bankruptcy Court

Central District of California

In re:  
Stonebridge Ventures, LLC  
    Debtor

Case No. 22-11556-TA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Sep 13, 2022      Form ID: 309F1      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41284754 | + | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41284753 | + | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41284755 | + | Baocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41284759 | + | Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41284761 | + | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41284760 | + | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41284763 | | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41284762 | + | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ss@shaw.law | Sep 14 2022 00:49:00 | Summer M Shaw, Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211 |
| smg | EDI: EDD.COM | Sep 14 2022 04:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Sep 14 2022 04:48:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: IRS.COM | Sep 14 2022 04:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + Email/Text: LAROBankruptcy@SEC.gov | Sep 14 2022 00:49:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 41284756 | EDI: CALTAXFEE | Sep 14 2022 04:48:00 | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41284757 | EDI: EDD.COM | Sep 14 2022 04:48:00 | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41284764 | EDI: CALTAX.COM | Sep 14 2022 04:48:00 | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason   Name and Address**

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Sep 13, 2022 | Form ID: 309F1 | Total Noticed: 17

41284758        *        Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Summer M Shaw | on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Stonebridge Ventures, LLC** <br> Name | EIN | **47–2985950** |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter | **11  9/9/22** |
| Case number: | **8:22-bk-11556-TA** | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                        10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. | **Debtor's full name** | Stonebridge Ventures, LLC |
| 2. | **All other names used in the last 8 years** | |
| 3. | **Address** | 15 Corporate Plaza Drive, Suite 200 <br> Newport Beach, CA 92660 |
| 4. | **Debtor's attorney** <br> Name and address | Summer M Shaw <br> Shaw & Hanover, PC <br> 42–600 Cook Street <br> Suite 210 <br> Palm Desert, CA 92211 | Contact phone 760–610–0000 <br><br> Email _____ |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030, <br> Santa Ana, CA 92701–4593 | Hours open: <br> 9:00AM to 4:00 PM <br><br> Contact phone 855–460–9641 <br><br> Dated: 9/13/22 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and creditors. Creditors may attend, but are not required to do so. | **October 13, 2022 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | Location: <br><br> **TELEPHONIC MEETING, CONFERENCE LINE:1–866–919–0527, PARTICIPANT CODE:2240227** |

6/JL

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)    **Notice of Chapter 11 Bankruptcy Case**    page 1

Debtor **Stonebridge Ventures, LLC**                                            Case number **8:22-bk-11556-TA**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Notice of deadline will be sent at a later time.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.<br><br>Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |