PETER C. ANDERSON
United States Trustee
Michael Hauser (SBN 140165)
Attorney for the United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Stonebridge Ventures, LLC<br><br><br>Debtor and Debtor-in-possession<br>_____ | CASE NUMBER:  8:22-bk-11556-TA<br><br>CHAPTER 11<br><br>**STIPULATION REGARDING COURT ORDER DIRECTING THE U.S. TRUSTEE TO APPOINT A CHAPTER 11 TRUSTEE**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE THEODOR ALBERT, CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND PARTIES IN INTEREST:**

This Stipulation ("Stipulation") Regarding Court Order Directing The U.S. Trustee To Appoint A Chapter 11 Trustee in the above captioned case is made by and between Stonebridge Ventures, LLC (the "Debtor") and Peter C. Anderson, the United States Trustee for Region 16 (the "U.S. Trustee").  The parties hereby submit this stipulation requesting that the court direct the U.S. Trustee to appoint a Chapter 11 Trustee in this case. In connection therewith the parties hereby stipulate as follows:

## RECITALS

A. On September 9, 2022, the Debtor filed a voluntary Chapter 11 petition in the United States Bankruptcy Court for the Central District of California.

B. Three days prior to the filing of this case, the Debtor caused to be transferred by grant deed the following properties located in Rancho Mirage, California with the following addresses: 1 Makena Lane, 2 Makena Lane, 4 Makena Lane and 7 Makena Lane ("Transfers"). The Debtor contends that appropriate consideration was given in exchange for the Transfers.

C. *Inter alia*, the U.S. Trustee believes the appointment of a trustee is necessary to investigate the Transfers and, if necessary, take appropriate action. The U.S. Trustee further believes the appointment of a trustee is necessary to sell the property at 5 Makena Lane, subject to overbid. The Debtor contends that a trustee is not necessary, but wishes to cooperate with the U.S. Trustee in whatever way necessary to expedite the sale of 5 Makena Lane and pay its creditors in full.

D. Based on the foregoing, the parties have agreed, subject to Court approval, that the court approve this Stipulation and enter an order directing the U.S. Trustee to appoint a Chapter 11 trustee in this case.

E. The proposed order approving this Stipulation will be uploaded by the U.S. Trustee via L.O.U. system.

DATED: September 22, 2022         PETER C. ANDERSON
                                  UNITED STATES TRUSTEE

                                  *Michael Hauser*
                                  _____
                                  By:   Michael Hauser
                                  Attorney for the U.S. Trustee

*(Signatures continued on the next page)*

DATED: September 22, 2022    SHAW & HANOVER, PC

_____
By:    Summer Shaw
Attorneys for the Debtor

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160, SANTA ANA, CA 92701

A true and correct copy of the foregoing document described as
**STIPULATION REGARDING COURT ORDER DIRECTING THE U.S. TRUSTEE TO APPOINT A CHAPTER 11 TRUSTEE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 23, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

- Michael J Hauser    michael.hauser@usdoj.gov
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **September 23, 2022,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stonebridge Ventures, LLC
Attn: Joshua R. Pukini
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 23, 2022,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 23, 2022 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Type Name* | *Signature* |