**Fill in this information to identify the case:**

Debtor name    Stonebridge Ventures, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    8:22-bk-11556

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■ Amended *Schedule*    **Statement of Related Cases**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/23/2022          X _____
                                    Signature of individual signing on behalf of debtor

                                    Joshua R Pukini
                                    Printed name

                                    Director/CFO
                                    Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **Debtor, Med Equity, LLC filed a Chapter 11 bankruptcy on 03/26/2021 in the Central District of California, Los Angeles Division, known as case number 2:21-bk-12447-ER. Case is still pending.**

    **Debtor, AB Capital, LLC, Involuntary Petition was filed as a Chapter 7 bankruptcy on 09/15/2022 in the Central District of California, Santa Ana Division, known as case number 8:22-bk-11585-TA. Case is still pending. Post-filing related case but disclosed out of caution.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Newport Beach_, California.

Date: _9/23/2022_

_Joshua R Pukini_
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                        Page 1         **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: |
|---|
| Debtor name    **Stonebridge Ventures, LLC** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known)   **8:22-bk-11556** |

☐ Check if this Is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $    2,800,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    251.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    2,800,251.00

**Part 2:**    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    8,351,964.20

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    3,600,200.00

4.    Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b      $    11,952,164.20

**Fill in this information to identify the case:**

Debtor name **Stonebridge Ventures, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **8:22-bk-11556**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. **Wells Fargo Bank** | **Checking Account** | 8946 | $251.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $251.00 |

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

11.    Accounts receivable

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | |

| Debtor | **Stonebridge Ventures, LLC** | Case number (If known) **8:22-bk-11556** |
|---|---|---|
| | Name | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Real property located at 5 Makena Lane, Rancho Mirage, CA 92270, APN 682-031-005 (Single Family Residence that is 95% complete)** | Fee simple | $0.00 | Comparable sale | $2,800,000.00 |

| Debtor | **Stonebridge Ventures, LLC** | Case number *(If known)* **8:22-bk-11556** |
|---|---|---|
| | Name | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$2,800,000.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

**71.** **Notes receivable**
Description (include name of obligor)
**4 - $500,000 notes from AB Capital LFD, Inc.**

| 2,000,000.00 | - | 0.00 | = | Undetermined |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential claims against the Baiocchi Family Limited Partnership and its principal for various claims including, but not limited to, business interference and wrongful foreclosure**
Nature of claim

Amount requested              **TBD**

Undetermined

**Potential claims against Darryl Lewis relating to the purchase agreement for 5 Makena**
Nature of claim

Amount requested              **TBD**

Undetermined

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,

| Debtor | **Stonebridge Ventures, LLC** | Case number *(If known)* **8:22-bk-11556** |
|---|---|---|
| | Name | |

country club membership

78. **Total of Part 11.**                                                                                          $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Stonebridge Ventures, LLC**    Case number *(if known)*  **8:22-bk-11556**
      Name

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $251.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $2,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $251.00 | + 91b. $2,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,800,251.00 |

**Fill in this information to identify the case:**

Debtor name   **Stonebridge Ventures, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:22-bk-11556**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **AB Capital, LLC**<br>Creditor's Name<br>**Attn: Officer, Director or Managing Agent**<br>**15 Corporate Plaza, Suite 200**<br>**Newport Beach, CA 92660**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**08/09/2021**<br>**Last 4 digits of account number**<br>**4800**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Baiocchi Family, LP**<br>**2. AB Capital, LLC**<br>**3. Riverside County Tax Collector** | Describe debtor's property that is subject to a lien<br>**Real property located at 5 Makena Lane, Rancho Mirage, CA  92270, APN 682-031-005 (Single Family Residence that is 95% complete)**<br><br>Describe the lien<br>**2nd Trust Deed**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$405,399.55** | **$2,800,000.00** |
| **2.2** **AB Capital, LLC**<br>Creditor's Name<br>**Attn: Officer, Director or Managing Agent**<br>**15 Corporate Plaza Drive, Suite 200**<br>**Newport Beach, CA 92660**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>**Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**<br><br>Describe the lien<br>**1st Trust Deed**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$2,000,000.00** | **$0.00** |

Debtor    **Stonebridge Ventures, LLC**_____     Case number (if known)   **8:22-bk-11556**
_____Name_____

| | |
|---|---|
| **Date debt was incurred**<br>**08/24/2021**<br>**Last 4 digits of account number**<br>**7280** | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Do multiple creditors have an<br>interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Alisa Arkenberg** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**(Debtor will amend when
information becomes
available)**

Creditor's mailing address

**Fractional Interst in Deed of Trust secured
against property located at 4 Makena Lane,
Ranch Mirage, CA which the Debtor
transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/01/2021**
**Last 4 digits of account number**
**6556**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Baiocchi Family, LP** | Describe debtor's property that is subject to a lien | $1,748,536.64 | $2,800,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 Hudson Lane
Aptos, CA 95003**

Creditor's mailing address

**Real property located at 5 Makena Lane,
Rancho Mirage, CA  92270, APN 682-031-005
(Single Family Residence that is 95%
complete)**

Describe the lien
**1st Trust Deed**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/16/2021**
**Last 4 digits of account number**
**8136**

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Debtor   **Stonebridge Ventures, LLC**                                    Case number (if known)   **8:22-bk-11556**
_____
Name

| 2.5 | **Brentwood Finance Comany LLC** | | $1,850,000.00 | $0.00 |

Creditor's Name

**Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite 155
South San Francisco, CA 94080**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Fractional interest in Deed of Trust secured against property located at 2 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**06/30/2021**
Last 4 digits of account number
**7998**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Cory Graham Sottek** | | $100,000.00 | $0.00 |

Creditor's Name

**(Debtor will amend when information becomes available)**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**04/01/2021**
Last 4 digits of account number
**6556**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Jack D. Brewer** | | $50,000.00 | $0.00 |

Creditor's Name

**(Debtor will amend when information becomes available)**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Franctional interest in a Deed of Trust secured against property located at 2 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No

Debtor   **Stonebridge Ventures, LLC**
_____
 Name                                              Case number (if known)    **8:22-bk-11556**

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**09/2022**                                        ■ No
**Last 4 digits of account number**               ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**4942**
**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply
■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.

---

| 2.8 | **Jaclyn Maduff, Trustee of the** | | |

Creditor's Name
**Jaclyn Maduff Family Trust**        **Describe debtor's property that is subject to a lien**
**(Debtor will amend when**           **Fractional Interst in Deed of Trust secured**      $50,000.00     $0.00
**information becomes**               **against property located at 4 Makena Lane,**
**available)**                        **Ranch Mirage, CA which the Debtor**
Creditor's mailing address            **transferred to AB Capital LFD, Inc.**

                                      **Describe the lien**
                                      **Deed of Trust**
                                      **Is the creditor an insider or related party?**
Creditor's email address, if known    ■ No
                                      ☐ Yes
                                      **Is anyone else liable on this claim?**
**Date debt was incurred**            ■ No
**04/01/2021**                        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**6556**                              **As of the petition filing date, the claim is:**
**Do multiple creditors have an**     Check all that apply
**interest in the same property?**    ☐ Contingent
■ No                                  ☐ Unliquidated
☐ Yes. Specify each creditor,         ☐ Disputed
including this creditor and its relative
priority.

---

| 2.9 | **JLoanCo, Inc.** | | |

Creditor's Name
**Attn: Officer, Director or**         **Describe debtor's property that is subject to a lien**
**Managing Agent**                    **Fractional Interst in Deed of Trust secured**     $150,000.00     $0.00
**3780 King Ranch Road**              **against property located at 4 Makena Lane,**
**Ukiah, CA 95482**                   **Ranch Mirage, CA which the Debtor**
Creditor's mailing address            **transferred to AB Capital LFD, Inc.**

                                      **Describe the lien**
                                      **Deed of Trust**
                                      **Is the creditor an insider or related party?**
Creditor's email address, if known    ■ No
                                      ☐ Yes
                                      **Is anyone else liable on this claim?**
**Date debt was incurred**            ■ No
**04/01/2021**                        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**6556**                              **As of the petition filing date, the claim is:**
**Do multiple creditors have an**     Check all that apply
**interest in the same property?**

---

Debtor    Stonebridge Ventures, LLC                              Case number (if known)    8:22-bk-11556
_____Name_____

| | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 0** | **Keith A. Rowell, Trustee** | Describe debtor's property that is subject to a lien | $115,000.00 | $0.00
Creditor's Name
**of the Keith A. Rowell Trust (Debtor will amend when information becomes available)** | **Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**
Creditor's mailing address

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
Date debt was incurred
**05/16/2016**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**8345**
Do multiple creditors have an interest in the same property?    As of the petition filing date, the claim is:
Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated
☐ Disputed

---

**2.1 1** | **Koonce Family Enterprise, LP** | Describe debtor's property that is subject to a lien | $300,000.00 | $0.00
Creditor's Name

**(Debtor will amend when information becomes available)** | **Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**
Creditor's mailing address

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
Date debt was incurred
**04/01/2022**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**6556**
Do multiple creditors have an interest in the same property?    As of the petition filing date, the claim is:
Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated
☐ Disputed

---

**2.1 2** | **Las Palmas Group Retirement Trust** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Stonebridge Ventures, LLC**
_____    Case number (if known)    **8:22-bk-11556**
Name

Creditor's Name
**Barry Nisen, Trustee
(Debtor will amend when
information becomes
available)**

**Fractional Interst in Deed of Trust secured
against property located at 4 Makena Lane,
Ranch Mirage, CA which the Debtor
transferred to AB Capital LFD, Inc.**

Creditor's mailing address

Describe the lien
**Deed of Trust**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred
**04/01/2021**
Last 4 digits of account number
**6556**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Linda T. Seckler-Rufkahr, Trustee of** | | **$200,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name
**The Rufkahr Family Trust
(Debtor will amend when
information becomes
available)**

Describe debtor's property that is subject to a lien
**Fractional Interst in Deed of Trust secured
against property located at 4 Makena Lane,
Ranch Mirage, CA which the Debtor
transferred to AB Capital LFD, Inc.**

Creditor's mailing address

Describe the lien
**Deed of Trust**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred
**04/01/2021**
Last 4 digits of account number
**6556**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Luis Enrique Gomez** | | **$50,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**(Debtor will amend when
information becomes
available)**

Describe debtor's property that is subject to a lien
**Fractional Interest in Deed of Trust secured
against property located at 4 Makena Lane,
Ranch Mirage, CA which the Debtor
transferred to AB Capital LFD, Inc.**

Creditor's mailing address

Describe the lien
**Deed of Trust**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Debtor      **Stonebridge Ventures, LLC**                                    Case number (if known)    **8:22-bk-11556**
_____
Name

Date debt was incurred                  ■ No
**05/13/2022**                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**8345**
Do multiple creditors have an           As of the petition filing date, the claim is:
interest in the same property?          Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.1 5 | **Mainstar Trust Custodian FBO** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |

Creditor's Name

**Richard W. Walker IRA (Debtor will amend when information is available)**

**Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Creditor's mailing address

Describe the lien
**Deed of Trust**
_____
Is the creditor an insider or related party?

Creditor's email address, if known      ■ No
                                         ☐ Yes
                                         Is anyone else liable on this claim?

Date debt was incurred                   ■ No
**04/01/2021**                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**6556**
Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.1 6 | **Marc Treitler, Trustee of the** | Describe debtor's property that is subject to a lien | $300,000.00 | $0.00 |

Creditor's Name
**Treitler Family Trust 9950 Scripps Lake Drive, #101 San Diego, CA 92131**

**Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Creditor's mailing address

Describe the lien
**Deed of Trust**
_____
Is the creditor an insider or related party?

                                         ■ No
Creditor's email address, if known       ☐ Yes
                                         Is anyone else liable on this claim?

Date debt was incurred                   ■ No
**04/01/2021**                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**6556**
Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

Debtor    **Stonebridge Ventures, LLC**                                    Case number (if known)    **8:22-bk-11556**
               Name

| 2.1 7 | **Mario Melillo** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |

Creditor's Name

**(Debtor will amend when
information becomes
available)**

Creditor's mailing address

**Fractional Interest in Deed of Trust secured
against property located at 4 Makena Lane,
Ranch Mirage, CA which the Debtor
transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**04/01/2021**
Last 4 digits of account number
**6556**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.1 8 | **Noreen Kennedy, Trustee
of the** | Describe debtor's property that is subject to a lien | $100,000.0 0 | $0.00 |

Creditor's Name

**Noreen Kay Kennedy
Separate Prop Tr
(Debtor will amend when
information becomes
available)**

Creditor's mailing address

**Fractional Interest in Deed of Trust secured
against property located at 4 Makena Lane,
Ranch Mirage, CA which the Debtor
transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**04/13/2022**
Last 4 digits of account number
**6556**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.1 9 | **Renewable Farms** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |

Creditor's Name

**Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit
F
Santa Ana, CA 92705**

Creditor's mailing address

**Deed of Trust secured against property
located at 2 Makena Lane, Ranch Mirage, CA
which the Debtor transferred to AB Capital
LFD, Inc.**

Describe the lien
**Deed of Trust**

Debtor    **Stonebridge Ventures, LLC**
　　　　　Name

Case number (if known)    **8:22-bk-11556**

---

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**06/30/2021**
Last 4 digits of account number
**7998**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Riverside County Tax Collector** | | | |
|---|---|---|---|---|

Creditor's Name
**Matt Jennings
Treasurer-Tax Collect
4080 Lemon Street, 1st
Floor
Riverside, CA 92501**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Real property located at 5 Makena Lane,
Rancho Mirage, CA  92270, APN 682-031-005
(Single Family Residence that is 95%
complete)**

$18,028.01      $2,800,000.00

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**1005**

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Robert L. Brattrud, Trustee of the** | | | |
|---|---|---|---|---|

Creditor's Name
**Robert L. Brattrud
Revocable Trust
(Debtor will amend when
information becomes
available)**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Fractional Interest in Deed of Trust secured
against property located at 4 Makena Lane,
Ranch Mirage, CA which the Debtor
transferred to AB Capital LFD, Inc.**

$50,000.00      $0.00

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**09/16/2016**
Last 4 digits of account number
**8345**

---

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 2**

**Snyder St. Peter Family 2015 Trust**
Creditor's Name

**William Henri Snyder & (Debtor will amend when information becomes available)**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
09/2022
**Last 4 digits of account number**
4942

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Fractional Interest in Deed of Trust secured against property located at 2 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00     $0.00

---

**2.2 3**

**Wayne C. Rowell, Trustee of the**
Creditor's Name

**Wayne C. Rowell Revocable Trust (Debtor will amend when information is available)**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
05/13/2016
**Last 4 digits of account number**
8345

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including its relative priority.

**Describe debtor's property that is subject to a lien**

**Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$115,000.00     $0.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$8,351,964.20

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor   **Stonebridge Ventures, LLC**                          Case number (if known)   **8:22-bk-11556**
         <sub>Name</sub>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AB Capital, LLC**<br>Attn: Agent for Service of Process<br>15 Corporate Plaza<br>Suite 200<br>Newport Beach, CA 92660 | Line **2.1** | |
| **AB Capital, LLC**<br>Attn: Agent for Service of Process<br>15 Corporate Plaza<br>Suite 200<br>Newport Beach, CA 92660 | Line **2.2** | |
| **Baiocchi Family Limited Partnershi**<br>c/o Lenders T.D. Service, Inc.<br>24422 Avenida De La Carlota, #280<br>Laguna Hills, CA 92653 | Line **2.4** | 4756 |
| **Brentwood Finance Company, LLC**<br>Attn: Agent for Service of Process<br>180 S. Spruce Avenue, Suite 155<br>South San Francisco, CA 94080 | Line **2.5** | |
| **JLoanCo, Inc.**<br>Attn: Agent for Service of Process<br>3780 King Ranch Road<br>Ukiah, CA 95482 | Line **2.9** | |
| **Renewable Farms**<br>c/o FCI Lender Services, Inc.<br>8180 E. Kaiser Boulevard<br>Anaheim, CA 92808 | Line **2.19** | |
| **Renewable Farms**<br>Attn: Agent for Service of Process<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705 | Line **2.19** | |
| **Riverside County Tax Collector**<br>Attn: Matt Jennings<br>PO Box 12005<br>Riverside, CA 92502-2205 | Line **2.20** | |

**Fill in this information to identify the case:**

Debtor name  **Stonebridge Ventures, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:22-bk-11556**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.1  Priority creditor's name and mailing address
**California Department of Tax and
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055**

Date or dates debt was incurred

Last 4 digits of account number **5950**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only - Listed in caution, no known debt**

Is the claim subject to offset?
■ No
☐ Yes

Total claim  **$0.00**    Priority amount  **$0.00**

2.2  Priority creditor's name and mailing address
**Employment Development
Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001**

Date or dates debt was incurred

Last 4 digits of account number **5950**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only - Listed in caution, no known debt**

Is the claim subject to offset?
■ No
☐ Yes

Total claim  **$0.00**    Priority amount  **$0.00**

Debtor    **Stonebridge Ventures, LLC** _____    Case number (if known)    **8:22-bk-11556**
        Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.3 Priority creditor's name and mailing address

**State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952**

Date or dates debt was incurred

Last 4 digits of account number **5950**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only - Listed in caution, no known debt**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,600,000.00 |
|---|---|---|---|

**Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612**

Date(s) debt was incurred **08/2020**

Last 4 digits of account number **3502**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit - Real estate purchase agreement relating to 5 Makena**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

Date(s) debt was incurred **12/2021 - 12/2022**

Last 4 digits of account number **5950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luna Construction Management, LLC
Attn: Officer, Director or
Managing Agent
501 S. Olive Street
Anaheim, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **322,365.25 owed to Subcontractors each will
separately be listed on Sch F
(Debtor will amend when information becomes available)**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive
Suite 103-395
Palm Springs, CA 92262** | Line **3.1**

☐ Not listed. Explain _____ | _ |

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Garcia Rainey Blank & Bowerbank LLP**<br>**Attorneys for Darryl Lewis &**<br>**Sanna Akhtanova**<br>**695 Town Center Drive, Suite 540**<br>**Costa Mesa, CA 92626** | Line **3.1**<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 **Luna Construction Management, LLC**<br>**Attn: Agent for Service of Process**<br>**501 S. Olive Street**<br>**Anaheim, CA 92805** | Line **3.3**<br><br>☐ Not listed. Explain _____ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,600,200.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,600,200.00 |

**Fill in this information to identify the case:**

Debtor name  **Stonebridge Ventures, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:22-bk-11556**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1.  State what the contract or
      lease is for and the nature of
      the debtor's interest

      **Real estate purchase
      agreement.**

      State the term remaining

      List the contract number of any
      government contract

      **Darryl Lewis and Sanna Akhtanova
      c/o Polis & Associates
      Attn: Thomas J. Polis
      19800 MacArthur Blvd., Ste. 1000
      Irvine, CA 92612**

**Fill in this information to identify the case:**

Debtor name __**Stonebridge Ventures, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (If known) __**8:22-bk-11556**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                  *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>_____<br>City      State      Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City      State      Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City      State      Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City      State      Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Stonebridge Ventures, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:22-bk-11556**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other   **Debtor will amend when information becomes available** | $0.00 |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Debtor will amend when information becomes available** | $0.00 |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $-338,333.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Darryl Lewis and Sanna Akhtanova vs. Stonebridge Ventures, LLC, CalPac Management, Inc., Joshua Raymond Pukini, Ryan Justin Young, Edmund Valasquez, and Luna Construction Management CVPS2203502** | **Complaint for Breach of Contract** | **Superior Court of California County of Riverside** 3255 East Tahquitz Canyon Way **Palm Springs, CA 92262** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Debtor    **Stonebridge Ventures, LLC**                                                                          Case number (if known)  **8:22-bk-11556**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SHAW & HANOVER, PC**<br>42-600 Cook Street, Suite 210<br>Palm Desert, CA 92211 | **Debtor's counsel received a pre-petition retainer of $11,738 of which $2,980 was used for pre-petition legal fees for the Debtor and $1,738 for the filing fee.** | 09/08/2022 | $11,738.00 |
| | Email or website address<br>ss@shaw.law | | | |
| | Who made the payment, if not debtor?<br>**Josh Pukini** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   Stonebridge Ventures, LLC                                    Case number (if known)  8:22-bk-11556

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | AB Capital LFD, Inc.<br>15 Corporate Plaza Drive<br>Newport Beach, CA 92660 | 7 Makena Lane, Rancho Mirage, CA<br>92270 - Debtor received a note in the<br>amount of $500.000.00 in exchange for<br>transfer of the property. | 09/01/2022 | $500,000.00 |
| | Relationship to debtor<br>Wholly owned entity of<br>insiders of the Debtor | | | |
| 13.2 | AB Capital LFD, Inc.<br>15 Corporate Plaza Drive<br>Newport Beach, CA 92660 | 4 Makena Lane, Rancho Mirage, CA<br>92270 - Debtor received a note in the<br>amount of $500.000.00 in exchange for<br>transfer of the property. | 09/01/2022 | $500,000.00 |
| | Relationship to debtor<br>Wholly owned entity of<br>insiders of the Debtor | | | |
| 13.3 | AB Capital LFD, Inc.<br>15 Corporate Plaza Drive<br>Newport Beach, CA 92660 | 2 Makena Lane, Rancho Mirage, CA<br>92270 - Debtor received a note in the<br>amount of $500.000.00 in exchange for<br>transfer of the property. | 09/01/2022 | $500,000.00 |
| | Relationship to debtor<br>Wholly owned entity of<br>insiders of the Debtor | | | |
| 13.4 | Debtor will amend when<br>remaining<br>information is available. | | | $0.00 |
| | Relationship to debtor | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   **Address**                                                    Dates of occupancy
                                                                   From-To

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   **Facility name and address**       **Nature of the business operation, including type of services**       **If debtor provides meals**
                                        **the debtor provides**                                                **and housing, number of**
                                                                                                               **patients in debtor's care**

**Part 9:**   Personally Identifiable Information

Debtor    **Stonebridge Ventures, LLC**                                    Case number (if known)    **8:22-bk-11556**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor   **Stonebridge Ventures, LLC**                                    Case number (if known)   **8:22-bk-11556**

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Mark W. Norred, CPA**<br>**26131 Marguerite Pkwy., Suite E**<br>**Mission Viejo, CA 92692** | **2015 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    **Stonebridge Ventures, LLC**                                  Case number (if known)  **8:22-bk-11556**

statement within 2 years before filing this case.

■ **None**

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cal-Pac Distressed Real Estate | Fund I, LLC<br>15 Corporate Plaza, Suite 200<br>Newport Beach, CA 92660 | Owner/Managing Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Josh Pukini | 15 Corporate Plaza, Suite 200<br>Newport Beach, CA 92660 | Authorized signer for LLC manager | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Stonebridge Ventures, LLC _____    Case number *(if known)*  8:22-bk-11556

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9/22/2022_____

_____          Joshua R Pukini
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Director/CFO _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Stonebridge Ventures, LLC**

_____
Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ..................................................... | $ | Pursuant to hourly fee agreement and Application to employ to be approved by this Court |
| Prior to the filing of this statement I have received ........................................ | $ | 4718.00[1] |
| Balance Due ....................................................................................................... | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor   ☑ Other (specify):   Joshua R Pukini

3.  The source of compensation to be paid to me is:

    ☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/23/22
_____
Date

Summer Shaw, Esq.
_____
Signature of Attorney
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
(760) 610-0000  Fax: (760) 687-2800
ss@shaw.law
_____
Name of law firm

---

[1]$2980.00 was received for pre-petition attorney fees and $1738.00 was received for the filing fee for this case.