Peter C. Anderson
United States Trustee
Michael Hauser, SBN 140165
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
michael.hauser@usdoj.gov

**FILED & ENTERED**

SEP 26 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Stonebridge Ventures, LLC,<br><br><br><br>                    Debtor. | CASE NUMBER: 8:22-bk-11556-TA<br><br>CHAPTER 11<br><br>**ORDER APPROVING STIPULATION REGARDING COURT ORDER DIRECTING THE U.S. TRUSTEE TO APPOINT A CHAPTER 11 TRUSTEE**<br><br><br>Date:   [NO HEARING REQUIRED]<br>Time:<br>Courtroom:   5B |

The Court having read and considered the *Stipulation Regarding Court Order Directing The U.S. Trustee to Appoint a Chapter 11 Trustee* filed on September 23, 2022 at Docket # 13 ("Stipulation") and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. The U.S. Trustee is directed to appoint a Chapter 11 Trustee in this case.

###

Date: September 26, 2022

_____
Theodor C. Albert
United States Bankruptcy Judge