PETER C. ANDERSON
UNITED STATES TRUSTEE
Kenneth M. Misken
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
411 W. 4th St., Suite 7160
Santa Ana, CA  92701
Phone (714) 338-3400
Fax (714) 338-3421
Kenneth.M.Misken@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**Stonebridge Ventures, LLC,**<br><br><br>Debtor. | CASE NUMBER: 8:22-bk-11556-TA<br><br>CHAPTER 11<br><br>NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE |

Pursuant to the Order of this Court entered on September 26, 2022 (the "Order") [Docket #16], directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Arturo Cisneros to serve as the chapter 11 trustee.  The chapter 11 trustee bond is initially set at $10,000.  The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the United States Trustee when changes to the bond amount are required or made. This appointment is made the 28th day of September, 2022.

DATE:  9/28/22

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
PETER C. ANDERSON
United States Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 West 4th St., #7160 Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 28, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Thomas J Polis**    tom@polis-law.com,    paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com,    bclark@raineslaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 28, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor*
Stonebridge Ventures, LLC
Attn: Joshua R. Pukini, CFO/Director
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

*Debtor*
Stonebridge Ventures, LLC
Attn: Joshua R. Pukini, CFO/Director
5 Makena Lane
Ranch Mirage, CA 92270

Arturo Cisneros
3403 Tenth Street, Suite 714
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/28/22 | Jaimee Zayicek | /s/ Jaimee Zayicek |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**