PETER C. ANDERSON
UNITED STATES TRUSTEE
Kenneth M. Misken
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
411 West 4th Street, Suite 7160
Santa Ana, CA  92701-8000
Tel (714) 338-3400; Fax (714) 338-3421
Kenneth.M.Misken@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**Stonebridge Ventures, LLC,**<br><br><br><br><br>Debtor. | CASE NUMBER: 8:22-bk-11556-TA<br><br>CHAPTER 11<br><br><br>APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE AND FIXING BOND<br><br>[NO HEARING REQUIRED] |

　　The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Trustee, and in support thereof, states as follows:

　　1. The Applicant has appointed **Arturo Cisneros** as Trustee in the above captioned case on September 28, 2022.

　　2. Counsel for the Applicant has consulted with the following parties in interest regarding the appointment of the Trustee:

　　a.　Counsel for the Debtor.

　　b.　Counsel for the buyer of 5 Makena Lane.

　　c.　Counsel for creditors holding fractionalized interests in deeds of trust.

1

3. To the best of the Applicant's knowledge, the Trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the Court enter an Order Approving Appointment of **Arturo Cisneros** as Trustee in the above-captioned case.

Dated: September 28, 2022          /s/ Kenneth M. Misken
                                   Kenneth M. Misken
                                   Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE: Stonebridge Ventures, LLC          CASE NO. 8:22-bk-11556-TA

Debtor(s)                                  CHAPTER 11

### VERIFIED STATEMENT OF CHAPTER 11 TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Chapter 11 trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)  am not a creditor, equity security holder or insider of the debtor;

(b)  am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)  do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

I serve as a Panel Trustee and Subchapter V Trustee for the Central District of California and have not served as an examiner in this case.

I hereby accept my appointment as Chapter 11 trustee in this case pursuant to FRBP 2008.

Dated: September 28, 2022

Arturo Cisneros

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 West 4th St., #7160 Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE AND FIXING BOND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 29, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros**   arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Thomas J Polis**   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Summer M Shaw**   ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 29, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor*
Stonebridge Ventures, LLC
Attn: Joshua R. Pukini, CFO/Director
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

*Debtor*
Stonebridge Ventures, LLC
Attn: Joshua R. Pukini, CFO/Director
5 Makena Lane
Ranch Mirage, CA 92270

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/29/22 | Jaimee Zayicek | /s/ Jaimee Zayicek |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**