PETER C. ANDERSON
United States Trustee
Kenneth M. Misken
Assistant United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Kenneth.M.Misken@usdoj.gov

**FILED & ENTERED**

**SEP 29 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Stonebridge Ventures, LLC,<br><br>Debtor. | CASE NUMBER:  8:22-bk-11556-TA<br><br>CHAPTER 11<br><br>ORDER APPROVING THE U.S. TRUSTEE'S APPLICATION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE<br><br>DATE:   NO HEARING REQUIRED<br>TIME:<br>CTRM: |

Upon consideration of the Application for the Appointment of a Chapter 11 Trustee (see Application filed on September 29, 2022 as docket item # 23 filed by the United States Trustee for Region 16 ("U.S. Trustee") and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT** the U.S. Trustee's Application is approved and Arturo Cisneros is appointed as the Chapter 11 Trustee in the above captioned case.

**IT IS ORDERED**.
Date: September 29, 2022

Theodor C. Albert
United States Bankruptcy Judge