Summer Shaw, Esq. (SBN 283598)
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
Telephone No:(760) 610-0000
Facsimile No: (760) 687-2800
Email: ss@shaw.law
*Proposed Attorneys for Debtor,
Stonebridge Ventures, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>                                Debtor. | Case No.: 8:22-bk-11556-TA<br><br>Chapter: 11<br><br>**PROOF OF SERVICE OF NOTICE OF CHAPTER 11 BANKRUPTCY CASE TO NEWLY ADDED CREDITORS**<br><br>**Meeting of Creditors set for:**<br>Date-   October 13, 2022<br>Time-   2:00 p.m.<br>Location- To be held by phone (See attached notice) |

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **42-600 Cook Street, Suite 210, Palm Desert, CA 92211**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 11 BANKRUPTCY CASE WITH MEETING OF CREDITORS INFORMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **09/30/2022**, I checked the CM/ECF docket for this bankruptcy case or



-1-

adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Michael J Hauser     michael.hauser@usdoj.gov
Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On (date) **09/30/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| HONORABLE JUDGE'S COPY<br>Honorable Theodor Albert<br>United States Bankruptcy Court<br>411 West Fourth Street, Suite 5085<br>Santa Ana, CA 92701-4593 | DEBTOR<br>Stonebridge, LLC<br>15 Corporate Plaza Drive, Ste. 200<br>Newport Beach, CA 92660 |
|---|---|

☒ Service information continued on **attached pages 3-4**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/30/2022 | Jennifer Blanton | /s/ Jennifer Blanton |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                        **F 9013-3.1.PROOF.SERVICE**



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:22-bk-11556-TA<br>Central District of California<br>Santa Ana<br>Fri Sep 30 18:53:54 PDT 2022 | Qwan Capital, LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Qwan International Investments, LLC<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 |
| Stonebridge Ventures, LLC<br>15 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660-7941 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | AB Capital, LLC<br>Attn: Agent for Service of Process<br>15 Corporate Plaza<br>Suite 200<br>Newport Beach, CA 92660-7941 |
| AB Capital, LLC<br>Attn: Officer, Director or<br>Managing Agent<br>15 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660-7941 | AB Capital, LLC<br>Attn: Officer, Director or<br>Managing Agent<br>15 Corporate Plaza, Suite 200<br>Newport Beach, CA 92660-7941 | Alisa Arkenberg<br>7933 E. Baker Drive<br>Scottsdale, AZ 85266-2255 |
| Baiocchi Family Limited Partnershi<br>c/o Lenders T.D. Service, Inc.<br>24422 Avenida De La Carlota, #280<br>Laguna Hills, CA 92653-3603 | Baiocchi Family, LP<br>600 Hudson Lane<br>Aptos, CA 95003-2729 | Baocchi Family, LP<br>600 Hudson Lane<br>Aptos, CA 95003-2729 |
| Brentwood Finance Comany LLC<br>Attn: Officer, Director or<br>Managing Agent<br>180 S. Spruce Avenue, Suite 155<br>South San Francisco, CA 94080-4558 | Brentwood Finance Company, LLC<br>Attn: Agent for Service of Process<br>180 S. Spruce Avenue, Suite 155<br>South San Francisco, CA 94080-4558 | California Department of Tax and<br>Fee Administration<br>Special Ops, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 |
| Cory Graham Sottek<br>640 Altamira Court<br>Vista, CA 92081-6310 | Darryl Lewis and Sanna Akhtanova<br>301 N. Palm Canyon Drive<br>Suite 103-395<br>Palm Springs, CA 92262-5672 | Darryl Lewis and Sanna Akhtanova<br>c/o Polis & Associates<br>Attn: Thomas J. Polis<br>19800 MacArthur Blvd., Ste. 1000<br>Irvine, CA 92612-2433 |
| Darryl Lewis and Sanna Akhtanova<br>c/o Thomas J. Polis<br>19800 MacArthur Blvd., Ste. 1000<br>Irvine, CA 92612-2433 | Employment Development Department<br>Bankruptcy Group MIC92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Forge Trust Company CFBO<br>Donald Suskind IRA<br>1160 Industrial Road, #1<br>San Carlos, CA 94070-4128 |
| Garcia Rainey Blank & Bowerbank LLP<br>Attorneys for Darryl Lewis &<br>Sanna Akhtanova<br>695 Town Center Drive, Suite 540<br>Costa Mesa, CA 92626-7692 | Geoffrey P. Field, Trustee of the<br>Geoffrey P. Field Living Trust<br>2100 Camino Vida Roble, Suite A<br>Carlsbad, CA 92011 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JLoanCo, Inc.<br>Attn: Agent for Service of Process<br>3780 King Ranch Road<br>Ukiah, CA 95482-9200 | JLoanCo, Inc.<br>Attn: Officer, Director or<br>Managing Agent<br>3780 King Ranch Road<br>Ukiah, CA 95482-9200 |
| Jaclyn Maduff, Trustee of the<br>Jaclyn Maduff Family Trust<br>2128 Duxbury Circle<br>Los Angeles, CA 90034-1014 | Jean Himmelstein, Trustee of the<br>Jeannette Himmelstein Living Trust<br>10100 Galaxy Way, #2240<br>Los Angeles, CA 90067-3528 | Koonce Family Enterprise, LP<br>Barbara Holt, Advisor<br>517 E. Calle Laureles<br>Santa Barbara, CA 93105-2005 |

Case 8:22-bk-11556-TA    Doc 25    Filed 09/30/22    Entered 09/30/22 19:14:06    Desc
Main Document    Page 4 of 6

Case 8:22-bk-11556-TA    Doc 25    Filed 09/30/22    Entered 09/30/22 19:14:06    Desc
Main Document    Page 4 of 6

Las Palmas Group Retirement Trust
Barry Nisen, Trustee
PO Box 90202
Santa Barbara, CA 93190-0202

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653-3603

Linda T. Seckler-Rufkahr, Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596-9123

Luna Construction Management, LLC
Attn: Agent for Service of Process
501 S. Olive Street
Anaheim, CA 92805-4738

Luna Construction Management, LLC
Attn: Officer, Director or
Managing Agent
501 S. Olive Street
Anaheim, CA 92805-4738

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511-8134

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131-1082

Mario Melillo
2404 Harbor Boulevard, #106
Costa Mesa, CA 92626-6212

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside, CA 92056-4707

Renewable Farms
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808-2277

Richter Wright (a CA general partnership)
Attn: James D. Friedman
32 Burning Tree Rd.
Newport Beach, CA 92660-5105

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Matt Jennings, Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501-3634

State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

(p)ARTURO CISNEROS TR
3403 TENTH STREET SUITE 714
RIVERSIDE CA 92501-3641

Darryl Lewis
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

Saman Jilanchi
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Sanna Akhtanova
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

Summer M Shaw
Shaw & Hanover, PC
42-600 Cook Street
Suite 210
Palm Desert, CA 92211-6108

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501

4 of 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Stonebridge Ventures, LLC | EIN | 47-2985950 |
| | Name | | |
| United States Bankruptcy Court  Central District of California | | Date case filed for chapter 11   9/9/22 | |
| Case number:  8:22-bk-11556-TA | | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                        10/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| 1. | Debtor's full name | Stonebridge Ventures, LLC | |
|---|---|---|---|
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 15 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660 | |
| 4. | Debtor's attorney<br>Name and address | Summer M Shaw<br>Shaw & Hanover, PC<br>42-600 Cook Street<br>Suite 210<br>Palm Desert, CA 92211 | Contact phone  760-610-0000<br><br>Email _____ |
| 5. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4593 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone  855-460-9641<br><br>Dated: 9/13/22 |
| 6. | Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and creditors.<br>Creditors may attend, but are not required to do so. | October 13, 2022 at 02:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | Location:<br><br>**TELEPHONIC MEETING,<br>CONFERENCE LINE:1-866-919-0527,<br>PARTICIPANT CODE:2240227** |

6/JL

For more information, see page 2 >

Debtor  **Stonebridge Ventures, LLC**                                                                    Case number **8:22-bk-11556-TA**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** Notice of deadline will be sent at a later time. |
|---|---|
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | Your claim will be allowed in the amount scheduled unless: |
| | - your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice. |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |