United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

**Recip ID        Recipient Name and Address**
db            + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

**Name            Email Address**

Arturo Cisneros
                on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org

Arturo Cisneros (TR)
                amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Hamid R Rafatjoo
                on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R Rafatjoo
                on behalf of Interested Party Qwan International Investments  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
                on behalf of Interested Party Qwan Capital  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Kenneth Misken
                on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov

| | | | |
|---|---|---|---|
| District/off: 0973-8 | User: admin | | Page 2 of 2 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf042 | | Total Noticed: 1 |

Michael J Hauser
    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Summer M Shaw
    on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 11

PETER C. ANDERSON
United States Trustee
Kenneth M. Misken
Assistant United States Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Kenneth.M.Misken@usdoj.gov

**FILED & ENTERED**

SEP 29 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Stonebridge Ventures, LLC,<br><br><br>                            Debtor. | CASE NUMBER:  8:22-bk-11556-TA<br><br>CHAPTER 11<br><br>ORDER APPROVING THE U.S. TRUSTEE'S APPLICATION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE<br><br><br>DATE:   NO HEARING REQUIRED<br>TIME:<br>CTRM: |

Upon consideration of the Application for the Appointment of a Chapter 11 Trustee (see Application filed on September 29, 2022 as docket item # 23 filed by the United States Trustee for Region 16 ("U.S. Trustee") and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT** the U.S. Trustee's Application is approved and Arturo Cisneros is appointed as the Chapter 11 Trustee in the above captioned case.

**IT IS ORDERED**.
Date: September 29, 2022

_____
Theodor C. Albert
United States Bankruptcy Judge