## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Name, Address, Telephone Numbers, and California State Bar Number (if applicable) | CASE NO.: 8:22-bk-11556-TA |
|---|---|
| Timothy M. Ryan, SBN: 178059<br>Andrew J. Mase, SBN: 300680<br>ecf@theryanfirm.com<br>The Ryan Firm, APC<br>2603 Main Street, Ste. 1225<br>Irvine, CA 9614<br>Telephone: (949) 263-1800<br>Facsimile: (949) 872-2211 | CHAPTER: 7 |
|  | ☑ **REQUEST COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |
| In re: Stonebridge Ventures, LLC,<br>a California limited liability company,<br><br>Debtor(s) | ☐ **REQUEST REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

## REQUEST TO BE ADDED OR REMOVED FROM
## COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

To the Clerk of the U.S. Bankruptcy Court, I hereby:

☑ **Request Courtesy Notification of Electronic Filing.** The above named wishes to receive courtesy electronic notice of all documents filed in the above referenced case. I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered User of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is my responsibility to add myself and my e-mail address to the above referenced case via CM/ECF in order to receive a courtesy NEF.

I further understand this request ***DOES NOT*** impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

I will use docket event "Request for Courtesy Notice of Electronic Filing (NEF)."

☐ **Request Removal from Courtesy Notification of Electronic Filing.** By selecting this option, courtesy notification of court orders and all other pleadings entered on the docket in the above referenced case will no longer be sent via electronic means to the above named.

I will use docket event "Request for REMOVAL from Courtesy Notice of Electronic Filing (NEF)."

**(WARNING: This form must be used to be added or removed from receiving Courtesy NEFs and may NOT be used in place of *Substitution of Attorney* form F 2090-1.4)**

Dated: 10/5/22                  /s/ Andrew J. Mase
                                *Signature*

**(NOTE: This form can only be filed electronically via the Court's CM/ECF system. Scan this form to a PDF document, then file electronically.)**

---

This form is mandatory. It has been approved by the United States Bankruptcy Court for the Central District of California.

*April 2010*

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 2603 Main St, Suite 1225, Irvine, CA 92614.

On October 5, 2022, I served the within document(s) described as: **REQUEST TO BE ADDED OR REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** on the interested parties in this action:

☒     by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

*SEE ATTACHED SERVICE LIST*

☒     **CM/ECF** (U.S. Bankruptcy Court, Central District of California, Electronic Case Filing Procedures § 3-8)—Whenever a pleading, document or court order is filed electronically in accordance with ECF Procedures, the system will automatically generate the Notification of Electronic Filing, which will be emailed to all Registered Participants who have consented to electronic service and have appeared in the case or adversary proceeding in which the document is filed. This transmission of the Notification of Electronic Filing to a Registered Participant shall constitute effective service in accordance with L.B.R. 9036-1. All parties who are not registered, if any, were served in the manner set forth above.

☒     (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 5, 2022, at Irvine, California.

*/s/ Lauren McNeese*
LAUREN MCNEESE

---

Proof of Service

## SERVICE LIST:

*Debtor*  represented by  **Summer M Shaw**
**Stonebridge Ventures, LLC**  Shaw & Hanover, PC
15 Corporate Plaza Drive, Suite 200  42-600 Cook Street
Newport Beach, CA 92660  Suite 210
ORANGE-CA  Palm Desert, CA 92211
Tax ID / EIN: 47-2985950  760-610-0000
 Fax : 760-687-2800
 Email: ss@shaw.law

*Trustee*  represented by  **Arturo Cisneros**
**Arturo Cisneros (TR)**  2112 Business Center Dr 2nd Fl
3403 Tenth Street, Suite 714  Irvine, CA 92612
Riverside, CA 92501  949-252-9400
(951) 328-3124  Email: arturo@mclaw.org

*U.S. Trustee*  represented by  **Michael J Hauser**
**United States Trustee (SA)**  411 W Fourth St Suite 7160
411 W Fourth St., Suite 7160  Santa Ana, CA 92701-4593
Santa Ana, CA 92701-4593  714-338-3417
(714) 338-3400  Fax : 714-338-3421
 Email: michael.hauser@usdoj.gov

**THE RYAN FIRM**
A Professional Corporation

Proof of Service