| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq.** <br> **42-600 Cook Street, Suite 210** <br> **Palm Desert, CA 92211** <br> **(760) 610-0000 Fax:  (760) 687-2800** <br> **283598 CA** <br> **ss@shaw.law** | |
| ☐ *Individual appearing without attorney* <br> ☒ *Attorney for Debtor, Stonebridge Ventures, LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: <br><br>    **Stonebridge Ventures, LLC** <br><br><br><br><br><br>                                       Debtor(s) | CASE NO.: **8:22-bk-11556-TA** <br><br> CHAPTER: **11** <br><br> **SUMMARY OF AMENDED SCHEDULES,** <br> **MASTER MAILING LIST,** <br> **AND/OR STATEMENTS** <br> **[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website <u>www.cacb.uscourts.gov</u>). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B          ☐ Schedule C          ☒ Schedule D          ☒ Schedule E/F          ☐ Schedule G

☐ Schedule H          ☐ Schedule I          ☐ Schedule J          ☐ Schedule J-2          ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)          ☐ Statement of Intentions          ☒ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: _____**10/11/22**_____          _____

                                                    **Joshua R Pukini, Managing Member for Debtor**
                                                    Debtor 1 Signature

                                                    _____
                                                    Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**42-600 Cook Street, Suite 210, Palm Desert, CA 92211**

A true and correct copy of the foregoing document entitled (*specify*):  __Summary of Amended Schedules, Master
Mailing List, and or Statements with AMENDED SCHEDULE D and E/F wtih AMENDED MAILING MATRIX and
Notice of Chapter 11 Bankruptcy Case__  will be served or was served **(a)** on the judge in chambers in the form and
manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
(*date*) __10/11/2022__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org,
  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Summer M Shaw**    ss@shaw.law,
  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:** On (*date*) __10/11/2022__ , I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes
a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| HONORABLE JUDGE'S COPY | DEBTOR |
|---|---|
| **Honorable Theodor C. Albert** | **Stonebridge Ventures, LLC** |
| **United States Bankruptcy Court** | **15 Corporate Plaza Drive, Ste. 200** |
| **411 West Fourth Street, Suite 5085** | **Newport Beach, CA 92660** |
| **Santa Ana, CA 92701-4593** | |

☒ Service information continued on attached pages 3-6

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____ , I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/11/2022 | Teresa Stone | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660


Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266


Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854


Cory Graham Sottek
640 Altamira Court
Vista, CA 92081


Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road, #1
San Carlos, CA 94070


Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011


Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034


Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanCo, Inc.
Attn: Officer, Director or
Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

JLoanCo, Inc.
Attn: Agent for Service of Process
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Koonce Family Enterprises
517 E Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Trustee
PO Box 90202
Santa Barbara, CA 93190

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511


Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131


Mario Melillo
2404 Harbor Boulevard, #106
Costa Mesa, CA 92626


Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside, CA 92056


Renewable Farms
Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705


Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808


Renewable Farms
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705


Richard W. Walker
214 West 9th Street
Onaga, KS 66521


Page 5

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

**Fill in this information to identify the case:**

Debtor name __**Stonebridge Ventures, LLC**__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) __**8:22-bk-11556**__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | **AB Capital Fund B, LLC** | | $265,000.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**15 Corporate Plaza Drive, Suite 200**
**Newport Beach, CA 92660**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**08/2021**
Last 4 digits of account number
**7280**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**2nd Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **AB Capital, LLC** | | $975,000.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Officer, Director or Managing Agent**
**15 Corporate Plaza Drive, Suite 200**
**Newport Beach, CA 92660**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**08/24/2021**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**1st Trust Deed**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

**7280**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Alisa Arkenberg** | | Describe debtor's property that is subject to a lien | **$50,000.00** | **$0.00** |
|---|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** |
| **7933 E. Baker Drive** **Scottsdale, AZ 85266** | |
| Creditor's mailing address | Describe the lien **Deed of Trust** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **04/01/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6556** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Baiocchi Family, LP** | | Describe debtor's property that is subject to a lien | **$1,748,536.64** | **$2,800,000.00** |
|---|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Real property located at 5 Makena Lane, Rancho Mirage, CA 92270, APN 682-031-005 (Single Family Residence that is 95% complete)** |
| **600 Hudson Lane** **Aptos, CA 95003** | |
| Creditor's mailing address | Describe the lien **1st Trust Deed** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **07/16/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8136** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Baiocchi Family, LP** **2. Riverside County Tax Collector** | ■ Disputed |

---

| 2.5 | **Brad Bunten** | Describe debtor's property that is subject to a lien | **$50,000.00** | **$0.00** |
|---|---|---|---|---|

| Debtor | **Stonebridge Ventures, LLC** | | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**9241 Copenhaver Drive
Potomac, MD 20854**

Creditor's mailing address

Creditor's email address, if known

**Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital Fund, LLC**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred
**5/2022**
Last 4 digits of account number
**6809**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Brentwood Finance Comany LLC** | Describe debtor's property that is subject to a lien | $1,850,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite 155
South San Francisco, CA 94080**

Creditor's mailing address

Creditor's email address, if known

**Fractional interest in Deed of Trust secured against property located at 2 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred
**06/30/2021**
Last 4 digits of account number
**7998**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Cory Graham Sottek** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**640 Altamira Court
Vista, CA 92081**

Creditor's mailing address

Creditor's email address, if known

**Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

---

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**04/01/2021**
**Last 4 digits of account number**
**6556**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Forge Trust Company CFBO** | | | |
|---|---|---|---|---|

Creditor's Name

**Donald Suskind IRA**
**1160 Industrial Road, #1**
**San Carlos, CA 94070**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/09/2021**
**Last 4 digits of account number**
**4800**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Fractional Interest in Deed of Trust secured against property located at 5 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00    $0.00

---

| 2.9 | **Geoffrey P. Field, Trustee of the** | | | |
|---|---|---|---|---|

Creditor's Name

**Geoffrey P. Field Living Trust**
**2100 Camino Vida Roble, Suite A**
**Carlsbad, CA 92011**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/09/2021**
**Last 4 digits of account number**
**4800**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Fractional Interest in Deed of Trust secured against property located at 5 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$50,000.00    $0.00

---

| Debtor | **Stonebridge Ventures, LLC** | | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Jaclyn Maduff** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2128 Duxbury Circle
Los Angeles, CA 90034**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
05/2022
Last 4 digits of account number
6809
Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien
Deed of Trust
Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Jaclyn Maduff, Trustee of the** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
04/01/2021
Last 4 digits of account number
6556
Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien
Deed of Trust
Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Jean Himmelstein, Trustee of the** | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |
|---|---|---|---|---|

---

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
| --- | --- | --- | --- |

Name

Creditor's Name

**Jeannette Himmelstein**
**Living Trust**
**10100 Galaxy Way, #2240**
**Los Angeles, CA 90067**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**08/09/2021**
Last 4 digits of account number
**4800**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Fractional Interest in Deed of Trust secured**
**against property located at 5 Makena Lane,**
**Ranch Mirage, CA which the Debtor**
**transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Jeffrey McNutt** | | | $100,000.00 | $0.00 |

Creditor's Name

**6311 Sierra Elena Roas**
**Irvine, CA 92603**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**05/2022**
Last 4 digits of account number
**6809**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Fractional Interest in Deed of Trust secured**
**against property located at 7 Makena Lane,**
**Ranch Mirage, CA which the Debtor**
**transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **JLoanCo, Inc.** | | | $150,000.00 | $0.00 |

Creditor's Name

**Attn: Officer, Director or**
**Managing Agent**
**3780 King Ranch Road**
**Ukiah, CA 95482**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Fractional Interst in Deed of Trust secured**
**against property located at 4 Makena Lane,**
**Ranch Mirage, CA which the Debtor**
**transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 13

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**04/01/2021**

**Last 4 digits of account number**
**6556**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Koonce Family Enterprise, LP** | | $300,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Barbara Holt, Advisor**
**517 E. Calle Laureles**
**Santa Barbara, CA 93105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/01/2022**

**Last 4 digits of account number**
**6556**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Koonce Family Enterprises** | | $200,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**517 E Calle Laureles**
**Santa Barbara, CA 93105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/2022**

**Last 4 digits of account number**
**6809**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

---

**2.17**

**Las Palmas Group Retirement Trust**
Creditor's Name

**Barry Nisen, Trustee
PO Box 90202
Santa Barbara, CA 93190**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/01/2021**
**Last 4 digits of account number**
**6556**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $100,000.00 | $0.00 |
|---|---|

---

**2.18**

**Linda T. Seckler-Rufkahr,Trustee of**
Creditor's Name

**The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/01/2021**
**Last 4 digits of account number**
**6556**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $200,000.00 | $0.00 |
|---|---|

---

**2.19**

**Mainstar Trust Custodian FBO**
Creditor's Name

**Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No

| $75,000.00 | $0.00 |
|---|---|

---

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**04/01/2021**
**Last 4 digits of account number**
**6556**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **Mainstar Trust Custodian FBO** | **Describe debtor's property that is subject to a lien** | **$200,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Richard W. Walker IRA**
**18124 Wedge Parkway, #530**
**Reno, NV 89511**

**Fractional Interest in Deed of Trust secured against property located at 5 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/09/2021**
**Last 4 digits of account number**
**4800**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 1 | **Marc Treitler, Trustee of the** | **Describe debtor's property that is subject to a lien** | **$300,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Treitler Family Trust**
**9950 Scripps Lake Drive, #101**
**San Diego, CA 92131**

**Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**04/01/2021**
**Last 4 digits of account number**
**6556**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 2** **Mario Melillo**

Creditor's Name

**2404 Harbor Boulevard, #106
Costa Mesa, CA 92626**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
04/01/2021
Last 4 digits of account number
6556
Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,000.00   $0.00

---

**2.2 3** **Noreen Kennedy, Trustee of the**

Creditor's Name

**Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside, CA 92056**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
04/13/2022
Last 4 digits of account number
6556
Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,000.00   $0.00

---

**2.2 4** **Renewable Farms**

**Describe debtor's property that is subject to a lien**

$250,000.00   $0.00

---

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit
F
Santa Ana, CA 92705**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
06/30/2021
Last 4 digits of account number
7998**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Deed of Trust secured against property
located at 2 Makena Lane, Ranch Mirage, CA
which the Debtor transferred to AB Capital
LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Richard W. Walker** | Describe debtor's property that is subject to a lien | $60,000.00 | $0.00 |

Creditor's Name

**214 West 9th Street
Onaga, KS 66521**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
058/2022
Last 4 digits of account number
6809**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Fractional Interest in Deed of Trust secured
against property located at 7 Makena Lane,
Ranch Mirage, CA which the Debtor
transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Richter Wright** | Describe debtor's property that is subject to a lien | $1,600,000.00 | $0.00 |

Creditor's Name

**Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660**

Creditor's mailing address

Creditor's email address, if known

**Deed of Trust secured against property
located at 1 Makena Lane, Ranch Mirage, CA
which the Debtor transferred to AB Capital
LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

| Debtor | **Stonebridge Ventures, LLC** | | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**04/08/2021**
**Last 4 digits of account number**
**1410**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Riverside County Tax Collector** | | | $18,028.01 | $2,800,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Matt Jennings**
**Treasurer-Tax Collect**
**4080 Lemon Street, 1st Floor**
**Riverside, CA 92501**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real property located at 5 Makena Lane, Rancho Mirage, CA  92270, APN 682-031-005 (Single Family Residence that is 95% complete)**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021-2022**
**Last 4 digits of account number**
**1005**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **The Burrill Trust** | | | $100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**156 Wadsworth Avenue**
**Santa Monica, CA 90405**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/2022**
**Last 4 digits of account number**
**6809**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Stonebridge Ventures, LLC** | | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$9,341,564.65**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AB Capital, LLC**<br>**Attn: Agent for Service of Process**<br>**15 Corporate Plaza**<br>**Suite 200**<br>**Newport Beach, CA 92660** | Line **2.2** | |
| **Baiocchi Family Limited Partnershi**<br>**c/o Lenders T.D. Service, Inc.**<br>**24422 Avenida De La Carlota, #280**<br>**Laguna Hills, CA 92653** | Line **2.4** | **4756** |
| **Brentwood Finance Company, LLC**<br>**Attn: Agent for Service of Process**<br>**180 S. Spruce Avenue, Suite 155**<br>**South San Francisco, CA 94080** | Line **2.6** | |
| **JLoanCo, Inc.**<br>**Attn: Agent for Service of Process**<br>**3780 King Ranch Road**<br>**Ukiah, CA 95482** | Line **2.14** | |
| **Renewable Farms**<br>**c/o FCI Lender Services, Inc.**<br>**8180 E. Kaiser Boulevard**<br>**Anaheim, CA 92808** | Line **2.24** | |
| **Renewable Farms**<br>**Attn: Agent for Service of Process**<br>**2604 N. Tustin Avenue, Unit F**<br>**Santa Ana, CA 92705** | Line **2.24** | |
| **Richard W. Walker**<br>**PO Box 420**<br>**Onaga, KS 66521** | Line **2.25** | **6809** |
| **Riverside County Tax Collector**<br>**Attn: Matt Jennings**<br>**PO Box 12005**<br>**Riverside, CA 92502-2205** | Line **2.27** | |

**Fill in this information to identify the case:**

Debtor name   **Stonebridge Ventures, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:22-bk-11556**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Department of Tax and Fee Administration**<br>**Special Ops, MIC:55**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice only - Listed in caution, no known debt**

Last 4 digits of account number **5950**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Employment Development Department**<br>**Bankruptcy Group MIC92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice only - Listed in caution, no known debt**

Last 4 digits of account number **5950**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of California**
**Franchise Tax Board**
**Bankruptcy Section MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only - Listed in caution, no known debt**

Last 4 digits of account number **5950**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144,750.00** |
|---|---|---|---|

**Darryl Lewis and Sanna Akhtanova**
**c/o Polis & Associates**
**Attn: Thomas J. Polis**
**19800 MacArthur Blvd., Ste. 1000**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   **08/2020**

Basis for the claim:   **Lawsuit - Creditor allegeds damages of $3,600,000**

Last 4 digits of account number   **3502**

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/2021 - 12/2022**

Basis for the claim:   **Unsecured**

Last 4 digits of account number   **5950**

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luna Construction Management, LLC**
**Attn: Officer, Director or**
**Managing Agent**
**501 S. Olive Street**
**Anaheim, CA 92805**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Basis for the claim:   **Listed out of caution**

Last 4 digits of account number   _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Darryl Lewis and Sanna Akhtanova**<br>**301 N. Palm Canyon Drive**<br>**Suite 103-395**<br>**Palm Springs, CA 92262** | Line   **3.1**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Garcia Rainey Blank & Bowerbank LLP**<br>**Attorneys for Darryl Lewis &**<br>**Sanna Akhtanova**<br>**695 Town Center Drive, Suite 540**<br>**Costa Mesa, CA 92626** | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Luna Construction Management, LLC**<br>**Attn: Agent for Service of Process**<br>**501 S. Olive Street**<br>**Anaheim, CA 92805** | Line __3.3__<br><br>☐ Not listed. Explain ____ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 144,950.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 144,950.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq.**<br>**42-600 Cook Street, Suite 210**<br>**Palm Desert, CA 92211**<br>**(760) 610-0000 Fax: (760) 687-2800**<br>California State Bar Number: 283598 CA<br>ss@shaw.law | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Stonebridge Ventures, LLC** | CASE NO.: **8:22-bk-11556**<br>CHAPTER: **11** |
|---|---|
| <br><br><br>                                                      Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __10|11|22__

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Stonebridge Ventures, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660


Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211


AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660


AB Capital, LLC
Attn: Officer, Director or
Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660


AB Capital, LLC
Attn: Agent for Service of Process
15 Corporate Plaza
Suite 200
Newport Beach, CA 92660


Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266


Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653


Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or
Managing Agent
180 S. Spruce Avenue, Suite 155
South San Francisco, CA 94080

Brentwood Finance Company, LLC
Attn: Agent for Service of Process
180 S. Spruce Avenue, Suite 155
South San Francisco, CA 94080

California Department of Tax and
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive
Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road, #1
San Carlos, CA 94070


Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis &
Sanna Akhtanova
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626


Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034


Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034


Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067


Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanCo, Inc.
Attn: Officer, Director or
Managing Agent
3780 King Ranch Road
Ukiah, CA 95482


JLoanCo, Inc.
Attn: Agent for Service of Process
3780 King Ranch Road
Ukiah, CA 95482


Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105


Koonce Family Enterprises
517 E Calle Laureles
Santa Barbara, CA 93105


Las Palmas Group Retirement Trust
Barry Nisen, Trustee
PO Box 90202
Santa Barbara, CA 93190


Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596


Luna Construction Management, LLC
Attn: Officer, Director or
Managing Agent
501 S. Olive Street
Anaheim, CA 92805


Luna Construction Management, LLC
Attn: Agent for Service of Process
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511


Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131


Mario Melillo
2404 Harbor Boulevard, #106
Costa Mesa, CA 92626


Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside, CA 92056


Renewable Farms
Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705


Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808


Renewable Farms
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705


Richard W. Walker
214 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521


Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660


Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501


Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205


State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405