Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040
Facsimile:  (949) 862-0041
Email: tom@polis-law.com

Counsel for Creditors, Darryl Lewis and Sanna Akhtanova

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re** | Case No. 8:22-bk-11556-TA |
| **Stonebridge Ventures, LLC,** | Chapter 11 |
| Debtor/Debtor-In-Possession. | Adv.Proc.No.: 8:22-ap_____-TA |
| | **NOTICE OF REMOVAL OF STATE COURT ACTION TO THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION PURSUANT TO 28 U.S.C. § 1441 AND LOCAL BANKRUPTCY RULE 9027** |
| | [Superior Court of the State of California for the County of Riverside – Palm Springs] |

   **TO THE HONORABLE THEORDOR C. ALBERT, U.S. BANKRUPTCY JUDGE; THE DEBTOR/DEBTOR-IN-POSSESSION AND ITS COUNSEL OF RECORD; THE CHAPTER 11 TRUSTEE; THE SANTA ANA OFFICE OF THE U.S. TRUSTEE; AND OTHER PARTIES ENTITLED TO NOTICE:**

   Creditors and Plaintiffs, Darryl Lewis and Sanna Akhtanova ("Lewis/Akhtanova") files this *Notice of Removal* and respectfully represents as follows:

**NOTICE OF REMOVAL OF STATE COURT ACTION**

1

1. On September 9, 2022, the Debtor, Stonebridge Ventures, LLC ("Debtor") filed the above-captioned Chapter 11 bankruptcy case. On or about September 29, 2022, Chapter 11 Trustee Arturo M. Cisneros was appointed to oversee and administer the Debtor's estate.

2. In or about August 2020, the Debtor and Creditors/Plaintiffs Lewis/Akhtanova entered into a purchase agreement to sell/buy real property located at 5 Makena Lane, Rancho Mirage, California, APN 682-031-005 ("Property"). Creditors are compelling the Debtor to sell the Property according to the purchase agreement.

3. On September 6, 2022, Creditors/Plaintiffs, Lewis/Akhtanova filed a Complaint against Debtor Stonebridge Ventures, LLC, Case No. CVPS2203502 ("State Court Action").

4. The State Court Action is a civil action over which the United States Bankruptcy Court for the Central District of California now has jurisdiction pursuant to 28 U.S.C. § 1334.

5. A party may remove a state court action to the United States Bankruptcy Court for the Central District of California pursuant to 28 U.S.C. § 1441.

6. Creditors/Plaintiffs, Lewis/Akhtanova elect to remove the State Court Action to the United States Bankruptcy Court for the Central District of California, Santa Ana Division, Bankruptcy No. 8:22-bk-11556-TA.

7. This Notice of Removal is timely as required under Rule 9027 of the Federal Rules of Bankruptcy Procedure.

8. Upon removal of the State Court Action to the United States Bankruptcy Court for the Central District of California, Santa Ana Division, the proceedings will constitute a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), 157(b)(2)(E), and 157 (b)(2)(O).

9. Attached hereto as Exhibit "A" is a true and correct copy of the Case Docket from the State Court Action as of October 20, 2022.

///
///
///
///
///

**NOTICE OF REMOVAL OF STATE COURT ACTION**

10. Pursuant to Local Bankruptcy Rule 9027 within 30 days of filing of this Notice of Removal, Creditors, Lewis/Akhtanova shall file a true and correct copies of all pleadings filed in the State Court Action as of September 20, 2022.

Dated:  October 20, 2022				POLIS & ASSOCIATES, APLC

						By:	/s/ Thomas J. Polis
							**Thomas J. Polis, Esq.**
							**Counsel for Creditors/Plaintiffs,**
							**Darryl Lewis and Sanna Akhtanova**

NOTICE OF REMOVAL OF STATE COURT ACTION

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**POLIS & ASSOCIATES, APLC**
**19800 MacArthur Boulevard, Suite 1000**
**Irvine, California 92612-2433**

A true and correct copy of the foregoing document described **NOTICE OF REMOVAL OF STATE COURT ACTION TO THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION PURSUANT TO 28 U.S.C. § 1441 AND LOCAL BANKRUPTCY RULE 9027** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 20, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Michael J Hauser    michael.hauser@usdoj.gov
William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
David W. Meadows    david@davidwmeadowslaw.com
Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY U.S. MAIL:**
On **October 20, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert, US Bankruptcy Court, 411 W. Fourth Street, Suite 5085, Santa Ana, CA 92701
Stonebridge Ventures, LLC, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 20, 2022 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |