# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF RIVERSIDE

## CVPS2203502     LEWIS vs STONEBRIDGE VENTURES, LLC, A CALIFORNIA L

**Filed Date:** **09/08/2022**  **Unlimited Civil Other Real Property**
**Case Status: Active**  **Palm Springs - Department PS1**

Print Case Report

### Case Summary

#### COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **LEWIS vs STONEBRIDGE VENTURES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**<br>Unlimited Civil Other Real Property | | Active | |
| **Complaint for Other Real Property (Over $25,000) of DARRYL LEWIS** | | Filed: 09/08/2022 | |
| Plaintiff: DARRYL LEWIS | JOHN BOWERBANK | | |
| Plaintiff: SANNA AKHTANOVA, INDIVIDUALS | | | |
| Defendant: STONEBRIDGE VENTURES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | | Waiting Service as of 09/08/2022 | |
| Defendant: CALPAC MANAGEMENT, INC.; A CALIFORNIA CORPORATION | | Waiting Service as of 09/08/2022 | |
| Defendant: JOSHUA RAYMOND PUKINI, AN INDIVIDUAL | | Waiting Service as of 09/08/2022 | |
| Defendant: RYAN JUSTIN YOUNG, AN INDIVIDUAL | | Waiting Service as of 09/08/2022 | |
| Defendant: EDMUND VALASQUEZ, JR. AN INDIVIDUAL | | Waiting Service as of 09/08/2022 | |

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| Defendant: LUNA CONSTRUCTION MANAGEMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | | Waiting Service as of 09/08/2022 | |

## HEARINGS

| Date Time | Type | Judicial Officer | Location/Courtroom | Disposition |
|---|---|---|---|---|
| 03/08/2023 08:30 AM | Case Management Conference | Kira L. Klatchko | Department PS1 | |

## DEADLINES & REMINDERS

| Date Created | Timestandard | Expiration Date | Status |
|---|---|---|---|
| 09/08/2022 | Non-Proof of Service of Summons and Complaint | 11/07/2022 | Active |

## DOCUMENTS

Search

Document Download

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 09/08/2022 | Complaint for: Specific Performance, Breach of Contract | DARRYL LEWIS; SANNA AKHTANOVA, INDIVIDUALS | |
| Filed | 09/08/2022 | Civil Case Cover Sheet | DARRYL LEWIS; SANNA AKHTANOVA, INDIVIDUALS | |
| Filed | 09/08/2022 | Certificate of Counsel. | DARRYL LEWIS; SANNA AKHTANOVA, INDIVIDUALS | |
| Filed | 09/09/2022 | Summons Issued and Filed | DARRYL LEWIS; SANNA AKHTANOVA, INDIVIDUALS | |
| Generated | 09/09/2022 | Notice of Case Management Conference Complaint for Other Real Property (Over $25,000) | | |
| Generated | 09/09/2022 | Notice of Department Assignment | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Generated | 09/09/2022 | Notice of Document Return. | | |

## CASE LEDGER

| Date Imposed | Fee/Fine Description | Amount | Paid | Balance |
|---|---|---|---|---|
| 09/09/2022 | Fee for eFiling | $1.00 | $1.00 | $0.00 |
| 09/09/2022 | Unlimited complaint or other first paper in unlimited civil case amount over $25,000 including UD over $25K, petition for writ of review, mandate, or prohibition; petition for a decree of change of name or gender (GC70611) | $450.00 | $450.00 | $0.00 |
| 09/13/2022 | Fee for eFiling | $1.00 | $1.00 | $0.00 |

Go Back

Copyright © Journal Technologies, USA. All rights reserved.