WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612  (Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
e-mail: bill@mclaw.org; nathan@mclaw.org;

*Proposed Attorneys for A. Cisneros, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON BAIOCCHI FAMILY LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U. S. C. § 362**<br><br><u>**CURRENT HEARING DATE:**</u><br>DATE: November 1, 2022<br>TIME:  10:30 a.m.<br>CTRM:  5B<br>Place:   411 West Fourth Street, Santa Ana CA<br><br><u>**CONTINUED HEARING DATE:**</u><br>DATE: January 10, 2023<br>TIME:  10:30 a.m.<br>CTRM:  5B<br>Place:   411 West Fourth Street, Santa Ana CA |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL AND OTHER INTERESTED PARTIES:**

This Stipulation to continue the hearing Baiocchi Family Limited Partnership's Notice of Motion and Motion for Relief from Stay ("Motion") is by and between, the Chapter 11 Trustee, A, Cisneros ("Trustee"), through his proposed counsel, Nathan F. Smith of Malcolm ♦ Cisneros, and Baiocchi

Stipulation    1

Family Limited Partnership ("Baiocchi Family"), through its counsel of record, Diana R. Torres-Brito of Prober & Raphael (collectively, the "Parties"), and is as follows:

The hearing for Baiocchi Family's Motion for Relief from the Automatic Stay Under 11 U. S. C. § 362 ("Motion") is currently scheduled to be held on November 1, 2022 at 10:30 a.m. before the Honorable Theodor C. Albert. The Parties have agreed to continue the hearing on the Motion to January 10, 2023.

**IT IS HEREBY STIPULATED** that the hearing on the Motion set to be heard on November 1, 2022 at 10:30 A.M. be continued to **January 10, 2023 at 10:30 A.M**, in Courtroom 5B, at the United States Bankruptcy Court located 411 West Fourth Street, Santa Ana CA 92701.

Dated: October __20__, 2022

_____
DIANA R. TORRES-BRITO
Attorney for Baiocchi Family Limited Partnership

Dated: October __24__, 2022

_/s/ Nathan F. Smith_____
NATHAN F. SMITH
Proposed Counsel for Chapter 11 Trustee, A. Cisneros

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON BAIOCCHI FAMILY LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
**CHAPTER 11 TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**DEBTOR'S ATTORNEY: Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **October 24, 2022** | **Diep Quach** | **/s/ Diep Quach** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**
NOTICE: Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser     michael.hauser@usdoj.gov
NOTICE: William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: David W. Meadows     david@davidwmeadowslaw.com
NOTICE: Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**