| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**WILLIAM G. MALCOLM, #129271**<br>**NATHAN F. SMITH, #264635**<br>Malcolm ♦ Cisneros, A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, California 929612<br>(949) 252-9400 (Telephone)<br>(949) 252-1032 (Facsimile)<br>e-mail: bill@mclaw.org; nathan@mclaw.org<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** ||
| In re:<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br><br><br>Debtor. | CASE NO.: **8:22-bk-11556-TA**<br>CHAPTER: **11**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY) |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON BAIOCCHI FAMILY LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was lodged on 10/24/2022 and is attached. This order relates to the motion which is docket number 31.
.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
**CHAPTER 11 TRUSTEE:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**DEBTOR'S ATTORNEY:** Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 24, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **October 24, 2022** | **Diep Quach** | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**SECTION 1 CONT.**
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
e-mail: bill@mclaw.org; nathan@mclaw.org

Proposed Attorneys for A. Cisneros, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 13 |
| Debtor. | **ORDER ON STIPULATION TO CONTINUE HEARING ON BAIOCCHI FAMILY LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**CURRENT HEARING DATE:**<br>DATE: November 1, 2022<br>TIME: 10:30 a.m.<br>CTRM: 5B<br><br>**CONTINUED HEARING DATE:**<br>DATE: January 10, 2023<br>TIME: 10:30 a.m.<br>CTRM: 5B |

The Court having read and considered the Stipulation to continue the hearing on Baiocchi Family Limited Partnership's Notice of Motion and Motion for Relief from Stay filed on October 24, 2022 as Docket Entry No. 42, and with good cause shown.

///

///

# Exhibit 1

1

1 **IT IS HEREBY ORDERED** that the hearing on the Baiocchi Family Limited Partnership's Motion for Relief from the Automatic Stay Under 11 U. S. C. § 362 be continued to **January 10, 2023 at 10:30 A.M**, in Courtroom 5B, at the United States Bankruptcy Court located 411 West Fourth Street, Santa Ana CA 92701.

**END OF ORDER**

Exhibit 1