1  WILLIAM G. MALCOLM, #129271
2  NATHAN F. SMITH, #264635
   Malcolm ♦ Cisneros, A Law Corporation
3  2112 Business Center Drive, 2nd Floor
   Irvine, California 92612
4  (Telephone) (949) 252-9400
5  (Facsimile) (949) 252-1032
   e-mail: bill@mclaw.org; nathan@mclaw.org
6

**FILED & ENTERED**

OCT 24 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

7  Proposed Attorneys for A. Cisneros, Chapter 11 Trustee

8                UNITED STATES BANKRUPTCY COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10                      SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 13 |
| Debtor. | **ORDER ON STIPULATION TO CONTINUE HEARING ON BAIOCCHI FAMILY LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **CURRENT HEARING DATE:**<br>DATE: November 1, 2022<br>TIME: 10:30 a.m.<br>CTRM: 5B |
| | **CONTINUED HEARING DATE:**<br>DATE: January 10, 2023<br>TIME: 10:30 a.m.<br>CTRM: 5B |

24    The Court having read and considered the Stipulation to continue the hearing on Baiocchi
25  Family Limited Partnership's Notice of Motion and Motion for Relief from Stay filed on October 24,
26  2022 as Docket Entry No. 42, and with good cause shown.
27  ///
28  ///

**IT IS HEREBY ORDERED** that the hearing on the Baiocchi Family Limited Partnership's Motion for Relief from the Automatic Stay Under 11 U. S. C. § 362 be continued to **January 10, 2023 at 10:30 A.M**, in Courtroom 5B, at the United States Bankruptcy Court located 411 West Fourth Street, Santa Ana CA 92701.

###

Date: October 24, 2022

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge