WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Proposed Attorneys for Chapter 11 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>　　　　　　Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**TRUSTEE'S APPLICATION TO EMPLOY THE LAW FIRM OF MALCOLM ♦ CISNEROS, A LAW CORPORATION, AS GENERAL COUNSEL; DECLARATION OF NATHAN F. SMITH IN SUPPORT HEREOF**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEBTOR; DEBTOR'S COUNSEL; AND OTHER INTERESTED PARTIES:**

　　　　The Application of Chapter 11 Trustee, A. Cisneros ("Trustee"), respectfully represents as follows:

　　　　**A.**　　**The Filing of the Petition, Pre-Petition Transfers, and Appointment of Trustee.**

1

Application to Employ

1. This case was commenced on September 9, 2022, with the filing of a skeletal petition under Chapter 11 of the Bankruptcy Code ("Petition").

2. On or about January 6, 2015, Debtor obtained title to the following real properties:

    a. 1 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-001 ("1 Makena");

    b. 2 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-002 ("2 Makena");

    c. 4 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-004 ("4 Makena");

    d. 5 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-005 ("5 Makena"); and

    e. 7 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-007 ("6 Makena") (1, 2, 4, 5, and 7 Makena are collectively referred to herein as the "Properties").

3. Trustee is informed and believes that Debtor acquired the Properties as vacant lots and was in the process of completing the construction of luxury homes on each lot. Currently, Trustee is informed and believes that only 2 Makena has been completed and that the remaining lots are in various stages of construction. In addition, Trustee is informed and believes that there is a holdover tenant in 2 Makena that has allegedly not paid rent for nine months.

4. Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in 1, 2, 4, and 7 Makena ("Transfers") to AB Capital LFD, Inc. ("AB LFD").

5. Trustee is informed and believes that Joshua Pukini ("Mr. Pukini") is the principal of both Debtor and AB LFD. Mr. Pukini is also the principal of AB Capital, LLC, a debtor in case number 8:22-bk-11585-TA, an involuntary Chapter 7 case filed on September 15, 2022 and Med Equity, LLC, a debtor in case number 2:21-bk-12447-ER, a Chapter 11 case filed on March 26, 2021.

6. On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on *inter alia* the Transfers.

7. On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate.

Application to Employ

Trustee's 11 U.S.C. § 1106 report is currently due by November 25, 2022 ("Report").[1]

8. Trustee is the appointed, qualified, and acting Chapter 11 Trustee for Debtor's bankruptcy estate ("Estate").

9. The initial § 341(a) meeting of creditors was set for October 13, 2022 and continued to October 25, 2022 based on the Debtor's failure to appear.

**B.    The Motion for Relief in Connection with 5 Makena.**

10. On October 11, 2022, Baiocchi Family Limited Partnership ("BFLP") filed a Motion for Relief with regard to 5 Makena ("MFR"). A hearing on the MFR was initially set for November 1, 2022; however, Trustee, through the Firm, negotiated a continuance of the hearing to January 10, 2023 and BFLP has executed a stipulation to continue the hearing.

**C.    Trustee's Negotiations to Address the Transfers and the Conveyances to the Estate.**

11. Immediately upon his appointment, Trustee, through the Firm, commenced negotiations to address the Transfers and effectuate the transfer of legal title to 1, 2, 4, and 7 Makena back to the Estate.

12. Based on Trustee's negotiations with AB LFD, AB LFD quitclaimed its interest in 1, 2, 4, and 7 Makena to the Estate. Trustee is continuing discussions regarding stipulations to avoid the Transfers and recover and preserve them for the benefit of the Estate.

**D.    Trustee's Proposed Retention of the Firm.**

13. Trustee proposes to retain the law firm of Malcolm ♦ Cisneros, A Law Corporation ("Firm), as attorneys for Trustee, effective September 29, 2022 to represent him in the within bankruptcy case.

14. The Firm emphasizes its practice in bankruptcy and civil litigation, and is able to perform the required legal services. Trustee has selected the Firm because: (1) it has considerable experience in matters of this character and (2) is well qualified to represent him in this case. A copy of the professional biographies of the Firm's attorneys is attached and incorporated herein as Exhibit "1" to the Declaration of Nathan F. Smith, filed concurrently herewith.

---

[1] All statutory references are to Title 11 of the United States Code unless otherwise indicated.

Application to Employ

**E.     The Properties and the Alleged Liens Against Them.**

15.     On September 23, 2022, Debtor filed its Schedules, wherein it identified its ownership interest in 5 Makena.[2]

16.     In its Amended Schedule D, Debtor identified 28 alleged liens against the Properties, totaling approximately $9,341,564.65 ("Alleged Liens"), which includes an alleged $975,000 first priority deed of trust against 7 Makena held by AB Capital, LLC and an alleged $265,000 second priority deed of trust against 7 Makena held by AB Capital Fund B, LLC, which is also controlled by Mr. Pukini.

**F.     The Unsecured Claims Against the Estate.**

17.     In its Schedule E/F, Debtor identified approximately $144,950 in unsecured claims.

18.     As of the filing of this Application, $4,051,307.40 in unsecured claims have been filed.

**G.     The Scope of the Firm's Representation.**

19.     Trustee wishes to employ the Firm as his general counsel to *inter alia* review and analyze the Properties, the Transfers, the Alleged Liens, the Motion for Relief, and the claims, and to take any actions necessary to assist Trustee with his administration of this Estate, including, but not limited to negotiations with lienholders, employment of a real estate broker for purposes of marketing and sale of the Properties, opposing the Motion for Relief, filing adversary proceedings in connection with the Transfers or resolving them by agreement, filing motions to sell the Properties, the potential filing of a liquidating Chapter 11 plan, and the potential conversion of this case to Chapter 7.

20.     The Firm emphasizes its practice in bankruptcy and civil litigation, and is well able to perform the required legal services efficiently and economically. There is no retainer or fee agreement between Trustee and the Firm, other than as outlined herein. Legal services are now, and will be, required in order to:

    a)     advise Trustee on all matters pertaining to the Properties, including, but not limited to, the Alleged Liens, the Transfers, employment of a real estate broker

---

[2] Debtor's Grant Deed allegedly conveying 1 Makena to AB LFD references "Lots 1-10." However, to the extent that this transfer impacted legal title to 5 Makena, the quitclaim deed from AB LFD to Trustee includes "Lots 1-10." Trustee has also undertaken the effort of obtaining approval of the quitclaim deeds from AB LFD to him by a title company to ensure that title to the Properties is marketable.

                for the purpose of marketing and selling the Properties, the sale of the Properties, the Motion for Relief, and the maximization of the return to the Estate;

    b)    advise Trustee on all matters pertaining to filing of a liquidating Chapter 11 plan or conversion of this case to Chapter 7;

    c)    evaluate avoidance actions, and, if necessary, prosecute them;

    d)    commence a turnover action or unlawful detainer against the occupant of 2 Makena;

    e)    take actions necessary to liquidate the assets of the Estate;

    f)    prepare and file all documents necessary to obtain Court approval of any compromises and court appearances as necessary;

    g)    legal examination of claims and any litigation including claims negotiations, prepare and file objections and Court appearances as required;

    h)    examine witnesses, claimants or adverse parties with respect to any action where the rights of the Estate or Trustee may be affected; and

    i)    perform any and all other legal services necessary to protect the rights of Trustee and the Estate.

21. To the best of Trustee's knowledge, the Firm and each of its members and associates who will work on this case are familiar and shall comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

22. Neither Trustee nor the Firm has a pre-petition claim against the Estate.

23. The Firm has no connection with any insider of Debtor or any affiliate of an insider of Debtor.

24. The Firm has never represented any related debtor in a bankruptcy case in this or any other Court. The Firm does not presently represent a related debtor.

25. To the best of Trustee's knowledge, neither the Firm, any member of the Firm, or any associate of the Firm has any connection with Debtor, creditors of the Estate, or any other party in interest or their representative attorneys or accountants nor any interest in this Estate, adverse or otherwise, and are disinterested as defined by § 101(14), except as set forth in the Declaration of Nathan

F. Smith.

26. To the best of Trustee's knowledge, neither the Firm or any member or associate of the Firm is related to or has any connection with the OUST, or any person employed in the OUST, except that A. Cisneros, a shareholder of the Firm, currently serves as a panel trustee on the Riverside Panel of Bankruptcy Trustees and a Subchapter V Trustee in the Central District of California and Nathan F. Smith currently serves as a Subchapter V Trustee in the District of Nevada. Additionally, Trustee has hired the Firm to represent him in unrelated matters.

27. The Firm will apply for compensation not more frequently than once every 120 days, after notice and a hearing, as required by the Bankruptcy Code. The Firm will accept as compensation such sum as the Court deems reasonable. There will be no written employment agreement, separate from this Application and the order to be obtained hereon; and the only source of payment of compensation is the Estate.

28. The Firm will seek compensation pursuant to §§ 330 and 331. The hourly billing rate of attorneys of the Firm range from $375 to $575/hour, and paralegal rates range from $130 to $220/hour. Attached hereto as Exhibit "2" to the Declaration of Nathan F. Smith is a schedule of the current hourly rates that are regularly charged by the Firm. These rates may change from time to time. The hourly rates in effect as this case progresses will be a factor upon which the Firm will base its request for compensation.

29. Notice of this Application is being filed and served concurrently herewith pursuant to Local Bankruptcy Rule 2014-1(b)(2).

30. A copy of the Application is available upon written request by contacting Erica Pedraza at Malcolm ♦ Cisneros, A Law Corporation, 2112 Business Center Drive, Irvine, CA 92612, telephone number (949) 252-9400, facsimile (949) 252-1032, email erica@mclaw.org.

**PLEASE TAKE NOTICE** that if you do not oppose the proposed employment, you need not take further action. Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing must be filed with the Court in the form required by Local Bankruptcy Rule 9013-1(f)(1) and served upon proposed counsel for Trustee at the address indicated in the upper-left hand corner of the first page of this document and OUST no later than 14 days from the

date of the service of this notice. Failure to timely file and serve an opposition, response or request for hearing may be deemed consent to the relief sought in the Application.

**WHEREFORE,** Trustee prays for an Order authorizing him to retain the Firm as his attorneys, with respect to the matters referred to in this Application and upon the terms and conditions set forth herein, effective September 29, 2022.

DATED: October 24, 2022

A. CISNEROS
*Chapter 11 Trustee*

DATED: October 26, 2022

Malcolm ♦ Cisneros, A Law Corporation

By: */s/ Nathan F. Smith*
NATHAN F. SMITH
*Proposed Attorneys for Chapter 11 Trustee, A. Cisneros*

## DECLARATION OF NATHAN F. SMITH

I, Nathan F. Smith, declare as follows:

1.  I am over the age of eighteen and competent to make this declaration. I am a partner of the firm of Malcolm ♦ Cisneros, A Law Corporation ("Firm"). All members and associates of the Firm who will work on this case are admitted to practice law in the State of California and before this Court. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2.  Unless otherwise noted, capitalized terms in this Declaration have the meaning as set forth in the Application to Employ the Firm.

3.  Trustee has requested that the Firm be retained as attorneys for the Estate, effective September 29, 2022.

4.  The Firm has considerable experience in matters of this character and is well qualified to represent the estate in this case. There is no retainer or fee agreement between Trustee and the Firm other than as outlined herein. Legal services are now, and will be, required in order to:

   a) advise Trustee on all matters pertaining to the Properties, including, but not limited to, the Alleged Liens, the Transfers, employment of a real estate broker for the purpose of marketing and selling the Properties, the sale of the Properties, the Motion for Relief, and the maximization of the return to the Estate;

   b) advise Trustee on all matters pertaining to filing of a liquidating Chapter 11 plan or conversion of this case to Chapter 7;

   c) evaluate avoidance actions, and, if necessary, prosecute them;

   d) commence a turnover action or unlawful detainer against the occupant of 2 Makena;

   e) take actions necessary to liquidate the assets of the Estate;

   f) prepare and file all documents necessary to obtain Court approval of any compromises and court appearances as necessary;

   g) legal examination of claims and any litigation including claims negotiations, prepare and file objections and Court appearances as required;

   h)  examine witnesses, claimants or adverse parties with respect to any action where the rights of the Estate or Trustee may be affected; and

   i)  perform any and all other legal services necessary to protect the rights of Trustee and the Estate.

5. The Firm has no connection with Debtor, any insider of Debtor, or any affiliate of an insider of Debtor.

6. Each of the Firm's members and associates who will work on this case are familiar and will comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

7. Neither the Firm nor I have a pre-petition claim against the Estate.

8. The Firm has never represented any related debtor in a bankruptcy case in this or any other Court and the Firm does not presently represent a related debtor.

9. To the best of my knowledge, neither the Firm, any member of the Firm, or any associate of the Firm, has any connection with Debtor, creditors, or any other party in interest or their representative attorneys or accountants, and represents no interest in this Estate, adverse or otherwise, and are disinterested as defined by § 101(14).

10. I am informed and believe that no conflict of interest exists or is anticipated from the Firm's representation of Trustee in this matter. However, in the unlikely event that a potential conflict arises, I understand that Trustee would employ special counsel in order to avoid any such potential conflict.

11. To the best of my knowledge, neither the Firm or member or associates of the Firm is related to or has any connection with the OUST, or any person employed in the OUST, except that A. Cisneros, a shareholder of the Firm, currently serves as a panel trustee on the Riverside Panel of Bankruptcy Trustees and a Subchapter V Trustee in the Central District of California and Nathan F. Smith currently serves as a Subchapter V Trustee in the District of Nevada. Additionally, Trustee has hired the Firm to represent him in unrelated matters.

12. The Firm will accept as compensation such amount as may hereafter be allowed by this Court. Attached and incorporated as Exhibit "1" is the Firm's biography, which sets forth the Firm's

experience.

13.     The Firm will petition the Court for compensation, and will base its requested fees on the following factors, individually and in combination as circumstances warrant, without limitation: its customary hourly fees at the time service is rendered; experience and reputation of counsel; time expended; results achieved; novelty and difficulty of matters undertaken, including time limitations imposed; preclusion from other employment; undesirability of the case; the nature and length of the professional relationship; and awards in similar cases.

14.     The Firm will seek compensation pursuant to §§ 330 and 331.  The hourly billing rate of the Firm's attorneys range from $375 to $575/hour and paralegal rates range from $130 to $220/hour. Attached and incorporated as Exhibit "2" and incorporated by reference is a schedule of the current hourly rates that are regularly charged by the Firm.  These rates may change from time to time. The hourly rates in effect as this case progresses will be a factor upon which the Firm will base its request for compensation.

15.     There is no oral or written employment agreement, other than an agreement by the Firm to accept such compensation as the Court may deem reasonable.  The only source of payment will be from property of the estate, as authorized by the Court. The Firm has not received, nor is it seeking any retainer or advance payment of fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 26th day of October, 2022 in Irvine, California.

                                    /s/ Nathan F. Smith
                                    NATHAN F. SMITH

Application to Employ

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **2112 Business Center Drive, 2nd Floor, Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (specify): **TRUSTEE'S APPLICATION TO EMPLOY THE LAW FIRM OF MALCOLM ♦ CISNEROS, A LAW CORPORATION, AS GENERAL COUNSEL; DECLARATION OF NATHAN F. SMITH IN SUPPORT HEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 28, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 11 TRUSTEE: Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**OFFICE OF U.S. TRUSTEE: United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **October 28, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 26, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 28, 2022** | *Diep Quach* | */s/ Diep Quach* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SECTION 1 CONT.**
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.



# ATTORNEY BIOGRAPHIES

**PARTNERS**

**WILLIAM G. MALCOLM**

William G. Malcolm is a co-founding member of the Firm and was born in Palo Alto, California in 1959.  He received his Bachelor of Science and Juris Doctor from the University of Santa Clara in 1982 and 1985, respectively.  Mr. Malcolm was admitted to the State Bar of California in 1987 and the State Bar of Texas in 2005. He is also admitted to practice in the Fifth and Ninth Circuit Courts of Appeal, and the United States Supreme Court.

Mr. Malcolm served as Law Clerk to both the Honorable Richard Mednick, U.S. Bankruptcy Court Judge for the Central District of California, Los Angeles Division, and the Honorable John E. Ryan, U.S. Bankruptcy Court Judge for the Central District of California, Santa Ana Division. Mr. Malcolm has served as a mediator in the Central District Bankruptcy Mediation Program. He was also chosen by Freddie Mac to serve on its prestigious Default Advisory Group in the lawyer designate position for a one-year term (only one lawyer is chosen throughout the country).

Mr. Malcolm has served as a member of the Orange County Bankruptcy Forum's Special Projects Committee, providing continuing education to members of the Bankruptcy bar. He has co-authored continuing education materials for the California Continuing Education of the Bar on the topic of Complex Bankruptcy Litigation. Mr. Malcolm has also served as a Board of Governor for Legatus International, a Catholic organization of approximately 1600 CEO's and managing partners.

Memberships: Orange County Bar Association; Orange County Bankruptcy Forum; and the Inland Empire Bankruptcy Forum.

**ARTURO M. CISNEROS**

Arturo M. Cisneros is a co-founding member of the Firm and was born in San Bernardino, California in 1959.  He received his Bachelor of Arts and Juris Doctor from the University of California, Los Angeles in 1981 and 1984, respectively.  Mr. Cisneros was admitted to the State Bar of California in 1985.  He is also admitted to practice before the Ninth Circuit Court of Appeals and the United States Supreme Court.

Exhibit 1

In 1984, Mr. Cisneros served as Law Clerk to the then Chief United States Bankruptcy Judge for the Central District of California, Los Angeles, the Honorable William J. Lasarow. He went on to serve as Law Clerk to the Honorable John J. Wilson, U.S. Bankruptcy Judge for the Central District of California, San Bernardino Division in 1985. Mr. Cisneros was also the Staff Attorney for the standing Chapter 13 Trustee in Santa Ana and San Bernardino Divisions of the U.S. Bankruptcy Court for the Central District of California.

In 1993, Mr. Cisneros was appointed to serve as a Bankruptcy Panel Trustee by the Office of the U.S. Trustee for the Central District of California, Riverside Division, a position in which he continues to serve. Mr. Cisneros also served as a Central District Lawyer Representative to the Ninth Circuit Judicial Conference from 1996-1998. He formerly served as President of the Inland Empire Bankruptcy Forum, President of the Hispanic Bar Association of Orange County, and was previously on the Board of Directors of the Los Angeles Chapter of the Mexican-American Bar Association. He is also a founding member of the Hispanic Education Endowment Fund of Orange County.

The legal publication *Martindale-Hubbell* has awarded Mr. Cisneros an "AV" rating based upon the recommendations of fellow attorneys, recognizing him for excellence in both legal practice and professional ethics.

Memberships: Federal Bar Association; Riverside County Bar Association; Orange County Bar Association; President's Circle of the National Association of Bankruptcy Trustees; and the Inland Empire Bankruptcy Forum.

**NATHAN F. SMITH**

Nathan F. Smith is a partner with the Firm. He was born in East Grand Rapids, Michigan, and received his Bachelor of Arts in Political Science, with a Minor in History, from Western Michigan University in 2005. In 2009, Mr. Smith earned his Juris Doctor from Chapman University School of Law, where he was the recipient of the Tax Law Emphasis Certificate, the CALI Excellence for the Future Award, and the Commitment to Service, Pro Bono Award. Mr. Smith also served a judicial externship to the Honorable Theodor C. Albert, United States Bankruptcy Court Judge for the Central District of California, Santa Ana Division.

Mr. Smith joined the Firm as a Summer Associate in 2008 and became an Associate upon his admission to the California Bar in 2009. Mr. Smith specializes in the representation of financial institutions in bankruptcy proceedings, civil litigation, contract negotiations, judicial foreclosure actions, receivership matters, and state and federal appeals. He has extensive experience in Chapter 11 business reorganization proceedings as well as consumer bankruptcy proceedings under Chapters 7, 12, and 13.

Exhibit 1

In addition to California, Mr. Smith is admitted to practice in Washington (2010); Minnesota (2011); Oregon (2011); Hawaii (2011); Nevada (2012); Arizona (2012); Michigan (2013); Colorado (2015); Texas (2015); and New Mexico (2015); and before the Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuit Courts of Appeal; the United States Supreme Court; and the United States Tax Court.

Memberships: American Bankruptcy Institute; American Bar Association (Business Bankruptcy Committee); Orange County Bar Association; Los Angeles County Bar Association; Orange County Bankruptcy Forum; Los Angeles County Bankruptcy Forum; Inland Empire Bankruptcy Forum; Multnomah County Bar Association; and King County Bar Association.

**NICOLAS MATAYRON**

Nicolas Matayron is a partner with the Firm. Mr. Matayron was born in Montauban, France and received his License in Law, the equivalent of a LL.B, in nearby Toulouse. Mr. Matayron went on to receive a Master in International Business Law from the University of Paris-1-Sorbonne and an advanced Master in Business Law and Management from the ESSEC Business School in Paris. Mr. Matayron trained in international franchise law contracts, particularly FTC regulations and international transactions, at a Parisian law firm, later working at the corporate headquarters of a European bank where he focused on intellectual property contractual schemes, consumer law, and banking law compliance.

In 2009, Mr. Matayron received his LL.M in Comparative Law from the University of San Diego, School of Law. Mr. Matayron has been a member of the State Bar of New York since 2010 and of the State Bar of California since 2015. Mr. Matayron is admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

Memberships: Orange County Bar Association; Los Angeles County Bar Association.

**SENIOR COUNSEL**

**CHARLES W. NUNLEY**

Charles W. Nunley is a senior litigation attorney with the Firm. Mr. Nunley has significant experience representing financial institutions in matters involving lender liability claims, alleged unlawful foreclosure and unfair debt collection, unlawful eviction, title disputes, probate litigation, creditor claims in bankruptcy adversary proceedings, code violations, title insurance claims and commercial and residential receiverships. Mr. Nunley is responsible for handling pretrial litigation, mediation, settlement, trial, and appellate matters within in the state and federal courts of California.

Mr. Nunley earned his Juris Doctor from Santa Clara University in 1983 and is admitted to practice before all state and federal courts in California.

Exhibit 1

Before joining the Firm in 2008, Mr. Nunley was a trial attorney in private practice and participated in jury and court trials of landmark intellectual property and securities cases as well as mass toxic tort matters.  Over the past 25 years, Mr. Nunley has focused exclusively on representing secured lenders and servicers in the state and federal courts of California, Oregon, Washington, Nevada, and Arizona.
Memberships: Los Angeles Bar Association and the Santa Clara County Bar Association.

**HYDEE J. RIGGS**

Hydee J. Riggs has significant experience in the area of bankruptcy law including the representation of numerous Chapter 7 Trustees and secured and unsecured creditors in Chapter 7, 11, and 13 bankruptcy proceedings and litigation.  Ms. Riggs further specializes in business litigation, including real estate, commercial and collection matters, creditors' rights, and the representation of receivers.

Ms. Riggs received her undergraduate degree from the University of Southern California and earned her Juris Doctor from Loyola Law School of Los Angeles.  She is licensed to practice in the State of California, the United States Supreme Court, and the United States District Courts in the Northern, Eastern, Central, and Southern Districts of California.

Ms. Riggs has further prepared and presented numerous legal education seminars and authored various legal articles in the areas of her specialization.

Memberships: Orange County Bar Association, Bankruptcy and Business Litigation Sections; Orange County Bankruptcy Forum; and the Inland Empire Bankruptcy Forum.

**ASSOCIATES**

**BRIAN THOMLEY**

Brian Thomley is a senior associate in the Firm's Civil Litigation Department.  Mr. Thomley graduated *magna cum laude* from the University of North Carolina at Charlotte in 2004, with a Bachelor of Arts in Religious Studies.  He earned his Juris Doctor from Chapman University School of Law in 2009, having graduated second in his class.  Mr. Thomley was Production Editor for the Chapman Law Review and authored the Comment, *Nothing is Sacred: Why Georgia and California Cannot Bar Contractual Jury Waivers in Federal Court*, 12 Chap. L. Rev. 127 (2008).  He was a member of the Moot Court Honors Board, and participated in the national Conrad Duberstein Bankruptcy Competition.  He served as an extern for the Honorable Robert N. Kwan of the U.S. Bankruptcy Court for the Central District of California.

Upon graduation, Mr. Thomley served as law clerk for Judge Kwan from 2009-2010.  He assisted Judge Kwan with Bankruptcy Appellate Panel matters, and contributed to an opinion on the burden of proof applicable to objections to exemptions on the ground of bad faith, *Tyner v. Nicholson (In re Nicholson)*, 435 B.R. 622 (9th Cir. BAP 2010).

Exhibit 1

Mr. Thomley manages the Firm's appellate practice and authored briefs in opinions, such as *Herrera v. Federal National Mortgage Association*, 205 Cal. App. 4th 1495 (2012) and *Chavez v. IndyMac Mortgage Services*, 2013 WL 5273741 (Ct. App. Sept. 19, 2013).  He is a member of both the State Bar of California and the State Bar of North Carolina.  He is admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

Memberships: Los Angeles County Bar Association.

**CHRISTINA J. KHIL**

Christina J. Khil is an associate in the Firm's Bankruptcy Department and was raised in Los Angeles County, California.  In 2002, Ms. Khil received her Bachelor of Arts in Criminology, Law and Society, with a Minor in History from the University of California, Irvine.  Ms. Khil earned her Juris Doctor in 2009 from Whittier Law School, where she received a Business Law Emphasis Certificate.  While attending Whittier Law School, Ms. Khil was the Articles Editor of the Whittier Journal of Child and Family Advocacy.

Ms. Khil became an associate of the Firm in 2010 and specializes in the representation of financial institutions in bankruptcy proceedings, post-sale litigation and claim matters, and the representation of Chapter 7 trustees in bankruptcy proceedings.  Ms. Khil was admitted to the State Bar of California in 2009, and is admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts California.

Memberships: Orange County Bankruptcy Forum; Orange County Bar Association; Inland Empire Bankruptcy Forum.

**LAW CLERK**

**ADAM SOHN**

Adam graduated from Luther College in Decorah, Iowa in 2009 with a Bachelor of Arts in Biology.  In 2012, Mr. Sohn received earned his Juris Doctor from the University of Iowa College of Law and was admitted to practice in Iowa in 2013 prior to relocating to California.  Mr. Sohn joined Malcolm Cisneros in February of 2016 as a law clerk in the Bankruptcy Department, and he has primarily worked on motions for relief from stay, plan reviews, and plan objections, as well as assisting with Chapter 11 Sub V Trustee matters.  Prior to joining the firm, Mr. Sohn worked for Wells Fargo Bank and another Orange County law firm that focused primarily on bankruptcy matters.

Exhibit 1

## PARALEGALS

**MELISSA D. FUSCO**

Melissa D. Fusco is a paralegal, and a Co-Director of the Litigation Department of the Firm, and was also the Manager of the Freddie Mac Designated Counsel Program for California and Nevada.  Ms. Fusco was born in New Haven, Connecticut in 1959, and received her Bachelor of Arts in History from California State University, Fullerton in 1983.  In 1984, she received her paralegal certificate from the University of San Diego.  Prior to joining the Firm, Ms. Fusco was employed at a prominent Orange County bankruptcy and commercial litigation firm, where she managed the consumer bankruptcy department.

**ERNEST R. CISNEROS**

Ernest R. Cisneros is a paralegal and the Director of the Firm's Bankruptcy Department.  Mr. Cisneros was born in San Bernardino, California in 1967, received his Bachelor of Arts in Political Science from the University of California, Los Angeles in 1989, and attended law school at Western State University.  Prior to joining the Firm, Mr. Cisneros served as a legal research analyst to Shannon J. Haney, the Chapter 13 Trustee for the San Bernardino and Santa Ana Divisions of the Central District.  Mr. Cisneros is the Director of the Firm's Bankruptcy Department.

**MAYRA JOHNSON**

Mayra Johnson received her Bachelor of Arts Degree in Political Science from the University of California, Riverside in 2008.  Prior to joining the Firm, Ms. Johnson served as a bankruptcy legal assistant to a firm specializing in debtor representation.  Ms. Johnson joined the Firm in May of 2014 as an administrative assistant in the Trustee Department at the Riverside office, and was promoted to Trustee Administrator in 2015.  Ms. Johnson is a member of the Inland Empire Bankruptcy Forum and a Notary Public.

**ERICA F. PEDRAZA**

Erica F. Pedraza, a paralegal, was born in Walla Walla, Washington in 1981. Ms. Pedraza received her Associates of Arts Degree in Paralegal Studies from Santa Ana College in 2005.  Ms. Pedraza is currently a supervisor in the Bankruptcy Department.  Ms. Pedraza's emphasis is relief from stay matters but she also has experience preparing proofs of claim, objections to claim, and objections to confirmation.

Exhibit 1

**RHONDA WHITE**

Rhonda White is a bankruptcy supervisor at the Firm and was born in Stanton, California in 1963. Ms. White began her legal career in July, 1998 as a paralegal in a firm representing creditors in bankruptcy matters and has acquired extensive experience in the bankruptcy field for more than nineteen years. In May 2000, Ms. White received her paralegal certificate and Associate in Arts degree from Saddleback College, Mission Viejo. Ms. White joined the Firm in December, 2014 as a supervisor in the Bankruptcy Department.

Exhibit 1



## 2022 Hourly Rate Schedule

### PARTNERS

| | |
|---|---|
| William G. Malcolm | $575.00 |
| Arturo M. Cisneros | $575.00 |
| Nathan F. Smith | $505.00 |
| Nicolas Matayron | $450.00 |

### SENIOR COUNSEL

| | |
|---|---|
| Charles W. Nunley | $500.00 |
| Hydee J. Riggs | $475.00 |

### ASSOCIATE

| | |
|---|---|
| Brian Thomley | $425.00 |
| Christina J. Khil | $375.00 |

### LAW CLERK

| | |
|---|---|
| Adam Sohn | $220.00 |

### PARALEGALS

| | |
|---|---|
| Melissa Fusco | $200.00 |
| Ernest Cisneros | $200.00 |
| Mayra Johnson | $200.00 |
| Erica F. Pedraza | $130.00 |
| Rhonda White | $130.00 |

Exhibit 2