B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Darryl Lewis and Sanna Akhtanova | **DEFENDANTS**<br>Stonebridge Ventures, LLC, Calpac Management, Inc. Joshua Raymond Pukini and Ryan Justin Young |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Thomas J. Polis, Esq. (SBN 119326)<br>POLIS & ASSOCIATES, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA  92612<br>Tel: (949) 862-0040; Fax: (949) 862-0041<br>Email:  tom@polis-law.com | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>■ Creditor    ☐ Other –<br>☐ Trustee | **PARTY** (Check One Box Only)<br>■ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br><br>Removal of State Court Action to Bankruptcy Court ||

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection/revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation actual fraud

☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
■ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |
| Other Relief Sought ||

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Stonebridge Ventures, LLC | BANKRUPTCY CASE NO.<br>8:22-bk-11556-TA | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE<br>Santa Ana | NAME OF JUDGE<br>Theodor C. Albert |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Thomas J. Polis | | |
| DATE<br><br>October 31, 2022 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Thomas J. Polis | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely selfexplanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas J. Polis, Esq. (SBN 119326)<br>POLIS & ASSOCIATES, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612<br>Tel: (949) 862-0040<br>Fax: (949) 862-0041<br>Email: tom@polis-law.com<br><br>☐ *Individual appearing without an attorney*<br>☒ *A*tt*orney for:* Darryl Lewis & Sanna Akhtanova | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Stonebridge Ventures, LLC,<br><br>Debtor(s).<br><br>Darryl Lewis; Sanna Akhtanova,<br><br>Plaintiff(s),<br>vs.<br><br>Stonebridge Ventures, LLC; Calpac Management, Inc.; Joshua Raymond Pukini; Ryan Justin Young; Edmund Valasquez, Jr.; Luna Construction Management, LLC,<br>Defendant. | CASE NO.: 8:22-bk-11556-TA<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:<br><br>**NOTICE OF STATUS CONFERENCE RE REMOVAL OF ACTION**<br><br>**[LBR 9027-1]** |

TO: ALL PARTIES IN REMOVED ACTION, ANY TRUSTEE APPOINTED IN THE BANKRUPTCY CASE, AND THE U.S. TRUSTEE: A Notice of Removal of Action (Removal Notice) was filed under 28 U.S.C. §1452(a), FRBP 9027 and LBR 9027-1(a). A copy of the Removal Notice accompanies this Notice of Status Conference (Status Conference Notice).

| | |
|---|---|
| Removing Party: | Plaintiffs, Darryl Lewis and Sanna Akhtanova |
| Date of Filing of Removal Notice: | October 31, 2022 |
| Court/division from which action is removed: | California Superior Court, Riverside County, Palms Springs |
| Case No. of Removed Action: | CVPS2203502 |

1) **Status Conference** – A status conference on the Removal Notice has been set for:

| Hearing date: | Address: |
|---|---|
| Time: | ☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| Courtroom: | ☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2014                    Page 1                    F 9027-1.NOTICE.STATCONF.REMOVAL

2) **Service of Status Conference Notice** – Pursuant to LBR 9027-1(b)(3), no later than 14 days after the Status Conference Notice is issued and filed, the party who filed the Removal Notice must serve the Status Conference Notice on all parties to the removed action, any trustee appointed in the bankruptcy case, the United States trustee, and a judge's copy as provided in the Court Manual.

3) **Preserving Right to Jury Trial** – Pursuant to LBR 9027-1(e), no later than 14 days after service of the Removal Notice (plus an additional 3 days if you were served by mail, electronically or pursuant to F.R. Civ. P. 5(b)(2(D),(E) or (F)), a party to the removed action must comply with LBR 9015-2 to preserve any right to trial by jury.

4) **FRBP 9027(e)(3) Statement** – Pursuant to FRBP 9027(e)(3), no later than 14 days after the filing of the Removal Notice (plus an additional 3 days if you were served by mail, electronically or pursuant to F.R. Civ. P. 5(b)(2(D),(E) or (F)),, a party to the removed action (other than the party who filed the Removal Notice) must file with the clerk the statement required under FRBP 9027(e)(3) and serve the statement upon all other parties to the removed action.

5) **Litigation Documents** – Pursuant to FRBP 9027(a)(1) and 9027(e)(2), and LBR 9027-1(d), subject to LBR 9027-1(d)(2)(B), no later than 30 days after the filing of the Removal Notice, the party who filed the Removal Notice must file with the clerk, all of the following items pertaining to the action being removed:

    (a) A copy of the docket from the court where the removed litigation was pending; and

    (b) A copy of every document reflected on the docket, whether the document was filed by a party or entered by the court. These copies must be provided in chronological order according to the date the document was filed.

6) **Joint Status Report** - Pursuant to LBR 7016-1(a)(2), no later than **14 days prior to the Status Conference**, all parties to this adversary proceeding must participate in filing a joint status report (JSR) and deliver a judge's copy as required in the Court Manual.  The JSR must be prepared according to the instructions set forth on the court's website at www.cacb.uscourts.gov.

KATHLEEN J. CAMPBELL, CLERK OF COURT

Date:                                    By: _____
                                              Deputy Clerk

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2014*                              Page 2                              **F 9027-1.NOTICE.STATCONF.REMOVAL**

1  Thomas J. Polis, Esq. (SBN 119326)
   **POLIS & ASSOCIATES, APLC**
2  19800 MacArthur Blvd., Suite 1000
   Irvine, California 92612
3  Telephone: (949) 862-0040
   Facsimile:  (949) 862-0041
4  Email: tom@polis-law.com

5
   Counsel for Plaintiffs, Darryl Lewis and Sanna Akhtanova
6

7                     **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

9

| 10 | **In re** | **Case No. 8:22-bk-11556-TA** |
|---|---|---|
| 11 | **Stonebridge Ventures, LLC,** | **Chapter 11** |
| 12 | | **Adv.Proc.No.: 8:22-ap_____-TA** |
| 13 | **Debtor/Debtor-In-Possession.** | **ADVERSARY PROCEEDING COMPLAINT RE:** |
| 14 | **DARRYL LEWIS, and SANNA AKHTANOVA, individuals,** | **PLAINTIFFS DARRYL LEWIS AND SANNA AKHTANOVA REMOVAL OF STATE COURT** |
| 15 | | |
| 16 | **Plaintiffs,** | [Adversary Proceeding Related to Plaintiffs' Removed Litigation ECF Nos. 38 and 39] |
| 17 | **v.** | |
| 18 | **STONEBRIGE VENTURES, LLC, a California limited liability company; CALPAC MANGEMENT, INC., a California Corporation; JOSHUA RAYMOND PUKINI, an individua, RYAN JUSTIN YOUNG, an individual,** | **Initial Status Conference** Date: Time: Ctrm:  5B, Fifth Floor |
| 19 | | |
| 20 | | U.S. Bankruptcy Court |
| 21 | | 411 W. Fourth Street |
| 22 | **Defendants,** | Santa Ana, CA 92701 |

23

24       TO THE HONORABLE THEORDOR C. ALBERT, U.S. BANKRUPTCY JUDGE; THE

25  DEBTOR/DEBTOR-IN-POSSESSION AND ITS COUNSEL OF RECORD; THE CHAPTER

26  11 TRUSTEE; THE SANTA ANA OFFICE OF THE U.S. TRUSTEE; AND OTHER PARTIES

27  ENTITLED TO NOTICE:

28

**COMPLAINT RE: REMOVAL OF STATE COURT ACTION TO BANKRUPTCY COURT**

1

Plaintiffs, Darryl Lewis and Sanna Akhtanova ("Lewis/Akhtanova") are commencing the above-captioned Adversary Proceeding pursuant to 29 U.S.C. § Federal Rules of Bankruptcy Procedure 9027, and Local Bankruptcy Rule 9027 by removing the enclosed Complaint, pending in the California Superior Court for the County of Riverside, Case No. CVPS22035002, a copy of the Complaint is attached hereto as Exhibit "A".

Dated:  October 31, 2022               POLIS & ASSOCIATES, APLC

                                        By:    /s/ Thomas J. Polis
                                               **Thomas J. Polis, Esq.**
                                               **Counsel for Plaintiffs,**
                                               **Darryl Lewis and Sanna Akhtanova**

---

**COMPLAINT RE: REMOVAL OF STATE COURT ACTION TO BANKRUPTCY COURT**

2