WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Proposed Attorneys for Chapter 11 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF INTENT TO EMPLOY REAL ESTATE BROKER**<br><br>[1 Makena Lane, Rancho Mirage, California 92270; 5 Makena Lane, Rancho Mirage, California 92270; and 7 Makena Lane, Rancho Mirage, California 92270]<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1 (b)(1)]** |

**TO ALL CREDITORS AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that A. Cisneros, the duly appointed and qualified Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor"), pursuant to 11 U.S.C. §§ 327 and 328(a), will file concurrently herewith an application for an order authorizing him to employ Brian Thompson ("Broker") of Winterstone Real Estate and Development as a real estate broker. In compliance with Local Bankruptcy Rule 2014-1(b)(3), Trustee hereby provides the following information regarding the Application to Employ ("Application"):

1

Notice of Trustee's Intent to Employ

## I. THE IDENTIFICATION OF THE PROFESSIONAL, PURPOSE, AND SCOPE OF EMPLOYMENT.

This case was commenced on September 9, 2022, with the filing of a skeletal petition under Chapter 11 of the Bankruptcy Code ("Petition"). On or about January 6, 2015, Debtor obtained title to the following real properties:

    a.    1 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-001 ("1 Makena");

    b.    2 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-002 ("2 Makena");

    c.    4 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-004 ("4 Makena");

    d.    5 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-005 ("5 Makena"); and

    e.    7 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-007 ("7 Makena") (1, 2, 4, 5, and 7 Makena are collectively referred to herein as the "Properties").

Trustee is informed and believes that Debtor acquired the Properties as vacant lots and was in the process of completing the construction of luxury homes on each lot. Currently, Trustee is informed and believes that only 2 Makena has been completed and that the remaining lots are in various stages of construction. Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in 1, 2, 4, and 7 Makena ("Transfers") to AB Capital LFD, Inc. ("AB LFD"). On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on inter alia the Transfers. On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate. Trustee is the appointed, qualified, and acting Chapter 11 Trustee for Debtor's bankruptcy estate ("Estate"). Trustee has determined that it will be necessary to employ Broker to market and sell the property commonly known as 1 Makena Lane, Rancho Mirage, California 92270 ("1 Makena"), 5 Makena Lane, Rancho Mirage, California 92270 ("5

Makena") and 7 Makena Lane, Rancho Mirage, California 92270 ("7 Makena") in order to pay claims of creditors and expenses of administration.

## II. ARRANGEMENT FOR COMPENSATION.

Broker has not received, nor will he receive, any retainer from Trustee or the Estate. Broker will accept, as compensation, such commission from the sale of the Property pursuant to the Listing Agreement and subject to Court approval. Trustee negotiated favorable listing terms as follows: The Listing Agreement concerning 1 Makena provides for sales commission of 5%, unless Broker represents both Trustee and the buyer, in which case sales commission shall be 2%. Additionally, should Vincent Battaglia purchase the property, the total commission will be agreed to in good faith and shall be less than 5%. The Listing Agreement concerning 5 Makena provides for sales commission of 5%, unless Darryl Lews purchases the property, and no cooperated broker is involved, in which case Broker's commission shall be 1.5%. The Listing Agreement concerning 7 Makena provides for sales commission of 6%, unless Broker represents both Trustee and the buyer, in which case sales commission shall be 2%. Additionally, should Vincent Battaglia purchase the property, the total commission will be agreed to in good faith and shall be less than 5%

## III. PROCEDURE FOR OBTAINING A COPY OF THE APPLICATION.

A copy of the Application is available upon written request by contacting Erica F. Pedraza at Malcolm ♦ Cisneros, A Law Corporation, 2112 Business Center Drive, Irvine, CA 92612, telephone number: (949) 252-9400, facsimile: (949) 252-1032, e-mail: erica@mclaw.org

///
///
///
///
///
///
///
///
///

### IV. PROCEDURE FOR OBJECTING AND/OR RESPONDING TO THE APPLICATION TO EMPLOY.

**PLEASE TAKE FURTHER NOTICE** that if you do not oppose the proposed employment, you need not take further action. Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing must be filed with the Court in the form required by Local Bankruptcy Rule 9013-1(f)(1) and served upon proposed counsel for Trustee at the address indicated in the upper-left hand corner of the first page of this document and the Office of the United States Trustee no later than 14 days from the date of the service of this notice. Failure to timely file and serve an opposition, response or request for hearing may be deemed consent to the relief sought in the Application.

Dated: November 7, 2022

Respectfully Requested,
MALCOLM ♦ CISNEROS, A Law Corporation

 /s/ Nathan F. Smith
By: NATHAN F. SMITH
*Proposed Attorneys for Chapter 11 Trustee, A. Cisneros*

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **2112 Business Center Drive, 2nd Floor, Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF INTENT TO EMPLOY REAL ESTATE BROKER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 7, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
**CHAPTER 11 TRUSTEE: Arturo Cisneros (TR)**     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **November 7, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**
**NOTICE: Brian Thompson, Winterstone Real Estate and Development, 23792 Rockfield Blvd. STE 101, Lake Forest, CA 92630**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 7, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 7, 2022** | **Diep Quach** | */s/ Diep Quach* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: W. Derek May wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT.**

Abrams Law Group
Robert Abrams
5412 N Palm Ave Suite 105
Fresno CA 93704

Abril F Saglio-Ruiz
Midland Credit Management Inc
350 Camino De La Reina Suite 100
San Diego CA 92108

Advanced Portfolio Group LLC
1965 Sheridan Dr Suite 300
Buffalo NY 14223

Aidvantage
PO Box 9635
Wilkes Barre PA 18773-9635

Aidvantage on behalf of
Dept of Ed Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773

American Credit Acceptance
PO Box 4419
Wilmington OH 45177

American Credit Acceptance
961 E Main Street 2nd Floor
Spartanburg SC 29302

American Credit Acceptance
PO Box 204531
Dallas TX 75320-4531

AmeriPride
1050 W Whites Bridge Ave
Fresno CA 93706-1328

~~AmeriPride Services~~
~~PO Box 1159~~
~~Bemidji MN 56619~~
*11/01/2022 – Forward time expired return to send*

AmTrust Financial
17771 Cowan Ste 200
Irvine CA 92614

AT T
PO Box 537104
Atlanta GA 30353

Barnes Welding Supply
PO Box 1666
Fresno CA 93717-1666

Barnes Welding Supply
2825 S Elm Avenue 101
Fresno CA 93717-1666

California Department of Tax Fee Admi
PO Box 942879
Sacramento CA 94279-0055

California Department of Tax Fee Admi
Account Information
Group MIC 29
PO Box 942879
Sacramento CA 94279-0029

California Department of Tax Fee Admi
8050 N Palm Ave Suite 205
Fresno CA 93711

California Dept. of Tax and Fee Administration
Collections Support Bureau
MIC: 55
PO Box 942879

Sacramento, CA

California State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento CA 94279-0029

Capital One
PO Box 30285
Salt Lake City UT 84130

Capital One
PO Box 70886
Charlotte NC 28272-9903

Capital One
PO Box 60599
City of Industry CA 91716-0599

Capital One Auto Finance
CB Disputes Team
PO Box 259407
Plano TX 75025

Capital One Auto Finance
PO Box 660068
Sacramento CA 95866

Capital One Auto Finance
PO Box 60511
City of Industry CA 91716-0511

Capital One Auto Finance, a division of Capital One, N.A.
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Capital One Bank USA
PO Box 31293
Salt Lake City UT 84131-0293

CB Indigo
PO Box 4499
Beaverton OR 97076

Celtic Bank Continental Finance
268 S State St Ste 300
Salt Lake City UT 84111

Central Portfolio Control Inc
10249 Yellow Circle Drive Suite 200
Hopkins MN 55343

Central Portfolio Control Inc
PO Box 111
Charlotte NC 28201

Chacon Catering and The Gastro Grill LL
760 Pollasky Ave
Clovis CA 93612

~~Chacons Catering~~
*10/26/2022 – Address incomplete*

City of Clovis
City Hall
1033 Fifth Street
Clovis CA 93612

City of Clovis
PO Box 3007
Clovis CA 93613-3007

Comcast
9602 South 300 West
Sandy UT 84070-3340

Comcast
1325 Broadway St
Fresno CA 93721-1601

Comcast Business Services
9601 East Panorama Circle
Englewood CO 80112

Comenity - Williams-Sonoma
PO Box 659705
San Antonio TX 78265-9705

Comenity Bank
PO Box 182273
Columbus OH 43218-2273

Comenity Bank
One Righter Parkway Suite 100
Wilmington DE 19803

Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus OH 43218-2125

Comenity Bank Williams
6939 Americana Parkway
Reynoldsburg OH 43068

Community Medical Centers
PO Box 39000
Dept 34428
San Francisco CA 94139-4428

Community Medical Centers
ATTN Benefits Department
PO Box 1232
Fresno CA 93715-1232

Community Medical Imaging
Department WS204
PO Box 509015
San Diego CA 92150-9015

Corporation Service Company
801 Adlai Stevenson Drive
Springfield IL 62703-4261

Corporation Service Company
PO Box 2576
Springfield IL 62708-2576

Credit One Bank
PO Box 98878
Las Vegas NV 89193-8878

Credit One Bank
PO Box 98872
Las Vegas NV 89193-8872

Credit One Bank
PO Box 60500
City Industry CA 91716-0500

Dedicated Commercial Recovery Inc
1970 Oakcrest Avenue Suite 217
Saint Paul MN 55113

Department of Education Navient
123 Justison Street 3rd Floor
Wilmington DE 19801

Department of Education Navient
PO Box 9635
Wilkes Barre PA 18773

Employment Development Department EDD
State of California
PO Box 826215
MIC 3A
Sacramento CA 94230-6215

Expansion Capital Group
5020 S Broadband Ln 100
Sioux Falls SD 57108

Expansion Capital Group
5801 South Corporate Pl
Sioux Falls SD 57108

Expansion Capital Group LLC
c o MCA Recovery LLC
17 State Street Suite 4000
New York NY 10004

Financial Agent Services
PO Box 2576
Springfield IL 62708

First Premier Bank
3820 N Louise Avenue
Sioux Falls SD 57107

First Premier Bank
PO Box 5529
Sioux Falls SD 57117-5529

Fora Financial Advance, LLC
c/o Aubrey Thrasher LLC
12 Powder Springs Street, Suite 240
Marietta, GA 30064

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento CA 95812-2952

Franky C Chan
Guerrero Chan LLP
13181 Crossroads Parkway N Suite 350
La Puente CA 91746

Frontline Asset Strategies
DEPT 473
PO Box 4115
Concord CA 94524

Frontline Asset Strategies
2700 Snelling Avenue N Suite 250
Saint Paul MN 55113

Genesis FS Card Services
P O Box 4477
Beaverton OR 97076

Genesis FS Card Services
PO Box 23039
Columbus GA 31902-3039

Grant Mercantile Agency

49099 Road 426
Oakhurst CA 93644
Greg Wilson
The Craft House
760 Pollasky Ave Clovis CA 93612

Halsted Financial Services LLC
PO Box 828
Skokie IL 60076

Halsted Financial Services LLC
PO Box 702070
Plymouth MI 48170-0975

Huntington Debt Holding
1965 Sheridan Dr Suite 200
Buffalo NY 14223

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

ISN Corporation-Western Operations Cent
Attention Secretary Held Loan Servicin
2000 N Classen Blvd Suite 3200
Oklahoma City OK 73106-6034

Jason Khano
12 Powder Springs Street Suite 240
Marietta, GA 30064

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Kramer Fox Associates Inc
Attn Accounting
7113 Seneca Falls Loop
Austin TX 78739

Kramer Fox Associates Inc
PO Box 91012
Austin TX 78709

Law Offices of Gary A Bemis APC
3870 La Sierra Ave Suite 239
Riverside CA 92505

Lenders Choice Escrow Inc
One City Blvd West Suite 1610
Orange CA 92868

~~Lending Services Customer Support~~
~~PO Box 1288~~
*Incomplete address*

Liberty Mutual Surety
17771 Cowan Ste 200
Irvine CA 92614-6067

Lien Solutions
PO Box 29071
Glendale CA 91209-9071

LoanMe
PO Box 5645
Orange CA 92863

LoanMe Inc
1900 South State College Blvd Suite 300
Anaheim CA 92806

M T Bank
PO Box 62182
Baltimore MD 21264-2182

M T Bank
PO Box 1288
Buffalo NY 14240-1288

M T Bank
PO Box 900
Millsboro DE 19966

M T Bank
PO Box 62986
Baltimore MD 21264-2986

M T Bank
PO Box 840
Buffalo NY 14240-0840

Marci Wilson
The Craft House
760 Pollasky Ave
Clovis CA 93612

Merchant Service
9012 Research Drive Suite 200
Irvine CA 92618

Midland Credit Management Inc
PO Box 301030
Los Angeles CA 90030-1030

Midland Credit Management Inc
320 East Big Beaver Suite 300
Troy MI 48083

Midland Credit Management Inc

PO Box 2121
Warren MI 48090-2121

Nancy Wilson
6035 N Marks 128
Fresno CA 93711

National Credit Adjusters LLC NCA
PO Box 3023
Hutchinson KS 67504-3023

National Credit Adjusters LLC NCA
PO Box 550
Hutchinson KS 67504-0550

National Credit Adjusters LLC NCA
327 W 4th Ave
Hutchinson KS 67501-4842

National Credit Adjusters LLC NCA
DEPT 835
PO Box 4115
Concord CA 94524

National Credit Adjusters, LLC
Attn: Bankruptcy Department
P.O. Box 3023
Hutchinson, KS 67504

National Debt Holdings LLC
401 E Las Olas Blvd Ste 1400
Ft Lauderdale FL 33301-2218

NCS UCC Services Group
PO Box 24101
Cleveland OH 44124

Nunes Nunes CPA Inc
Joshua L Nunes
250 W Spruce Ave Suite 101
Clovis CA 93611

Office of Housing FHA-Comptroller
Director of Mortgage Insurance Accounti
451 Seventh Street SW
Washington DC 20410-0001

Payment Capital
19528 Ventura Blvd 170
Tarzana CA 91356

PG E
PO Box 997300
Sacramento CA 95899-7300

PG&E
PO BOX 8329

C/O BANKRUPTCY DEPT
STOCKTON, CA 95208

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-9617

Premier Financial Solutions
41428 Avenue 10 1 2 Suite B
Madera CA 93636

Premier Financial Solutions
PO Box 21109
Carson City NV 89721-1109

Radius Global Solutions
PO Box 390916
Minneapolis MN 55439-0916

Radius Global Solutions
Dept 126233
PO Box 1259
Oaks PA 19456

Radius Global Solutions LLC
7831 Glenroy Road Suite 250
Minneapolis MN 55439

Rash Curtis Associates
PO Box 5790
Vacaville CA 95696-5790

Rash Curtis Associates
190 South Orchard Avenue STE A200
Vacaville CA 95688

Rash Curtis Associates
Dept 1023
PO Box 4115
Concord CA 94524

Resurgent Capital Services L P
PO Box 1410
Troy MI 48099-1410

Resurgent Receivables LLC
PO Box 10466
Greenville SC 29603

Resurgent Receivables LLC
Care of Resurgent Capital Service
PO Box 1269
Greenville SC 29602

Resurgent Receivables, LLC
Resurgent Capital Services

PO Box 10587
Greenville, SC 29603-0587

Reyes Chacon
956 North Fruit Ave
Fresno CA 93728

RISE Credit
PO Box 679900
Dallas TX 75267-9900

Rushmore Service Center
PO Box 5507
Sioux Falls SD 57117-5507

Rushmore Service Center
PO Box 5508
Sioux Falls SD 57117-5508

Safeco Insurance
c/o Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116

Samanatha Wilson
5476 E Hampton Way
Fresno CA 93727

Self Financial Inc
515 Congress Ave Suite 2200
Austin TX 78701

Self Financial Inc Lead Bank
1801 Main Street
Kansas City MO 64108

Square Capital Program
Attn Capital Servicing
29050 Network Place
Chicago IL 60673-1290

Square Capital Program
1455 Market Street Suite 600 MSC 715
San Francisco CA 94103

Square Financial Services fka Square Capital
c/o RMS
PO Box 19253
Minneapolis, MN 55419

Steve J Davis Attorney at Law
S J Davis Law PLLC
4735 East Halifax Street
Mesa AZ 85205

Sysco Central California Inc

136 South Mariposa Road
Modesto CA 95354

The Gastro Grill by Chacon Catering Inc
5476 E Hampton
Fresno CA 93727

TrueAccord
c o Gabriel Vasquez
16011 College Blvd Ste 130
Lenexa KS 66219

U.S. Department of Housing and Urban
Development
1 Sansome Street, 12th Floor
San Francisco, CA 94104

United States Attorney
For Internal Revenue Service
2500 Tulare Street Suite 4401
Fresno CA 93721

United States Department of Justice
Civil Trial Section Western Region
Box 683
Ben Franklin Station
Washington DC 20044

US Foods Inc
300 Lawrence Drive
Livermore CA 94550

Verizon Wireless
PO Box 660108
Dallas TX 75266-0108

Yessica Mendoza
932 Brookfield Drive
Clovis CA 93612