| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Summer Shaw, Esq. (SBN 283598)<br>SHAW & HANOVER, PC<br>42-600 Cook Street, Suite 210<br>Palm Desert, CA 92211<br>Telephone No.: (760) 610-0000<br>Facsimile No.: (760) 687-2800<br>Email: ss@shaw.law | |
| ☐ Individual appearing without attorney<br>☒ Attorney for Debtor, Stonebridge Ventures, LLC | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| In re:<br><br>**Stonebridge Ventures, LLC**<br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11556-TA<br><br>CHAPTER: 11<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☒ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 11/15/22

Joshua R Pukini, Managing Member for Debtor
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

[1] Amended solely to correct the amount owed to AB Capital, LLC on 7 Makena Deed of Trust, which inadvertently was listed at $975,000.00.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
42-600 Cook Street, Suite 210
Palm Desert, CA 92211

A true and correct copy of the foregoing document entitled (*specify*): **Summary of Amended Schedules, Master Mailing List, and or Statements with Amended Schedule D** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/18/2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Michael J Hauser    michael.hauser@usdoj.gov
William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
David W. Meadows    david@davidwmeadowslaw.com
Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
Allan D Sarver    ADS@asarverlaw.com
Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
Nathan F Smith    nathan@mclaw.org,
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **11/18/2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| HONORABLE JUDGE'S COPY<br>Honorable Theodor Albert<br>United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 | DEBTOR<br>Stonebridge Ventures, LLC<br>15 Corporate Plaza Drive<br>Suite 200<br>Newport Beach, CA 92660 | CREDITOR<br>AB Capital, LLC<br>Attn: Officer, Director, or Managing Agent<br>15 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660 |
|---|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/18/2022 | Jennifer Blanton | /s/ Jennifer Blanton |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

Debtor name: **Stonebridge Ventures, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **8:22-bk-11556**

☒ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **AB Capital Fund B, LLC**<br>Creditor's Name<br><br>**15 Corporate Plaza Drive, Suite 200**<br>**Newport Beach, CA 92660**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**08/2021**<br>Last 4 digits of account number<br>**7280**<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**<br><br>Describe the lien<br>**2nd Deed of Trust**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $265,000.00 | $0.00 |
| 2.2 | **AB Capital, LLC**<br>Creditor's Name<br>**Attn: Officer, Director or Managing Agent**<br>**15 Corporate Plaza Drive, Suite 200**<br>**Newport Beach, CA 92660**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**08/24/2021**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA, however, $975,000 was never drawn on/paid to the Debtor**<br><br>Describe the lien<br>**1st Trust Deed**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $0.00 | $0.00 |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 13

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

**7280**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Alisa Arkenberg** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7933 E. Baker Drive
Scottsdale, AZ 85266**

Creditor's mailing address

**Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**04/01/2021**

Last 4 digits of account number
**6556**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Baiocchi Family, LP** | Describe debtor's property that is subject to a lien | $1,748,536.64 | $2,800,000.00 |
|---|---|---|---|---|

Creditor's Name

**600 Hudson Lane
Aptos, CA 95003**

Creditor's mailing address

**Real property located at 5 Makena Lane, Rancho Mirage, CA 92270, APN 682-031-005 (Single Family Residence that is 95% complete)**

Describe the lien
**1st Trust Deed**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**07/16/2021**

Last 4 digits of account number
**8136**

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Baiocchi Family, LP
2. Riverside County Tax Collector**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Brad Bunten** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|---|---|---|---|---|

| Debtor | Stonebridge Ventures, LLC | | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|---|
| | Name | | | |

| | Creditor's Name | Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital Fund, LLC | | |
|---|---|---|---|---|
| | **9241 Copenhaver Drive** **Potomac, MD 20854** | | | |
| | Creditor's mailing address | **Describe the lien** **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **5/2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **6809** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.6 | **Brentwood Finance Comany LLC** | Describe debtor's property that is subject to a lien | $1,850,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional interest in Deed of Trust secured against property located at 2 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |
| | **Attn: Officer, Director or Managing Agent** **180 S. Spruce Avenue, Suite 155** **South San Francisco, CA 94080** | | | |
| | Creditor's mailing address | **Describe the lien** **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **06/30/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **7998** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.7 | **Cory Graham Sottek** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |
| | **640 Altamira Court** **Vista, CA 92081** | | | |
| | Creditor's mailing address | **Describe the lien** **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
04/01/2021
**Last 4 digits of account number**
6556

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8**
**Forge Trust Company CFBO**
Creditor's Name

Donald Suskind IRA
1160 Industrial Road, #1
San Carlos, CA 94070
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
08/09/2021
**Last 4 digits of account number**
4800

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Fractional Interest in Deed of Trust secured against property located at 5 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00    $0.00

---

**2.9**
**Geoffrey P. Field, Trustee of the**
Creditor's Name

Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
08/09/2021
**Last 4 digits of account number**
4800

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Fractional Interest in Deed of Trust secured against property located at 5 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$50,000.00    $0.00

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Jaclyn Maduff**<br>Creditor's Name<br><br>**2128 Duxbury Circle**<br>**Los Angeles, CA 90034**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**05/2022**<br>Last 4 digits of account number<br>**6809**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100,000.00 | $0.00 |
|---|---|---|---|
| 2.11 | **Jaclyn Maduff, Trustee of the**<br>Creditor's Name<br><br>**Jaclyn Maduff Family Trust**<br>**2128 Duxbury Circle**<br>**Los Angeles, CA 90034**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**04/01/2021**<br>Last 4 digits of account number<br>**6556**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 | $0.00 |
| 2.12 | **Jean Himmelstein, Trustee of the**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Creditor's Name<br>**Jeannette Himmelstein Living Trust**<br>**10100 Galaxy Way, #2240**<br>**Los Angeles, CA 90067**<br>Creditor's mailing address | **Fractional Interest in Deed of Trust secured against property located at 5 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**<br><br>**Describe the lien**<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred<br>**08/09/2021**<br>Last 4 digits of account number<br>**4800** | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.13 | **Jeffrey McNutt**<br>Creditor's Name<br><br>**6311 Sierra Elena Roas**<br>**Irvine, CA 92603**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**<br><br>**Describe the lien**<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | $100,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's email address, if known | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Date debt was incurred<br>**05/2022**<br>Last 4 digits of account number<br>**6809** | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.14 | **JLoanCo, Inc.**<br>Creditor's Name<br>**Attn: Officer, Director or Managing Agent**<br>**3780 King Ranch Road**<br>**Ukiah, CA 95482**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.**<br><br>**Describe the lien**<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | $150,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's email address, if known | | | |

| Debtor | **Stonebridge Ventures, LLC** | | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**04/01/2021**
**Last 4 digits of account number**
**6556**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Koonce Family Enterprise, LP** | Describe debtor's property that is subject to a lien | $300,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |

**Barbara Holt, Advisor**
**517 E. Calle Laureles**
**Santa Barbara, CA 93105**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/01/2022**
**Last 4 digits of account number**
**6556**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Koonce Family Enterprises** | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |

**517 E Calle Laureles**
**Santa Barbara, CA 93105**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/2022**
**Last 4 digits of account number**
**6809**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

### 2.17 Las Palmas Group Retirement Trust
Creditor's Name

**Barry Nisen, Trustee**
**PO Box 90202**
**Santa Barbara, CA 93190**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
04/01/2021
**Last 4 digits of account number**
6556

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,000.00    $0.00

---

### 2.18 Linda T. Seckler-Rufkahr, Trustee of
Creditor's Name

**The Rufkahr Family Trust**
**31661 Haute Court**
**Winchester, CA 92596**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
04/01/2021
**Last 4 digits of account number**
6556

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$200,000.00    $0.00

---

### 2.19 Mainstar Trust Custodian FBO
Creditor's Name

**Richard W. Walker IRA**
**18124 Wedge Parkway, #530**
**Reno, NV 89511**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Fractional Interst in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
■ No

$75,000.00    $0.00

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 8 of 13

| Debtor | **Stonebridge Ventures, LLC** | Case number (if known) | **8:22-bk-11556** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
04/01/2021

**Last 4 digits of account number**
6556

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Mainstar Trust Custodian FBO** | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional Interest in Deed of Trust secured against property located at 5 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |

**Richard W. Walker IRA**
**18124 Wedge Parkway, #530**
**Reno, NV 89511**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
08/09/2021

**Last 4 digits of account number**
4800

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Marc Treitler, Trustee of the** | Describe debtor's property that is subject to a lien | $300,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |

**Treitler Family Trust**
**9950 Scripps Lake Drive, #101**
**San Diego, CA 92131**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
04/01/2021

**Last 4 digits of account number**
6556

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 9 of 13

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2.2 | **Mario Melillo** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |
| | 2404 Harbor Boulevard, #106 Costa Mesa, CA 92626 | | | |
| | Creditor's mailing address | Describe the lien **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred **04/01/2021** | ■ No | | |
| | Last 4 digits of account number **6556** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.2.3 | **Noreen Kennedy, Trustee of the** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional Interest in Deed of Trust secured against property located at 4 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |
| | Noreen Kay Kennedy Separate Prop Tr 3504 N. Sundown Lane Oceanside, CA 92056 | | | |
| | Creditor's mailing address | Describe the lien **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred **04/13/2022** | ■ No | | |
| | Last 4 digits of account number **6556** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

---

| 2.2.4 | **Renewable Farms** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

---

| Debtor | Stonebridge Ventures, LLC | | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|---|
| | Name | | | |

---

**Creditor's Name**
Attn: Officer, Director or Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
06/30/2021
**Last 4 digits of account number**
7998

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Deed of Trust secured against property located at 2 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.

**Describe the lien**
Deed of Trust

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.25**

**Richard W. Walker**
Creditor's Name

214 West 9th Street
Onaga, KS 66521

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
058/2022
**Last 4 digits of account number**
6809

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.

**Describe the lien**
Deed of Trust

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$60,000.00    $0.00

---

**2.26**

**Richter Wright**
Creditor's Name

Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
Deed of Trust secured against property located at 1 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.

**Describe the lien**
Deed of Trust

Is the creditor an insider or related party?
■ No
☐ Yes

$1,600,000.00    $0.00

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 11 of 13

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

|  |  |  |  |
|---|---|---|---|
| | | Is anyone else liable on this claim? | |
| | | ■ No | |
| **Date debt was incurred** | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| 04/08/2021 | | | |
| **Last 4 digits of account number** | | | |
| 1410 | | | |
| **Do multiple creditors have an interest in the same property?** | | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Unliquidated | |
| | | ☐ Disputed | |

| 2.27 | **Riverside County Tax Collector** | Describe debtor's property that is subject to a lien | $18,028.01 | $2,800,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real property located at 5 Makena Lane, Rancho Mirage, CA 92270, APN 682-031-005 (Single Family Residence that is 95% complete)** | | |
| | **Matt Jennings Treasurer-Tax Collect 4080 Lemon Street, 1st Floor Riverside, CA 92501** | | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** **Secured Property Taxes** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | 2021-2022 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 1005 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.4** | ☐ Disputed | | |

| 2.28 | **The Burrill Trust** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Fractional Interest in Deed of Trust secured against property located at 7 Makena Lane, Ranch Mirage, CA which the Debtor transferred to AB Capital LFD, Inc.** | | |
| | **156 Wadsworth Avenue Santa Monica, CA 90405** | | | |
| | Creditor's mailing address | **Describe the lien** **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | 5/2022 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 6809 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

| Debtor | Stonebridge Ventures, LLC | Case number (if known) | 8:22-bk-11556 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $8,366,564.65

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| AB Capital, LLC<br>Attn: Agent for Service of Process<br>15 Corporate Plaza<br>Suite 200<br>Newport Beach, CA 92660 | Line 2.2 | |
| Baiocchi Family Limited Partnershi<br>c/o Lenders T.D. Service, Inc.<br>24422 Avenida De La Carlota, #280<br>Laguna Hills, CA 92653 | Line 2.4 | 4756 |
| Brentwood Finance Company, LLC<br>Attn: Agent for Service of Process<br>180 S. Spruce Avenue, Suite 155<br>South San Francisco, CA 94080 | Line 2.6 | |
| JLoanCo, Inc.<br>Attn: Agent for Service of Process<br>3780 King Ranch Road<br>Ukiah, CA 95482 | Line 2.14 | |
| Renewable Farms<br>c/o FCI Lender Services, Inc.<br>8180 E. Kaiser Boulevard<br>Anaheim, CA 92808 | Line 2.24 | |
| Renewable Farms<br>Attn: Agent for Service of Process<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705 | Line 2.24 | |
| Richard W. Walker<br>PO Box 420<br>Onaga, KS 66521 | Line 2.25 | 6809 |
| Riverside County Tax Collector<br>Attn: Matt Jennings<br>PO Box 12005<br>Riverside, CA 92502-2205 | Line 2.27 | |