WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Proposed Attorneys for Chapter 11 Trustee, A. Cisneros*

FILED & ENTERED

NOV 18 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY MALCOLM CISNEROS AS GENERAL COUNSEL** |

The Court, having considered the Application to Employ the Law Firm of MALCOLM ♦ CISNEROS, A Law Corporation, as General Counsel ("Application") [Docket Entry No. 51], all related pleadings, the docket as a whole, and finding good cause, hereby orders as follows:

1. The Application is approved and effective as of September 29, 2022.

//

//

//

//

//

//

//

1

2. Employment is authorized pursuant to 11 U.S.C. § 327 and compensation is subject to further application, determination and approval of this Court pursuant to 11 U.S.C. § 330 or § 331.

IT IS SO ORDERED.

### 

Date: November 18, 2022

Theodor C. Albert
United States Bankruptcy Judge