Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Summer Shaw, Esq. (SBN 283598)**
**SHAW & HANOVER, PC**
**42-600 Cook Street, Suite 210**
**Palm Desert, CA 92211**
**Telephone No.: (760) 610-0000**
**Facsimile No.: (760) 687-2800**
**Email ss@shaw.law**

FOR COURT USE ONLY

☐ *Movant(s) appearing without an attorney*
☒ *Proposed Attorney for Movant, Stonebridge Ventures, LLC, Debtor and former Debtor-in-possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

**STONEBRIDGE VENTURES, LLC,**

Debtor(s).

CASE NO.: **8:22-bk-11556-TA**

CHAPTER: **11**

## DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION

## LBR 9013-1(o)(3)

[No Hearing Required]

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On *(date)*:  **10/25/2022**    Movant(s) filed a motion or application (Motion) entitled:  **APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL**

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On *(date)*:  **10/25/2022**   Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6.  More than __21__ days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  11/16/2022                                    */S/ Summer Shaw*
                                                     Signature
                                                     **Summer Shaw, Esq.**
                                                     Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**42-600 Cook Street, Suite 210, Palm Desert, CA 92211**

A true and correct copy of the foregoing document entitled:   **DECLARATION THAT NO PARTY REQUESTED A HEARING ON APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)   **11/22/2022**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org**
- **Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org**
- **W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com**
- **David W. Meadows    david@davidwmeadowslaw.com**
- **Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com**
- **Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com**
- **Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com**
- **Allan D Sarver    ADS@asarverlaw.com**
- **Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com**
- **Nathan F Smith    nathan@mclaw.org,
  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org**
- **Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)   **11/22/2022**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| HONORABLE JUDGE'S COPY | DEBTOR |
|---|---|
| **Honorable Theodor Albert**<br>**United States Bankruptcy Court**<br>**411 West Fourth Street**<br>**Santa Ana, CA 92701-4593** | **Stonebridge Ventures, LLC**<br>**15 Corporate Plaza Drive, Ste. 200**<br>**Newport Beach, CA 92660** |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/22/2022 | Teresa Stone | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016.*                    Page 3 of 3                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

<table>
<tr><td>

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Summer Shaw, Esq. (SBN 283598)**
**SHAW & HANOVER, PC**
**42-600 Cook Street, Suite 210**
**Palm Desert, CA  92211**
**Telephone No:(760) 610-0000**
**Facsimile No: (760) 687-2800**
**Email: ss@shaw.law**

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for: **Debtor and Debtor-in-possession, Stonebridge Ventures, LLC***

</td><td>

FOR COURT USE ONLY

</td></tr>
</table>

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | CASE NO.: **8:22-bk-11556** |
|---|---|
| | CHAPTER: **11** |
| **Stonebridge Ventures, LLC** | |
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION** |
| | **[LBR 9013-1(o)]** |
| Debtor(s.) | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s)  **STONEBRIDGE VENTURES, LLC** , filed a motion or application (Motion) entitled   **APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL; DECLARATION OF SUMMER SHAW; AND DECLARATOIN OF JOSHUA R. RUKINI, BOTH IN SUPPORT THEREOF**.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒ The full Motion is attached to this notice; or

    ☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

   a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

   b. If you fail to comply with this deadline:

      (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

      (2) Movant will lodge an order that the court may use to grant the Motion; and

      (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 10/24/2022

/s/ Summer Shaw
_____
Signature of Movant or attorney for Movant

Summer Shaw
_____
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 2            F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

Summer Shaw, Esq. (SBN 283598)
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA  92211
Telephone No:(760) 610-0000
Facsimile No: (760) 687-2800
Email: ss@shaw.law
*Proposed Attorneys for Debtor and former*
*Debtor-in-possession, Stonebridge Ventures, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.:  8:22-bk-11556-TA |
| | Chapter:    11 |
| STONEBRIDGE VENTURES, LLC, | **APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL; DECLARATION OF SUMMER SHAW; AND DECLARATOIN OF JOSHUA R. RUKINI, BOTH IN SUPPORT THEREOF** |
| Debtor. | [No Hearing Required Pursuant To LBR 9013-1(o)] |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:**

Stonebridge Ventures, LLC, Debtor and former Debtor-in-Possession, ("Debtor") respectfully submits this application ("Application") for entry of an order authorizing the employment of Shaw & Hanover, PC ("Firm"), effective September 9, 2022 ("Petition Date"), as the bankruptcy estate's ("Estate") general counsel in this case until a Chapter 11 Trustee was appointed on September 28, 2022.

## I.    Factual Background

### A.    Procedural History

On September 9, 2022 ("Petition Date"), the Debtor filed a voluntary petition for relief under



Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California. *See* Docket No 1. A true and correct copy of this Court's web PACER Docket for Case No. 8:22-bk-11556-TA (the "Case"), as of October 21, 2022, is attached as **Exhibit 1** to the Declaration of Summer Shaw ("Shaw Dec.").

### B. Events that precipitated the bankruptcy and plan to move forward

Debtor's authorized director/managing member, Joshua R. Rukini ("Pukini") through Cal-Pac Distressed Real Estate Fund I, LLC and Cal-Pac Management, Inc., has owned and operated the Debtor with Ryan Young ("Young"), since approximately 2015. Debtor has owned and developed a development located in Rancho Mirage ("Makena Development"). The Debtor commenced development on all ten (10) home sites, and successfully sold five (5) of the lots[1] in the Makena Development after the initial developer halted the development. Unfortunately, the Debtor had trouble finalizing one of the homes in the Makena Development located at 5 Makena Lane, Rancho Mirage, California ("Property") on which the Debtor acquired a loan to finish the Property. The first deed of trust holder, Baocchi Family Limited Partnership ("1st DOT Holder") had a Trustee's Sale set for September 13, 2022 ("TS"). In an effort to generate capital so that Debtor could pay off the 1st DOT Holder, Debtor transferred 1, 2, 4 and 7 Makena ("Transferred Properties"), as-is, to AB Capital, LFD, who assumed the debt secured against the Transferred Properties. However, a *lis pendes* was recorded against the Debtor by the potential buyer of the Property, and the Debtor was forced to file this bankruptcy to preserve the equity in same. In sum, this is a simple case but for the delay Debtor was facing in completing the Property and obtaining an "occupancy certificate" so the Debtor could/can close a sale of the Property.

### C. Post-Filing Events

After the filing of this case, the Debtor stipulated to the appointment of a Chapter 11 Trustee. *See* Docket No 13 ("Stipulation"). An order on the Stipulation was entered on September 26, 2022. *See* Docket No 16. The United States Trustee ("UST") appointed Arturo Cisneros as the Chapter 11 Trustee of the Debtor ("Trustee") on September 28, 2022 and Trustee accepted the appointment on same. *See* Docket No 19 and 20. Therefore, this Application is limited to approval

---

[1] Debtor sold 9, 3, 6, 8 and 10 Makena as chronologically listed.



of the Firm's employment as counsel for the Debtor as a Debtor-in-possession from the Petition

Date through September 28, 2022, and as Debtor's counsel only after September 28, 2022.

Specifically, the Firm was, prior to the appointment of the Trustee and will continue to be

required to assist the Debtor, in the following matters:

    a.  To advise and assist the Debtor with respect to compliance with the requirements of the Office of the United States Trustee;

    b.  To conduct examinations of the witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, applications, motions, complaints, and orders;

    c.  To advise the Debtor regarding matters of bankruptcy laws, including the rights and remedies of the Debtor in regard to its assets and to the claims of its creditors;

    d.  To represent the Debtor in any proceedings or hearings in this Court and any proceeding in any other court where the Debtor's rights under the Bankruptcy Code may be litigated or affected;

    e.  To advise the Debtor concerning the requirements of the Bankruptcy Court, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules;

    f.  To file any motions, applications, or other pleadings appropriate to effectuate the reorganization of the Debtor;

    g.  To review claims filed in the Debtor's case, and, if appropriate, to prepare and file objections to disputed claims;

    h.  To represent the Debtor in litigation in the Bankruptcy Court affecting the Estate, as may be requested by the Debtor;

    i.  To assist the Debtor in the negotiation, formulation, confirmation, and implementation of a Chapter 11 plan; and

    j.  To take such other action and perform such other services as the Debtor may require of the Firm in connection with its Chapter 11 case.

Prior to filing the Case, Debtor entered into a fee agreement which required Debtor pay a

retainer to the Firm of $11,738.00 ("Retainer") and the Firm billed at the same rates as contained in



this Application.  The Retainer was deposited into the Firm's Trust Account. At the time of filing the petition, the Firm withdrew $4,718.00 from the trust account, which included fees for the work done getting the Petition and post-filing documents and compliance documents prepared as well as the filing fee of $1,738.00. There remains in the Firm's Trust account, $7,020.00 of the Retainer.

## II.    Requirements for Application to Employ Professional

Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule 2014-1 of the Local Bankruptcy Rules ("LBR"), there follows a summary of the proposed employment of the Firm. Should the Office of the United States Trustee, the Court, or any party in interest request additional information, the Firm will provide a supplemental declaration prior to any hearing on this Application

### A.    LBR 2014-1(b)(1)(A) and LBR 2014-1(b)(3)(B) Employment and Compensation.

Pursuant to LBR 2014-1(b)(1)(A), "[a]n application seeking approval of employment of a professional person pursuant to 11 U.S.C. §§ 327, 328, 1103(a), or 1114 must comply with the requirements of FRBP 2014 and 6003(a) and be filed with the court. The application must specify unambiguously whether the professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330."

Pursuant to LBR 2014-1(b)(3)(B), the Notice of the Application must also "[s]tate whether the professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330."

Debtors seek employment of the Firm pursuant to 11 U.S.C. § 327, as set forth in this application. The Firm shall seek compensation pursuant to 11 U.S.C. § 330.

### B.    FRBP 2014.

Rule 2014(a) of the Federal Rules of Bankruptcy Procedure provides as follows:

"An order approving the employment of attorneys, accountants, appraisers, auctioneers, agents, or other professionals pursuant to § 327, § 1103, or § 1114 of the Code shall be made only on application of the trustee or committee. The application shall be filed and, unless the case is a chapter 9 municipality case, a copy of the application shall be transmitted by the applicant to the United States Trustee. The application shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional



services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the Debtors, creditors, any other party in interest, his respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee."

Debtor is seeking employment of the Firm. A copy of this Application will be served on the Office of the United States Trustee.

### 1. FRBP 2014 – Facts Showing the Necessity for the Employment.

The Debtor required and will continue to require the assistance of counsel to:

    i.    To advise and assist the Debtor with respect to compliance with the requirements of the Office of the United States Trustee;

    ii.    To conduct examinations of the witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, applications, motions, complaints, and orders;

    iii.    To advise the Debtor regarding matters of bankruptcy laws, including the rights and remedies of the Debtor in regards to its assets and to the claims of its creditors;

    iv.    To represent the Debtor in any proceedings or hearings in this Court and any proceeding in any other court where the Debtor's rights under the Bankruptcy Code may be litigated or affected;

    v.    To advise the Debtor concerning the requirements of the Bankruptcy Court, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules;

    vi.    To file any motions, applications, or other pleadings appropriate to effectuate the reorganization of the Debtor;

    vii.    To review claims filed in the Debtor's case, and, if appropriate, to prepare and file objections to disputed claims;

    viii.    To represent the Debtor in litigation in the Bankruptcy Court affecting the Debtor, as



may be requested by the Debtor;

ix.  To assist the Debtor in the negotiation, formulation, confirmation, and implementation of a Chapter 11 plan (if necessary); and

x.  To take such other action and perform such other services as the Debtor may require of the Firm in connection with its Chapter 11 case.

**2.  FRBP 2014 and LBR 2014-1(b)(3)(A) - Name of the Person to Be Employed.**

In addition to the provisions of Rule 2014 of the FRBP, LBR 2014-1(b)(3)(A) provides that the Notice of the Application must "[s]tate the identity of the professional and the purpose and scope for which it is being employed."

Debtor seeks to employ the law firm of Shaw & Hanover, PC/the Firm. Pursuant to Rule 2014(b) of the Federal Rules of Bankruptcy Procedure, partners, members, and regular associates of the Firm will act as attorneys for the Estate through September 28, 2022 and the Debtor only, thereafter, without further order of the court.

The professionals and paraprofessionals who may render services in connection with the Firm's representation of the Estate/Debtor are identified in the Firm's billing detail, to be submitted with each application for allowance of fees and reimbursement of costs, by their initials. Those persons

are:

- Summer Shaw, Attorney- SMS
- Associate Attorney- L1
- Jennifer Blanton/Teresa Stone, Paralegals- JB/TS

**a.  FRBP 2014 and LBR 2014-1(b)(3)(A) - Reasons for the Selection.**

In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure, LBR 2014-1(b)(3)(A) provides that the Notice of the Application must "[s]tate the identity of the professional ***and the purpose*** and scope ***for which it is being employed***" (emphasis added).

Debtor believes that the Firm is well-qualified to render the requested professional services to the Estate. As described above, the Firm comprises attorneys who have extensive experience in



bankruptcy/reorganization cases; one that is a bankruptcy specialist certified by the State Bar of California. The Firm is experienced in debtor/creditor matters, including representation of parties in Chapter 11, 12, 13 and Chapter 7, as well as Chapter 7 Trustees. The members of the Firm have a combined Bankruptcy Court practice spanning decades, and the Firm has handled most issues that routinely arise in the context of a bankruptcy case.

All attorneys comprising or associated with the Firm who will appear in this case are duly admitted to practice law in the courts of the State of California, the United States District Court for the Central District of California, and this Court. A biography of the attorney of the Firm assigned to this matter and a list of the current hourly billing rates for all members of the Firm is attached as **Exhibit 2** to the Shaw Dec.

The Firm and each of the members, associates, and paralegals who will work on this case are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

**b. FRBP 2014 and LBR 2014-1(b)(3)(A) - Professional Services to be Rendered.**

In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure, LBR 2014-1(b)(3)(A) provides that the Notice of the Application must "[s]tate the identity of the professional and the purpose and ***scope for which it is being employed***" (*emphasis added*).

In this case, Debtor required/requires assistance of counsel to:

    i.    To advise and assist the Debtor with respect to compliance with the requirements of the Office of the United States Trustee;

    ii.    To conduct examinations of the witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, applications, motions, complaints, and orders;

    iii.    To advise the Debtor regarding matters of bankruptcy laws, including the rights and remedies of the Debtor in regard to its assets and to the claims of its creditors;

    iv.    To represent the Debtor in any proceedings or hearings in this Court and any



proceeding in any other court where the Debtor's rights under the

Bankruptcy Code may be litigated or affected;

v.  To advise the Debtor concerning the requirements of the Bankruptcy Court,
the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules;

vi.  To file any motions, applications, or other pleadings appropriate to effectuate
the reorganization of the Debtor;

vii.  To review claims filed in the Debtor's case, and, if appropriate, to prepare
and file objections to disputed claims;

viii.  To represent the Debtor in litigation affecting the Estate, as may be requested
by the Debtor;

ix.  To assist the Debtor in the negotiation, formulation, confirmation, and
implementation of a Chapter 11 plan (although no Chapter 11 plan is
anticipated to be necessary in this case); and

x.  To take such other action and perform such other services as the Debtor may
require of the Firm in connection with its Chapter 11 case.

### 3.  FRBP 2014 and LBR 2014-1(b)(3)(C) - Proposed Arrangement Compensation.

In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure, LBR 2014-1(b)(3)(C) provides that the Notice of the Application must "[d]escribe the arrangements for compensation, including the hourly rate of each professional to render services, source of the fees, the source and amount of any retainer, the date on which it was paid, and any provision regarding replenishment thereof[.]"

The Firm will render services to the Debtor at the Firm's regular hourly rates, which may be adjusted from time to time. The Firm's current hourly billing rates are as follows:

i.  Summer Shaw, Attorney- $500.00/hour;

ii.  Associate Attorney- $400.00/hour

iii.  Jennifer Blanton/Teresa Stone, Paralegals- $175.00/hour;

//



**iv.**      Administrative Assistant- $75.00/hour;

The Firm understands that its compensation in this case is subject to approval by the Bankruptcy Court. In compliance with 11 U.S.C. §§ 330 and 331, the Firm intends to file interim and final applications for allowance of fees and reimbursement of costs as and when appropriate. The Firm has advised Debtor that the Firm has not shared or agreed to share any compensation to be received by it in this case with any other person, except as among partners of the Firm.

### 4. FRBP 2014 - Firm's Connections and Associations.

Except as disclosed herein and to the best of the Firm's knowledge, neither the Firm, nor any of the attorneys or paraprofessionals comprising or employed by it, has any connection with Debtor or Debtor's attorneys or accountants, Debtor's creditors,[2] or any other party in interest, or their respective attorneys or accountants.

Based on the foregoing, the Debtor believes that the Firm is a "disinterested person" within the meaning of Bankruptcy Code § 101(14).

The Firm does not have an interest adverse to the Debtor or the bankruptcy Estate. As of the Petition Date, the Firm was not a creditor of the Estate and was not owed any funds by Debtor. To the best of the Firm's knowledge, and as set forth in the attached Shaw Decl., none of the attorneys comprising or employed by the Firm has any connection with any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee, and none of the attorneys clerked or externed for the Honorable Theodor Albert.

### 5. LBR 2014-1(b)(1)(B) – Disinterestedness of the Firm.

Pursuant to LBR 2014-1(b)(1)(B), "The application must be accompanied by a declaration of the person to be employed establishing disinterestedness or disclosing the nature of any interest held by such person." The Shaw Dec. submitted with this Application provides information establishing the Firm's disinterestedness.

### 6. LBR 2014-1(b)(1)(C) – Service on Office of the United States Trustee.

Pursuant to LBR 2014-1(b)(1)(C), "The United States Trustee must be served, in accordance

---

[2] *See* Shaw Decl. regarding post-filing related case filed against AB Capital, LLC.



-9-

1    with LBR 2002-2(a), with a copy of the application and supporting declaration not later than the

2    day it is filed with the court. No hearing is required unless requested by the United States trustee or

3    a party in interest, or as otherwise ordered by the court." As set forth in the sworn Proof of Service

4    filed contemporaneously with this document, the Firm served a copy of this Application on the

5    Office of the United States Trustee on the date this Application was filed with the Court.

6    **III.    Conclusion**

7            WHEREFORE, the Debtor and former Debtor-in-Possession requests that it be authorized

8    to employ the Firm, effective as of September 9, 2022, as its general counsel pursuant to 11 U.S.C.

9    § 327 at the Firm's hourly rates with any compensation and reimbursement of costs to be paid by

10   the Estate through September 28, 2022, and only upon application to and approval by the Court

11   pursuant to 11 U.S.C. §§ 330 and 331. Any compensation and reimbursement of costs after

12   September 28, 2022 are to be paid by the Debtor.

13   DATED: October 23, 2022

14                                              By: _____

15                                              JOSHUA PUKINI, Managing Member of Debtor
                                                and former Debtor-in-Possession, Stonebridge
16                                              Ventures, LLC, through Cal-Pac Distressed Real
                                                Estate Fund I, LLC
17

18   DATED: October 21, 2022                    SHAW & HANOVER, PC

19

20                                              By:  */s/ Summer Shaw*
                                                    _____
                                                SUMMER SHAW
21                                              Proposed General Counsel for Debtor and former
                                                Debtors-in-Possession, Stonebridge Ventures, LLC
22

23

24

25

26

27

28



-10-

## <u>DECLARATION OF SUMMER SHAW</u>

I, Summer Shaw, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

3. I am the managing attorney in the law firm of Shaw & Hanover, PC ("Firm") and maintain an office at 42-600 Cook Street, Suite 210, Palm Desert, California, 92211.

4. I make this Declaration in support of the Application of Debtor and Debtor-in-Possession to Employ Shaw & Hanover, PC as General Counsel ("Application") filed by Stonebridge Ventures, LLC for the Bankruptcy Estate ("Estate") of Stonebridge Ventures, LLC ("Debtor"), Case No. 8:22-bk-11556-TA ("Case").

5. A true and correct copy of this Court's web PACER Docket for Case No. 8:22-bk-11556-TA as of September 26, 2022 is attached here as **Exhibit 1**.

6. If called as a witness, I could and would competently testify to the following of my own personal knowledge.

7. I have reviewed the Court's PACER docket and the files contained therein for this case.

8. All terms not defined herein are used as they are defined above in the Application.

9. Debtor has asked that the Firm serve as its counsel in connection with the administration of the Estate/on behalf of the Debtor. The Firm is qualified to do so.

10. The Firm comprises professionals who have extensive experience in bankruptcy/reorganization cases; one attorney that is a bankruptcy specialist certified by the State Bar of California.

11. The Firm is experienced in debtor/creditor matters, including representation of parties in Chapter 11, 12, 13 and Chapter 7, as well as Chapter 7 Trustees. The members of the Firm have combined Bankruptcy Court practice spanning decades, and the Firm has handled most issues that routinely (and not so routinely) arise in the context of a bankruptcy case.

12. All attorneys comprising or associated with the Firm who will appear in this case are duly admitted to practice law in the courts of the State of California and in the United States



District Court for the Central District of California.

13. I am the attorney that will be handling this matter and my resume, with billing rates for all professionals of the Firm, is attached as **Exhibit 2** and incorporated by this reference.

14. The Firm and each of the members, associates, and paralegals who will work on this case are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

15. The Firm's current hourly billing rates are as follows:

| | |
|---|---|
| Summer Shaw, Managing Attorney | $500.00 |
| Associate Attorney | $400.00 |
| Paralegals | $175.00 |
| Support Staff | $75.00 |

16. Prior to filing the Case, Debtor entered into a fee agreement with the Firm which required Debtor, pay a retainer to the Firm of $11,738.00 ("Retainer") and the Firm would bill at the same rates as contained in this Application.

17. The Retainer was deposited into the Firm's Trust Account.

18. At the time of filing the petition, the Firm withdrew $4,718.00 from the trust account which included fees for the work done getting the petition prepared as well as the filing fee of $1,738.00. There remains in the Firm's Trust account, $7,020.00 of the Retainer.

19. The Firm understands that its compensation in this case is subject to approval of this Court pursuant to 11 U.S.C. §§ 327, 330, and 331.

20. The Firm has not shared or agreed to share any compensation to be received by it in the case with any other person, except as among partners of the Firm.

21. The Firm completed a conflict check prior to accepting pre-petition representation by searching its practice management software as well as its archived/closed matter files on the Firm's server.

22. To the best of my knowledge, neither the Firm, nor any of the attorneys comprising or employed by it, had any connection with Debtor or Debtor's attorneys or accountants, Debtor's creditors, or any other outside party in interest, or their respective attorneys or accountants.



23. After the filing of this case, I was notified that an involuntary petition was filed against one of Pukini and Young's other entities known as AB Capital, LLC known by case number 8:22-bk-11585-TA ("AB Capital Case") on September 15, 2022.

24. AB Capital, LLC is a creditor in the Debtor's case.

25. The Debtor stipulated to the appointment of a Chapter 11 Trustee. *See* Docket No 13 ("Stipulation") on September 23, 2022.

26. An order on the Stipulation was entered on September 26, 2022. *See* Docket No 16.

27. The United States Trustee ("UST") appointed Arturo Cisneros as the Chapter 11 Trustee of the Debtor ("Trustee") on September 28, 2022 and Trustee accepted the appointment on same. *See* Docket No 19 and 20.

28. Therefore, this Application is limited to approval of the Firm's employment as counsel for the Debtor as a Debtor-in-possession from the Petition Date through September 28, 2022, and as Debtor's counsel, only, after September 28, 2022.

29. I am informed that the petitioning creditors in the AB Capital Case moved for appointment of a Chapter 7 Trustee, the UST appointed Richard Marshack ("AB Trustee") on September 23, 2022, to which he accepted appointment on October 6, 2022.

30. The AB Trustee is my significant other and with whom I reside.

31. The Firm is not and was not an investment banker for any outstanding security of the Debtor.

32. The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of Debtor.

33. The Firm is not and was not, within two (2) years before the date of the filing of Debtor's petition, a director, officer or employee of the Debtor or of any investment banker for any security of Debtor.

34. As of the Petition Date, the Firm was not a creditor of the Estate, an equity security holder, or an insider of Debtor.

35. The Firm has no pre-petition claim against Debtor's Estate and was not owed any funds by Debtor.

36. The Firm neither holds nor represents any interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor or an investment banker for any security of Debtor, or for any other reason.

37. To the best of my knowledge, none of the attorneys comprising or employed by the Firm have any connection to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee.

38. The Firm does not have an interest adverse to Debtor or the bankruptcy Estate.

39. I have also completed and executed the Court's form, known as "Statement Of Disinterestedness For Employment Of Professional Person Under FRBP 2014" and attached a copy hereto as **Exhibit 3**.

40. Based on the foregoing, I believe that the Firm is a "disinterested person" within the meaning of Bankruptcy Code § 101(14).

After reviewing the investigation described in Paragraph 21 above, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2022.

*/s/Summer Shaw*

SUMMER SHAW



## <u>DECLARATION OF JOSHUA PUKINI</u>

    I, Joshua Pukini, say and declare as follows:

1.  I am an individual over 18 years of age and competent to make this Declaration.

2.  I am the authorized agent/manager of Stonebridge Ventures, LLC ("Stonebridge"/"Debtor") through Cal-Pac Distressed Real Property Fund, I, LLC and Cal-Pac Management, Inc., which I have owned and operated with Ryan Young ("Young"), since approximately 2015.

3.  I make this Declaration in support of the Application of Debtor and Former Debtor-in-Possession to Employ Shaw & Hanover, PC as General Counsel ("Application") filed by Stonebridge for the Bankruptcy Estate ("Estate") of Debtor, Case No. 8:22-bk-11556-TA.

4.  If called as a witness, I could and would competently testify to the following of my own personal knowledge.

5.  All terms not defined herein are used as they are defined above in the Application.

6.  On September 9, 2022 ("Petition Date"), a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California ("Case") was filed on behalf of Debtor.

7.  I managed the affairs of Stonebridge as debtor and debtor-in-possession through and including September 28, 2022.

8.  I have owned and operated, indirectly, Stonebridge/the Debtor since 2015, with Young, when it took over the Makena Development and acquired the Property.

9.  The Debtor commenced development on all ten (10) home sites, and successfully sold five (5) of the lots[3] in the Makena Development after the initial developer halted the development.

10. Unfortunately, the Debtor had trouble finalizing one of the homes in the Makena Development located at 5 Makena Lane, Rancho Mirage, California ("Property") on which the Debtor acquired a loan to finish the Property.

11. The first deed of trust holder, Baocchi Family Limited Partnership ("1st DOT Holder") had a Trustee's Sale set for September 13, 2022 ("TS").

---

[3] Debtor sold 9, 3, 6, 8 and 10 Makena as chronologically listed.

12. In an effort to generate capital so that Debtor could pay off the 1st DOT Holder, Debtor transferred 1, 2, 4 and 7 Makena ("Transferred Properties"), as-is, to AB Capital, LFD, who assumed the debt secured against the Transferred Properties.

13. However, a *lis pendes* was recorded against the Debtor by the potential buyer of the Property, and the Debtor was forced to file this bankruptcy to preserve the equity in same.

14. In sum, this is a simple case but for the delay Debtor was facing in completing the Property and obtaining an "occupancy certificate" so the Debtor could/can close a sale of the Property.

15. I obtained the funds to pay the Firm an $11,738.00 pre-petition retainer and an emergency petition was filed on the Petition Date.

16. I believe I have complied with all of the US Trustee's initial requirements as of the date of this declaration but for providing bank statements and an accounting of funds that were received from the sale of the various lots in the Makena Development that sold before the Petition Date.

17. I came to the Firm to file a bankruptcy on behalf of Stonebridge Ventures, LLC and am committed to proceeding through successfully, for the benefit of all parties involved.

18. Prior to filing the Case, I entered into a fee agreement on behalf of Stonebridge Ventures, LLC.

19. The fee agreement, prior to filing, allowed the Firm to bill at the same rates and under the same terms as contained in this Application.

20. At the time of filing the petition, the Firm invoiced me and withdrew $4,718.00 from the trust account which included fees for the work done getting the petition prepared/due diligence ($2,980.00), as well as the filing fee of $1,738.00.

21. I am informed there remains in the Firm's Trust account, $7,020.00 of the Retainer.

22. I have asked that the Firm serve as counsel for Stonebridge Ventures, LLC in connection with the administration of the Estate but did authorize the Firm, on behalf of the Debtor, to sign the Stipulation to appoint a Chapter 11 Trustee.

23. I understand that this Application seeks approval to employ the Firm as general counsel to



1    the Debtor and Debtor-in-possession up until the appointment of the Trustee and that the Firm

2    will serve as counsel to the Debtor only, going forward.

3    24. I believe the Firm is well-qualified to represent the Debtor and Debtor-in-possession.

4    25. I understand the Firm's current hourly billing rates are as follows and which will be billed at

5    minimum increments of one tenth (1/10) of an hour:

| Summer Shaw | $500.00 |
|---|---|
| Associate Attorneys | $400.00 |
| Paralegals | $175.00 |
| Support Staff | $75.00 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October

23, 2022, at *Newport Beach*_____, California.

Joshua Pukini



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**42-600 Cook Street, Suite 210, Palm Desert, CA 92211**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION AND APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL; DECLARATION OF SUMMER SHAW; AND DECLARATION OF JOSHUA PUKINI, BOTH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/24/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) ___10/24/2022___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **HONORABLE JUDGE'S COPY**
> **Honorable Theodor Albert**
> **United States Bankruptcy Court**
> **411 West Fourth Street, Suite 5085**
> **Santa Ana, CA 92701-4593**

☒ Service information continued on **attached pages 19-20**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _10/24/2022_ | Teresa Stone | |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                          -18-                          **F 9013-3.1.PROOF.SERVICE**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **9013-3.1.PROOF.SERVICE**

## 2. Served by US Mail Cont.:

Qwan Capital, LLC
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Qwan International Investments, LLC
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Stonebridge Ventures, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7941

AB Capital, LLC
Attn: Agent for Service of Process
15 Corporate Plaza
Suite 200
Newport Beach, CA 92660-7941

AB Capital, LLC
Attn: Officer, Director or
Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7941

AB Capital, LLC
Attn: Officer, Director or
Managing Agent
15 Corporate Plaza, Suite 200
Newport Beach, CA 92660-7941

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653-3603

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003-2729

Baocchi Family, LP
600 Hudson Lane
Aptos, CA 95003-2729

Brentwood Finance Comany LLC
Attn: Officer, Director or
Managing Agent
180 S. Spruce Avenue, Suite 155
South San Francisco, CA 94080-4558

Brentwood Finance Company, LLC
Attn: Agent for Service of Process
180 S. Spruce Avenue, Suite 155
South San Francisco, CA 94080-4558

California Department of Tax and
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive
Suite 103-395
Palm Springs, CA 92262-5672

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612-2433

Darryl Lewis and Sanna Akhtanova
c/o Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612-2433

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis &
Sanna Akhtanova
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626-7692

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JLoanCo, Inc.
Attn: Agent for Service of Process
3780 King Ranch Road
Ukiah, CA 95482-9200

JLoanCo, Inc.
Attn: Officer, Director or
Managing Agent
3780 King Ranch Road
Ukiah, CA 95482-9200

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653-3603

Luna Construction Management, LLC
Attn: Agent for Service of Process
501 S. Olive Street
Anaheim, CA 92805-4738

Luna Construction Management, LLC
Attn: Officer, Director or
Managing Agent
501 S. Olive Street
Anaheim, CA 92805-4738

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131-1082

Renewable Farms
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808-2277

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501-3634

State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Darryl Lewis
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

Saman Jilanchi
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Sanna Akhtanova
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:22-bk-11556-TA

*Assigned to:* Theodor Albert
Chapter 11
Voluntary
Asset

*Date filed:*  09/09/2022
*341 meeting:*  10/13/2022

| | |
|---|---|
| **Debtor**<br>**Stonebridge Ventures, LLC**<br>15 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660<br>ORANGE-CA<br>Tax ID / EIN: 47-2985950 | represented by **Summer M Shaw**<br>Shaw & Hanover, PC<br>42-600 Cook Street<br>Suite 210<br>Palm Desert, CA 92211<br>760-610-0000<br>Fax : 760-687-2800<br>Email: ss@shaw.law |
| **Trustee**<br>**Arturo Cisneros (TR)**<br>3403 Tenth Street, Suite 714<br>Riverside, CA 92501<br>(951) 328-3124 | represented by **Arturo Cisneros**<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612<br>949-252-9400<br>Email: arturo@mclaw.org<br><br>**William Malcolm**<br>Malcolm & Cisneros<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612<br>949-252-9400<br>Fax : 949- 252-1032<br>Email: bill@mclaw.org<br><br>**Nathan F Smith**<br>Malcolm - Cisneros<br>2112 Business Center Dr<br>Irvine, CA 92612<br>949-252-9400<br>Fax : 949-252-1032<br>Email: nathan@mclaw.org |
| **U.S. Trustee**<br>**United States Trustee (SA)**<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400 | represented by **Michael J Hauser**<br>411 W Fourth St Suite 7160<br>Santa Ana, CA 92701-4593<br>714-338-3417<br>Fax : 714-338-3421<br>Email: michael.hauser@usdoj.gov<br><br>**Kenneth Misken**<br>DOJ-UST<br>Office of the United States Trustee<br>411 W. Fourth Street, #7160 |

**EXHIBIT 1 (Page 1 of 6)**

| Filing Date | # | Docket Text |
|---|---|---|
| 09/09/2022 | <u>1</u><br>(14 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Stonebridge Ventures, LLC Schedule A/B: Property (Form 106A/B or 206A/B) due 09/23/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 09/23/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 09/23/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 09/23/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 09/23/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 09/23/2022. Statement of Financial Affairs (Form 107 or 207) due 09/23/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 09/23/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 09/23/2022. Incomplete Filings due by 09/23/2022. (Shaw, Summer) WARNING: See docket entry #3 for correction. Case Also Deficient: Declaration for Non-Individual (Form 202) due 9/23/2022. Deadlines Terminated: Declaration Individual Debtors Schedules (Form 106Dec). Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition. Modified on 9/12/2022 (TS). (Entered: 09/09/2022) |
| 09/09/2022 | | Receipt of Voluntary Petition (Chapter 11)( <u>8:22-bk-11556</u>) [misc,volp11] (1738.00) Filing Fee. Receipt number A54646707. Fee amount 1738.00. (re: Doc# <u>1</u>) (U.S. Treasury) (Entered: 09/09/2022) |
| 09/09/2022 | <u>2</u><br>(2 pgs) | Corporate resolution authorizing filing of petitions Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 09/09/2022) |
| 09/12/2022 | 3 | Notice to Filer of Correction Made/No Action Required: **Incorrect schedules/statements recorded as deficient. THE PROPER DEFICIENCY HAS BEEN ISSUED.** (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) (TS) (Entered: 09/12/2022) |
| 09/12/2022 | <u>4</u><br>(2 pgs) | Order Setting Scheduling And Case Management Conference - Hearing Scheduled For October 12, 2022 at 10:00 A.M., Via Zoom/Gov (BNC-PDF) (Related Doc # doc ) Signed on 9/12/2022 (GD) (Entered: 09/12/2022) |
| 09/12/2022 | 5 | Hearing Set Re: Status Conference (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) Status hearing to be held on 10/12/2022 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 09/12/2022) |
| 09/13/2022 | <u>6</u><br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 10/13/2022 at 02:00 PM at UST-SA1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227. (JL) (Entered: 09/13/2022) |
| 09/14/2022 | <u>7</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) No. of Notices: 1. Notice Date 09/14/2022. (Admin.) (Entered: 09/14/2022) |
| 09/14/2022 | <u>8</u><br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)<u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) No. of Notices: 1. Notice Date 09/14/2022. (Admin.) (Entered: 09/14/2022) |
| 09/14/2022 | <u>9</u> | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>4</u> Order (Generic) |

**EXHIBIT 1 (Page 2 of 6)**

| | | |
|---|---|---|
| 09/15/2022 | [10](#) (4 pgs) | BNC Certificate of Notice (RE: related document(s)[6](#) Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 9. Notice Date 09/15/2022. (Admin.) (Entered: 09/15/2022) |
| 09/19/2022 | [11](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Rafatjoo, Hamid. (Rafatjoo, Hamid) (Entered: 09/19/2022) |
| 09/20/2022 | [12](#) (2 pgs) | Request for special notice *with Proof of Service* Filed by Creditors Sanna Akhtanova, Darryl Lewis. (Polis, Thomas) (Entered: 09/20/2022) |
| 09/23/2022 | [13](#) (4 pgs) | Stipulation By United States Trustee (SA) and *Debtor's Counsel Regarding Court Order Directing the U.S. Trustee to Appoint a Chapter 11 Trustee* Filed by U.S. Trustee United States Trustee (SA) (Hauser, Michael) (Entered: 09/23/2022) |
| 09/23/2022 | [14](#) (8 pgs) | Declaration re: *of Debtor and Debtor-in-Possession, Stonebridge Ventures, LLC, in Accordance with 11 U.S.C. § 1116 with attached Exhibit 1 and Proof of Service* Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 09/23/2022) |
| 09/23/2022 | [15](#) (33 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor Stonebridge Ventures, LLC (RE: related document(s)[1](#) Voluntary Petition (Chapter 11)). (Shaw, Summer) (Entered: 09/23/2022) |
| 09/26/2022 | [16](#) (2 pgs) | Order Approving Stipulation Regarding Court Order Directing The US Trustee To Appoint A Chapter 11 Trustee (BNC-PDF) (Related Doc # [13](#) ) - IT IS ORDERED: 1. The Stipulation is approved; 2. The U.S. Trustee is directed to appoint a Chapter 11 Trustee in this case. Signed on 9/26/2022 (GD) (Entered: 09/26/2022) |
| 09/27/2022 | 17 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :paralegal@polis-law.com: Filed by Creditors Sanna Akhtanova, Darryl Lewis (RE: related document(s)[1](#) Voluntary Petition (Chapter 11)). (Polis, Thomas) (Entered: 09/27/2022) |
| 09/27/2022 | | Receipt of Request for a Certified Copy([ 8:22-bk-11556-TA](#)) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54701445. Fee amount 11.00. (re: Doc# 17 ) (U.S. Treasury) (Entered: 09/27/2022) |
| 09/27/2022 | 18 | Certified Copy Emailed to paralegal@polis-law.com (Entered: 09/27/2022) |
| 09/28/2022 | [19](#) (2 pgs) | Notice of Appointment of Trustee . Arturo Cisneros (TR) added to the case. Filed by U.S. Trustee United States Trustee (SA). (united states trustee (kmh)) (Entered: 09/28/2022) |
| 09/28/2022 | [20](#) (2 pgs) | Notice of appointment and acceptance of trustee Filed by U.S. Trustee United States Trustee (SA). (united states trustee (kmh)) (Entered: 09/28/2022) |
| 09/28/2022 | [21](#) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[16](#) Stipulation |

**EXHIBIT 1 (Page 3 of 6)**

| 09/29/2022 | [22](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cisneros, Arturo. (Cisneros, Arturo) (Entered: 09/29/2022) |
|---|---|---|
| 09/29/2022 | [23](#)<br>(4 pgs) | Application *For Order Approving the Appointment of Chapter 11 Trustee* Filed by U.S. Trustee United States Trustee (SA) (Misken, Kenneth) (Entered: 09/29/2022) |
| 09/29/2022 | [24](#)<br>(1 pg) | Order Approving The U.S. Trustee's Application For The Appointment Of A Chapter 11 Trustee (BNC-PDF) (Related Doc # [23](#) ) - IT IS HERBY ORDERED THAT the U.S. Trustee's Application is approved and Arturo Cisneros is appointed as the Chapter 11 Trustee in the above captioned case. IT IS ORDERED. Signed on 9/29/2022 (GD) (Entered: 09/29/2022) |
| 09/30/2022 | [25](#)<br>(6 pgs) | Proof of service *of Notice of Chapter 11 Bankruptcy Case to Newly Added Creditors* Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 09/30/2022) |
| 10/01/2022 | [26](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[24](#) Order on Generic Application (BNC-PDF)) No. of Notices: 1. Notice Date 10/01/2022. (Admin.) (Entered: 10/01/2022) |
| 10/03/2022 | [27](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Meadows, David. (Meadows, David) (Entered: 10/03/2022) |
| 10/05/2022 | [28](#)<br>(3 pgs) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ryan, Timothy. (Ryan, Timothy) (Entered: 10/05/2022) |
| 10/05/2022 | 29 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :ss@shaw.law: Filed by Debtor Stonebridge Ventures, LLC (RE: related document(s)[1](#) Voluntary Petition (Chapter 11)). (Shaw, Summer) (Entered: 10/05/2022) |
| 10/05/2022 | | Receipt of Request for a Certified Copy( [8:22-bk-11556-TA](#)) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54734738. Fee amount 11.00. (re: Doc# 29 ) (U.S. Treasury) (Entered: 10/05/2022) |
| 10/05/2022 | 30 | Certified Copy Emailed to ss@shaw.law (Entered: 10/05/2022) |
| 10/11/2022 | [31](#)<br>(59 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 5 Makena Lane Rancho Mirage, CA 92270 . Fee Amount $188, Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # [1](#) Exhibit) (Torres-Brito, Diana) (Entered: 10/11/2022) |
| 10/11/2022 | | Receipt of Motion for Relief from Stay - Real Property( [8:22-bk-11556-TA](#)) [motion,nmrp] ( 188.00) Filing Fee. Receipt number A54749777. Fee amount 188.00. (re: Doc# [31](#)) (U.S. Treasury) (Entered: 10/11/2022) |
| 10/11/2022 | [32](#)<br>(2 pgs) | Notice of Hearing */ Supplemental Notice of Hearing* Filed by Creditor Baiocchi Family Limited Partnership at al (RE: related document(s)[31](#) Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 5 Makena Lane Rancho Mirage, CA 92270 . Fee Amount $188, Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit)). (Torres-Brito, Diana) (Entered: 10/11/2022) |
| 10/11/2022 | 33 | Hearing Set (RE: related document(s)[31](#) Motion for Relief from Stay - Real Property filed by Creditor Baiocchi Family Limited Partnership at al) The Hearing date is set for 11/1/2022 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 10/11/2022) |

**EXHIBIT 1 (Page 4 of 6)**

| | | |
|---|---|---|
| 10/12/2022 | [34](#)<br>(29 pgs) | Main Document, Schedules E/F filed as Amended, Verification of Master Mailing List of Creditors (LBR Form F1007-1) *and Amended*, List of Creditors (Master Mailing List of Creditors) *with Proof of Service* Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 10/12/2022) |
| 10/12/2022 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( [8:22-bk-11556-TA](#)) [misc,amdsch] ( 32.00) Filing Fee. Receipt number A54752015. Fee amount 32.00. (re: Doc# [34](#)) (U.S. Treasury) (Entered: 10/12/2022) |
| 10/12/2022 | 35 | Hearing Rescheduled/Continued (RE: related document(s)[1](#) Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) Status hearing to be held on 12/14/2022 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to December 14, 2022 at 10:00 a.m. Court expects a status report. (GD) (Entered: 10/12/2022) |
| 10/20/2022 | [36](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Nathan. (Smith, Nathan) (Entered: 10/20/2022) |
| 10/20/2022 | [37](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Malcolm, William. (Malcolm, William) (Entered: 10/20/2022) |
| 10/20/2022 | [38](#)<br>(7 pgs; 2 docs) | Notice *Of Removal Of State Court Action To The United States Bankruptcy Court For The Central District Of California, Santa Ana Division Pursuant To 28 U.S.C. § 1441 And Local Bankruptcy Rule 9027; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis. (Attachments: # [1](#) Exhibit A) (Polis, Thomas) - Warning: See docket entry no.: 40 for corrections Modified on 10/21/2022 (GD). (Entered: 10/20/2022) |
| 10/20/2022 | [39](#)<br>(3 pgs) | Notice *of Status Conference re: Removal of Action; with Proof of Service* Filed by Creditors Sanna Akhtanova, Darryl Lewis (RE: related document(s)[38](#) Notice *Of Removal Of State Court Action To The United States Bankruptcy Court For The Central District Of California, Santa Ana Division Pursuant To 28 U.S.C. § 1441 And Local Bankruptcy Rule 9027; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis. (Attachments: # 1 Exhibit A)). (Polis, Thomas) - Warning: See docket entry no.: 41 for corrections Modified on 10/21/2022 (GD). (Entered: 10/20/2022) |
| 10/21/2022 | 40 | Notice to Filer of Error and/or Deficient Document **Document was filed in the incorrect case. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT IN THE CORRECT CASE IMMEDIATELY. THIS DOCUMENT NEEDS TO BE FILED IN THE ADVERSARY CASE; PLEASE WITHDRAW THE DOCUMENT AND FILE IT IN THE ADVERSARY CASE** (RE: related document(s)[38](#) Notice filed by Creditor Darryl Lewis, Creditor Sanna Akhtanova) (GD) (Entered: 10/21/2022) |
| 10/21/2022 | 41 | Notice to Filer of Error and/or Deficient Document **Document was filed in the incorrect case. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT IN THE CORRECT CASE IMMEDIATELY. THIS DOCUMENT NEEDS TO BE FILED IN THE ADVERSARY CASE; PLEASE CORRECT ASAP** (RE: related document(s)[39](#) Notice filed by Creditor Darryl Lewis, Creditor Sanna Akhtanova) (GD) (Entered: 10/21/2022) |
| 10/24/2022 | [42](#)<br>(4 pgs) | Stipulation By Arturo Cisneros (TR) and *Baiocchi Family Limited Partnership* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 10/24/2022) |
| 10/24/2022 | [43](#)<br>(5 pgs) | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[31](#) Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 5 Makena Lane Rancho Mirage, CA 92270 . Fee Amount $188, Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit)). (Smith, Nathan) (Entered: 10/24/2022) |

**EXHIBIT 1 (Page 5 of 6)**

44
(2 pgs)

Order On Stipulation To Continue Hearing On Baiocchi Family Limited Partnership's Notice Of Motion And Motion For Relief From The Automatic Stay (BNC-PDF) (Related Doc # 42 ) - IT IS HEREBY ORDERED that the hearing on the Baiocchi Family Limited Partnership's Motion for Relief from the Automatic Stay Under 11 USC § 362 be continued to January 10, 2023 at 10:30 A.M., in Courtroom 5B, at the United States Bankrutpcy Court located 411 West Fourth Street, Santa Ana, CA 92701 Signed on 10/24/2022 (GD) (Entered: 10/24/2022)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/24/2022 17:07:12 | | | |
| **PACER Login:** | Shawhanover | **Client Code:** | TS-Easy |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-bk-11556-TA Fil or Ent: filed From: 1/1/2022 To: 10/24/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

**EXHIBIT 1 (Page 6 of 6)**



**SHAW & HANOVER**
PC
Bankruptcy, Creditor Rights & Related Litigation

**Serving all of Southern California:**
75100 Mediterranean Avenue Palm
Desert, CA 92211 Telephone: (760)
610-0000 Fax: (760) 687-2800
ss@shaw.law

**Summer Shaw**

     Summer Shaw is a California State Bar Certified Specialist in Bankruptcy Law and the managing attorney at SHAW & HANOVER, PC, a bankruptcy boutique law firm serving Southern California located in Palm Desert, California. Summer represents debtors, creditors, and Trustees in Chapter 7, 11, 12, and 13 bankruptcy proceedings and enjoys litigating matters before the US Bankruptcy Courts in the Central District of California. Summer is a very active member of the bankruptcy bar and has served as a Professor of Bankruptcy law at the California Desert Trial Academy (CDTA). Summer received her Bachelors of Science in Political Science with a minor in Law & Society from the University of California, Riverside and her Juris Doctorate from Western State College of Law.

     Summer is admitted to practice in all state and federal courts in California as well before the United States Ninth Circuit Court of Appeals and the Tenth Circuit Court of Appeals with experience in handling appeals in both Circuits as well as before the US District Court in the Central District of California. Most recently, Summer has enjoyed handling an involuntary bankruptcy matter before the Las Vegas Bankruptcy Court (*Pro Hac Vice*) as well as volunteering her time as often as possible through the Desert Bar Association's Lawyer in the Library program, assisting veterans through the Veterans Legal Institute, and has also made the 2015, 2016 and 2017 United States Bankruptcy Court, Central District of California *Pro Bono* Honor Roll.

     Having received the benefit of wonderful mentors as a young bankruptcy paralegal and then attorney, Summer loves to volunteer her time to help educate new attorneys in the bankruptcy community and was honored to receive the 2018 NACBA National Distinguished Service Award after heading up a portion of their education panels for their National Annual Conference. Summer has also been named a 2015-2020 Top Bankruptcy Lawyer by Palm Springs Life Magazine.

**Professional Associations & Committees**
**American Bankruptcy Institute (ABI)-** Named one of the *2017 Top 40 under 40 Insolvency Professionals*, Speaker at the 2018 Winter Leadership Conference on Small Business Bankruptcies and Individual Chapter 11's and Current Member
**National Association of Consumer Bankruptcy Attorneys (NACBA)-** Recipient of the 2018 National Distinguished Services Award; Current Member and Speaker at 2018 National Convention on Secured Debt Litigation and at the 2019 NACBA at Sea Conference, as well as several Webinars on Complicated Chapter 13 issues and "Ask the Expert"
**California Lawyers Association-** Insolvency Law Committee Member, Publication Sub-committee
**Inland Empire Bankruptcy Forum (IEBF)** – President for 2016-2017, Current Board Member and Rep on the Bar Advisory Comm. for the CDCA, and Past Program Chair
**Small Business Task Force for the Central District of California-** Member and subcommittee member for the forms committee
**California Bankruptcy Forum (CBF)-** Current Board Member, 2016 Education Co-Chair for the Consumer Program, Judge's Roundtable Producer for 2018 Conference, and Education Co-Chair for the Consumer Program for 2019 Conference
**Central District Consumer Bankruptcy Attorney Association (CDCBAA)-** Current Member and Speaker on "To Appeal or Not to Appeal" Program
**National Association of Bankruptcy Trustees (NABT)-** Member
**Desert Bar Association (DBA)-** Current Board of Trustees Member and Co-Chair of the Real Estate, Business & Bankruptcy Section

## The Firm's current hourly billing rates for this matter are as follows:
Summer Shaw, Attorney- $500.00/hour;
Associate Attorney- $400.00/hour;
Paralegals- $175.00/hour; and
Administrative Assistant- $50.00/hour.

**EXHIBIT 2 (Page 1 of 1)**

| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar Nos. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq. (SBN 283598)**<br>**SHAW & HANOVER, PC**<br>**42-600 Cook Street, Suite 210**<br>**Palm Desert, CA 92211**<br>**Telephone No.: (760) 610-0000**<br>**Facsimile No.: (760) 687-2800**<br>**Email ss@shaw.law** | |
| *Attorney for **Debtor and Former Debtor-in-Possession,**<br>**Stonebridge Ventures, LLC*** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: | CASE NO.:   **8:22-bk-11556-TA** |
|---|---|
| | CHAPTER:   **11** |
| **Stonebridge Ventures, LLC,** | **STATEMENT OF DISINTERESTEDNESS**<br>**FOR EMPLOYMENT OF PROFESSIONAL**<br>**PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)** |
| Debtors. | [No Hearing Required] |

1.  Name, address and telephone number of the professional (Professional) submitting this Statement:
    **SHAW & HANOVER, PC ("Firm")**
    **42-600 Cook Street, Suite 210**
    **Palm Desert, CA 92211**
    **Telephone No.: (760) 610-0000**

2.  The services to be rendered by the Professional in this case are *(specify)*:
    **General Counsel to the Debtor.**

3.  The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
    **From pre-petition retainer through September 28, 2022 and from Debtor thereafter, subject to further Court approval.**

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    *Page 1*                    **F 2014-1.STMT.DISINTEREST.PROF**
**EXHIBIT 3 (Page 1 of 2)**

4.    The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*: **See attached Application.**

5.    The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
**Conflict check was done in Firm's case management system pre-filing. A "conflict check," for Firm, means that we searched the Debtor's name as well as any related parties (disclosed non-filing/former spouses, creditors, co-debtors, etc.) in our practice management software and in the firm's current database of potential clients, current clients, and former clients, on our server, which contains all of our contacts and open and closed matters, to confirm that we have not represented a party that might have an adverse interest to the Estate/to the Debtor.**

6.    The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee (specify, attaching extra pages as necessary): **See Declaration of Summer Shaw attached to the Application.**

7.    The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*: **None**

8.    The Professional is not and was not, within 2 years before the date of filing of the petition, a director, officer or employee of the Debtor.

9.    The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows (*specify, attaching extra pages as necessary)*: **None**

10.    Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (*specify)*:
**Summer Shaw, Esq., Managing Attorney
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
(760) 610-0000**

11.    The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows (*specify, attaching extra pages as necessary)*: **None**

12.    Total number of attached pages of supporting documentation:   **See Declaration of Summer Shaw attached to the Application**

13.    After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/21/2022 | Summer Shaw | /s/ Summer Shaw |
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    *Page 2*    **F 2014-1.STMT.DISINTEREST.PROF**

**EXHIBIT 3 (Page 2 of 2)**