| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Summer Shaw, Esq. (SBN 283598)<br>SHAW & HANOVER, PC<br>42-600 Cook Street, Suite 210<br>Palm Desert, CA 92211<br>Telephone No.: (760) 610-0000<br>Facsimile No.: (760) 687-2800<br>Email ss@shaw.law<br><br>☐ Individual appearing without attorney<br>☒ Proposed Attorney for *Debtor and former Debtor-in-Possession Stonebridge Ventures, LLC* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br><br>**STONEBRIDGE VENTURES, LLC,**<br><br><br><br>Debtor(s) | CASE NO.: **8:22-bk-11556-TA**<br>CHAPTER: **11** |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]): **APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL** |

PLEASE TAKE NOTE that the order titled **ORDER ON APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL** was lodged on (date) **11/22/2022** and is attached. This order relates to the motion which is docket number **47**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**42-600 Cook Street, Suite 210, Palm Desert, CA 92211**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/22/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
- Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- Michael J Hauser    michael.hauser@usdoj.gov
- William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
- W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- David W. Meadows    david@davidwmeadowslaw.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
- Allan D Sarver    ADS@asarverlaw.com
- Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/22/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

| HONORABLE JUDGE'S COPY<br>Honorable Theodor Albert<br>United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 | DEBTOR<br>Stonebridge Ventures, LLC<br>15 Corporate Plaza Drive, Ste. 200<br>Newport Beach, CA 92660 |
|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/22/2022 | Teresa Stone | /s/ Teresa Stone |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

Summer Shaw, Esq. (SBN 283598)
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
Telephone No.: (760) 610-0000
Facsimile No.: (760) 687-2800
Email ss@shaw.law
*Proposed Attorney for Debtor and Former Debtor-in-Possession,
Stonebridge Ventures, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br>Debtor. | Case No.: 8:22-bk-11556-TA<br><br>Chapter: 11<br><br>**ORDER ON APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL** [Docket No 47]<br><br>[No Hearing Required] |

The Court has reviewed the Application by Debtor and former Debtor-in-Possession to Employ Shaw & Hanover, PC as General Counsel filed on October 25, 2022 ("Application" – Docket No 47).

Good cause appearing, the Court hereby GRANTS the Application pursuant to 11 U.S.C. § 327 at the Firm's hourly rates and under the terms as listed in the Application with any compensation and reimbursement of costs to be paid by the Estate through September 28, 2022, and only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331. Any compensation and reimbursement of costs after September 28, 2022 are to be paid by the Debtor directly, and only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

###





**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, November 22, 2022

CONFIRMATION :

Your Lodged Order Info:
( **11259554.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Stonebridge Ventures, LLC
- **Case Number**: 22-11556
- **Judge Initial**: TA
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 47
- **On Date**: 11/22/2022 @ 04:07 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012