Summer Shaw, Esq. (SBN 283598)
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
Telephone No.: (760) 610-0000
Facsimile No.: (760) 687-2800
Email ss@shaw.law
*Proposed Attorney for Debtor and Former Debtor-in-Possession,*
*Stonebridge Ventures, LLC*

**FILED & ENTERED**

**NOV 28 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br>Debtor. | Case No.: 8:22-bk-11556-TA<br><br>Chapter: 11<br><br>**ORDER ON APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL** [Docket No 47]<br><br>[No Hearing Required] |

The Court has reviewed the Application by Debtor and former Debtor-in-Possession to Employ Shaw & Hanover, PC as General Counsel filed on October 25, 2022 ("Application" – Docket No 47).

Good cause appearing, the Court hereby GRANTS the Application pursuant to 11 U.S.C. § 327 at the Firm's hourly rates and under the terms as listed in the Application with any compensation and reimbursement of costs to be paid by the Estate through September 28, 2022, and only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

//

//

//

//

//

//

//



Any compensation and reimbursement of costs after September 28, 2022 are to be paid by the Debtor directly, and only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

###

Date: November 28, 2022

*Theodor C. Albert*
United States Bankruptcy Judge

