WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: arturo@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 11 |
| Debtor. | **CHAPTER 11 TRUSTEE'S STATUS REPORT** |
| | **STATUS CONFERENCE DATE:**<br>**DATE:** December 14, 2022<br>**TIME:** 10:00 AM<br>**CTRM:** 5B<br>**PLACE:** Zoom Teleconfernece |

Status Report 1

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEBTOR; DEBTOR'S COUNSEL; AND OTHER INTERESTED PARTIES:**

A. Cisneros, Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor"), hereby submits the following status report in advance of the status conference scheduled for December 14, 2022.

A.      **Introduction.**

Debtor is a real estate holding company that was in the business of acquiring undeveloped land and developing a subdivision of luxury homes in Rancho Mirage, all 5 of them located on Makena Lane in a gated community (the community has a total of 10 luxury properties and Debtor completed and sold 5 of the properties prior to the filing of its petition). Three days prior to the filing of its petition, Debtor transferred its interest in four of the five remaining homes in the subdivision to another company controlled by Debtor's principal, Joshua Pukini ("Mr. Pukini"). Following the filing of its petition, and upon the Office of the United States Trustee's discovery of the transfers, Debtor stipulated to appointment of a Chapter 11 Trustee and Trustee was appointed on September 29, 2022, the same day as Debtor's initial debtor interview, which Trustee attended.

Immediately upon Trustee's appointment, he set an onsite meeting with Mr. Pukini and Debtor's counsel, Summer Shaw, which took place on Saturday, October 1, 2022. At the meeting, Trustee demanded the return of the 4 properties transferred on the eve of Debtor's filing, and it was agreed that the transfer would be accomplished in short order. Trustee also toured each of the remaining 5 properties, obtained an explanation of the litigation concerning 5 Makena, confirmed that security was in place, and requested evidence of insurance on all 5 properties.

Thereafter, Trustee retained counsel to *inter alia* document the transfers back to the Estate, which has already been accomplished, investigate the litigation related to 5 Makena, and investigate the potential litigation related to 2 Makena. Since his appointment, Trustee has fielded numerous calls and emails from investors in AB Capital, LLC ("AB Capital"), who have secured claims on two of the properties, as well as their attorneys and real estate brokers.

Trustee set and attended a second onsite meeting on Sunday, October 23, 2022, with his broker.

During this meeting, he met with several parties interested in purchasing 5 Makena, and, potentially, the entire project. During this meeting, Trustee also met with Darryl Lewis ("Mr. Lewis"), who was allegedly under contract with Debtor to purchase 5 Makena. Mr. Lewis and his wife filed suit against Debtor three days prior to the filing of Debtor's petition.

Trustee has also met with the occupant of 2 Makena, Joe Colangelo, to discuss potential litigation and turnover of the property, spoken with Richard A. Marshack, the Chapter 7 trustee of the bankruptcy estate of AB Capital on numerous occasions, spoken with Doug Flahaut, the Subchapter V trustee of Med Equity, LLC, another of Mr. Pukini's companies, and employed a real estate broker to sell 1, 5, and 7 Makena. Trustee expects to have a motion to sell 5 Makena on file within the next week.

Based on consultation with his real estate broker and inspection of the properties, it is Trustee's belief that there is significant equity in at least four of the five properties, the liquidation of which will result in a meaningful distribution to unsecured creditors.

**B.    The Filing of the Petition, Status of Construction of the Properties, and Pre-Petition Transfers.**

1. This case was commenced on September 9, 2022, with the filing of a skeletal petition under Chapter 11 of the Bankruptcy Code ("Petition"). *See* DE 1.

2. On or about January 6, 2015, Debtor obtained title to the following real properties:

    a.    1 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-001 ("1 Makena");

    b.    2 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-002 ("2 Makena");

    c.    4 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-004 ("4 Makena");

    d.    5 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-005 ("5 Makena"); and

    e.    7 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-007 ("6 Makena") (1, 2, 4, 5, and 7 Makena are collectively referred to herein as the "Properties").

3. Trustee is informed and believes that Debtor acquired the Properties as vacant lots and was in the process of completing the construction of luxury homes on each lot.

4. Trustee has personally inspected the Properties on two occasions and observed that only 2 Makena has been completed. The remaining lots are in various stages of construction, with 5 Makena being upwards of 90% complete and 1 Makena being approximately 75% complete, 7 Makena and 4 Makena are at earlier stages of construction.

5. Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in 1, 2, 4, and 7 Makena ("Transfers") to AB Capital LFD, Inc. ("AB LFD"). *See* DE 13.

**C.    Debtor's Principal and Related Bankruptcy Cases.**

6. Trustee is informed and believes that Mr. Pukini is the principal of both Debtor and AB LFD. Mr. Pukini is also the principal of AB Capital, LLC, a debtor in case number 8:22-bk-11585-TA, which was filed as an involuntary Chapter 7 case on September 15, 2022, and Med Equity, LLC, a debtor in case number 2:21-bk-12447-ER, which is a Chapter 11 case filed on March 26, 2021. On October 6, 2022, an order for relief was entered in the AB Capital, LLC case.

**D.    The Appointment of Trustee.**

7. On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on *inter alia* the Transfers. *See* DE 13.

8. On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate. *See* DE 19.

9. On September 29, 2022, Trustee attended Debtor's initial debtor interview.

10. Trustee is the appointed, qualified, and acting Chapter 11 Trustee for Debtor's bankruptcy estate ("Estate"). *See* DE 19.

**E.    The Motion for Relief in Connection with 5 Makena.**

11. On October 11, 2022, Baiocchi Family Limited Partnership ("BFLP") filed a Motion for Relief with regard to 5 Makena ("MFR"). A hearing on the MFR was initially set for November 1, 2022; however, Trustee, through counsel, negotiated a continuance of the hearing to January 10, 2023. *See* DE 55.

**F.     Trustee's Negotiations to Address the Transfers and the Conveyances to the Estate.**

12.    Immediately upon his appointment, Trustee commenced negotiations to address the Transfers and effectuate the transfer of legal title to 1, 2, 4, and 7 Makena back to the Estate.

13.    Based on Trustee's negotiations with AB LFD, AB LFD quitclaimed its interest in 1, 2, 4, and 7 Makena to the Estate. The deeds were recorded on October 25, 2022.

**G.     The Properties and the Alleged Liens Against Them.**

14.    On September 23, 2022, Debtor filed its Schedules, wherein it identified its ownership interest in 5 Makena.[1] *See* DE 15.

15.    In its Amended Schedule D, Debtor identified 28 alleged liens against the Properties, totaling approximately $9,341,564.65 ("Alleged Liens"), which includes an alleged $975,000 first priority deed of trust against 7 Makena held by AB Capital, LLC and an alleged $265,000 second priority deed of trust against 7 Makena held by AB Capital Fund B, LLC, which is also controlled by Mr. Pukini. *See* DE 34.

**H.     Trustee's Retention of Counsel and Employment of a Real Estate Broker.**

16.    On October 28, 2022, Trustee filed an application to employ Malcolm ♦ Cisneros, A Law Corporation. The application was approved on November 18, 2022. *See* DE 51 and 63, respectively.

17.    On November 7, 2022, Trustee filed an application to employ Brian Thompson as his real estate broker for the purposes of selling 1, 5, and 7 Makena. The application was approved on November 28, 2022. *See* DE 57 and 69, respectively.

**I.     The Unsecured Claims Against the Estate.**

18.    In its Schedule E/F, Debtor identified approximately $144,950 in unsecured claims. As of the filing of this Report, $4,051,307.40 in unsecured claims have been filed. *See* Claims Register No. 1-1 through 5-1.

///

///

---

[1] Debtor's Grant Deed allegedly conveying 1 Makena to AB LFD references "Lots 1-10." However, to the extent that this transfer impacted legal title to 5 Makena, the quitclaim deed from AB LFD to Trustee includes "Lots 1-10." Trustee has also undertaken the effort of obtaining approval of the quitclaim deeds from AB LFD to him by a title company to ensure that title to the Properties is marketable.

Status Report                                                     5

**J.     The Lawsuit in Connection with 5 Makena.**

19.    On or about September 6, 2022, Mr. Lewis and Sanna Akhtanova ("Plaintiffs") filed suit against *inter alia* Debtor and Mr. Pukini in Riverside County Superior Court ("Lawsuit"). The Lawsuit concerns Plaintiffs' alleged purchase of 5 Makena. Through their Complaint, Plaintiffs seek damages in excess of $2,900,000 and specific performance in the form of a deed conveying title to 5 Makena to Plaintiffs.

20.    On October 31, 2022, Plaintiffs removed the Lawsuit to this Court as Adversary Proceeding number 8:22-ap-01093-TA. Plaintiffs have not effectuated service of the Lawsuit.

21.    Trustee, through counsel, discussed a potential resolution to the Lawsuit and a sale of 5 Makena to Plaintiffs; however, Plaintiffs rejected Trustee's offer. Based on the rejection of Trustee's offer, Trustee directed Broker to list the Property.

**K.     The Status of Marketing and Sale of the Properties.**

    **1.     1, 5, and 7 Makena.**

22.    Trustee's Broker listed 1, 5, and 7 Makena on the Multiple Listing Services (MLS) on November 26, 2022 and has received several serious inquiries before and after that time. Trustee anticipates that an offer to purchase 5 Makena will be accepted within the next week.

    **2.     2 Makena.**

23.    Trustee anticipates that it may be necessary to file an adversary proceeding to obtain possession of 2 Makena, which is currently occupied by Joe Colangelo who, it appears, believes he acquired title to 2 Makena. Mr. Colangelo is not on title to 2 Makena. Trustee is informed and believes that Mr. Colangelo has not made payments in connection with his occupancy of 2 Makena. Trustee intends to retain Broker to sell 2 Makena within the next 30 days, although listing of this property for sale may be postponed pending resolution of Mr. Colangelo's occupancy of it.

    **3.     4 Makena.**

24.    Trustee intends to retain Broker to sell 4 Makena within the next 30 days.

///
///
///

### L. Conversion to Chapter 7.

25. Trustee is currently consulting his counsel regarding the potential benefits of conversion of Debtor's case to Chapter 7. Trustee is in the process of liquidating the Properties and intends to either file a liquidating Chapter 11 plan or seek conversion of Debtor's case to Chapter 7.

DATED: November 30, 2022

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

/s/ Nathan F. Smith
NATHAN F. SMITH
*Attorneys for Chapter 11 Trustee, A. Cisneros*

DATED: November 30, 2022

Respectfully Submitted,

/s/ Arturo M. Cisneros
ARTURO M. CISNEROS
*Chapter 11 Trustee*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*):  **CHAPTER 11 TRUSTEE'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **November 30, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
CHAPTER 11 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
DEBTOR'S ATTORNEY: Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **November 30, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660
NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **November 30, 2022** | **Diep Quach** | **/s/ Diep Quach** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**
NOTICE: Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser     michael.hauser@usdoj.gov
NOTICE: William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows     david@davidwmeadowslaw.com
NOTICE: Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver     ADS@asarverlaw.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**