United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| Diana Torres-Brito | on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com  ecfcca@ecf.courtdrive.com |
| Hamid R Rafatjoo | on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com  bclark@raineslaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Hamid R Rafatjoo
    on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Michael J Hauser
    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Summer M Shaw
    on behalf of Debtor Stonebridge Ventures LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan
    on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

W. Derek May
    on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com

William Malcolm
    on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org

TOTAL: 19

Summer Shaw, Esq. (SBN 283598)
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
Telephone No.: (760) 610-0000
Facsimile No.: (760) 687-2800
Email ss@shaw.law
*Proposed Attorney for Debtor and Former Debtor-in-Possession, Stonebridge Ventures, LLC*

**FILED & ENTERED**

**NOV 28 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | Case No.: 8:22-bk-11556-TA |
|---|---|
|  | Chapter: 11 |
| STONEBRIDGE VENTURES, LLC, | **ORDER ON APPLICATION BY DEBTOR AND FORMER DEBTOR-IN-POSSESSION TO EMPLOY SHAW & HANOVER, PC AS GENERAL COUNSEL** [Docket No 47] |
| Debtor. | [No Hearing Required] |

The Court has reviewed the Application by Debtor and former Debtor-in-Possession to Employ Shaw & Hanover, PC as General Counsel filed on October 25, 2022 ("Application" – Docket No 47).

Good cause appearing, the Court hereby GRANTS the Application pursuant to 11 U.S.C. § 327 at the Firm's hourly rates and under the terms as listed in the Application with any compensation and reimbursement of costs to be paid by the Estate through September 28, 2022, and only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

//

//

//

//

//

//

//



1  Any compensation and reimbursement of costs after September 28, 2022 are to be paid by the
2  Debtor directly, and only upon application to and approval by the Court pursuant to 11 U.S.C. §§
3  330 and 331.

###

Date: November 28, 2022

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

