## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 09/22/20 | | |
| 09/22/20 | | |
| 09/22/20 | | |
| 09/24/20 | WIRE TYPE:WIRE OUT DATE:200924 TIME:1537 ET TRN:2020092400590742 SERVICE REF:014543 BNF:ESCROW EXPERTS, INC. TRUST ID:555167636 BNF BK:CITY NATIONAL BANK ID:122016066 PMT DET:312 222206 MAKENA 5 INITIAL DEPOSIT | -10,000.00 |
| 09/25/20 | | |
| 10/02/20 | WIRE TYPE:WIRE OUT DATE:201002 TIME:1406 ET TRN:2020100200491776 SERVICE REF:011761 BNF:ESCROW EXPERTS, INC. TRUST ID:555167636 BNF BK:CITY NATIONAL BANK ID:122016066 PMT DET:313 331326 DEPOSIT (REFUNDABLE) FOR MAKENA 5 | -134,750.00 |
| 10/02/20 | | |
| 10/06/20 | | |
| 10/09/20 | | |
| 10/13/20 | | |
| 10/13/20 | | |
| 10/20/20 | | |
| 10/21/20 | | |
| 10/21/20 | | |

**Total other subtractions**