

**CALIFORNIA ASSOCIATION OF REALTORS®**

# EXTENSION OF TIME ADDENDUM
(C.A.R. Form ETA, Revised 4/06)

The following terms and conditions are hereby incorporated in and made a part of the: ☐ California Residential Purchase Agreement, ☐ Manufactured Home Purchase Agreement, ☐ Probate Purchase Agreement, ☐ Residential Income Property Purchase Agreement, ☐ Vacant Land Purchase Agreement, ☐ Commercial Property Purchase Agreement, ☐ Business Purchase Agreement, ☒ other **NCPA** _____ ("Agreement"), dated **August 31, 2020**, on property known as **5 Makena Ln, Rancho Mirage, CA  92270** ("Property"), in which **Darryl Lewis, Sanna Akhtanova** is referred to as ("Buyer") and **Joshua Pukini, Partner** is referred to as ("Seller").

1. **EXTENSION OF ESCROW:** The scheduled Close Of Escrow is extended to **08/15/2021 or sooner** (Date).

2. **EXTENSION OF CONTINGENCY(IES):** The following contingency(ies), if checked, is/are extended to _____ (Date) ☐ Buyer Investigation of Property Condition ☐ Loan ☐ Other _____.

3. **OTHER EXTENSION(S):** The time for _____ is/are extended to _____ (Date).

4. **ADDITIONAL TERMS:** _____

By signing below, Buyer and Seller acknowledge that each has read, understands, and received a copy of and agrees to the terms of this Extension of Time Addendum.

Buyer _/s/ Darryl Lewis_ Date 5/20/2021
Darryl Lewis

Buyer _/s/ Sanna Akhtanova_ Date 5/20/2021
Sanna Akhtanova

Seller _/s/ Joshua Pukini, Partner_ Date 5/21/2021
Joshua Pukini, Partner

Seller _____ Date _____

© 2004-2006, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020



ETA REVISED 4/06 (PAGE 1 OF 1)

**EXTENSION OF TIME ADDENDUM (ETA PAGE 1 OF 1)**

Natalie's Transaction Services LLC, 1278 Glenneyre St #253 Laguna Beach, CA 92651    Phone: 9499239186    Fax:    5 Makena Ln
Natalie Alvarez    Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com