## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 12/07/21 | [redacted] | |
| 12/10/21 | TRANSFER DARRYL MARCUS LEWIS:Luna Construction Ma Confirmation# 0118168681 | -25,000.00 |
| 12/15/21 | TRANSFER DARRYL MARCUS LEWIS:Luna Construction Ma Confirmation# 1461691189 | -25,000.00 |

*continued on the next page*

Page 7 of 10