## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 12/30/21 | | |
| 12/30/21 | | |
| 01/04/22 | | |
| 01/04/22 | | |
| 01/04/22 | | |

Total ATM and debit card subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 12/29/21 | | |
| 12/31/21 | | |
| 01/03/22 | | |
| 01/05/22 | | |
| 01/05/22 | | |
| 01/05/22 | | |
| 01/10/22 | | |
| 01/10/22 | | |
| 01/18/22 | | |
| 01/20/22 | WIRE TYPE:WIRE OUT DATE:220120 TIME:1226 ET TRN:2022012000369642 SERVICE REF:011204 BNF:LUNA CONSTRUCTION MANAGEME ID:5830546049 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:3 72042238 5 MAKENA ADDL DEPOSIT PER AMENDMENT | -30,250.00 |
| 01/20/22 | WIRE TYPE:WIRE OUT DATE:220120 TIME:1631 ET TRN:2022012000490791 SERVICE REF:017409 BNF:LUNA CONSTRUCTION MANAGEME ID:5830546049 BNF BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:3 72084980 5 MAKENA PURCHASE ADDITIONALDEPOSIT | -144,750.00 |

Total other subtractions

