

**Peter Aldana**
**Riverside County**
**Assessor-County Clerk-Recorder**
2724 Gateway Drive
Riverside, CA 92507
(951) 486-7000
www.rivcoacr.org

Receipt: 22-333380

| Product | Name | Extended |
|---|---|---|
| 196 | PENDENCY ACTION/LIS PENDENS | $103.00 |
| | Document # | 2022-0389872 |
| | # Pages | 5 |

| Total | | $103.00 |
|---|---|---|
| Tender (Check) | | $103.00 |
| Check # | 190443 | |
| Paid By | NATIONWIDE LEGAL, LLC | |

1

9/9/22 1:42 PM
CAC

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Joshua Nuzzo

AND WHEN RECORDED MAIL TO:

Garcia Rainey Blank & Bowerbank LLP
695 Town Center Drive Suite 540
Costa Mesa, CA 92626

**2022-0389872**
09/09/2022 01:42 PM Fee: $ 101.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder



3036

THIS SPACE FOR RECORDER'S USE ONLY

Notice of Pendency of Action
(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | GARCIA RAINEY BLANK & BOWERBANK LLP<br>A Limited Liability Partnership<br>JOHN E. BOWERBANK, Cal. Bar No. 211566<br>Jbowerbank@garciarainey.com<br>JOSHUA A. NUZZO Cal. Bar No. 332560<br>jnuzzo@garciarainey.com<br>695 Town Center Drive, Suite 540<br>Costa Mesa, CA 92626<br>Telephone:    (714) 382-7005<br>Facsimile:    (714) 784-0031<br>Attorneys for Plaintiffs<br>DARRYL LEWIS AND SANNA AKHTANOVA |

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF RIVERSIDE, PALM SPRINGS COURTHOUSE

| | |
|---|---|
| DARRYL LEWIS, and SANNA AKHTANOVA, individuals,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>STONEBRIDGE VENTURES, LLC, a California limited liability company; CALPAC MANAGEMENT, INC.; a California Corporation; JOSHUA RAYMOND PUKINI, an individual, RYAN JUSTIN YOUNG, an individual; EDMUND VALASQUEZ, Jr. an individual; LUNA CONSTRUCTION MANAGEMENT, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | **Case No.: CVPS2203502**<br><br>**NOTICE OF PENDENCY OF ACTION**<br>(*LIS PENDENS*) |

-1-

**NOTICE OF PENDANCY OF ACTION**

1  **NOTICE IS HEREBY GIVEN** that the above-captioned action was commenced on September 6, 2022 and is pending in the above-entitled Court.

Plaintiffs Darryl Lewis and Sanna Akhtanova (collectively, "Plaintiffs" or "Buyers") filed a complaint, among other things, for an order of specific performance to compel the owner, defendant Stonebridge Ventures, LLC ("Seller"), to sell real property located at 5 Makena Lane, Rancho Mirage, California, APN 682-031-005 ("Property") to Plaintiffs in accordance with the subject purchase agreement. The Property is identified and described in **Exhibit A**, which is attached hereto and incorporated herein by this reference.

The above-captioned action affects title of the above-described real property in that Plaintiffs allege they are entitled to be the owners of the Property as the buyers of the Property from Seller.

DATED: September 6, 2022

GARCIA RAINEY BLANK & BOWERBANK LLP

By _____
JOHN E. BOWERBANK
JOSHUA A. NUZZO
Attorneys for Plaintiffs
DARRYL LEWIS and SANNA AKHTANOVA

1
NOTICE OF PENDENCY OF ACTION

## EXHIBIT A

The real property described as follows:
Lot 5, as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, filed on November 8, 2007 in Book 427, Pages 1 thru 6 inclusive of Maps, in the office of the County Recorder of said County.
Assessor's Parcel Numbers(s): 682-031-005

-2-

EXHIBIT A

# CALIFORNIA NOTARY ACKNOWLEDGEMENT
# (INDIVIDUAL)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

On September 6, 2022 before me, Cynthia Irene Lopez (insert name and title of the officer), personally appeared Joshua A. Nuzzo, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____.    (Seal)

CYNTHIA IRENE LOPEZ
Notary Public - California
Orange County
Commission # 2403363
My Comm. Expires May 5, 2026