WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
e-mail: bill@mclaw.org; nathan@mclaw.org

FILED & ENTERED

JAN 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

Proposed Attorneys for A. Cisneros, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 13<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON BAIOCCHI FAMILY LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**CURRENT HEARING DATE:**<br>DATE:  January 10, 2023<br>TIME:   10:30 a.m.<br>CTRM:  5B<br><br>**CONTINUED HEARING DATE:**<br>DATE:  February 21, 2023<br>TIME:   10:00 a.m.<br>CTRM:  5B |

The Court having read and considered the Stipulation to continue the hearing on Baiocchi Family Limited Partnership's Notice of Motion and Motion for Relief from Stay filed on January 9, 2023 as Docket Entry No. 95, and with good cause shown.

///

///

1

**IT IS HEREBY ORDERED** that the hearing on the Baiocchi Family Limited Partnership's Motion for Relief from the Automatic Stay Under 11 U. S. C. § 362 be continued to **February 21, 2023 at 10:00 A.M**, in Courtroom 5B, at the United States Bankruptcy Court located 411 West Fourth Street, Santa Ana CA 92701.

###

Date: January 9, 2023

Theodor C. Albert
United States Bankruptcy Judge