James C. Bastian, Jr. - Bar No. 175415
Ryan D. O'Dea - Bar No. 273478
Rika M. Kido - Bar No. 273780
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    JBastian@shulmanbastian.com
    ROdea@shulmanbastian.com
    RKido@shulmanbastian.com

Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee of the bankruptcy estate of AB Capital, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br>        Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**TRUSTEE MARSHACK'S LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYERS ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**<br><br>[7 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-007]<br><br>**Hearing**<br>Date:    February 1, 2023<br>Time:    10:00 a.m.<br>Place:    Via Zoom Teleconference |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6590-000/78/Sale Mtn (7 Makena Lane, Rancho Mirage) - Limited Obj v2.docx

1

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES:**

Richard A. Marshack, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee Marshack") for the bankruptcy estate of AB Capital, LLC ("AB Capital"), Case No. 8:22-bk-11585-TA ("AB Capital Case") hereby brings this Limited Objection ("Limited Objection") to Chapter 11 Trustee's Motion ("Motion") for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyers are "Good Faith Purchasers" Under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h) filed by A. Cisneros, Chapter 11 Trustee ("Trustee Cisneros"). In support thereof, Trustee Marshack respectfully represents as follows:

## I.    BACKGROUND

**A.    Commencement of AB Capital Case and Appointment of Trustee Marshack**

As this Court is aware, on September 15, 2022 ("Petition Date"), the Initial Petitioning Creditors[1] filed an involuntary chapter 7 bankruptcy petition against AB Capital, commencing the AB Capital Case.

///

///

///

---

[1] The Involuntary Petition was signed by 17 Properties I, LLC, Ira M. Hermann and Anita Hermann, as Trustees of the Hermann Family Trust dated October 7, 1993, Andrew D. Hermann and Karen L. Hermann, as Trustees of the Andrew D. and Karen L. Hermann Trust dated March 25, 2009, James John Murphy Jr. and Karen Kawatomari Murphy, as Trustees of the James John Murphy Jr. and Karen Kawatomari Murphy 1997 Revocable Trust dated October 1, 1997, Mariana Figueroa Gruenberg, Mark Treitler, as Trustee of the Treitler Family Trust, Bryan Werlemann as Trustee of the Bryan A. Werlemann Trust dated July 9, 1999, and Jonathan Beigler (collectively the "Initial Petitioning Creditors"). On October 3, 2022, Geoffrey Field, Trustee of the Geoffrey P. Field Living Trust dated 8/10/2011, Michael Bumbaca and Adele Bumbaca, Husband and Wife as Community Property with ROS, and Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust dated 5/16/2005, filed joinders to the Involuntary Petition [dockets 50-52] and on October 4, 2022, Kana Hishiya filed her joinder to the Involuntary Petition [docket 53] (collectively the "Joining Petitioning Creditors"). The Initial Petitioning Creditors and the Joining Petition Creditors are collectively referred to as the "Petitioning Creditors."

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

6590-000/78/Sale Mtn (7 Makena Lane, Rancho Mirage) - Limited Obj v2.docx

On September 19, 2022, an emergency motion ("Emergency Motion") was filed by the Initial Petitioning Creditors, seeking the appointment of an interim trustee pursuant to 11 U.S.C. § 303(g) [AB Capital Case, docket 7]. The Emergency Motion was granted on September 22, 2022 pursuant to the Court's Order Granting Emergency Motion of Petitioning Creditors for Appointment of Interim Trustee Pursuant to 11 U.S.C. § 303(g) [AB Capital Case, docket 36].

On September 23, 2022, the United States Trustee ("UST") filed a Notice of Appointment of Trustee and Fixing of Bond; Acceptance of Appointment of Trustee [AB Capital Case, docket 38] under which the Trustee was appointed as the interim trustee for the Debtor's Estate to provide specific services related to Debtor's operations and provide a report to the Court.

Following a continued hearing on the Emergency Motion held on October 4, 2022, the Court entered the following three Orders: (i) Order for Relief in an Involuntary Case entered on October 6, 2022 [docket 58]; (ii) Order for Relief and Order to File Schedules, Statements and List(s) entered on October 6, 2022 [AB Capital Case, docket 59]; and (iii) Amended Order Granting Motion of Petitioning Creditors for Appointment of Interim Trustee Pursuant to 11 U.S.C. § 303(g) entered on October 6, 2022 [AB Capital Case, docket 60].

On October 6, 2022, the UST appointed the Trustee as the permanent trustee for the Debtor's Estate [AB Capital Case, docket 63].

**B.    AB Capital's Assets – First Priority Deed of Trust Against the Property**

AB Capital began business in 2017 and, according to its website, is a "private real estate investment firm and California Finance Lender headquartered in Newport Beach that specializes in real estate secured debt investments in California." AB Capital generates most of its revenue on origination fees and self-servicing spread for self-serviced loans, but also owns several real properties.

///

///

///

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

6590-000/78/Sale Mtn (7 Makena Lane, Rancho Mirage) - Limited Obj v2.docx

Among AB Capital's assets is a first priority deed of trust ("Deed of Trust") against the real property located at 7 Makena, Rancho Mirage, California 92270 ("Property"). The Motion provides details, consistent with the Preliminary Title Report attached as Exhibit 2 to the Motion, regarding the Deed of Trust and related Assignments of Deed of Trust.[2] As the Court is aware, Trustee Marshack has not received the complete books and records of AB Capital and, faced with many impediments, he is trying to gather the information needed to determine amounts due on liens such as the Deed of Trust. At this time, Trustee Marshack does not know the exact amount due on the Deed of Trust and therefore, he is unable to confirm whether the representation made in the Motion regarding the total amount due on the Deed of Trust is accurate.

## II. LIMITED OBJECTION

Trustee Marshack does not oppose the sale of the Property and he would like to see the Property sold. However, as indicated above and as the Court is aware, Trustee Marshack does not have enough information at this time regarding the assets of AB Capital to determine the amount owed on the Deed of Trust. Therefore, in approving the sale of the Property, Trustee Marshack requests the Court orders that the lien rights reflected by the Deed of Trust attach to the sale proceeds in the same amount, validity and priority as existed prior to the sale pending agreement or further Court order.

It is possible that the amount due and secured by the Deed of Trust exceeds the $1,225,000.00 amount the Debtor's counsel-of-record estimates is owed under the Deed of Trust. Trustee Marshack will work with Trustee Cisneros, and is open to a carve-out, if necessary, in the event the amounts due and secured by the Deed of Trust are significantly higher than estimated in the Motion.

---

[2] One of the Assignments of Deed of Trust benefits AB Capital Fund B, LLC. In addition to being an "Enjoined Party" pursuant to the Preliminary Injunction entered in the pending adversary proceeding, *Marshack v. Pukini, et al.*, Adv. Case No. 8:22-ap-01091-TA ("AB Capital Adversary"), as docket number 32, based on Trustee Marshack's investigation, it appears that AB Capital is either the sole member or a member of AB Capital Fund B, LLC.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

6590-000/78/Sale Mtn (7 Makena Lane, Rancho Mirage) - Limited Obj v2.docx

### III. CONCLUSION

**WHEREFORE**, Trustee Marshack requests that, in approving the sale of the Property free of clear of liens pursuant to 11 U.S.C. § 363(f), the Court orders that the lien rights reflected by the Deed of Trust attach to the sale proceeds from the sale of the Property in the same amount, validity and priority as existed prior to the sale pending agreement or further Court order.

Respectfully submitted,

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: January 18, 2023

By: /s/ Rika M. Kido
James C. Bastian, Jr.
Ryan D. O'Dea
Rika M. Kido
Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee of the bankruptcy estate of AB Capital, LLC

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

6590-000/78/Sale Mtn (7 Makena Lane, Rancho Mirage) - Limited Obj v2.docx

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE MARSHACK'S LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYERS ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 18, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 18, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 18, 2023 | Anne Marie Vernon | */s/ Anne Marie Vernon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

**COUNSEL FOR TRUSTEE MARSHACK:** James C Bastian     jbastian@shulmanbastian.com
**CHAPTER 11 TRUSTEE:** Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
**CHAPTER 11 TRUSTEE:** Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**COUNSEL FOR INTERESTED PARTY U.S. TRUSTEE:** Michael J Hauser     michael.hauser@usdoj.gov
**COUNSEL FOR TRUSTEE MARSHACK:** Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
**COUNSEL FOR CHAPTER 11 TRUSTEE:** William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
**INTERESTED PARTY:** W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
**INTERESTED PARTY:** David W. Meadows     david@davidwmeadowslaw.com
**INTERESTED PARTY:** Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
**INTERESTED PARTY:** Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
**INTERESTED PARTY:** Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
**INTERESTED PARTY:** Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
**INTERESTED PARTY:** Allan D Sarver     ADS@asarverlaw.com
**COUNSEL FOR DEBTOR STONEBRIDGE VENTURES LLC:** Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
**COUNSEL FOR CHAPTER 11 TRUSTEE:** Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
**INTERESTED PARTY:** Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
**INTERESTED PARTY:** United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

## MAIL SERVICE LIST

| **Agent for Chapter 11 Trustee**<br>Brian Thompson<br>Winterstone Real Estate Development<br>23792 Rockfield Blvd., Suite 101<br>Lake Forest, CA 92630 | **Agent for Buyers - Norm Christensen, Koko Christensen, Richard Spevak, Ethel Spevak, Bryan Bevin, Michaela Bevin, Terry Kleeberger, & Kathy Kleeberger**<br>James Gault<br>Compass – Palm Desert<br>74199 El Paseo<br>Palm Desert, CA 92260 | **Interested Party**<br>Riverside County Tax Collector<br>Adelina Abril<br>4080 Lemon Street, 4th Floor<br>Riverside, CA 92501 |
|---|---|---|
| **Interested Party**<br>Brad & Doreen Bunten<br>9241 Copenhaver Drive<br>Potomac, MD 20854 | **Interested Party**<br>Christine Burrill<br>156 Wadsworth Avenue<br>Santa Monica, CA 90405 | **Interested Party**<br>Jeffrey McNutt<br>6511 Sierra Elena Roas<br>Irvine, CA 92603 |
| **Interested Party**<br>Koonce Family Enterprises, LP<br>Barbara Hold, Advisor<br>517 E. Calle Laureles<br>Santa Barbara, CA 93105 | **Interested Party**<br>Mainstar Trust Custodian FBO<br>Richard W. Walker IRA<br>18124 Wedge Parkway, #530<br>Reno, NV 89511 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE