James C. Bastian, Jr. - Bar No. 175415
Ryan D. O'Dea - Bar No. 273478
Rika M. Kido - Bar No. 273780
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:	(949) 340-3400
Facsimile:	(949) 340-3000
Email:	JBastian@shulmanbastian.com
	ROdea@shulmanbastian.com
	RKido@shulmanbastian.com

Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee of the bankruptcy estate of AB Capital, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF TRUSTEE MARSHACK'S LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYERS ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**<br><br>[7 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-007]<br><br>**Hearing**<br>Date:	February 1, 2023<br>Time:	10:00 a.m.<br>Place:	Via Zoom Teleconference |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6590-000/78/Sale Mtn (7 Makena Lane, Rancho Mirage) - Limited Obj v2 Withdrawal.docx

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES:**

Richard A. Marshack, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee Marshack") for the bankruptcy estate of AB Capital, LLC, Case No. 8:22-bk-11585-TA hereby withdraws his Limited Objection, Docket No. 105, filed on January 18, 2023 to Chapter 11 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyers are "Good Faith Purchasers" Under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h) filed by A. Cisneros, Chapter 11 Trustee.  This Withdrawal is based on Trustee Marshack's understanding that the AB Capital Fund B, LLC lien will be paid in full through escrow.

Respectfully submitted,

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: January 25, 2023

By:   /s/ Rika M. Kido
James C. Bastian, Jr.
Ryan D. O'Dea
Rika M. Kido
Special Litigation Counsel for Richard A. Marshack, Chapter 7 Trustee of the bankruptcy estate of AB Capital, LLC

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

6590-000/78/Sale Mtn (7 Makena Lane, Rancho Mirage) - Limited Obj v2.docx

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF TRUSTEE MARSHACK'S LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYERS ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **January 25, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 25, 2023 | Anne Marie Vernon | */s/ Anne Marie Vernon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

**COUNSEL FOR TRUSTEE MARSHACK:** James C Bastian    jbastian@shulmanbastian.com
**CHAPTER 11 TRUSTEE:** Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
**CHAPTER 11 TRUSTEE:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**COUNSEL FOR INTERESTED PARTY U.S. TRUSTEE:** Michael J Hauser    michael.hauser@usdoj.gov
**COUNSEL FOR TRUSTEE MARSHACK:** Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
**COUNSEL FOR CHAPTER 11 TRUSTEE:** William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
**INTERESTED PARTY:** W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
**INTERESTED PARTY:** David W. Meadows    david@davidwmeadowslaw.com
**INTERESTED PARTY:** Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
**INTERESTED PARTY:** Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
**INTERESTED PARTY:** Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
**INTERESTED PARTY:** Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
**INTERESTED PARTY:** Allan D Sarver    ADS@asarverlaw.com
**COUNSEL FOR DEBTOR STONEBRIDGE VENTURES LLC:** Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
**COUNSEL FOR CHAPTER 11 TRUSTEE:** Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
**INTERESTED PARTY:** Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
**INTERESTED PARTY:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## MAIL SERVICE LIST

| **Agent for Chapter 11 Trustee**<br>Brian Thompson<br>Winterstone Real Estate Development<br>23792 Rockfield Blvd., Suite 101<br>Lake Forest, CA 92630 | **Agent for Buyers - Norm Christensen, Koko Christensen, Richard Spevak, Ethel Spevak, Bryan Bevin, Michaela Bevin, Terry Kleeberger, & Kathy Kleeberger**<br>James Gault<br>Compass – Palm Desert<br>74199 El Paseo<br>Palm Desert, CA 92260 | **Interested Party**<br>Riverside County Tax Collector<br>Adelina Abril<br>4080 Lemon Street, 4th Floor<br>Riverside, CA 92501 |
|---|---|---|
| **Interested Party**<br>Brad & Doreen Bunten<br>9241 Copenhaver Drive<br>Potomac, MD 20854 | **Interested Party**<br>Christine Burrill<br>156 Wadsworth Avenue<br>Santa Monica, CA 90405 | **Interested Party**<br>Jeffrey McNutt<br>6511 Sierra Elena Roas<br>Irvine, CA 92603 |
| **Interested Party**<br>Koonce Family Enterprises, LP<br>Barbara Hold, Advisor<br>517 E. Calle Laureles<br>Santa Barbara, CA 93105 | **Interested Party**<br>Mainstar Trust Custodian FBO<br>Richard W. Walker IRA<br>18124 Wedge Parkway, #530<br>Reno, NV 89511 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**