1  WILLIAM G. MALCOLM, #129271
   NATHAN F. SMITH, #264635
2  MALCOLM ♦ CISNEROS, A Law Corporation
3  2112 Business Center Drive
   Irvine, CA 92612
4  Phone: (949) 252-9400
   Fax: (949) 252-1032
5  Email: nathan@mclaw.org

6

7  *Attorneys for Chapter 11 Trustee, A. Cisneros*

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SANTA ANA DIVISION**

11  In re:                              Bankruptcy Case No. 8:22-bk-11556-TA

12  STONEBRIDGE VENTURES, LLC,          Chapter 11

13          Debtor.                     **DECLARATION OF TERRY KLEEBERGER**

14

15                                      **[7 Makena Lane, Rancho Mirage, California
                                        92270 – Assessor's Parcel Number 682-031-007]**
16

17                                      **Hearing:**
                                        Date:  February 1, 2023
18                                      Time: 10:00 a.m.
                                        Place: Via Zoom Teleconference
19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                        1

Motion to Sell

DocuSign Envelope ID: 7DBA972C-4858-4CC0-AABD-55EB418E71CF

**DECLARATION OF TERRY KLEEBERGER**

I, Terry Kleeberger, declare as follows:

1.      I am one of the proposed Buyers of the real property commonly known as 7 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-007] ("Property").  In this capacity, I have personal knowledge of the facts stated herein, and, if called upon to testify thereto, I could and would do so competently and truthfully.

2.      I am not a relative or a general partner of Debtor, Trustee, or Trustee's Broker.

3.      I am not part of a partnership in which Debtor, Trustee, or Trustee's Broker, is a general partner, director, officer, or person in control.

4.      I participated in the negotiation of the Residential Purchase Agreement and Joint Escrow Instructions and Counter Offer through my broker James Gault of Compass.

5.      The proposed sale of the Property is an arms-length transaction and is in good faith.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct and that this declaration was executed on the _13_ day of January, 2023, at City, _TACOMA_ State, _WA_ _____

TERRY KLEEBERGER

Motion to Sell

26

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*):    **DECLARATION OF TERRY KLEEBERGER**will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**
**CHAPTER 11 TRUSTEE: Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com;**
**ecf.alert+Cisneros@titlexi.com**

☒  Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 25, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**
**NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211**
**NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630**

☒  Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 25, 2023 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**
NOTICE: James C Bastian jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser michael.hauser@usdoj.gov
NOTICE: Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: W. Derek May wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows david@davidwmeadowslaw.com
NOTICE: Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver ADS@asarverlaw.com
NOTICE: Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com;
shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith nathan@mclaw.org, CACD_ECF@mclaw.org;
mcecfnotices@ecf.courtdrive.com;
cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT.**
NOTICE: Riverside County Tax Collector, Adelina Abril, 4080 Lemon St, 4th Floor Riverside CA 92501
NOTICE: AB Capital, Attn: Officer, Director or Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660
NOTICE: Brad and Doreen Bunten, 9241 Copenhaver Drive, Potomac, MD 20854
NOTICE: Christine Burrill, 156 Wadsworth Avenue, Santa Monica, CA 90405
NOTICE: Jeffrey McNutt, 6311 Sierra Elena Roas, Irvine, CA 92603
NOTICE: Koonce Family Enterprises, LP, Barbara Holt, Advisor, 517 E. Calle Laureles, Santa Barbara, CA 93105
NOTICE: Mainstar Trust Custodian FBO Richard W. Walker IRA, 18124 Wedge Parkway, #530, Reno, NV 89511
NOTICE: AB Capital Fund B, LLC, Attn: Officer, Director or Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660