Summer Shaw, Esq. (SBN 283598)
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260
Telephone No:(760) 610-0000
Facsimile No: (760) 687-2800
Email: ss@shaw.law
*Attorney for **Debtor, Stonebridge Ventures, LLC***

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br>Debtor. | Case No.: 8:22-bk-11556-TA<br><br>Chapter: 13<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE**<br><br>New Status Conference Date:<br>Date:    March 29, 2023<br>Time:   10:00 a.m.<br>Held:   Remotely using ZoomGov Audio and Video[1] |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNTIED STATES TRUSTEE; ALL PARTIES IN INTEREST, AND THEIR COUNSEL:**

**NOTICE IS HERBY GIVEN** that the Court has continued the Status Conference set for March 8, 2023, at 10:00 a.m., in Courtroom 5B of the Santa Ana Courthouse, located at 411 West Fourth Street, Santa Ana Ca 92701 [2] to March 29, 2023, at 10:00 a.m.

Date: 01/25/2023

Respectfully submitted,
**SHAW & HANOVER, PC**

By:   */s/ Summer Shaw*
        Summer Shaw
        Attorney for Debtor, Stonebridge Ventures, LLC

---

[1] All Hearings on the Court's calendar will be conducted remotely, using ZoomGov. Hearing participants and members of the public may view and listen to hearings before Judge Barash using ZoomGov free of charge. Video and audio connection information for each hearing will be provided on Judge Barash's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=MB. ***See the attached Supplemental Notice for the unique ZoomGov connection information for the above-referenced hearing.***

[2] *See* Footnote 1 for appearance information.



-1-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **44-901 Village Court, Suite B, Palm Desert, CA 92260**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED STATUS CONFERENCE WITH ATTACHED SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/25/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **01/25/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **HONORABLE JUDGE'S COPY**
> Honorable Theodor Albert
> United States Bankruptcy Court
> 411 West Fourth Street
> Santa Ana, CA 92701-4593

☒ Service information continued on **attached pages 3-6**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/25/2023 | Teresa Stone | /s/ Teresa Stone |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              **F 9013-3.1.PROOF.SERVICE**



```
Label Matrix for local noticing            Baiocchi Family Limited Partnership at al    MANUAL NOTICE
0973-8                                     Prober & Raphael, A Law Corporation          Malcolm Cisneros
Case 8:22-bk-11556-TA                      20750 Ventura Boulevard #100                 A Law Corporation
Central District of California             Woodland Hills, CA 91364-6207                2112 Business Center Drive
Santa Ana                                                                               Second Floor
Wed Jan 25 11:18:56 PST 2023                                                            Irvine, CA 92612-7136

Qwan Capital, LLC                          Qwan International Investments, LLC
c/o Hamid R. Rafatjoo                      c/o Hamid R. Rafatjoo
Raines Feldman LLP                         Raines Feldman LLP
1800 Avenue of the Stars                   1800 Avenue of the Stars
12th Floor                                 12th Floor
Los Angeles, CA 90067-4201                 Los Angeles, CA 90067-4201
        DEBTOR                                                                          AB Capital Fund B, LLC
Stonebridge Ventures, LLC                                                               15 Corporate Plaza Drive, Suite 200
15 Corporate Plaza Drive, Suite 200                                                     Newport Beach, CA 92660-7941
Newport Beach, CA 92660-7941


                                           AB Capital, LLC                              AB Capital, LLC
                                           Attn: Agent for Service of Process           Attn: Officer, Director or
                                           15 Corporate Plaza                           Managing Agent
                                           Suite 200                                    15 Corporate Plaza Drive, Suite 200
                                           Newport Beach, CA 92660-7941                 Newport Beach, CA 92660-7941




                                           Alisa Arkenberg                              Baiocchi Family Limited Partnershi
                                           7933 E. Baker Drive                          c/o Lenders T.D. Service, Inc.
                                           Scottsdale, AZ 85266-2255                    24422 Avenida De La Carlota, #280
                                                                                        Laguna Hills, CA 92653-3603



                                           Baiocchi Family, LP
            .                              600 Hudson Lane
                                           Aptos, CA 95003-2729



Brad Bunten                                                                             Brentwood Finance Comany LLC
9241 Copenhaver Drive                                                                   Attn: Officer, Director or
Potomac, MD 20854-3016                                                                  Managing Agent
                                                                                        180 S. Spruce Avenue, Suite 155
                                                                                        South San Francisco, CA 94080-4558

                                           Brentwood Finance Company, LLC
                                           Attn: Agent for Service of Process
                                           180 S. Spruce Avenue, Suite 155
                                           South San Francisco, CA 94080-4558


California Department of Tax and           Cory Graham Sottek                           Darryl Lewis ahd Sanna Akhtanova
Fee Administration                         640 Altamira Court                           301 N. Palm Canyon Drive Suite 103-395
Special Ops, MIC:55                        Vista, CA 92081-6310                         Palm Springs, CA 92262-5672
PO Box 942879
Sacramento, CA 94279-0055
```

| | | |
|---|---|---|
| Darryl Lewis and Sanna Akhtanova<br>301 N. Palm Canyon Drive<br>Suite 103-395<br>Palm Springs, CA 92262-5672 | Darryl Lewis and Sanna Akhtanova<br>c/o Polis & Associates<br>Attn: Thomas J. Polis<br>19800 MacArthur Blvd., Ste. 1000<br>Irvine, CA 92612-2433 | |
| Darryl Lewis and Sanna Akhtanova<br>c/o Thomas J. Polis<br>19800 MacArthur Blvd., Ste. 1000<br>Irvine, CA 92612-2433 | Employment Development Department<br>Bankruptcy Group MIC92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Forge Trust Company CFBO<br>Donald Suskind IRA<br>1160 Industrial Road, #1<br>San Carlos, CA 94070-4128 | Forge Trust Company CFBO<br>Donald Suskind IRA<br>1160 Industrial Road, 41<br>San Carlos, CA 94070-4124 | Garcia Rainey Blank & Bowerbank LLP<br>Attorneys for Darryl Lewis &<br>Sanna Akhtanova<br>695 Town Center Drive, Suite 540<br>Costa Mesa, CA 92626-7692 |
| Garcia Rainey Blank & Bowerbank LLP<br>Attorneys for Darryl Lewis & Sanna Akhta<br>695 Town Center Drive, Suite 540<br>Costa Mesa, CA 92626-7692 | Geoffrey P. Field, Trustee of the<br>Geoffrey P. Field Living Trust<br>2100 Camino Vida Roble, Suite A<br>Carlsbad, CA 92011 | |
| | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | |
| JLoanCo, Inc.<br>Attn: Agent for Service of Process<br>3780 King Ranch Road<br>Ukiah, CA 95482-9200 | JLoanCo, Inc.<br>Attn: Officer, Director or<br>Managing Agent<br>3780 King Ranch Road<br>Ukiah, CA 95482-9200 | Jaclyn Maduff<br>2128 Duxbury Circle<br>Los Angeles, CA 90034-1014 |
| Jaclyn Maduff, Trustee of the<br>Jaclyn Maduff Family Trust<br>2128 Duxbuby Circle<br>Los Angeles, CA 90034-1014 | | Jean Himmelstein, Trustee of the<br>Jeannette Himmelstein Living Trust<br>10100 Galaxy Way, #2240<br>Los Angeles, CA 90067-3528 |
| Jeffrey McNutt<br>6311 Sierra Elena Roas<br>Irvine, CA 92603-3926 | Koonce Family Enterprise, LP<br>Barbara Holt, Advisor<br>517 E. Calle Laureles<br>Santa Barbara, CA 93105-2005 | |
| | | Las Palmas Group Retirement Trust<br>Barry Nisen, Trustee<br>PO Box 90202<br>Santa Barbara, CA 93190-0202 |
| Lenders T.D. Service, Inc.<br>24422 Avenida De La Carlota, #280<br>Laguna Hills, CA 92653-3603 | Linda T. Seckler-Rufkahr,Trustee of<br>The Rufkahr Family Trust<br>31661 Haute Court<br>Winchester, CA 92596-9123 | Luna Construction Management, LLC<br>Attn: Agent for Service of Process<br>501 S. Olive Street<br>Anaheim, CA 92805-4738 |

Lyne Construction Management, LLC
Attn: Officer, Director or
Managing Agent
501 S. Olive Street
Anaheim, CA 92805-4738

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511-8134

Maintar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, 4530
Reno, NV 89511-8134

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131-1082

Mario Melillo
2404 Harbor Boulevard, #106
Costa Mesa, CA 92626-6212

Mario Melillo
2404 Harbor Boulevard, 4106
Costa Mesa, CA 92626-6212

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511-8134

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside, CA 92056-4707

Renewable Farms
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808-2277

Renewable Farms,
Attn: Aqent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Richard W. Walker
214 West 9th Street
Onaga, KS 66521-9624

Richard W. Walker
PO Box 420
Onaga, KS 66521-0420

Richard Walker
18124 Wedge Parkway #530
Reno, NV 89511-8134

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660-5105

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501-3609

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Matt Jennings Treasurer Tax Collect
4081 Lemon Street, 1st Floor
Riverside, CA 92501

State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

State of California Franchise Tax Board
Bankruptcy Section MS A340
PO Box 295
Sacramento, CA 95812-0295

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405-3510

Treitler Family Trust, c/o Marc Treitler Tru
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131-1082

Zinda T. Seckler-RufkahrrTrustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596-9123

MANUAL NOTICE
Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630-2868

Darryl Lewis
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

Mary Jo Blue
Law Offices Allan Sarver
16000 Ventura Blvd
Suite 1000
Encino, CA 91436-2762

Richard W Walker
c/o Law Offices of Allan D. Sarver
16000 Ventura Blvd
Suite 1000
Encino, CA 91436-2762

Saman Jilanchi
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Sanna Akhtanova
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Summer Shaw, Esq. (SBN 283598)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA  92260**<br>**Telephone No:(760) 610-0000**<br>**Facsimile No: (760) 687-2800**<br>**Email: ss@shaw.law**<br><br>☒ *Attorney for Movant*, *Stonebridge Ventures, LLC*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER:  13 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:  March 29, 2023<br>HEARING TIME:  10:00 a.m.<br><br>☐ **Movant intends to appear in person** |

**Movant:  STONEBRIDGE VENTURES, LLC**

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Theodor C. Albert, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

> **NOTICE OF CONTINUED STATUS CONFERENCE**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. **If a responding party wishes to appear in person advance notice is required.** The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the motion.

4. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

5. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

6. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

7. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

8. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

9. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

    **Video/audio web address: https://cacb.zoomgov.com/j/1615239316**

    **ZoomGov meeting number: 161 523 9316**

    **Password: 108043**

    **Telephone conference lines: 1 (669) 254-5252 or 1 (646) 828-7666**

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 01/25/2023

**SHAW & HANOVER, PC**

Printed name of law firm (if applicable)

**Summer Shaw**

Printed name of attorney for Movant, Stonebridge Ventures, LLC