

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER **11.00**

(File this form on the related case docket)

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

Ordering Party's Name: **Thomas J. Polis, Esq.**    Attorney Bar# **119326**
Law Firm: **Polis & Associates, APLC**
Mailing Address: **19800 MacArthur Blvd., Suite 1000**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): **Cristina Allen**
Telephone: (**949**) **862-0040**    E-mail: **paralegal@polis-law.com**
Bankruptcy Case #: **8:22-bk-11556-TA**    Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **January 11, 2023**  Time: **10:00 a.m.**
Debtor: **Stonebridge Ventures, LLC**
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: **T. Albert**    Courtroom #: **SA 5B**
TRANSCRIBER: **Briggs Reporting**    ALTERNATE: **Echo Reporting**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☐ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☒ 7 Days    ☐ Testimony of Witness _____
☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS  ☐ Mail  ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____    Division: _____    Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*