| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>Email: bill@mclaw.org; nathan@mclaw.org<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chapter 11 Trustee, A. Cisneros | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY**<br>*Property: 1 Makena Lane, Rancho Mirage, CA 92270* |
|---|---|

| **Sale Date:** 03/01/2023 | **Time:** 10:00 am |
|---|---|
| **Location:** 411 West Fourth Street, Santa Ana CA 92701, Via Zoom Teleconference | |

**Type of Sale**: ☒ Public   ☐ Private      **Last date to file objections**: 02/15/2023

**Description of property to be sold**:
1 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-001



**Terms and conditions of sale**:
"As is - where as"; Closing not later than thirty (30) days after Bankruptcy Court approval of the sale; Subject to Approval and Jurisdiction of the U.S. Bankruptcy Court. Please see contact information below for further details.



**Proposed sale price**: $ 2,500,000.00

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                       Page 1                                       **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**

Initial overbid must be $20,000 over purchase price (i.e. $2,520,000) and $10,000 (or higher) increments thereafter; In writing received by Trustee and his counsel no later than 2 business days prior to the hearing.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Hearing Date: March 1, 2023
Time: 10:00 am
Place: Via Zoom Teleconference
U.S. Bankruptcy Court
411 West Fourth Street
Santa Ana CA 92501

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Brian Thompson
Winterstone Real Estate and Development
23792 Rockfield Blvd. STE 101
Lake Forest, CA 92630
Phone# 949-981-9120
e-mail: briant@winterstonerealestate.com; brianthompsonre@gmail.com

Date: 01/30/2023

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 2                                          **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2112 Business Center Drive, 2nd Floor, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/30/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OFFICE OF U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE:  Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 01/30/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660
NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/30/2023 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 3      **F 6004-2.NOTICE.SALE**

**SECTION 1 CONT**
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT**
NOTICE: Riverside County Tax Collector, Adelina Abril, 4080 Lemon St, 4th Floor Riverside CA 92501
NOTICE: Richter Wright, Attn: James D. Friedman, 32 Burning Tree Rd. Newport Beach, CA 92660
NOTICE: Donald K. Reitzfeld, 5019 Pickford Way, Culver City CA 90230
NOTICE: Hahn Fife & Company, 790 E Colorado Blvd 9th Fl, Pasadena, CA 91101