Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
Email: tom@polis-law.com

Counsel for Secured Creditors, Darryl Lewis and Sanna Akhtanova

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re** | Case No. 8:22-bk-11556-TA |
| **Stonebridge Ventures, LLC,** | Chapter 11 |
| Debtor/Debtor-In-Possession. | [PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h) |
| | [5 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-005] |
| | **Hearing:**<br>Date:    January 11, 2023<br>Time    10:00 a.m.<br>Ctrm:    5B, Fifth Floor<br>         U.S. Bankruptcy Court<br>         411 Fourth Street<br>         Santa Ana, CA 92701<br>(via ZoomGov per Court's website) |

**ORDER RE: SALE OF 5 MAKENA LANE, RANCHO MIRAGE, CA**

1

The Chapter 11 Trustee's, A. Cisneros ("Trustee"), *Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 5 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-005] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer is a "Good Faith Purchaser" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h)* ("*Motion*") came on for hearing before the Court on January 11, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of and with his client, A. Cisneros, Trustee. Diana R. Torres-Brito appeared on behalf of Baiocchi Family Limited Partnership ("BFLP"). Allan D. Sarver appeared on behalf of Richard Walker. Thomas J. Polis appeared on behalf of Darryl Lewis and Sanna Akhtanova.

The Court, having read and considered the *Motion* and all papers and pleadings filed in support thereof; the oppositions and replies filed thereto; having approved the proposed overbid procedures; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Trustee's *Motion* is GRANTED in its entirety;

2. The property subject to this Order is commonly known as 5 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-005] ("Property"). A legal description of the Property is attached hereto as Exhibit "A";

3. The overbid procedures described in the Motion are approved;

4. The Trustee is authorized, pursuant to § 363(b), to sell the Property to Roll Sparrow, LLC ("Buyer") for the purchase price of $2,800,000, with escrow to close within 30 days of the date of entry of this order;

5. The sale is free and clear of all alleged claims and interests of Darryl Lewis and Sanna Akhtanova and the Notice of Pending Action (Lis Pendens) recorded against the

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

**ORDER RE: SALE OF 5 MAKENA LANE, RANCHO MIRAGE, CA**

2

1  Property on September 9, 2022 in the Official Records of the Riverside County Recorder's

2  Office as instrument number 2022-0389872 ("Lis Pendens") pursuant to §§ 363(f)(4) and

3  363(f)(5);

4      6.     The sale is free and clear of the liens of BFLP and the Forge Trust Company

5  ("FTC"), which were recorded against the Property in the Official Records of the Riverside

6  County Recorder's Office as instruments 2021-0428136 and 2021-0474800, respectively,

7  pursuant to § 363(f)(3);

8      7.     The sale is free and clear of any other claims and interests pursuant to § 363(f);

9      8.     The record liens of BFLP and FTC shall attach to the sale proceeds;

10     9.     The claims of Darryl Lewis and Sanna Akhtanova for: (1) Specific Performance;

11 (2) Breach of Contract; (3) Breach of the Implied Covenant of Good Faith and Fair Dealing;

12 (4) Fraudulent Concealment; (5) Intentional Misrepresentation; (6) Negligent

13 Misrepresentation; (7) Negligence; and (8) Declaratory Relief, which are set forth in the

14 Complaint filed in the Superior Court for the State of California for the County of Riverside as

15 case number CVPS2203502 on September 8, 2022 and which was removed to this Court as

16 United States Bankruptcy Court for the Central District of California, Santa Ana Division, case

17 number 8:22-ap-01093-TA on October 31, 2022, shall attach to the sale proceeds;

18     10.     The record liens of BFLP and FTC are hereby reconveyed upon closing of the

19 sale of the Property to Buyer;

20     11.     The Lis Pendens is hereby expunged upon closing of the sale of the Property

21 to Buyer;

22     12.     The compensation of Trustee's Real Estate Broker, Brian Thompson of

23 Winterstone Real Estate and Development, is approved;

24     13.     Buyer is a "good faith purchaser" under § 363(m);

25     14.     If the sale to Buyer does not close within 30 days of entry of this Order, the

26 Buyer's $84,000 deposit shall be forfeited to Trustee;

27

28

**ORDER RE: SALE OF 5 MAKENA LANE, RANCHO MIRAGE, CA**

3

1     15.    Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property.

    16.    The 14-day provision of FRBP 6004(h) is hereby waived.

###

# EXHIBIT "A"

**The land referred to herein is situated in the State of California, County of Riverside, City of Rancho Mirage and described as follows:**

Lot 5, as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, filed on November 8, 2007 in Book 427, Pages 1 thru 6, in the Office of the County Recorder of said County Records.

APN: 682-031-005