Gmail                                                                                    Tom Polis <tom@polis-law.com>

## Stonebridge re 5 Makena Sale Hearing
1 message

**Tom Polis** <tom@polis-law.com>                                                     Wed, Jan 11, 2023 at 12:12 PM
To: Arturo Cisneros <arturo@mclaw.org>, Nathan Smith <Nathan@mclaw.org>

Arturo & Nathan, I dropped off the Zoom when it appeared the Court was concluding the hearing, but then at the last second it appeared the Court added something else. If the Court in anyway changed what he ruled re sale free & clear with all liens, disputed or otherwise, to attach to the net sales proceeds, please let me know. I'll keep a heads up for the draft Sale Order. Thanks. --

Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433
Telephone:  (949) 862-0040
Facsimile:  (949) 862-0041
Email:  tom@polis-law.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding the message to tom@polis-law.com or by telephone at (949) 862-0040 and destroy the original transmission and its attachments without reading or saving them in any manner.  Thank you.