Gmail                                                                                          Tom Polis <tom@polis-law.com>

## Stonebridge re Status of Sale Order re 5 Makena
1 message

**Tom Polis** <tom@polis-law.com>                                                                       Sat, Jan 14, 2023 at 7:31 PM
To: Arturo Cisneros <arturo@mclaw.org>, Nathan Smith <Nathan@mclaw.org>

Arturo and Nathan, let me know the timing of either circulating or lodging the Sale Order re 5 Makena. Thanks gents. --

Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433
Telephone:  (949) 862-0040
Facsimile:  (949) 862-0041
Email:  tom@polis-law.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding the message to tom@polis-law.com or by telephone at (949) 862-0040 and destroy the original transmission and its attachments without reading or saving them in any manner.  Thank you.