Tom Polis <tom@polis-law.com>

## Re: Stonebridge re Status of Sale Order re 5 Makena
1 message

**Nathan F. Smith** <Nathan@mclaw.org>  Wed, Jan 18, 2023 at 5:44 PM
To: Tom Polis <tom@polis-law.com>
Cc: Arturo Cisneros <arturo@mclaw.org>

Good Evening Tom,

The order is with the title company for review.

Nathan F. Smith, Esq.

Partner | Admitted in Multiple Jurisdictions



2112 Business Center Drive
Irvine, CA 92612
Phone: 949-252-9400
Facsimile: 949-252-1032
www.malcolmcisneros.com

**\*\*CONFIDENTIALITY NOTICE\*\***

This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

> On Jan 18, 2023, at 5:31 PM, Tom Polis <tom@polis-law.com> wrote:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Gents any word concerning the draft sale order re 5 Makena?
>
>> On Sat, Jan 14, 2023 at 7:31 PM Tom Polis <tom@polis-law.com> wrote:
>> Arturo and Nathan, let me know the timing of either circulating or lodging the Sale Order re 5 Makena. Thanks gents. --
>>
>> Thomas J. Polis, Esq.
>> Polis & Associates, APLC
>> 19800 MacArthur Boulevard, Suite 1000
>> Irvine, California 92612-2433
>> Telephone: (949) 862-0040
>> Facsimile: (949) 862-0041
>> Email: tom@polis-law.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding the message to tom@polis-law.com or by telephone at (949) 862-0040 and destroy the original transmission and its attachments without reading or saving them in any manner. Thank you.

--

Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
Email: tom@polis-law.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding the message to tom@polis-law.com or by telephone at (949) 862-0040 and destroy the original transmission and its attachments without reading or saving them in any manner. Thank you.