| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>Malcolm ♦ Cisneros, A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, California 929612<br>(949) 252-9400 (Telephone)<br>(949) 252-1032 (Facsimile)<br>e-mail: bill@mclaw.org; nathan@mclaw.org<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: | CASE NO.: **8:22-bk-11556-TA** |
|---|---|
| **STONEBRIDGE VENTURES, LLC,** | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY) |
| Debtor. | |

PLEASE TAKE NOTICE that the order titled **ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. §363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)** was lodged on 01/25/2023 and is attached. This order relates to the motion which is docket number 81.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
**CHAPTER 11 TRUSTEE:** Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**DEBTOR'S ATTORNEY:** Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **January 25, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:** Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660
**NOTICE:** Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
**NOTICE:** Hahn Fife & Company, 790 E Colorado Blvd 9th Fl, Pasadena, CA 91101
**NOTICE:** Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **February 24, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 25, 2023 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

**SECTION 1 CONT.**
NOTICE: James C Bastian jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Michael J Hauser michael.hauser@usdoj.gov
NOTICE: Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: W. Derek May wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows david@davidwmeadowslaw.com
NOTICE: Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver ADS@asarverlaw.com
NOTICE: Nathan F Smith nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT.**
NOTICE: Baiocchi Family, LP, 600 Hudson Lane, Aptos CA 95003
NOTICE: Forge Trust Company CFB, Donald Suskind IRA, 1160 Industrial Road, #1, San Carlos CA 94070
NOTICE: Geoffrey P. Field, Trustee of the Geoffrey P. Field Living Trust, 2100 Camino Vida Roble, Ste A, Carlsbad CA 92011
NOTICE: Jeannette Himmerlstein Living Trust, 10100 Galaxy Way #2240, Los Angeles CA 90067
NOTICE: Mainstar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway #530, Reno NV 89511
NOTICE: Riverside County Tax Collector, Matt Jennings, Treasurer – Tax Collect, 4080 Lemon Street, 1st Floor Riverside CA 92501

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**<br><br>[5 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-005]<br><br>**Hearing:**<br>Date: January 11, 2023<br>Time: 10:00 a.m.<br>Location: Zoom Teleconference |

Exhibit 1

Order

1

The Chapter 11 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 5 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-005] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer is a "Good Faith Purchaser" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on January 11, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of and with his client, A. Cisneros, Trustee. Diana R. Torres-Brito appeared on behalf of Baiocchi Family Limited Partnership ("BFLP"). Allan D. Sarver appeared on behalf of Richard Walker. Thomas J. Polis appeared on behalf of Darryl Lewis and Sanna Akhtanova.

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof; the oppositions and replies filed thereto; having approved the proposed overbid procedures; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Trustee's Motion is **GRANTED** in its entirety;

2. The property subject to this Order is commonly known as 5 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-005] ("Property"). A legal description of the Property is attached hereto as Exhibit "A";

3. The overbid procedures described in the Motion are approved;

4. The Trustee is authorized, pursuant to § 363(b), to sell the Property to Roll Sparrow, LLC ("Buyer") for the purchase price of $2,800,000, with escrow to close within 30 days of the date of entry of this order;

5. The sale is free and clear of all alleged claims and interests of Darryl Lewis and Sanna Akhtanova and the Notice of Pending Action (Lis Pendens) recorded against the Property on September 9, 2022 in the Official Records of the Riverside County Recorder's Office as instrument

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

Exhibit 1

2

Order

number 2022-0389872 ("Lis Pendens") pursuant to §§ 363(f)(4) and 363(f)(5);

6. The sale is free and clear of the liens of BFLP and the Forge Trust Company ("FTC"), which were recorded against the Property in the Official Records of the Riverside County Recorder's Office as instruments 2021-0428136 and 2021-0474800, respectively, pursuant to § 363(f)(3);

7. The sale is free and clear of any other claims and interests pursuant to § 363(f);

8. The record liens of BFLP and FTC shall attach to the sale proceeds;

9. The claims of Darryl Lewis and Sanna Akhtanova for: (1) Specific Performance; (2) Breach of Contract; (3) Breach of the Implied Covenant of Good Faith and Fair Dealing; (4) Fraudulent Concealment; (5) Intentional Misrepresentation; (6) Negligent Misrepresentation; (7) Negligence; and (8) Declaratory Relief, which are set forth in the Complaint filed in the Superior Court for the State of California for the County of Riverside as case number CVPS2203502 on September 8, 2022 and which was removed to this Court as United States Bankruptcy Court for the Central District of California, Santa Ana Division, case number 8:22-ap-01093-TA on October 31, 2022, shall attach to the sale proceeds;

10. The record liens of BFLP and FTC are hereby reconveyed upon closing of the sale of the Property to Buyer;

11. The Lis Pendens is hereby expunged upon closing of the sale of the Property to Buyer;

12. The Trustee is authorized to distribute the sale proceeds in the manner described in the Motion;

13. The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone Real Estate and Development, is approved;

14. Buyer is a "good faith purchaser" under § 363(m);

15. If the sale to Buyer does not close within 30 days of entry of this Order, the Buyer's $84,000 deposit shall be forfeited to Trustee;

16. Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property and

**Exhibit 1**

3

Order

1. distribution of the proceeds of the sale without further notice, hearing, or Court order;

2. 17. The 14-day provision of FRBP 6004(h) is hereby waived.

###

Exhibit 1

Order

# EXHIBIT "A"

**The land referred to herein is situated in the State of California, County of Riverside, City of Rancho Mirage and described as follows:**

Lot 5, as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, filed on November 8, 2007 in Book 427, Pages 1 thru 6, in the Office of the County Recorder of said County Records.

APN: 682-031-005

Exhibit 1