**Gmail**  Tom Polis <tom@polis-law.com>

## Re: 8:22-bk-11556-TA Notice of Lodgment
1 message

**Tom Polis** <tom@polis-law.com>    Thu, Jan 26, 2023 at 9:51 AM
To: Arturo Cisneros <arturo@mclaw.org>, Nathan Smith <Nathan@mclaw.org>

Gents also the Court expressly did not authorize the provision noted in Par. 12 of the lodged Sale Order, ".... The Trustee is authorized to distribute the sales proceeds in the manner described in the Motion..". This incorrect provision of the lodged Sale Order is exactly what the Court didn't order wherein Judge Albert made it clear that no sales proceeds are to be distributed (other than broker's commissions and property taxes, escrow fees and other ordinary costs of sale) until the lien issues are resolved, including but without limitation my clients' asserted Vendee's Lien. Again don't understand why this blatantly incorrect Sale Order was lodged with the Court knowing of its fatal deficiencies. Any amended Sale Order needs to delete Par. 12 in it's entirety.

Any questions or comments please let me know.

On Wed, Jan 25, 2023 at 5:08 PM Tom Polis <tom@polis-law.com> wrote:
> Gents, the order you uploaded re 5 Makena is not what the Court ordered on January 11, 2023. Don't understand why I wasn't given a draft order as I requested on no less than two occasions. Specifically, the Court made it clear that no lien holders are to be paid from the net sales proceeds until the issue of my clients' Vendee's Lien is resolved, either via stipulation or order of the Court. Rather, the only monies that are to be distributed from escrow now per the express wording from the Court are the broker's' commissions, any unpaid property taxes and other fees owed to the County of Riverside in conjunction with the sale. Further, pg. 3, lines 16-17 (ECF No. 114) provides that liens of Baiocchi and FTC (not defined in the proposed Sale Order, thus can't tell who that is) shows those liens are being re conveyed upon closing. The Court did not order this. Finally, the Court did not rule that my clients' lis pendens is to be expunged. Consequently, we've alerted the Court's staff to hold the proposed Order pursuant to the LBR since we intend to object to the present form of order.
>
> The only clear way to resolve this incorrect form of order is to add an express provision that no lien holders shall be paid from the net sales proceeds until all asserted liens, including but without limitation the Lewis/Akhtanova asserted Vendee's Lien, are resolved pursuant to a final and non-appealable order of this Court. Further, FTC as noted in the draft Sale Order needs to be defined.
>
> Any questions or comments please let me know.
>
> ---------- Forwarded message ---------
> From: <cmecfhelpdesk@cacb.uscourts.gov>
> Date: Wed, Jan 25, 2023 at 3:50 PM
> Subject: 8:22-bk-11556-TA Notice of Lodgment
> To: <Courtmail@cacb.uscourts.gov>
>
>
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.
>
> **U.S. Bankruptcy Court**
>
> **Central District of California**
>
> Notice of Electronic Filing
>
> The following transaction was received from Nathan F Smith entered on 1/25/2023 at 3:50 PM PST and filed on 1/25/2023
> **Case Name:**    Stonebridge Ventures, LLC
> **Case Number:**    8:22-bk-11556-TA

**Document Number:** 114

**Docket Text:**
Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[81] Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purchaser" and Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h); Declarations of A. Cisneros, Brian Thompson, Donald T. Fife and Proposed Buyer in Support Hereof.* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit)). (Smith, Nathan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOL on MTS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=1/25/2023] [FileNumber=103630286
-0] [368ae5d02726f6d8a92962a665de86aa9aa51b1f4a19c6dfdb5fbe05bbbd825ad
5e6fa4c28dc111a412878a22498328621f345cd8b0a419ab6a18d16f0969bdc]]

**8:22-bk-11556-TA Notice will be electronically mailed to:**

James C Bastian, Jr on behalf of Interested Party Courtesy NEF
jbastian@shulmanbastian.com

Arturo Cisneros on behalf of Trustee Arturo Cisneros (TR)
arturo@mclaw.org, CACD_ECF@mclaw.org

Arturo Cisneros (TR)
amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

Rika Kido on behalf of Interested Party Courtesy NEF
rkido@shulmanbastian.com, avernon@shulmanbastian.com

Rika Kido on behalf of Interested Party Richard A. Marshack
rkido@shulmanbastian.com, avernon@shulmanbastian.com

William Malcolm on behalf of Trustee Arturo Cisneros (TR)
bill@mclaw.org, cvalenzuela@mclaw.org

W. Derek May on behalf of Interested Party Courtesy NEF
wdmlaw17@gmail.com, r48266@notify.bestcase.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Thomas J Polis on behalf of Creditor Darryl Lewis
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis on behalf of Creditor Sanna Akhtanova
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis on behalf of Plaintiff Darryl Lewis
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis on behalf of Plaintiff Sanna Akhtanova
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Hamid R Rafatjoo on behalf of Interested Party Qwan Capital, LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo on behalf of Interested Party Qwan International Investments, LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo on behalf of Interested Party Saman Jilanchi
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Lee S Raphael on behalf of Interested Party Courtesy NEF
ecfcca@ecf.courtdrive.com, cmartin@pralc.com

Timothy M Ryan on behalf of Interested Party Courtesy NEF
tryan@theryanfirm.com, ecf@theryanfirm.com

Allan D Sarver on behalf of Creditor Allan D Sarver
ADS@asarverlaw.com

Allan D Sarver on behalf of Creditor Mary Jo Blue
ADS@asarverlaw.com

Allan D Sarver on behalf of Creditor Richard W Walker
ADS@asarverlaw.com

Summer M Shaw on behalf of Debtor Stonebridge Ventures, LLC
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Nathan F Smith on behalf of Trustee Arturo Cisneros (TR)
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Diana Torres-Brito on behalf of Creditor Baiocchi Family Limited Partnership at al
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

**8:22-bk-11556-TA Notice will not be electronically mailed to:**

Malcolm Cisneros
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612

Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630


--

Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433
Telephone:  (949) 862-0040
Facsimile:  (949) 862-0041
Email:  tom@polis-law.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding the message to tom@polis-law.com or by telephone at (949) 862-0040 and destroy the original transmission and its attachments without reading or saving them in any manner.  Thank you.

--

Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433
Telephone:  (949) 862-0040
Facsimile:  (949) 862-0041
Email:  tom@polis-law.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding the message to tom@polis-law.com or by telephone at (949) 862-0040 and destroy the original transmission and its attachments without reading or saving them in any manner.  Thank you.