Prober & Raphael, A Law Corporation
Lee S. Raphael, Esq., Bar ID: 180030
Diana Torres-Brito, Esq., Bar ID:163193
Noemi Padilla, Esq., Bar ID: 343367
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
Telephone: 818-227-0100
Facsimile: 818-227-0637
cmartin@pralc.com
Attorneys for Secured Creditor Baiocchi Family Limited Partnership, A Nevada Partnership
F.126-038.NF

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STONEBRIDGE VENTURES, LLC,<br>      Debtor. | Bk. No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>BAIOCCHI FAMILY LIMITED PARTNERSHIP'S OPPOSITION TO ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(F); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(M); AND ALTERNATIVE PROPOSED ORDER<br><br>[5 Makena Lane, Rancho Mirage, California 92270 -Assessor's Parcel Number 682-031-005]<br><br>Date: January 11, 2023<br>Time  10:00 a.m. Ctrm:  5B, Fifth Floor<br>U.S. Bankruptcy Court 411 Fourth Street<br>Santa Ana, CA 92701<br>(via ZoomGov per Court's website) |

1

TO THE HONORABLE THEODOR C. ALBERT, U.S. BANKRUPTCY JUDGE; THE DEBTOR AND ITS COUNSEL OF RECORD; THE CHAPTER 11 TRUSTEE AND HIS COUNSEL OF RECORD; THE SANTA ANA OFFICE OF THE U.S. TURSTEE; AND OTHER PARTIES ENTITLED TO NOTICE;

The Baiocchi Family Limited Partnership hereby objects to the Order Granting Chapter 11 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and Interests pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining That the Proposed Buyer is a "Good Faith Purchaser" Under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay imposed by Federal Bankruptcy Rule of Bankruptcy Procedure 6004(h) [Docket # 114], and, pursuant to LBR 9021-1(b)(3), submits its own proposed Order for entry by the Court.

At the hearing on the Motion, the Court granted the Motion, ordering that all liens shall attach to the proceeds of the sale. While Secured Creditor objected to the amount of the distribution to Secured Creditor set forth in the Motion, the Court stated that it was not ruling on amounts to be distributed by the Trustee. Instead, the Court specifically stated that the Trustee was authorized to disburse amounts based on a lienholder's allowed claim in its order of priority. The Court further stated that if there was a dispute as to the amount of the distribution that could not be resolved through negotiation, Secured Creditor could object to that distribution, and such would be subject to further consideration and order of the Court. Further, the Court made a statement that the liens would attach to the sale proceeds, and as such, there should be sufficient funds left available for payment of any disputed amounts should the lienholder prevail.

Therefore, Secured Creditor objects to the following:

1. Page 3, ¶ 12 lines 20-21 of the Trustee's proposed Order, which states as follows:

2

"The Trustee is authorized to distribute the sales proceeds in the manner described in the motion.";

2. Page 3, ¶ 16, line 28 and page 4, line 1, which states as follows:

"…and distribution of the sales proceeds without further notice, hearing or court order."

Secured Creditor further objects to any distribution being made to the second lienholder of record prior to distribution to Secured Creditor. As worded, the Trustee's Proposed Order would allow such distribution, which is contrary to statutory law, and would place an undue risk on Secured Creditor in light of the lien priority dispute raised by Darryl Lewis and Sanna Akhtanova.

Secured Creditor, through counsel, made attempts to clarify the matters set forth above. However, no resolution could be reached.

Pursuant to LBR 9021-1(b)(3)(B), attached as Exhibit "A" is a true and correct copy of the Trustee's Proposed Order [Docket # 114]. Attached as Exhibit "B" is a copy of Secured Creditor's alternative Proposed Order, which is being lodged concurrently herewith.

## CONCLUSION

Based on the actual hearing proceeding on the Motion to Allow Sale, the above arguments and the record before it, Secured Creditor respectfully requests that the Court enter this Secured Creditor's alternative proposed Order, as it accurately reflects the court's ruling on the Motion.

Dated: January 31, 2023        Prober & Raphael, A Law Corporation

By /s/ Diana Torres-Brito
    DIANA TORRES-BRITO, ESQ.
Attorneys for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify* BAIOCCHI LIMITED PARTNERSHIP'S OPPOSITION TO ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(F); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(M); AND ALTERNATIVE PROPOSED ORDER will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*01/31/2023*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James C Bastian jbastian@shulmanbastian.com
Arturo Cisneros arturo@mclaw.org, CACD_ECF@mclaw.org
Arturo Cisneros (TR) amctrustee@mclaw.org,
acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Michael J Hauser michael.hauser@usdoj.gov
Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
William Malcolm bill@mclaw.org, cvalenzuela@mclaw.org
W. Derek May wdmlaw17@gmail.com, r48266@notify.bestcase.com
David W. Meadows david@davidwmeadowslaw.com
Thomas J Polis tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com
Lee S Raphael ecfcca@ecf.courtdrive.com, cmartin@pralc.com
Timothy M Ryan tryan@theryanfirm.com, ecf@theryanfirm.com
Allan D Sarver ADS@asarverlaw.com Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
Nathan F Smith nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
Diana Torres-Brito dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On 1/31/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/31/23 | Tina Gaboyan | /s/ Tina Gaboyan |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                   **F 9013-3.1.PROOF.SERVICE**

**2: SERVED BY U.S. MAIL**

U.S. BANKRUPTCY COURT
Honorable Theodor Albert
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593
JUDGE'S COPY

Summer M. Shaw
Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
Attorney for Debtor

Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501
Trustee

Arturo Cisneros, Esq.
William Malcolm, Esq.
Nathan F. Smith, Esq.
Malcolm & Cisneros
2112 Business Center Dr 2nd Fl
Irvine, CA 92612

Michael J. Huser, Esq.
411 W Fourth St, Suite 7160
Santa Ana, CA 92701-4593
Attorney for U.S. Trustee

Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA  92612
Attorney for Creditor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**