Prober & Raphael, A Law Corporation
Lee S. Raphael, Esq., Bar ID: 180030
Diana Torres-Brito, Esq., Bar ID:163193
Noemi Padilla, Esq., Bar ID: 343367
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
Telephone: 818-227-0100
Facsimile: 818-227-0637
cmartin@pralc.com
Attorneys for Secured Creditor Baiocchi Family Limited Partnership
F.126-038

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re | ) | Bk. No. 8:22-bk-11556-TA |
|---|---|---|
| | ) | |
| STONEBRIDGE VENTURES, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| | ) | CHAPTER 11 TRUSTEE'S MOTION |
| | ) | FOR ORDER: (1) AUTHORIZING |
| | ) | SALE OF REAL PROPERTY FREE |
| | ) | AND CLEAR OF LIENS AND |
| | ) | INTERESTS PURSUANT TO 11 |
| | ) | U.S.C. § 363(f); (2) APPROVING |
| | ) | OVERBID PROCEDURES; (3) |
| | ) | APPROVING BROKER |
| | ) | COMPENSATION; (4) |
| | ) | AUTHORIZING DISTRIBUTION |
| | ) | OF SALE PROCEEDS; (5) |
| | ) | DETERMINING THAT THE |
| | ) | PROPOSED BUYER IS A "GOOD |
| | ) | FAITH PURCHASER" UNDER 11 |
| | ) | U.S.C. § 363(m); AND (6) WAIVING |
| | ) | 14 DAY STAY IMPOSED BY |
| | ) | FEDERAL RULE OF |
| | ) | BANKRUPTCY PROCEDURE |
| | ) | 6004(h) |
| | ) | |
| | ) | Date: January 11, 2023 |
| | ) | Time 10:00 a.m. Ctrm: 5B, Fifth Floor |
| | ) | U.S. Bankruptcy Court 411 Fourth Street |
| | ) | Santa Ana, CA 92701 |
| | ) | (via ZoomGov per Court's website) |

# EXHIBIT "B"

The Chapter 11 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 5 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-005] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer is a "Good Faith Purchaser" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on January 11, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of and with his client, A. Cisneros, Trustee. Diana R. Torres-Brito appeared on behalf of Baiocchi Family Limited Partnership **("BFLP")**. Allan D. Sarver appeared on behalf of Richard Walker. Thomas J. Polis appeared on behalf of Darryl Lewis and Sanna Akhtanova.

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof; the oppositions and replies filed thereto; having approved the proposed overbid procedures; and good cause appearing therefore,

IT IS HEREBY ORDERED **that:**

1. The Trustee's Motion is **GRANTED** in its entirety;
2. The property subject to this Order is commonly known as 5 Makena Lane, Rancho Mirage, CA 92270 [A.P.N. 682-031-005] ("Property"). A legal description of the Property is attached hereto as Exhibit "A".
3. The overbid procedures described in the Motion are approved;

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

4. The Trustee is authorized, pursuant to § 363(b), to sell the Property to Roll Sparrow, LLC ("Buyer") for the purchase price of $2,800,000, with escrow to close within 30 days of the date of entry of this order;

5. The sale is free and clear of all alleged claims and interests of Darryl Lewis and Sanna Akhtanova and the Notice of Pending Action (Lis Pendens) recorded against the Property on September 9, 2022 in the Official Records of the Riverside County Recorder's Office as instrument number 2022-0389872 ("Lis Pendens") pursuant to §§ 363(t)(4) and 363(t)(5);

6. The sale is free and clear of the liens of BFLP and the Forge Trust Company ("FTC"), which were recorded against the Property in the Official Records of the Riverside County Recorder's Office as instruments 2021-0428136 and 2021-0474800, respectively, pursuant to § 363(t)(3);

7. The sale is free and clear of any other claims and interests pursuant to §363(t);

8. The record liens of BFLP and FTC shall attach to the sale proceeds in the same amount and priority, with the same validity and enforceability and subject to the same defenses as existed immediately before the closing of escrow;

9. The claims of Darryl Lewis and Sanna Akhtanova for: (1) Specific Performance; (2) Breach of Contract; (3) Breach of the Implied Covenant of Good Faith and Fair Dealing; (4) Fraudulent Concealment; (5) Intentional Misrepresentation; (6) Negligent Misrepresentation; (7) Negligence; and (8) Declaratory Relief, which are set forth in the Complaint filed in the Superior Court for the State of California for the

County of Riverside as case number CVPS2203502 on September 8, 2022 and which was removed to this Court as United States Bankruptcy Court for the Central District of California, Santa Ana Division, case number 8:22-ap-01093-TA on October 31, 2022, shall attach to the sale proceeds;

10. The record liens of BFLP and FTC are hereby reconveyed upon closing of the sale of the Property to Buyer;

11. The Lis Pendens is hereby expunged upon closing of the sale of the Property to Buyer;

12. The Trustee is authorized to distribute the sale proceeds to the lienholders of record in the amount of their allowed claims;

13. If a bona fide dispute exists regarding the amount of the allowed claims of the lienholders of record, the Trustee is authorized to distribute any amount not in dispute, in the order of priority;

14. Any amount in dispute remaining unpaid to the lienholders of record shall continue to attach to the proceeds of the sale, in the same priority as existed prior to the sale, pending further determination of amounts owed and further order of this Court;

15. The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone Real Estate and Development, is approved;

16. Buyer is a "good faith purchaser" under § 363(m);

17. If the sale to Buyer does not close within 30 days of entry of this Order, the

Buyer's $84,000 deposit shall be forfeited to Trustee;

18. Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property;

19. The 14-day provision of FRBP 6004(h) is hereby waived.

# # #