| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Prober & Raphael, A Law Corporation<br>Lee S. Raphael, Esq., Bar ID: 180030<br>Diana Torres-Brito, Esq., Bar ID:163193<br>Noemi Padilla, Esq., Bar ID: 343367<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364<br>Telephone: 818-227-0100<br>Facsimile: 818-227-0637<br>cmartin@pralc.com<br>F.126-038<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Baiocchi Family Limited Partnership | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC<br><br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): [PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER (1) AUTHORIZING SALE OF REAL PROPERTY |
|---|---|

PLEASE TAKE NOTE that the order titled ): [PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER : (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.SC. § 363(f)....

was lodged on (*date*) 1/31/2023 and is attached. This order relates to the motion which is docket number 114

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

1  Prober & Raphael, A Law Corporation
   Lee S. Raphael, Esq., Bar ID: 180030
2  Diana Torres-Brito, Esq., Bar ID:163193
3  Noemi Padilla, Esq., Bar ID: 343367
   20750 Ventura Boulevard, Suite 100
4  Woodland Hills, CA 91364
   Telephone: 818-227-0100
5  Facsimile: 818-227-0637
   cmartin@pralc.com
6  Attorneys for Secured Creditor Baiocchi Family Limited Partnership
7  F.126-038

8                    UNITED STATES BANKRUPTCY COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                           SANTA ANA DIVISION

10
    In re                              )   Bk. No. 8:22-bk-11556-TA
11                                     )
    STONEBRIDGE VENTURES, LLC,         )   Chapter 11
12         Debtor.                     )
                                       )   [PROPOSED] ORDER GRANTING
13                                     )   CHAPTER 11 TRUSTEE'S MOTION
                                       )   FOR ORDER: (1) AUTHORIZING
14                                     )   SALE OF REAL PROPERTY FREE
                                       )   AND CLEAR OF LIENS AND
15                                     )   INTERESTS PURSUANT TO 11
                                       )   U.S.C. § 363(f); (2) APPROVING
16                                     )   OVERBID PROCEDURES; (3)
                                       )   APPROVING BROKER
17                                     )   COMPENSATION; (4)
                                       )   AUTHORIZING DISTRIBUTION
18                                     )   OF SALE PROCEEDS; (5)
                                       )   DETERMINING THAT THE
19                                     )   PROPOSED BUYER IS A "GOOD
20                                     )   FAITH PURCHASER" UNDER 11
                                       )   U.S.C. § 363(m); AND (6) WAIVING
21                                     )   14 DAY STAY IMPOSED BY
                                       )   FEDERAL RULE OF
22                                     )   BANKRUPTCY PROCEDURE
23                                     )   6004(h)
                                       )
24                                     )
                                       )   Date: January 11, 2023
25                                     )   Time 10:00 a.m. Ctrm: 5B, Fifth Floor
26                                     )   U.S. Bankruptcy Court 411 Fourth Street
                                       )   Santa Ana, CA 92701
27                                     )   (via ZoomGov per Court's website)
28

                                       1

The Chapter 11 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 5 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-005] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer is a "Good Faith Purchaser" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on January 11, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of and with his client, A. Cisneros, Trustee. Diana R. Torres-Brito appeared on behalf of Baiocchi Family Limited Partnership **("BFLP").** Allan D. Sarver appeared on behalf of Richard Walker. Thomas **J.** Polis appeared on behalf of Darryl Lewis and Sanna Akhtanova.

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof; the oppositions and replies filed thereto; having approved the proposed overbid procedures; and good cause appearing therefore,

IT IS HEREBY ORDERED **that:**

1. The Trustee's Motion is **GRANTED** in its entirety;

2. The property subject to this Order is commonly known as 5 Makena Lane, Rancho Mirage, CA 92270 [A.P.N. 682-031-005] ("Property"). A legal description of the Property is attached hereto as Exhibit "A".

3. The overbid procedures described in the Motion are approved;

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

2

4.       The Trustee is authorized, pursuant to § 363(b), to sell the Property to Roll Sparrow, LLC ("Buyer") for the purchase price of $2,800,000, with escrow to close within 30 days of the date of entry of this order;

5.       The sale is free and clear of all alleged claims and interests of Darryl Lewis and Sanna Akhtanova and the Notice of Pending Action (Lis Pendens) recorded against the Property on September 9, 2022 in the Official Records of the Riverside County Recorder's Office as instrument number 2022-0389872 ("Lis Pendens") pursuant to §§ 363(t)(4) and 363(t)(5);

6.       The sale is free and clear of the liens of BFLP and the Forge Trust Company ("FTC"), which were recorded against the Property in the Official Records of the Riverside County Recorder's Office as instruments 2021-0428136 and 2021-0474800, respectively, pursuant to § 363(t)(3);

7.       The sale is free and clear of any other claims and interests pursuant to §363(t);

8.       The record liens of BFLP and FTC shall attach to the sale proceeds in the same amount and priority, with the same validity and enforceability and subject to the same defenses as existed immediately before the closing of escrow;

9.       The claims of Darryl Lewis and Sanna Akhtanova for: (1) Specific Performance; (2) Breach of Contract; (3) Breach of the Implied Covenant of Good Faith and Fair Dealing; (4) Fraudulent Concealment; (5) Intentional Misrepresentation; (6) Negligent Misrepresentation; (7) Negligence; and (8) Declaratory Relief, which are set forth in the Complaint filed in the Superior Court for the State of California for the

3

County of Riverside as case number CVPS2203502 on September 8, 2022 and which was removed to this Court as United States Bankruptcy Court for the Central District of California, Santa Ana Division, case number 8:22-ap-01093-TA on October 31, 2022, shall attach to the sale proceeds;

10. The record liens of BFLP and FTC are hereby reconveyed upon closing of the sale of the Property to Buyer;

11. The Lis Pendens is hereby expunged upon closing of the sale of the Property to Buyer;

12. The Trustee is authorized to distribute the sale proceeds to the lienholders of record in the amount of their allowed claims;

13. If a bona fide dispute exists regarding the amount of the allowed claims of the lienholders of record, the Trustee is authorized to distribute any amount not in dispute, in the order of priority;

14. Any amount in dispute remaining unpaid to the lienholders of record shall continue to attach to the proceeds of the sale, in the same priority as existed prior to the sale, pending further determination of amounts owed and further order of this Court;

15. The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone Real Estate and Development, is approved;

16. Buyer is a "good faith purchaser" under § 363(m);

17. If the sale to Buyer does not close within 30 days of entry of this Order, the

1 Buyer's $84,000 deposit shall be forfeited to Trustee;

18. Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property;

19. The 14-day provision of FRBP 6004(h) is hereby waived.

# # #

5

DOC #2021-0428136  Page 31 of 31

Exhibit A

Order Number: REDACTED
Page Number: 8

**LEGAL DESCRIPTION**

Real property in the City of Rancho Mirage, County of Riverside, State of California, described as follows:

LOT 5 AS SHOWN ON MAP OF TRACT NO. 33666, IN THE CITY OF RANCHO MIRAGE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, FIELD ON NOVEMBER 8, 2007 IN BOOK 427, PAGES 1 THROUGH 6 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 682-031-005

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Prober & Raphael, ALC, 20750 Ventura Blvd, Ste 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/31/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __1/31/23__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/31/23 | Tina Gaboyan | /s/ Tina Gaboyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

James C Bastian jbastian@shulmanbastian.com
Arturo Cisneros arturo@mclaw.org, CACD_ECF@mclaw.org
Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Michael J Hauser michael.hauser@usdoj.gov
Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
William Malcolm bill@mclaw.org, cvalenzuela@mclaw.org
W. Derek May wdmlaw17@gmail.com, r48266@notify.bestcase.com
David W. Meadows david@davidwmeadowslaw.com
Thomas J Polis tom@polis-law.com, paralegal@polis law.com;r59042@notify.bestcase.com
Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com
Lee S Raphael ecfcca@ecf.courtdrive.com, cmartin@pralc.com
Timothy M Ryan tryan@theryanfirm.com, ecf@theryanfirm.com
Allan D Sarver ADS@asarverlaw.com Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
Nathan F Smith nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
Diana Torres-Brito dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

2.SERVED BY UNITED STATES MAIL:

U.S. BANKRUPTCY COURT
Honorable Theodor Albert
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593
JUDGE'S COPY

Summer M. Shaw
Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
Attorney for Debtor

Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501
Trustee

Arturo Cisneros, Esq.
William Malcolm, Esq.
Nathan F. Smith, Esq.
Malcolm & Cisneros
2112 Business Center Dr 2nd Fl
Irvine, CA 92612

Michael J. Huser, Esq.
411 W Fourth St, Suite 7160
Santa Ana, CA 92701-4593
Attorney for U.S. Trustee

Thomas J. Polis, Esq.
POLIS & ASSOCIATES, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612