Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES,**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040
Facsimile:  (949) 862-0041
Email: tom@polis-law.com

Counsel for Objecting Secured Creditors, Darryl Lewis and Sanna Akhtanova

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re** | **Case No. 8:22-bk-11556-TA** |
| **Stonebridge Ventures, LLC,** | **Chapter 11** |
| **Debtor/Debtor-In-Possession.** | **OBJECTING SECURED CREDITORS DARRYL LEWIS AND SANNA AKHTANOVA SUBMIT THE TRANSCRIPT RE: HEARING ON CHAPTER 11 TRUSTEE'S MOTION FOR ORDER RE: SALE OF 5 MAKENA LANE, RANCH MIRAGE, CA 92270** |
| | <u>Hearing</u>:<br>Date:   January 11, 2023<br>Time   10:00 a.m.<br>Ctrm:   5B, Fifth Floor<br>         U.S. Bankruptcy Court<br>         411 Fourth Street<br>         Santa Ana, CA 92701<br>    **(via ZoomGov per Court's website)** |

**TO THE HONORABLE THEODOR C. ALBERT, U.S. BANKRUPTCY JUDGE; THE DEBTOR AND ITS COUNSEL OF RECORD; THE CHAPTER 11 TRUSTEE AND HIS COUNSEL OF RECORD; THE SANTA ANA OFFICE OF THE U.S. TRUSTEE; AND OTHER PARTIES ENTITLED TO NOTICE:**

Objecting Secured Creditors, Darryl Lewis and Sanna Akhtanova submit as Exhibit "A" the Transcript from the January 11, 2023 *Hearing Re: Chapter 11 Trustee's Motion for Order re: Sale of 5 Makena Lane, Rancho Mirage, CA*.

As the Court noted at pg. 9, lines 20-23 of the *1/1/2023 Sale Hearing Transcript*, it is clear the Court does not expect any payment to lienholders until the lien issues are resolved between and among the lienholders:

> "[B]ut if Mr. Cisneros believes that a finding is required, <u>then it might be the better part of [indiscernible] to get such a finding before he starts cutting checks, which would be irretrievable</u>…"  (Emphasis added.)

The Court also noted at pg. 9, lines 10-12 of the *1/11/2023 Sale Hearing Transcript*:

> [D]oes Mr. Cisneros need to get a Rule 56 order from me <u>before he takes the risk of starting to write checks that may not be recoverable</u>?"  (Emphasis added.)

Finally, the Court concluded the *1/11/2023 Sale Hearing* with this admonition for the Chapter 11 Trustee and retention of all net (after payment of commissions, escrow costs, county property taxes, etc..) sales proceeds until Vendee Lienholders, Lewis/Akhtanova claims are resolved:

> . . . I think what we have to do, Mr. Cisneros, is you need to work with your counsel to craft a very careful order.  <u>And the order should say that all liens and disputes, anything contemplated under Section 363(f) attached to proceeds</u>.  <u>The ticklish issue of timing of the distribution</u>, I am going to leave to your good judgment and that of counsel.  <u>You may decide that it's the prudent thing to get a resolution on the Lewis and Akhtanova issue by Rule 56 hearing before you start cutting checks</u>.  (Emphasis added.)

The *Chapter 11 Trustee's Sale Motion* (ECF No. 81) noted at various points that the expected net sales proceeds from the sale of 5 Makena were approximately $257,000 (See, ECF No. 81, pg. 2, line 18; pg. 14, line 15; pg. 17, line 28; and pg. 17, line 26).  However, the Chapter 11 Trustee's estimate of $257,000 of net sales proceeds completely fails to factor any payment for the Lewis/Akhtanova's Vendee's Lien of $582,000 as detailed in Lewis/Akhtanova's *Objection to Sale re: 5 Makena* (*See*, ECF No. 91).

Consequently, it makes no sense for the Chapter 11 Trustee to make any distributions to lienholders since based on the Chapter 11 Trustee's inaccurate estimate of net sales proceeds of $257,000, in actuality the Trustee's sale of 5 Makena will be a negative $325,000.  Thus, an entered *Sale Order* that allows the Chapter 11 Trustee to pay any lienholders without a final ruling as to the priority, amount and validity of each lienholder could become extremely

problematic knowing that Vendee Lien holders Lewis/Akhtanova are asserting a first priority Vendee's Lien for $582,000, thus resulting in negative net sales proceeds of $325,000.

      Vendee's Lienholders Darryl Lewis and Sanna Akhtanova respectfully request that the Court enter the *Sale Order re: 5 Makena* lodged by Lewis/Akhtanova (*See*, ECF No. 125)) that expressly excludes any lienholders' distributions until all asserted lienholders' claims, including priority, validity and amount are resolved, either through stipulation or final order of this Court. Any other entered version of a *Sale Order* could become a real problem due to the likely outcome of estimated negative net sales proceeds exceeding $325,000.

**Dated: February 6, 2023**                                    **POLIS & ASSOCIATES, APLC**

                                              **By:**    **/s/ Thomas J. Polis**
                                                          **Thomas J. Polis, Esq.**
                                                          **Counsel for Objecting Secured Creditors, Darryl Lewis and Sanna Akhtanova**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433**

A true and correct copy of the foregoing document **OBJECTING SECURED CREDITORS DARRYL LEWIS AND SANNA AKHTANOVA SUBMIT THE TRANSCRIPT RE: HEARING ON CHAPTER 11 TRUSTEE'S MOTION FOR ORDER RE: SALE OF 5 MAKENA LANE, RANCH MIRAGE, CA 92270** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 6, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED PAGE**

☐  Service information continued on attached page

**2.  SERVED BY U.S. MAIL:**
On **February 6, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert, US Bankruptcy Court, 411 W. Fourth St., Suite 5085, Santa Ana, CA 92701

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 6, 2023 | Cristina Allen | /s/ Cristina Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# **PROOF OF SERVICE CONTINUED PAGE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **James C Bastian**  jbastian@shulmanbastian.com
- **Arturo Cisneros**  arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**  amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Rika Kido**  rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**  bill@mclaw.org, cvalenzuela@mclaw.org
- **W. Derek May**  wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Thomas J Polis**  tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**  ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**  tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**  ADS@asarverlaw.com
- **Summer M Shaw**  ss@shaw.law, shawsr70161@notify. bestcase.com; shawsr91811@notify.bestcase.com
- **Nathan F Smith**  nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
- **Diana Torres-Brito**  dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov