WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

**FILED & ENTERED**

**FEB 10 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)** <br><br> **[7 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-007]** <br><br> **Hearing:** <br> Date: February 1, 2023 <br> Time: 10:00 a.m. <br> Location: Zoom Teleconference |

Order

1

1   The Chapter 11 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 7 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-005] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyers are "Good Faith Purchasers" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on February 1, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of, and with, his client, A. Cisneros, Trustee. Summer Shaw appeared on behalf of Debtor. James Bastian appeared on behalf of Richard A. Marshack, Chapter 7 Trustee of the bankruptcy estate of AB Capital, LLC.

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof; the oppositions filed thereto; the withdrawal of the opposition of Richard A. Marshack, and the stipulation to withdraw the opposition of Richard Walker, having approved the proposed overbid procedures; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that**:**

1. The Trustee's Motion is **GRANTED** in its entirety;

2. The property subject to this Order is commonly known as 7 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-007] ("Property"). A legal description of the Property is attached hereto as Exhibit "A";

3. The overbid procedures described in the Motion are approved;

4. The Trustee is authorized, pursuant to § 363(b), to sell the Property to Michaela Bevin, Bryan Bevin, Terry Kleeberger, and Kathleen Kleeberger ("Buyers"), or their designated successor or successors in interest, for the purchase price of $1,980,000, with escrow to close within 30 days of the date of entry of this order;

5. The sale is free and clear of all liens and interests, including the following liens,

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

2

Order

which are identified in the preliminary title report attached as Exhibit "2" to the Declaration of A. Cisneros in support of the Motion:

    a. The deed of trust recorded against the Property on August 24, 2021 as instrument number 2021-0507280 in the Official Records of the Riverside County Recorder's Office; which was assigned to Brad and Doreen Bunten, Christine R. Burrill, Hold On To Your Music, Jacklyn Maduff, Jeffrey McNutt and Felicia Peng, Koonce Family Enterprises, LP, and Richard Walker by virtue of an assignment recorded against the Property on May 10, 2022 as instrument number 2022-0216809 in the Official Records of the Riverside County Recorder's Office and to AB Capital, LLC (268,000/2,240,000) on May 10, 2022 by virtue of an assignment recorded against the Property on May 10, 2022 as instrument number 2022-0216810 in the Official Records of the Riverside County Recorder's Office; and

    b. The deed of trust recorded against the Property on October 16, 2019 as instrument number 2019-0416420 in the Official Records of the Riverside County Recorder's Office.

6. The sale is free and clear of any and all other claims and interests pursuant to § 363(f);

7. The record liens of Brad and Doreen Bunten, Christine R. Burrill, Hold On To Your Music, Jacklyn Maduff, Jeffrey McNutt and Felicia Peng, Koonce Family Enterprises, LP, Richard Walker, and AB Capital, LLC shall attach to the sale proceeds;

8. The Trustee is authorized to distribute the sale proceeds in the manner described in the Motion;

9. The amount to which AB Capital, LLC is entitled pursuant to the assignment recorded on May 10, 2022 as instrument number 2022-0216810 in the Official Records of the Riverside County Recorder's Office shall be paid to Richard A. Marshack, trustee of the bankruptcy estate of AB Capital, LLC;

10. The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone

Order

Real Estate and Development, is approved;

11.  Buyers are "good faith purchasers" under § 363(m);

12.  If the sale to Buyer does not close within 30 days of entry of this Order, the Buyers' $59,400 deposit shall be forfeited to Trustee;

13.  Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property and distribution of the proceeds of the sale without further notice, hearing, or Court order; and

14.  The 14-day provision of FRBP 6004(h) is hereby waived.

###

Date: February 10, 2023

Theodor C. Albert
United States Bankruptcy Judge

Order

**EXHIBIT "A"**

**The land referred to herein is situated in the State of California, County of Riverside, City of Rancho Mirage and described as follows:**

Lot 7, as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, filed on November 8, 2007 in Book 427, Pages 1 thru 6, in the Office of the County Recorder of said County Records.

APN: 682-031-007

Order