William G. Malcolm, #129271
Nathan F. Smith, #264635
Christina J. Khil, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: bill@mclaw.org; nathan@mclaw.org; christinao@mclaw.org

FILED & ENTERED

FEB 17 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

Attorneys for A. Cisneros, Chapter 11 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Stonebridge Ventures, LLC,<br><br>                    Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON BAIOCCHI FAMILY LIMITED PARTNERSHIP'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>CURRENT HEARING DATE:<br>DATE: February 21, 2023<br>TIME: 10:00a.m.<br>CTRM: 5B<br>PLACE: 411 West Fourth Street,<br>            Santa Ana, CA<br><br>CONTIINUED HEARING DATE:<br>DATE: March 7, 2023<br>TIME: 10:30a.m.<br>CTRM: 5B via ZoomGov<br>PLACE: 411 West Fourth Street,<br>            Santa Ana, CA |

    The Court having read and considered the Stipulation to Continue the Hearing on Baiocchi Family Limited Partnership's Notice of Motion and Motion for Relief from Stay filed on February 17, 2023 as Docket Entry No. 142, and with good cause shown,

    **IT IS HEREBY ORDERED** that the hearing on the Community Bank of Baiocchi Family Limited Partnership's Motion for Relief from the Automatic Stay Under 11 U. S. C. § 362 be

continued to **March 7, 2023 at 10:00 A.M**, in Courtroom 5B, at the United States Bankruptcy Court located 411 West Fourth Street, Santa Ana, CA 92701.

###

Date: February 17, 2023

Theodor C. Albert
United States Bankruptcy Judge