United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 19, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 17, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Diana Torres-Brito
   on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Hamid R Rafatjoo
   on behalf of Interested Party Qwan Capital  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
   on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R Rafatjoo
   on behalf of Interested Party Qwan International Investments  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

James C Bastian, Jr
   on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
   on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com  cmartin@pralc.com

Michael J Hauser
   on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
   on behalf of Plaintiff A. Cisneros nathan@mclaw.org
   CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
   on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
   CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Richard A Marshack
   on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
   lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Rika Kido
   on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com

Rika Kido
   on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com  avernon@shulmanbastian.com

Summer M Shaw
   on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law,
   shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
   on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
   on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
   on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
   on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan
   on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com

United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

W. Derek May
   on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com

William Malcolm
   on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org

TOTAL: 27

William G. Malcolm, #129271
Nathan F. Smith, #264635
Christina J. Khil, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: bill@mclaw.org; nathan@mclaw.org; christinao@mclaw.org

**FILED & ENTERED**

**FEB 17 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

Attorneys for A. Cisneros, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

In re

Stonebridge Ventures, LLC,

        Debtor.

Case No. 8:22-bk-11556-TA

Chapter 11

**ORDER ON STIPULATION TO CONTINUE HEARING ON BAIOCCHI FAMILY LIMITED PARTNERSHIP'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

CURRENT HEARING DATE:
DATE: February 21, 2023
TIME: 10:00a.m.
CTRM: 5B
PLACE: 411 West Fourth Street,
       Santa Ana, CA

CONTIINUED HEARING DATE:
DATE: March 7, 2023
TIME: 10:30a.m.
CTRM: 5B via ZoomGov
PLACE: 411 West Fourth Street,
       Santa Ana, CA

    The Court having read and considered the Stipulation to Continue the Hearing on Baiocchi Family Limited Partnership's Notice of Motion and Motion for Relief from Stay filed on February 17, 2023 as Docket Entry No. 142, and with good cause shown,

        **IT IS HEREBY ORDERED** that the hearing on the Community Bank of Baiocchi Family Limited Partnership's Motion for Relief from the Automatic Stay Under 11 U. S. C. § 362 be

1

continued to **March 7, 2023 at 10:00 A.M**, in Courtroom 5B, at the United States Bankruptcy Court located 411 West Fourth Street, Santa Ana, CA 92701.

###

Date: February 17, 2023

Theodor C. Albert
United States Bankruptcy Judge

2