A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STONEBRIDGE VENTURES, LLC<br><br>Debtor. | Case No. 8:22-bk-11556 TA<br><br>Chapter 11<br><br>NOTICE OF TRUSTEE'S APPICATION TO EMPLOY HAHN FIFE & COMPANY, LLP, AS ACCOUNTANTS<br><br>[No Hearing Necessary] |

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that A. Cisneros ("Trustee" or "Applicant") is filing concurrently herewith an application to employ Hahn Fife & Company, LLP ("Hahn Fife") as his accountants in the above-captioned bankruptcy proceeding effective February 8, 2023 and pursuant to 11 U.S.C. § 327.

The scope of Hahn Fife's employment will include, but may not be limited to financial records review, review the Debtor's books and records and preparation of any required income tax returns.

1

A copy of the Application may be obtained upon written request to the Trustee, A. Cisneros, at 3403 Tenth Street, Ste. 714, Riverside, California 92501. Hahn Fife will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. Section 330; and agrees to accept as compensation such sums us the Court may allow pursuant to 11 U.S.C. Section 330.

Except as provided in the Application, to the best of Trustee's knowledge, and based upon the statement of disinterestedness filed concurrently therewith, Hahn Fife is disinterested within the meaning of 11 U.S.C. Section 327(a) and 101(14).

Hahn Fife agrees to the terms and conditions of employment in the Application, and is willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. Hahn Fife understands that its compensation may be modified under 11 U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to be paid.

PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-1 (b)(3)(B) that any response and request for hearing on the Application must be in the form required by Local Bankruptcy Rule 9013-1(f), and filed with the Clerk of the United States Bankruptcy located at 3420 Twelfth Street, Riverside, CA 92501, no later than fourteen (14) days from the date of service of this notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Trustee will set a hearing date and send out notice thereto if any such response is timely received. No hearing will be held if no response and request for hearing is received.

Dated: February 23, 2023

_A. Cisneros, Chapter 11 Trustee_

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2-27-23 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 2-27-23 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/27/23 | Martha Quintero | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    3    F 9013-3.1.PROOF.SERVICE

# Mailing Information for Case 8:22-bk-11556-TA

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **James C Bastian**   jbastian@shulmanbastian.com
- **Arturo Cisneros**   arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Rika Kido**   rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**   bill@mclaw.org, cvalenzuela@mclaw.org
- **W. Derek May**   wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Thomas J Polis**   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**   ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**   tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**   ADS@asarverlaw.com
- **Summer M Shaw**   ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**   nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**   dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

```
Label Matrix for local noticing          Baiocchi Family Limited Partnership at al   Malcolm Cisneros
0973-8                                   Prober & Raphael, A Law Corporation         A Law Corporation
Case 8:22-bk-11556-TA                    20750 Ventura Boulevard #100                2112 Business Center Drive
Central District of California           Woodland Hills, CA 91364-6207               Second Floor
Santa Ana                                                                            Irvine, CA 92612-7136
Mon Feb 13 11:47:37 PST 2023

Qwan Capital, LLC                        Qwan International Investments, LLC         Shaw & Hanover, PC
c/o Hamid R. Rafatjoo                    c/o Hamid R. Rafatjoo                       42-600 Cook Street, Suite 210
Raines Feldman LLP                       Raines Feldman LLP                          Palm Desert, CA 92211-6108
1800 Avenue of the Stars                 1800 Avenue of the Stars
12th Floor                               12th Floor
Los Angeles, CA 90067-4201               Los Angeles, CA 90067-4201

Stonebridge Ventures, LLC                Santa Ana Division                          AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200      411 West Fourth Street, Suite 2030,         15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7941             Santa Ana, CA 92701-4500                    Newport Beach, CA 92660-7941


AB Capital Fund B, LLC                   AB Capital, LLC                             AB Capital, LLC
15 Corporate Plaza Dyive, Suite 200      Attn: Agent for Service of Process          Attn: Officer, Director or
Newport Beach, CA 92660-7941             15 Corporate Plaza                          Managing Agent
                                         Suite 200                                   15 Corporate Plaza Drive, Suite 200
                                         Newport Beach, CA 92660-7941                Newport Beach, CA 92660-7941


AB Capital, LLC                          AB Capital, LLC                             AB Capital, LLC A
Attn: Officer, Director or               Attn: Officer, Director or                  Attn: Agent for Service of Process
Managing Agent                           Manaving Agent                              15 Cdrporate Plaza
15 Corporate Plaza, Suite 200            15 Corporate Plaza Drive, Suite 200         Suite 200
Newport Beach, CA 92660-7941             Newport Beach, CA 92660-7918                Newport Beach, CA 92660-7941


Alisa Arkenberg                          Alisa Arkenberg                             Baiocchi Family Limited Partnershi
7933 E. B#ker Drive                      7933 E. Baker Drive                         c/o Lenders T.D. Service, Inc.
Scottsdale, AZ 85266                     Scottsdale, AZ 85266-2255                   24422 Avenida De La Carlota, #280
                                                                                     Laguna Hills, CA 92653-3603


Baiocchi Family Limited Partnershi       Baiocchi Family, LP                         Baocchi Family, LP
c/o Lenders T.D. Srvice, Inc.            600 Hudson Lane                             600 Hudson Lane
24422 Avenida De La Carlota, #280        Aptos, CA 95003-2729                        Aptos, CA 95003-2729
Laguna Hills, CA 92653-3603


Brad Bunten                              Brad Bvnten                                 Brentwood Finance Comany LLC
9241 Copenhaver Drive                    9241 Copenhaver Drive                       Attn: Officer, Director or
Potomac, MD 20854-3016                   Potomac, MD 20854-3016                      Managing Agent
                                                                                     180 S. Spruce Avenue, Suite 155
                                                                                     South San Francisco, CA 94080-4558


Brentwood Finance Comany LLC             Brentwood Finance Company, LLC              Brentwood Finance Compasy, LLC
Attn: Officer, Director or Managing Agen Attn: Agent for Service of Process          Attn: Auent for Service of Process
180 S. Spruce Avenue, Suite 155          180 S. Spruce Avenue, Suite 155             180 S Spruce Avenue, Site 155
South San rancisco, CA 94080-4569        South San Francisco, CA 94080-4558          South San Francisco, CA 94080-4569


California Department of Tax and         Cory Graham Sottek                          Darryl Lewis ahd Sanna Akhtanova
Fee Administration                       640 Altamira Court                          301 N. Palm Canyon Drive Suite 103-395
Special Ops, MIC:55                      Vista, CA 92081-6310                        Palm Springs, CA 92262-5672
PO Box 942879
Sacramento, CA 94279-0055
```

5

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive
Suite 103-395
Palm Springs, CA 92262-5672

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612-2433

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvdw Ste. 1000
Irvine, CA 92612-2433

Darryl Lewis and Sanna Akhtanova
c/o Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612-2433

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road, #1
San Carlos, CA 94070-4128

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road, 41
San Carlos, CA 94070-4124

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis &
Sanna Akhtanova
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626-7692

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626-7692

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 camino Vida Roble, Suite A
Carlsbad, CA 92011

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box t346
Philadelphia, PA 19101-7346

JLoanCo, Inc.
Attn: Agent for Service of Process
3780 King Ranch Road
Ukiah, CA 95482-9200

JLoanCo, Inc.
Attn: Officer, Director or
Managing Agent
3780 King Ranch Road
Ukiah, CA 95482-9200

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034-1014

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbuby Circle
Los Angeles, CA 90034-1014

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034-1014

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067-3528

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603-3926

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105-2005

Koonce Family Enterpriser LP
Barbara Holt, Advisor
517 E. Calle Laurles
Santa Barbara, CA 93105-2005

Koonce Family Enterprises
517 E Calle Laureles
Santa Barbara CA 93105-2005

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190-0202

Las Palmas Group Retirement Trust
Barry Nisen, Trustee
PO Box 90202
Santa Barbara, CA 93190-0202

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653-3603

Linda T. Seckler-Rufkahr, Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596-9123

Luna Construction Management, LLC
Attn: Agent for Service of Process
501 S. Olive Street
Anaheim, CA 92805-4738

| | | |
|---|---|---|
| Luna Construction Management, LLC<br>Attn: Agnt for Service of Process<br>501 Sk Olive Street<br>Anaheim, CA 92805 | Luna Construction Management, LLC<br>Attn: Officer, Director or<br>Managing Agent<br>501 S. Olive Street<br>Anaheim, CA 92805-4738 | Luna Construction Management, LLC<br>Attn: Officer, Director or Managing Agen<br>501 S. Olive Street<br>Anaheim, CA 92805-4738 |
| Mainstar Trust Custodian FBO<br>Richard W. Walker IRA<br>18124 Wedge Parkway, #530<br>Reno, NV 89511-8134 | Maintar Trust Custodian FBO<br>Richard W. Walker IRA<br>18124 Wedge Parkway, 4530<br>Reno, NV 89511-8134 | Marc Treitler, Trustee of the<br>Treitler Family Trust<br>9950 Scrippp Lake Drive, #101<br>San Diego, CA 92131-1082 |
| Marc Treitler, Trustee of the<br>Treitler Family Trust<br>9950 Scripps Lake Drive, #101<br>San Diego, CA 92131-1082 | Mario Melillo<br>2404 Harbor Boulevard, #106<br>Costa Mesa, CA 92626-6212 | Mario Melillo<br>2404 Harbor Boulevard, 4106<br>Costa Mesa, CA 92626-6212 |
| Mary Jo Blue<br>18124 Wedge Parkway #530<br>Reno, NV 89511-8134 | Noreen Kennedy, Trustee of the<br>Noreen Kay Kennedy Separate Prop Tr<br>3504 N. Sundown Lane<br>Oceanside, CA 92056-4707 | Noreen Kennedy, Trustee of the<br>Noreen Kay Kennedy Separate Prop Tr<br>3504 N. Sundown Lane<br>Oceansider CA 92056-4707 |
| Renewable Farms<br>Attn: Agent for Service of Process<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705-1056 | Renewable Farms<br>Attn: Officer, Director or<br>Managing Agent<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705-1056 | Renewable Farms<br>Attn: Officer, Director or Managing Agen<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705-1056 |
| Renewable Farms<br>c/o FCI Lender Services, Inc.<br>8180 E. Kaiser Boulevard<br>Anaheim, CA 92808-2277 | Renewable Farms,<br>Attn: Agent for Service of Process<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705-1056 | Richard W. Walker<br>214 West 9th Street<br>Onaga, KS 66521-9624 |
| Richard W. Walker<br>214 West 9th Street<br>Onaga, KS 66521 | Richard W. Walker<br>PO Box 420<br>Onaga, KS 66521-0420 | Richard W. Walkr<br>PO BOX 420<br>Onaga KS 66521-0420 |
| Richard Walker<br>18124 Wedge Parkway #530<br>Reno, NV 89511-8134 | Richter Wright<br>Attn: James D. Friedman<br>32 Burning Tree Road<br>Newport Beach, CA 92660-5105 | Richter Wright (a CA general partnership)<br>Attn: James D. Friedman<br>32 Burning Tree Rd.<br>Newport Beach, CA 92660-5105 |
| Riverside County Tax Collector<br>Adelina Abril<br>4080 Lemon St, 4th Floor<br>Riverside CA 92501-3609 | Riverside County Tax Collector<br>Attn: M:tt Jennings<br>PO Box 12005<br>Riverside CA 92502-2205 | Riverside County Tax Collector<br>Attn: Matt Jennings<br>PO Box 12005<br>Riverside, CA 92502-2205 |
| Riverside County Tax Collector<br>Matt Jennings Treasurer Tax Collect<br>4081 Lemon Street, 1st Floor<br>Riverside, CA 92501 | Riverside County Tax Collector<br>Matt Jennings Treasurer-Tax Collect<br>4080 Lemon Street, 1st Floor<br>Riverside, CA 92501-3634 | State of California<br>Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |

| | | |
|---|---|---|
| State of California Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 295<br>Sacramento, CA 95812-0295 | Summer Shaw, Esq.<br>SHAW & HANOVER, PC<br>42-600 Cook Street, Suite 210<br>Palm Desert, CA 92211-6107 | The Burrill Trust<br>156 Wadsworth Avenue<br>Santa Monica, CA 90405-3510 |
| Treitler Family Trust, c/o Marc Treitler Tru<br>Marc Treitler<br>9950 Scrippslake Drive #101<br>San Diego CA 92131-1082 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Zinda T. Seckler-RufkahrrTrustee of<br>The Rufkahr Family Trust<br>31661 Haute Court<br>Winchester, CA 92596-9123 |
| Allan D Sarver<br>Law Offices of Allan D. Sarver<br>16000 Ventura Blvd Suite 1000<br>Encino, CA 91436-2762 | (p)ARTURO CISNEROS TR<br>3403 TENTH STREET SUITE 714<br>RIVERSIDE CA 92501-3641 | Brian Thompson<br>Winterstone Real Estate Development<br>23792 Rockfield Blvd., Ste. 101<br>Lake Forest, CA 92630-2868 |
| Darryl Lewis<br>c/o Thomas J. Polis, Esq.<br>Polis & Associates, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612-2433 | Mary Jo Blue<br>Law Offices Allan Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762 | Richard A. Marshack<br>c/o Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618-4969 |
| Richard W Walker<br>c/o Law Offices of Allan D. Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762 | Saman Jilanchi<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Sanna Akhtanova<br>c/o Thomas J. Polis, Esq.<br>Polis & Associates, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612-2433 |
| Summer M Shaw<br>Shaw & Hanover, PC<br>42-600 Cook Street<br>Suite 210<br>Palm Desert, CA 92211-6108 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Alisa Arkenberg<br>Debtor will amend when<br>information becomes available) | (u)Cory Graham Sottek<br>Debtor will amend when<br>information becomes available) |