PROBER & RAPHAEL, A LAW CORPORATION
LEE S. RAPHAEL, ESQUIRE #180030
DIANA TORRES-BRITO, ESQUIRE #163193
NOEMI PADILLA, ESQUIRE #343367
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
Telephone # (818) 227-0100
Fax # (818) 227-0637
cmartin@pralc.com
Attorneys for Movant
F.126-038.NF

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Stonebridge Ventures, LLC,<br><br>Debtor. | Bk. No. 8:22-bk-11556-TA<br><br>Chapter 13<br><br>**DISMISSAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing:<br>Date: March 7, 2023<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>411 West Fourth Street, 5th Floor<br>Santa Ana, California<br>Courtroom 5B |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Baiocchi Family Limited Partnership, A Nevada Partnership, its assignees and/or successors in interest, Movant in the above-entitles action, hereby requests that its Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362, filed on October 11, 2022, Document No. 31, with respect to real property generally described as **5**

-1-

1 | **Makena Lane, Rancho Mirage, CA 92270**, be dismissed without prejudice, as the loan has
2 | been paid off.
3 |     Movant further requests that the hearing currently set for March 7, 2023, at 10:00 a.m. in
4 | Courtroom 5B of the United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana,
5 | California, before the Honorable Theodor C. Albert, be vacated from the calendar.

Dated: February 27, 2023              PROBER & RAPHAEL, A LAW CORPORATION

                                     By: /s/ Diana Torres-Brito
                                           Diana Torres-Brito, Esq.
                                     Attorneys for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): DISMISSAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 01/31/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James C Bastian    jbastian@shulmanbastian.com
Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Michael J Hauser    michael.hauser@usdoj.gov
Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
David W. Meadows    david@davidwmeadowslaw.com
Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
Allan D Sarver    ADS@asarverlaw.com
Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 02/28/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

3

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/28/23 | Tina Gaboyan | /s/ Tina Gaboyan |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

4

**2.** **SERVED BY U.S. MAIL**

Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701-4593
JUDGE'S COPY


Stonebridge Ventures, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660
Debtor

Summer M Shaw
Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
Attorney for Debtor

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza, Suite 200
Newport Beach, CA  92660
Junior lienholder

United States Trustee
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593