WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

FILED & ENTERED

MAR 03 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>        Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**<br><br>**[1 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-001]**<br><br>**Hearing:**<br>Date: March 1, 2023<br>Time: 10:00 a.m.<br>Location: Zoom Teleconference |

Order

1

The Chapter 11 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 1 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-001] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyers are "Good Faith Purchasers" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on March 1, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of, and with, his client, A. Cisneros, Trustee, who also appeared. Summer Shaw appeared on behalf of Debtor.

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof; having noted that the Motion was not opposed; having approved the proposed overbid procedures; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that**:**

1. The Trustee's Motion is **GRANTED** in its entirety;

2. The property subject to this Order is commonly known as 1 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-001] ("Property"). A legal description of the Property is attached hereto as Exhibit "A";

3. The overbid procedures described in the Motion are approved;

4. The Trustee is authorized, pursuant to § 363(b), to sell the Property to Michaela Bevin, Bryan Bevin, Terry Kleeberger, and Kathleen Kleeberger ("Buyers"), or their designated successor or successors in interest, for the purchase price of $2,500,000, with escrow to close within 30 days of the date of entry of this order;

5. The sale is free and clear of all liens and interests, including the following liens, which are identified in the preliminary title report attached as Exhibit "2" to the Declaration of A. Cisneros in support of the Motion:

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

2

Order

  a. The deed of trust recorded against the Property on April 8,2 021 as instrument number 2021-0221410 in the Official Records of the Riverside County Recorder's Office; and

  b. The deed of trust recorded against the Property on December 17, 2021 as instrument number 2021-0744683 in the Official Records of the Riverside County Recorder's Office.

6. The sale is free and clear of any and all other claims and interests pursuant to § 363(f);

7. The Trustee is authorized to distribute the sale proceeds in the manner described in the Motion;

8. The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone Real Estate and Development, Buyers' Real Estate Broker, James Gault of Compass is approved in the amount of 4% (voluntarily reduced at Trustee's request), with each broker being entitled to 2%;

9. Buyers are "good faith purchasers" under § 363(m);

10. If the sale to Buyer does not close within 30 days of entry of this Order, the Buyers' $75,000 deposit shall be forfeited to Trustee;

11. Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property and distribution of the proceeds of the sale without further notice, hearing, or Court order; and

12. The 14-day provision of FRBP 6004(h) is hereby waived.

Date: March 3, 2023

*Theodor C. Albert*
United States Bankruptcy Judge

Order

**EXHIBIT "A"**

**The land referred to herein is situated in the State of California, County of Riverside, City of Rancho Mirage and described as follows:**

Lot 1, as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, filed on November 8, 2007 in Book 427, Pages 1 thru 6, in the Office of the County Recorder of said County Records.

APN: 682-031-001