WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:   (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case Number: 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 11 |
| Debtor. | **DECLARATION OF A. CISNEROS IN SUPPORT OF MOTION FOR AN ORDER REQUIRING JOE COLANGELO AND MONIKA JENSEN TO APPEAR AND SHOW CAUSE AS TO WHY THEY SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) and 105(a) AND ORDERED TO COOPERATE WITH TRUSTEE'S EFFORTS TO MARKET AND SELL PROPERTY OF THE ESTATE**  [Hearing to be determined per L.B.R. 9020-1] |

I, A. Cisneros, declare:

1. I am the duly appointed, qualified, and acting Chapter 11 trustee ("Trustee") for the bankruptcy estate ("Estate") of Stonebridge Ventures, LLC ("Debtor"). In my capacity as the Trustee of the Estate, I have personal knowledge of the following statements, and, if called to testify thereto, I could and would do so competently and truthfully.

2. I make this declaration in support of my motion for an order requiring Joe Colangelo and Monika Jensen ("Occupants") to appear before this Court and show cause as to why they should not be

Declaration    1

sanctioned under 11 U.S.C. §§ 542(a) and 105(a) and/or ordered to cooperate with Trustee's efforts to market and sell property of the estate based on their failure to turn over possession of the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property") and failure to cooperate with the Trustee's and the Trustee's broker's efforts to market and sell the Property for the benefit of Debtor's bankruptcy estate ("Estate").

3. On or about January 6, 2015, Debtor obtained title to the Property.

4. On September 9, 2022, Debtor filed its petition ("Petition") under Chapter 11 of the Bankruptcy Code ("Petition Date").

5. Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in the Property to AB Capital LFD, Inc. ("AB LFD").

6. On September 23, 2022, Debtor and the Office of the United States Trustee entered into a stipulation to the appointment of a Chapter 11 trustee.

7. On September 29, 2022, I was appointed as the Chapter 11 Trustee of the Estate.

8. AB LFD quitclaimed its interest the Property to the Estate in October, 2022.

9. The Property is a 4 bed, 3 bath, 4,138 square custom luxury home.

10. Based on my consultation with my real estate broker, Brian Thompson, I am informed and believe that the Property has a value of approximately $3,300,000.

11. I am informed and believe that Occupants entered into a purchase agreement with Debtor in connection with the Property in or around August, 2020, but did not close same.

12. I am informed and believe that Occupants moved into the Property in or around August, 2020 and have resided at the Property at all relevant times thereafter, including at all relevant times after the Petition Date.

13. I am informed and believe that that Occupants have never paid rent in connection with their occupancy of the Property and never signed a lease in connection with the Property.

14. Occupants have made no payments to me in connection with their occupancy of the Property.

15. Through counsel, I have attempted to address Occupants' occupancy of the Property; however, an agreement was not reached. Therefore, I filed an adversary proceeding against Occupants

on February 9, 2023 for *inter alia* turnover under 11 U.S.C. § 542(a).

16. On February 15, 2023, I filed an application to employ Brian Thompson as my real estate broker for the purposes of marketing and selling the Property. Mr. Thompson was also retained to sell the 1, 5, and 7 Makena Properties.

17. Through counsel, I also attempted to reach an agreement with Occupants regarding access to the Property for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers. However, Occupants have refused to cooperate with my counsel.

18. Occupants' failure to turn over the Property and cooperate with my efforts to market and sell the Property warrant the imposition of coercive sanctions against them and/or entry of an order requiring them to cooperate with my efforts to market and sell the Property by allowing my broker to access the Property for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Services (MLS) and showing the property to potential buyers.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on *Mar. 2,* 2023 at Riverside, California.

_____
A. CISNEROS

Declaration    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF A. CISNEROS IN SUPPORT OF MOTION FOR AN ORDER REQUIRING JOE COLANGELO AND MONIKA JENSEN TO APPEAR AND SHOW CAUSE AS TO WHY THEY SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) and 105(a) AND ORDERED TO COOPERATE WITH TRUSTEE'S EFFORTS TO MARKET AND SELL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 3, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 3, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stonebridge Ventures, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701

Joe Colangelo
2 Makena Lane
Rancho Mirage, CA 92270

Monika Jensen
2 Makena Lane
Rancho Mirage, CA 92270

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2023 | Christina Valenzuela | /s/ Christina Valenzuela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**