WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case Number: 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER REQUIRING JOE COLANGELO AND MONIKA JENSEN TO APPEAR AND SHOW CAUSE AS TO WHY THEY SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) and 105(a) AND ORDERED TO COOPERATE WITH TRUSTEE'S EFFORTS TO MARKET AND SELL PROPERTY OF THE ESTATE**<br><br>**[Hearing to be determined per L.B.R. 9020-1]** |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that A. Cisneros ("Trustee"), the Chapter 11 Trustee of the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor") is concurrently filing a motion ("Motion")

for an order requiring Joe Colangelo and Monika Jensen ("Occupants") to appear before this Court and show cause as to why they should not be sanctioned under 11 U.S.C. §§ 542(a) and 105(a) and/or ordered to cooperate with Trustee's efforts to market and sell property of the estate based on their failure to turn over possession of the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property") and failure to cooperate with the Trustee's and the Trustee's broker's efforts to market and sell the Property for the benefit of Debtor's bankruptcy estate ("Estate").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9020-1, the responding party has seven (7) days to object to the issuance of the order to show cause. If a written explanation is not timely filed and the judge's copy served, the Court may conclude that there is no objection to the issuance of the order to show cause.

If you wish to contest the Trustee's Motion, Local Bankruptcy Rule 9013-1(o) requires that any response and request for hearing shall be filed and served with the Clerk of the United States Bankruptcy Court, 411 W. 4th Street, Santa Ana, California 92701, and served on Malcolm ♦ Cisneros, A Law Corporation, 2112 Business Center Drive, Irvine, California 92612. Any responses not timely filed and served shall be deemed waived.

## SUMMARY OF MOTION

Prior to the filing of Debtor's petition, Occupants moved into the Property and have resided at the Property at all relevant times thereafter, including after the petition date. However, despite the filing of the Petition and Trustee's and his counsel's demands on them to cooperate with Trustee's marketing and sale of the Property, Occupants have refused to turn over the Property and have failed to cooperate with Trustee's efforts to market and sell the Property for the benefit of the Estate. Occupants' refusal to comply with 11 U.S.C. § 542(a) has forced Trustee to file an adversary proceeding against them and is delaying Trustee's marketing of the Property. Based on the ongoing decline in real estate prices and rising interest rates, Occupants' continued occupation of the Property and refusal to cooperate with Trustee's marketing efforts is prejudicing creditors by reducing the eventual return from the sale of the Property. Therefore, the Court should enter an order requiring Occupants to appear and show cause as to why they should not be sanctioned for their refusal to turn over the Property and cooperate with Trustee's marketing and sale efforts.

# BACKGROUND

1. On or about January 6, 2015, Debtor obtained title to the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property").

2. On September 9, 2022, Debtor filed its petition ("Petition") under Chapter 11 of the Bankruptcy Code ("Petition Date").

3. Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in the Property to AB Capital LFD, Inc. ("AB LFD").

4. On September 23, 2022, Debtor and the Office of the United States Trustee entered into a stipulation to the appointment of a Chapter 11 trustee.

5. On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of Debtor's bankruptcy estate ("Estate").

6. Trustee is the appointed, qualified, and acting Chapter 11 Trustee of the Estate.

7. AB LFD quitclaimed its interest the Property to the Estate in October, 2022.

8. The Property is a 4 bed, 3 bath, 4,138 square custom luxury home.

9. Trustee is informed, believes, and thereon alleges that the Property has a value of approximately $3,300,000.

10. Trustee is informed and believes that Joe Colangelo and Monika Jensen ("Occupants") entered into a purchase agreement with Debtor in connection with the Property in or around August, 2020 ("Purchase Agreement").

11. Trustee is informed and believes that Occupants moved into the Property in or around August, 2020 and have resided at the Property at all relevant times thereafter, including at all relevant times after the Petition Date.

12. Trustee is informed and believes that Defendants have never paid rent in connection with their occupancy of the Property and never signed a lease in connection with the Property.

13. Defendants have made no payments to Trustee or Debtor in connection with their occupancy of the Property.

14. Trustee, through counsel, attempted to address Defendants' occupancy of the Property; however, an agreement was not reached, which led to the filing of an adversary proceeding against

Occupants on February 9, 2023 for *inter alia* turnover under 11 U.S.C. § 542(a).

15. On February 15, 2023, Trustee filed an application to employ Brian Thompson as his real estate broker for the purposes of marketing and selling the Property. Mr. Thompson was also retained to sell the 1, 5, and 7 Makena Properties.

16. Trustee, through counsel, has also attempted to reach an agreement with Occupants regarding access to the Property for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers. However, Occupants have refused

## ARGUMENT

Section 542(a) provides, in pertinent part, that "an entity…in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title…shall deliver to the trustee…such property…unless such property is of inconsequential value or benefit to the estate." This is a mandatory duty arising upon the filing of the bankruptcy petition. *In re Del Mission Ltd.*, 98 F.3d 1147, 1151 (9th Cir. 1996).

Section 105(a) provides, in pertinent part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

"[I]n the face of a § 542 violation, the bankruptcy court may invoke its contempt power under § 105, which allows the court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." *In re Kenny G Enterprises, LLC*, 692 F. App'x 950, 953 (9th Cir. 2017). "As long as the sanctions are coercive in nature and not punitive, § 105(a) articulates no specific monetary limit on the scope of contempt sanctions available to the court." *Id* at 953.

Despite Trustee's requests, Occupants have failed to turn over possession of the Property to Trustee and have failed to cooperate with Trustee's efforts to market and sale the Property by *inter alia* refusing to provide access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers. Therefore, Occupants should be required to appear and show cause as to why the Court should not sanction them for their failure to comply with the requirements of 11 U.S.C. § 542(a).

## CONCLUSION

**WHEREFORE**, Trustee respectfully requests that the Court grant this Motion and issue an order requiring:

1. Occupants to appear and show cause as to why they should not be sanctioned for their failure to comply with 11 U.S.C. § 542(a) by refusing to turn over possession of the Property to Trustee and failure to cooperate with Trustee's efforts to market and sale the Property by *inter alia* refusing to provide access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers;

2. Occupants to appear and show cause as to why they should not be ordered to cooperate with Trustee's efforts to market and sale the Property by *inter alia* providing access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers; and

3. For such other and further relief as the Court deems just and proper.

DATED: March 3, 2023                    Respectfully Submitted,

                                               MALCOLM ♦ CISNEROS,
                                               A Law Corporation

                                               By: */s/ Nathan F. Smith*
                                                    NATHAN F. SMITH
                                                    *Attorneys for Chapter 11 Trustee, A. Cisneros*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER REQUIRING JOE COLANGELO AND MONIKA JENSEN TO APPEAR AND SHOW CAUSE AS TO WHY THEY SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) and 105(a) AND ORDERED TO COOPERATE WITH TRUSTEE'S EFFORTS TO MARKET AND SELL PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 3, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 3, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stonebridge Ventures, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701

Joe Colangelo
2 Makena Lane
Rancho Mirage, CA 92270

Monika Jensen
2 Makena Lane
Rancho Mirage, CA 92270

THOSE LISTED ON THE ATTACHED CREDITOR MAILING MATRIX

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2023 | Christina Valenzuela | /s/ Christina Valenzuela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Baiocchi Family Limited Partnership, et al.    Employment Development Dept.
0973-8                                   Prober & Raphael, A Law Corporation            Bankruptcy Group MIC 92E
Case 8:22-bk-11556-TA                    20750 Ventura Boulevard #100                   P.O. Box 826880
Central District of California           Woodland Hills, CA 91364-6207                  Sacramento, CA 94280-0001
Santa Ana
Fri Mar  3 11:30:29 PST 2023

Franchise Tax Board                      Internal Revenue Service                       Malcolm Cisneros
Bankruptcy Section MS: A-340             PO Box 7346                                    A Law Corporation
P.O. Box 2952                            Philadelphia, PA 19101-7346                    2112 Business Center Drive
Sacramento, CA 95812-2952                                                               Second Floor
                                                                                        Irvine, CA 92612-7136


Qwan Capital, LLC                        Qwan International Investments, LLC            Securities & Exchange Commission
c/o Hamid R. Rafatjoo                    c/o Hamid R. Rafatjoo                          444 South Flower St., Suite 900
Raines Feldman LLP                       Raines Feldman LLP                             Los Angeles, CA 90071-2934
1800 Avenue of the Stars                 1800 Avenue of the Stars
12th Floor                               12th Floor
Los Angeles, CA 90067-4201 (WILL BE SERVED VIA ECF)   Los Angeles, CA 90067-4201 (WILL BE SERVED VIA ECF)

Shaw & Hanover, PC                       Stonebridge Ventures, LLC                      Santa Ana Division
42-600 Cook Street, Suite 210            15 Corporate Plaza Drive, Suite 200            411 West Fourth Street, Suite 2030,
Palm Desert, CA 92211-6108               Newport Beach, CA 92660-7941                   Santa Ana, CA 92701-4500



AB Capital Fund B, LLC                   AB Capital Fund B, LLC                         AB Capital, LLC
15 Corporate Plaza Drive, Suite 200      15 Corporate Plaza Dyive, Suite 200            Attn: Agent for Service of Process
Newport Beach, CA 92660-7941             Newport Beach, CA 92660-7941                   15 Corporate Plaza
                                                                                        Suite 200
                                                                                        Newport Beach, CA 92660-7941


AB Capital, LLC                          AB Capital, LLC                                AB Capital, LLC
Attn: Officer, Director or               Attn: Officer, Director or                    Attn: Officer, Director or
Managing Agent                           Managing Agent                                 Manaving Agent
15 Corporate Plaza Drive, Suite 200      15 Corporate Plaza, Suite 200                  15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7941             Newport Beach, CA 92660-7941                   Newport Beach, CA 92660-7918


AB Capital, LLC A                        Alisa Arkenberg                                Alisa Arkenberg
Attn: Agent for Service of Process       7933 E. B#ker Drive                            7933 E. Baker Drive
15 Cdrporate Plaza                       Scottsdale, AZ 85266                           Scottsdale, AZ 85266-2255
Suite 200
Newport Beach, CA 92660-7941


Baiocchi Family Limited Partnershi       Baiocchi Family Limited Partnershi             Baiocchi Family, LP
c/o Lenders T.D. Service, Inc.           c/o Lenders T.D. Srvice, Inc.                  600 Hudson Lane
24422 Avenida De La Carlota, #280        24422 Avenida De La Carlota, #280              Aptos, CA 95003-2729
Laguna Hills, CA 92653-3603              Laguna Hills, CA 92653-3603


Baocchi Family, LP                       Brad Bunten                                    Brad Bvnten
600 Hudson Lane                          9241 Copenhaver Drive                          9241 Copenhaver Drive
Aptos, CA 95003-2729                     Potomac, MD 20854-3016                         Potomac, MD 20854-3016



Brentwood Finance Comany LLC             Brentwood Finance Comany LLC                   Brentwood Finance Company, LLC
Attn: Officer, Director or               Attn: Officer, Director or Managing Agen       Attn: Agent for Service of Process
Managing Agent                           180 S. Spruce Avenue, Suite 155                180 S. Spruce Avenue, Suite 155
180 S. Spruce Avenue, Suite 155          South San rancisco, CA 94080-4569              South San Francisco, CA 94080-4558
South San Francisco, CA 94080-4558
```

| | | |
|---|---|---|
| Brentwood Finance Compasy, LLC<br>Attn: Auent for Service of Process<br>180 S Spruce Avenue, Site 155<br>South San Francisco, CA 94080-4569 | California Department of Tax and<br>Fee Administration<br>Special Ops, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | Cory Graham Sottek<br>640 Altamira Court<br>Vista, CA 92081-6310 |
| Darryl Lewis ahd Sanna Akhtanova<br>301 N. Palm Canyon Drive Suite 103-395<br>Palm Springs, CA 92262-5672 | Darryl Lewis and Sanna Akhtanova<br>301 N. Palm Canyon Drive<br>Suite 103-395<br>Palm Springs, CA 92262-5672 | Darryl Lewis and Sanna Akhtanova<br>c/o Polis & Associates<br>Attn: ~~Thomas J. Polis~~<br>19800 MacArthur Blvd., Ste. 1000<br>Irvine, CA 92612-2433<br>(WILL BE SERVED VIA ECF) |
| Darryl Lewis and Sanna Akhtanova<br>c/o Polis & Associates<br>Attn: ~~Thomas J. Polis~~<br>19800 MacArthur Blvdw Ste. 1000<br>Irvine, CA 92612-2433<br>(WILL BE SERVED VIA ECF) | Darryl Lewis and Sanna Akhtanova<br>c/o Thomas J. Polis<br>19800 ~~MacArthur Blvd., Ste. 1000~~<br>Irvine, CA 92612-2433<br>(WILL BE SERVED VIA ECF) | Employment Development Department<br>Bankruptcy Group MIC92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Forge Trust Company CFBO<br>Donald Suskind IRA<br>1160 Industrial Road, #1<br>San Carlos, CA 94070-4128 | Forge Trust Company CFBO<br>Donald Suskind IRA<br>1160 Industrial Road, 41<br>San Carlos, CA 94070-4124 |
| Garcia Rainey Blank & Bowerbank LLP<br>Attorneys for Darryl Lewis &<br>Sanna Akhtanova<br>695 Town Center Drive, Suite 540<br>Costa Mesa, CA 92626-7692 | Garcia Rainey Blank & Bowerbank LLP<br>Attorneys for Darryl Lewis & Sanna Akhta<br>695 Town Center Drive, Suite 540<br>Costa Mesa, CA 92626-7692 | Geoffrey P. Field, Trustee of the<br>Geoffrey P. Field Living Trust<br>2100 Camino Vida Roble, Suite A<br>Carlsbad, CA 92011 |
| Geoffrey P. Field, Trustee of the<br>Geoffrey P. Field Livinq Trust<br>2100 camino Vida Roble, Suite A<br>Carlsbad, CA 92011 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box t346<br>Philadelphia, PA 19101-7346 |
| JLoanCo, Inc.<br>Attn: Agent for Service of Process<br>3780 King Ranch Road<br>Ukiah, CA 95482-9200 | JLoanCo, Inc.<br>Attn: Officer, Director or<br>Managing Agent<br>3780 King Ranch Road<br>Ukiah, CA 95482-9200 | Jaclyn Maduff<br>2128 Duxbury Circle<br>Los Angeles, CA 90034-1014 |
| Jaclyn Maduff, Trustee of the<br>Jaclyn Maduff Family Trust<br>2128 Duxbuby Circle<br>Los Angeles, CA 90034-1014 | Jaclyn Maduff, Trustee of the<br>Jaclyn Maduff Family Trust<br>2128 Duxbury Circle<br>Los Angeles, CA 90034-1014 | Jean Himmelstein, Trustee of the<br>Jeannette Himmelstein Living Trust<br>10100 Galaxy Way, #2240<br>Los Angeles, CA 90067-3528 |
| Jeffrey McNutt<br>6311 Sierra Elena Roas<br>Irvine, CA 92603-3926 | Koonce Family Enterprise, LP<br>Barbara Holt, Advisor<br>517 E. Calle Laureles<br>Santa Barbara, CA 93105-2005 | Koonce Family Enterpriser LP<br>Barbara Holt, Advisor<br>517 E. Calle Laurles<br>Santa Barbara, CA 93105-2005 |
| Koonce Family Enterprises<br>517 E Calle Laureles<br>Santa Barbara CA 93105-2005 | Las Palmas Group Retirement Trust<br>Barry Nisen, Tru/tee<br>PO Box 90202<br>Santa Barbara, CA 93190-0202 | Las Palmas Group Retirement Trust<br>Barry Nisen, Trustee<br>PO Box 90202<br>Santa Barbara, CA 93190-0202 |

| | | |
|---|---|---|
| Lenders T.D. Service, Inc.<br>24422 Avenida De La Carlota, #280<br>Laguna Hills, CA 92653-3603 | Linda T. Seckler-Rufkahr, Trustee of<br>The Rufkahr Family Trust<br>31661 Haute Court<br>Winchester, CA 92596-9123 | Luna Construction Management, LLC<br>Attn: Agent for Service of Process<br>501 S. Olive Street<br>Anaheim, CA 92805-4738 |
| Luna Construction Management, LLC<br>Attn: Agnt for Service of Process<br>501 Sk Olive Street<br>Anaheim, CA 92805 | Luna Construction Management, LLC<br>Attn: Officer, Director or<br>Managing Agent<br>501 S. Olive Street<br>Anaheim, CA 92805-4738 | Luna Construction Management, LLC<br>Attn: Officer, Director or Managing Agen<br>501 S. Olive Street<br>Anaheim, CA 92805-4738 |
| Mainstar Trust Custodian FBO<br>Richard W. Walker IRA<br>18124 Wedge Parkway, #530<br>Reno, NV 89511-8134 | Maintar Trust Custodian FBO<br>Richard W. Walker IRA<br>18124 Wedge Parkway, 4530<br>Reno, NV 89511-8134 | Marc Treitler, Trustee of the<br>Treitler Family Trust<br>9950 Scrippp Lake Drive, #101<br>San Diego, CA 92131-1082 |
| Marc Treitler, Trustee of the<br>Treitler Family Trust<br>9950 Scripps Lake Drive, #101<br>San Diego, CA 92131-1082 | Mario Melillo<br>2404 Harbor Boulevard, #106<br>Costa Mesa, CA 92626-6212 | Mario Melillo<br>2404 Harbor Boulevard, 4106<br>Costa Mesa, CA 92626-6212 |
| Mary Jo Blue<br>18124 Wedge Parkway #530<br>Reno, NV 89511-8134 | Noreen Kennedy, Trustee of the<br>Noreen Kay Kennedy Separate Prop Tr<br>3504 N. Sundown Lane<br>Oceanside, CA 92056-4707 | Noreen Kennedy, Trustee of the<br>Noreen Kay Kennedy Separate Prop Tr<br>3504 N. Sundown Lane<br>Oceansider CA 92056-4707 |
| Renewable Farms<br>Attn: Agent for Service of Process<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705-1056 | Renewable Farms<br>Attn: Officer, Director or<br>Managing Agent<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705-1056 | Renewable Farms<br>Attn: Officer, Director or Managing Agen<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705-1056 |
| Renewable Farms<br>c/o FCI Lender Services, Inc.<br>8180 E. Kaiser Boulevard<br>Anaheim, CA 92808-2277 | Renewable Farms,<br>Attn: Aqent for Service of Process<br>2604 N. Tustin Avenue, Unit F<br>Santa Ana, CA 92705-1056 | Richard W. Walker<br>214 West 9th Street<br>Onaga, KS 66521-9624 |
| Richard W. Walker<br>214 West 9th Street<br>Onaga, KS 66521 | Richard W. Walker<br>PO Box 420<br>Onaga, KS 66521-0420 | Richard W. Walkr<br>PO BOX 420<br>Onaga KS 66521-0420 |
| Richard Walker<br>18124 Wedge Parkway #530<br>Reno, NV 89511-8134 | Richter Wright<br>Attn: James D. Friedman<br>32 Burning Tree Road<br>Newport Beach, CA 92660-5105 | Richter Wright (a CA general partnership)<br>Attn: James D. Friedman<br>32 Burning Tree Rd.<br>Newport Beach, CA 92660-5105 |
| Riverside County Tax Collector<br>Adelina Abril<br>4080 Lemon St, 4th Floor<br>Riverside CA 92501-3609 | Riverside County Tax Collector<br>Attn: M:tt Jennings<br>PO Box 12005<br>Riverside CA 92502-2205 | Riverside County Tax Collector<br>Attn: Matt Jennings<br>PO Box 12005<br>Riverside, CA 92502-2205 |

| | | |
|---|---|---|
| Riverside County Tax Collector<br>Matt Jennings Treasurer Tax Collect<br>4081 Lemon Street, 1st Floor<br>Riverside, CA 92501 | Riverside County Tax Collector<br>Matt Jennings Treasurer-Tax Collect<br>4080 Lemon Street, 1st Floor<br>Riverside, CA 92501-3634 | State of California<br>Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| State of California Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 295<br>Sacramento, CA 95812-0295 | Summer Shaw, Esq.<br>SHAW & HANOVER, PC<br>42-600 Cook Street, Suite 210<br>Palm Desert, CA 92211-6107<br>(WILL BE SERVED VIA ECF) | The Burrill Trust<br>156 Wadsworth Avenue<br>Santa Monica, CA 90405-3510 |
| Treitler Family Trust, c/o Marc Treitler Tru<br>Marc Treitler<br>9950 Scrippslake Drive #101<br>San Diego CA 92131-1082 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500<br>(WILL BE SERVED VIA ECF) | Zinda T. Seckler-RufkahrrTrustee of<br>The Rufkahr Family Trust<br>31661 Haute Court<br>Winchester, CA 92596-9123 |
| Allan D Sarver<br>Law Offices of Allan D. Sarver<br>16000 Ventura Blvd Suite 1000<br>Encino, CA 91436-2762<br>(WILL BE SERVED VIA ECF) | (p)ARTURO CISNEROS  TR<br>3403 TENTH STREET SUITE 714<br>RIVERSIDE CA 92501-3641<br>(WILL BE SERVED VIA ECF) | Brian Thompson<br>Winterstone Real Estate Development<br>23792 Rockfield Blvd., Ste. 101<br>Lake Forest, CA 92630-2868 |
| Darryl Lewis<br>c/o Thomas J. Polis, Esq.<br>Polis & Associates, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612-2433<br>(WILL BE SERVED VIA ECF) | Diana Torres-Brito<br>Prober and Raphael, ALC<br>20750 Ventura Blvd.<br>Suite 100<br>Woodland Hills, CA 91364-6207<br>(WILL BE SERVED VIA ECF) | Mary Jo Blue<br>Law Offices Allan Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762<br>(WILL BE SERVED VIA ECF) |
| Richard A. Marshack<br>c/o Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618-4969 | Richard W Walker<br>c/o Law Offices of Allan D. Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762<br>(WILL BE SERVED VIA ECF) | Saman Jilanchi<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201<br>(WILL BE SERVED VIA ECF) |
| Sanna Akhtanova<br>c/o Thomas J. Polis, Esq.<br>Polis & Associates, APLC<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612-2433<br>(WILL BE SERVED VIA ECF) | Summer M Shaw<br>Shaw & Hanover, PC<br>42-600 Cook Street<br>Suite 210<br>Palm Desert, CA 92211-6108<br>(WILL BE SERVED VIA ECF) | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Alise Arkenberg
Debtor will amend when
information becomes available)

(u)Cory Graham Sottek
Debtor will amend when
information becomes available)

(d)INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

(d)JLoanco, Inc.
Attn: Agent for Service of Process
3780 King Ranch Road
Ukiah, CA 95482-9200

(d)JLoanco, Inc.
Attn: Officer, Director or
Managing Agent
3780 King Ranch Road
Ukiah, CA 95482-9200

(u)Jack D. Brewer
Debtor will amend when
information becomes available)

(u)Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
Debtor will amend when
information becomes available)

(u)Keith A. Rowell, Trustee
of the Keith A. Rowell Trust
Debtor will amend when
information becomes available)

(u)Koonce Family Enterprise, LP
Debtor will amend when
information becomes available)

(d)Koonce Family Enterprises
517 E Calle Laureles
Santa Barbara, CA 93105-2005

(u)Las Palmas Group Retirement Trust
Barry Nisen, Trustee
Debtor will amend when
information becomes available)

(u)Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
Debtor will amend when
information becomes available)

(u)Luis Enrique Gomez
Debtor will amend when
information becomes available)

(u)Mainstar Trust Custodian FBO
Richard W. Walker IRA
Debtor will amend when
information is available)

(u)Mario Melillo
Debtor will amend when
information becomes available)

(u)Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
Debtor will amend when
information becomes available)

(d)Renewable Farms
c/o FcI Lender Services,
8180 E. Kaiser Boulevard
Anaheim, CA 92808-2277

(u)Robert L. Brattrud, Trustee of the
Robert L. Brattrud Revocable Trust
Debtor will amend when
information becomes available)

(u)Snyder St. Peter Family 2015 Trust
William Henri Snyder &
Debtor will amend when
information becomes available)

(d)Stonebridge Ventures, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7941

(u)Wayne C. Rowell, Trustee of the
Wayne C. Rowell Revocable Trust
Debtor will amend when
information is available)

End of Label Matrix
Mailable recipients   109
Bypassed recipients    22
Total                 131