A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: arturo@mclaw.org

Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No.: 8:22-bk-11556-TA<br><br>Chapter 11<br><br>CHAPTER 11 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE<br><br>**[5 Makena Lane, Rancho Mirage, California 92270 – APN: 682-031-005]** |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

A. CISNEROS, the duly appointed and qualified Chapter 11 Trustee ("Trustee") for the bankruptcy estate of <u>Stonebridge Ventures, LLC</u>, respectfully submits his Report of Sale pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6004-1(g).

Rule 6004(f) states in pertinent part: "(1) *Public or Private Sale*. All sales not in the ordinary course of business may be by private sale or by public auction. Unless it is impracticable, an itemized statement of the property sold, the name of each purchaser, and the price received for each item or lot or for the property as a whole if sold in bulk shall be filed on completion of the sale…."

Local Bankruptcy Rule 6004-1(g) states: "Unless otherwise ordered by the Court, the report of sale required by FRBP 6004(f)(1) must be filed and served not later than 21 days after the date of the sale of any property not in the ordinary course of business." The sale closed on February 24, 2023 and the Final Closing Statement is attached as Exhibit "1."

<u>Property</u>: 5 Makena Lane, Rancho Mirage, California 92270

<u>Name of Purchaser</u>: Roll Sparrow, LLC

<u>Purchase Price</u>: $2,800,000.00

Dated: March 9, 2023

A. Cisneros, Chapter 11 Trustee



**ESCROW SERVICES, INC.**

15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax: (310) 550-6130

## SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 5 Makena Lane<br>Rancho Mirage, CA 92270 | **DATE:** | February 27, 2023 |
| **SELLER:** | Bankruptcy Estate of Stonebridge Ventures, LLC, Bankruptcy Case No.: 8:22-bk-11556-TA | **CLOSING DATE:**<br>**ESCROW NO.:** | February 24, 2023<br>105643-AA |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 2,800,000.00 |
| Credit Buyer for outstanding water bill | 1,036.22 | |
| **PAYOFF CHARGES - Baiocchi Family LP** | | |
| **[Total Payoff $1,879,747.79]** | | |
| Principal Balance | 1,650,000.00 | |
| Interest on Principal Balance from 10/01/2022 to 02/28/2023 | 212,561.34 | |
| Bankruptcy Attorney Fees | 6,293.50 | |
| FCL Trustee Foreclosure Fees | 10,802.95 | |
| Demand Processing Fee | 15.00 | |
| Reconveyance Fee | 45.00 | |
| Amended Demand Fee | 30.00 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 2nd 1/2 taxes 2022-2023 at $8,082.06/semi-annually from 02/24/2023 to 07/01/2023 | | 5,702.34 |
| **COMMISSION CHARGES** | | |
| Winterstone Real Estate and Development | 112,000.00 | |
| **TITLE/TAXES/RECORDING CHARGES - Fidelity National Title Company** | | |
| Title - Owner's Title Insurance | 4,085.00 | |
| Title - Messenger Fee | 17.74 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title -Mechanic's Lien FUNDS HELD | 21,000.00 | |
| Transfer Tax - County to Riverside County | 3,080.00 | |
| Delinquent Taxes 2021-2022 good to 2-28-23 to Riverside County Tax Collector | 19,204.08 | |
| 1st 1/2 taxes + penalty 2022-2023 to Riverside County Tax Collector | 8,890.27 | |
| 2nd 1/2 taxes 2022-2023 to Riverside County Tax Collector | 8,082.06 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 4,200.00 | |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Messenger/FedEx Fees to A & A Escrow Services Inc. | 35.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds** | 744,061.68 | |

**EXHIBIT "1"**

Date: February 27, 2023             Escrow No.: 105643-AA

Page 2 of 2:

|  | **DEBITS** | **CREDITS** |
|---|---|---|
| **TOTAL** | $ 2,805,702.34 | $ 2,805,702.34 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

**EXHIBIT "1"**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*3403 Tenth Street, Suite 714, Riverside, CA 92501*

A true and correct copy of the foregoing document entitled (specify): **_CHAPTER 11 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(F) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_03/10/2023_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Interested Party:** James C Bastian     jbastian@shulmanbastian.com
**Trustee:** Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
**Trustee:** Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**OUST:** Michael J Hauser     michael.hauser@usdoj.gov
**Interested Party:** Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
**Trustee's Counsel:** William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
**Interested Party:** Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
**Interested Party:** W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
**Interested Party:** David W. Meadows     david@davidwmeadowslaw.com
**Interested Party:** Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
**Interested Party:** Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
**Interested Party:** Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
**Interested Party:** Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
**Interested Party:** Allan D Sarver     ADS@asarverlaw.com
**Debtor's Counsel:** Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
**Trustee's Counsel:** Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
**Interested Party:** Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
**OUST:** United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **_03/10/2023_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Stonebridge Ventures LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **xxxxxxxx** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **03/10/2023** | **Mayra Johnson** | */s/ Mayra Johnson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.