**PART 2**

**d. Total Current Assets - Values based on listing price and/or sales price.**

**1 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 1 Makena Lane, Rancho Mirage, California 92270 | |
|---|---|
| Offer Received | $2,500,000 |
| Property Taxes – Riverside County | Estimated ($16,500) |
| First Priority Deed of Trust – Wright | Estimated ($1,773,000) |
| Second Priority Deed of Trust – Reitzfeld | Estimated ($450,000) |
| Broker Commissions (5%) | ($125,000) |
| Estimated Costs of Sale (1.5%) | ($37,500) |
| **Net Equity** | **$98,000** |

**2 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 2 Makena Lane, Rancho Mirage, California 92270 | |
|---|---|
| List Price | $3,300,000 |
| First Priority Deed of Trust – Brentwood Finance – (*Scheduled Value $1,850,000*) | Estimated (2,000,000) |
| Second Priority Deed of Trust – Renewable Farms – (*Scheduled Value $250,000*) | Estimated (300,000) |
| **Net Equity (subject to litigation)** | **$1,000,000** |

**4 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 4 Makena Lane, Rancho Mirage, California 92270 | |
|---|---|
| List Price | $2,200,000 |
| 11 Fractional Interests – (*Total Scheduled Value $1,525,000*) | (1,700,000) |
| Estimated Costs of Sale (8%) | (176,000) |
| **Net Equity** | **$324,000** |

**Balance Sheet**

**5 Makena Lane, Rancho Mirage, California 92270**

Real property scheduled.

| 5 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| Offer Received | $2,800,000 |
| Property Taxes – Riverside County | Estimated ($26,815) |
| First Priority Deed of Trust – BFLP (*Scheduled $1,748,536*) | Disputed ($1,947,386) |
| Second Priority Deed of Trust – FTC (*Scheduled $500,000*) | Estimated ($440,000) |
| Broker Commissions (4%) | ($112,000) |
| Estimated Costs of Sale (2%) | ($56,000) |
| **Net Equity (subject to litigation)** | **$217,799** |

**7 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 7 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| Offer Received | $1,980,000 |
| Property Taxes – Riverside County | Estimated ($18,976) |
| First Priority Deed of Trust | Estimated ($1,225,000) |
| Broker Commissions (5%) | ($99,000) |
| Estimated Costs of Sale (2%) | ($39,600) |
| **Net Equity** | **$597,424** |

| | |
|---|---|
| $11,900,000 | Total Trustee's Estimated Value |
| (10,542,777) | Total Estimated Prepetition Secured Debt |
| **$1,357,223** | **Total Estimated Net Equity of Assets** |

**Balance Sheet**