WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: arturo@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S STATUS REPORT AND REQUEST THAT THE CASE BE CONVERTED TO CHAPTER 7**<br><br>**STATUS CONFERENCE DATE:**<br>**DATE:** March 29, 2023<br>**TIME:** 10:00 AM<br>**CTRM:** 5B<br>**PLACE:** Zoom Teleconfernece |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEBTOR; DEBTOR'S COUNSEL; AND OTHER INTERESTED PARTIES:**

A. Cisneros, Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor"), hereby submits the following status report in advance of the status conference scheduled for March 29, 2023 and respectfully requests that the case be converted to one under Chapter 7.

A.  **Introduction.**

Over the past ninety days the Trustee has diligently pursued recovery and liquidation of Debtor's assets, which consists of five luxury properties in Rancho Mirage, all but one of them being in various stages of construction. Trustee's efforts include, but are not limited to, the following:

a.  seeking and obtaining orders authorizing the sale of the 1, 5, and 7 Makena Lane properties, which Trustee estimates will generate approximately $800,000 in net proceeds for the benefit of creditors and the costs of administration;

b.  communication with multiple investors on all properties;

c.  coordinating and communication with the trustees in the AB Capital, LLC (8:22-bk-11585-TA) and Med Equity, LLC (2:21-bk-12447-ER) cases;

d.  communicating with potential buyers, real estate brokers, and real estate developers/investors;

e.  negotiations with lienholders on reduced payoffs for 5 and 1 Makena;

f.  participation in settlement discussion with Trustee's counsel and counsel for Daryl Lewis in connection with 5 Makena;

g.  engagement of a real estate broker for the purpose of selling the 2 and 4 Makena Lane properties;

h.  filing suit for turnover and unjust enrichment against the occupants of 2 Makena; and

i.  requesting that the Court issue an order requiring Joe Colangelo and Monika Jensen to appear and show cause as to why they should not be sanctioned under 11 U.S.C. §§ 542(a) and 105(a) and ordered to cooperate with Trustee's efforts to sell 2 Makena.

Trustee also concluded that it is in the best interest of creditors and the Estate to convert this case to Chapter 7 and has filed a motion to convert the case to Chapter 7; whereafter, and if appointed, he intends to continue liquidation of the two remaining Makena Lane properties, prosecution of the turnover action, and, if necessary, litigation of Daryl Lewis's and Sanna Akhtanova's claims concerning 5 Makena.

**B.    The Filing of the Petition and Makena Lane Properties.**

1. This case was commenced on September 9, 2022, with the filing of a skeletal petition under Chapter 11 of the Bankruptcy Code ("Petition").  *See* DE 1.

2. On or about January 6, 2015, Debtor obtained title to the following real properties:

    a.    1 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-001 ("1 Makena");

    b.    2 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-002 ("2 Makena");

    c.    4 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-004 ("4 Makena");

    d.    5 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-005 ("5 Makena"); and

    e.    7 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-007 ("6 Makena") (1, 2, 4, 5, and 7 Makena are collectively referred to herein as the "Properties").

3. Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in 1, 2, 4, and 7 Makena ("Transfers") to AB Capital LFD, Inc. ("AB LFD").  *See* DE 13.

**C.    The Appointment of Trustee.**

4. On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on *inter alia* the Transfers. *See* DE 13.

5. On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate. *See* DE 19.

6. On September 29, 2022, Trustee attended Debtor's initial debtor interview.

7. Trustee is the appointed, qualified, and acting Chapter 11 Trustee for Debtor's bankruptcy estate ("Estate"). *See* DE 19.

**D.  Trustee's Negotiations to Address the Transfers and the Conveyances to the Estate.**

8. Immediately upon his appointment, Trustee commenced negotiations to address the Transfers and effectuate the transfer of legal title to 1, 2, 4, and 7 Makena back to the Estate.

9. Based on Trustee's negotiations with AB LFD, AB LFD quitclaimed its interest in 1, 2, 4, and 7 Makena to the Estate. The deeds were recorded on October 25, 2022.

**E.  The Sale of 1, 5, and 7 Makena.**

  **1.  5 Makena.**

10. On December 21, 2022, Trustee filed a Motion to Sell 5 Makena for $2,800,000. The order granting the Motion was entered on February 7, 2023. *See* DE 81 and 132, respectively.

11. Following the sale of 5 Makena, Trustee negotiated a reduced payoff of the Baiocchi Family Limited Partnership's first priority lien for approximately $100,000 less than the initial payoff asserted.

12. Pursuant to the Court's order granting the Motion to Sell 5 Makena, Trustee is currently holding approximately $740,000 in sale proceeds pending resolution of the claim of Daryl Lewis and Sanna Akhtanova ("Lewis/Akhtanova"), who asserted a statutory lien in the amount of approximately $580,000 against 5 Makena in their opposition to the Motion.

13. Trustee expects to either settle the claims of Lewis/Akhtanova or commence litigation against them within the next thirty days. In either event, Trustee expects that the holders of the second priority lien will be paid in full, at least with regard to the principal balance owed.

  **2.  7 Makena.**

14. On January 11, 2023, Trustee filed a Motion to Sell 7 Makena. The order granting the Motion was entered on February 10, 2023. *See* DE 99 and 137, respectively.

15. Trustee expects to net approximately $597,000 from the sale of 7 Makena, which he expects to close within the next 14 days.

///

### 3. 1 Makena.

16. On January 30, 2023, Trustee filed a Motion to Sell 1 Makena. The order granting the Motion was entered on March 3, 2023. *See* DE 119 and 152, respectively.

17. Trustee negotiated a reduction in brokers' commissions and expects to net approximately $90,000 from the sale of 1 Makena, which he expects to close within the next 21 days.

### F. The Litigation Concerning 2 Makena.

18. On February 9, 2023, Trustee filed a complaint for turnover and unjust enrichment against Joe Colangelo and Monika Jensen, whereby he seeks a judgment requiring them to turn over possession of 2 Makena and a monetary judgment in the amount of approximately $75,000 based on the value of their occupancy of 2 Makena since the filing of the petition. *See* DE 133.

19. On March 3, 2023, Trustee filed a Motion for an order requiring Joe Colangelo and Monika Jensen to appear and show cause as to why they should not be sanctioned under 11 U.S.C. §§ 542(a) and 105(a) and ordered to cooperate with Trustee's efforts to sell 2 Makena. Trustee is currently awaiting entry of the order to show cause.

20. On March 3, 2023, Trustee's counsel was contacted by counsel for Monika Jensen who represented that Ms. Jensen is estranged from Mr. Colangelo and no longer resides at 2 Makena. In light of counsel's contentions, Trustee agreed to extend Ms. Jensen's deadline to respond to the complaint to April 13, 2023 to provide the parties with an opportunity to discuss resolution of the litigation as to Ms. Jensen.

### G. The Marketing and Sale of 2 and 4 Makena.

21. On February 15, 2023, Trustee filed an application to employ Brian Thompson as his real estate broker for purpose of selling 2 Makena. *See* DE 139. However, the showing has been stalled by Colangelo/Jensen's refusal to allow access.

22. Trustee has also engaged Mr. Thompson as his real estate broker for the purpose of selling 4 Makena and expects that the application to employ Mr. Thompson will be filed shortly.

///
///
///

**H.   Trustee's Motion to Convert This Case to Chapter 7.**

23.   On March 10, 2023, Trustee filed a Motion to Convert this case to Chapter 7 on the grounds that: (1) a financial restructuring of Debtor's financial affairs through a Chapter 11 plan or reorganization is not necessary, viable, nor in the Estate's best interests and (2) conversion to Chapter 7 preserves estate resources to maximize distributions to unsecured creditors by alleviating the financial burden of seeking confirmation and the administrative costs associated with the case remaining in Chapter 11. *See* DE 163. Trustee served same on "negative notice" pursuant to LBR 9013-1(o). *See* DE 164.

24.   By the time of hearing of this status conference, the deadline to object to Trustee's motion to convert will have passed. Therefore, if an order converting the case has not been entered or any party objects to same, Trustee requests that the Court consider the motion and any objections at the time of the status conference.

25.   Upon conversion, and if appointed as the Chapter 7 Trustee, Trustee will complete liquidation of 2 and 4 Makena, prosecute the adversary proceeding against Joe Colangelo and Monika Jensen to completion, and either resolve the claims of Lewis/Akhtanova by agreement, or, if necessary, through litigation against them.

DATED: March 15, 2023

Respectfully Submitted,

ARTURO M. CISNEROS
*Chapter 11 Trustee*

DATED: March 15, 2023

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

/s/ Nathan F. Smith
NATHAN F. SMITH
*Attorneys for Chapter 11 Trustee, A. Cisneros*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 TRUSTEE'S STATUS REPORT AND REQUEST THAT THE CASE BE CONVERTED TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 15, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**
**CHAPTER 11 TRUSTEE: Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **March 15, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY: Honorable Judge Theodor Albert, 411 West Fourth Street, Santa Ana CA 92501**
**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive ,Suite 200, Newport Beach CA 92660**
**NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211**
**NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest CA 92630**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **March 15, 2023** | **Diep Quach** | **/s/ Diep Quach** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**SECTION 1 CONT.**
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SECTION 2 CONT.**
AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite I55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road
41 San Carlos, CA 94070

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box t346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

Renewable Farms
Attn: Officer, Director or Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 2l0
Palm Desert, CA 92211

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
PO Box 389
Calpella CA 95418