WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:   (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*



FILED & ENTERED

MAR 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case Number: 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER REQUIRING JOE COLANGELO AND MONIKA JENSEN TO APPEAR AND SHOW CAUSE AS TO WHY THEY SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) and 105(a) AND ORDERED TO COOPERATE WITH TRUSTEE'S EFFORTS TO MARKET AND SELL PROPERTY OF THE ESTATE**<br><br>**[Hearing to be determined per L.B.R. 9020-1]** |

The Chapter 11 Trustee's motion for an order requiring Joe Colangelo and Monika Jensen ("Occupants") to appear before this court and show cause as to why they should not be sanctioned under 11 U.S.C. §§ 542(a) and 105(a) for their failure to turn over possession of the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property") and failure to cooperate with the Trustee's and the Trustee's broker's efforts to market and sell the Property for the benefit of Debtor's bankruptcy estate ("Estate") was considered in chambers. (Docket No. 153).

The Court, having considered the Motion, proper notice of the Motion having been given, and

good cause having been shown hereby finds as follows:

1. The Property is property of the Estate.

2. Occupants are in possession of the Property.

3. Trustee is in the process of marketing and selling the Property.

4. Occupants have failed to cooperate with Trustee's efforts to market and sell the Property by failing to cooperate with Trustee's and his broker's efforts to access the Property for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitate showings of the Property to potential buyers.

Based on the foregoing;

**IT IS HEREBY ORDERED** that Joe Colangelo and Monika Jensen must both appear on **March 29, 2023** before this Court, located at **411 W. 4th Street, Santa Ana, California 92701 via Zoom Teleconference 10:00 a.m.** and show cause as to why:

1. Occupants should not be sanctioned for their failure to comply with 11 U.S.C. § 542(a) by refusing to turn over possession of the Property to Trustee and failure to cooperate with Trustee's efforts to market and sale the Property by *inter alia* refusing to provide access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers;

2. Occupants should not be ordered to cooperate with Trustee's efforts to market and sale the Property by *inter alia* providing access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers.

**IT IS FURTHER ORDERED** that Occupants must file and serve a written response by **March 24, 2023**, showing cause as to why they should not be sanctioned and/or ordered to cooperate with Trustee's marketing and sale efforts by allowing access to the Property.

//

//

The ZoomGov information for the hearing is:

| | |
|---|---|
| Video/audio web address: | https://cacb.zoomgov.com/j/1615239316 |
| ZoomGov meeting number: | 161 523 9316 |
| Password: | 108043 |
| Telephone conference lines: | 1 (669) 254 5252 or 1 (646) 828 7666 |

###

Date: March 15, 2023

Theodor C. Albert
United States Bankruptcy Judge