WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:    (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case Number: 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 11 |
| Debtor. | **PROOF OF SERVICE** |

///

///

///

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER REQUIRING JOE COLANGELO AND MONIKA JENSEN TO APPEAR AND SHOW CAUSE AS TO WHY THEY SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) and 105(a) AND ORDERED TO COOPERATE WITH TRUSTEE'S EFFORTS TO MARKET AND SELL PROPERTY OF THE ESTATE filed March 15, 2023; PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 16, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **James C Bastian**     jbastian@shulmanbastian.com
- **Arturo Cisneros**     arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**     amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Nicholas W Gebelt**     ngebelt@goodbye2debt.com
- **Michael J Hauser**     michael.hauser@usdoj.gov
- **Christopher Hewitt**     hewittesq@yahoo.com
- **Rika Kido**     rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**     bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **W. Derek May**     wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**     david@davidwmeadowslaw.com
- **Thomas J Polis**     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**     hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**     tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**     ADS@asarverlaw.com
- **Summer M Shaw**     ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**     nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) March 16, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stonebridge Ventures, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701

Joe Colangelo
2 Makena Lane
Rancho Mirage, CA 92270

Monika Jensen
2 Makena Lane
Rancho Mirage, CA 92270

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Nicholas Gebelt  
15150 Hornell Street  
Whittier, CA 90604  

Christopher Hewitt  
74361 Highway 111, Suite 7  
Palm Desert, CA 92260  

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 16, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**

Joe Colangelo  
2 Makena Lane  
Rancho Mirage, CA 92270  

Monika Jensen  
2 Makena Lane  
Rancho Mirage, CA 92270  

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2023 | Christina Valenzuela | /s/ Christina Valenzuela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE