**PART 2**

**d. Total Current Assets - Values based on listing price and/or sales price.**

**1 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 1 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| Offer Received | $2,500,000 |
| Property Taxes – Riverside County | Estimated ($16,500) |
| First Priority Deed of Trust – Wright | Estimated ($1,773,000) |
| Second Priority Deed of Trust – Reitzfeld | Estimated ($450,000) |
| Broker Commissions (5%) | ($125,000) |
| Estimated Costs of Sale (1.5%) | ($37,500) |
| **Net Equity** | **$98,000** |

**2 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 2 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| List Price | $3,300,000 |
| First Priority Deed of Trust – Brentwood Finance – (*Scheduled Value $1,850,000*) | Estimated (2,000,000) |
| Second Priority Deed of Trust – Renewable Farms – (*Scheduled Value $250,000*) | Estimated (300,000) |
| **Net Equity (subject to litigation)** | **$1,000,000** |

**4 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 4 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| List Price | $2,200,000 |
| 11 Fractional Interests – (*Total Scheduled Value $1,525,000*) | (1,700,000) |
| Estimated Costs of Sale (8%) | (176,000) |
| **Net Equity** | **$324,000** |

**Balance Sheet**

**5 Makena Lane, Rancho Mirage, California 92270 (CLOSED)**

Real property scheduled.

| 5 Makena Lane, Rancho Mirage, California 92270 | |
|---|---|
| Purchase Price | $2,800,000 |
| Property Taxes – Riverside County Tax Collector | (33,554.07) |
| First Priority Deed of Trust – Baiocchi Family LP | (1,879,747.79) |
| Second Priority Deed of Trust – Pending Disbursement | |
| Broker Commissions (4%) – Winterstone Real Estate and Development | (112,000) |
| Fidelity National Title Company | (4,165.24) |
| A & A Escrow Services, Inc. | (4,435) |
| Buyer to Credit for Payment of Outstanding Water Bill | (1,036.22) |
| Mechanic's Lien FUNDS HELD | (21,000) |
| **Net Equity (subject to litigation and pending disbursement on 2nd DOT)** | **$744,061.68** |

Total Disbursements = $2,055,938.32

**7 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 7 Makena Lane, Rancho Mirage, California 92270 | |
|---|---|
| Offer Received | $1,980,000 |
| Property Taxes – Riverside County | Estimated ($18,976) |
| First Priority Deed of Trust | Estimated ($1,225,000) |
| Broker Commissions (5%) | ($99,000) |
| Estimated Costs of Sale (2%) | ($39,600) |
| **Net Equity** | **$597,424** |

| | |
|---|---|
| $9,100,000 | Total Trustee's Estimated Value of Remaining Properties |
| (8,486,839) | Total Estimated Prepetition Secured Debt |
| $613,161 | Subtotal Estimated Net Equity of Assets |
| $744,062 | Net Equity from 5 Makena Sale |
| **$1,357,223** | **Total Estimated Net Equity of Assets** |

**Balance Sheet**

## PART 3 – SCHEDULE OF ASSET SALES

**5 Makena Lane, Rancho Mirage, California 92270 ("5 Makena")**

A Sale Motion for 5 Makena Lane was filed on December 21, 2022 and set for hearing on January 11, 2023. An order granting the Sale Motion was entered on February 7, 2023. Escrow closed on February 24, 2023.

**Date of Transfer:** February 24, 2023
**Description of the asset sold or transferred:** Real Property (5 Makena)
**Gross sales price:** $2,800,000
**Payments made from the sale proceeds to or by third parties:** See below and attached escrow closing statement.
**Net sale proceeds received on behalf of the estate:** $744,061.68, subject to litigation claims of Lewis and payment of 2nd Deed of Trust Holders

| 5 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| Offer Received | $2,800,000 |
| Property Taxes – Riverside County Tax Collector | (33,554.07) |
| First Priority Deed of Trust – Baiocchi Family LP | (1,879,747.79) |
| Second Priority Deed of Trust – Pending Disbursement | |
| Broker Commissions (4%) – Winterstone Real Estate and Development | (112,000) |
| Fidelity National Title Company | (4,165.24) |
| A & A Escrow Services, Inc. | (4,435) |
| Buyer to Credit for Payment of Outstanding Water Bill | (1,036.22) |
| Mechanic's Lien FUNDS HELD | (21,000) |
| TOTAL | **$744,061.68** |

# PART 3



15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax:   (310) 550-6130

## SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 5 Makena Lane<br>Rancho Mirage, CA 92270 | **DATE:** | February 27, 2023 |
| **SELLER:** | Bankruptcy Estate of Stonebridge Ventures, LLC, Bankruptcy Case No.: 8:22-bk-11556-TA | **CLOSING DATE:**<br>**ESCROW NO.:** | February 24, 2023<br>105643-AA |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 2,800,000.00 |
| Credit Buyer for outstanding water bill | 1,036.22 | |
| **PAYOFF CHARGES - Baiocchi Family LP** | | |
| **[Total Payoff $1,879,747.79]** | | |
| Principal Balance | 1,650,000.00 | |
| Interest on Principal Balance from 10/01/2022 to 02/28/2023 | 212,561.34 | |
| Bankruptcy Attorney Fees | 6,293.50 | |
| FCL Trustee Foreclosure Fees | 10,802.95 | |
| Demand Processing Fee | 15.00 | |
| Reconveyance Fee | 45.00 | |
| Amended Demand Fee | 30.00 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 2nd 1/2 taxes 2022-2023 at $8,082.06/semi-annually from 02/24/2023 to 07/01/2023 | | 5,702.34 |
| **COMMISSION CHARGES** | | |
| Winterstone Real Estate and Development | 112,000.00 | |
| **TITLE/TAXES/RECORDING CHARGES - Fidelity National Title Company** | | |
| Title - Owner's Title Insurance | 4,085.00 | |
| Title - Messenger Fee | 17.74 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title -Mechanic's Lien FUNDS HELD | 21,000.00 | |
| Transfer Tax - County to Riverside County | 3,080.00 | |
| Delinquent Taxes 2021-2022 good to 2-28-23 to Riverside County Tax Collector | 19,204.08 | |
| 1st 1/2 taxes + penalty 2022-2023 to Riverside County Tax Collector | 8,890.27 | |
| 2nd 1/2 taxes 2022-2023 to Riverside County Tax Collector | 8,082.06 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 4,200.00 | |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Messenger/FedEx Fees to A & A Escrow Services Inc. | 35.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds** | 744,061.68 | |

| | | |
|---|---|---|
| Date: February 27, 2023 | | Escrow No.: 105643-AA |
| Page 2 of 2: | | |
| | **DEBITS** | **CREDITS** |
| **TOTAL** | $ 2,805,702.34 | $ 2,805,702.34 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

# PART 7

**Question a. Were any payments made on prepetition debt?**

A Sale Motion for real property located on 5 Makena Lane, Rancho Mirage, California 92270 was filed on December 21, 2022 and set for hearing on January 11, 2023.  An order granting the Sale Motion was entered on February 7, 2023.  Escrow closed on February 24, 2023.

**Approximate Date of Payment:** February 24, 2023
**Name of Payee:** Baiocchi Family LP
**Amount Paid:** $1,879,747.79

# PART 7