# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*3403 Tenth Street, Suite 714, Riverside, CA 92501*

A true and correct copy of the foregoing document entitled (specify): **_MONTHLY OPERATING REPORT (No. 6)_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_March 21, 2023_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Interested Party:** James C Bastian    jbastian@shulmanbastian.com
**Chapter 11 Trustee:** Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
**Chapter 11 Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**OUST:** Michael J Hauser    michael.hauser@usdoj.gov
**Interested Party:** Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
**Trustee's Counsel:** William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
**Interested Party:** Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
**Interested Party:** W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
**Interested Party:** David W. Meadows    david@davidwmeadowslaw.com
**Interested Party:** Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
**Interested Party:** Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
**Interested Party:** Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
**Interested Party:** Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
**Interested Party:** Allan D Sarver    ADS@asarverlaw.com
**Debtor's Counsel:** Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
**Trustee's Counsel:** Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
**Interested Party:** Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
**OUST:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 21, 2023** | **Mayra Johnson** | */s/ Mayra Johnson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             **F 9013-3.1.PROOF.SERVICE**