| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| A. Cisneros<br>3403 Tenth Street, Suite 714<br>Riverside, California 92501<br>Telephone: (951) 682-9705<br>Facsimile: (951) 682-9707<br>Email: amctrustee@mclaw.org | |
| ☐ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC<br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11556 TA<br><br>CHAPTER: 11<br><br>**DECLARATION THAT NO PARTY<br>REQUESTED A HEARING ON MOTION<br>LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1.  I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 02/27/2023  Movant(s) filed a motion or application (Motion) entitled: APPLICATION TO EMPLOY

    HAHN FIFE & COMPANY, LLP AS TRUSTEE'S ACCOUNTANTS

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 02/27/2023  Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 17  days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 3/23/23

_____
Signature

_A. Cisneros_____
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    F 9013-1.2.NO.REQUEST.HEARING.DEC

2

**_EXHBIT A_**

**_CONFORMED APPLIATION & NOTICE TO EMPLOY HAHN FIFE & CO., LLP AS ACCOUNTANTS_**

A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile:  (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STONEBRIDGE VENTURES, LLC<br><br><br><br>Debtor. | Case No. 8:22-bk-11556 TA<br><br>Chapter 11<br><br>TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP, AS ACCOUNTANTS; DECLARATIONS OF DONALD T. FIFE AND CHAPTER 7 TRUSTEE IN SUPPORT THEREOF<br><br>[No Hearing Necessary] |

TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE;

THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR; AND OTHER

INTERESTED PARTIES:

        Pursuant to 11 U.S.C. § 327, A. Cisneros ("Trustee" or "Applicant") applies to the

Court for an Order authorizing the employment of Hahn Fife & Company, LLP ("Hahn Fife"), as

his accountants ("Application") and respectfully represents as follows:

        1.    Applicant is the duly-qualified and acting Chapter 11 Trustee for the above-

captioned case.

2.      Filed concurrently herewith is the Notice of Application of Trustee to Employ Hahn Fife & Company, LLP, as Accountants.

3.      Applicant proposes to employ Hahn Fife to provide assistance in reviewing the Debtor's books and records, reviewing financial documents and preparation of any required income tax returns.

4.      As indicated by the attached Declaration of Donald T. Fife ("Fife Decl."), Hahn Fife is experienced in bankruptcy accounting matters, including those involving trustees, bankruptcy estates, and tax matters. Hahn Fife is competent to perform the requisite accounting services in this case. The member's breadth of experience and length of service is described in the resume, a copy of which is attached as Exhibit "A".

5.      As indicated by the Fife Declaration, Hahn Fife is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and the Rules. Hahn Fife has agreed to perform accounting services and to thereafter make application to this Court for compensation. Hahn Fife has further agreed and will accept as its fee such amount as is determined by the Court to be reasonable and proper.

6.      Applicant proposes to retain Hahn Fife upon the following basis: Except as the Court may otherwise determine, after due notice, Hahn Fife will petition the Court under 11 U.S.C. Sections 330 for an allowance of fees and reimbursable costs not more often than every 120 days. The petition will be heard upon notice to necessary parties. Hahn Fife will accept compensation and reimbursements of expenses in such amounts as the Court may award. There will be no written employment agreement apart from this Application. The only source of payment or compensation will be the Estate. No retainer has been paid or is being proposed to be paid to Hahn Fife.

7.      Hahn Fife has been, and is currently, employed as Trustee's accountant in other unrelated bankruptcy cases.

8.      To the best of Applicant's knowledge, Hahn Fife: (1) does not hold or represent any interest adverse to Applicant, the Debtor, the creditors, and the Estate; (2) has no

1  connection with the Debtor, the creditors, any other party in interest, their respective attorneys and

2  accountants, the United States Trustee, any person employed in the office of the United States

3  Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of

4  California; (3) is a disinterested person as that term is defined in 11 U.S.C. Section 101(14) and

5  used in 11 U.S.C. Section 327(a); and (4) holds no pre-petition claim against the estate.

6        WHEREFORE, Applicant respectfully requests an order: (1) authorizing him to

7  employ Hahn Fife as accountant effective February 8, 2023, as an administrative expense of the

8  estate upon the terms and conditions in this application; and (2) for such other and further relief as

9  the Court deems just and proper.

11  Dated: February 23, 2023

    A. Cisneros, Chapter 11 Trustee

**DECLARATION OF A. CISNEROS**

I, <u>A Cisneros</u>, declare as follows:

1.      I am the duly-acting and qualified Chapter 11 Trustee for of the estate of STONEBRIDGE VENTURES, LLC ("Debtor").  I have personal knowledge of the facts stated herein, and if called upon to testify I could and would testify thereto, except as to those facts that are based upon information and belief and as to those facts I believe such facts to be true.

2.      I have determined that it is necessary to employ a certified public accountant to provide services to the bankruptcy estate that include, but may not be limited to assistance in review the Debtors' books and records and preparation of any required income tax returns.

3.      I desire to utilize Hahn Fife's forensic accounting expertise and services and to employ Hahn Fife as my accountants, effective February 8, 2023.  I believe that Hahn Fife's employment is economical and prudent.

4.      Except as provided in paragraph 6 of Mr. Fife's Declaration, to the best of my knowledge herewith,

a.      Hahn Fife and Mr. Fife have no connection with the Debtor, insiders, creditors, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the U.S. Trustee;

b.      Hahn Fife and Mr. Fife are not creditors, equity security holders or insiders of the Debtor;

c.      Hahn Fife and Mr. Fife are not and were not investment bankers for any outstanding security of the Debtor;

d.      Hahn Fife and Mr. Fife have not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or any representative for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor;

e.    Hahn Fife and Mr. Fife are not and were not, within two (2) years before the date or filing of the petition herein, directors, officers or employees of the Debtor or of any investment banker for any Security of the Debtor.

f.    Hahn Fife and Mr. Fife do not represent an individual or entity which holds an interest adverse to the bankruptcy estate; and

g.    Mr. Fife is not related to the bankruptcy judge in this case.

5.    Hahn Fife and Mr. Fife will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 23rd day of February, 2023, at Riverside, California.

A. Cisneros, Chapter 11 Trustee

## DECLARATION OF DONALD T. FIFE

I, Donald T. Fife, declare as follows:

1.  I am a duly-licensed certified public accountant in the State of California and a Partner in the firm of Hahn Fife & Company, LLP.

2.  I have personal knowledge of the facts in this Declaration and, if called as a witness, could competently testify to these facts.

3.  I am experienced in forensic accounting matters, including those involving trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets. I am competent to perform the requisite accounting services in this case. My breadth of experience and length of service is described in my resume, a copy of which is attached hereto as Exhibit "A"

4.  I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and Rules.

5.  I agree to the terms and conditions of employment in the foregoing application. I am willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. I understand that my compensation may be modified under 11 U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to me.

6.  I have also been employed as accountant to the Trustee in other unrelated bankruptcy cases.

7.  I do not hold or represent any interest adverse to Applicant, the Debtors, the creditors, and the estate. I have no connection with the Debtors, the creditors, any other party in interest, their respective attorneys and accountants, United States Trustee, any person employed in the Office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California. I am a disinterested person as that term is defined in 11 U.S.C. Section 101(14) and used in 11 U.S.C. Section 327(a). I hold no prepetition claim against the estate.

8.  I agree that I will not share my compensation with any person or entity.

///

9.    Attached as Exhibit "B" is a schedule of my rate of reimbursement of expenses.  The firm's rates range from $80.00 per hour for staff to $490.00 per hour for Partner.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of February, 2023 in Pasadena, California.

Donald T. Fife, Hahn Fife & Co., LLP

1

### HAHN FIFE & COMPANY, LLP
### Firm Statement of Qualifications

2

3

4       The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of the Firm's current professional staff.  It is expected that the Firm will add professional staff as required to serve client needs.

5

6

7

### Donald T. Fife, CPA

8

9       Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

10

11       Mr. Fife has over 30 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 25 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

12

13

14       Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration Accounting from California State University at Los Angeles.

15

16

17

### Hourly Rate: $490.00

18

19

20

21

22

23

24

25
### EXHIBIT "A"

26

27

Standard

**Hourly Billing Rates**
**(2023)**

| | |
|---|---|
| Donald T. Fife | $490 |
| Managers | $220 - $280 |
| Senior Accountants | $185 - $220 |
| Staff Accountants | $150 - $185 |
| Administrative/Paraprofessional | $ 80 - $140 |

**Rates for Reimbursement of Incurred Expenses**
**Hahn Fife & Company, LLP**

| | |
|---|---|
| Photocopying | $0.10 Per Page |
| Telecopier - Incoming | $0.15 Per Page |
| Telecopier - Outgoing | $1.00 Per Page |
| Mileage | $0.27 Per Mile |
| Telephone | Actual Cost |
| Postage | Actual Cost |
| Messenger | Actual Cost |
| Overnight Mail | Actual Cost |
| On-Line Computer Research | Actual Cost |
| Filing Fees | Actual Cost |
| Deposition or Witness Fees | Actual Cost |
| Parking | Actual Cost |

**EXHIBIT "B"**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (specify): **TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 2-27-23 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Stonebridge Ventures LLC / 15 Corporate Plaza Drive, Suite 200 / Newport Beach, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/27/23 | Martha Quintero | *Martha Quintero* |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# Mailing Information for Case 8:22-bk-11556-TA

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org,
  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law,
  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org,
  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STONEBRIDGE VENTURES, LLC<br><br><br><br><br>Debtor. | Case No. 8:22-bk-11556 TA<br><br>Chapter 11<br><br>NOTICE OF TRUSTEE'S APPICATION TO EMPLOY HAHN FIFE & COMPANY, LLP, AS ACCOUNTANTS<br><br>[No Hearing Necessary] |

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that A. Cisneros ("Trustee" or "Applicant") is filing concurrently herewith an application to employ Hahn Fife & Company, LLP ("Hahn Fife") as his accountants in the above-captioned bankruptcy proceeding effective February 8, 2023 and pursuant to 11 U.S.C. § 327.

The scope of Hahn Fife's employment will include, but may not be limited to financial records review, review the Debtor's books and records and preparation of any required income tax returns.

1          A copy of the Application may be obtained upon written request to the Trustee, A.

2 Cisneros, at 3403 Tenth Street, Ste. 714, Riverside, California 92501.  Hahn Fife will apply to the

3 Court for approval of compensation in accordance with the provisions of 11 U.S.C. Section 330;

4 and agrees to accept as compensation such sums us the Court may allow pursuant to 11 U.S.C.

5 Section 330.

6          Except as provided in the Application, to the best of Trustee's knowledge, and based

7 upon the statement of disinterestedness filed concurrently therewith, Hahn Fife is disinterested

8 within the meaning of 11 U.S.C. Section 327(a) and 101(14).

9          Hahn Fife agrees to the terms and conditions of employment in the Application, and

10 is willing to accept compensation and reimbursement of expenses in such amounts that the Court

11 may award.  Hahn Fife understands that its compensation may be modified under 11 U.S.C.

12 Section 330, if so warranted.  No retainer has been paid or is being proposed to be paid.

13          PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-1

14 (b)(3)(B) that any response and request for hearing on the Application must be in the form required

15 by Local Bankruptcy Rule 9013-1(f), and filed with the Clerk of the United States Bankruptcy

16 located at 3420 Twelfth Street, Riverside, CA 92501, no later than fourteen (14) days from the date

17 of service of this notice, plus an additional three (3) days unless this Notice was served by personal

18 delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  The Trustee will set a hearing date

19 and send out notice thereto if any such response is timely received.  No hearing will be held if no

20 response and request for hearing is received.

21

22

Dated: February 23, 2023                 A. Cisneros, Chapter 11 Trustee

23

24

25

26

27

16

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (specify):  **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _2-27-23_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) _2-27-23_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _2/27/23_ | Martha Quintero | _Martha Quintero_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      17                              **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 8:22-bk-11556-TA

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

Label Matrix for local noticing
0973-8
Case 8:22-bk-11556-TA
Central District of California
Santa Ana
Mon Feb 13 11:47:37 PST 2023

Baiocchi Family Limited Partnership at al
Prober & Raphael, A Law Corporation
20750 Ventura Boulevard #100
Woodland Hills, CA 91364-6207

Malcolm Cisneros
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612-7136

Qwan Capital, LLC
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Qwan International Investments, LLC
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211-6108

Stonebridge Ventures, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7941

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7941

AB Capital Fund B, LLC
15 Corporate Plaza Dyive, Suite 200
Newport Beach, CA 92660-7941

AB Capital, LLC
Attn: Agent for Service of Process
15 Corporate Plaza
Suite 200
Newport Beach, CA 92660-7941

AB Capital, LLC
Attn: Officer, Director or
Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7941

AB Capital, LLC
Attn: Officer, Director or
Managing Agent
15 Corporate Plaza, Suite 200
Newport Beach, CA 92660-7941

AB Capital, LLC
Attn: Officer, Director or
Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7918

AB Capital, LLC A
Attn: Agent for Service of Process
15 Corporate Plaza
Suite 200
Newport Beach, CA 92660-7941

Alisa Arkenberg
7933 E. Biker Drive
Scottsdale, AZ 85266

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266-2255

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653-3603

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Srvice, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653-3603

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003-2729

Baocchi Family, LP
600 Hudson Lane
Aptos, CA 95003-2729

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854-3016

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854-3016

Brentwood Finance Comany LLC
Attn: Officer, Director or
Managing Agent
180 S. Spruce Avenue, Suite 155
South San Francisco, CA 94080-4558

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agen
180 S. Spruce Avenue, Suite 155
South San rancisco, CA 94080-4569

Brentwood Finance Company, LLC
Attn: Agent for Service of Process
180 S. Spruce Avenue, Suite 155
South San Francisco, CA 94080-4558

Brentwood Finance Company, LLC
Attn: Auent for Service of Process
180 S Spruce Avenue, Site 155
South San Francisco, CA 94080-4569

California Department of Tax and
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Bottek
640 Altamira Court
Vista, CA 92081-6310

Darryl Lewis ahd Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262-5672

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive
Suite 103-395
Palm Springs, CA 92262-5672

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612-2433

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvdx Ste. 1000
Irvine, CA 92612-2433

Darryl Lewis and Sanna Akhtanova
c/o Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612-2433

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road, #1
San Carlos, CA 94070-4128

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road, 41
San Carlos, CA 94070-4124

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis &
Sanna Akhtanova
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626-7692

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626-7692

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 camino Vida Roble, Suite A
Carlsbad, CA 92011

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
PO Box t346
Philadelphia, PA 19101-7346

JLoanCo, Inc.
Attn: Agent for Service of Process
3780 King Ranch Road
Ukiah, CA 95482-9200

JLoanCo, Inc.
Attn: Officer, Director or
Managing Agent
3780 King Ranch Road
Ukiah, CA 95482-9200

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034-1014

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbuby Circle
Los Angeles, CA 90034-1014

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034-1014

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067-3528

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603-3926

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105-2005

Koonce Family Enterpriser LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105-2005

Koonce Family Enterprises
517 E Calle Laureles
Santa Barbara CA 93105-2005

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190-0202

Las Palmas Group Retirement Trust
Barry Nisen, Trustee
PO Box 90202
Santa Barbara, CA 93190-0202

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653-3603

Linda T. Seckler-Rufkahr, Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596-9123

Luna Construction Management, LLC
Attn: Agent for Service of Process
501 S. Olive Street
Anaheim, CA 92805-4738

Luna Construction Management, LLC
Attn: Agnt for Service of Process
501 Sk Olive Street
Anaheim, CA 92805

Luna Construction Management, LLC
Attn: Officer, Director or
Managing Agent
501 S. Olive Street
Anaheim, CA 92805-4738

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agen
501 S. Olive Street
Anaheim, CA 92805-4738

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511-8134

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511-8134

Marc Treitler, Trustee of the
Traitler Family Trust
9950 Scrippp Lake Drive, #101
San Diego, CA 92131-1082

Marc Treitler, Trustee of the
Traitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131-1082

Mario Melillo
2404 Harbor Boulevard, #106
Costa Mesa, CA 92626-6212

Mario Melillo
2404 Harbor Boulevard, #106
Costa Mesa, CA 92626-6212

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511-8134

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside, CA 92056-4707

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceansider CA 92056-4707

Renewable Farms
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
Attn: Officer, Director or Managing Agen
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808-2277

Renewable Farms,
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Richard W. Walker
214 West 9th Street
Onaga, KS 66521-9624

Richard W. Walker
214 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521-0420

Richard W. Walkr
PO BOX 420
Onaga KS 66521-0420

Richard Walker
18124 Wedge Parkway #530
Reno, NV 89511-8134

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660-5105

Richter Wright (a CA general partnership)
Attn: James D. Friedman
32 Burning Tree Rd.
Newport Beach, CA 92660-5105

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501-3609

Riverside County Tax Collector
Attn: M:tt Jennings
PO Box 12005
Riverside CA 92502-2205

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Matt Jennings Treasurer Tax Collect
4081 Lemon Street, 1st Floor
Riverside, CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501-3634

State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

State of California Franchise Tax Board
Bankruptcy Section MS A340
PO Box 295
Sacramento, CA 95812-0295

Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211-6107

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405-3510


Treitler Family Trust, c/o Marc Treitler Tru
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131-1082

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Linda T. Seckler-RufkahrrTrustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596-9123


Allan D Sarver
Law Offices of Allan D. Sarver
16000 Ventura Blvd Suite 1000
Encino, CA 91436-2762

(p)ARTURO CISNEROS  TR
3403 TENTH STREET SUITE 714
RIVERSIDE CA 92501-3641

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630-2868


Darryl Lewis
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

Mary Jo Blue
Law Offices Allan Sarver
16000 Ventura Blvd
Suite 1000
Encino, CA 91436-2762

Richard A. Marshack
c/o Shulman Bastian Friedman & Bui LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618-4969


Richard W Walker
c/o Law Offices of Allan D. Sarver
16000 Ventura Blvd
Suite 1000
Encino, CA 91436-2762

Saman Jilanchi
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Sanna Akhtanova
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433


Summer M Shaw
Shaw & Hanover, PC
42-600 Cook Street
Suite 210
Palm Desert, CA 92211-6108


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(u)Alisa Arkenberg
Debtor will amend when
information becomes available)

(u)Cory Graham Sottek
Debtor will amend when
information becomes available)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1055 E. Colorado Blvd., 5th Floor, Pasadena, CA 91106

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3-24-23 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3-24-23 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor Albert / USBC - Santa Ana Division / 411 W. Fourth Street #5085 / Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/24/23 | Martha Quintero | *Martha Quintero* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                                 **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# Mailing Information for Case 8:22-bk-11556-TA

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org,
  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law,
  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org,
  CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov