Christopher Hewitt
74361 Highway 111 Suite 7
Palm Desert, California 92260
(760) 459-2438 Phone
hewittesq@yahoo.com
1-877-241-6366 Fax
Attorney for defendant

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNA
SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>A. CISNEROS, solely in his capacity as chapter 11 Trustee for the bankruptcy estate of Stonebridge Ventures LLC<br><br>Plaintiff,<br><br>v.<br><br>JOE COLANGELO, an individual<br>Defendant. | ) Case N°: 8:22-bk-11556- TA<br>)<br>) Chapter 11<br>)<br>)<br>) Adversary No 8:23-ap-01013<br>)<br>)<br>) JOSEPH COLANGELO RESPONSE TO WHY<br>) UNDER 11USC Sections 542(a) AND 105(a) AND<br>) ORDERED TO COOPERATE WITH THE<br>) TRUSTEE'S EFFORTS TO MARKET AND SELL<br>) PROPERTY OF THE ESTATE.<br>)<br>) DECLARATION OF JOSEPH COLANGELO IN<br>) SUPPORT THEREOF<br>)<br>) Hearing :<br>)<br>) Date:   March 29, 2023<br>)<br>) Time:   10:00 a.m<br>) Courtroom 5B<br>) Place:   411 W. fourth street<br>)           Santa Ana, CA 92701<br>) Method:   Via zoom |

In compliance with the Court's instructions in its Order Granting Chapter 11 Trustees Motion (the "Motion") for an Order requiring Joe Colangelo and Monika Jensen to Appear and Show Cause as to why they should not be sanctioned under 11 U.S.C section 542(A)And 105(a)

Response to OSC
1

And ordered to cooperate with trustees efforts to market and sell property of the estate (the "OSC") Joseph Colangelo ("Mr. Colangelo") hereby submits this Response.

I. **Statement of Facts**

1. In December 2020, Mr. Colangelo and Ms. Jensen purchased 2 Makena Lane, Rancho Mirage, CA 92270 (the "Property") from Stonebridge Ventures LLC ("Stonebridge").

2. Mr. Colangelo and Ms. Jensen moved into the Property on December 11, 2020.

3. Mr. Colangelo married on February 16, 2021

4. On September 9, 2022 Stonebridge filed a Chapter 11 petition with the Central District Santa Ana division.

5. On February 9, 2023 the Chapter 11 Trustee filed his adversary complaint as docketed entry 133 in the bankruptcy document of the chapter 11 case of Stonebridge.

6. Mr. Colangelo through counsel answered the trustee's adversary complaint on March 13, 2023 and since then counsel has worked with Brian Thompson, the attorney that filed the adversary and ensured that both realtor, prospective buyers and the trustee all have access to the house and Mr. Colangelo is cooperating with the process.

7. While the complaint seeks back rent of the property that Mr. Colangelo is possessing, he plans on using this court as a vehicle to determine the validity and positioning of the liens that are affecting the property and has yet to file an unsecured claim in the case because he has a valid real estate and purchase agreement and between Ms. Jensen and himself has paid over 1.3 million of the 2.7 million purchase price as well as hundreds of thousands towards fixing issues that came up and were in contention and being addressed with Stonebridge prior to the filing of the bankruptcy. The other lienholders came in under

fraudulent pretenses that there was no other person in 1st position and had they done there due diligence before giving Stonebridge these loans Mr. Colangelo would not be in the position that he is temporarily by law in, but intends to address for equitable title in a way that seeks fairness in how to distribute the funds from the inevitable sale of the property which Mr. Colangelo understands because the trustee is a bona fide purchaser puts him in a predicament of not being able to command specific performance and or subjugate the other lien holders who legally through fraud filed in front of him but he has contentions with that he would like to address.

**Memorandum of points and authorities**

Mr. Colangelo has a huge investment into a property that he paid not only to execute a sale that was never finished, but has also paid close to $500,000 dollars in furniture, fixtures, and equipment that is not property of the bankruptcy estate but should nonetheless be seen as an asset in effectuating a sale for the benefit of all creditors to which Mr. Colangelo is a very large one and in a position that is very foreign to him and the communication from the trustee, realtors and the position he has been put in because of Stonebridge should not be one that in this circumstance justifies the court using sanctions against him. He now has counsel who is allowing cooler head to prevail and hopefully in a position to work with the trustee and through this court to find a just an equitable result from the quagmire that we currently are working through.

Dated March 24, 2023.    Signed: _____

CHRISTOPHER HEWITT, ESQ

ATTORNEY FOR JOE COLANGELO

**Declaration of Joe Colangelo**

As part of the resolution to this OSC...

1. I will only seek possession of the property until its sold and will move out before closing and completely work with the trustee in the sale and closing and transferring of the property during the process.

2. I will continue to maintain the property in good condition so that is presentable for prospective tenants and the realtor for the forthcoming showings.

3. I will through my counsel and all parties provide access to the property to the broker, trustee, prospective clients to facilitate the process that is before me.

4. I have put in over $500,000 of money into the house after purchasing the house inclusive of fixtures. The house was like a barn when I bought it and the money that I put in that has nothing to do with the bankruptcy so Im also trying to ensure that the money and efforts are being recognized. I have felt like a squatter in a house that I paid 1.3 million dollars towards so I need to understand where I will getting compensated and have also not had great communication with trustees which has also hindered and maybe made worse communications that I expect moving forward.

5. On March 1st or so a prospective couple came by to view the house I was not aware that they would coming, it was a knock on my door and I had family there and that may be one of the issues but I would not expect that moving forward since we are in a position now of more courteous and open dialogue.

6. I have received no emails from brokers or the trustee in terms of showing the house, I have missed no phone calls that I know of from the trustee. My old email account was compromised and don't have access to it which could be part of the problem if that was the form of communication.

7. I intend through counsel to both clear up the legal issues in a manner that is beneficial to the fraud that has been put on me, the movement forward, and to clear the hurdles in front of the trustee so that whether it's a secured claim or unsecured claim that I am not left with nothing from the cirucumstances I have found myself in based on the dealings with Stonebridge.

I declare under penalty of perjury under the laws of the United States of America and the state of California.

Executed March 24, 2023 at Rancho Mirage, California.

Joe Colangelo