# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled (*specify*): Joseph Ciolangelo respsonse to why under 111 USC sections 542(a) and 105 a and order to cooperate with the trustee efforts to markets and sell property of the estate

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 25, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  James Basitian jbasitian@shulmanbastian.com
  Arturo Cisneros  arturo@mclaw.org, acisneros@iq7technology.com
  Michael J. Hauser michael.hauser@usdoj.com
  Rika Kido rkido@shulmanbasian.com
  William Malcolm Bill@mclaw.org

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 25, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Hon. Theodor C. Albert
  United states Bankruptcy court
  411 West Fourth St, suite 6085
  Santa Ana CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/25/23 | Chris Hewitt | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

Proof of service continued

Richard Marshack mmarshack@marshackhayes.com
Derek May wemay17@gmail.com
David Meadows david@davidmeadows.com
thomas J Polis tom@polis-law.com
Hamid Rafatjoo hrafatjoo@raineslaw.com
Lee Raphael ecfcaa@ecfcourtdrive.com
Timothe M Ryan tryan@theryanfirm.com
Allan Server ADS@sarverlaw.com
Summer Shaw ss@shawllaw
Nathan Smith nathan@mclaw.org
United states trustee ustpregion16.sa.ecf@usdjoj.gov