Christopher Hewitt
74361 Highway 111 Suite 7
Palm Desert, California 92260
(760) 459-2438 Phone
hewittesq@yahoo.com
1-877-241-6366 Fax
Attorney for defendant

FILED
MAR 29 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                      Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNA
SANTA ANA DIVISION

In re

A. CISNEROS, solely in his capacity as chapter 11 Trustee for the bankruptcy estate of Stonebridge Ventures LLC

Plaintiff,

v.

JOE COLANGELO, an individual

Defendant.

) Case N°: 8:22-bk-11556- TA
)
) Chapter 11
)
)
)
) Adversary No 8:23-ap-01013 - TA
)
)
)
) JOSEPH COLANGELO RESPONSE TO WHY
) UNDER 11USC Sections 542(a) AND 105(a) AND
) ORDERED TO COOPERATE WITH THE
) TRUSTEE'S EFFORTS TO MARKET AND SELL
) PROPERTY OF THE ESTATE.
)
) DECLARATION OF JOSEPH COLANGELO IN
) SUPPORT THEREOF
)
) Hearing :
)
) Date:    March 29, 2023
)
) Time:   10:00 a.m
) Courtroom 5B
) Place:    411 W. fourth street
)           Santa Ana, CA 92701
) Method:   Via zoom

In compliance with the Court's instructions in its Order Granting Chapter 11 Trustees Motion (the "Motion") for an Order requiring Joe Colangelo and Monika Jensen to Appear and Show Cause as to why they should not be sanctioned under 11 U.S.C section 542(A) And 105(a)

Response to OSC
1

And ordered to cooperate with trustees efforts to market and sell property of the estate (the "OSC") Joseph Colangelo ("Mr. Colangelo") hereby submits this Response.

I.   **Statement of Facts**

1. In December 2020, Mr. Colangelo and Ms. Jensen purchased 2 Makena Lane, Rancho Mirage, CA 92270 (the "Property") from Stonebridge Ventures LLC ("Stonebridge").

2. Mr. Colangelo and Ms. Jensen moved into the Property on December 11, 2020.

3. Mr. Colangelo married on February 16,2021

4. On September 9,2022 Stonebridge filed a Chapter 11 petition with the Central District Santa Ana division.

5. On February 9, 2023 the Chapter 11 Trustee filed his adversary complaint as docketed entry 133 in the bankruptcy document of the chapter 11 case of Stonebridge.

6. Mr. Colangelo through counsel answered the trustee's adversary complaint on March 13, 2023 and since then counsel has worked with Brian Thompson, the attorney that filed the adversary and ensured that both realtor, prospective buyers and the trustee all have access to the house and Mr. Colangelo is cooperating with the process.

7. While the complaint seeks back rent of the property that Mr. Colangelo is possessing, he plans on using this court as a vehicle to determine the validity and positioning of the liens that are affecting the property and has yet to file an unsecured claim in the case because he has a valid real estate and purchase agreement and between Ms. Jensen and himself has paid over 1.3 million of the 2.7 million purchase price as well as hundreds of thousands towards fixing issues that came up and were in contention and being addressed with Stonebridge prior to the filing of the bankruptcy. The other lienholders came in under

fraudulent pretenses that there was no other person in 1st position and had they done there due diligence before giving Stonebridge these loans Mr. Colangelo would not be in the position that he is temporarily by law in, but intends to address for equitable title in a way that seeks fairness in how to distribute the funds from the inevitable sale of the property which Mr. Colangelo understands because the trustee is a bona fide purchaser puts him in a predicament of not being able to command specific performance and or subjugate the other lien holders who legally through fraud filed in front of him but he has contentions with that he would like to address.

**Memorandum of points and authorities**

Mr. Colangelo has a huge investment into a property that he paid not only to execute a sale that was never finished, but has also paid close to $500,000 dollars in furniture, fixtures, and equipment that is not property of the bankruptcy estate but should nonetheless be seen as an asset in effectuating a sale for the benefit of all creditors to which Mr. Colangelo is a very large one and in a position that is very foreign to him and the communication from the trustee, realtors and the position he has been put in because of Stonebridge should not be one that in this circumstance justifies the court using sanctions against him. He now has counsel who is allowing cooler head to prevail and hopefully in a position to work with the trustee and through this court to find a just an equitable result from the quagmire that we currently are working through.

Dated March 24, 2023.    Signed: _____

CHRISTOPHER HEWITT, ESQ

ATTORNEY FOR JOE COLANGELO

**Declaration of Joe Colangelo**

As part of the resolution to this OSC...

1. I will only seek possession of the property until its sold and will move out before closing and completely work with the trustee in the sale and closing and transferring of the property during the process.

2. I will continue to maintain the property in good condition so that is presentable for prospective tenants and the realtor for the forthcoming showings.

3. I will through my counsel and all parties provide access to the property to the broker, trustee, prospective clients to facilitate the process that is before me.

4. I have put in over $500,000 of money into the house after purchasing the house inclusive of fixtures. The house was like a barn when I bought it and the money that I put in that has nothing to do with the bankruptcy so Im also trying to ensure that the money and efforts are being recognized. I have felt like a squatter in a house that I paid 1.3 million dollars towards so I need to understand where I will getting compensated and have also not had great communication with trustees which has also hindered and maybe made worse communications that I expect moving forward.

5. On March 1st or so a prospective couple came by to view the house I was not aware that they would coming, it was a knock on my door and I had family there and that may be one of the issues but I would not expect that moving forward since we are in a position now of more courteous and open dialogue.

6. I have received no emails from brokers or the trustee in terms of showing the house, I have missed no phone calls that I know of from the trustee. My old email account was compromised and don't have access to it which could be part of the problem if that was the form of communication.

7. I intend through counsel to both clear up the legal issues in a manner that is beneficial to the fraud that has been put on me, the movement forward, and to clear the hurdles in front of the trustee so that whether it's a secured claim or unsecured claim that I am not left with nothing from the cirucumstances I have found myself in based on the dealings with Stonebridge.

I declare under penalty of perjury under the laws of the United States of America and the state of California.

Executed March 24, 2023 at Rancho Mirage, California.

_____
Joe Colangelo

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled (*specify*): Joseph Ciolangelo respsonse to why under 111 USC sections 542(a) and 105 a and order to cooperate with the trustee efforts to markets and sell property of the estate

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 25, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
James Basitian jbasitian@shulmanbastian.com
Arturo Cisneros arturo@mclaw.org, acisneros@iq7technology.com
Michael J. Hauser michael.hauser@usdoj.com
Rika Kido rkido@shulmanbasian.com
William Malcolm Bill@mclaw.org

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 25, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Theodor C. Albert
United states Bankruptcy court
411 West Fourth St, suite 6085
Santa Ana CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/25/23 | Chris Hewitt | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   F 9013-3.1.PROOF.SERVICE

Proof of service continued

Richard Marshack mmarshack@marshackhayes.com
Derek May wemay17@gmail.com
David Meadows david@davidmeadows.com
thomas J Polis tom@polis-law.com
Hamid Rafatjoo hrafatjoo@raineslaw.com
Lee Raphael ecfcaa@ecfcourtdrive.com
Timothe M Ryan tryan@theryanfirm.com
Allan Server ADS@sarverlaw.com
Summer Shaw ss@shawllaw
Nathan Smith nathan@mclaw.org
United states trustee ustpregion16.sa.ecf@usdjoj.gov