DONALD T. FIFE
Hahn Fife & Company, LLP
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
(626) 792-0855 Phone
(626) 792-0879 Fax
dfife@hahnfife.com

**FILED & ENTERED**

MAR 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:22-bk-11556 TA |
| STONEBRIDGE VENTURES, LLC | Chapter 11 |
| Debtors. | ORDER GRANTING APPLICATION BY CHAPTER 11 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY., LLP AS ACCOUNTANT |

The Court having read and considered the Chapter 11 Trustee's Application to Employ Hahn Fife & Co., LLP as Accountant filed February 27, 2023 as Docket #148 (the "Application"), noting the lack of opposition, and with good cause shown,

/ /

/ /

/ /

1

7000-002

IT IS ORDERED that the Application is approved and the Chapter 11 Trustee is authorized to employ Hahn Fife & Company as accountants for the Estate. Employment is under 11 U.S.C. § 327 and compensation and reimbursement of costs are subject further application, determination, and approval by this Court, per 11 U.S.C. § 330 or § 331.

###

Date: March 30, 2023

Theodor C. Albert
United States Bankruptcy Judge

2

7000-002