WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 11 Trustee, A. Cisneros*

FILED & ENTERED

APR 03 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br>Debtor. | Bankruptcy Case Number: 8:22-bk-11556-TA<br><br>Chapter 11<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7** |

The Notice of Opportunity to Request a Hearing on Motion ("Notice"), filed on March 13, 2023 as Docket Entry No. 167, and Chapter 11 Trustee's Motion for Order Authorizing Conversion of Case to Chapter 7 ("Motion"), filed on March 10, 2023 as Docket No. 163, were presented to this Court. The Court, having found that the Notice was appropriate under the circumstances, no objections or responses to the Motion have been filed, and good cause appearing therefore, Orders as follows:

**IT IS HEREBY ORDERED** that**:**

1. The Motion is Granted. This bankruptcy case is hereby converted from Chapter 11 to Chapter 7.

### 

Date: April 3, 2023

Theodor C. Albert
United States Bankruptcy Judge