United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 6 |
| Date Rcvd: Apr 03, 2023 | Form ID: 309C | Total Noticed: 95 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| aty | + | Arturo Cisneros, 2112 Business Center Dr 2nd Fl, Irvine, CA 92612-7137 |
| aty | + | Diana Torres-Brito, Prober and Raphael, ALC, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364-6207 |
| aty | + | Nathan F Smith, Malcolm - Cisneros, 2112 Business Center Dr, Irvine, CA 92612-7135 |
| aty | + | William Malcolm, Malcolm & Cisneros, 2112 Business Center Dr 2nd Fl, Irvine, CA 92612-7137 |
| 41310552 | + | AB Capital Fund B, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41310992 | + | AB Capital Fund B, LLC, 15 Corporate Plaza Dyive, Suite 200, Newport Beach, CA 92660-7941 |
| 41284754 | + | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41295746 | + | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41284753 | + | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310993 | + | AB Capital, LLC, Attn: Officer, Director or, Manaving Agent, 15 Corporate Plaza Drive, Suite 2O0, Newport Beach, CA 92660-7918 |
| 41310994 | + | AB Capital, LLC A, Attn: Agent for Service of Process, 15 Cdrporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310995 | | Alisa Arkenberg, 7933 E. B#ker Drive, Scottsdale, AZ 85266 |
| 41303227 | + | Alisa Arkenberg, 7933 E. Baker Drive, Scottsdale, AZ 85266-2255 |
| 41295749 | + | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41310996 | + | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Srvice, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41295750 | + | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41284755 | + | Baocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310558 | + | Brad Bunten, 9241 Copenhaver Drive, Potomac, MD 20854-3016 |
| 41310998 | + | Brad Bvnten, 9241 Copenhaver Drive, Potomac, MD 20854-3016 |
| 41295751 | + | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310999 | + | Brentwood Finance Comany LLC, Attn: Officer, Director or Managing Agen, 180 S. Spruce Avenue, Suite l55, South San rancisco, CA 94080-4569 |
| 41295752 | + | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41311000 | + | Brentwood Finance Compasy, LLC, Attn: Auent for Service of Process, 180 S Spruce Avenue, Site 155, South San Francisco, CA 94080-4569 |
| 41303233 | + | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41311004 | + | Darryl Lewis ahd Sanna Akhtanova, 301 N. Palm Canyon Drive Suite 103-395, Palm Springs, CA 92262-5672 |
| 41295756 | + | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |
| 41295755 | + | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41311003 | + | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvdw Ste. 1000, Irvine, CA 92612-2433 |
| 41292927 | + | Darryl Lewis and Sanna Akhtanova, c/o Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41303237 | #+ | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, #1, San Carlos, CA 94070-4128 |
| 41311006 | + | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, 41, San Carlos, CA 94070-4124 |
| 41295758 | + | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41311007 | + | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis & Sanna Akhta, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41303239 | | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Living Trust, 2100 Camino Vida Roble, Suite A, Carlsbad, CA 92011 |
| 41311008 | | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Livinq Trust, 2100 camino Vida Roble, Suite A, Carlsbad, CA 92011 |

| District/off: 0973-8 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Apr 03, 2023 | Form ID: 309C | Total Noticed: 95 |

| | | |
|---|---|---|
| 41311009 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box t346, Philadelphia, PA 19101-7346 |
| 41295763 | + | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41295762 | + | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41310570 | + | Jaclyn Maduff, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41311011 | + | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbuby Circle, Los Angeles, CA 90034-1014 |
| 41303241 | + | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41303242 | + | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41310573 | + | Jeffrey McNutt, 6311 Sierra Elena Roas, Irvine, CA 92603-3926 |
| 41303245 | + | Koonce Family Enterprise, LP, Barbara Holt, Advisor, 517 E. Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311016 | + | Koonce Family Enterpriser LP, Barbara Holt, Advisor, 517 E. Calle Laurles, Santa Barbara, CA 93105-2005 |
| 41310577 | + | Koonce Family Enterprises, 517 E Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311018 | + | Las Palmas Group Retirement Trust, Barry Nisen, Tru/tee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41303246 | + | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41284759 | + | Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41303247 | + | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |
| 41284760 | + | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41311020 | + | Luna Construction Management, LLC, Attn: Officer, Director or Managing Agen, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41284761 | + | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41311021 | | Luna Construction Management, LLC, Attn: Agnt for Service of Process, 501 Sk Olive Street, Anaheim, CA 92805 |
| 41303250 | + | Mainstar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, #530, Reno, NV 89511-8134 |
| 41311022 | + | Maintar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, 4530, Reno, NV 89511-8134 |
| 41311023 | + | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scrippp Lake Drive, #101, San Diego, CA 92131-1082 |
| 41295772 | + | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |
| 41311024 | + | Mario Melillo, 2404 Harbor Boulevard, 4106, Costa Mesa, CA 92626-6212 |
| 41394712 | + | Mary Jo Blue, 18124 Wedge Parkway #530, Reno, NV 89511-8134 |
| 41458716 | + | Monika Jensen, c/o Nicholas Gebelt, 15150 Hornell Street, Whittier CA 90604-2245 |
| 41303253 | + | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceanside, CA 92056-4707 |
| 41311025 | + | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceansider CA 92056-4707 |
| 41295775 | + | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41311026 | #+ | Renewable Farms, Attn: Officer, Director or Managing Agen, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41295777 | #+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41295776 | + | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41311028 | #+ | Renewable Farms,, Attn: Aqent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41310590 | + | Richard W. Walker, PO Box 420, Onaga, KS 66521-0420 |
| 41310589 | + | Richard W. Walker, 214 West 9th Street, Onaga, KS 66521-9624 |
| 41311029 | | Richard W. Walker, 2l4 West 9th Street, Onaga, KS 66521 |
| 41311030 | + | Richard W. Walkr, PO BOX 420, Onaga KS 66521-0420 |
| 41399962 | + | Richard Walker, 18124 Wedge Parkway #530, Reno, NV 89511-8134 |
| 41310591 | + | Richter Wright, Attn: James D. Friedman, 32 Burning Tree Road, Newport Beach, CA 92660-5105 |
| 41296314 | + | Richter Wright (a CA general partnership), Attn: James D. Friedman, 32 Burning Tree Rd., Newport Beach, CA 92660-5105 |
| 41311033 | | Riverside County Tax Collector, Attn: M:tt Jennings, PO Box 12005, Riverside CA 92502-2205 |
| 41284763 | | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41284762 | + | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41311032 | | Riverside County Tax Collector, Matt Jennings Treasurer Tax Collect, 4081 Lemon Street, lst Floor, Riverside, CA 92501 |
| 41314838 | + | Riverside County Tax Collector, Adelina Abril, 4080 Lemon St, 4th Floor, Riverside CA 92501-3609 |
| 41311034 | + | State of California Franchise Tax Board, Bankruptcy Section MS A340, PO Box 295, Sacramento, CA 95812-0295 |
| 41310991 | + | Summer Shaw, Esq., SHAW & HANOVER, PC, 42-600 Cook Street, Suite 2l0, Palm Desert, CA 92211-6107 |
| 41310595 | + | The Burrill Trust, 156 Wadsworth Avenue, Santa Monica, CA 90405-3510 |
| 41313408 | + | Treitler Family Trust, c/o Marc Treitler Trustee, Marc Treitler, 9950 Scrippslake Drive #101, San Diego CA 92131-1082 |
| 41311019 | + | Zinda T. Seckler-RufkahrrTrustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |

TOTAL: 86

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ss@shaw.law | Apr 04 2023 00:29:00 | Summer M Shaw, Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211 |
| tr | Email/Text: arturo.cisneros@txitrustee.com | Apr 04 2023 00:29:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | EDI: EDD.COM | Apr 04 2023 04:21:00 | Employment Development Dept., Bankruptcy |

| District/off: 0973-8 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 03, 2023 | Form ID: 309C | Total Noticed: 95 |

| | | | | |
|---|---|---|---|---|
| smg | EDI: CALTAX.COM | | | Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| | | Apr 04 2023 04:21:00 | | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41284756 | EDI: CALTAXFEE | | | |
| | | Apr 04 2023 04:21:00 | | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41284757 | EDI: EDD.COM | | | |
| | | Apr 04 2023 04:21:00 | | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41372958 | EDI: CALTAX.COM | | | |
| | | Apr 04 2023 04:21:00 | | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41289433 | EDI: IRS.COM | | | |
| | | Apr 04 2023 04:21:00 | | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 41284764 | EDI: CALTAX.COM | | | |
| | | Apr 04 2023 04:21:00 | | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 9

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | CASE REOP/CONV/OR CLOSED WITHOUT A TRUSTEE |
| 41295748 | | Alisa Arkenberg, Debtor will amend when, information becomes available) |
| 41295754 | | Cory Graham Sottek, Debtor will amend when, information becomes available) |
| 41295760 | | Jack D. Brewer, Debtor will amend when, information becomes available) |
| 41295761 | | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, Debtor will amend when, information becomes available) |
| 41295764 | | Keith A. Rowell, Trustee, of the Keith A. Rowell Trust, Debtor will amend when, information becomes available) |
| 41295765 | | Koonce Family Enterprise, LP, Debtor will amend when, information becomes available) |
| 41295766 | | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, Debtor will amend when, information becomes available) |
| 41295767 | | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, Debtor will amend when, information becomes available) |
| 41295768 | | Luis Enrique Gomez, Debtor will amend when, information becomes available) |
| 41295771 | | Mainstar Trust Custodian FBO, Richard W. Walker IRA, Debtor will amend when, information is available) |
| 41295773 | | Mario Melillo, Debtor will amend when, information becomes available) |
| 41295774 | | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, Debtor will amend when, information becomes available) |
| 41295780 | | Robert L. Brattrud, Trustee of the, Robert L. Brattrud Revocable Trust, Debtor will amend when, information becomes available) |
| 41295781 | | Snyder St. Peter Family 2015 Trust, William Henri Snyder &, Debtor will amend when, information becomes available) |
| 41295783 | | Wayne C. Rowell, Trustee of the, Wayne C. Rowell Revocable Trust, Debtor will amend when, information is available) |
| 41303225 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41310553 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41295747 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41303226 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310554 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41295745 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310555 | *+ | Alisa Arkenberg, 7933 E. Baker Drive, Scottsdale, AZ 85266-2255 |
| 41303228 | *+ | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41310556 | *+ | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41303229 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310557 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310997 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41303230 | *+ | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310559 | *+ | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San |

Case 8:22-bk-11556-TA    Doc 195    Filed 04/05/23    Entered 04/05/23 21:22:11    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0973-8 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Apr 03, 2023 | Form ID: 309C | Total Noticed: 95 |

| | | |
|---|---|---|
| | | Francisco, CA 94080-4558 |
| 41303231 | *+ | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310560 | *+ | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41295753 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41303232 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41310561 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41311001 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41310562 | *+ | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41311002 | *+ | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41303234 | *+ | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41310563 | *+ | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41303235 | *+ | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |
| 41310564 | *+ | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |
| 41295757 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41303236 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41310565 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41311005 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41310566 | *+ | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, #1, San Carlos, CA 94070-4128 |
| 41303238 | *+ | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41310567 | *+ | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41310568 | * | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Living Trust, 2100 Camino Vida Roble, Suite A, Carlsbad, CA 92011 |
| 41284758 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41295759 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41303240 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41310569 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41303244 | *+ | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41310575 | *+ | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41303243 | *+ | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41310574 | *+ | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41311015 | *+ | JLoanco, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41311014 | *+ | JLoanco, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41311010 | *+ | Jaclyn Maduff, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41310571 | *+ | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41310572 | *+ | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41311012 | *+ | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41311013 | *+ | Jeffrey McNutt, 6311 Sierra Elena Roas, Irvine, CA 92603-3926 |
| 41310576 | *+ | Koonce Family Enterprise, LP, Barbara Holt, Advisor, 517 E. Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311017 | *+ | Koonce Family Enterprises, 517 E Calle Laureles, Santa Barbara CA 93105-2005 |
| 41310578 | *+ | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41310579 | *+ | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |
| 41295770 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41303249 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310581 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41295769 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41303248 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310580 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310582 | *+ | Mainstar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, #530, Reno, NV 89511-8134 |
| 41303251 | *+ | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |
| 41310583 | *+ | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |
| 41310584 | *+ | Mario Melillo, 2404 Harbor Boulevard, #106, Costa Mesa, CA 92626-6212 |
| 41310585 | *+ | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceanside, CA 92056-4707 |
| 41303254 | *+ | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41310586 | *+ | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41303256 | *+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41310588 | *+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41303255 | *+ | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41310587 | *+ | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41311027 | *+ | Renewable Farms, c/o FcI Lender Services,, 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |

Case 8:22-bk-11556-TA    Doc 195    Filed 04/05/23    Entered 04/05/23 21:22:11    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0973-8 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Apr 03, 2023 | Form ID: 309C | Total Noticed: 95 |

| | | |
|---|---|---|
| 41311031 | *+ | Richter Wright, Attn: James D. Friedman, 32 Burning Tree Road, Newport Beach, CA 92660-5105 |
| 41295779 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41303258 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41310593 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41295778 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41303257 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41310592 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41295782 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41303259 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41310594 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41310990 | *+ | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41311035 | *+ | The Burrill Trust, 156 Wadsworth Avenue, Santa Monica, CA 90405-3510 |
| 41303252 | ##+ | Mario Melillo, 2404 Harbor Boulevard, #106, Costa Mesa, CA 92626-6212 |

TOTAL: 16 Undeliverable, 83 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Allan D Sarver
    on behalf of Creditor Richard W Walker ADS@asarverlaw.com

Allan D Sarver
    on behalf of Creditor Allan D Sarver ADS@asarverlaw.com

Allan D Sarver
    on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com

Arturo Cisneros
    on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org CACD_ECF@mclaw.org

Arturo Cisneros (TR)
    amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Christopher Hewitt
    on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com

Christopher Hewitt
    on behalf of Defendant Joe Colangelo hewittesq@yahoo.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Diana Torres-Brito
    on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
    on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo

| | |
|---|---|
| | on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R Rafatjoo | |
| | on behalf of Interested Party Qwan International Investments  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| James C Bastian, Jr | |
| | on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com |
| Lee S Raphael | |
| | on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com  cmartin@pralc.com |
| Michael J Hauser | |
| | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Nathan F Smith | |
| | on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | |
| | on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nicholas W Gebelt | |
| | on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | |
| | on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | |
| | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Rika Kido | |
| | on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| Rika Kido | |
| | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| Summer M Shaw | |
| | on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | |
| | on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy M Ryan | |
| | on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| W. Derek May | |
| | on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com |
| William Malcolm | |
| | on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org |

TOTAL: 33

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Stonebridge Ventures, LLC**<br>Name | EIN | 47–2985950 |
| United States Bankruptcy Court | Central District of California | Date case filed in chapter 11 | 9/9/22 |
| Case number: | 8:22–bk–11556–TA | Date case converted to chapter 7 | 4/3/23 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Stonebridge Ventures, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 15 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660 | |
| 4. | **Debtor's attorney**<br>Name and address | Summer M Shaw<br>Shaw & Hanover, PC<br>42–600 Cook Street<br>Suite 210<br>Palm Desert, CA 92211 | Contact phone 760–610–0000<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Arturo Cisneros (TR)<br>3403 Tenth Street, Suite 714<br>Riverside, CA 92501 | Contact phone (951) 328–3124<br>Email _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 4/3/23 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **May 3, 2023 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

192/SD8

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor  **Stonebridge Ventures, LLC**                                                                Case number **8:22–bk–11556–TA**

| | | |
|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| 11. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |

**For more information, see page 1 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **2**