WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:    (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

FILED & ENTERED

APR 06 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AND DEVELOPMENT AS REAL ESTATE BROKER**<br><br>**[4 Makena Lane, Rancho Mirage, California 92270]** |

The Notice of Trustee's Intent to Employ Real Estate Agent ("Notice") and Chapter 11 Trustee's Application to Employ Real Estate Broker; Declaration Of Brian Thompson In Support Thereof ("Application") filed on March 15, 2023 as Docket Nos. 172 and 171, respectively were presented to this Court. It appearing that notice was appropriate under the circumstances, no objections or responses having been filed, that the Application should be granted, and good cause appearing therefore, Order as follows,

///

///

///

IT IS ORDERED:

(1) The Trustee's Application is approved; and

(2) The employment of Brian Thompson of Winterstone Real Estate and Development as real estate broker is approved upon the terms and conditions set forth in the Application.

###

Date: April 6, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge