United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

**Recip ID**       **Recipient Name and Address**
db                 + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

**Name**                **Email Address**

Allan D Sarver
    on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com

Allan D Sarver
    on behalf of Creditor Richard W Walker ADS@asarverlaw.com

Allan D Sarver
    on behalf of Creditor Allan D Sarver ADS@asarverlaw.com

Arturo Cisneros
    on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org   CACD_ECF@mclaw.org

Arturo Cisneros (TR)
    amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Christopher Hewitt
    on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com

Case 8:22-bk-11556-TA    Doc 198    Filed 04/08/23    Entered 04/08/23 21:13:59    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Christopher Hewitt | on behalf of Defendant Joe Colangelo hewittesq@yahoo.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| Diana Torres-Brito | on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com |
| Diana Torres-Brito | on behalf of Debtor Stonebridge Ventures  LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com |
| Hamid R Rafatjoo | on behalf of Interested Party Qwan Capital  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Qwan International Investments  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| James C Bastian, Jr | on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com |
| Lee S Raphael | on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com  cmartin@pralc.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Nathan F Smith | on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nicholas W Gebelt | on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Rika Kido | on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| Rika Kido | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| Summer M Shaw | on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy M Ryan | on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| W. Derek May | on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com |
| William Malcolm | |

District/off: 0973-8 User: admin Page 3 of 3
Date Rcvd: Apr 06, 2023 Form ID: pdf042 Total Noticed: 1

on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org

TOTAL: 33

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax:    (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

APR 06 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER AUTHORIZING TRUSTEE TO EMPLOY BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AND DEVELOPMENT AS REAL ESTATE BROKER**<br><br>**[4 Makena Lane, Rancho Mirage, California 92270]** |

The Notice of Trustee's Intent to Employ Real Estate Agent ("Notice") and Chapter 11 Trustee's Application to Employ Real Estate Broker; Declaration Of Brian Thompson In Support Thereof ("Application") filed on March 15, 2023 as Docket Nos. 172 and 171, respectively were presented to this Court. It appearing that notice was appropriate under the circumstances, no objections or responses having been filed, that the Application should be granted, and good cause appearing therefore, Order as follows,

///

///

///

1

IT IS ORDERED:

(1) The Trustee's Application is approved; and

(2) The employment of Brian Thompson of Winterstone Real Estate and Development as real estate broker is approved upon the terms and conditions set forth in the Application.

###

Date: April 6, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge