**PART 2**

**d. Total Current Assets - Values based on listing price and/or sales price.**

**1 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 1 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| Offer Received | $2,500,000 |
| Property Taxes – Riverside County | Estimated ($16,500) |
| First Priority Deed of Trust – Wright | Estimated ($1,773,000) |
| Second Priority Deed of Trust – Reitzfeld | Estimated ($450,000) |
| Broker Commissions (5%) | ($125,000) |
| Estimated Costs of Sale (1.5%) | ($37,500) |
| **Net Equity** | **$98,000** |

**2 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 2 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| List Price | $3,300,000 |
| First Priority Deed of Trust – Brentwood Finance – (*Scheduled Value $1,850,000*) | Estimated Payoff (2,270,000) |
| Second Priority Deed of Trust – Renewable Farms – (*Scheduled Value $250,000*) | Estimated (300,000) |
| **Net Equity (subject to litigation)** | **$730,000** |

**4 Makena Lane, Rancho Mirage, California 92270**

Real property not scheduled, but recovered.

| 4 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| List Price | $2,200,000 |
| 11 Fractional Interests – (*Total Scheduled Value $1,525,000*) | Estimated (1,700,000) |
| Estimated Costs of Sale (8%) | (176,000) |
| **Net Equity** | **$324,000** |

**Balance Sheet**

**5 Makena Lane, Rancho Mirage, California 92270 (CLOSED)**
Real property scheduled.

| 5 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| Purchase Price | $2,800,000 |
| Property Taxes – Riverside County Tax Collector | (33,554.07) |
| First Priority Deed of Trust – Baiocchi Family LP | (1,879,747.79) |
| Second Priority Deed of Trust – PARTIAL Disbursement ON 3/14/23 | (200,000) |
| Broker Commissions (4%) – Winterstone Real Estate and Development | (112,000) |
| Fidelity National Title Company | (4,165.24) |
| A & A Escrow Services, Inc. | (4,435) |
| Buyer to Credit for Payment of Outstanding Water Bill | (1,036.22) |
| Mechanic's Lien FUNDS HELD | (21,000) |
| **Net Equity (subject to litigation and pending disbursement on 2nd DOT)** | **$544,061.68** |

Total Disbursements as of 3/31/23 = $2,255,938.32

**7 Makena Lane, Rancho Mirage, California 92270 (CLOSED)**
Real property not scheduled, but recovered.

| 7 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| Purchase Price | $1,980,000 |
| Lienholder - AB Capital Fund B, LLC | (296,750.25) |
| Lienholder – Brad Bunten and Doreen Bunten | (55,430.51) |
| Lienholder – The Burrill Trust | (107,505.91) |
| Lienholder – Hold on to Your Music | (161,291.46) |
| Lienholder – The Jaclyn Maduff Family Trust | (107,569.03) |
| Lienholder – The McNutt-Peng Family Trust | (109,322.95) |
| Lienholder – Koonce Family Enterprises | (222,053.35) |
| Lienholder – Mainstar Trust Custodian | (66,516.69) |
| Property Taxes – Riverside County Tax Collector | (25,380.90) |
| Broker Commissions (6%) | (118,800) |
| Fidelity National Title Company | (4,090.16) |
| A & A Escrow Services, Inc. | (3,500) |
| **Net Equity (Subject to litigation)** | **$701,788.79** |

Total Disbursements = $1,278,211.21

| | |
|---|---|
| $7,200,000 | Total Trustee's Estimated Value of Remaining Properties |
| (6,578,000) | Total Estimated Prepetition Secured Debt |
| $622,000 | Subtotal Estimated Net Equity of Assets |
| $544,062 | Net Equity from 5 Makena Sale (after $200,000 disbursement) |
| $701,788 | Net Equity from 7 Makena Sale |
| **$1,867,850** | **Total Estimated Net Equity of Assets** |

**Balance Sheet**

## PART 3 – SCHEDULE OF ASSET SALES

**5 Makena Lane, Rancho Mirage, California 92270 ("5 Makena")**

A Sale Motion for 5 Makena Lane was filed on December 21, 2022 and set for hearing on January 11, 2023.  An order granting the Sale Motion was entered on February 7, 2023.  Escrow closed on February 24, 2023.

**Date of Transfer:** February 24, 2023
**Description of the asset sold or transferred:** Real Property (5 Makena)
**Gross sales price:** $2,800,000
**Payments made from the sale proceeds to or by third parties:** See below and attached escrow closing statement.
**Net sale proceeds received on behalf of the estate:** $744,061.68, subject to litigation claims of Lewis and payment of 2nd Deed of Trust Holders

| 5 Makena Lane, Rancho Mirage, California 92270 | |
|---|---:|
| Purchase Price | $2,800,000 |
| Property Taxes – Riverside County Tax Collector | (33,554.07) |
| First Priority Deed of Trust – Baiocchi Family LP | (1,879,747.79) |
| Second Priority Deed of Trust – PARTIAL Disbursement on 3/31/23 | (200,000) |
| Broker Commissions (4%) – Winterstone Real Estate and Development | (112,000) |
| Fidelity National Title Company | (4,165.24) |
| A & A Escrow Services, Inc. | (4,435) |
| Buyer to Credit for Payment of Outstanding Water Bill | (1,036.22) |
| Mechanic's Lien FUNDS HELD | (21,000) |
| **TOTAL** | **$544,061.68** |

**7 Makena Lane, Rancho Mirage, California 92270 ("5 Makena")**

A Sale Motion for 7 Makena Lane was filed on January 11, 2023 and set for hearing on February 1, 2023.  An order granting the Sale Motion was entered on February 10, 2023.  Escrow closed on March 31, 2023.

**Date of Transfer:** March 31, 2023
**Description of the asset sold or transferred:** Real Property (7 Makena)
**Gross sales price:** $1,980,000
**Payments made from the sale proceeds to or by third parties:** See below and attached escrow closing statement.
**Net sale proceeds received on behalf of the estate:** $701,788.79

## PART 3

| **7 Makena Lane, Rancho Mirage, California 92270** | |
|---|---:|
| Purchase Price | $1,980,000 |
| Lienholder - AB Capital Fund B, LLC | (296,750.25) |
| Lienholder – Brad Bunten and Doreen Bunten | (55,430.51) |
| Lienholder – The Burrill Trust | (107,505.91) |
| Lienholder – Hold on to Your Music | (161,291.46) |
| Lienholder – The Jaclyn Maduff Family Trust | (107,569.03) |
| Lienholder – The McNutt-Peng Family Trust | (109,322.95) |
| Lienholder – Koonce Family Enterprises | (222,053.35) |
| Lienholder – Mainstar Trust Custodian | (66,516.69) |
| Property Taxes – Riverside County Tax Collector | (25,380.90) |
| Broker Commissions (6%) | (118,800) |
| Fidelity National Title Company | (4,090.16) |
| A & A Escrow Services, Inc. | (3,500) |
| **TOTAL** | **$701,788.79** |

# PART 3

# PART 7

**Question a. Were any payments made on prepetition debt?**

### 5 Makena

A Sale Motion for real property located on 5 Makena Lane, Rancho Mirage, California 92270 was filed on December 21, 2022 and set for hearing on January 11, 2023. An order granting the Sale Motion was entered on February 7, 2023. Escrow closed on February 24, 2023.

*Approximate Date of Payment*: February 24, 2023
**Name of Payee:** Baiocchi Family LP
**Amount Paid:** $1,879,747.79

*Date of Payments*: March 14, 2023

**Name of Payee:** Jeannette Himmelstein Living Trust
**Partial Amount Paid on 2nd TD Lien:** $100,000

**Name of Payee:** Geoffrey P. Field Living Trust
**Partial Amount Paid on 2nd TD Lien:** $25,000

**Name of Payee:** Don Suskind
**Partial Amount Paid on 2nd TD Lien:** $25,000

**Name of Payee:** Mainstar Trust FBO Richard W. Walker, IRA
**Partial Amount Paid on 2nd TD Lien:** $50,000

### 7 Makena

A Sale Motion for real property located on 7 Makena Lane, Rancho Mirage, California 92270 was filed on January 11, 2023 and set for hearing on February 1, 2023. An order granting the Sale Motion was entered on February 10, 2023. Escrow closed on March 31, 2023.

*Approximate Date of Payments*: March 31, 2023

**Name of Payee:** AB Capital Fund B, LLC
**Amount Paid:** $296,750.25

**Name of Payee:** Brad Bunten and Doreen Bunten
**Amount Paid:** $55,430.51

**Name of Payee:** The Burrill Trust
**Amount Paid:** $107,505.91

**Name of Payee:** Hold on to You Music
**Amount Paid:** $161,291.46

# PART 7

**Name of Payee:** The Jaclyn Maduff Family Trust
**Amount Paid:** $107,569.03

**Name of Payee:** The McNutt-Peng Family Trust
**Amount Paid:** $109,322.95

**Name of Payee:** Koonce Family Enterprises
**Amount Paid:** $222,053.35

**Name of Payee:** Mainstar Trust Custodian FBO
**Amount Paid:** $66,516.69

# PART 7