# Flagstar Bank, N.A.

565 Fifth Avenue
New York, New York 10017

00000001  M2699SES040  65  000000000 9 161
STONEBRIDGE VENTURES LLC DEBTOR
CASE 22-11556
ARTURO CISNEROS AS TRUSTEE
3403 10TH ST, SUITE 714,
RIVERSIDE CA  92501          999

**Statement Period**
From March   01, 2023
To   March   31, 2023
Page 1 of 3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

See Back for Important Information

**Primary Account:** ▇▇▇3792      3

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **EPOSIT ACCOUNTS** | | | |
| ▇▇▇3792 | BANKRUPTCY CHECKING | 501.00 | 594,562.68 |
| | RELATIONSHIP TOTAL | | 594,562.68 |



# Follow these steps to balance your check register

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Update your checkbook register.<br><br>Please check to make sure you have entered all the transactions shown on the front of the statement. | In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off. | In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off. | To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement. |

| Date of Deposit or Credit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total A** |  |

| Check Number or Date of Debit | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total B** |  |

Statement Balance  ____

Add Total A  ____

Subtotal  ____

Subtract Total B  ____

Adjusted Statement Balance  ____

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

### In Case of Errors or Questions About Your Statement

This applies to all transactions in a Business Bank Deposit Account and a Personal Bank Deposit Account except Electronic Fund Transfers in a Personal Bank Deposit Account:

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the mailing or availability of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

### Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

### Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

### Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

### In Case of Errors or Questions About an Electronic Fund Transfers Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mail or make available to you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### Information for Home Equity, Personal and Reserve Line of Credit Accounts

The Finance Charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Account is calculated by applying a Daily Periodic Rate to the Average Daily Balance of your Account. The Daily Periodic Rate is the Annual Percentage Rate divided by 365. To get the Average Daily Balance, or the Balance Subject to Interest Rate, we take the Daily Balance for each day during the Billing Cycle that the same Daily Periodic Rate is in effect, adds those Daily Balances together and divides them by the number of days during the Billing Cycle that the Daily Periodic Rate is in effect. To get the Daily Balance we take beginning balance of Advances (principal) in your Account each day, adds any Advances and subtracts any payments of, or credits to, principal for that day. Please refer to your Line of Credit Account Agreement and Disclosure for additional information.

### In Case of Errors in a Home Equity, Personal and Reserve Line of Credit Accounts

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
**Signature Bank, 565 Fifth Avenue, NY NY 10017.**

In your letter, give us the following information:
1) *Account information:* Your name and account number.
2) *Dollar amount:* The dollar amount of the suspected error.
3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1) We cannot try to collect the amount in question, or report you as delinquent on that amount.
2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4) We can apply any unpaid amount against your credit limit.

Rev. August 2019- 800147

**Flagstar Bank, N.A.**

Statement Period
From March    01, 2023
To   March    31, 2023
Page 2 of 3

STONEBRIDGE VENTURES LLC DEBTOR
CASE 22-11556
ARTURO CISNEROS AS TRUSTEE
3403 10TH ST, SUITE 714,
RIVERSIDE CA  92501         999

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

**Primary Account:** ███3792    3

**BANKRUPTCY CHECKING**    ███3792

**Summary**

| | |
|---|---:|
| Previous Balance as of March 01, 2023 | 501.00 |
| 1 Credits | 744,061.68 |
| 3 Debits | 150,000.00 |
| Ending Balance as of March 31, 2023 | 594,562.68 |

**Deposits and Other Credits**

| | | |
|---|---|---:|
| Mar 01 | REMOTE CAPTURE | 744,061.68 |

**Checks by Serial Number**

| | | | | | |
|---|---|---:|---|---|---:|
| Mar 20 | 1002 | 100,000.00 | Mar 16 | 1004 | 25,000.00 |
| Mar 20 | 1003 | 25,000.00 | | | |

**Daily Balances**

| | | | | |
|---|---:|---|---|---:|
| Feb 28 | 501.00 | | Mar 16 | 719,562.68 |
| Mar 01 | 744,562.68 | | Mar 20 | 594,562.68 |



00000001-0057847-0002-0003-M2699SES04012303102-65-L