WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Proposed Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**TRUSTEE'S NOTICE AND APPLICATION REGARDING CONTINUED EMPLOYMENT OF THE LAW FIRM OF MALCOLM ♦ CISNEROS, A LAW CORPORATION, AS GENERAL COUNSEL; BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AND DEVELOPMENT AS REAL ESTATE BROKER; AND HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS ON THE SAME TERMS THAT WERE PREVIOUSLY APPROVED BY THE COURT**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEBTOR; DEBTOR'S COUNSEL; AND OTHER INTERESTED PARTIES:**

The Application of Chapter 7 Trustee, A. Cisneros ("Trustee"), respectfully represents as follows:

1

**A.    The Filing of the Petition, Pre-Petition Transfers, and Appointment of Trustee.**

1. This case was commenced on September 9, 2022, with the filing of a skeletal petition under Chapter 11 of the Bankruptcy Code ("Petition").

2. On or about January 6, 2015, Debtor obtained title to the following real properties:

    a. 1 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-001 ("1 Makena");

    b. 2 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-002 ("2 Makena");

    c. 4 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-004 ("4 Makena");

    d. 5 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-005 ("5 Makena"); and

    e. 7 Makena Lane, Rancho Mirage, California 92270 – Accessor's Parcel Number 682-031-007 ("6 Makena") (1, 2, 4, 5, and 7 Makena are collectively referred to herein as the "Properties").

3. Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in 1, 2, 4, and 7 Makena ("Transfers") to AB Capital LFD, Inc. ("AB LFD").

4. Joshua Pukini ("Mr. Pukini") is the principal of both Debtor and AB LFD. Mr. Pukini is also the principal of AB Capital, LLC, a debtor in case number 8:22-bk-11585-TA, an involuntary Chapter 7 case filed on September 15, 2022 and Med Equity, LLC, a debtor in case number 2:21-bk-12447-ER, a Chapter 11 case filed on March 26, 2021.

5. On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on *inter alia* the Transfers.

6. On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate.

**B.    Trustee's Negotiations to Address the Transfers and the Conveyances to the Estate.**

7. Immediately upon his appointment, Trustee, through the Firm, commenced negotiations to address the Transfers and effectuate the transfer of legal title to 1, 2, 4, and 7 Makena back to the Estate.

8. Based on Trustee's negotiations with AB LFD, and with the assistance of the Firm, AB LFD quitclaimed its interest in 1, 2, 4, and 7 Makena to the Estate.

**C.  Trustee's Employment of the Firm and the Court's Approval.**

9. On October 28, 2022, Trustee filed an application to employ the Firm as his general counsel in this case ("Application to Employ the Firm"). The Application to Employ the Firm was granted on November 18, 2022. *See* DE 51 and 63, respectively.

**D.  Trustee's Employment of Brian Thompson to Sell the Properties and the Court's Approval.**

10. On November 7, 2022, Trustee filed an application to employ Brian Thompson of Winterstone Real Estate and Development ("Broker") as his real estate broker for purposes of marketing and selling 1, 5, and 7 Makena. On November 28, 2022, the application was approved. *See* DE 57 and 70, respectively.

11. On February 15, 2023, Trustee filed an application to employ Broker as his real estate broker for purposes of marketing and selling 2 Makena. On March 16, 2023, the application was approved. *See* DE 139 and 176, respectively.

12. On March 15, 2023, Trustee filed an application to employ Broker as his real estate broker for purposes of marketing and selling 4 Makena. On April 6, 2023, the application was approved (the applications to employ broker that were filed on February 15, 2023, and March 15, 2023 are collectively referred to herein as the Applications to Employ Broker. *See* DE 171 and 197, respectively.

**E.  Trustee's Employment of Hahn Fife & Company, LLP as His Accountants.**

13. On February 27, 2023, Trustee filed an application to employ Hahn Fife & Company, LLP ("Accountants") as his accountants ("Application to Employ Accountants"). On March 30, 2023, the application was approved. *See* DE 148 and 187, respectively.

**F.  The Motions to Sell and Sales of 5 Makena, 7 Makena, and 1 Makena.**

14. On December 21, 2022, Trustee filed a motion to sell 5 Makena. The motion was granted on February 7, 2022. *See* DE 81 and 132, respectively.

15. On January 11, 2023, Trustee filed a motion to sell 7 Makena. The motion was granted on February 10, 2023. *See* DE 99 and 137, respectively.

16. On January 30, 2023, Trustee filed a motion to sell 1 Makena. The motion was granted on March 3, 2023. *See* DE 119 and 152, respectively.

17. Trustee has since closed the sale of 5 Makena and 7 Makena. *See* DE 162 and 189.

18. Trustee has also closed the sale of 1 Makena and will be filing the report of sale shortly.

**G.    The Status of the Sale of 2 and 4 Makena.**

19. 2 Makena and 4 Makena have been listed for sale by Broker, for $3.3 million and $2.2 million, respectively.

**H.    The Claims in Connection with the Proceeds of the Sale of 5 Makena.**

20. Pursuant to the order approving the sale of 5 Makena, Trustee is currently holding a portion of the proceeds of the sale pending resolution of the claims of Darryl Lewis and Sanna Akhtanova ("Lewis Claims"). *See* DE 132 and 162.

21. Trustee, through counsel, is currently engaged in settlement negotiations in connection with the Lewis Claims.

**I.    The Adversary Proceeding and Order to Show Cause in Connection with 2 Makena.**

22. On February 9, 2023, the Firm filed an adversary proceeding against Joe Colangelo ("Colangelo") and Monika Jensen ("Jensen") for turnover and unjust enrichment in connection with their continued occupation of 2 Makena. *See* United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:23-ap-01013-TA ("Adversary Proceeding"). *See* Adversary Proceeding Docket Entry "1."

23. Joe Colangelo has filed a response to the Adversary Proceeding and Trustee has stipulated to extend the deadline of Monika Jensen to respond. *See* Adversary Proceeding Docket Entry 9 and 14, respectively.

24. On March 3, 2023, Trustee filed a motion for an order requiring Colangelo and Jensen to appear and show cause why they should not be sanctioned for their refusal to turn over 2 Makena to Trustee ("OSC"). *See* DE 153.

25. On March 15, 2023, the Court entered the OSC, and a hearing on it was held on March 29, 2023 and continued to May 2, 2023. *See* DE 173.

///

**J.      Conversion of the Case to Chapter 7 and Appointment of Trustee.**

26.    On March 10, 2023, Trustee filed a motion to convert the case to Chapter 7, which was granted on April 3, 2023.  *See* DE 163 and 191.

27.    On April 3, 2023, Trustee was appointed as the Chapter 7 Trustee of Debtor's Estate.

**K.      Trustee's Proposed Continued Employment of the Firm as his General Counsel on the Same Terms that were Previously Approved by the Court.**

28.    Trustee proposes to continue the retention of the Firm as attorneys for Trustee effective April 3, 2023 to continue representation of him in this case.  The continued retention of the Firm, and scope of the Firm's representation of Trustee, shall be on the same terms as those provided in the Application to Employ the Firm and previously approved by the Court.  *See* DE 51 and 63, respectively.

29.    Based on the Firm's representation of Trustee in his capacity as Chapter 11 Trustee, the firm has a pre-petition administrative claim against the Estate.

30.    The Firm will seek compensation pursuant to §§ 330 and 331.  The hourly billing rates of attorneys of the Firm range from $250 to $575/hour, and paralegal rates range from $130 to $220/hour.  Such rates are the same rates reflected in Exhibit "2" to the Declaration of Nathan F. Smith in support of the Application to Employ the Firm and have not been increased despite the passage of time.

**L.      Trustee's Proposed Continued Employment of Broker as his Real Estate Broker on the Same Terms that were Previously Approved by the Court.**

31.    Trustee proposes to continue the retention of the Broker as his real estate broker for the purposes of marketing and selling 2 and 4 Makena.  The continued retention of Broker shall be on the same terms as those provided in the Applications to Employ Broker and previously approved by the Court.  *See* DE 139, 176, 171, and 197, respectively.

**M.      Trustee's Proposed Continued Employment of Accountants as his Accountants on the Same Terms that were Previously Approved by the Court.**

32.    Trustee proposes to continue the retention of Accountants as his accountants on the same terms as those provided in the Application to Employ Accountants and previously approved by the Court. *See* DE 148 and 187.

33.    Based on services rendered to the Chapter 11 Trustee prior to conversion of the case to

Chapter 7, Accountants have a pre-petition administrative claim against the Estate.

34. Accountants will seek compensation on the same terms as those previously approved by the Court.

### N. **Compensation of the Professionals.**

35. The Firm, Trustee, and Accountants ("Professionals") will apply for compensation not more frequently than once every 120 days, after notice and a hearing, as required by the Bankruptcy Code. The Professionals will accept as compensation such sum as the Court deems reasonable. There will be no written employment agreement, separate from this Notice and Application and the order to be obtained hereon; and the only source of payment of compensation is the Estate.

36. This Notice and Application is being filed and served concurrently herewith pursuant to Local Bankruptcy Rule 2014-1(b)(2).

37. A copy of this Notice and Application is available upon written request by contacting Erica Pedraza at Malcolm ♦ Cisneros, A Law Corporation, 2112 Business Center Drive, Irvine, CA 92612, telephone number (949) 252-9400, facsimile (949) 252-1032.

**PLEASE TAKE NOTICE** that if you do not oppose the proposed employment discussed herein, you need not take further action. Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any opposition to the Application and request for hearing must be filed with the Court in the form required by Local Bankruptcy Rule 9013-1(f)(1) and served upon proposed counsel for Trustee at the address indicated in the upper-left hand corner of the first page of this document and OUST no later than 14 days from the date of the service of this notice. Failure to timely file and serve an opposition, response or request for hearing may be deemed consent to the relief sought in the Application.

///
///
///
///
///
///
///

**WHEREFORE,** Trustee prays for an Order authorizing him to continue the employment of the Firm as his general counsel, Broker as his real estate broker, and Accountants, as his accountants with respect to the matters referred to in this Notice and Application and upon the terms and conditions set forth herein, in the Application to Employ the Firm, and in the Applications to Employ Broker, and the Application to Employ Accountants effective April 3, 2023.

DATED: May 2, 2023

By: /s/ A. Cisneros
A. CISNEROS
*Chapter 7 Trustee of the Estate of Stonebridge Ventures, LLC*

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **2112 Business Center Drive, 2nd Floor, Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (specify): **TRUSTEE'S NOTICE AND APPLICATION REGARDING CONTINUED EMPLOYMENT OF THE LAW FIRM OF MALCOLM ♦ CISNEROS, A LAW CORPORATION, AS GENERAL COUNSEL; BRIAN THOMPSON OF WINTERSTONE REAL ESTATE AND DEVELOPMENT AS REAL ESTATE BROKER; AND HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS ON THE SAME TERMS THAT WERE PREVIOUSLY APPROVED BY THE COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *May 3, 2023*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
**CHAPTER 11 TRUSTEE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) *May 3, 2023*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive ,Suite 200, Newport Beach CA 92660**
**NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211**
**NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest CA 92630**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) *May 3, 2023*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 3, 2023** | **Shelli Bohm** | */s/ Shelli Bohm* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SECTION 1 CONT**.
NOTICE: James C Bastian     jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Nicholas W Gebelt     ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser     michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt     hewittesq@yahoo.com
NOTICE: Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows     david@davidwmeadowslaw.com
NOTICE: Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver     ADS@asarverlaw.com
NOTICE: Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-3.1.PROOF.SERVICE**

**SECTION 2 CONT.**
AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite I55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road
41 San Carlos, CA 94070

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box t346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Linda T. Seckler-Rufkahr, Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 2l0
Palm Desert, CA 92211

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
PO Box 389
Calpella CA 95418

Aaron Flora
468 S. Coate Road,
Orange CA 92869