| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **WILLIAM G. MALCOLM, #129271**<br>**NATHAN F. SMITH, #264635**<br>Malcolm ♦ Cisneros, A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, California 929612<br>(949) 252-9400 (Telephone)<br>(949) 252-1032 (Facsimile)<br>e-mail: bill@mclaw.org; nathan@mclaw.org<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br><br><br><br>Debtor. | CASE NO.: **8:22-bk-11556-TA**<br>CHAPTER: **7**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** MOTION FOR AN ORDER REQUIRING JOE COLANGELO AND MONIKA JENSEN TO APPEAR AND SHOW CAUSE AS TO WHY THEY SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) and 105(a) AND ORDERED TO COOPERATE WITH TRUSTEE'S EFFORTS TO MARKET AND SELL PROPERTY OF THE ESTATE |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE WHY JOE COLANGELO SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(A) AND 105(A) AND IMPOSING SANCTIONS** was lodged on 05/12/2023 and is attached. This order relates to the motion which is docket number 153.
.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
**CHAPTER 11 TRUSTEE: Arturo Cisneros (TR)**     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **May 12, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**
**NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211**
**NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 24, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **May 12, 2023** | **Erica F. Pedraza** | /s/ Erica F. Pedraza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*       Page 2       **F 9021-1.2.BK.NOTICE.LODGMENT**

**SECTION 1 CONT.**
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE WHY JOE COLANGELO SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) AND 105(a) AND IMPOSING SANCTIONS**<br><br><u>HEARING DATE</u><br>DATE: May 9, 2023<br>TIME:  10:30 AM<br>PLACE: Via Zoom |

The Court's Order to Show Cause Why Joe Colangelo Should not be Sanctioned Under 11 U.S.C. §§ 542(a) and 105(a) and for refusing to turn over the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property") came on for hearing on May 9, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of, and with, his client, A. Cisneros, Trustee; Christopher Hewitt appeared on behalf of his client, Joe Colangelo; and Nicholas Gebelt appeared on behalf of his client, Monika Jensen.

Exhibit 1

1

Order

The Court, having read and considered the Motion for the Order to Show Cause, the Order to Show Cause, the parties' responses to the Order to Show Cause, all papers and pleadings filed in this case; and heaving heard argument from the parties;

**IT IS HEREBY ORDERED** that**:**

1. Joe Colangelo ("Mr. Colangelo") shall vacate the Property by Friday, May 12, 2023 at 12:00 p.m.;

2. Mr. Colangelo shall remove all of his personal property from the Property by Friday, May 12, 2023 at 12:00 p.m.;

3. Mr. Colangelo shall turn over all keys to the Property to Trustee or his real estate broker, Brian Thompson ("Broker"), by Friday, May 12, 2023 at 12:00 p.m.; and

4. If Mr. Colangelo fails to vacate the Property, fails to remove all of his personal property from the Property, or fails to turn over all keys to the Property to Trustee or Broker by May 12, 2023 at 12:00 p.m., sanctions are hereby imposed against Mr. Colangelo and in favor of Trustee in the amount of $1,000 per day beginning on May 12, 2023 and continuing each and every day thereafter until Mr. Colangelo vacates the Property, removes all of his personal property from the Property, and turns over all keys to the Property to Trustee or Broker.

###

Exhibit 1