WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**MAY 12 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE WHY JOE COLANGELO SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) AND 105(a) AND IMPOSING SANCTIONS**<br><br><u>HEARING DATE</u><br>DATE: May 9, 2023<br>TIME: 10:30 AM<br>PLACE: Via Zoom |

The Court's Order to Show Cause Why Joe Colangelo Should not be Sanctioned Under 11 U.S.C. §§ 542(a) and 105(a) and for refusing to turn over the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property") came on for hearing on May 9, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of, and with, his client, A. Cisneros, Trustee; Christopher Hewitt appeared on behalf of his client, Joe Colangelo; and Nicholas Gebelt appeared on behalf of his client, Monika Jensen.

Order

The Court, having read and considered the Motion for the Order to Show Cause, the Order to Show Cause, the parties' responses to the Order to Show Cause, all papers and pleadings filed in this case; and heaving heard argument from the parties;

**IT IS HEREBY ORDERED** that**:**

1. Joe Colangelo ("Mr. Colangelo") shall vacate the Property by Friday, May 12, 2023 at 12:00 p.m.;

2. Mr. Colangelo shall remove all of his personal property from the Property by Friday, May 12, 2023 at 12:00 p.m.;

3. Mr. Colangelo shall turn over all keys to the Property to Trustee or his real estate broker, Brian Thompson ("Broker"), by Friday, May 12, 2023 at 12:00 p.m.; and

4. If Mr. Colangelo fails to vacate the Property, fails to remove all of his personal property from the Property, or fails to turn over all keys to the Property to Trustee or Broker by May 12, 2023 at 12:00 p.m., sanctions are hereby imposed against Mr. Colangelo and in favor of Trustee in the amount of $1,000 per day beginning on May 12, 2023 and continuing each and every day thereafter until Mr. Colangelo vacates the Property, removes all of his personal property from the Property, and turns over all keys to the Property to Trustee or Broker.

### ###

Date: May 12, 2023

Theodor C. Albert
United States Bankruptcy Judge