United States Bankruptcy Court

Central District of California

In re:  
Stonebridge Ventures, LLC  
    Debtor

Case No. 22-11556-TA  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: May 12, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Christopher Hewitt
    on behalf of Defendant Joe Colangelo hewittesq@yahoo.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Diana Torres-Brito
    on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
    on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

James C Bastian, Jr
    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
    on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael J Hauser
    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Plaintiff A. Cisneros nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
    on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Richard A Marshack
    on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
    lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Rika Kido
    on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com

Rika Kido
    on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Debtor Stonebridge Ventures LLC ss@shaw.law,
    shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan
    on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

W. Derek May
    on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com

William Malcolm

District/off: 0973-8　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: May 12, 2023　　　　　　　　　　Form ID: pdf042　　　　　　　　　　　Total Noticed: 1

on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org

TOTAL: 33

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

**FILED & ENTERED**

MAY 12 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE WHY JOE COLANGELO SHOULD NOT BE SANCTIONED UNDER 11 U.S.C. §§ 542(a) AND 105(a) AND IMPOSING SANCTIONS**<br><br><u>HEARING DATE</u><br>DATE:  May 9, 2023<br>TIME:   10:30 AM<br>PLACE: Via Zoom |

The Court's Order to Show Cause Why Joe Colangelo Should not be Sanctioned Under 11 U.S.C. §§ 542(a) and 105(a) and for refusing to turn over the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property") came on for hearing on May 9, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of, and with, his client, A. Cisneros, Trustee; Christopher Hewitt appeared on behalf of his client, Joe Colangelo; and Nicholas Gebelt appeared on behalf of his client, Monika Jensen.

Order

1

The Court, having read and considered the Motion for the Order to Show Cause, the Order to Show Cause, the parties' responses to the Order to Show Cause, all papers and pleadings filed in this case; and heaving heard argument from the parties;

**IT IS HEREBY ORDERED** that**:**

1. Joe Colangelo ("Mr. Colangelo") shall vacate the Property by Friday, May 12, 2023 at 12:00 p.m.;

2. Mr. Colangelo shall remove all of his personal property from the Property by Friday, May 12, 2023 at 12:00 p.m.;

3. Mr. Colangelo shall turn over all keys to the Property to Trustee or his real estate broker, Brian Thompson ("Broker"), by Friday, May 12, 2023 at 12:00 p.m.; and

4. If Mr. Colangelo fails to vacate the Property, fails to remove all of his personal property from the Property, or fails to turn over all keys to the Property to Trustee or Broker by May 12, 2023 at 12:00 p.m., sanctions are hereby imposed against Mr. Colangelo and in favor of Trustee in the amount of $1,000 per day beginning on May 12, 2023 and continuing each and every day thereafter until Mr. Colangelo vacates the Property, removes all of his personal property from the Property, and turns over all keys to the Property to Trustee or Broker.

###

Date: May 12, 2023

Theodor C. Albert
United States Bankruptcy Judge