WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

**FILED & ENTERED**

**MAY 26 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

*Proposed Attorneys for Chapter 11 Trustee, A. Cisneros*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

STONEBRIDGE VENTURES, LLC,

    Debtor.

Case No. 8:22-bk-11556-TA

Chapter 7

**ORDER APPROVING TRUSTEE'S APPLICATION REGARDING CONTINUED EMPLOYMENT OF MALCOLM CISNEROS AS GENERAL COUNSEL; BRIAN THOMPSON AS REAL ESTATE BROKER AND HAHN FIFE & COMPANY AS ACCOUNTANTS**

The Court, having considered the Trustee's Notice And Application Regarding Continued Employment Of The Law Firm of Malcolm ♦ Cisneros, A Law Corporation, as General Counsel; Brian Thompson of Winterstone Real Estate and Development as Real Estate Broker; and Hahn Fife & Company, LLP as Accountants on the same terms that were previously approved by the Court ("Notice") [Docket Entry No. 202], all related pleadings, the docket as a whole, and finding good cause, hereby orders as follows:

    1.    The Application is approved.

    2.    The continued employment of Malcolm ♦ Cisneros, A Law Corporation as General Counsel is approved effective April 3, 2023. Employment is authorized pursuant to 11

U.S.C. § 327 and compensation is subject to further application, determination and approval of this Court pursuant to 11 U.S.C. § 330 or § 331.

3. The continued employment of Brian Thompson of Winterstone Real Estate and Development as real estate broker is approved on the same terms as previously approved by the Court.

4. The continued employment of Hahn Fife & Company LLP is approved on the same terms as previously approved by the Court.

IT IS SO ORDERED.

###

Date: May 26, 2023

Theodor C. Albert
United States Bankruptcy Judge