A. Cisneros, Chapter 7 Trustee
3403 Tenth Street
Suite 714
Riverside, CA 92501
amctrustee@mclaw.org
Telephone: (951) 328-3124
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>STONEBRIDGE VENTURES, LLC<br><br><br>Debtor(s). | Case No. 22-11556-TA<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC §341(a)] AND [11 USC §343] |

TO THE ABOVE DEBTOR(S) AND THE ATTORNEY(S) OF RECORD, IF ANY:

Appearances having been made by the ☐ Debtor and/or ☐ Co Debtor or ☐ no appearances having been made at the previously scheduled meeting of creditors,

PLEASE TAKE NOTICE, that the Meeting of Creditors in the above-entitled case is Continued to June 28, 2023 at 11:45 AM at Location: TR 7, TELEPHONIC MEETING,

FOR INSTRUCTIONS CONTACT THE TRUSTEE.

The above-named debtor(s) is/are required to appear at said date and time pursuant to 11 U.S.C. §343. Failure to appear at this scheduled hearing may result in the dismissal of your Bankruptcy case or the denial of your bankruptcy discharge.

Dated: June 01, 2023          /s/ A. Cisneros
                              A. Cisneros, TRUSTEE

I certify that I placed this Notice in a pre-stamped envelope and mailed this notice to the debtor and debtor's counsel, through the U.S. mail on June 01, 2023.

                              /s/ Mayra Johnson