| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>Email: bill@mclaw.org; nathan@mclaw.org | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Chapter 7 Trustee, A. Cisneros

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11556-TA |
|---|---|
| | CHAPTER: 7 |
| | **NOTICE OF MOTION FOR:**<br>CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION<br> *Property: 2 Makena Lane, Rancho Mirage, CA 92270*<br>(*Specify name of Motion*) |
| | DATE: 07/11/2023<br>TIME: 11:00 am<br>COURTROOM: Via Zoom Teleconference<br>PLACE: United States Bankruptcy Court<br>   411 West Fourth Street<br>   Santa Ana CA 92501 |

1. TO (*specify name*): __The Debtor, Debtor's Counsel and All Other Interested Parties_____

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)
**OF SALE PROCEEDS; (5) DETERMINING THATTHE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING THE 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); DECLARATIONS OF A. CISNEROS, BRIAN THOMPSON, DONALD T. FIFE, AND JOEY ARSANTO IN SUPPORT HEREOF.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.


Date:  06/13/2023                        MALCOLM ♦ CISNEROS, A Law Corporation
                                         Printed name of law firm



                                         /s/ Nathan F. Smith
                                         Signature


                                         Nathan F. Smith
                                         Printed name of attorney

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

**TITLE OF MOTION:**

CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING THE 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); DECLARATIONS OF A. CISNEROS,  BRIAN THOMPSON, DONALD T. FIFE, AND JOEY ARSANTO IN SUPPORT HEREOF

A complete copy of the Motion may be obtained upon request by contacting the Clerk's Office at the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana CA 92701; or by contacting the office of the Trustee's Counsel, Malcolm & Cisneros.

**MOTION SUMMARY**

A. Cisneros ("Trustee"), Trustee for the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor"), moves the Court for an order authorizing him to sell property of the bankruptcy estate located in the County of Riverside, State of California, and commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property") free and clear of liens.

The Trustee seeks Court authority to sell the Property to Roll Sparrow, LLC ("Buyer"), for the total purchase price of Three Million One Hundred Sixty Thousand and 00/100 ($3,160,000) ("Purchase Price"), subject to Bankruptcy Court approval and overbids.

In Trustee's business judgment, the Property has a fair market value in the range of $3,160,000.  As such, Trustee respectfully requests an order: (1) Authorizing him to sell the Property free and clear of liens; (2) Approving overbid procedures; (3) Approving Broker compensation; (4) Authorizing distribution of sale proceeds; (5) Determining that the proposed Buyer is a "Good Faith Purchaser" under § 363(m); and (6) Waiving the 14-day stay of FRBP 6004(h).

The sale of the Property is in the best interest of creditors and the Estate.  In Trustee's business judgment, the Property has a fair market value of approximately $3,160,000.  The sale of the Property to Roll Sparrow, LLC ("Buyer") is in the best interest of creditors and the Estate.  Predicated on the granting of the Motion, and if no overbids are received, the Estate will receive net proceeds of approximately $546,377.45, and perhaps slightly more, after payment of costs of sale, two liens of record against the Property, and delinquent real property taxes.

This case was commenced on September 9, 2022 with the filing of a skeletal petition under Chapter 11 of the Bankruptcy Code ("Petition").

On or about January 6, 2015, Debtor obtained title to the Property.

Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in the Property and 1, 4, and 7 Makena ("Transfers") to AB Capital LFD, Inc. ("AB LFD").

On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on inter alia the Transfers.

On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
| --- | --- |

Immediately upon his appointment, Trustee commenced negotiations to address the Transfers and effectuate the transfer of legal title to the Property and 1, 4, and 7 Makena back to the Estate.

Based on Trustee's negotiations with AB LFD, AB LFD quitclaimed its interest in the Property and 1, 4, and 7 Makena to the Estate.  The deeds were recorded on October 25, 2022.

On September 23, 2022, Debtor filed its Schedules but did not identify the Property in Schedule A.

In its Amended Schedule D, Debtor identified the following liens against the Property:
    a.      Brentwood Finance Company, LLC ("Brentwood") in the amount of $1,850,000.
    b.      Renewable Farms ("Renewable") in the amount of $250,000.

On December 21, 2022, Trustee filed a motion to sell 5 Makena.  The motion was granted on February 7, 2022.

On January 11, 2023, Trustee filed a motion to sell 7 Makena.  The motion was granted on February 10, 2023.

On January 30, 2023, Trustee filed a motion to sell 1 Makena. The motion was granted on March 3, 2023.

Trustee has since closed the sales of 5 Makena, 7 Makena, and 1 Makena.

On February 15, 2023, Trustee filed an application to employ Brian Thompson ("Broker") as his real estate broker for the purposes of selling the Property.  The application provided for a reduced commission of 5%, or 4% if Broker represented both parties in the transaction.  The application was approved on March 16, 2023.

On March 10, 2023, Trustee filed a motion to convert the case to Chapter 7, which was granted on April 3, 2023.

On April 3, 2023, Trustee was appointed as the Chapter 7 Trustee of Debtor's Estate, a capacity in which he continues to serve.

On May 26, 2023, the Court entered an order authorizing the continued employment of Broker on the same terms as previously approved on March 16, 2023.

In its Schedule E/F, Debtor identified approximately $144,950 in unsecured claims.  As of the filing of this Motion, $4,602,893.66 in unsecured claims have been filed.

After extensive efforts attempting to seek turnover of 2 Makena, the Firm filed an adversary proceeding on February 9, 2023, against Joe Colangelo ("Colangelo") and Monika Jensen ("Jensen") for turnover and unjust enrichment in connection with their occupancy of 2 Makena.  See United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:23-ap-01013-TA ("Adversary Proceeding").

Both defendants have filed answers to the Adversary Proceeding.

On March 3, 2023, Trustee filed a motion for an order requiring Colangelo and Jensen to appear and show cause why they should not be sanctioned for their refusal to turnover 2 Makena to Trustee ("OSC").

On March 15, 2023, the Court entered the OSC, hearings on it were held on March 29, 2023, May 2, 2023, and May 9, 2023.
On April 19, 2023, Trustee and Broker were present at the Property to supervise the removal of Jensen's personal property from the Property.  Jensen had previously vacated the Property but left personal property behind.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
| --- | --- |

On May 12, 2023, the Court entered an order requiring Joe Colangelo to vacate, and remove all of his personal property from, the Property by noon on May 12, 2023, or he would be sanctioned in the amount of $1,000 per day until he vacated the Property.

Joe Colangelo removed the last of his personal property from the Property on May 13, 2023.  Thereafter, Trustee secured the Property.

Trustee's Broker listed the Property on the Multiple Listing Services (MLS) on February 18, 2023 and showed the Property to interested parties prior to listing it.

On May 1, 2023, Trustee received an offer of $3,050,000 from the DRB Living Trust, which was subsequently increased to $3,150,000.

Contemporaneously with receipt of the $3,150,000 offer, Trustee received Buyer's all-cash offer of $3,160,000 on May 15, 2023, which was accepted subject to a Counteroffer on May 19, 2023.  Since the Estate's Broker will represent both sides of this transaction, the commission will be reduced to only 4% pursuant to the Trustee's negotiated employment terms.

## SALE TERMS

Trustee has received and accepted, pending Bankruptcy Court approval, and is providing notice to creditors concurrently herewith, an offer from Buyer to purchase the Property, subject to overbids, for $3,160,000.  A true and correct copy of the Residential Purchase Agreement and Counter-Offer (collectively referred to as the "Purchase Agreement") is attached to the Motion as Exhibit "1" which provides in part as follows:

- The Buyer has agreed to pay the Debtor's bankruptcy estate a total of $3,160,000.  The Buyer has already tendered a $48,000 deposit to Trustee ("Buyers' Deposit").
- The sale shall close as quickly as possible, but not later than 30 days after entry of a Bankruptcy Court order approving the sale (or such time frame extended by the Trustee and the Buyers).
- The Property is being sold, "as is – where as," thus the Trustee is not making any representations, warranties, either express or implied, as to the Property's condition, uses (prior, present or future), or otherwise.
- The Trustee will convey title to Buyer via a Trustee's Quitclaim Deed.
- The Buyer is aware that this transaction is expressly conditioned on approval of the United States Bankruptcy Court for the Central District of California.
- The Trustee is selling the Property in his capacity as the Chapter 7 Trustee of the Debtor's bankruptcy estate and further, since the Property is property of the Debtor's bankruptcy estate, the resolution of any and all disputes between the Seller and the Buyers (or any overbidder) concerning the Property shall be resolved by the United States Bankruptcy Court for the Central District of California.

Trustee shall approve, in writing, all disbursements of sale proceeds.  Escrow shall not be authorized to disburse any funds without Trustee's prior written approval.  If the is unable to close escrow because of unknown title defects, because the liens and encumbrances exceed the amount known to Trustee, by being divested of title by the Court, or because the tax consequences of the sale are excessive, Buyer's sole damages shall be limited to a refund of its deposit less escrow and bond charges.

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><div align="right">Debtor,</div> | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
| --- | --- |

## SALE FREE AND CLEAR OF LIENS

According to a Preliminary Title Report obtained by Trustee, the Property is encumbered by the following liens:

a.     $36,399.60 in real property taxes owed to Riverside County;

b.     A first priority deed of trust in favor of Brentwood Finance Company, LLC ("Brentwood") in the original, principal amount of $1,850,000; and

c.     A second priority deed of trust in favor of Renewable Farms ("Renewable") in the original, principal amount of $250,000.

The Trustee seeks authority to sell the Property "free and clear of any interest in such property of an entity..." Section 363(f) allows such a sale if any of the five following conditions are met:

(1)     applicable nonbankruptcy law permits sale of such property free and clear of such interest;

(2)     such entity consents;

(3)     such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

(4)     such interest is in bona fide dispute; or

(5)     such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f).  Section 363(f) is written in the disjunctive, such that satisfaction of any one of the five conditions is sufficient to allow Trustee to sell property of the estate free and clear of liens.  In re Gerwer, 898 F.2d 730 (9th Cir. 1990).  Trustee's sale of the Property satisfies § 363(f)(3) because the Property is being sold for $3,160,000, which exceeds the amount owed to Riverside County, Brentwood, and Renewable.

To the extent that any additional liens are discovered, Trustee proposes that the sale be approved free and clear of said liens pursuant to § 363(f), with same to attach to the proceeds of sale in the same order of priority, extent, and validity.

## PROPOSED OVERBID PROCEDURES

The Trustee proposes the following overbid procedures subject to Bankruptcy Court approval:

- Only Qualified Bidders may submit an overbid. A "Qualified Bidder" is one who provides a financial statement, credit report, and such business and banking references as are required in Trustee's reasonable discretion, sufficient to assure Trustee of the bidder's ability (based on availability of financing, experience or other conditions) to consummate the purchase of the Property, and one who can consummate the purchase of the Property on the same terms and conditions, other than price, as those proposed in the Offer.
- Each bid must be received by Trustee and his counsel no later than 2 business days prior to the hearing.
- The initial overbid must exceed the Offer by a minimum of $20,000.  Therefore, the first overbid must be at least $3,180,000 plus 1% of the bid amount if two brokers are involved in the transaction.  Each subsequent bid must then be in increments of at least $10,000 plus 1% of the bid amount if two brokers are involved in the transaction.
  **The additional 1% of the bid amount in the event that two brokers are involved in the transaction is necessary to compensate the Estate for the increase in commission from 4% to 5%, but will not be required if an overbidder's broker agrees to split a commission of 4% with Trustee's Broker.**
- Each bid must be non-contingent, and on the same terms and conditions, other than price, as those proposed in the Purchase Agreement.
- Each bidder must match all terms and conditions of the Offer.  Thus, an "earnest money" deposit of at least $94,800 must be made.  Said deposit must be received by Trustee at 3403 10th Street, Suite 714, Riverside, California 92501 by no later than 2 business days prior to the hearing date.  Said deposit must be in the form

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br><br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

of a cashier's check or certified check.

- Should a bidder fail to qualify for financing or timely close escrow, the $94,800 deposit is non-refundable. However, in the event that an overbidder becomes the successful purchaser, Buyer's deposit will be returned to Buyer.
- In the event there are no overbids received by Trustee, Buyer shall, subject to Court approval, be deemed the successful bidder, and the Estate's right, title and interest in the Property shall be sold to Buyer for the sum of $3,160,000, as-is, where-as, without representations or warranties.

## BROKER COMPENSATION AND OTHER COSTS ASSOCIATED WITH THE SALE

On February 15 2023, Trustee filed an application to employ Brian Thompson of Winterstone Real Estate and Development as his real estate broker. The application was approved on March 16, 2023. On May 26, 2023, the Court authorized Trustee's continued employment of Broker on the same terms approved by the Court on March 16, 2023

The Trustee requests authorization to pay compensation for real estate broker services. Trustee and Broker have agreed that Broker will be at a reduced commission of 5% of the purchase price or overbid, as negotiated by Trustee or 4% if Broker represented both Trustee and Buyer in the transaction, as Broker does in connection with Buyer.

In addition, the Trustee seeks authority for distribution of sale proceeds as follows:

a)   For normal/customary escrow and closing costs, including 4% in broker commission;
b)   Estimated $36,399.60 to Riverside County;
c)   Estimated $2,120,122.95 to Brentwood;
d)   Estimated $267,500.00 to Renewable
e)   $126,400 to Broker; and
f)   Estimated closing costs of approximately $63,200.

## DETERMINATION OF GOOD FAITH PURCHASER

Trustee further seeks an Order determining that Buyer is a "good faith purchaser" under § 363(m), such that any appeal of the Order granting this Motion, even if successful, will not affect the validity of the sale unless a stay pending appeal is obtained. Buyer participated in the negotiation of the Purchase Agreement. Buyer is not an "insider" under § 101(31), in that neither Buyer nor its representative is a relative or general partner of Debtor, nor is Debtor a partner, director, officer, or person in control of Buyer. There is no relationship between Trustee and Buyer, except that Broker represents both Trustee and Buyer in this transaction and Buyer also purchased 5 Makena from the Estate. Thus, the proposed sale is an arms-length transaction and is in good faith. See Buyer's Declarations filed herewith.

## WAIVER OF STAY PURSUANT TO RULE 6004(h)

The Trustee also requests that the Court waive the stay under the Federal Rules of Bankruptcy Procedure, 6004(h). Time is of the essence because Buyer is able to close within 30 days of entry of the order approving this Motion.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

**BENEFIT TO THE ESTATE**

The sale of the Property as proposed herein will generate estimated net proceeds in the amount calculated as follows:

| Estimated Equity Analysis | |
|---|---:|
| Offer Received | $3,160,000 |
| Property Taxes – Riverside County | Estimated ($36,399.60) |
| First Priority Deed of Trust – Brentwood | Estimated ($2,120,122.95) |
| Second Priority Deed of Trust - Renewable | Estimated ($267,500) |
| Broker Commissions (4%) | ($126,400) |
| Estimated Costs of Sale (2%) | ($63,200) |
| **Net Proceeds the Estate** | **$546,377.45** |

The Trustee's accountant, Donald T. Fife, CPA, has determined the only potential tax consequence to the Estate from Trustee's sale of the Property is the 1.5% annual income tax assessed on California S Corporations. Therefore, to the extent that Trustee's sale of the Property results in net income to Debtor, such income would be taxed at a rate of 1.5%.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2112 Business Center Drive, 2nd Floor, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND
 CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURE ***
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
06/13/2023    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
OFFICE OF U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
CHAPTER 11 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com;
ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  06/13/2023   , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)              , I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

***(3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5)
DETERMINING THAT THE PROPOSED BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m);
AND (6) WAIVING THE 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h);
DECLARATIONS OF A. CISNEROS,  BRIAN THOMPSON, DONALD T. FIFE, AND JOEY ARSANTO IN SUPPORT
HEREOF

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/13/2023 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**SECTION 1 CONT.**
NOTICE: James C Bastian jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Nicholas W Gebelt ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt hewittesq@yahoo.com
NOTICE: Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;
rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows david@davidwmeadowslaw.com
NOTICE: Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver ADS@asarverlaw.com
NOTICE: Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com;
shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith nathan@mclaw.org, CACD_ECF@mclaw.org;
mcecfnotices@ecf.courtdrive.com;
cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT.**
NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630
NOTICE: Brentwood Finance Company LLC, 180 S. Spruce Avenue, Suite I55 South San Francisco, CA
94080
NOTICE: Renewable Farms, 2604 N. Tustin Avenue, Unit F Santa Ana, CA 92705
NOTICE: Riverside County, Riverside County Tax Collector, Adelina Abril, 4080 Lemon St, 4th Floor
Riverside CA 92501

**SECTION 2 CONT.**

AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite I55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road
41 San Carlos, CA 94070

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box t346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient
address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient
address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not
known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 2l0
Palm Desert, CA 92211

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
PO Box 389
Calpella CA 95418

Aaron Flora
468 S. Coate Road,
Orange CA 92869