# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Stonebridge Ventures, LLC
**SSN:** N/A
**EIN:** 47−2985950

15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

**BANKRUPTCY NO.** 8:22−bk−11556−TA
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before October 2, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: June 29, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**223 /**