United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| aty | + | Malcolm Cisneros, A Law Corporation, 2112 Business Center Drive, Second Floor, Irvine, CA 92612-7135 |
| aty | #+ | Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211-6108 |
| cr | + | Allan D Sarver, Law Offices of Allan D. Sarver, 16000 Ventura Blvd Suite 1000, Encino, CA 91436-2762 |
| cr | + | Baiocchi Family Limited Partnership at al, Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard #100, Woodland Hills, CA 91364-6207 |
| br | + | Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630-2868 |
| cr | + | Darryl Lewis, c/o Thomas J. Polis, Esq., Polis & Associates, APLC, 19800 MacArthur Blvd., Suite 1000, Irvine, CA 92612-2433 |
| cr | + | Joseph Colangelo, 2 Makena, Rancho Mirage, CA 92270-3904 |
| cr | + | Mary Jo Blue, Law Offices Allan Sarver, 16000 Ventura Blvd, Suite 1000, Encino, CA 91436-2762 |
| cr | + | Monika Jensen, c/o Law Offices of Nicholas Gebelt, 15150 Hornell Street, Whittier, CA 90604, U.S.A. 90604-2245 |
| intp | + | Qwan Capital, LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| intp | + | Qwan International Investments, LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| intp | + | Richard A. Marshack, c/o Shulman Bastian Friedman & Bui LLP, 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618-4969 |
| cr | + | Richard W Walker, c/o Law Offices of Allan D. Sarver, 16000 Ventura Blvd, Suite 1000, Encino, CA 91436-2762 |
| intp | + | Saman Jilanchi, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| cr | + | Sanna Akhtanova, c/o Thomas J. Polis, Esq., Polis & Associates, APLC, 19800 MacArthur Blvd., Suite 1000, Irvine, CA 92612-2433 |
| 41310552 | + | AB Capital Fund B, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41310992 | + | AB Capital Fund B, LLC, 15 Corporate Plaza Dyive, Suite 200, Newport Beach, CA 92660-7941 |
| 41295746 | + | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41284753 | + | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41284754 | + | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310993 | + | AB Capital, LLC, Attn: Officer, Director or, Manaving Agent, 15 Corporate Plaza Drive, Suite 2O0, Newport Beach, CA 92660-7918 |
| 41310994 | + | AB Capital, LLC A, Attn: Agent for Service of Process, 15 Cdrporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310995 | | Alisa Arkenberg, 7933 E. B#ker Drive, Scottsdale, AZ 85266 |
| 41303227 | + | Alisa Arkenberg, 7933 E. Baker Drive, Scottsdale, AZ 85266-2255 |
| 41295749 | + | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41310996 | + | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Srvice, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41295750 | + | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41284755 | + | Baocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310558 | + | Brad Bunten, 9241 Copenhaver Drive, Potomac, MD 20854-3016 |
| 41310998 | + | Brad Bvnten, 9241 Copenhaver Drive, Potomac, MD 20854-3016 |
| 41295751 | + | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310999 | + | Brentwood Finance Comany LLC, Attn: Officer, Director or Managing Agen, 180 S. Spruce Avenue, Suite l55, South San rancisco, CA 94080-4569 |
| 41295752 | + | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41311000 | + | Brentwood Finance Compasy, LLC, Attn: Auent for Service of Process, 180 S Spruce Avenue, Site 155, South San Francisco, CA 94080-4569 |
| 41303233 | + | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41311004 | + | Darryl Lewis ahd Sanna Akhtanova, 301 N. Palm Canyon Drive Suite 103-395, Palm Springs, CA 92262-5672 |
| 41295756 | + | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 7 |
| Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103 |

| | | |
|---|---|---|
| 41292927 | + | Darryl Lewis and Sanna Akhtanova, c/o Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41295755 | + | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41311003 | + | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvdw Ste. 1000, Irvine, CA 92612-2433 |
| 41303237 | #+ | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, #1, San Carlos, CA 94070-4128 |
| 41311006 | + | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, 41, San Carlos, CA 94070-4124 |
| 41295758 | + | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41311007 | + | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis & Sanna Akhta, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41303239 | | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Living Trust, 2100 Camino Vida Roble, Suite A, Carlsbad, CA 92011 |
| 41311008 | | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Livinq Trust, 2100 camino Vida Roble, Suite A, Carlsbad, CA 92011 |
| 41311009 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box t346, Philadelphia, PA 19101-7346 |
| 41295763 | + | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41295762 | + | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41310570 | + | Jaclyn Maduff, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41311011 | + | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbuby Circle, Los Angeles, CA 90034-1014 |
| 41303241 | + | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41303242 | + | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41310573 | + | Jeffrey McNutt, 6311 Sierra Elena Roas, Irvine, CA 92603-3926 |
| 41303245 | + | Koonce Family Enterprise, LP, Barbara Holt, Advisor, 517 E. Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311016 | + | Koonce Family Enterpriser LP, Barbara Holt, Advisor, 517 E. Calle Laurles, Santa Barbara, CA 93105-2005 |
| 41310577 | + | Koonce Family Enterprises, 517 E Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311018 | + | Las Palmas Group Retirement Trust, Barry Nisen, Tru/tee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41303246 | + | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41284759 | #+ | Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41303247 | + | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |
| 41284760 | + | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41311020 | + | Luna Construction Management, LLC, Attn: Officer, Director or Managing Agen, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41284761 | + | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41311021 | | Luna Construction Management, LLC, Attn: Agnt for Service of Process, 501 Sk Olive Street, Anaheim, CA 92805 |
| 41303250 | + | Mainstar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, #530, Reno, NV 89511-8134 |
| 41311022 | + | Maintar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, 4530, Reno, NV 89511-8134 |
| 41311023 | + | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scrippp Lake Drive, #101, San Diego, CA 92131-1082 |
| 41295772 | + | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |
| 41311024 | + | Mario Melillo, 2404 Harbor Boulevard, 4106, Costa Mesa, CA 92626-6212 |
| 41394712 | + | Mary Jo Blue, 18124 Wedge Parkway #530, Reno, NV 89511-8134 |
| 41458716 | + | Monika Jensen, c/o Nicholas Gebelt, 15150 Hornell Street, Whittier CA 90604-2245 |
| 41303253 | + | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceanside, CA 92056-4707 |
| 41311025 | + | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceansider CA 92056-4707 |
| 41295775 | + | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41295776 | + | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41310590 | + | Richard W. Walker, PO Box 420, Onaga, KS 66521-0420 |
| 41310589 | + | Richard W. Walker, 214 West 9th Street, Onaga, KS 66521-9624 |
| 41311029 | | Richard W. Walker, 2l4 West 9th Street, Onaga, KS 66521 |
| 41311030 | + | Richard W. Walkr, PO BOX 420, Onaga KS 66521-0420 |
| 41399962 | + | Richard Walker, 18124 Wedge Parkway #530, Reno, NV 89511-8134 |
| 41310591 | + | Richter Wright, Attn: James D. Friedman, 32 Burning Tree Road, Newport Beach, CA 92660-5105 |
| 41296314 | + | Richter Wright (a CA general partnership), Attn: James D. Friedman, 32 Burning Tree Rd., Newport Beach, CA 92660-5105 |
| 41314838 | + | Riverside County Tax Collector, Adelina Abril, 4080 Lemon St, 4th Floor, Riverside CA 92501-3609 |
| 41311033 | | Riverside County Tax Collector, Attn: M:tt Jennings, PO Box 12005, Riverside CA 92502-2205 |
| 41284763 | | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41284762 | + | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41311032 | | Riverside County Tax Collector, Matt Jennings Treasurer Tax Collect, 4081 Lemon Street, lst Floor, Riverside, CA 92501 |
| 41311034 | + | State of California Franchise Tax Board, Bankruptcy Section MS A340, PO Box 295, Sacramento, CA 95812-0295 |
| 41310991 | + | Summer Shaw, Esq., SHAW & HANOVER, PC, 42-600 Cook Street, Suite 2l0, Palm Desert, CA 92211-6107 |
| 41310595 | + | The Burrill Trust, 156 Wadsworth Avenue, Santa Monica, CA 90405-3510 |
| 41313408 | + | Treitler Family Trust, c/o Marc Treitler Trustee, Marc Treitler, 9950 Scrippslake Drive #101, San Diego CA 92131-1082 |
| 41311019 | + | Zinda T. Seckler-RufkahrrTrustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |

TOTAL: 94

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0973-8 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: arturo.cisneros@txitrustee.com | Jun 30 2023 01:12:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | EDI: EDD.COM | Jun 30 2023 05:05:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jun 30 2023 05:05:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41284756 | EDI: CALTAXFEE | Jun 30 2023 05:05:00 | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41284757 | EDI: EDD.COM | Jun 30 2023 05:05:00 | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41372958 | EDI: CALTAX.COM | Jun 30 2023 05:05:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41289433 | EDI: IRS.COM | Jun 30 2023 05:05:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 41560730 | + Email/Text: USTPregion16.SA.ECF@USDOJ.GOV | Jun 30 2023 01:13:00 | Office of the U.S. Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701-4500 |
| 41284764 | EDI: CALTAX.COM | Jun 30 2023 05:05:00 | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| acc | | Hahn Fife & Co, LLP |
| 41295748 | | Alisa Arkenberg, Debtor will amend when, information becomes available) |
| 41295754 | | Cory Graham Sottek, Debtor will amend when, information becomes available) |
| 41295760 | | Jack D. Brewer, Debtor will amend when, information becomes available) |
| 41295761 | | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, Debtor will amend when, information becomes available) |
| 41295764 | | Keith A. Rowell, Trustee, of the Keith A. Rowell Trust, Debtor will amend when, information becomes available) |
| 41295765 | | Koonce Family Enterprise, LP, Debtor will amend when, information becomes available) |
| 41295766 | | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, Debtor will amend when, information becomes available) |
| 41295767 | | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, Debtor will amend when, information becomes available) |
| 41295768 | | Luis Enrique Gomez, Debtor will amend when, information becomes available) |
| 41295771 | | Mainstar Trust Custodian FBO, Richard W. Walker IRA, Debtor will amend when, information is available) |
| 41295773 | | Mario Melillo, Debtor will amend when, information becomes available) |
| 41295774 | | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, Debtor will amend when, information becomes available) |
| 41295780 | | Robert L. Brattrud, Trustee of the, Robert L. Brattrud Revocable Trust, Debtor will amend when, information becomes available) |
| 41295781 | | Snyder St. Peter Family 2015 Trust, William Henri Snyder &, Debtor will amend when, information becomes available) |
| 41295783 | | Wayne C. Rowell, Trustee of the, Wayne C. Rowell Revocable Trust, Debtor will amend when, information is available) |
| 41303225 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41310553 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41295747 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41303226 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310554 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41295745 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |

| District/off: 0973-8 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103 |

| | | |
|---|---|---|
| 41310555 | *+ | Alisa Arkenberg, 7933 E. Baker Drive, Scottsdale, AZ 85266-2255 |
| 41303228 | *+ | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41310556 | *+ | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41303229 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310557 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310997 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41303230 | *+ | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310559 | *+ | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41303231 | *+ | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310560 | *+ | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41295753 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41303232 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41310561 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41311001 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41310562 | *+ | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41311002 | *+ | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41303234 | *+ | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41310563 | *+ | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41303235 | *+ | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |
| 41310564 | *+ | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |
| 41295757 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41303236 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41310565 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41311005 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41310566 | *+ | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, #1, San Carlos, CA 94070-4128 |
| 41303238 | *+ | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41310567 | *+ | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41310568 | * | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Living Trust, 2100 Camino Vida Roble, Suite A, Carlsbad, CA 92011 |
| 41284758 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41295759 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41303240 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41310569 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41310575 | *+ | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41303244 | *+ | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41303243 | *+ | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41310574 | *+ | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41311015 | *+ | JLoanco, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41311014 | *+ | JLoanco, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41311010 | *+ | Jaclyn Maduff, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41310571 | *+ | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41310572 | *+ | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41311012 | *+ | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41311013 | *+ | Jeffrey McNutt, 6311 Sierra Elena Roas, Irvine, CA 92603-3926 |
| 41310576 | *+ | Koonce Family Enterprise, LP, Barbara Holt, Advisor, 517 E. Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311017 | *+ | Koonce Family Enterprises, 517 E Calle Laureles, Santa Barbara CA 93105-2005 |
| 41310578 | *+ | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41310579 | *+ | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |
| 41295770 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41303249 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310581 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41295769 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41303248 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310580 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310582 | *+ | Mainstar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, #530, Reno, NV 89511-8134 |
| 41303251 | *+ | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |

Case 8:22-bk-11556-TA    Doc 224    Filed 07/01/23    Entered 07/01/23 21:14:07    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0973-8 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103 |

| | | |
|---|---|---|
| 41310583 | *+ | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |
| 41310584 | *+ | Mario Melillo, 2404 Harbor Boulevard, #106, Costa Mesa, CA 92626-6212 |
| 41310585 | *+ | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceanside, CA 92056-4707 |
| 41303254 | *+ | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41310586 | *+ | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41303256 | *+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41310588 | *+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41303255 | *+ | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41310587 | *+ | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41311027 | *+ | Renewable Farms, c/o FcI Lender Services,, 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41311031 | *+ | Richter Wright, Attn: James D. Friedman, 32 Burning Tree Road, Newport Beach, CA 92660-5105 |
| 41295779 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41303258 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41310593 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41295778 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41303257 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41310592 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41295782 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41303259 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41310594 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41310990 | *+ | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41311035 | *+ | The Burrill Trust, 156 Wadsworth Avenue, Santa Monica, CA 90405-3510 |
| 41303252 | ##+ | Mario Melillo, 2404 Harbor Boulevard, #106, Costa Mesa, CA 92626-6212 |
| 41311026 | ##+ | Renewable Farms, Attn: Officer, Director or Managing Agen, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41295777 | ##+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41311028 | ##+ | Renewable Farms,, Attn: Aqent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |

TOTAL: 17 Undeliverable, 83 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | amctrustee@mclaw.org acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com |

Case 8:22-bk-11556-TA    Doc 224    Filed 07/01/23    Entered 07/01/23 21:14:07    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0973-8 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103 |

| | |
|---|---|
| Christopher Hewitt | on behalf of Defendant Joe Colangelo hewittesq@yahoo.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| Diana Torres-Brito | on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com |
| Diana Torres-Brito | on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com |
| Hamid R Rafatjoo | on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| James C Bastian, Jr | on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com |
| Lee S Raphael | on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Nathan F Smith | on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nicholas W Gebelt | on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Rika Kido | on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Rika Kido | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Summer M Shaw | on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Debtor Stonebridge Ventures LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy M Ryan | on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| W. Derek May | on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com |
| William Malcolm | |

District/off: 0973-8 | User: admin | Page 7 of 7
Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103

on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org

TOTAL: 33

# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Stonebridge Ventures, LLC
**SSN:** N/A
**EIN:** 47−2985950

**BANKRUPTCY NO.** 8:22−bk−11556−TA
**CHAPTER** 7

15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before October 2, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: June 29, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015                                      **223 /**