WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF JOE COLANGELO IN SUPPORT OF REPLY TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS**<br><br>**[LBR 9013-1(i)(2)]**<br><br>**[Reply Filed Concurrently Herewith]**<br><br>**Hearing:**<br>Date: July 11, 2023<br>Time: 10:00 a.m.<br>Place: Via Zoom Teleconference |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES:**

A. Cisneros, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Stonebridge Ventures, LLC ("Debtor"), hereby submits the following evidentiary

objections to the Declaration of Joe Colangelo in support of Mr. Colangelo's opposition to Trustee's motion for an order authorizing the sale of the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-002] free and clear of liens and interests pursuant to 11 U.S.C. § 363(f).

1. **Objections to Paragraph 3:** The statement "On April 24, 2020, I along with Monika Jensen entered into a residential purchase agreement and purchased 2 Makena Lane, Rancho Mirage, California 92270" lacks personal knowledge/foundation pursuant to Federal Rule of Evidence ("FRE") 602 and constitutes impermissible hearsay pursuant to Federal Rule of Evidence ("FRE") 801-802.

2. **Objection to Paragraph 4:** The statement "At the time of the purchase the sum of $100,000 was deposited into escrow" lacks personal knowledge/foundation pursuant to FRE 602.

3. **Objection to Paragraph 5:** The statement "By January of 2021, I had provided Stonebridge Ventures with $1.3 million of the purchase price" lacks personal knowledge/foundation pursuant to FRE 602.

4. **Objection to Paragraph 6:** The statement "Subsequent to moving onto the premises various construction deficiencies were discovered" lacks personal knowledge/foundation pursuant to FRE 602 and the statement "Discussions became ongoing with Stonebridge Ventures, LLC on how to resolve those issues" constitutes impermissible hearsay pursuant to FRE 801-802.

5. **Objection to Paragraph 7:** The statements "On going discussions were not acrimonious. As we attempted to resolve the issues, I invested considerable sums of money into the home including adding fixtures, purchasing furniture, and investing in other home improvement projects" lack personal knowledge/foundation pursuant to FRE 602. The statement "On going discussions were not acrimonious" also constitutes impermissible hearsay pursuant to FRE 801-802.

6. **Objection to Paragraph 8:** The statement "At no time between entering into escrow and Stonebridge's filing for Chapter 11 Bankruptcy relief, was I ever informed by them that I was in breach of our purchase/sale agreement" lacks personal knowledge/foundation pursuant to FRE 602 and constitutes impermissible hearsay pursuant to FRE 801-802.

///

Evidentiary Objections

**7.** **Objection to Paragraph 9:** The statement "At no time between entering into escrow and Stonebridge's filing for Chapter 11 Bankruptcy relief was I ever informed by Stonebridge that they had taken out a loan with Brentwood" lacks personal knowledge/foundation pursuant to FRE 602 and constitutes impermissible hearsay pursuant to FRE 801-802.

**8.** **Objection to Paragraph 10:** The statement "In fact it was not until Stonebridge's filing of their bankruptcy that I learned about the jeopardy of my equity in the Makena Property" lacks personal knowledge/foundation pursuant to FRE 602.

**9.** **Objection to Paragraph 14:** The statements "Ms. Jensen has locked me out of all my electronic devices and changed the passwords to my email accounts. At present I do not have access to any of my past electronic communications" lack personal knowledge/foundation pursuant to FRE 602 and constitute impermissible hearsay pursuant to FRE 801-802.

Trustee respectfully requests that the Court sustain his objections to ¶¶ 3-10 and 14 of the Colangelo Declaration.

DATED: July 3, 2023              Respectfully Submitted,
                                 MALCOLM ♦ CISNEROS, A Law Corporation

                                 _/s/ Nathan F. Smith_
                                 NATHAN F. SMITH, #264635
                                 *Attorneys for Chapter 7 Trustee, A. Cisneros*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **EVIDENTIARY OBJECTIONS TO DECLARATION OF JOE COLANGELO IN SUPPORT OF REPLY TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 3, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF THE U.S. TRUSTEE:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
**CHAPTER 7 TRUSTEE:** Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 3, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:** Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach CA 92660
**NOTICE:** Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
**NOTICE:** Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest CA 92630

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **July 3, 2023** | **Diep Quach** | **/s/ Diep Quach** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**SECTION 1 CONT.**
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org

**SECTION 2 CONT.**
NOTICE: Brentwood Finance Company LLC, 180 S. Spruce Avenue, Suite l55 South San Francisco, CA 94080
NOTICE: Renewable Farms, 2604 N. Tustin Avenue, Unit F Santa Ana, CA 92705
NOTICE: Riverside County, Riverside County Tax Collector, Adelina Abril, 4080 Lemon St, 4th Floor Riverside CA 92501

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**