WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED HEARING**<br><br><u>CONTINUED HEARING DATE:</u><br>DATE:  July 25, 2023<br>TIME:   11:00 AM<br>PLACE: Via Zoom |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

A. Cisneros, the Chapter 7 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC hereby files this Notice of Continued Hearing on his Motion for : (1) Authorizing Sale Of Property Free And Clear Of Liens Pursuant To 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The

Proposed Buyer Is A "Good Faith Purchaser" Under 11 U.S.C. § 363(m); (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H) ("Motion").  The continued hearing will be held on **July 25, 2023 at 11:00 a.m. via Zoom.**

DATED: July 12, 2023                  Respectfully Submitted,
                                                  MALCOLM ♦ CISNEROS, A Law Corporation

                                                  */s/ Nathan F. Smith*
                                                  NATHAN F. SMITH, #264635
                                                  *Attorneys for Chapter 7 Trustee, A. Cisneros*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 12, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
**CHAPTER 11 TRUSTEE: Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 12, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **July 12, 2023** | **Diep Quach** | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**
NOTICE: James C Bastian     jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Nicholas W Gebelt     ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser     michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt     hewittesq@yahoo.com
NOTICE: Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows     david@davidwmeadowslaw.com
NOTICE: Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver     ADS@asarverlaw.com
NOTICE: Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT.**
NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101 Lake Forest, CA 92630

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**SECTION 2 CONT.**
AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite I55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road
41 San Carlos, CA 94070

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box t346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 2l0
Palm Desert, CA 92211

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
PO Box 389
Calpella CA 95418

Aaron Flora
468 S. Coate Road,
Orange CA 92869

David W. Meadows, Esq.
Law Offices of David W. Meadows
1801 Century Park East, Suite 1201
Los Angeles, CA  90067