David W. Meadows (CA Bar No. 137052)
david@davidwmeadowslaw.com
**LAW OFFICES OF DAVID W. MEADOWS**
1801 Century Park East, Suite 1201
Los Angeles, California  90067
Telephone: 310-557-8490

Counsel to Brentwood Finance Company, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case Number 8:22-bk-11556-TA |
| **STONEBRIDGE VENTURES, LLC,** | Chapter 11 |
| Debtor. | **AMENDMENT – CORRECTED TIME OF HEARING –** |
| | **STATEMENT OF SECURED CREDITOR BRENTWOOD FINANCE COMPANY, LLC IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)** |
| | **Continued Hearing:** |
| | Date:  July 25, 2023<br>Time:  11:00 a.m.<br>Place:  Via Zoom Teleconference |

1

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, TO THE CHAPTER 7 TRUSTEE, AND TO INTERESTED PARTIES:**

Brentwood Finance Company, LLC ("Brentwood") hereby makes the following statement in support of the Chapter 7 Trustee's (the "Trustee") *Motion For Order Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(f)* (the "Motion") (Dkt. 213).[1]

## I.

## THE AUCTION SHOULD PROCEED AND THE DISTRIBUTIONS PROVIDED FOR IN THE MOTION SHOULD BE APPROVED.

On or about July 2, 2021, Brentwood made a $1,850,000 loan to the Stonebridge Ventures, LLC (the "Debtor"), evidenced by a promissory note dated June 22, 2021 (the "Note"). The Note is secured by a Deed of Trust, Absolute Assignment of Leases and Rents, Security Agreement and Fixture Filing recorded on June 30, 2021 as instrument number 2021-0397998 with the Riverside County Recorder's Office (the "Deed of Trust") against the Debtor's interest in the real property located a 2 Makena Lane, Rancho Mirage, CA 92270 ("2 Makena"). The Note matured on July 1, 2022. By separate agreement, the maturity date was extended to January 2, 2023.

The issue is whether to withhold distributions to undisputed lien holders due to the alleged lien asserted by Mr. Joe Colangelo ("Colangelo"). The only evidence Colangelo has provided of any advance to the Debtor on account of Colangelo's alleged purchase of 2 Makena is contained in his "*Rebuttal to Chapter 7 Trustee's Opposition Reply*" (the "Rebuttal") (Dkt. 227). The Rebuttal was filed

---

[1] Undersigned counsel was unable to attend the first hearing on the Motion due to a court scheduling conflict. Unfortunately, the undersigned counsel will not be able to appear at the continued hearing, as the undersigned will be conducting the first of day of a two-day scheduled mediation on this Court's matter, In re Don Teruo Kojima, and Susan Lorraine Kojima, Case No. 8:21-bk-11352.-TA.

2

on July 6, 2023, only a few days before the Court's hearing on the Motion. According to the Rebuttal, although Colangelo may have transferred additional funds into escrow, a total of $499,980 was released by escrow to the Debtor. (Rebuttal, Dkt. 227, page 3 of 41, line 19.) Colangelo may owe rent to the Debtor's estate for the period between when he took possession and finally vacated under threat of a $1,000 a day sanction, which would off-set the alleged lien.

Brentwood's secured claim is undisputed. Through the undersigned, Brentwood has been in regular communication with the Trustee and his counsel, as far back as October 12, 2022. On that date, Brentwood communicated with the Trustee and counsel, informing them of the Stonebridge position, with the intention of supporting the Trustee's efforts to recover title of the property and thereafter to sell the property, leaving a substantial amount estimated for the Debtor's estate after payment of known secured creditors. Since the fall of 2022, Stonebridge has from time to time, when requested by the Trustee's counsel, provided updated pay off demands. One interest calculation issue was addressed and resolved. This means that since the fall of last year, Brentwood has been waiting for the sale of 2 Makena property, accruing interest of approximately $20,144.14 per month, which increases monthly.

Colangelo asserts that he was defrauded by the Debtor. That may be so. Had Colangelo however, acted promptly to put the world on notice of his alleged ownership interest, such as by retaining counsel and recording a *lis pendens*, then the whole world would have had notice. Neither Brentwood nor the Trustee could have had constructive notice of his ownership interest by their attempting a drive by inspection of a property in a gated community. Mr. Colangelo's recent assertion of a lien, supported by evidence submitted to the Court and interested parties only days before the prior hearing, should be insufficient to delay granting the Motion.

3

II.

<u>CONCLUSION</u>

Stonebridge requests that the Court grant the Motion. That entails conducting the auction, and authorizing and directing the Trustee to make the disbursements as provided for in the Motion.

DATED: July 18, 2023                THE LAW OFFICES OF DAVID W. MEADOWS


By:    /s/ David W. Meadows
           David W. Meadows

Counsel to Brentwood Finance Company, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:1801 Century Park East, Suite 1201, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled: AMENDED - **STATEMENT OF SECURED CREDITOR BRENTWOOD FINANCE COMPANY, LLC IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/18/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See next page.

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:

On _____, I caused to be served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/18/23, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Courier:
Honorable Theodor C Albert , Chief Judge
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/18/2023 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

1. Continued:

   - **James C Bastian**    jbastian@shulmanbastian.com
   - **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
   - **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
   - **Nicholas W Gebelt**    ngebelt@goodbye2debt.com
   - **Michael J Hauser**    michael.hauser@usdoj.gov
   - **Christopher Hewitt**    hewittesq@yahoo.com
   - **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
   - **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
   - **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
   - **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
   - **David W. Meadows**    david@davidwmeadowslaw.com
   - **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
   - **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
   - **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
   - **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
   - **Allan D Sarver**    ADS@asarverlaw.com
   - **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
   - **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
   - **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
   - **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**