WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

FILED & ENTERED

AUG 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED PURCHASER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**<br><br>**[2 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-002]**<br><br>**Hearing:**<br>Date: July 25, 2023<br>Time: 11:00 a.m.<br>Location: Zoom Teleconference |

1

Order

The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the Sale of the Property Commonly Known as 2 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-002] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer is a "Good Faith Purchaser" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on July 25, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of, and with, his client, A. Cisneros, Trustee, who also appeared. Chris Hewitt appeared on behalf of Joe Colangelo. Nicholas Gebelt appeared on behalf of Monika Jensen.

The Court, having read and considered the Motion and all papers and pleadings filed in connection therewith; including the limited opposition of Joe Colangelo, Trustee's reply in support of the Motion, the supplemental briefs filed by Trustee and Joe Colangelo, and the statement filed by Brentwood Finance Company, having approved the proposed overbid procedures; having considered argument from the parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that**:**

1. Trustee's Motion is **GRANTED**;

2. The property subject to this Order is commonly known as 2 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-002] ("Property"). A legal description of the Property is attached hereto as Exhibit "A";

3. The overbid procedures described in the Motion are approved;

4. Trustee is authorized, pursuant to § 363(b), to sell the Property to Dennis Boggio ("Buyer"), or his designated successor or successors in interest, for the purchase price of $3,402,000, with escrow to close within 30 days of the date of entry of this order;

5. The sale is free and clear of any and all liens and interests, including, but not limited to, the following liens, pursuant to § 363(f)(2):

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

2
Order

      a.    Approximately $36,399.60 in real property taxes owed to Riverside County;

      b.    The deed of trust recorded against the Property on June 30, 2021 as instrument number 2021-0397998 in the Official Records of the Riverside County Recorder's Office in favor of Brentwood Finance Company, LLC; and

      c.    The deed of trust recorded against the Property on July 29, 2021 as instrument number 2021-0455103 in the Official Records of the Riverside County Recorder's Office in favor of Renewable Farms.

6. The sale is free and clear of any and all other claims and interests, including, but not limited to, any claims or interests of Joe Colangelo and Monika Jensen pursuant to § 363(f)(5);

7. The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone Real Estate and Development, in the amount of 5% of the overbid, is approved;

8. Trustee may pay real estate broker commission, real property taxes owed to Riverside County, and costs of sale from the sale proceeds, in the manner proposed in the Motion;

9. Trustee may pay the lien recorded by Coachella Valley Water District lien recorded against the Property on June 14, 2022 from the sale proceeds;

10. The balance of the sale proceeds shall be held by Trustee, for disbursement pursuant to a further order of this Court or agreement of the parties;

11. Buyer is a "good faith purchaser" under § 363(m);

12. If the sale to Buyer does not close within 30 days of entry of this Order, Buyer's $94,800 deposit shall be forfeited to Trustee;

13. If the sale to Buyer does not close within 30 days of entry of this Order, Trustee may, but is not obligated to, sell the Property for $3,332,000 to Eric O'Sullivan;

14. Eric O'Sullivan is a "good faith purchaser" under § 363(m);

15. If the sale to Buyer closes or Trustee decides not to sell the Property to Eric O'Sullivan, Trustee is authorized to release Mr. O'Sullivan's deposit of $94,800 to him;

16. In the event that the sale to Buyer does not close and Trustee notifies Eric O'Sullivan that he will sell the Property to him for $3,332,000, Mr. O'Sullivan's deposit of $94,800 shall be forfeited to Trustee if he does not close within 30 days thereafter;

Order                              3

17. Trustee is authorized to release the original bidder, Roll Sparrow, LLC's $94,800 deposit to it;

18. Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property and distribution of the proceeds of the sale, to the extent authorized by this Order, without further notice, hearing, or Court order; and

19. The 14-day stay of FRBP 6004(h) is hereby waived.

###

Date: August 9, 2023

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge

# EXHIBIT "A"

**The land referred to herein is situated in the State of California, County of Riverside, City of Rancho Mirage and described as follows:**

Lot 2 as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, recorded in Book 427, Pages 1 through 6 inclusive of Maps, in the Office of the County Recorder of said County.

APN: 682-031-002