United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com |

District/off: 0973-8                          User: admin                                      Page 2 of 3
Date Rcvd: Aug 09, 2023                       Form ID: pdf042                                   Total Noticed: 1

Christopher Hewitt
                     on behalf of Plaintiff Joe Colangelo hewittesq@yahoo.com

Christopher Hewitt
                     on behalf of Defendant Joe Colangelo hewittesq@yahoo.com

David W. Meadows
                     on behalf of Creditor Brentwood Finance Company  LLC david@davidwmeadowslaw.com

David W. Meadows
                     on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Diana Torres-Brito
                     on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com  ecfcca@ecf.courtdrive.com

Diana Torres-Brito
                     on behalf of Debtor Stonebridge Ventures  LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Hamid R Rafatjoo
                     on behalf of Interested Party Qwan Capital  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
                     on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R Rafatjoo
                     on behalf of Interested Party Qwan International Investments  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

James C Bastian, Jr
                     on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
                     on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com  cmartin@pralc.com

Michael J Hauser
                     on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
                     on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
                     CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
                     on behalf of Plaintiff A. Cisneros nathan@mclaw.org
                     CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
                     on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
                     on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
                     on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com

Richard A Marshack
                     on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
                     lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Rika Kido
                     on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com  avernon@shulmanbastian.com

Rika Kido
                     on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com

Summer M Shaw
                     on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
                     on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law,
                     shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
                     on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
                     on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
                     on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
                     on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan

District/off: 0973-8                                    User: admin                                          Page 3 of 3
Date Rcvd: Aug 09, 2023                                Form ID: pdf042                                  Total Noticed: 1

                       on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com

United States Trustee (SA)
                       ustpregion16.sa.ecf@usdoj.gov

W. Derek May
                       on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com

William Malcolm
                       on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org


TOTAL: 36

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**AUG 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
|---|---|
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED PURCHASER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)** |
| | **[2 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-002]** |
| | <u>**Hearing:**</u> Date:  July 25, 2023 Time: 11:00 a.m. Location: Zoom Teleconference |

1

Order

1      The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the

2  Sale of the Property Commonly Known as 2 Makena Lane, Rancho Mirage, California 92270

3  [APN: 682-031-002] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. §

4  363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing

5  Distribution of Sale Proceeds; (5) Determining that the Proposed Buyer is a "Good Faith Purchaser"

6  Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure

7  ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on July 25, 2023.

8      Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of, and

9  with, his client, A. Cisneros, Trustee, who also appeared.  Chris Hewitt appeared on behalf of Joe

10  Colangelo.  Nicholas Gebelt appeared on behalf of Monika Jensen.

11      The Court, having read and considered the Motion and all papers and pleadings filed in

12  connection therewith; including the limited opposition of Joe Colangelo, Trustee's reply in support

13  of the Motion, the supplemental briefs filed by Trustee and Joe Colangelo, and the statement filed by

14  Brentwood Finance Company, having approved the proposed overbid procedures; having considered

15  argument from the parties, and good cause appearing therefore;

16      **IT IS HEREBY ORDERED** that**:**

17      1.      Trustee's Motion is **GRANTED**;

18      2.      The property subject to this Order is commonly known as 2 Makena Lane, Rancho

19  Mirage, California 92270 [APN: 682-031-002] ("Property").  A legal description of the Property is

20  attached hereto as Exhibit "A";

21      3.      The overbid procedures described in the Motion are approved;

22      4.      Trustee is authorized, pursuant to § 363(b), to sell the Property to Dennis Boggio

23  ("Buyer"), or his designated successor or successors in interest, for the purchase price of $3,402,000,

24  with escrow to close within 30 days of the date of entry of this order;

25      5.      The sale is free and clear of any and all liens and interests, including, but not limited

26  to, the following liens, pursuant to § 363(f)(2):

27

28  [1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal
Rules of Bankruptcy Procedure.

2

Order

a.    Approximately $36,399.60 in real property taxes owed to Riverside County;

b.    The deed of trust recorded against the Property on June 30,2021 as instrument number 2021-0397998 in the Official Records of the Riverside County Recorder's Office in favor of Brentwood Finance Company, LLC; and

c.    The deed of trust recorded against the Property on July 29, 2021 as instrument number 2021-0455103 in the Official Records of the Riverside County Recorder's Office in favor of Renewable Farms.

6.    The sale is free and clear of any and all other claims and interests, including, but not limited to, any claims or interests of Joe Colangelo and Monika Jensen pursuant to § 363(f)(5);

7.    The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone Real Estate and Development, in the amount of 5% of the overbid, is approved;

8.    Trustee may pay real estate broker commission, real property taxes owed to Riverside County, and costs of sale from the sale proceeds, in the manner proposed in the Motion;

9.    Trustee may pay the lien recorded by Coachella Valley Water District lien recorded against the Property on June 14, 2022 from the sale proceeds;

10.    The balance of the sale proceeds shall be held by Trustee, for disbursement pursuant to a further order of this Court or agreement of the parties;

11.    Buyer is a "good faith purchaser" under § 363(m);

12.    If the sale to Buyer does not close within 30 days of entry of this Order, Buyer's $94,800 deposit shall be forfeited to Trustee;

13.    If the sale to Buyer does not close within 30 days of entry of this Order, Trustee may, but is not obligated to, sell the Property for $3,332,000 to Eric O'Sullivan;

14.    Eric O'Sullivan is a "good faith purchaser" under § 363(m);

15.    If the sale to Buyer closes or Trustee decides not to sell the Property to Eric O'Sullivan, Trustee is authorized to release Mr. O'Sullivan's deposit of $94,800 to him;

16.    In the event that the sale to Buyer does not close and Trustee notifies Eric O'Sullivan that he will sell the Property to him for $3,332,000, Mr. O'Sullivan's deposit of $94,800 shall be forfeited to Trustee if he does not close within 30 days thereafter;

3

Order

17.  Trustee is authorized to release the original bidder, Roll Sparrow, LLC's $94,800 deposit to it;

18.  Trustee is authorized to sign any and all documents necessary, and to undertake any non-material amendments and modifications necessary, to complete the sale of the Property and distribution of the proceeds of the sale, to the extent authorized by this Order, without further notice, hearing, or Court order; and

19.  The 14-day stay of FRBP 6004(h) is hereby waived.

###

Date: August 9, 2023

Theodor C. Albert
United States Bankruptcy Judge

4

Order

1

**EXHIBIT "A"**

2

3
**The land referred to herein is situated in the State of California, County of Riverside, City of Rancho Mirage and described as follows:**

4

5
Lot 2 as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, recorded in Book 427, Pages 1 through 6 inclusive of Maps, in the Office of the County Recorder of said County.

6

7
APN: 682-031-002

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Order