A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: arturo@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | CHAPTER 7 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE |
| | **[2 Makena Lane, Rancho Mirage, California 92270 – APN: 682-031-002]** |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

    A. CISNEROS, the duly appointed and qualified Chapter 7 Trustee ("Trustee") for the bankruptcy estate of <u>Stonebridge Ventures, LLC</u>, respectfully submits his Report of Sale pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6004-1(g).

    Rule 6004(f) states in pertinent part: "(1) *Public or Private Sale*. All sales not in the ordinary course of business may be by private sale or by public auction. Unless it is impracticable, an itemized statement of the property sold, the name of each purchaser, and the price received for each item or lot or for the property as a whole if sold in bulk shall be filed on completion of the sale...."

Local Bankruptcy Rule 6004-1(g) states: "Unless otherwise ordered by the Court, the report of sale required by FRBP 6004(f)(1) must be filed and served not later than 21 days after the date of the sale of any property not in the ordinary course of business." The sale closed on August 24, 2023 and the Final Closing Statement is attached as Exhibit "1."

<u>Property</u>: 2 Makena Lane, Rancho Mirage, California 92270

<u>Name of Purchasers</u>: Dennis Boggio

<u>Purchase Price</u>: $3,402,000

Dated: September 5, 2023

_____
A. Cisneros, Chapter 7 Trustee



**A & A ESCROW SERVICES, INC.**

15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax: (310) 550-6130

## AMENDED SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 2 Makena Lane<br>Rancho Mirage, CA 92270 | **DATE:** | September 1, 2023 |
| **SELLER:** | Bankruptcy Estate of Stonebridge<br>Ventures, LLC, Bankruptcy Case No.:<br>8:22-bk-11556-TA | **CLOSING DATE:**<br>**ESCROW NO.:** | August 24, 2023<br>105760-AA |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 3,402,000.00 |
| EMD Paid Outside of Escrow to Trustee | 94,800.00 | |
| **PAYOFF CHARGES - Coachella Valley Water District** | | |
| **[Total Payoff $226.88]** | | |
| Current balance as of 07-17-23 | 226.88 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 1st 1/2 taxes 2023-2024 (estimated) at $17,085.01/semi-annually from 07/01/2023 to 08/24/2023 | 5,030.59 | |
| **COMMISSION CHARGES** | | |
| Winterstone Real Estate and Development | 85,050.00 | |
| Equity Union | 85,050.00 | |
| **OTHER DEBITS/CREDITS** | | |
| Brian Thompson for reimburse for property expenses | 1,815.00 | |
| CBA Pool Service for pool service for August 2023 | 250.00 | |
| Roll Sparrow, LLC -Joseph Arsanto for reimbursement for payment for pool services | 1,400.00 | |
| Coachella Valley Water District Water bill -closing balance | 294.80 | |
| **TITLE/TAXES/RECORDING CHARGES - Fidelity National Title Company** | | |
| Title - Owner's Title Insurance | 4,426.00 | |
| Title - Messenger Fee (overnight payoff fee) | 11.28 | |
| Title - Sub Escrow Fee | 62.50 | |
| Recording Court Order Approving Sale | 124.00 | |
| Transfer Tax - County to Riverside County | 3,742.20 | |
| Delinquent Taxes to Aug 2023 to Riverside County Tax Collector | 64,355.44 | |
| Supplemental Taxes 2022-2023 to Riverside County Tax Collector | 7,161.18 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 5,103.00 | |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Messenger/FedEx Fees to A & A Escrow Services Inc. | 35.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds** | 3,042,862.13 | |

**EXHIBIT "1"**

Date:  September 1, 2023                                                                    Escrow No.:  105760-AA

Page 2 of 2:

|  | **DEBITS** | **CREDITS** |
|---|---|---|
| **TOTAL** | $ 3,402,000.00 | $ 3,402,000.00 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

**EXHIBIT "1"**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **CHAPTER 7 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(F) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (2 Makena)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **09/05/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Interested Party:** James C Bastian    jbastian@shulmanbastian.com
**Trustee:** Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
**Interested Party:** Nicholas W Gebelt    ngebelt@goodbye2debt.com
**OUST:** Michael J Hauser    michael.hauser@usdoj.gov
**Interested Party:** Christopher Hewitt    hewittesq@yahoo.com
**Interested Party:** Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
**Trustee's Counsel:** William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
**Interested Party:** Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
**Interested Party:** W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
**Interested Party:** David W. Meadows    david@davidwmeadowslaw.com
**Interested Party:** Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
**Interested Party:** Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
**Interested Party:** Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
**Interested Party:** Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
**Interested Party:** Allan D Sarver    ADS@asarverlaw.com
**Debtor's Counsel:** Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
**Trustee's Counsel:** Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
**Interested Party:** Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
**OUST:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **09/05/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Stonebridge Ventures LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **xxxxxxxxx**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/05/2023 | **Mayra Johnson** | */s/ Mayra Johnson* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**