| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| A. Cisneros<br>3403 Tenth Street, Suite 714<br>Riverside, California 92501<br>Telephone: (951) 682-9705<br>Facsimile: (951) 682-9707<br>Email: amctrustee@mclaw.org<br><br>Chapter 7 Trustee<br><br>☒ *Chapter 7 trustee appearing without attorney*<br>☐ *Attorney for chapter 7 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7<br><br>**NOTICE OF TRUSTEE'S INTENT TO PAY ADMINISTRATIVE EXPENSES TOTALING $5,000 OR LESS**<br><br>**[LBR 2016-2(b)]**<br><br><br>[No Hearing Required (LBR 2016-2(b))] |

NOTICE IS HEREBY GIVEN that the duly appointed chapter 7 trustee intends to pay administrative expenses totaling $5,000 or less as described in Exhibit A (*attached*) using estate funds.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**. Pursuant to LBR 2016-2(b), the trustee is not required to serve this notice on any party or the court, and the burden is on any party in interest who wishes to have notice to register for electronic notice or otherwise monitor the bankruptcy case docket, pursuant to 11 U.S.C. §§ 102(1) and 503(b) and 28 U.S.C. § 959(b). Any party who opposes to this notice may request a hearing on the notice. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date this notice is <u>filed</u>. If an opposition is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the notice, and the trustee will lodge a proposed order granting the motion.

Date: 9/25/23    By: /s/ A. Cisneros
                      *Signature of chapter 7 trustee or the trustee's attorney*

                  Name: A. Cisneros, Trustee
                      *Printed name of chapter 7 trustee or the trustee's attorney*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                          F 2016-2.3.NOTICE.TRUSTEE.DISBURSE

## EXHIBIT "A"

**Total Estimated Administrative Expenses for Which Court Approval is Sought at this Time:**

$_____ Advertising Sale of Assets

$ 2,850.00 _____ Insurance

$_____ Rent

$_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503(b)(1)(B), but not preconversion taxes

$_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

**Total:** $ 2,850.00 _____ **Estimated Administrative Expenses**

The foregoing expenditures are justified by the following facts:

The remaining property of the Estate includes real property located at 4 Makena Lane, Rancho Mirage, CA 92270 ("Property") and Trustee is currently marketing same for sale. Trustee was recently apprised that the Property insurance is set to lapse on October 8, 2023; and Trustee requires that the insurance remain active while the Property is being marketed and until a buyer emerges to purchase same.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 2016-2.3.NOTICE.TRUSTEE.DISBURSE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **Notice of Trustee's Intent to Pay Administrative Expenses Totaling $5,000 or Less** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **September 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James C Bastian    jbastian@shulmanbastian.com
•Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
•Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
•Arturo Cisneros (TR)    , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
•Nicholas W Gebelt    ngebelt@goodbye2debt.com
•Michael J Hauser    michael.hauser@usdoj.gov
•Christopher Hewitt    hewittesq@yahoo.com
•Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
•William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
•Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
•W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
•David W. Meadows    david@davidwmeadowslaw.com
•Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
•Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
•Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
•Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
•Allan D Sarver    ADS@asarverlaw.com
**Debtor's Counsel:** Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
•Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
•Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
•Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
•United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **September 25, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **September 25, 2023** | **Mayra Johnson** | */s/ Mayra Johnson* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**