| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, California  92612<br>(949) 252-9400 (TELEPHONE)<br>(949) 252-1032 (FACSIMILE)<br>bill@mclaw.org; nathan@mclaw.org | |

☐ *Individual appearing without attorney*
☒ *Attorney for:*  Chapter 7 Trustee, A. Cisneros

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR:** TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY AND REQUEST FOR AUTHORITY TO ISSUE PAYMENT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF A. CISNEROS IN SUPPORT THEREOF;<br><br>(*Specify name of Motion*)<br><br>DATE: 10/31/2023<br>TIME:  11:00 am<br>COURTROOM: 5B<br>PLACE: United States Bankruptcy Court<br>     411 West Fourth Street<br>     Santa Ana CA 92701 |

1. TO (*specify name*):  TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                 Page 1                              **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 10/03/2023

MALCOLM ♦ CISNEROS, A Law Corporation
Printed name of law firm

/s/ Nathan F. Smith
Signature

Nathan F. Smith
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    F 9013-1.1.HEARING.NOTICE

| | |
|---|---|
| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |

## TITLE OF MOTION

TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY AND REQUEST FOR AUTHORITY TO ISSUE PAYMENT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ARTURO M. CISNEROS IN SUPPORT THEREOF

A complete copy of the MOTION may be obtained upon request by contacting the Clerk's Office at the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana CA 92701; or by contacting the office of the Trustee's Counsel, Malcolm & Cisneros.

## SUMMARY OF MOTION

A. Cisneros, the duly appointed and qualified chapter 7 Trustee ("Trustee") for the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor"), hereby moves the Court for an order approving the following compromise of controversy and respectfully represents to the Court as follows:

Debtor's bankruptcy case was commenced on September 9, 2022, with the filing of a Subchapter V petition under chapter 11 of the Bankruptcy Code ("Petition").  The case was converted to chapter 7 on April 3, 2023.   Trustee is the appointed, qualified, and acting chapter 7 Trustee for Debtor's bankruptcy ("Estate").

**A.     The Filing of the Petition and Pre-Petition Transfers.**

This case was commenced on September 9, 2022 with the filing of a skeletal petition under Chapter 11 of the Bankruptcy Code ("Petition").

On or about January 6, 2015, Debtor obtained title to the Property.

Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in 1, 2, 4, and 7 Makena ("Transfers") to AB Capital LFD, Inc. ("AB LFD").  However, it retained title to the Property.

**B.     The Appointment of Trustee as the Chapter 11 Trustee.**

On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on inter alia the Transfers.

On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate.

**C.     Trustee's Negotiations to Address the Transfers and the Conveyances to the Estate.**

Immediately upon his appointment, Trustee commenced negotiations to address the Transfers and effectuate the transfer of legal title to 1, 2, 4, and 7 Makena back to the Estate.

Based on Trustee's negotiations with AB LFD, AB LFD quitclaimed its interest in 1, 2, 4, and 7 Makena to the Estate.  The deeds were recorded on October 25, 2022.

**D.     The Property and Liens Against It.**

On September 23, 2022, Debtor filed its Schedules, wherein it identified its ownership interest in the Property.

| In re: | Chapter 7 |
|---|---|
| STONEBRIDGE VENTURES, LLC, | |
| Debtor, | Case No. 8:22-bk-11556-TA |

In its Amended Schedule D, Debtor identified the following liens against the Property:
- a. Baiocchi Family Limited Partnership ("BFLP") in the amount of $1,748,536.64;
- b. Forge Trust Company ("FTC") in the amount of $50,000 (based on a fractional interest in a deed of trust against the Property);
- c. Geoffrey P. Field in the amount of $50,000 (based on a fractional interest in a deed of trust against the Property);
- d. Jean Himmelstein in the amount of $200,000 (based on a fractional interest in a deed of trust against the Property);
- e. Mainstar Trust Custodian in the amount of $200,000 (based on a fractional interest in a deed of trust against the Property);
- f. Riverside County Tax Collector in the amount of $18,028.01

### E.     The Motion for Relief and Foreclosure in Connection with the Property.

October 11, 2022, BFLP filed a Motion for Relief with regard to the Property ("MFR").  A hearing on the MFR was initially set for November 1, 2022; however, Trustee negotiated continuances of the hearing pending sale, and it was ultimately withdrawn based on Trustee's sale of the Property.

### F.     Trustee's Employment of a Real Estate Broker to Sell the Property.

On November 7, 2022, Trustee filed an application to employ Brian Thompson ("Broker") as his real estate broker for the purposes of selling the Property in addition to 1 and 7 Makena.  The application was approved on November 28, 2022.

### G.     Lewis/Akhtanova's Lawsuit Against Debtor in Connection with the Property.

Prior to the filing of the Petition, or about September 6, 2022, Lewis/Akhtanova filed suit against inter alia Debtor in Riverside County Superior Court ("Lawsuit") and recorded a Notice of Pending Action ("NPA") against the Property.  The Lawsuit concerns Lewis/Akhtanova's alleged failed purchase of the Property. Through their Complaint, Lewis/Akhtanova seek damages in excess of $2,900,000.

On October 31, 2022, Plaintiffs removed the Lawsuit to this Court as Adversary Proceeding number 8:22-ap-01093-TA.  Plaintiffs have not effectuated service of the Lawsuit.

Although Trustee, through counsel, discussed a potential resolution to the Lawsuit and a sale of the Property to Plaintiffs, they rejected Trustee's offer.

### H.     Lewis/Akhtanova's Proof of Claim.

On September 21, 2022, Plaintiffs filed a proof of claim in the amount of $3,600,000 as Claims Register No. 2-1 ("Lewis/Akhtanova Claim").

### I.     The Motion to Sell the Property.

On December 21, 2022, Trustee filed a motion to sell 5 Makena.  The motion was granted over Lewis/Akhtanova's opposition on February 7, 2022.

The order granting the Motion to Sell required Trustee to hold sufficient funds to satisfy the competing interests against it.  Currently, Trustee is holding approximately $540,000 in proceeds, following a reduced payoff of the first priority deed of trust, which saved the Estate approximately $100,000, and a partial distribution to the holders of the former second priority deed of trust, which has reduced interest accrual.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

**J.    Conversion of the Case to Chapter 7 and Appointment of Trustee.**

On March 10, 2023, Trustee filed a motion to convert the case to Chapter 7, which was granted on April 3, 2023.

On April 3, 2023, Trustee was appointed as the Chapter 7 Trustee of Debtor's Estate, a capacity in which he continues to serve.

**K.    The Parties' Settlement Negotiations.**

On July 24, 2023, following numerous settlement communications between the parties, Trustee circulated a final offer along with a draft complaint against Lewis/Akhtanova for disallowance of their claim, declaratory relief in connection with the sale proceeds, and to avoid, recover, and preserve Lewis/Akhtanova's alleged statutory lien against the sale proceeds pursuant to 11 U.S.C. §§ 545(2), 550, and 551 and gave Lewis/Akhtanova until July 31, 2023 to respond.

On July 31, 2023, Lewis/Akhtanova made a counteroffer, which Trustee accepted.

**L.    The Unsecured Claims Against the Estate.**

In its Schedule E/F, Debtor identified approximately $144,950 in unsecured claims. As of the filing of this Motion, $10,920,996.50 in claims have been filed, of which $2,345,129.08 are unsecured.

## SETTLEMENT BETWEEN THE PARTIES

The parties to the settlement are Trustee and Lewis/Akhtanova ("Parties"). The general terms of the Agreement are as follows:

a.    The Agreement is subject to the approval of the Bankruptcy Court and is of no force or effect until it is approved by the Bankruptcy Court.

b.    Trustee shall pay $150,000 (One Hundred Fifty Thousand Dollars) to Lewis/Akhtanova within fourteen (14) days of entry of a Bankruptcy Court order approving the Agreement.

c.    Lewis/Akhtanova shall have an allowed general unsecured claim in the amount of $200,000, shall have no other claim against the Estate, and shall amend their $3.6 million secured claim to a general unsecured claim in the amount of $200,000 within seven (7) days of their receipt of the $150,000 payment.

d.    Lewis/Akhtanova shall dismiss the Adversary Proceeding against Debtor, with prejudice, and remand the case back to the Riverside County Superior Court within seven (7) days of receipt of the $150,000 payment.

e.    Upon the amendment of Lewis/Akhtanova's claim, dismissal of the Adversary Proceeding against Debtor, with prejudice, and remand of the remaining portion of the Adversary Proceeding related to the Non-Debtor Defendants, the Estate's claims against Lewis/Akhtanova shall be deemed fully administered.

f.    Except as provided herein, Lewis/Akhtanova hereby waive and forever disclaim any interest in, or alleged lien against, the Remaining Proceeds, other than the Settlement Payment and as the holders of a $200,000 general unsecured claim.

g.    Lewis/Akhtanova waive any and all right to assert any claims against the Estate and Trustee, except the $200,000 general unsecured claim against the Estate, and payment of the Settlement Payment by the Estate.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2112 Business Center Drive, 2nd Floor, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY AND REQUEST FOR AUTHORITY TO TO ISSUE PAYMENT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF **\*\*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/04/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com Service i

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/04/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach CA 92660

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**\*\*ARTURO M. CISNEROS IN SUPPORT THEREOF**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/04/2023 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*       Page 3       **F 9013-1.1.HEARING.NOTICE**

**SECTION 1 CONT.**
NOTICE: Robert M Aronson    robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
NOTICE: Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT.**
NOTICE: AB Capital, LFD, Inc., 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260
NOTICE: Robert M. Aronson, Law Office of Robert M. Aronson, 444 South Flower St., Suite 1700, Los Angeles, CA 90071
NOTICE: Brentwood Finance Company, LLC, 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260
NOTICE: Joseph Colangelo, 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260
NOTICE: Monika Jensen, c/o Law Offices of Nicholas Gebelt, 15150 Hornell Street, Whittier, CA 90604
NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**SECTION 2 CONT.**
17 Properties I, LLC
30855 Olympic Place
Laguna Niguel, CA 92677-3085

AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Andrew D. & Karen L. Hermann Trust
dated 3/25/09
3860 Fuchsia Circle
Seal Beach, CA 90740

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite I55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

Forge Trust Company CFBO
Donald Suskind IRA
1160 Industrial Road
41 San Carlos, CA 94070

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box t346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ira M. Hermann/ The Hermann Family Trust
1 Lucca
Laguna Niguel, CA 92677

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard A. Marshack
Chapter 7 Trustee of the Bank
870 Roosevelt
Irvine, CA 92620

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

Robert Justin Enquist
7722 Drake Ridge
Kalamazoo, MI 49009

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 2l0
Palm Desert, CA 92211

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

William R. Enquist Jr.
4014 Calle Louisa
San Clemente, CA 92672

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
PO Box 389
Calpella CA 95418

Aaron Flora
468 S. Coate Road,
Orange CA 92869