A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

FILED & ENTERED

OCT 11 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER APPROVING TRUSTEE'S PAYMENT OF ADMINISTRATIVE EXPENSE** |

The Notice of Trustee's Intent to Pay Administrative Expenses Totaling $5,000 or Less ("Notice"), filed on September 25, 2023 as Docket No. 252, was presented to this Court. The Court, having found that the Notice was appropriate under the circumstances, no objections or responses having been filed, and good cause appearing therefore, Orders as follows:

**IT IS HEREBY ORDERED** that:

1. The trustee is authorized to pay the administrative expense of $2,850 for insurance coverage on 4 Makena Lane, Rancho Mirage, California 92270.

###

Date: October 11, 2023

Theodor C. Albert
United States Bankruptcy Judge