| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard A. Marshack #107291<br>rmarshack@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Tel: (949) 333-7777<br>Fax: (949) 333-7778<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Richard A. Marshack__, __107291__, __rmarshack@marshackhays.com__
     *Name*     *Bar ID Number*     *E-Mail Address*

❏ am **counsel of record** or
   ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
   ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name _MARSHACK HAYS WOOD LLP_____
New Address_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

_____
Notice of Change of Address or Law Firm
(September 2009)

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: ~~10/9/23~~ 10/11/23                              /s/ Richard A. Marshack
                                                                                   Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

## RICHARD A MARSHACK #107291

| Case Number | Case Name | Chapter |
|---|---|---|
| 1:13-bk-10386-GM | In re Shirley Foose McClure | 7 |
| 1:16-bk-12214-VK | In re Mahshid Loghmani | 7 |
| 1:21-bk-11709-VK | In re 7590 La Jolla, LLC | 7 |
| 2:17-bk-23722-RK | In re Kody Branch | 7 |
| 2:19-bk-23664-NB | In re Liat Talasazan | 7 |
| 6:11-bk-26154-SY | In re Clifford Allen Brace, Jr. | 7 |
| 6:18-bk-11111-WJ | In re Universal Surveillance Systems, LLC | 7 |
| 6:20-bk-13006-WJ | In re Bar Piatto, LLC | 7 |
| 6:21-bk-14256-SY | In re West Cost Tiny Homes LLC | 7 |
| 6:21-bk-16238-SY | In re Ana Maria Jhohana Penunuri | 7 |
| 6:21-bk-16299-WJ | In re Dawn Renee Bullard | 7 |
| 6:22-ap-01094-WJ | Trilogy at La Quinta Maintenance Association v. Stratospheric Holdings 4, LLC, et al | ADV |
| 6:22-bk-13593-MH | In re Maria Esther Hernandez | 7 |
| 6:22-bk-14008-WJ | In re CBGM LLC | 7 |
| 6:23-bk-10913-SY | In re McGee Contracting Inc. | 7 |
| 6:23-bk-13158-RB | In re Kirk Sean Dean and Regina Ivette Bush-Dean | 7 |
| 8:13-bk-11495-TA | In re Point Center Financial, Inc. | 7 |
| 8:17-bk-10929-SC | In re Lindley Fire Protection Co., Inc. | 11 |
| 8:17-bk-10988-TA | In re Vitargo Global Sciences, Inc. | 7 |
| 8:18-bk-13324-SC | In re Ruby's Franchise Systems, Inc. | 7 |
| 8:22-bk-11556-TA | In re Stonebridge Ventures, LLC | 7 |
| 9:17-bk-11363-DS | In re Rajysan, Inc. | 7 |