United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 11, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com |

Christopher Hewitt
 on behalf of Plaintiff Joe Colangelo hewittesq@yahoo.com

Christopher Hewitt
 on behalf of Counter-Defendant Joe Colangelo hewittesq@yahoo.com

Christopher Hewitt
 on behalf of Defendant Joe Colangelo hewittesq@yahoo.com

David W. Meadows
 on behalf of Creditor Brentwood Finance Company  LLC david@davidwmeadowslaw.com

David W. Meadows
 on behalf of Defendant Brentwood Finance Company  LLC david@davidwmeadowslaw.com

David W. Meadows
 on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
 on behalf of Counter-Claimant Brentwood Finance Company  LLC david@davidwmeadowslaw.com

Diana Torres-Brito
 on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
 on behalf of Debtor Stonebridge Ventures  LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Hamid R Rafatjoo
 on behalf of Interested Party Qwan Capital  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
 on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
 on behalf of Interested Party Qwan International Investments  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

James C Bastian, Jr
 on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
 on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael G Spector
 on behalf of Interested Party Renewable Farms  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
 on behalf of Defendant Renewable Farms mgspector@aol.com mgslawoffice@aol.com

Michael G Spector
 on behalf of Defendant Renewable Farms  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael J Hauser
 on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
 on behalf of Plaintiff A. Cisneros nathan@mclaw.org
 CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
 on behalf of Defendant Arturo Cisneros nathan@mclaw.org
 CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
 on behalf of Defendant A Cisneros nathan@mclaw.org
 CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
 on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
 CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
 on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
 on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
 on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
 on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com

Richard A Marshack

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 11, 2023 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Rika Kido
    on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com

Rika Kido
    on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com

Robert M Aronson
    on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Robert M Aronson
    on behalf of Defendant Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Robert M Aronson
    on behalf of Plaintiff Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Debtor Stonebridge Ventures LLC ss@shaw.law,
shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan
    on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

W. Derek May
    on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com

William Malcolm
    on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org

Zi Chao Lin
    on behalf of Defendant Brentwood Finance Company LLC zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com

TOTAL: 49

1  A. Cisneros
   3403 Tenth Street, Suite 714
2  Riverside, California 92501
   Telephone: (951) 682-9705
3  Facsimile: (951) 682-9707
   Email: amctrustee@mclaw.org
4
5  Chapter 7 Trustee

**FILED & ENTERED**

**OCT 11 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER APPROVING TRUSTEE'S PAYMENT OF ADMINISTRATIVE EXPENSE** |

The Notice of Trustee's Intent to Pay Administrative Expenses Totaling $5,000 or Less ("Notice"), filed on September 25, 2023 as Docket No. 252, was presented to this Court. The Court, having found that the Notice was appropriate under the circumstances, no objections or responses having been filed, and good cause appearing therefore, Orders as follows:

Case 8:22-bk-11556-TA    Doc 262    Filed 10/13/23    Entered 10/13/23 21:18:41    Desc
Imaged Certificate of Notice    Page 5 of 5

**IT IS HEREBY ORDERED** that:

1. The trustee is authorized to pay the administrative expense of $2,850 for insurance coverage on 4 Makena Lane, Rancho Mirage, California 92270.

###

Date: October 11, 2023

Theodor C. Albert
United States Bankruptcy Judge

2