| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, California  92612<br>(949) 252-9400 (TELEPHONE)<br>(949) 252-1032 (FACSIMILE)<br>bill@mclaw.org; nathan@mclaw.org | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chapter 7 Trustee, A. Cisneros | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR:**<br><br>MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1,300,000 IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT<br><br>(*Specify name of Motion*)<br><br>DATE: 11/07/2023<br>TIME:  11:00 am<br>COURTROOM: 5B<br>PLACE: United States Bankruptcy Court<br>        411 West Fourth Street<br>        Santa Ana CA 92701 |
|---|---|

1. TO (*specify name*): TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                                   **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 10/17/2023

MALCOLM ♦ CISNEROS, A Law Corporation
Printed name of law firm

/s/ Nathan F. Smith
Signature

Nathan F. Smith
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 2                                        **F 9013-1.1.HEARING.NOTICE**

| In re: | Chapter 7 |
|---|---|
| STONEBRIDGE VENTURES, LLC, | |
| Debtor, | Case No. 8:22-bk-11556-TA |

## TITLE OF MOTION

MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1,300,000 IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

A complete copy of the MOTION may be obtained upon request by contacting the Clerk's Office at the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana CA 92701; or by contacting the office of the Trustee's Counsel, Malcolm & Cisneros.

## SUMMARY OF MOTION

A. Cisneros, the duly appointed and qualified chapter 7 Trustee ("Trustee") for the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor"), hereby moves the Court for an order approving the following compromise of controversy and respectfully represents to the Court as follows:

Debtor's bankruptcy case was commenced on September 9, 2022, with the filing of a Subchapter V petition under chapter 11 of the Bankruptcy Code ("Petition"). The case was converted to chapter 7 on April 3, 2023. Trustee is the appointed, qualified, and acting chapter 7 Trustee for Debtor's bankruptcy ("Estate").

**A.      The Filing of Debtor's Petition and Pre-Petition Transfer of the Property.**

Debtor's case was commenced on September 9, 2022 with the filing of a petition under Chapter 11 of the Bankruptcy Code ("Petition"). See United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:22-bk-11556-TA ("DE") 1.

On or about January 6, 2015, Debtor obtained title to the Property.

Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in the Property AB Capital LFD, Inc. ("AB LFD").

**B.      The Appointment of Trustee as Chapter 11 Trustee.**

On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on inter alia the Transfers.

On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of Debtor's bankruptcy estate ("Estate").

**C.      Trustee's Negotiations to Address the Transfer and the Conveyance of the Property to the Estate.**

Immediately upon his appointment, Trustee commenced negotiations to address the Transfers and effectuate the transfer of legal title to the Property and 1, 4, and 7 Makena back to the Estate.

Based on Trustee's negotiations with AB LFD, AB LFD quitclaimed its interest in the Property and 1, 4, and 7 Makena to the Estate. The deeds were recorded on October 25, 2022.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

### D. The Property and the Liens Against It.

On September 23, 2022, Debtor filed its Schedules but did not identify the Property in Schedule A.

In its Amended Schedule D, Debtor identified the following liens against the Property:

    a.    Brentwood Finance Company, LLC.
    b.    Renewable Farms.

### E. Trustee's Employment of a Real Estate Broker to Market and Sell the Property.

On February 15, 2023, Trustee filed an application to employ Brian Thompson ("Broker") as his real estate broker for the purposes of selling the Property. The application was approved on March 16, 2023.

### F. Conversion of the Case to Chapter 7 and the Appointment of Trustee.

On March 10, 2023, Trustee filed a motion to convert the case to Chapter 7, which was granted on April 3, 2023. .

On April 3, 2023, Trustee was appointed as the Chapter 7 Trustee of Debtor's Estate, a capacity in which he continues to serve.

### G. Jensen's Claim in the Amount of $550,034.58.

On March 13, 2023, Jensen filed an unsecured proof of claim in the amount of $550,034.58 premised on two wire transfers made from Jensen's Royal Bank of Canada Account to Escrow Experts on August 31, 2020 and December 9, 2020 as Claims Register No. 9-1 ("Jensen Claim").

On August 2, 2023, Jensen amended her claim to indicate that it was secured. See Claims Register 8-2.

### H. Trustee's Complaint Against Colangelo and Jensen.

On February 9, 2023, Trustee filed a complaint against Colangelo and Jensen for turnover of the Property and unjust enrichment ("Trustee AP").

On March 13, 2023, Colangelo filed an answer to the Trustee AP, wherein he failed to assert any counterclaims against Trustee or the Estate. See

On October 16, 2023, the Court entered an order granting Trustee's motion to amend his complaint against Colangelo and Jensen.

### I. Trustee's Sale of the Property and the $3 Million in Sale Proceeds.

On June 13, 2023, Trustee filed a motion to sell the Property for $3.16 million ("Motion to Sell").

On June 27, 2023, Colangelo filed an opposition to the Motion to Sell, wherein he, for the first time, contended that he possessed a statutory lien against it under CC § 3050.

On July 25, 2023, the Court held a hearing on the Motion to Sell, granted the motion over Colangelo's opposition, and approved a sale of the Property to the winning overbidder for $3,332,000. The order granting the Motion to Sell was entered on August 9, 2023 ("Sale Order").

| In re: | Chapter 7 |
|---|---|
| STONEBRIDGE VENTURES, LLC, | |
| Debtor, | Case No. 8:22-bk-11556-TA |

The Sale Order authorized Trustee to pay closing costs, broker compensation, and real property taxes but provided that the balance of the sale proceeds shall held by Trustee, for disbursement pursuant to a further order of the Court or agreement of the parties.

On August 24, 2023, the sale of the Property closed. Trustee is currently holding approximately $3 million in proceeds from the sale of the Property ("Sale Proceeds"). See DE 250.

**J.     The Adversary Proceedings Filed by Colangelo and Jensen.**

On July 24, 2023, Colangelo filed a complaint against Debtor, Brentwood Finance Company, LLC, Renewable Farms, AB Capital LFD, Inc., and Trustee ("Defendants"), whereby he seeks inter alia a judgment that he holds a priority lien in the amount of $1.3 million against the proceeds of the sale of the Property.

On August 5, 2023, Jensen filed a complaint against Defendants and Colangelo, whereby she seeks inter alia a judgment that she holds a priority lien in the amount of approximately $550,000 against the proceeds of the sale of the Property.

Trustee has filed motions to dismiss both the Colangelo and Jensen complaints. Both motions are currently set for hearing on November 9, 2023.

Based on the foregoing, Trustee respectfully requests that the Court enter an order authorizing him to disburse $1.3 million of the $3 million in Sale Proceeds to BFC.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2112 Business Center Drive, 2nd Floor, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1,300,000 IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/17/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
OFFICE OF U.S. TRUSTEE: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 10/17/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach CA 92660
NOTICE: Brentwood Finance Company LLC, 180 S. Spruce Avenue, Suite l55 South San Francisco, CA 94080
NOTICE: Renewable Farms, 2604 N. Tustin Avenue, Unit F Santa Ana, CA 92705

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2023 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9013-1.1.HEARING.NOTICE**

**SECTION 1 CONT.**
NOTICE: Robert M Aronson robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Nicholas W Gebelt ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt hewittesq@yahoo.com
NOTICE: Rika Kido rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com
NOTICE: William Malcolm bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows david@davidwmeadowslaw.com
NOTICE: Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver ADS@asarverlaw.com
NOTICE: Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT.**
NOTICE: AB Capital, LFD, Inc., 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260
NOTICE: Robert M. Aronson, Law Office of Robert M. Aronson, 444 South Flower St., Suite 1700, Los Angeles, CA 90071
NOTICE: Brentwood Finance Company, LLC, 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260
NOTICE: Joseph Colangelo, 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260
NOTICE: Monika Jensen, c/o Law Offices of Nicholas Gebelt, 15150 Hornell Street, Whittier, CA 90604
NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101 Lake Forest, CA 92630

**SECTION 2 CONT.**
17 Properties I, LLC
30855 Olympic Place
Laguna Niguel, CA 92677-3085

AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Andrew D. & Karen L. Hermann Trust
dated 3/25/09
3860 Fuchsia Circle
Seal Beach, CA 90740

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite I55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

~~Forge Trust Company CFBO~~
~~Donald Suskind IRA~~
~~1160 Industrial Road~~
~~41 San Carlos, CA 94070~~
*10/11/2023 – Return to sender, vacant, unable to forward*

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box t346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ira M. Hermann/ The Hermann Family Trust
1 Lucca
Laguna Niguel, CA 92677

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
01/06/2023 - *return to sender, insufficient address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard A. Marshack
Chapter 7 Trustee of the Bank
870 Roosevelt
Irvine, CA 92620

Richard W. Walker
2I4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

Robert Justin Enquist
7722 Drake Ridge
Kalamazoo, MI 49009

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 2l0
Palm Desert, CA 92211

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

William R. Enquist Jr.
4014 Calle Louisa
San Clemente, CA 92672

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
PO Box 389
Calpella CA 95418

Aaron Flora
468 S. Coate Road,
Orange CA 92869