NICHOLAS GEBELT (SBN 217362)
15150 Hornell Street
Whittier, CA 90604
Tel.: 562.777.9159
Fax: 562.946.1365
Email: ngebelt@goodbye2debt.com

Robert M. Aronson (SBN 81487)
LAW OFFICE OF ROBERT M. ARONSON
217 E. Alameda Avenue, Suite 304
Burbank, CA 91502
Tel.: 310.815.9440
Fax: 310.815.0518
Email: robert@aronsonlawgroup.com

Attorneys for Plaintiff, Monika Jensen

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| STONEBRIDGE VENTURES, LLC, | Bankruptcy No.: 8:22-bk-11556-TA |
| Debtor | **OPPOSITION TO MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1.3 MILLION IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY** |
| | Date: November 7, 2023<br>Time: 11:00 a.m.<br>Place: To be conducted via zoom.gov.<br><br>Please see Judge Albert's website at:<br><br>https://www.cacb.uscourts.gov/judges/honorabletheodor-c-albert-chief-judge for instructions on appearing via zoom.gov. |

Secured creditor, Monika Jensen ("Ms. Jensen"), hereby submits this Opposition (the "Opposition") To Motion For Order Authorizing Disbursement Of $1.3 Million In Sale Proceeds To Brentwood Finance Company (the "Motion"), filed by the Chapter 7 Trustee, Mr. Arturo Cisneros (the "Trustee"). This Opposition is based on the attached Memorandum of Points and Authorities, the record in this case, and the argument to be presented at the time of the hearing on the Motion.

## I. MEMORANDUM OF POINTS AND AUTHORITIES.

### A. The Proposed Distribution Is Contrary To State And Federal Law.

Both federal and California law adhere to the principle of "the first time is the first in right." That is, liens created earlier than others should be paid earlier than those others.

The Trustee admits that Ms. Jensen has a claim for declaratory relief to establish that her secured claim precedes that of Brentwood Finance Company ("Brentwood"). The Motion at page 6, lines 22-24. Nevertheless, the Trustee proposes to partially pay Brentwood's lien first, contrary to federal law. "Absent provision to the contrary, priority for purposes of federal law is governed by the common-law principle that 'the first in time is the first in right.'" *United States v. McDermott*, 507 U.S. 447, 449 (1993). *See also*, *Quality Loan Serv. Corp. v. 24702 Pallas Way*, 635 F. 3d 1128, 1134 (9th Cir. 2011).

The same principle is followed in California. *See*, *e.g.*, *First Bank v. East West Bank,* 199 Cal App. 4th 1309, 1313 (2011).

In sum, the Motion seeks relief which is contrary to both federal and California law.

### B. The Proposed Distribution Is Contrary To Bankruptcy Policy.

It is standard policy in Bankruptcy Court that a bankruptcy liquidation is to be an orderly process controlled by the Bankruptcy Code (Sections 725 and 726). *In re Advance Medical Spa, Inc.,* 2016 Bankr. LEXIS 2205, at *14 (B.A.P. 9th Cir. 2016) ("… a rush to the courthouse … has always been recognized as contrary to sound bankruptcy policy …") (quoting *In re Patel*, 291 B.R. 169, 174-75 (Bankr. D. Ariz. 2003)).

The United States Supreme Court affirmed this policy in *Czyzewski v. Jevic Holding Corp.*, 137 S. Ct. 973, 976 (2017) ("The Bankruptcy Code also establishes basic priority rules for determining the order in which the court will distribute an estate's assets. The Code makes clear that distributions in a Chapter 7 liquidation ***must*** follow this prescribed order.") (emphasis added).

Pursuant to this policy, disbursements are made in bankruptcy cases after the Trustee issues a final report; and then they are made in accordance with the principle, "the first in time is the first in right." All of these rules that are designed to promote fairness go unmentioned in the

Trustee's Motion.

### C. The Trustee's Motion Is Premature.

The Trustee has set the present Motion for hearing on November 7, 2023, with full knowledge that the question of whether or not Ms. Jensen has a valid lien that takes priority over Brentwood's lien is the subject of a pending adversary proceeding. The status conference in that adversary proceeding is set to take place on November 9, 2023. That date is also the date when the Court will consider the Trustee's Motion To Dismiss Ms. Jensen's Adversary Complaint. In other words, if matters go as the Trustee has scheduled them, Brentwood would have received funds disbursed by the Trustee before Ms. Jensen has had a chance to legally prove that her lien takes priority over Brentwood's lien. This makes no sense. At a minimum, the present Motion should be heard on November 9, 2023, along with the Trustee's Motion to Dismiss.

### D. The Trustee Must Provide An Exact Accounting For The Benefit Of The Senior Lienholder.

As stated above, Ms. Jensen is a secured creditor in first position, entitled to distribution of the sale proceeds prior to any junior lienholder. She maintains this position by virtue of her proof of claim, which claim is deemed allowed unless the Court disallows it. The Trustee now means to upset her priority position by distributing to a junior lienholder before distributing to her.

Although Ms. Jensen does not waive any of her rights as the most senior lienholder, if the Court allows this distribution to occur, at a minimum she must receive full assurances from the Trustee that sufficient funds will remain after this distribution to pay her $550,034.58 secured claim.

Specifically, Ms. Jensen requests an accounting of: (a) the exact amount of the interest accrual on Brentwood's lien; (b) the basis for this accrual (whether a note or other document); and (c) the precise amount the Trustee is currently holding from the proceeds of sale. The Trustee has only provided estimates of some of these amounts.

## II. CONCLUSION.

For the reasons stated above Ms. Jensen, respectfully asks the Court either to deny the Motion, or to continue the hearing on the Motion to November 9, 2023, and require that the

1 | Trustee provide a more exact accounting at that time.

3 | Dated: October 24, 2023        Respectfully submitted,

4 | **LAW OFFICES OF NICHOLAS GEBELT**

6 |
7 |                                    By: _____/s/ Nicholas Gebelt_____
                                        Nicholas Gebelt, Attorney for
                                        MONIKA JENSEN

4

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Stonebridge Ventures, LLC** | Debtor(s). | **CASE NUMBER: 8:22-bk-11556-TA** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**15150 Hornell Street**
**Whittier, CA 90604**

A true and correct copy of the foregoing document entitled (*specify*):  **OPPOSITION TO MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1.3 MILLION IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **10/24/2023** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Robert M Aronson on behalf of Creditor Monika Jensen**
robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

**Robert M Aronson on behalf of Defendant Monika Jensen**
robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

**Robert M Aronson on behalf of Plaintiff Monika Jensen**
robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

**James C Bastian, Jr on behalf of Interested Party Courtesy NEF**
jbastian@shulmanbastian.com

**Arturo Cisneros on behalf of Trustee Arturo Cisneros (TR)**
arturo@mclaw.org, CACD_ECF@mclaw.org

**Arturo Cisneros (TR)**
amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

**Arturo Cisneros (TR)**
, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

**Nicholas W Gebelt on behalf of Counter-Defendant Monika Jensen**
ngebelt@goodbye2debt.com

**Nicholas W Gebelt on behalf of Creditor Monika Jensen**
ngebelt@goodbye2debt.com

**Nicholas W Gebelt on behalf of Defendant Monika Jensen**
ngebelt@goodbye2debt.com

**Nicholas W Gebelt on behalf of Plaintiff Monika Jensen**
ngebelt@goodbye2debt.com

**Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)**
michael.hauser@usdoj.gov

**Christopher Hewitt on behalf of Counter-Defendant Joe Colangelo**
hewittesq@yahoo.com

**Christopher Hewitt on behalf of Creditor Joseph Colangelo**
hewittesq@yahoo.com

**Christopher Hewitt on behalf of Defendant Joe Colangelo**
hewittesq@yahoo.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*    **9013-3.1.PROOF.SERVICE**

| In re: **Stonebridge Ventures, LLC** Debtor(s). | CHAPTER **11** <br> CASE NUMBER |
|---|---|

**Christopher Hewitt on behalf of Plaintiff Joe Colangelo**
hewittesq@yahoo.com

**Rika Kido on behalf of Interested Party Courtesy NEF**
rkido@shulmanbastian.com, avernon@shulmanbastian.com

**Rika Kido on behalf of Interested Party Richard A. Marshack**
rkido@shulmanbastian.com, avernon@shulmanbastian.com

**Zi Chao Lin on behalf of Defendant Brentwood Finance Company, LLC**
zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com

**William Malcolm on behalf of Trustee Arturo Cisneros (TR)**
bill@mclaw.org, cvalenzuela@mclaw.org

**Richard A Marshack on behalf of Interested Party Courtesy NEF**
rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

**W. Derek May on behalf of Interested Party Courtesy NEF**
wdmlaw17@gmail.com, r48266@notify.bestcase.com

**David W. Meadows on behalf of Counter-Claimant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Creditor Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Defendant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Defendant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Interested Party Courtesy NEF**
david@davidwmeadowslaw.com

**Thomas J Polis on behalf of Creditor Darryl Lewis**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Sanna Akhtanova**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Darryl Lewis**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Sanna Akhtanova**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Hamid R Rafatjoo on behalf of Interested Party Qwan Capital, LLC**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Hamid R Rafatjoo on behalf of Interested Party Qwan International Investments, LLC**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Hamid R Rafatjoo on behalf of Interested Party Saman Jilanchi**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Lee S Raphael on behalf of Interested Party Courtesy NEF**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: **Stonebridge Ventures, LLC** | Debtor(s). | CHAPTER **11** <br> CASE NUMBER |
|---|---|---|

ecfcca@ecf.courtdrive.com, cmartin@pralc.com

**Timothy M Ryan on behalf of Interested Party Courtesy NEF**
tryan@theryanfirm.com, ecf@theryanfirm.com

**Allan D Sarver on behalf of Creditor Allan D Sarver**
ADS@asarverlaw.com

**Allan D Sarver on behalf of Creditor Mary Jo Blue**
ADS@asarverlaw.com

**Allan D Sarver on behalf of Creditor Richard W Walker**
ADS@asarverlaw.com

**Summer M Shaw on behalf of Debtor Stonebridge Ventures, LLC**
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

**Summer M Shaw on behalf of Interested Party Summer Shaw**
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

**Nathan F Smith on behalf of Defendant A Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Defendant Arturo Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Plaintiff A. Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Trustee Arturo Cisneros (TR)**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Michael G Spector on behalf of Defendant Renewable Farms**
mgspector@aol.com, mgslawoffice@aol.com

**Michael G Spector on behalf of Defendant Renewable Farms, Inc.**
mgspector@aol.com, mgslawoffice@aol.com

**Michael G Spector on behalf of Interested Party Renewable Farms, Inc.**
mgspector@aol.com, mgslawoffice@aol.com

**Diana Torres-Brito on behalf of Creditor Baiocchi Family Limited Partnership at al**
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**Diana Torres-Brito on behalf of Debtor Stonebridge Ventures, LLC**
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**United States Trustee (SA)**
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by uploading a true and correct copy thereof to www.certificateofservice.com for placing in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:                       |            | CHAPTER **11** |
|------------------------------|------------|----------------|
| **Stonebridge Ventures, LLC** | Debtor(s). | CASE NUMBER    |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 24, 2023** | **Nicholas Gebelt 217362** | /s/ Nicholas Gebelt |
|----------------------|-----------------------------|---------------------|
| *Date*               | *Printed Name*              | *Signature*         |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**