WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **REPLY TO MONIKA JENSEN'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1,300,000 IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY** |
| | **Hearing:** |
| | Date: November 7, 2023 |
| | Time: 11:00 a.m. |
| | Place: Via Zoom Teleconference |

1

Reply

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES:**

A. Cisneros, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Stonebridge Ventures, LLC ("Debtor"), hereby replies to Monika Jensen's ("Jensen") opposition to his motion for an order authorizing payment of $1.3 million of the approximately $3 million in sale proceeds currently in his possession following the sale of the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property") to Brentwood Finance Company ("BFC") as follows.

A. **The Proposed Payment to Brentwood Does Not Contradict State/Federal Law or 11 U.S.C. § 726 and Brentwood Would be Entitled to at Least $1.3 Million of the Proceeds Even if Jensen Prevails on Her Alleged Claims.**

Jensen bizarrely contends that the payment of $1.3 million of the $3 million in sale proceeds ("Proceeds") to Brentwood, the holder of an undisputed lien against them, contradicts California Law, Federal Law, and the Bankruptcy Code's distribution schedule under 11 U.S.C. § 726, which pertains to payment of unsecured claims. However, she is mistaken.

First, Trustee contends that Jensen and Colangelo have no interest in the Proceeds and has filed motions to dismiss their respective complaints against the Estate. Therefore, their alleged interests in the Proceeds are disputed.

Second, Brentwood's deed of trust against the Property, and interest in the Proceeds by virtue thereof, is undisputed. Rather, the only dispute concerns whether Brentwood is entitled to payment of its interest in full or whether it is only entitled to payment of the balance of the Proceeds remaining after payment of the Colangelo/Jensen claims totaling $1.3 million and Renewable Farms lien totaling approximately $270,000.

Third, even if Colangelo/Jensen and Renewable Farms were entitled to payment in full from the Proceeds, at least $1.4 million would remain following payment to them. Therefore, Brentwood would receive at least the $1.3 million that the Trustee is proposing to pay at this time regardless of how Colangelo/Jensen's claims are adjudicated.

Reply

2

**B.     The Proposed $1.3 Million Payment to Brentwood Materially Benefits Unsecured Creditors by Saving the Estate Approximately $13,000 Per Month.**

Brentwood's claim is incurring interest at a rate of approximately $20,000 per month. Attached hereto as Exhibit "A" is a copy of a recent payoff quote obtained by Trustee from Brentwood. Therefore, payment of $1.3 million to Brentwood at this point will reduce interest accrual by approximately $13,000 per month, to the benefit of unsecured creditors.[1]

Ironically, Jensen, who Trustee contends is at best an unsecured creditor in this case, opposes the payment to Brentwood, potentially to her own detriment.[2]

**C.     Jensen's Proof of Claim is Irrelevant with Regard to the Proceeds.**

Jensen contends that her secured proof of claim establishes her entitlement to payment of the sale proceeds prior to "any junior lienholder." However, in this Chapter 7 case, Jensen's claim merely establishes that she is not entitled to any payment from the Estate as an unsecured creditor, it has no impact on her alleged claim to a statutory lien in the Sale Proceeds pursuant to California Civil Code § 3050.

**D.     Conclusion.**

Based on the foregoing, Trustee respectfully requests that the Court grant his Motion and authorize him to pay $1.3 million of the Proceeds to Brentwood. The payment will have no impact on the availability of proceeds to satisfy the alleged claims of Colangelo and Jensen in full in the event that they prevail in their respective adversary proceedings, or the claim of Renewable Farms, and will save the Estate approximately $13,000 per month in interest accrual, to the benefit of unsecured creditors.

DATED: October 31, 2023              Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

 /s/ Nathan F. Smith
NATHAN F. SMITH, #264635
*Attorneys for Chapter 7 Trustee, A. Cisneros*

---

[1] Although Trustee disputes certain charges added to Brentwood's payoff, the underlying loan documents provide for the accrual of interest at a rate of over 9% per annum.

[2] In fact, Trustee contends that any alleged deposits made by Colangelo and Jensen toward the purchase of the Property were contractually non-refundable and forfeited to Debtor based on their undisputed failure to tender the balance of the purchase price of the Property to Debtor by the deadline imposed by their Purchase Agreement with Debtor.

3

Reply

**EXHIBIT A**

**BRENTWOOD FINANCE**

180 South Spruce Ave., Suite 155, South San Francisco, CA 94080
o: 650.583.2164  e: info@brentwoodfinance.com  w: brentwoodfinance.com

October 27, 2023

Malcolm Cisneros, a Law Corporation

RE: 2 Makena Lane, Rancho Mirage, CA Payoff Demand

The purpose of this payoff statement ("Statement") is to demand payment of money owed to Brentwood Finance Company, LLC ("Trust Deed Holder") for the loan made on the property described above. Please note that this payoff demand is only valid through September 30, 2023. See attached accounting for more information.

PAYOFF CALCULATION

This payoff amount has been calculated as follows *if paid by 10/31/23*

| | |
|---|---|
| Principal Amount: | $2,135,855.77 |
| October Interest Due: | $20,913.59 |
| Points Due to Extend Loan: | $10,575.72 |
| Late Fees Owed: | $17,665.19 |
| 3rd party Fees Owed: | $37,077.69 (includes estimated legal fees of $5K)) |
| **TOTAL DUE FOR PAYOFF:** | **$2,222,191.52** |

Wiring Instructions:
  Receiving Bank:   Beacon Business Bank
  ABA#:             121040651
  Beneficiary:      Brentwood Finance Company, LLC
  Account #:        22202440

Best,

Laura E. Benetti
CEO and Managing Member of Brentwood Finance Company

1

EXHIBIT A
PAGE 4

**PAYMENT DEMAND THROUGH 9/30/23**

| Month | Principal | Interest | Interest Owed | Paid | Due | Date Paid | Billed For | Interest Rate | Late Fees | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021 July | $1,850,000.00 | 0.7292% | $443.49 | $443.49 | | 7/15/21 | June Per Diem | 8.75% | | Per Diem |
| August | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 7/15/21 | 7/1-7/31 | 8.75% | | |
| September | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 8/17/21 | 8/1-8/31 | 8.75% | | |
| October | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 9/16/21 | 9/1-9/30 | 8.75% | | |
| November | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 10/19/21 | 10/1-10/31 | 8.75% | $674.48 | Past Due $674.48 |
| December | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 11/22/21 | 11/1-11/30 | 8.75% | $674.48 | Past Due $674.48 |
| 2022 January | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 12/22/21 | 12/1-12/31 | 8.75% | | |
| February | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 1/16/22 | 1/1-1/31 | 8.75% | | |
| March | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 2/16/22 | 2/1-2/28 | 8.75% | | |
| April | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 3/16/22 | 3/1-3/31 | 8.75% | | |
| May | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 4/20/22 | 4/1-4/30 | 8.75% | $674.48 | Past Due $674.48 |
| June | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 5/31/22 | 5/1-5/31 | 8.75% | $674.48 | Past Due $674.48 |
| July | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 6/22/22 | 6/1-6/30 | 8.75% | $674.48 | Past Due $674.48 |
| August | $1,850,000.00 | 0.7292% | $13,489.58 | $13,489.58 | | 7/27/22 | 7/1-7/31 | 8.75% | $674.48 | |
| September | $1,863,489.58 | 0.9792% | $18,246.67 | | | | 8/1-8/31 | 11.75% | $912.33 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| October | $1,881,736.25 | 0.9792% | $18,425.33 | | | | 9/1-9/30 | 11.75% | $921.27 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| November | $1,900,161.59 | 0.9792% | $18,605.75 | | | | 10/1-10/31 | 11.75% | $930.29 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| December | $1,918,767.34 | 0.9792% | $18,787.93 | | | | 11/1-11/30 | 11.75% | $939.40 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| 2023 January | $1,937,555.27 | 0.9792% | $18,971.90 | | | | 12/1-12/31 | 11.75% | $948.59 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| February | $1,956,527.16 | 0.9792% | $19,157.66 | | | | 1/1-1/31 | 11.75% | $957.88 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| March | $1,975,684.82 | 0.9792% | $19,345.25 | | | | 2/1-2/28 | 11.75% | $967.26 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| April | $1,995,030.07 | 0.9792% | $19,534.67 | | | | 3/1-3/31 | 11.75% | $976.73 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| May | $2,014,564.74 | 0.9792% | $19,725.95 | | | | 4/1-4/30 | 11.75% | $986.30 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| June | $2,034,290.69 | 0.9792% | $19,919.10 | | | | 5/1-5/31 | 11.75% | $995.95 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| July | $2,054,209.78 | 0.9792% | $20,114.14 | | | | 6/1-6/30 | 11.75% | $1,005.71 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| August | $2,074,323.92 | 0.9792% | $20,311.09 | | | | 7/1-7/31 | 11.75% | $1,015.55 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| September | $2,094,635.01 | 0.9792% | $20,509.97 | | | | 8/1-8/31 | 11.75% | $1,025.50 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| October | $2,115,144.98 | 0.9792% | $20,710.79 | | | | 9/1-9/30 | 11.75% | $1,035.54 | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| November | $2,135,855.77 | 0.9792% | $20,913.59 | | | | 10/1-10/31 | 11.75% | | Past Interest Not Paid Added to Principal, Default Interest Rate + 3% |
| | | | | | | | | Late Fees | $17,665.19 | |

| | |
|---|---|
| Principal | $2,135,855.77 |
| Points to Extend | $10,679.28 |
| Late Fees | $17,665.19 |
| 3rd Party Fees | $37,077.69 |
| Overdue Interest | $20,913.59 |
| **Total Due** | **$2,222,191.52** |

EXHIBIT A
PAGE 5

**THIRD PARTY FEES**

| Payee | Amount | Date |
|---|---|---|
| AAA Filing Fee | $ 925.00 | 8/31/22 |
| Notary/Mailig | $ 14.63 | 9/19/22 |
| Stein Attorney's Fees | $ 1,000.00 | 9/22/22 |
| Wolf Firm | $ 1,267.26 | |
| David Meadows | $ 2,300.00 | 11/1/22 Inv 11122 |
| AAA Abritration | $ 600.00 | 9/22/22 |
| David Meadows | $ 460.00 | 12/5/22 Inv 11132 |
| David Meadows | $ 690.00 | 1/9/22 Inv 11133 |
| David Meadows | $ 3,680.00 | 2/6/23 Inv. 11145 |
| David Meadows | $ 2,357.50 | 3/6/23 Inv. 11149 |
| David Meadows | $ 1,265.00 | Inv #11156 Paid 5/17/23 |
| David Meadows | $ 1,380.00 | Inv 11161 Paid 6/14/23 |
| David Meadows | $ 517.50 | Inv. 11165 paid 6/14/23 |
| David Meadows | $ 977.50 | Inv 11168 paid 7/20 |
| David Meadows | $ 2,683.30 | Inv. 11180 Paid 8/10 |
| David Meadows | $ 6,900.00 | Inv. 11186 1/2 Pd 9/18 |
| David Meadows | $ 5,060.00 | Inv. 11190 |
| David Meadows | $ 5,000.00 | Estimated |
| ***Total*** | ***$ 37,077.69*** | |

EXHIBIT A
PAGE 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **REPLY TO MONIKA JENSEN'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1,300,000 IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 31, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert M Aronson**    robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Arturo Cisneros (TR)**    , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Nicholas W Gebelt**    ngebelt@goodbye2debt.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Christopher Hewitt**    hewittesq@yahoo.com
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Zi Chao Lin**    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 31, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 31, 2023 | Christina Valenzuela | /s/ Christina Valenzuela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**