TUCKER ELLIS LLP
ZI C. LIN SBN 236989
zi.lin@tuckerellis.com
MOTUNRAYO D. AKINMURELE SBN 299868
motunrayo.akinmurele@tuckerellis.com
515 South Flower Street, Forty Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

David W. Meadows, Esq.
Law Offices of David W. Meadows
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Direct telephone: (310) 557-8490
david@davidwmeadowslaw.com

Attorneys for Defendant BRENTWOOD FINANCE COMPANY, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC | Adv. No. 8:23-ap-01078-TA |
| Debtor, | Chapter 7 |
| JOE COLANGELO, | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| Plaintiffs, | |
| v. | |
| STONEBRIDGE VENTURES, LLC, BRENTWOOD FINANCE COMPANY, LLC, RENEWABLE FARMS, a Non-Profit Corporation; AB CAPITAL, LFT, INC., A CISNEROS, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Motunrayo D. Akinmurele of Tucker Ellis, LLP hereby gives notice of appearance in this Chapter 7 proceeding as attorney for the Brentwood Finance Company, LLC, a creditor of the above-named Debtor. Counsel requests that a copy of all notices to creditors and other parties in interest in this action and all papers served in this case be sent to the following address:

Motunrayo D. Akinmurele
Tucker Ellis, LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409
Email: motunrayo.akinmurele@tuckerellis.com

**REQUEST IS ALSO MADE** that Debtor and the Clerk of the above-entitled Court place the undersigned counsel and her address as set forth above on any mailing lists or matrix of creditors prepared in the above-entitled case.

DATED: November 1, 2023                                TUCKER ELLIS LLP

By: *Motunrayo D. Akinmurele*
Motunrayo D. Akinmurele (Nov 2, 2023 10:04 PDT)
Zi C. Lin
Motunrayo D. Akinmurele
Attorneys for Defendant
BRENTWOOD FINANCE COMPANY, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____
**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/2/23_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Christopher Hewitt**    hewittesq@yahoo.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/2/23_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>Counsel for Debtor</u>
Summer M. Shaw
Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211

Diana Torres-Brito
Prober and Raphael, ALC
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/2/23 | Kristin McCarthy | /s/ Kristin McCarthy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

# First American_Brentwood - Notice of Appearance - MD (Colangelo)

Final Audit Report                                                                                              2023-11-02

| | |
|---|---|
| Created: | 2023-11-02 |
| By: | Jennifer Polzin (jennifer.polzin@tuckerellis.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApvq1fw7Pq5Kqle2u32zbxE-H1Tt0IASi |

## "First American_Brentwood - Notice of Appearance - MD (Colangelo)" History

📄 Document created by Jennifer Polzin (jennifer.polzin@tuckerellis.com)
2023-11-02 - 4:06:38 PM GMT

✉ Document emailed to motunrayo.akinmurele@tuckerellis.com for signature
2023-11-02 - 4:06:53 PM GMT

📄 Email viewed by motunrayo.akinmurele@tuckerellis.com
2023-11-02 - 5:03:38 PM GMT

✍ Signer motunrayo.akinmurele@tuckerellis.com entered name at signing as Motunrayo D. Akinmurele
2023-11-02 - 5:04:15 PM GMT

✍ Document e-signed by Motunrayo D. Akinmurele (motunrayo.akinmurele@tuckerellis.com)
Signature Date: 2023-11-02 - 5:04:17 PM GMT - Time Source: server

✅ Agreement completed.
2023-11-02 - 5:04:17 PM GMT

Adobe Acrobat Sign