| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**WILLIAM G. MALCOLM, #129271**<br>**NATHAN F. SMITH, #264635**<br>**Malcolm ♦ Cisneros, A Law Corporation**<br>**2112 Business Center Drive, Second Floor**<br>**Irvine, California 929612**<br>**(949) 252-9400 (Telephone)**<br>**(949) 252-1032 (Facsimile)**<br>**e-mail: bill@mclaw.org; nathan@mclaw.org**<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** ||
| In re:<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br>Debtor. | CASE NO.: **8:22-bk-11556-TA**<br>CHAPTER: **7**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY AND REQUEST FOR AUTHORITY TO ISSUE PAYMENT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF ARTURO M. CISNEROS IN SUPPORT THEREOF |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSYAND REQUEST FOR AUTHORITY TO ISSUE PAYMENT** was lodged on 11/03/2023 and is attached. This order relates to the motion which is docket number 254.
.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Malcolm ♦ Cisneros, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine, CA 92612**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 3, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:  On **November 3, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **November 3, 2023** | **Diep Quach** | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**SECTION 1 CONT.**
NOTICE: Robert M Aronson     robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
NOTICE: James C Bastian     jbastian@shulmanbastian.com
NOTICE: Nicholas W Gebelt     ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser     michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt     hewittesq@yahoo.com
NOTICE: Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin     zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
NOTICE: W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows     david@davidwmeadowslaw.com
NOTICE: Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
NOTICE: Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver     ADS@asarverlaw.com
NOTICE: Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
NOTICE: Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**SECTION 2 CONT.**
NOTICE: AB Capital, LFD, Inc., 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260
NOTICE: Motunrayo D Akinmurele, Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071
NOTICE: Robert M. Aronson, Law Office of Robert M. Aronson, 444 South Flower St., Suite 1700, Los Angeles, CA 90071
NOTICE: Brentwood Finance Company, LLC, 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260
NOTICE: Joseph Colangelo, 15 Corporate Plaza, Suite 200, Ryan Young, Newport Beach, CA 92260,
NOTICE: Monika Jensen, c/o Law Offices of Nicholas Gebelt, 15150 Hornell Street, Whittier, CA 90604
NOTICE: Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211
NOTICE: Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case Number: 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY AND REQUEST FOR AUTHORITY TO ISSUE PAYMENT**<br><br>**Hearing:**<br>Date:  October 31, 2023<br>Time: 11:00 a.m.<br>Place: Via Zoom Teleconference |
|---|---|

The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion to Approve Compromise of Controversy and Request For Authority To Issue Payment; ("Motion") came on for hearing before the Court on October 31, 2022 at 11:00 a.m.  Nathan F. Smith appeared on behalf of Trustee.  No other parties appeared.

Order    1

Exhibit 1

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof, having noted that the Motion was not opposed, and for the reasons stated in the Court's tentative ruling;

**IT IS HEREBY ORDERED** that**:**

1. The Motion is Granted.
2. The Settlement Agreement, which was attached as Exhibit "1" to the Trustee's Declaration in Support of the Motion, is approved.
3. The Trustee is authorized to pay the settlement amount of $150,000 to Darryl Lewis and Sanna Akhtanova ("Lewis/Akhtanova").
4. Lewis/Akhtanova shall have an allowed general unsecured claim in the amount of $200,000, shall have no other claim against the Estate, and shall amend their $3.6 million secured claim to a general unsecured claim in the amount of $200,000 within seven (7) days of their receipt of the $150,000 payment.

###

Order        2

Exhibit 1