**FILED & ENTERED**

NOV 06 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>　　　　　　　　　　　　　　Debtor, | Case No.: 8:22-bk-11556-TA<br><br>Chapter 11<br><br>ORDER CONTINUING HEARING ON MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1,300,000 IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY<br><br>**Current Hearing**<br>Date: November 7, 2023<br>Time: 11:00 a.m.<br>Place: 5B (via ZoomGov)<br><br>**Continued Hearing**<br>Date: November 9, 2023<br>Time: 11:00 a.m.<br>Place: 5B (via ZoomGov) |

　　　　The court has reviewed Chapter 7 Trustee Arturo Cisneros' ("Trustee") Motion for Order Authorizing Disbursement of $1.3 million in Sale Proceeds to Brentwood Finance Company ("Motion") [DN 263] and Monika Jensen's ("Jensen") Opposition to Motion for Order Authorizing Disbursement of $1.3 Million in Sale Proceeds to Brentwood Finance Company ("Opposition") [DN 267]. The court agrees with Jensen that the Motion should be considered

1

together with the two pending Motions to Dismiss set for hearing on November 9, 2023 at 11:00 a.m., as they are interdependent. The Motion is continued to November 9, 2023 at 11:00 a.m.

The ZoomGov connection information for the hearing is:

| | |
|---|---|
| Video/audio web address: | https://cacb.zoomgov.com/j/1601457709 |
| ZoomGov meeting number: | 160 145 7709 |
| Password: | 856674 |
| Telephone conference lines: | 1 (669) 254 5252 or 1 (646) 828 7666 |

### 

Date: November 6, 2023

Theodor C. Albert
United States Bankruptcy Judge

2