WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**NOV 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case Number: 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSYAND REQUEST FOR AUTHORITY TO ISSUE PAYMENT** |
| | <u>**Hearing:**</u><br>Date:  October 31, 2023<br>Time: 11:00 a.m.<br><u>Place: Via Zoom Teleconference</u> |

The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion to Approve Compromise of Controversy and Request For Authority To Issue Payment; ("Motion") came on for hearing before the Court on October 31, 2022 at 11:00 a.m.  Nathan F. Smith appeared on behalf of Trustee.  No other parties appeared.

The Court, having read and considered the Motion and all papers and pleadings filed in support

thereof, having noted that the Motion was not opposed, and for the reasons stated in the Court's tentative ruling;

**IT IS HEREBY ORDERED** that**:**

1. The Motion is Granted.
2. The Settlement Agreement, which was attached as Exhibit "1" to the Trustee's Declaration in Support of the Motion, is approved.
3. The Trustee is authorized to pay the settlement amount of $150,000 to Darryl Lewis and Sanna Akhtanova ("Lewis/Akhtanova").
4. Lewis/Akhtanova shall have an allowed general unsecured claim in the amount of $200,000, shall have no other claim against the Estate, and shall amend their $3.6 million secured claim to a general unsecured claim in the amount of $200,000 within seven (7) days of their receipt of the $150,000 payment.

###

Date: November 9, 2023

Theodor C. Albert
United States Bankruptcy Judge