United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org   CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com |

Case 8:22-bk-11556-TA    Doc 277    Filed 11/11/23    Entered 11/12/23 07:57:02    Desc
Imaged Certificate of Notice    Page 2 of 5

District/off: 0973-8 | User: admin | Page 2 of 3
---|---|---
Date Rcvd: Nov 09, 2023 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| Christopher Hewitt | on behalf of Plaintiff Joe Colangelo hewittesq@yahoo.com |
| Christopher Hewitt | on behalf of Counter-Defendant Joe Colangelo hewittesq@yahoo.com |
| Christopher Hewitt | on behalf of Defendant Joe Colangelo hewittesq@yahoo.com |
| David W. Meadows | on behalf of Creditor Brentwood Finance Company LLC david@davidwmeadowslaw.com |
| David W. Meadows | on behalf of Defendant Brentwood Finance Company LLC david@davidwmeadowslaw.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| David W. Meadows | on behalf of Counter-Claimant Brentwood Finance Company LLC david@davidwmeadowslaw.com |
| Diana Torres-Brito | on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com |
| Diana Torres-Brito | on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com |
| Hamid R Rafatjoo | on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| James C Bastian, Jr | on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com |
| Lee S Raphael | on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com |
| Michael G Spector | on behalf of Interested Party Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Renewable Farms mgspector@aol.com mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Nathan F Smith | on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Defendant Arturo Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Defendant A Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nicholas W Gebelt | on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | |

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Nov 09, 2023 | Form ID: pdf042 | Total Noticed: 1

on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Rika Kido
on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com  avernon@shulmanbastian.com

Rika Kido
on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com

Robert M Aronson
on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Robert M Aronson
on behalf of Defendant Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Robert M Aronson
on behalf of Plaintiff Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Summer M Shaw
on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law,
shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan
on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

W. Derek May
on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com

William Malcolm
on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org

Zi Chao Lin
on behalf of Creditor Brentwood Finance Company  LLC zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

Zi Chao Lin
on behalf of Defendant Brentwood Finance Company  LLC zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

TOTAL: 50

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**NOV 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case Number: 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY AND REQUEST FOR AUTHORITY TO ISSUE PAYMENT** |
| | **Hearing:**<br>Date:  October 31, 2023<br>Time: 11:00 a.m.<br>Place: Via Zoom Teleconference |

The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion to Approve Compromise of Controversy and Request For Authority To Issue Payment; ("Motion") came on for hearing before the Court on October 31, 2022 at 11:00 a.m.  Nathan F. Smith appeared on behalf of Trustee.  No other parties appeared.

The Court, having read and considered the Motion and all papers and pleadings filed in support

Order                                                                1

thereof, having noted that the Motion was not opposed, and for the reasons stated in the Court's tentative ruling;

**IT IS HEREBY ORDERED** that**:**

1. The Motion is Granted.

2. The Settlement Agreement, which was attached as Exhibit "1" to the Trustee's Declaration in Support of the Motion, is approved.

3. The Trustee is authorized to pay the settlement amount of $150,000 to Darryl Lewis and Sanna Akhtanova ("Lewis/Akhtanova").

4. Lewis/Akhtanova shall have an allowed general unsecured claim in the amount of $200,000, shall have no other claim against the Estate, and shall amend their $3.6 million secured claim to a general unsecured claim in the amount of $200,000 within seven (7) days of their receipt of the $150,000 payment.

###

Date: November 9, 2023

Theodor C. Albert
United States Bankruptcy Judge