| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>Email: nathan@mclaw.org<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for:  Chapter 7 Trustee, A. Cisneros | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11556-TA<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>**MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF $1,300,000 IN SALE PROCEEDS TO BRENTWOOD FINANCE COMPANY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT TO BRENTWOOD FINANCE COMPANY** was lodged on (*date*) November 15, 2023, and is attached.  This order relates to the motion which is docket number 263.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                               Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**

**EXHIBIT A**

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>　　　　　Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT TO BRENTWOOD FINANCE COMPANY**<br><br><u>Hearing:</u><br>Date: November 9, 2023<br>Time: 11:00 a.m.<br>Place: Via Zoom Teleconference |

Order

1

A. Cisneros, in his capacity as Chapter 7 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC ("Trustee") filed his motion for an order authorizing payment of $1.3 million of the approximately $3 million in sale proceeds ("Sale Proceeds") currently in his possession following the sale of the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 to Brentwood Finance Company on October 17, 2023 (Docket No. 263) ("Motion").  The Motion came on for hearing before the Court on November 9, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee.  David W. Meadows and Motunrayo D. Akinmurele appeared on behalf of Brentwood Finance Company, LLC.  Nicholas W. Gebelt appeared on behalf of Defendant Monika Jensen.  Chris Hewitt appeared on behalf of Joe Colangelo, who also appeared.  Michael Spector appeared on behalf of Renewable Farms.

The Court, having read and considered the Motion, the pleadings in support thereof, the opposition thereto, Trustee's reply in support of the Motion, having considered oral argument by the parties, and good cause appearing therefore,

IT IS ORDERED:

1. The Motion is granted.
2. The Trustee may disburse $1 million of the Sale Proceeds to Brentwood Finance Company.

///

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 15, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert M Aronson**   robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
- **James C Bastian**   jbastian@shulmanbastian.com
- **Arturo Cisneros**   arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**   amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Arturo Cisneros (TR)**   , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Nicholas W Gebelt**   ngebelt@goodbye2debt.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Christopher Hewitt**   hewittesq@yahoo.com
- **Rika Kido**   rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Zi Chao Lin**   zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
- **William Malcolm**   bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**   rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **W. Derek May**   wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Thomas J Polis**   tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**   ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**   tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**   ADS@asarverlaw.com
- **Summer M Shaw**   ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**   nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **Diana Torres-Brito**   dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On November 15, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor Albert
United States Bankruptcy Court
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2023 | Christina Valenzuela | /s/ Christina Valenzuela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.