WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**NOV 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT TO BRENTWOOD FINANCE COMPANY** |
| | **Hearing:**<br>Date: November 9, 2023<br>Time: 11:00 a.m.<br>Place: Via Zoom Teleconference |

Order

1

A. Cisneros, in his capacity as Chapter 7 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC ("Trustee") filed his motion for an order authorizing payment of $1.3 million of the approximately $3 million in sale proceeds ("Sale Proceeds") currently in his possession following the sale of the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 to Brentwood Finance Company on October 17, 2023 (Docket No. 263) ("Motion"). The Motion came on for hearing before the Court on November 9, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee. David W. Meadows and Motunrayo D. Akinmurele appeared on behalf of Brentwood Finance Company, LLC. Nicholas W. Gebelt appeared on behalf of Defendant Monika Jensen. Chris Hewitt appeared on behalf of Joe Colangelo, who also appeared. Michael Spector appeared on behalf of Renewable Farms.

The Court, having read and considered the Motion, the pleadings in support thereof, the opposition thereto, Trustee's reply in support of the Motion, having considered oral argument by the parties, and good cause appearing therefore,

IT IS ORDERED:

1. The Motion is granted.
2. The Trustee may disburse $1 million of the Sale Proceeds to Brentwood Finance Company.

###

Date: November 27, 2023

Theodor C. Albert
United States Bankruptcy Judge

Order

2