1  WILLIAM G. MALCOLM, #129271
   NATHAN F. SMITH, #264635
2  MALCOLM ♦ CISNEROS, A Law Corporation
3  2112 Business Center Drive
   Irvine, CA 92612
4  Phone: (949) 252-9400
   Fax: (949) 252-1032
5  Email: nathan@mclaw.org

6
   *Attorneys for Chapter 7 Trustee, A. Cisneros*
7

FILED & ENTERED

NOV 28 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

8
9              UNITED STATES BANKRUPTCY COURT
10     CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

11  In re:                                Bankruptcy Case No. 8:22-bk-11556-TA
12  STONEBRIDGE VENTURES, LLC,            Chapter 7
13
14           Debtor.                      **ORDER RE: MEDIATION**
15

Order

1

On November 9, 2023, hearings were held in connection with the following cases:

1.   *Jensen v. Stonebridge Ventures, LLC* (case number 8:23-ap-01086-TA) and

2.   *Colangelo v. Stonebridge Ventures, LLC* (case number 8:23-ap-01078-TA).

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee. David W. Meadows and Motunrayo D. Akinmurele appeared on behalf of Brentwood Finance Company, LLC. Nicholas W. Gebelt appeared on behalf of Monika Jensen. Chris Hewitt appeared on behalf of Joe Colangelo, who also appeared. Michael Spector appeared on behalf of Renewable Farms.

For the reasons discussed on the record, the Court hereby orders that the parties to the above-entitled and numbered adversary proceedings participate in a one-day mediation, to be completed within ninety (90) days of the entry of this Order.

IT IS SO ORDERED.

###

Date: November 28, 2023

Theodor C. Albert
United States Bankruptcy Judge

Order

2