United States Bankruptcy Court
Central District of California

In re: Case No. 22-11556-TA
Stonebridge Ventures, LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: Nov 27, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com |

Case 8:22-bk-11556-TA    Doc 281    Filed 11/29/23    Entered 11/29/23 21:22:38    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Christopher Hewitt
    on behalf of Plaintiff Joe Colangelo hewittesq@yahoo.com

Christopher Hewitt
    on behalf of Counter-Defendant Joe Colangelo hewittesq@yahoo.com

Christopher Hewitt
    on behalf of Defendant Joe Colangelo hewittesq@yahoo.com

David W. Meadows
    on behalf of Creditor Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Defendant Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Counter-Claimant Brentwood Finance Company LLC david@davidwmeadowslaw.com

Diana Torres-Brito
    on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
    on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

James C Bastian, Jr
    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
    on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael G Spector
    on behalf of Interested Party Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael G Spector
    on behalf of Defendant Renewable Farms mgspector@aol.com mgslawoffice@aol.com

Michael G Spector
    on behalf of Defendant Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael J Hauser
    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
    on behalf of Plaintiff A. Cisneros nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Counter-Defendant A. Cisneros nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Defendant A Cisneros nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Defendant Arturo Cisneros nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
    on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Counter-Claimant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Nicholas W Gebelt
    on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com

Richard A Marshack
    on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
    lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Rika Kido
    on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com

Rika Kido
    on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com

Robert M Aronson
    on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com
    info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Robert M Aronson
    on behalf of Defendant Monika Jensen robert@aronsonlawgroup.com
    info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Robert M Aronson
    on behalf of Plaintiff Monika Jensen robert@aronsonlawgroup.com
    info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law,
    shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan
    on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

W. Derek May
    on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com

William Malcolm
    on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org

Zi Chao Lin
    on behalf of Creditor Brentwood Finance Company  LLC zi.lin@tuckerellis.com,
    kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

Zi Chao Lin
    on behalf of Defendant Brentwood Finance Company  LLC zi.lin@tuckerellis.com,
    kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

TOTAL: 52

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**NOV 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

STONEBRIDGE VENTURES, LLC,

    Debtor.

Bankruptcy Case No. 8:22-bk-11556-TA

Chapter 7

**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING DISBURSEMENT TO BRENTWOOD FINANCE COMPANY**

<u>**Hearing:**</u>
Date:  November 9, 2023
Time: 11:00 a.m.
Place: Via Zoom Teleconference

Order

1

A. Cisneros, in his capacity as Chapter 7 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC ("Trustee") filed his motion for an order authorizing payment of $1.3 million of the approximately $3 million in sale proceeds ("Sale Proceeds") currently in his possession following the sale of the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 to Brentwood Finance Company on October 17, 2023 (Docket No. 263) ("Motion").  The Motion came on for hearing before the Court on November 9, 2023.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee.  David W. Meadows and Motunrayo D. Akinmurele appeared on behalf of Brentwood Finance Company, LLC.  Nicholas W. Gebelt appeared on behalf of Defendant Monika Jensen.  Chris Hewitt appeared on behalf of Joe Colangelo, who also appeared.  Michael Spector appeared on behalf of Renewable Farms.

The Court, having read and considered the Motion, the pleadings in support thereof, the opposition thereto, Trustee's reply in support of the Motion, having considered oral argument by the parties, and good cause appearing therefore,

IT IS ORDERED:

1. The Motion is granted.
2. The Trustee may disburse $1 million of the Sale Proceeds to Brentwood Finance Company.

###

Date: November 27, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge

Order