United States Bankruptcy Court
Central District of California

In re:  Case No. 22-11556-TA
Stonebridge Ventures, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: Nov 28, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

**Name**      **Email Address**

Allan D Sarver
    on behalf of Creditor Richard W Walker ADS@asarverlaw.com

Allan D Sarver
    on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com

Allan D Sarver
    on behalf of Creditor Allan D Sarver ADS@asarverlaw.com

Arturo Cisneros
    on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org

Arturo Cisneros (TR)
    acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Christopher Hewitt
    on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com

Case 8:22-bk-11556-TA    Doc 282    Filed 11/30/23    Entered 11/30/23 21:18:47    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Christopher Hewitt | on behalf of Plaintiff Joe Colangelo hewittesq@yahoo.com |
| Christopher Hewitt | on behalf of Counter-Defendant Joe Colangelo hewittesq@yahoo.com |
| Christopher Hewitt | on behalf of Defendant Joe Colangelo hewittesq@yahoo.com |
| David W. Meadows | on behalf of Creditor Brentwood Finance Company LLC david@davidwmeadowslaw.com |
| David W. Meadows | on behalf of Defendant Brentwood Finance Company LLC david@davidwmeadowslaw.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| David W. Meadows | on behalf of Counter-Claimant Brentwood Finance Company LLC david@davidwmeadowslaw.com |
| Diana Torres-Brito | on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com |
| Diana Torres-Brito | on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com |
| Hamid R Rafatjoo | on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| James C Bastian, Jr | on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com |
| Lee S Raphael | on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com |
| Michael G Spector | on behalf of Interested Party Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Renewable Farms mgspector@aol.com mgslawoffice@aol.com |
| Michael G Spector | on behalf of Defendant Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael J Hauser | on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov |
| Nathan F Smith | on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Counter-Defendant A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Defendant A Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Defendant Arturo Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nathan F Smith | on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org |
| Nicholas W Gebelt | on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Counter-Claimant Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com |

Case 8:22-bk-11556-TA    Doc 282    Filed 11/30/23    Entered 11/30/23 21:18:47    Desc
Imaged Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Nicholas W Gebelt | on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Rika Kido | on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Rika Kido | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Robert M Aronson | on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com |
| Robert M Aronson | on behalf of Defendant Monika Jensen robert@aronsonlawgroup.com info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com |
| Robert M Aronson | on behalf of Plaintiff Monika Jensen robert@aronsonlawgroup.com info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com |
| Summer M Shaw | on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy M Ryan | on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| W. Derek May | on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com |
| William Malcolm | on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org |
| Zi Chao Lin | on behalf of Creditor Brentwood Finance Company  LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |
| Zi Chao Lin | on behalf of Defendant Brentwood Finance Company  LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |

TOTAL: 52

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

NOV 28 2023

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

STONEBRIDGE VENTURES, LLC,

    Debtor.

Bankruptcy Case No. 8:22-bk-11556-TA

Chapter 7

**ORDER RE: MEDIATION**

Order

1

On November 9, 2023, hearings were held in connection with the following cases:

1. *Jensen v. Stonebridge Ventures, LLC* (case number 8:23-ap-01086-TA) and

2. *Colangelo v. Stonebridge Ventures, LLC* (case number 8:23-ap-01078-TA).

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee. David W. Meadows and Motunrayo D. Akinmurele appeared on behalf of Brentwood Finance Company, LLC. Nicholas W. Gebelt appeared on behalf of Monika Jensen. Chris Hewitt appeared on behalf of Joe Colangelo, who also appeared. Michael Spector appeared on behalf of Renewable Farms.

For the reasons discussed on the record, the Court hereby orders that the parties to the above-entitled and numbered adversary proceedings participate in a one-day mediation, to be completed within ninety (90) days of the entry of this Order.

IT IS SO ORDERED.

###

Date: November 28, 2023

Theodor C. Albert
United States Bankruptcy Judge

Order

2