| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nicholas Gebelt 217362**<br>**15150 Hornell Street**<br>**Whittier, CA 90604**<br>**Tel.:     562.777.9159**<br>**Fax:     562.946.1365**<br>**SBN:     217362 CA**<br>**Email:    ngebelt@goodbye2debt.com**<br><br>**Robert M. Aronson (SBN 81487)**<br>**LAW OFFICE OF ROBERT M. ARONSON**<br>**217 E. Alameda Avenue, Suite 304**<br>**Burbank, CA  91502**<br>**Tel.:     310.815.9440**<br>**Fax:     310.815.0518**<br>**Email:    robert@aronsonlawgroup.com**<br><br>**Attorneys for Creditor, Monika Jensen** | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| In re:<br><br>    **Stonebridge Ventures, LLC**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>                                         Debtor(s). | CASE NO.: **8:22-bk-11556-TA**<br><br>CHAPTER ___**7**___<br><br>**NOTICE OF OBJECTION TO CLAIM 26**<br><br>**Date:     March 5, 2024**<br>**Time:     11:00 a.m.**<br>**Place:    To be conducted via zoom.gov.**<br><br>**Please see Judge Albert's website at:**<br><br>**https://www.cacb.uscourts.gov/judges/**<br>**honorabletheodor-c-albert-chief-judge**<br><br>**for instructions on appearing via zoom.gov.** |

1.  TO  *(specify claimant and claimant's counsel, if any)*:   **Joe Colangelo and his Counsel, Thomas Polis;**

2.  NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # **26** ) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3.  **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

    **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2012*                              *Page 1*                              **F 3007-1.1.NOTICE.OBJ.CLAIM**

Date: **January 18, 2024**

**Law Offices of Nicholas Gebelt**

Printed name of law firm

*Nicholas Gebelt*

Signature

Date Notice Mailed: **01/18/2024**

**Nicholas Gebelt 217362**

Printed name of attorney for objector

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2012*                                      *Page 2*                                      **F 3007-1.1.NOTICE.OBJ.CLAIM**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**15150 Hornell Street**
**Whittier, CA 90604**

A true and correct copy of the foregoing document entitled (*specify*): __**NOTICE OF OBJECTION AND OBJECTION TO CLAIM 26**__ will
be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated
below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On __**01/18/2024**__ , I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

**Robert M Aronson on behalf of Creditor Monika Jensen**
**robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com**

**Robert M Aronson on behalf of Defendant Monika Jensen**
**robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com**

**Robert M Aronson on behalf of Plaintiff Monika Jensen**
**robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com**

**James C Bastian, Jr on behalf of Interested Party Courtesy NEF**
**jbastian@shulmanbastian.com**

**Arturo Cisneros on behalf of Trustee Arturo Cisneros (TR)**
**arturo@mclaw.org, CACD_ECF@mclaw.org**

**Arturo Cisneros (TR)**
**amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

**Arturo Cisneros (TR)**
**, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

**Nicholas W Gebelt on behalf of Counter-Claimant Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Counter-Defendant Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Creditor Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Defendant Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Interested Party Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Plaintiff Monika Jensen**
**ngebelt@goodbye2debt.com**

**Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)**
**michael.hauser@usdoj.gov**

**Christopher Hewitt on behalf of Counter-Defendant Joe Colangelo**
**hewittesq@yahoo.com**

**Christopher Hewitt on behalf of Creditor Joseph Colangelo**
**hewittesq@yahoo.com**

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2012                                        Page 3                                        **F 3007-1.1.NOTICE.OBJ.CLAIM**

**Christopher Hewitt on behalf of Defendant Joe Colangelo**
hewittesq@yahoo.com

**Christopher Hewitt on behalf of Plaintiff Joe Colangelo**
hewittesq@yahoo.com

**Rika Kido on behalf of Interested Party Courtesy NEF**
rkido@shulmanbastian.com, avernon@shulmanbastian.com

**Rika Kido on behalf of Interested Party Richard A. Marshack**
rkido@shulmanbastian.com, avernon@shulmanbastian.com

**Zi Chao Lin on behalf of Creditor Brentwood Finance Company, LLC**
zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

**Zi Chao Lin on behalf of Defendant Brentwood Finance Company, LLC**
zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

**William Malcolm on behalf of Trustee Arturo Cisneros (TR)**
bill@mclaw.org, cvalenzuela@mclaw.org

**Richard A Marshack on behalf of Interested Party Courtesy NEF**
rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

**W. Derek May on behalf of Interested Party Courtesy NEF**
wdmlaw17@gmail.com, r48266@notify.bestcase.com

**David W. Meadows on behalf of Counter-Claimant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Creditor Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Defendant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Defendant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Interested Party Courtesy NEF**
david@davidwmeadowslaw.com

**Thomas J Polis on behalf of Counter-Defendant Joe Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Darryl Lewis**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Joseph Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Sanna Akhtanova**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Defendant Joe Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Darryl Lewis**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2012*                                    *Page 4*                                    **F 3007-1.1.NOTICE.OBJ.CLAIM**

**Thomas J Polis on behalf of Plaintiff Joe Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Sanna Akhtanova**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Hamid R Rafatjoo on behalf of Interested Party Qwan Capital, LLC**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Hamid R Rafatjoo on behalf of Interested Party Qwan International Investments, LLC**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Hamid R Rafatjoo on behalf of Interested Party Saman Jilanchi**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Lee S Raphael on behalf of Interested Party Courtesy NEF**
ecfcca@ecf.courtdrive.com, cmartin@pralc.com

**Timothy M Ryan on behalf of Interested Party Courtesy NEF**
tryan@theryanfirm.com, ecf@theryanfirm.com

**Allan D Sarver on behalf of Creditor Allan D Sarver**
ADS@asarverlaw.com

**Allan D Sarver on behalf of Creditor Mary Jo Blue**
ADS@asarverlaw.com

**Allan D Sarver on behalf of Creditor Richard W Walker**
ADS@asarverlaw.com

**Summer M Shaw on behalf of Debtor Stonebridge Ventures, LLC**
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

**Summer M Shaw on behalf of Interested Party Summer Shaw**
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

**Nathan F Smith on behalf of Counter-Defendant A. Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Defendant A Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Defendant Arturo Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Plaintiff A. Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Trustee Arturo Cisneros (TR)**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Michael G Spector on behalf of Interested Party Renewable Farms, Inc.**
mgspector@aol.com, mgslawoffice@aol.com

**Diana Torres-Brito on behalf of Creditor Baiocchi Family Limited Partnership at al**
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**Diana Torres-Brito on behalf of Debtor Stonebridge Ventures, LLC**
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**United States Trustee (SA)**
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2012                                    Page 5                                    F 3007-1.1.NOTICE.OBJ.CLAIM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **01/18/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by uploading a true and correct copy to www.certificateofservice.com for placement in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert, Chief Judge, 411 West Fourth Street, Suite 5085, Santa Ana, CA 92701-4593**
**Joe Colangelo, c/o Polis & Associates, 19800 MacArthur Blvd, Suite 1000, Irvine, CA 92612**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2024 | Nicholas Gebelt 217362 | /s/ Nicholas Gebelt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2012*                                    *Page 6*                                    **F 3007-1.1.NOTICE.OBJ.CLAIM**

1    Nicholas Gebelt 217362
     15150 Hornell Street
2    Whittier, CA 90604
     Tel.:      562.777.9159
3    Fax:      562.946.1365
     SBN:      217362 CA
4    Email:    ngebelt@goodbye2debt.com

5    Robert M. Aronson (SBN 81487)
     LAW OFFICE OF ROBERT M. ARONSON
6    217 E. Alameda Avenue, Suite 304
     Burbank, CA 91502
7    Tel.:      310.815.9440
     Fax:      310.815.0518
8    Email:    robert@aronsonlawgroup.com

9    Attorneys for Creditor, Monika Jensen

10            UNITED STATES BANKRUPTCY COURT

11      CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION

12

13    In re:                    |   Bk. No. 8:22-bk-11556-TA

14    STONEBRIDGE VENTURES, LLC      |   Chapter 7

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC | Bk. No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**CREDITOR MONIKA JENSEN'S OBJECTION TO THE LATE FILED CLAIM OF JOE COLANGELO (CLAIM 26);**<br><br>**DECLARATIONS OF MONIKA JENSEN AND NICHOLAS GEBELT IN SUPPORT THEREOF**<br><br>Date:      March 5, 2024<br>Time:      11:00 a.m.<br>Place:      To be conducted via zoom.gov.<br><br>Please see Judge Albert's website at:<br><br>https://www.cacb.uscourts.gov/judges/honorabletheodor-c-albert-chief-judge<br><br>for instructions on appearing via zoom.gov. |

**THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; CREDITOR, JOE COLANGELO (CLAIM 26); AND ALL PARTIES IN INTEREST:**

1    Please take notice that Creditor, Monika Jensen ("Ms. Jensen"), hereby submits this

2    Objection To The Late Filed Claim Of Joe Colangelo ("Mr. Colangelo") (Claim 26) (the

3    "Objection").

4    The Objection is based on the discussion provided below, the attached Memorandum of

5    Points and Authorities, and on such other argument as may be made by counsel at the time of the

6    hearing.

7    Please take further notice that pursuant to Local Bankruptcy Rule 9013-1(f), any

8    opposition to this Objection shall be in writing, and should be filed and served no later than

9    fourteen (14) days prior to the date of the hearing.  Papers not timely filed and served may be

10   deemed by the Court to be consent to the sustaining of this Objection.

11   **I.    THE PARTIES:**

12       1.    Ms. Jensen is an individual who resides in Palm Desert, California.

13       2.    Mr. Colangelo is an individual who resides at 626 N. Palmway, Lake Worth,

14   Florida 33460.

15   **II.    JURISDICTION:**

16       **A.    Subject Matter Jurisdiction**

17   Ms. Jensen is prosecuting this Objection pursuant to 11 U.S.C. § 502(a), Fed. R. Bankr.

18   Proc. 3007(a), and LBR 3007-1(a).  As such, the Motion arises in a case under title 11, so this

19   Court has jurisdiction to adjudicate the matter pursuant to 28 U.S.C. § 157(b)(1).

20       **B.    *In Personam* Jurisdiction**

21   This Court has personal jurisdiction over Mr. Colangelo by virtue of his having filed a

22   proof of claim in the case.  *See*, *e.g.*, *Granfinanciera, SA v. Nordberg*, 492 U.S. 33, 59 n.14

23   (1989) (". . . by submitting a claim against the bankruptcy estate, creditors subject themselves to

24   the court's equitable power to disallow those claims . . .").

25   **III.    STANDING:**

26   Ms. Jensen is a creditor in the case, who has already filed a proof of claim (Claim 9).  Part

27   of the amount claimed in Claim 26 is Ms. Jensen's money.  She has initiated an adversary

28   proceeding (8:23-ap-01086-TA) for recovery of that money.  Therefore, she is a party in interest,

2

1  so pursuant to 11 U.S.C. § 502(a) she has standing to file this Objection ("A claim or interest,

2  proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest,

3  … objects.").

4  **IV.    TIMELINESS OF OBJECTION:**

5  Although there is a claims bar date, there is no such limit to filing an objection to a proof

6  of claim.  *See, e.g.*, *Ashford v. Consol. Pioneer Mortgage* (*In re Consol. Pioneer Mortgage*), 178

7  B.R. 222, 225 (B.A.P. 9th Cir. 1995) ("Unlike a proof of claim, which must be filed before the

8  bar date, an objection to a proof of claim may be filed at any time.").  Therefore, this Objection is

9  timely.

10  **V.    STATEMENT OF RELEVANT FACTS:**

11  **A.  The Untimeliness Of Claim 26**

12  1.    On June 29, 2023, the Court entered its Notice Of Possible Dividend And Order

13  Fixing Time To File Claims as docket entry 223-1 (the "Order").  The Order stated:  "in

14  accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of

15  claim on or before October 2, 2023." (emphasis in original).  A true and correct copy of the

16  Order, followed by a true and correct copy of the Court's Certificate Of Notice as the first seven

17  pages of the 8-page document with the Order as the eighth page, is attached as Exhibit A.  Among

18  the recipients of the Order listed at the bottom of page 6 of 8 and the top of page 7 of 8 of the

19  Notice is "Christopher Hewitt on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com[;]

20  Christopher Hewitt on behalf of Defendant Joe Colangelo hewittesq@yahoo.com."

21  2.    According to the Notice of Electronic Filing that the Court sent to all ECF

22  recipients of the Order, among the recipients was:  "Christopher Hewitt on behalf of Creditor

23  Joseph Colangelo hewittesq@yahoo.com[;] Christopher Hewitt on behalf of Defendant Joe

24  Colangelo hewittesq@yahoo.com."  Thus, Mr. Colangelo received notice of the claims bar date

25  long before October 2, 2023.  A true and correct copy of the Notice of Electronic Filing is

26  attached as Exhibit B.

27  3.    At no time did Mr. Colangelo ask the Court to extend the deadline to file a claim.

28  A true and correct copy of the docket report as of January 17, 2024, for the case is attached as

3

Exhibit C.

4.      On December 27, 2023 — two months and twenty-five days after the claims bar date of October 2, 2023 — Mr. Colangelo filed Claim 26.  A true and correct copy of Claim 26 is attached as Exhibit D.

**B.  Claim 26 Is Grossly Inflated**

5.      In Claim 26 Mr. Colangelo claims $1,600,000.  According to item 8 on page 2 of Claim 26, Mr. Colangelo states as the basis for the claim:  "purchase agmt., $1,300,000 escrow deposit; $300,00 paid improvements to prop.; and Cal. Civil Code 3050."  However, Mr. Colangelo only paid $750,000 toward the purchase of the real property at 2 Makena Lane, Rancho Mirage, CA 92270 (the "Property").  The rest of the $1.3 million made toward the purchase price was paid by Ms. Jensen.  Given the invalidity of Mr. Colangelo's claim for the reasons set forth in this Objection, the only true claim related to the purchase price is Ms. Jensen's secured claim for $550,034.58, together with her expenditures for the improvement of the property.

6.      True and correct copies of the monthly statement for her account for the period from August 12, 2020, to September 11, 2020, showing the August 31, 2020, transfer of $50,034.58 to Escrow Experts, and the associated Royal Funds Transfer receipt are attached as Exhibit E.  True and correct copies of the monthly statement for her account for the period from November 12, 2020, to December 11, 2020, showing at the top of the second page the December 9, 2020, transfer of $500,000.00 to Escrow Experts, and the associated Royal Funds Transfer receipt are attached as Exhibit F.

7.      In addition, Ms. Jensen paid for much of the improvements to the Property in amounts to be proved at trial in the pending adversary proceeding (8:23-ap-01086-TA).  Moreover, as indicated below, Mr. Colangelo has provided no evidence of any expenditures on his part for improvements, and as such, any claim by him for such expenditures is unsubstantiated and invalid.

**C.  The Complete Absence Of Supporting Evidence For Claim 26's Assertion Of Secured Status**

8.      In item 9 on page 2 of Claim 26, Mr. Colangelo asserted that his claim is secured

4

by a vendee's lien that accrues interest at an annual rate of 7%. However, he did not attach any evidence to support his assertion. Instead, he attached a copy of his First Amended Complaint ("FAC") in adversary proceeding 8:23-ap-01078-TA. The FAC contains no evidence to support the assertion of secured status. This complete absence of evidence is particularly odd in light of the assertion of 7% interest.

## VI.    MEMORANDUM OF POINTS AND AUTHORITIES:

### A. Statutory Authority

The Bankruptcy Code provides: "A proof of claim or interest is deemed filed under section 501 of this title for any claim or interest that appears in the schedules filed under section 521(a)(1) or 1106(a)(2) of this title, except a claim or interest that is scheduled as disputed, contingent, or unliquidated."

The Bankruptcy Code also provides: "A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest … objects." 11 U.S.C. § 502(a). Therefore, Ms. Jensen is objecting to Claim 26 because it will be allowed if she fails to object.

The Bankruptcy Code also provides (with emphasis added):

> [T]he court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, **except to the extent that — … proof of such claim is not timely filed** …

11 U.S.C. § 502(b)(9).

Therefore, since Mr. Colangelo did not file Claim 26 timely, the Court must disallow Claim 26.

### B. The Bankruptcy Rules On Extending The Deadline

The Rules permit the Court to enlarge the time to file a proof of claim if either a request to extend the time is made "before the expiration of the period originally prescribed," or "on motion … where the failure to act was the result of excusable neglect." Fed. R. Bankr. Proc. 9006(b)(1).

Since Mr. Colangelo did not request an enlargement of the time prior to its expiration, the only relief available to him must be based on excusable neglect.

1    On June 29, 2023, the Court served the Order on Mr. Colangelo's counsel, Mr.

2    Christopher Hewitt.  Therefore, Mr. Colangelo was on notice of the claims bar date.  However, he

3    elected not to file a claim prior to the claims bar date.  Instead, he filed Claim 26 almost three

4    months after the claims bar date.

5    Accordingly, the Court must disallow Claim 26 as untimely.

6    **C.  The Complete Absence Of Evidence**

7    A creditor who fails to adequately substantiate its claim cannot rely on the proof of claim

8    as *prima facie* evidence of the claim's validity and amount.  Fed. R. Bankr. P. 3001(c)(2)(D).

9    And if the claimant asserts secured status, the claimant is required to attach evidence to establish

10   its secured status.  Fed. R. Bankr. P. 3001(d).

11   The only attachment to Claim 26 is Mr. Colangelo's First Amended Complaint.  This

12   attachment does not constitute evidentiary proof of anything.  In sum, Mr. Colangelo has provided

13   no evidence whatsoever to establish the amount of his claim, the secured status of the claim, or

14   the asserted annual interest rate of 7%.  Thus, Claim 26 fails to comply with even the most basic

15   requirements of a proof of claim, and should therefore be denied.

16   **D.  Case Law on Burdens of Proof**

17   The Third Circuit Court of Appeals held:

18   
19   > If the objector produces sufficient evidence to negate one or more of the
   > sworn facts in the proof of claim, the burden reverts to the claimant to
   > prove the validity of the claim by a preponderance of the evidence.  The
20  > burden of persuasion is always on the claimant.

21   *In re Allegheny International, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992).  *See also In re Pugh*,

22   157 B.R. 898, 901 (B.A.P. 9th Cir. 1993) (holding that claimant bears ultimate burden of

23   persuasion as to validity and amount of the claim by a preponderance of the evidence); *In re*

24   *Lundell*, 223 F. 3d 1035, 1039 (9th Cir. 2000).  *See generally* Barry Russell, *Bankruptcy*

25   *Evidence Manual*, §§ 301.13, 301.47 (West 1994-95 ed.).

26   Therefore, since Ms. Jensen has produced evidence that establishes the invalidity of

27   Claim 26, Mr. Colangelo now has the burden of persuading the Court of the legitimacy of that

28   claim.

6

SDG-03-02-23-02-NWG

1    Moreover, LBR 3007-1(b)(6) provides:  "If the claimant does not timely file and serve a

2    response, the court may sustain the objection without a hearing."  Therefore, if Mr. Colangelo

3    does not timely respond to this Objection, Ms. Jensen respectfully asks the Court to grant them

4    the relief requested in this Objection and disallow Claim 26.

5    **VII.    <u>RELIEF REQUESTED</u>:**

6        Based on the foregoing, Ms. Jensen respectfully asks the Court to disallow Claim 26.

7

8    DATED:  January 18, 2024.            Respectfully submitted,

9                                       LAW OFFICES OF NICHOLAS GEBELT

10

11                                       By:_____

12                                            Nicholas Gebelt
                                            Attorney for MONIKA JENSEN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

### DECLARATION OF MONIKA JENSEN

I, Monika Jensen, declare as follows:

1.      I paid $550,034.58 out of my own separate property funds toward the purchase of the real property at 2 Makena Lane, Rancho Mirage, CA 92270 (the "Property").

2.      True and correct copies of the monthly statement for my account for the period from August 12, 2020, to September 11, 2020, showing the August 31, 2020, transfer of $50,034.58 to Escrow Experts, and the associated Royal Funds Transfer receipt are attached as Exhibit E.  True and correct copies of the monthly statement for my account for the period from November 12, 2020, to December 11, 2020, showing at the top of the second page the December 9, 2020, transfer of $500,000.00 to Escrow Experts, and the associated Royal Funds Transfer receipt are attached as Exhibit F.

3.      In addition, I paid for much of the improvements to the Property in amounts to be proved at trial in the pending adversary proceeding (8:23-ap-01086-TA).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 17, 2024, at Palm Desert, California.


_____
                                        Monika Jensen

8

SDG-03-02-23-02-NWG

## DECLARATION OF NICHOLAS GEBELT

I, Nicholas Gebelt, declare as follows:

1.      If called upon to testify, I could and would testify to the following.  The contents of this declaration are based upon my own personal knowledge.

2.      I am an attorney, duly licensed to practice law in the State of California.  I represent Creditor, Monika Jensen.

3.      On June 29, 2023, the Court entered its Notice Of Possible Dividend And Order Fixing Time To File Claims as docket entry 223-1 (the "Order").  The Order stated:  "in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim on or before October 2, 2023." (emphasis in original).  I personally retrieved using the Court's PACER System, and have attached a true and correct copy of the Order, followed by a true and correct copy of the Court's Certificate Of Notice as the first seven pages of the 8-page document with the Order as the eighth page, as Exhibit A.  Among the recipients of the Order listed at the bottom of page 6 of 8 and the top of page 7 of 8 of the Notice is "Christopher Hewitt on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com[;] Christopher Hewitt on behalf of Defendant Joe Colangelo hewittesq@yahoo.com."

4.      According to the Notice of Electronic Filing that the Court sent to all ECF recipients of the Order, among the recipients was:  "Christopher Hewitt on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com[;] Christopher Hewitt on behalf of Defendant Joe Colangelo hewittesq@yahoo.com."  Thus, Mr. Colangelo received notice of the claims bar date long before October 2, 2023.  A true and correct copy of the Notice of Electronic Filing that I received from the Court's CM/ECF system is attached as Exhibit B.

5.      On January 17, 2024, I personally reviewed the docket for Stonebridge, LLC's bankruptcy case.  The docket report shows that at no time did Mr. Colangelo ask the Court to extend the deadline to file a claim.  A true and correct copy of the docket report as of January 17, 2024, is attached as Exhibit C.

SDG-03-02-23-02-NWG

6.      On December 27, 2023 — two months and twenty-five days after the claims bar date of October 2, 2023 — Mr. Colangelo filed Claim 26.  A true and correct copy of Claim 26 is attached as Exhibit D.

7.      In Claim 26 Mr. Colangelo claims $1,600,000.  According to item 8 on page 2 of Claim 26, Mr. Colangelo states as the basis for the claim:  "purchase agmt., $1,300,000 escrow deposit; $300,00 paid improvements to prop.; and Cal. Civil Code 3050."  However, Mr. Colangelo only paid $750,000 toward the purchase of the real property at 2 Makena Lane, Rancho Mirage, CA 92270 (the "Property").  The rest of the $1.3 million made toward the purchase price was paid by Ms. Jensen.  Given the invalidity of Mr. Colangelo's claim for the reasons set forth in this Objection, the only true claim related to the purchase price is Ms. Jensen's secured claim for $550,034.58, together with her expenditures for the improvement of the property.

8.      True and correct copies of the monthly statement for her account for the period from August 12, 2020, to September 11, 2020, showing the August 31, 2020, transfer of $50,034.58 to Escrow Experts, and the associated Royal Funds Transfer receipt are attached as Exhibit E.  True and correct copies of the monthly statement for her account for the period from November 12, 2020, to December 11, 2020, showing at the top of the second page the December 9, 2020, transfer of $500,000.00 to Escrow Experts, and the associated Royal Funds Transfer receipt are attached as Exhibit F.

9.      In addition, Ms. Jensen paid for much of the improvements to the Property in amounts to be proved at trial in the pending adversary proceeding (8:23-ap-01086-TA).  Moreover, as indicated below, Mr. Colangelo has provided no evidence of any expenditures on his part for improvements, and as such, any claim by him for such expenditures is unsubstantiated and invalid.

10.     In item 9 on page 2 of Claim 26, Mr. Colangelo asserted that his claim is secured by a vendee's lien that accrues interest at an annual rate of 7%.  However, he did not attach any evidence to support his assertion.  Instead, he attached a copy of his First Amended Complaint ("FAC") in adversary proceeding 8:23-ap-01078-TA.  The FAC contains no

10

SDG-03-02-23-02-NWG

1  evidence to support the assertion of secured status.  This complete absence of evidence is

2  particularly odd in light of the assertion of 7% interest.

3          I declare under penalty of perjury under the laws of the United States of America that

4  the foregoing is true and correct.

5                    Executed January 18, 2024, at Whittier, California.

6

7                                                      _____

8                                                              Nicholas Gebelt

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**

 Stonebridge Ventures, LLC
**SSN:** N/A
**EIN:** 47−2985950

15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

**BANKRUPTCY NO.**  8:22−bk−11556−TA
**CHAPTER**  7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before October 2, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: June 29, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**223 /**

United States Bankruptcy Court

Central District of California

In re:

Stonebridge Ventures, LLC

    Debtor

Case No. 22-11556-TA

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| aty | + | Malcolm Cisneros, A Law Corporation, 2112 Business Center Drive, Second Floor, Irvine, CA 92612-7135 |
| aty | #+ | Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211-6108 |
| cr | + | Allan D Sarver, Law Offices of Allan D. Sarver, 16000 Ventura Blvd Suite 1000, Encino, CA 91436-2762 |
| cr | + | Baiocchi Family Limited Partnership at al, Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard #100, Woodland Hills, CA 91364-6207 |
| br | + | Brian Thompson, Winterstone Real Estate Development, 23792 Rockfield Blvd., Ste. 101, Lake Forest, CA 92630-2868 |
| cr | + | Darryl Lewis, c/o Thomas J. Polis, Esq., Polis & Associates, APLC, 19800 MacArthur Blvd., Suite 1000, Irvine, CA 92612-2433 |
| cr | + | Joseph Colangelo, 2 Makena, Rancho Mirage, CA 92270-3904 |
| cr | + | Mary Jo Blue, Law Offices Allan Sarver, 16000 Ventura Blvd, Suite 1000, Encino, CA 91436-2762 |
| cr | + | Monika Jensen, c/o Law Offices of Nicholas Gebelt, 15150 Hornell Street, Whittier, CA 90604, U.S.A. 90604-2245 |
| intp | + | Qwan Capital, LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| intp | + | Qwan International Investments, LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| intp | + | Richard A. Marshack, c/o Shulman Bastian Friedman & Bui LLP, 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618-4969 |
| cr | + | Richard W Walker, c/o Law Offices of Allan D. Sarver, 16000 Ventura Blvd, Suite 1000, Encino, CA 91436-2762 |
| intp | + | Saman Jilanchi, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| cr | + | Sanna Akhtanova, c/o Thomas J. Polis, Esq., Polis & Associates, APLC, 19800 MacArthur Blvd., Suite 1000, Irvine, CA 92612-2433 |
| 41310552 | + | AB Capital Fund B, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41310992 | + | AB Capital Fund B, LLC, 15 Corporate Plaza Dyive, Suite 200, Newport Beach, CA 92660-7941 |
| 41295746 | + | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41284753 | + | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41284754 | + | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310993 | + | AB Capital, LLC, Attn: Officer, Director or, Manaving Agent, 15 Corporate Plaza Drive, Suite 2OO, Newport Beach, CA 92660-7918 |
| 41310994 | + | AB Capital, LLC A, Attn: Agent for Service of Process, 15 Cdrporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310995 | | Alisa Arkenberg, 7933 E. B#ker Drive, Scottsdale, AZ 85266 |
| 41303227 | + | Alisa Arkenberg, 7933 E. Baker Drive, Scottsdale, AZ 85266-2255 |
| 41295749 | + | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41310996 | + | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Srvice, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41295750 | + | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41284755 | + | Baocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310558 | + | Brad Bunten, 9241 Copenhaver Drive, Potomac, MD 20854-3016 |
| 41310998 | + | Brad Bvnten, 9241 Copenhaver Drive, Potomac, MD 20854-3016 |
| 41295751 | + | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310999 | + | Brentwood Finance Comany LLC, Attn: Officer, Director or Managing Agen, 180 S. Spruce Avenue, Suite l55, South San rancisco, CA 94080-4569 |
| 41295752 | + | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41311000 | + | Brentwood Finance Compasy, LLC, Attn: Auent for Service of Process, 180 S Spruce Avenue, Site 155, South San Francisco, CA 94080-4569 |
| 41303233 | + | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41311004 | + | Darryl Lewis ahd Sanna Akhtanova, 301 N. Palm Canyon Drive Suite 103-395, Palm Springs, CA 92262-5672 |
| 41295756 | + | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |

| | | |
|---|---|---|
| 41292927 | + | Darryl Lewis and Sanna Akhtanova, c/o Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41295755 | + | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41311003 | + | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvdw Ste. 1000, Irvine, CA 92612-2433 |
| 41303237 | #+ | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, #1, San Carlos, CA 94070-4128 |
| 41311006 | + | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, 41, San Carlos, CA 94070-4124 |
| 41295758 | + | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41311007 | + | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis & Sanna Akhta, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41303239 | | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Living Trust, 2100 Camino Vida Roble, Suite A, Carlsbad, CA 92011 |
| 41311008 | | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Living Trust, 2100 camino Vida Roble, Suite A, Carlsbad, CA 92011 |
| 41311009 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box t346, Philadelphia, PA 19101-7346 |
| 41295763 | + | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41295762 | + | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41310570 | + | Jaclyn Maduff, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41311011 | + | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbuby Circle, Los Angeles, CA 90034-1014 |
| 41303241 | + | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41303242 | + | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41310573 | + | Jeffrey McNutt, 6311 Sierra Elena Roas, Irvine, CA 92603-3926 |
| 41303245 | + | Koonce Family Enterprise, LP, Barbara Holt, Advisor, 517 E. Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311016 | + | Koonce Family Enterpriser LP, Barbara Holt, Advisor, 517 E. Calle Laurles, Santa Barbara, CA 93105-2005 |
| 41310577 | + | Koonce Family Enterprises, 517 E Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311018 | + | Las Palmas Group Retirement Trust, Barry Nisen, Tru/tee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41303246 | + | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41284759 | #+ | Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41303247 | + | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |
| 41284760 | + | Luna Construction Management, LLC, Attn: Officer, Director or Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41311020 | + | Luna Construction Management, LLC, Attn: Officer, Director or Managing Agen, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41284761 | + | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41311021 | | Luna Construction Management, LLC, Attn: Agnt for Service of Process, 501 Sk Olive Street, Anaheim, CA 92805 |
| 41303250 | + | Mainstar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, #530, Reno, NV 89511-8134 |
| 41311022 | + | Maintar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, 4530, Reno, NV 89511-8134 |
| 41311023 | + | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scrippp Lake Drive, #101, San Diego, CA 92131-1082 |
| 41295772 | + | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |
| 41311024 | + | Mario Melillo, 2404 Harbor Boulevard, 4106, Costa Mesa, CA 92626-6212 |
| 41394712 | + | Mary Jo Blue, 18124 Wedge Parkway #530, Reno, NV 89511-8134 |
| 41458716 | + | Monika Jensen, c/o Nicholas Gebelt, 15150 Hornell Street, Whittier CA 90604-2245 |
| 41303253 | + | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceanside, CA 92056-4707 |
| 41311025 | + | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceansider CA 92056-4707 |
| 41295775 | + | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41295776 | + | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41310590 | + | Richard W. Walker, PO Box 420, Onaga, KS 66521-0420 |
| 41310589 | + | Richard W. Walker, 214 West 9th Street, Onaga, KS 66521-9624 |
| 41311029 | | Richard W. Walker, 2l4 West 9th Street, Onaga, KS 66521 |
| 41311030 | + | Richard W. Walkr, PO BOX 420, Onaga KS 66521-0420 |
| 41399962 | + | Richard Walker, 18124 Wedge Parkway #530, Reno, NV 89511-8134 |
| 41310591 | + | Richter Wright, Attn: James D. Friedman, 32 Burning Tree Road, Newport Beach, CA 92660-5105 |
| 41296314 | + | Richter Wright (a CA general partnership), Attn: James D. Friedman, 32 Burning Tree Rd., Newport Beach, CA 92660-5105 |
| 41314838 | + | Riverside County Tax Collector, Adelina Abril, 4080 Lemon St, 4th Floor, Riverside CA 92501-3609 |
| 41311033 | | Riverside County Tax Collector, Attn: M:tt Jennings, PO Box 12005, Riverside CA 92502-2205 |
| 41284763 | | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41284762 | + | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41311032 | | Riverside County Tax Collector, Matt Jennings Treasurer Tax Collect, 4081 Lemon Street, lst Floor, Riverside, CA 92501 |
| 41311034 | + | State of California Franchise Tax Board, Bankruptcy Section MS A340, PO Box 295, Sacramento, CA 95812-0295 |
| 41310991 | + | Summer Shaw, Esq., SHAW & HANOVER, PC, 42-600 Cook Street, Suite 2l0, Palm Desert, CA 92211-6107 |
| 41310595 | + | The Burrill Trust, 156 Wadsworth Avenue, Santa Monica, CA 90405-3510 |
| 41313408 | + | Treitler Family Trust, c/o Marc Treitler Trustee, Marc Treitler, 9950 Scrippslake Drive #101, San Diego CA 92131-1082 |
| 41311019 | + | Zinda T. Seckler-RufkahrrTrustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |

TOTAL: 94

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0973-8 | User: admin | Page 3 of 7 |
| Date Rcvd: Jun 29, 2023 | Form ID: ntcpdiv | Total Noticed: 103 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: arturo.cisneros@txitrustee.com | Jun 30 2023 01:12:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | EDI: EDD.COM | Jun 30 2023 05:05:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jun 30 2023 05:05:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41284756 | EDI: CALTAXFEE | Jun 30 2023 05:05:00 | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41284757 | EDI: EDD.COM | Jun 30 2023 05:05:00 | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41372958 | EDI: CALTAX.COM | Jun 30 2023 05:05:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41289433 | EDI: IRS.COM | Jun 30 2023 05:05:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 41560730 | + Email/Text: USTPregion16.SA.ECF@USDOJ.GOV | Jun 30 2023 01:13:00 | Office of the U.S. Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701-4500 |
| 41284764 | EDI: CALTAX.COM | Jun 30 2023 05:05:00 | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| acc | | Hahn Fife & Co, LLP |
| 41295748 | | Alisa Arkenberg, Debtor will amend when, information becomes available) |
| 41295754 | | Cory Graham Sottek, Debtor will amend when, information becomes available) |
| 41295760 | | Jack D. Brewer, Debtor will amend when, information becomes available) |
| 41295761 | | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, Debtor will amend when, information becomes available) |
| 41295764 | | Keith A. Rowell, Trustee, of the Keith A. Rowell Trust, Debtor will amend when, information becomes available) |
| 41295765 | | Koonce Family Enterprise, LP, Debtor will amend when, information becomes available) |
| 41295766 | | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, Debtor will amend when, information becomes available) |
| 41295767 | | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, Debtor will amend when, information becomes available) |
| 41295768 | | Luis Enrique Gomez, Debtor will amend when, information becomes available) |
| 41295771 | | Mainstar Trust Custodian FBO, Richard W. Walker IRA, Debtor will amend when, information is available) |
| 41295773 | | Mario Melillo, Debtor will amend when, information becomes available) |
| 41295774 | | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, Debtor will amend when, information becomes available) |
| 41295780 | | Robert L. Brattrud, Trustee of the, Robert L. Brattrud Revocable Trust, Debtor will amend when, information becomes available) |
| 41295781 | | Snyder St. Peter Family 2015 Trust, William Henri Snyder &, Debtor will amend when, information becomes available) |
| 41295783 | | Wayne C. Rowell, Trustee of the, Wayne C. Rowell Revocable Trust, Debtor will amend when, information is available) |
| 41303225 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41310553 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41295747 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41303226 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41310554 | *+ | AB Capital, LLC, Attn: Agent for Service of Process, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |
| 41295745 | *+ | AB Capital, LLC, Attn: Officer, Director or, Managing Agent, 15 Corporate Plaza, Suite 200, Newport Beach, CA 92660-7941 |

| | | |
|---|---|---|
| 41310555 | *+ | Alisa Arkenberg, 7933 E. Baker Drive, Scottsdale, AZ 85266-2255 |
| 41303228 | *+ | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41310556 | *+ | Baiocchi Family Limited Partnershi, c/o Lenders T.D. Service, Inc., 24422 Avenida De La Carlota, #280, Laguna Hills, CA 92653-3603 |
| 41303229 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310557 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41310997 | *+ | Baiocchi Family, LP, 600 Hudson Lane, Aptos, CA 95003-2729 |
| 41303230 | *+ | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310559 | *+ | Brentwood Finance Comany LLC, Attn: Officer, Director or, Managing Agent, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41303231 | *+ | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41310560 | *+ | Brentwood Finance Company, LLC, Attn: Agent for Service of Process, 180 S. Spruce Avenue, Suite 155, South San Francisco, CA 94080-4558 |
| 41295753 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41303232 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41310561 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41311001 | * | California Department of Tax and, Fee Administration, Special Ops, MIC:55, PO Box 942879, Sacramento, CA 94279-0055 |
| 41310562 | *+ | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41311002 | *+ | Cory Graham Sottek, 640 Altamira Court, Vista, CA 92081-6310 |
| 41303234 | *+ | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41310563 | *+ | Darryl Lewis and Sanna Akhtanova, c/o Polis & Associates, Attn: Thomas J. Polis, 19800 MacArthur Blvd., Ste. 1000, Irvine, CA 92612-2433 |
| 41303235 | *+ | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |
| 41310564 | *+ | Darryl Lewis and Sanna Akhtanova, 301 N. Palm Canyon Drive, Suite 103-395, Palm Springs, CA 92262-5672 |
| 41295757 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41303236 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41310565 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41311005 | * | Employment Development Department, Bankruptcy Group MIC92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41310566 | *+ | Forge Trust Company CFBO, Donald Suskind IRA, 1160 Industrial Road, #1, San Carlos, CA 94070-4128 |
| 41303238 | *+ | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41310567 | *+ | Garcia Rainey Blank & Bowerbank LLP, Attorneys for Darryl Lewis &, Sanna Akhtanova, 695 Town Center Drive, Suite 540, Costa Mesa, CA 92626-7692 |
| 41310568 | * | Geoffrey P. Field, Trustee of the, Geoffrey P. Field Living Trust, 2100 Camino Vida Roble, Suite A, Carlsbad, CA 92011 |
| 41284758 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41295759 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41303240 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41310569 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41310575 | *+ | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41303244 | *+ | JLoanCo, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41303243 | *+ | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41310574 | *+ | JLoanCo, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41311015 | *+ | JLoanco, Inc., Attn: Agent for Service of Process, 3780 King Ranch Road, Ukiah, CA, 95482-9200 |
| 41311014 | *+ | JLoanco, Inc., Attn: Officer, Director or, Managing Agent, 3780 King Ranch Road, Ukiah, CA 95482-9200 |
| 41311010 | *+ | Jaclyn Maduff, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41310571 | *+ | Jaclyn Maduff, Trustee of the, Jaclyn Maduff Family Trust, 2128 Duxbury Circle, Los Angeles, CA 90034-1014 |
| 41310572 | *+ | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41311012 | *+ | Jean Himmelstein, Trustee of the, Jeannette Himmelstein Living Trust, 10100 Galaxy Way, #2240, Los Angeles, CA 90067-3528 |
| 41311013 | *+ | Jeffrey McNutt, 6311 Sierra Elena Roas, Irvine, CA 92603-3926 |
| 41310576 | *+ | Koonce Family Enterprise, LP, Barbara Holt, Advisor, 517 E. Calle Laureles, Santa Barbara, CA 93105-2005 |
| 41311017 | *+ | Koonce Family Enterprises, 517 E Calle Laureles, Santa Barbara CA 93105-2005 |
| 41310578 | *+ | Las Palmas Group Retirement Trust, Barry Nisen, Trustee, PO Box 90202, Santa Barbara, CA 93190-0202 |
| 41310579 | *+ | Linda T. Seckler-Rufkahr,Trustee of, The Rufkahr Family Trust, 31661 Haute Court, Winchester, CA 92596-9123 |
| 41295770 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41303249 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310581 | *+ | Luna Construction Management, LLC, Attn: Agent for Service of Process, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41295769 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41303248 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310580 | *+ | Luna Construction Management, LLC, Attn: Officer, Director or, Managing Agent, 501 S. Olive Street, Anaheim, CA 92805-4738 |
| 41310582 | *+ | Mainstar Trust Custodian FBO, Richard W. Walker IRA, 18124 Wedge Parkway, #530, Reno, NV 89511-8134 |
| 41303251 | *+ | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |

17

| | | |
|---|---|---|
| 41310583 | *+ | Marc Treitler, Trustee of the, Treitler Family Trust, 9950 Scripps Lake Drive, #101, San Diego, CA 92131-1082 |
| 41310584 | *+ | Mario Melillo, 2404 Harbor Boulevard, #106, Costa Mesa, CA 92626-6212 |
| 41310585 | *+ | Noreen Kennedy, Trustee of the, Noreen Kay Kennedy Separate Prop Tr, 3504 N. Sundown Lane, Oceanside, CA 92056-4707 |
| 41303254 | *+ | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41310586 | *+ | Renewable Farms, Attn: Officer, Director or, Managing Agent, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41303256 | *+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41310588 | *+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41303255 | *+ | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41310587 | *+ | Renewable Farms, c/o FCI Lender Services, Inc., 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41311027 | *+ | Renewable Farms, c/o FcI Lender Services,, 8180 E. Kaiser Boulevard, Anaheim, CA 92808-2277 |
| 41311031 | *+ | Richter Wright, Attn: James D. Friedman, 32 Burning Tree Road, Newport Beach, CA 92660-5105 |
| 41295779 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41303258 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41310593 | * | Riverside County Tax Collector, Attn: Matt Jennings, PO Box 12005, Riverside, CA 92502-2205 |
| 41295778 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41303257 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41310592 | *+ | Riverside County Tax Collector, Matt Jennings Treasurer-Tax Collect, 4080 Lemon Street, 1st Floor, Riverside, CA 92501-3634 |
| 41295782 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41303259 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41310594 | * | State of California, Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41310990 | *+ | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |
| 41311035 | *+ | The Burrill Trust, 156 Wadsworth Avenue, Santa Monica, CA 90405-3510 |
| 41303252 | ##+ | Mario Melillo, 2404 Harbor Boulevard, #106, Costa Mesa, CA 92626-6212 |
| 41311026 | ##+ | Renewable Farms, Attn: Officer, Director or Managing Agen, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41295777 | ##+ | Renewable Farms, Attn: Agent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |
| 41311028 | ##+ | Renewable Farms,, Attn: Aqent for Service of Process, 2604 N. Tustin Avenue, Unit F, Santa Ana, CA 92705-1056 |

TOTAL: 17 Undeliverable, 83 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com |

District/off: 0973-8                        User: admin                                    Page 6 of 7
Date Rcvd: Jun 29, 2023                     Form ID: ntcpdiv                          Total Noticed: 103

Christopher Hewitt
    on behalf of Defendant Joe Colangelo hewittesq@yahoo.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Diana Torres-Brito
    on behalf of Creditor Baiocchi Family Limited Partnership et al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
    on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

James C Bastian, Jr
    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
    on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael J Hauser
    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
    on behalf of Plaintiff A. Cisneros nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
    on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Richard A Marshack
    on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
    lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Rika Kido
    on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com

Rika Kido
    on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Debtor Stonebridge Ventures LLC ss@shaw.law,
    shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan
    on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

W. Derek May
    on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com

William Malcolm

Case 8:22-bk-11556-TA    Doc 235    Filed 01/18/24    Entered 01/18/24 18:46:22    Desc
Imaged Certificate of Notice    Page 7 of 8

District/off: 0973-8                           User: admin                                    Page 7 of 7
Date Rcvd: Jun 29, 2023                        Form ID: ntcpdiv                               Total Noticed: 103

on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org

TOTAL: 33

## United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
 Stonebridge Ventures, LLC
**SSN:** N/A
**EIN:** 47-2985950

15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

**BANKRUPTCY NO.**  8:22-bk-11556-TA
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above-captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before October 2, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED _NOT_ FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

For The Court,

Dated: June 29, 2023

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**223 /**

# Exhibit B

**Nicholas Gebelt**

| | |
|---|---|
| **From:** | cmecfhelpdesk@cacb.uscourts.gov |
| **Sent:** | Thursday, June 29, 2023 11:43 AM |
| **To:** | Courtmail@cacb.uscourts.gov |
| **Subject:** | 8:22-bk-11556-TA Notice of Assets filed by trustee and court's notice of possible dividend (BNC) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Arturo Cisneros (TR) entered on 6/29/2023 at 11:43 AM PDT and filed on 6/29/2023

| | |
|---|---|
| **Case Name:** | Stonebridge Ventures, LLC |
| **Case Number:** | 8:22-bk-11556-TA |
| **Document Number:** | 223 |

**Docket Text:**
Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Arturo Cisneros (TR). Proofs of Claims due by 10/2/2023. (Cisneros (TR), Arturo)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Stonebridge_Notice of Asset.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=6/29/2023] [FileNumber=104426965
-0] [4c63be296aa3ca382c68801be38f0d9aca053bf43111a5392f2b3c6a0dee51230
ded18ac2ca02f4ae4c634ba43a2b05381410f7021523f1a0e948873e0d004cb]]

**8:22-bk-11556-TA Notice will be electronically mailed to:**

James C Bastian, Jr on behalf of Interested Party Courtesy NEF
jbastian@shulmanbastian.com

Arturo Cisneros on behalf of Trustee Arturo Cisneros (TR)

arturo@mclaw.org, CACD_ECF@mclaw.org

Arturo Cisneros (TR)
amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Nicholas W Gebelt on behalf of Creditor Monika Jensen
ngebelt@goodbye2debt.com

Nicholas W Gebelt on behalf of Defendant Monika Jensen
ngebelt@goodbye2debt.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

Christopher Hewitt on behalf of Creditor Joseph Colangelo
hewittesq@yahoo.com

Christopher Hewitt on behalf of Defendant Joe Colangelo
hewittesq@yahoo.com

Rika Kido on behalf of Interested Party Courtesy NEF
rkido@shulmanbastian.com, avernon@shulmanbastian.com

Rika Kido on behalf of Interested Party Richard A. Marshack
rkido@shulmanbastian.com, avernon@shulmanbastian.com

William Malcolm on behalf of Trustee Arturo Cisneros (TR)
bill@mclaw.org, cvalenzuela@mclaw.org

Richard A Marshack on behalf of Interested Party Courtesy NEF
rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

W. Derek May on behalf of Interested Party Courtesy NEF
wdmlaw17@gmail.com, r48266@notify.bestcase.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Thomas J Polis on behalf of Creditor Darryl Lewis
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis on behalf of Creditor Sanna Akhtanova
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis on behalf of Plaintiff Darryl Lewis
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis on behalf of Plaintiff Sanna Akhtanova
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Hamid R Rafatjoo on behalf of Interested Party Qwan Capital, LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo on behalf of Interested Party Qwan International Investments, LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo on behalf of Interested Party Saman Jilanchi
hrafatjoo@raineslaw.com, bclark@raineslaw.com

Lee S Raphael on behalf of Interested Party Courtesy NEF
ecfcca@ecf.courtdrive.com, cmartin@pralc.com

Timothy M Ryan on behalf of Interested Party Courtesy NEF
tryan@theryanfirm.com, ecf@theryanfirm.com

Allan D Sarver on behalf of Creditor Allan D Sarver
ADS@asarverlaw.com

Allan D Sarver on behalf of Creditor Mary Jo Blue
ADS@asarverlaw.com

Allan D Sarver on behalf of Creditor Richard W Walker
ADS@asarverlaw.com

Summer M Shaw on behalf of Debtor Stonebridge Ventures, LLC
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw on behalf of Interested Party Summer Shaw
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Nathan F Smith on behalf of Plaintiff A. Cisneros
nathan@mclaw.org,
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith on behalf of Trustee Arturo Cisneros (TR)
nathan@mclaw.org,
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Diana Torres-Brito on behalf of Creditor Baiocchi Family Limited Partnership at al
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Diana Torres-Brito on behalf of Debtor Stonebridge Ventures, LLC
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

**8:22-bk-11556-TA Notice will not be electronically mailed to:**

Hahn Fife & Co, LLP
,

Malcolm Cisneros
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612

Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

# Exhibit C

DEFER, CONVERTED

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:22-bk-11556-TA

|  |  |
|---|---|
| *Date filed:* | 09/09/2022 |
| *Date converted:* | 04/03/2023 |
| *341 meeting:* | 07/26/2023 |
| *Deadline for filing claims:* | 10/02/2023 |

*Assigned to:* Theodor Albert
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
Asset

**Debtor**
**Stonebridge Ventures, LLC**
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660
ORANGE-CA
Tax ID / EIN: 47-2985950

represented by **Summer M Shaw**
Shaw & Hanover, PC
44-901 Village Court
Suite B
Palm Desert, CA 92260
760-610-0000
Fax : 760-687-2800
Email: ss@shaw.law

**Diana Torres-Brito**
Prober and Raphael, ALC
20750 Ventura Blvd.
Suite 100
Woodland Hills, CA 91364
818-227-0100
Fax : 818-227-0637
Email: dtorres-brito@pralc.com

**Trustee**
**Arturo Cisneros (TR)**
3403 Tenth Street, Suite 714
Riverside, CA 92501
(951) 328-3124

represented by **Arturo Cisneros**
2112 Business Center Dr 2nd Fl
Irvine, CA 92612
949-252-9400
Email: arturo@mclaw.org

**William Malcolm**
Malcolm & Cisneros
2112 Business Center Dr 2nd Fl
Irvine, CA 92612
949-252-9400
Fax : 949- 252-1032
Email: bill@mclaw.org

**Nathan F Smith**
Malcolm - Cisneros
2112 Business Center Dr
Irvine, CA 92612
949-252-9400

Fax : 949-252-1032
Email: nathan@mclaw.org

*Trustee*
**CASE REOP/CONV/OR CLOSED WITHOUT A TRUSTEE**
*TERMINATED: 04/03/2023*

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Michael J Hauser**
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593
714-338-3417
Fax : 714-338-3421
Email: michael.hauser@usdoj.gov

**Kenneth Misken**
DOJ-UST
Office of the United States Trustee
411 W. Fourth Street, #7160
Santa Ana, CA 92701
714-338-3400
*TERMINATED: 09/29/2022*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/09/2022 | 1 (14 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Stonebridge Ventures, LLC Schedule A/B: Property (Form 106A/B or 206A/B) due 09/23/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 09/23/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 09/23/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 09/23/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 09/23/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 09/23/2022. Statement of Financial Affairs (Form 107 or 207) due 09/23/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 09/23/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 09/23/2022. Incomplete Filings due by 09/23/2022. (Shaw, Summer) WARNING: See docket entry #3 for correction. Case Also Deficient: Declaration for Non-Individual (Form 202) due 9/23/2022. Deadlines Terminated: Declaration Individual Debtors Schedules (Form 106Dec). Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition. Modified on 9/12/2022 (TS). (Entered: 09/09/2022) |
| 09/09/2022 | | Receipt of Voluntary Petition (Chapter 11)( 8:22-bk-11556) [misc,volp11] (1738.00) Filing Fee. Receipt number A54646707. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/09/2022) |
| 09/09/2022 | 2 (2 pgs) | Corporate resolution authorizing filing of petitions Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 09/09/2022) |
| 09/12/2022 | 3 | Notice to Filer of Correction Made/No Action Required: **Incorrect** |

| | | |
|---|---|---|
| | | schedules/statements recorded as deficient. **THE PROPER DEFICIENCY HAS BEEN ISSUED.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) (TS) (Entered: 09/12/2022) |
| 09/12/2022 | 4 (2 pgs) | Order Setting Scheduling And Case Management Conference - Hearing Scheduled For October 12, 2022 at 10:00 A.M., Via Zoom/Gov (BNC-PDF) (Related Doc # doc ) Signed on 9/12/2022 (GD) (Entered: 09/12/2022) |
| 09/12/2022 | 5 | Hearing Set Re: Status Conference (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) Status hearing to be held on 10/12/2022 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 09/12/2022) |
| 09/13/2022 | 6 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 10/13/2022 at 02:00 PM at UST-SA1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227. (JL) (Entered: 09/13/2022) |
| 09/14/2022 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) No. of Notices: 1. Notice Date 09/14/2022. (Admin.) (Entered: 09/14/2022) |
| 09/14/2022 | 8 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) No. of Notices: 1. Notice Date 09/14/2022. (Admin.) (Entered: 09/14/2022) |
| 09/14/2022 | 9 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)4 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 09/14/2022. (Admin.) (Entered: 09/14/2022) |
| 09/15/2022 | 10 (4 pgs) | BNC Certificate of Notice (RE: related document(s)6 Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 9. Notice Date 09/15/2022. (Admin.) (Entered: 09/15/2022) |
| 09/19/2022 | 11 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Rafatjoo, Hamid. (Rafatjoo, Hamid) (Entered: 09/19/2022) |
| 09/20/2022 | 12 (2 pgs) | Request for special notice *with Proof of Service* Filed by Creditors Sanna Akhtanova, Darryl Lewis. (Polis, Thomas) (Entered: 09/20/2022) |
| 09/23/2022 | 13 (4 pgs) | Stipulation By United States Trustee (SA) and *Debtor's Counsel Regarding Court Order Directing the U.S. Trustee to Appoint a Chapter 11 Trustee* Filed by U.S. Trustee United States Trustee (SA) (Hauser, Michael) (Entered: 09/23/2022) |
| 09/23/2022 | 14 (8 pgs) | Declaration re: *of Debtor and Debtor-in-Possession, Stonebridge Ventures, LLC, in Accordance with 11 U.S.C. § 1116 with attached Exhibit 1 and Proof of Service* Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 09/23/2022) |
| 09/23/2022 | 15 (33 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Statement of Related Cases (LBR Form 1015-2.1) , Summary of Assets and Liabilities for Non-Individual (Official Form |

| | | |
|---|---|---|
| | | 106Santi or 206Santi) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor Stonebridge Ventures, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Shaw, Summer) (Entered: 09/23/2022) |
| 09/26/2022 | 16 (2 pgs) | Order Approving Stipulation Regarding Court Order Directing The US Trustee To Appoint A Chapter 11 Trustee (BNC-PDF) (Related Doc # 13 ) - IT IS ORDERED: 1. The Stipulation is approved; 2. The U.S. Trustee is directed to appoint a Chapter 11 Trustee in this case. Signed on 9/26/2022 (GD) (Entered: 09/26/2022) |
| 09/27/2022 | 17 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :paralegal@polis-law.com: Filed by Creditors Sanna Akhtanova, Darryl Lewis (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Polis, Thomas) (Entered: 09/27/2022) |
| 09/27/2022 | | Receipt of Request for a Certified Copy( 8:22-bk-11556-TA) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54701445. Fee amount 11.00. (re: Doc# 17 ) (U.S. Treasury) (Entered: 09/27/2022) |
| 09/27/2022 | 18 | Certified Copy Emailed to paralegal@polis-law.com (Entered: 09/27/2022) |
| 09/28/2022 | 19 (2 pgs) | Notice of Appointment of Trustee . Arturo Cisneros (TR) added to the case. Filed by U.S. Trustee United States Trustee (SA). (united states trustee (kmh)) (Entered: 09/28/2022) |
| 09/28/2022 | 20 (2 pgs) | Notice of appointment and acceptance of trustee Filed by U.S. Trustee United States Trustee (SA). (united states trustee (kmh)) (Entered: 09/28/2022) |
| 09/28/2022 | 21 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)16 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 09/28/2022. (Admin.) (Entered: 09/28/2022) |
| 09/29/2022 | 22 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cisneros, Arturo. (Cisneros, Arturo) (Entered: 09/29/2022) |
| 09/29/2022 | 23 (4 pgs) | Application *For Order Approving the Appointment of Chapter 11 Trustee* Filed by U.S. Trustee United States Trustee (SA) (Misken, Kenneth) (Entered: 09/29/2022) |
| 09/29/2022 | 24 (1 pg) | Order Approving The U.S. Trustee's Application For The Appointment Of A Chapter 11 Trustee (BNC-PDF) (Related Doc # 23 ) - IT IS HERBY ORDERED THAT the U.S. Trustee's Application is approved and Arturo Cisneros is appointed as the Chapter 11 Trustee in the above captioned case. IT IS ORDERED. Signed on 9/29/2022 (GD) (Entered: 09/29/2022) |

| | | |
|---|---|---|
| 09/30/2022 | 25<br>(6 pgs) | *...and Service of Notice of Chapter 11 Bankruptcy Case to Newly Added Creditors* Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 09/30/2022) |
| 10/01/2022 | 26<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 Order on Generic Application (BNC-PDF)) No. of Notices: 1. Notice Date 10/01/2022. (Admin.) (Entered: 10/01/2022) |
| 10/03/2022 | 27<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Meadows, David. (Meadows, David) (Entered: 10/03/2022) |
| 10/05/2022 | 28<br>(3 pgs) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ryan, Timothy. (Ryan, Timothy) (Entered: 10/05/2022) |
| 10/05/2022 | 29 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :ss@shaw.law: Filed by Debtor Stonebridge Ventures, LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Shaw, Summer) (Entered: 10/05/2022) |
| 10/05/2022 | | Receipt of Request for a Certified Copy( 8:22-bk-11556-TA) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54734738. Fee amount 11.00. (re: Doc# 29 ) (U.S. Treasury) (Entered: 10/05/2022) |
| 10/05/2022 | 30 | Certified Copy Emailed to ss@shaw.law (Entered: 10/05/2022) |
| 10/11/2022 | 31<br>(59 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 5 Makena Lane Rancho Mirage, CA 92270 . Fee Amount $188, Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit) (Torres-Brito, Diana) (Entered: 10/11/2022) |
| 10/11/2022 | | Receipt of Motion for Relief from Stay - Real Property( 8:22-bk-11556-TA) [motion,nmrp] ( 188.00) Filing Fee. Receipt number A54749777. Fee amount 188.00. (re: Doc# 31) (U.S. Treasury) (Entered: 10/11/2022) |
| 10/11/2022 | 32<br>(2 pgs) | Notice of Hearing / *Supplemental Notice of Hearing* Filed by Creditor Baiocchi Family Limited Partnership at al (RE: related document(s)31 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 5 Makena Lane Rancho Mirage, CA 92270 . Fee Amount $188, Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit). (Torres-Brito, Diana) (Entered: 10/11/2022) |
| 10/11/2022 | 33 | Hearing Set (RE: related document(s)31 Motion for Relief from Stay - Real Property filed by Creditor Baiocchi Family Limited Partnership at al) The Hearing date is set for 11/1/2022 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 10/11/2022) |
| 10/12/2022 | 34<br>(29 pgs) | Amending Schedules (D) (E/F) *Amended*, Verification of Master Mailing List of Creditors (LBR Form F1007-1) *and Amended*, List of Creditors (Master Mailing List of Creditors) *with Proof of Service* Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 10/12/2022) |
| 10/12/2022 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( 8:22-bk-11556-TA) [misc,amdsch] ( |

| | | |
|---|---|---|
| | | 32.00. Filing Fee Receipt number A54752015. Fee amount 32.00. (re: Doc# 34) (U.S. Treasury) (Entered: 10/12/2022) |
| 10/12/2022 | 35 | Hearing Rescheduled/Continued (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) Status hearing to be held on 12/14/2022 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to December 14, 2022 at 10:00 a.m. Court expects a status report. (GD) (Entered: 10/12/2022) |
| 10/20/2022 | 36 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Nathan. (Smith, Nathan) (Entered: 10/20/2022) |
| 10/20/2022 | 37 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Malcolm, William. (Malcolm, William) (Entered: 10/20/2022) |
| 10/20/2022 | 38 (7 pgs; 2 docs) | Notice *Of Removal Of State Court Action To The United States Bankruptcy Court For The Central District Of California, Santa Ana Division Pursuant To 28 U.S.C. § 1441 And Local Bankruptcy Rule 9027; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis. (Attachments: # 1 Exhibit A) (Polis, Thomas) - Warning: See docket entry no.: 40 for corrections Modified on 10/21/2022 (GD). (Entered: 10/20/2022) |
| 10/20/2022 | 39 (3 pgs) | Notice *of Status Conference re: Removal of Action; with Proof of Service* Filed by Creditors Sanna Akhtanova, Darryl Lewis (RE: related document(s)38 Notice *Of Removal Of State Court Action To The United States Bankruptcy Court For The Central District Of California, Santa Ana Division Pursuant To 28 U.S.C. § 1441 And Local Bankruptcy Rule 9027; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis. (Attachments: # 1 Exhibit A)). (Polis, Thomas) - Warning: See docket entry no.: 41 for corrections Modified on 10/21/2022 (GD). (Entered: 10/20/2022) |
| 10/21/2022 | 40 | Notice to Filer of Error and/or Deficient Document **Document was filed in the incorrect case. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT IN THE CORRECT CASE IMMEDIATELY. THIS DOCUMENT NEEDS TO BE FILED IN THE ADVERSARY CASE; PLEASE WITHDRAW THE DOCUMENT AND FILE IT IN THE ADVERSARY CASE** (RE: related document(s)38 Notice filed by Creditor Darryl Lewis, Creditor Sanna Akhtanova) (GD) (Entered: 10/21/2022) |
| 10/21/2022 | 41 | Notice to Filer of Error and/or Deficient Document **Document was filed in the incorrect case. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT IN THE CORRECT CASE IMMEDIATELY. THIS DOCUMENT NEEDS TO BE FILED IN THE ADVERSARY CASE; PLEASE CORRECT ASAP** (RE: related document(s)39 Notice filed by Creditor Darryl Lewis, Creditor Sanna Akhtanova) (GD) (Entered: 10/21/2022) |
| 10/24/2022 | 42 (4 pgs) | Stipulation By Arturo Cisneros (TR) and *Baiocchi Family Limited Partnership* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 10/24/2022) |
| 10/24/2022 | 43 (5 pgs) | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)31 Notice of motion and motion for relief from the automatic |

| | | |
|---|---|---|
| | | stay with supporting declarations REAL PROPERTY RE: 5 Makena Lane Rancho Mirage, CA 92270 . Fee Amount $188, Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit)). (Smith, Nathan) (Entered: 10/24/2022) |
| 10/24/2022 | 44 (2 pgs) | Order On Stipulation To Continue Hearing On Baiocchi Family Limited Partnership's Notice Of Motion And Motion For Relief From The Automatic Stay (BNC-PDF) (Related Doc # 42 ) - IT IS HEREBY ORDERED that the hearing on the Baiocchi Family Limited Partnership's Motion for Relief from the Automatic Stay Under 11 USC § 362 be continued to January 10, 2023 at 10:30 A.M., in Courtroom 5B, at the United States Bankrutpcy Court located 411 West Fourth Street, Santa Ana, CA 92701 Signed on 10/24/2022 (GD) (Entered: 10/24/2022) |
| 10/24/2022 | 45 (31 pgs) | Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Summer Shaw, Shaw & Hanover, PC as General Counsel *with attached Exhibits 1-3 and Proof of Service* Filed by Debtor Stonebridge Ventures, LLC (Shaw, Summer) (Entered: 10/24/2022) |
| 10/25/2022 | 46 (2 pgs) | Voluntary Dismissal of Motion *Application by Debtor and Former Debtor-in-Possession to Employ Shaw & Hanover, PC as General Counsel, Declaration of Summer Shaw; and Declaration of Joshua R Rukini, both in Support Thereof with Proof of Service* Filed by Debtor Stonebridge Ventures, LLC (RE: related document(s)45 Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Summer Shaw, Shaw & Hanover, PC as General Counsel *with attached Exhibits 1-3 and Proof of Service*). (Shaw, Summer) (Entered: 10/25/2022) |
| 10/25/2022 | 47 (31 pgs) | Application to Employ Summer Shaw, Shaw & Hanover, PC as General Counsel *; Declaration of Summer Shaw; and Declaration of Joshua R. Rukini, both in Support Thereof with attached Exhibits 1-3 with Proof of Service* Filed by Debtor Stonebridge Ventures, LLC (Shaw, Summer) (Entered: 10/25/2022) |
| 10/25/2022 | 48 (4 pgs) | Notice *of Filing of Individual Bond by Chapter 11 Trustee Pursuant to the Requirements of the Office of the United States Trustee* Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) Warning: See docket entry no: 49 for corrective action. Modified on 10/25/2022 (SD8). (Entered: 10/25/2022) |
| 10/25/2022 | 49 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. This document cannot be filed electronically. The ORIGINAL document needs to be filed in hard copy format at the Clerk's office. THE FILER IS INSTRUCTED TO RE-FILE THE ORIGINAL DOCUMENT IN HARD COPY FORMAT AT THE CLERK'S OFFICE IMMEDIATELY.** (RE: related document(s)48 Notice filed by Trustee Arturo Cisneros (TR)) (SD8) (Entered: 10/25/2022) |
| 10/26/2022 | 50 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)44 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 10/26/2022. (Admin.) (Entered: 10/26/2022) |
| 10/28/2022 | 51 (20 pgs) | Application to Employ Malcolm & Cisneros as General Counsel *Declaration of Nathan F. Smith in Support Hereof* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 10/28/2022) |

34

| 10/28/2022 | 52<br>(13 pgs) | Notice of motion/application Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)51 Application to Employ Malcolm & Cisneros as General Counsel *Declaration of Nathan F. Smith in Support Hereof* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 10/28/2022) |
| --- | --- | --- |
| 10/28/2022 | 53<br>(4 pgs) | Document/Notice Of Filing Of Individual Bond By Chapter 11 Trustee Pursuant To The Requirements Of The Office Of The United States Trustee - Bond No 016237960 of Liberty Mutual Insurance Company in the sum of $10,000.00; Filed by Trustee Arturo Cisneros (TR) (Original bond sent to James Sandino in Los Angeles) (SD8) (Entered: 10/28/2022) |
| 10/31/2022 | 54<br>(21 pgs; 2 docs) | Adversary case 8:22-ap-01093. Complaint by Darryl Lewis, Sanna Akhtanova against Stonebridge Ventures, LLC, Joshua Raymond Pukini, RYAN JUSTIN YOUNG, an individual. Fee Amount $350 (Attachments: # 1 Exhibit A) Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Polis, Thomas) CORRECTION: THIS IS A NOTICE OF REMOVAL Modified on 11/1/2022 (SD8). (Entered: 10/31/2022) |
| 11/01/2022 | 55 | Hearing Rescheduled/Continued (RE: related document(s)31 Motion for Relief from Stay - Real Property filed by Creditor Baiocchi Family Limited Partnership at al) The Hearing date is set for 1/10/2023 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Per Order On Stipulation To Continue Hearing On Baiocchi Family Limited Partnership's Notice Of Motion And Motion For Relief From The Automatic Stay Entered 10-24-22 (GD) (Entered: 11/01/2022) |
| 11/04/2022 | 56<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by May, W.. (May, W.) (Entered: 11/04/2022) |
| 11/07/2022 | 57<br>(116 pgs; 3 docs) | Application to Employ Brian Thompson as Real Estate Broker Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibits 1-2 # 2 Exhibit Exhibits 3-4) (Smith, Nathan) (Entered: 11/07/2022) |
| 11/07/2022 | 58<br>(11 pgs) | Notice of motion/application Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)57 Application to Employ Brian Thompson as Real Estate Broker Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibits 1-2 # 2 Exhibit Exhibits 3-4)). (Smith, Nathan) (Entered: 11/07/2022) |
| 11/10/2022 | 59<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Sarver, Allan. (Sarver, Allan) (Entered: 11/10/2022) |
| 11/15/2022 | 60<br>(39 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)51 Application to Employ Malcolm & Cisneros as General Counsel *Declaration of Nathan F. Smith in Support Hereof*). (Smith, Nathan) (Entered: 11/15/2022) |
| 11/18/2022 | 61<br>(15 pgs) | Amending Schedules (D) *with Proof of Service* Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 11/18/2022) |
| 11/18/2022 | 62<br>(20 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 9/30/2022 Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: |

| | | |
|---|---|---|
| 11/18/2022 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( 8:22-bk-11556-TA) [misc,amdsch] ( 32.00) Filing Fee. Receipt number A54878993. Fee amount 32.00. (re: Doc# 61) (U.S. Treasury) (Entered: 11/18/2022) |
| 11/18/2022 | 63 (2 pgs) | Order Approving Chapter 11 Trustee's Application For Authority To Employ Malcolm Cisneros As General Counsel (BNC-PDF) (Related Doc # 51) Signed on 11/18/2022. (GD) (Entered: 11/18/2022) |
| 11/20/2022 | 64 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)63 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 11/20/2022. (Admin.) (Entered: 11/20/2022) |
| 11/22/2022 | 65 (17 pgs; 3 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2022 Filed by Trustee Arturo Cisneros (TR). (Attachments: # 1 Exhibit October Bank Statement # 2 Proof of Service) (Cisneros (TR), Arturo) (Entered: 11/22/2022) |
| 11/22/2022 | 66 (34 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with attached copy of Application and Proof of Service* Filed by Debtor Stonebridge Ventures, LLC (RE: related document(s)47 Application to Employ Summer Shaw, Shaw & Hanover, PC as General Counsel *; Declaration of Summer Shaw; and Declaration of Joshua R. Rukini, both in Support Thereof with attached Exhibits 1-3 with Proof of Service*). (Shaw, Summer) (Entered: 11/22/2022) |
| 11/22/2022 | 67 (4 pgs) | Notice of lodgment *of Order in Bankruptcy Case re Application by Debtor and Former Debtor-in-Possession to Employ Shaw & Hanover, PC as General Counsel with attached copy of Order and Proof of Service* Filed by Debtor Stonebridge Ventures, LLC (RE: related document(s)47 Application to Employ Summer Shaw, Shaw & Hanover, PC as General Counsel *; Declaration of Summer Shaw; and Declaration of Joshua R. Rukini, both in Support Thereof with attached Exhibits 1-3 with Proof of Service* Filed by Debtor Stonebridge Ventures, LLC). (Shaw, Summer) (Entered: 11/22/2022) |
| 11/28/2022 | 68 (133 pgs; 2 docs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)57 Application to Employ Brian Thompson as Real Estate Broker ). (Attachments: # 1 Exhibit) (Smith, Nathan) (Entered: 11/28/2022) |
| 11/28/2022 | 69 (2 pgs) | Order Granting Application to Employ Shaw & Hanover, PC As General Counsel (BNC-PDF) (Related Doc # 47) Signed on 11/28/2022. (GD) (Entered: 11/28/2022) |
| 11/28/2022 | 70 (2 pgs) | Order Authorizing Trustee To Employ Brian Thompson Of Winterstone Real Estate And Development As Real Estate Broker (BNC-PDF) (Related Doc # 57) Signed on 11/28/2022. (GD) (Entered: 11/28/2022) |
| 11/30/2022 | 71 (9 pgs) | Status report *Chapter 11 Trustee's Status Report* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Smith, Nathan) (Entered: 11/30/2022) |
| 11/30/2022 | 72 | BNC Certificate of Notice - PDF Document. (RE: related document(s)69 |

| | | |
|---|---|---|
| | (4 pgs) | Order on Application to Employ (BNC-PDF) No. of Notices: 1. Notice Date 11/30/2022. (Admin.) (Entered: 11/30/2022) |
| 11/30/2022 | 73<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)70 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 11/30/2022. (Admin.) (Entered: 11/30/2022) |
| 12/06/2022 | 74 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :mjohnson@mclaw.org: Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Cisneros (TR), Arturo) (Entered: 12/06/2022) |
| 12/06/2022 | | Receipt of Request for a Certified Copy( 8:22-bk-11556-TA) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54926700. Fee amount 11.00. (re: Doc# 74 ) (U.S. Treasury) (Entered: 12/06/2022) |
| 12/06/2022 | 75 | Certified Copy Emailed to mjohnson@mclaw.org (Entered: 12/06/2022) |
| 12/14/2022 | 76 | Hearing Rescheduled/Continued Status Conference Re: Chapter 11 Voluntary Petition Non-Individual (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) Status hearing to be held on 3/8/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to March 8, 2023 at 10:00 a.m. (GD) (Entered: 12/14/2022) |
| 12/14/2022 | 77<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Kido, Rika. (Kido, Rika) (Entered: 12/14/2022) |
| 12/14/2022 | 78<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Bastian, James. (Bastian, James) (Entered: 12/14/2022) |
| 12/21/2022 | 79<br>(17 pgs; 3 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 11/30/2022 Filed by Trustee Arturo Cisneros (TR). (Attachments: # 1 Bank Statement # 2 Proof of Service) (Cisneros (TR), Arturo) (Entered: 12/21/2022) |
| 12/21/2022 | 80<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Raphael, Lee. (Raphael, Lee) (Entered: 12/21/2022) |
| 12/21/2022 | 81<br>(95 pgs; 2 docs) | Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purchaser" and 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h); Declarations of A. Cisneros, Brian Thompson, Donald T. Fife and Proposed Buyer in Support Hereof.* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit) (Smith, Nathan) (Entered: 12/21/2022) |
| 12/21/2022 | 82<br>(6 pgs) | Notice of Hearing Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purchaser" and Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h); Declarations of A. Cisneros, Brian Thompson, Donald T. Fife and Proposed Buyer in Support Hereof.* Fee Amount $188, Filed by |

| | | |
|---|---|---|
| | | Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit)). (Smith, Nathan) (Entered: 12/21/2022) |
| 12/21/2022 | 83<br>(4 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purchaser" and Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h); Declarations of A. Cisneros, Brian Thompson, Donald T. Fife and Proposed Buyer in Support Hereof*. Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit)). (Smith, Nathan) (Entered: 12/21/2022) |
| 12/21/2022 | 84<br>(4 pgs) | Notice of sale of estate property (LBR 6004-2) 5 Makena Lane, Rancho Mirage CA 92270 Filed by Trustee Arturo Cisneros (TR). (Smith, Nathan) (Entered: 12/21/2022) |
| 12/21/2022 | 85 | Hearing Set (RE: related document(s)81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) The Hearing date is set for 1/11/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 12/22/2022) |
| 12/22/2022 | | Receipt of Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee( 8:22-bk-11556-TA) [motion,msell] ( 188.00) Filing Fee. Receipt number A54980235. Fee amount 188.00. (re: Doc# 81) (U.S. Treasury) (Entered: 12/22/2022) |
| 12/22/2022 | 86<br>(4 pgs) | Declaration re: *Declaration of Joey Arsanto* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purch*. (Smith, Nathan) (Entered: 12/22/2022) |
| 12/28/2022 | 87<br>(57 pgs; 2 docs) | Opposition to (related document(s): 81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purch filed by Trustee Arturo Cisneros (TR)) / Opposition to chapter 11 trustee's motion for order: (1) authorizing sale of real property free and clear of liens and interests pursuant to 11 u.s.c. § 363(f); (2) approving overbid procedures; (3) approving broker compensation; (4) authorizing distribution of sale proceeds; (5) determining that the proposed buyer is a good faith purchaser under 11 u.s.c. § 363(m); and (6) waiving 14 day stay imposed by federal rule of bankruptcy procedure 6004(h); declaration in support Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit) (Torres-Brito, Diana) See docket entry no: 88 for corrective action. Modified on 12/28/2022 (SD8). (Entered: 12/28/2022)* |
| 12/28/2022 | 88 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. Incorrect hearing time reflected. The correct time is 10:00 am THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION.** (RE: related document(s)87 |

| | | |
|---|---|---|
| | | Opposition filed by Creditor Baiocchi Family Limited Partnership at al) (SD8) (Entered: 12/28/2022) |
| 12/28/2022 | 89<br>(57 pgs; 2 docs) | Opposition to (related document(s): 81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purch filed by Trustee Arturo Cisneros (TR), 88 Notice to Filer of Error and/or Deficient Document) // Amended Opposition to chapter 11 trustee's motion for order: (1) authorizing sale of real property free and clear of liens and interests pursuant to 11 u.s.c. § 363(f); (2) approving overbid procedures; (3) approving broker compensation; (4) authorizing distribution of sale proceeds; (5) determining that the proposed buyer is a good faith purchaser under 11 u.s.c. § 363(m); and (6) waiving 14 day stay imposed by federal rule of bankruptcy procedure 6004(h); declaration in support* Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit) (Torres-Brito, Diana) (Entered: 12/28/2022) |
| 12/28/2022 | 90<br>(53 pgs) | Opposition to (related document(s): 81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purch filed by Trustee Arturo Cisneros (TR))* Filed by Creditor Richard W Walker (Sarver, Allan) (Entered: 12/28/2022) |
| 12/28/2022 | 91<br>(88 pgs; 11 docs) | Opposition to (related document(s): 81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purch filed by Trustee Arturo Cisneros (TR)) Secured Creditors And Pre-Petition Buyers Darryl Lewis And Sanna Akhtanovas Opposition To Chapter 11 Trustees Sale Motion Re 5 Makena Lane, Rancho Mirage, Ca 92270 (ECF No. 81); And Declaration In Support Of Opposition; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J) (Polis, Thomas) (Entered: 12/28/2022) |
| 01/04/2023 | 92<br>(7 pgs) | Reply to (related document(s): 91 Opposition filed by Creditor Darryl Lewis, Creditor Sanna Akhtanova) Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 01/04/2023) |
| 01/04/2023 | 93<br>(5 pgs) | Reply to (related document(s): 89 Opposition filed by Creditor Baiocchi Family Limited Partnership at al, 90 Opposition filed by Creditor Richard W Walker) Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 01/04/2023) |
| 01/05/2023 | 94<br>(8 pgs) | Declaration re: *Holographic Signature of Darryl Lewis in Support of Opposition to Chapter 11 Trustee's Sale Motion re: 5 Makena Lane, Rancho Mirage, CA 92270; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis (RE: related document(s)91 Opposition). (Polis, Thomas) (Entered: 01/05/2023) |
| 01/09/2023 | 95<br>(4 pgs) | Stipulation By Arturo Cisneros (TR) and *Baiocchi Family Limited Partnership* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 01/09/2023) |

| 01/09/2023 | 96<br>(2 pgs) | Order on Stipulation to Continue Hearing on Baiocchi Family Limited Partnership's Notice of Motion for relief from the automatic stay REAL PROPERTY - CONTINUED TO FEBRUARY 21, 2023 AT 10:00 A.M. (BNC-PDF) (Related Doc # 31) Signed on 1/9/2023 (AM) Modified on 1/9/2023 (AM). (Entered: 01/09/2023) |
|---|---|---|
| 01/10/2023 | 97 | Hearing Rescheduled/Continued (RE: related document(s) 31) Continued The Hearing date is set for 2/21/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert- Per Order on Stipulation to Continue Hearing on Baiocchi Family Limited Partnership's Notice of Motion and Motion for Relief from the Automatic Stay Entered 1-9-23 (AM) (Entered: 01/10/2023) |
| 01/11/2023 | 98 | Hearing Held - Motion is Granted. Movant to submit order (RE: related document(s)81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) (AM) (Entered: 01/11/2023) |
| 01/11/2023 | 99<br>(93 pgs; 3 docs) | Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyers Are Good Faith Purchasers Under 11 U.S.C. § 363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson In Support Hereof (Property: 7 Makena Lane, Rancho Mirage, CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Smith, Nathan) (Entered: 01/11/2023) |
| 01/11/2023 | 100<br>(7 pgs) | Notice of Hearing Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyers Are Good Faith Purchasers Under 11 U.S.C. § 363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson In Support Hereof (Property: 7 Makena Lane, Rancho Mirage, CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)). (Smith, Nathan) (Entered: 01/11/2023) |
| 01/11/2023 | 101<br>(4 pgs) | Notice of sale of estate property (LBR 6004-2) 7 Makena Lane, Rancho Mirage, CA 92270 Filed by Trustee Arturo Cisneros (TR). (Smith, Nathan) (Entered: 01/11/2023) |
| 01/11/2023 | 102<br>(4 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyers Are Good Faith Purchasers Under 11 U.S.C. § 363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure* |

| | | |
|---|---|---|
| | | *Cnurity, Declarations Of A. Cisneros, Brian Thompson In Support Hereof (Property: 7 Makena Lane, Rancho Mirage, CA 92270). Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)). (Smith, Nathan) (Entered: 01/11/2023)* |
| 01/11/2023 | | Receipt of Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee( 8:22-bk-11556-TA) [motion,msell] ( 188.00) Filing Fee. Receipt number A55035817. Fee amount 188.00. (re: Doc# 99) (U.S. Treasury) (Entered: 01/11/2023) |
| 01/11/2023 | 103<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)96 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 01/11/2023. (Admin.) (Entered: 01/11/2023) |
| 01/12/2023 | 104 | Hearing Set (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) The Hearing date is set for 2/1/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (AM) (Entered: 01/12/2023) |
| 01/18/2023 | 105<br>(7 pgs) | Objection (related document(s): 99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approv filed by Trustee Arturo Cisneros (TR)) with Proof of Service Filed by Interested Party Richard A. Marshack (Kido, Rika) (Entered: 01/18/2023)* |
| 01/18/2023 | 106<br>(58 pgs) | Opposition to (related document(s): 99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approv filed by Trustee Arturo Cisneros (TR)) Filed by Creditor Richard W Walker (Sarver, Allan) (Entered: 01/18/2023)* |
| 01/20/2023 | 107<br>(3 pgs) | Notice of Change of Address *Change of Mailing Address Re. Creditor* Filed by Creditor Mary Jo Blue. (Sarver, Allan) (Entered: 01/20/2023) |
| 01/23/2023 | 108<br>(4 pgs) | Declaration re: *Declaration of Donald T. Fife* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approv). (Smith, Nathan) (Entered: 01/23/2023)* |
| 01/23/2023 | 109<br>(18 pgs; 3 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 12/31/2022 Filed by Trustee Arturo Cisneros (TR). (Attachments: # 1 December Bank Statement # 2 Proof of Service) (Cisneros (TR), Arturo) (Entered: 01/23/2023) |
| 01/25/2023 | 110<br>(4 pgs) | Notice *of Withdrawal of Trustee Marshacks Limited Objection to Chapter 11 Trustees Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining That the Proposed Buyers are Good Faith Purchasers Under 11 U.S.C. § 363(m); and (6) Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy* |

| | | |
|---|---|---|
| | | *Procedure 6004(h)* [*7 Makena Lane, Rancho Mirage, California 92270 Assessors Parcel Number 682-031-007*] Filed by Interested Party Richard A. Marshack (RE: related document(s)105 Objection (related document(s): 99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approv filed by Trustee Arturo Cisneros (TR)) with Proof of Service Filed by Interested Party Richard A. Marshack). (Kido, Rika) (Entered: 01/25/2023)* |
| 01/25/2023 | 111<br>(4 pgs) | Declaration re: *Terry Kleeberger* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approv). (Smith, Nathan) (Entered: 01/25/2023)* |
| 01/25/2023 | 112<br>(4 pgs) | Declaration re: *Kathy Kleeberger* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approv). (Smith, Nathan) (Entered: 01/25/2023)* |
| 01/25/2023 | 113<br>(4 pgs) | Declaration re: *Bryan Bevin* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approv). (Smith, Nathan) (Entered: 01/25/2023)* |
| 01/25/2023 | 114<br>(8 pgs) | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purchaser" and Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h); Declarations of A. Cisneros, Brian Thompson, Donald T. Fife and Proposed Buyer in Support Hereof*. Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit)). (Smith, Nathan) (Entered: 01/25/2023) |
| 01/25/2023 | 115<br>(8 pgs) | Notice of Hearing *Continued Status Conference with attached Proof of Service and Supplemental Notice of Hearing to be Held Remotely using ZoomGov Audio and Video* Filed by Debtor Stonebridge Ventures, LLC. (Shaw, Summer) (Entered: 01/25/2023) |
| 01/26/2023 | 116<br>(1 pg) | Transcript Order Form, regarding Hearing Date 1/11/2023 Filed by Creditors Sanna Akhtanova, Darryl Lewis (RE: related document(s)81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purch). (Polis, Thomas) (Entered: 01/26/2023)* |
| 01/26/2023 | 117 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 23-TA-06. RE Hearing Date: 01/11/23, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting |

| | | |
|---|---|---|
| | | o, me, Telephone number (310) 410-4151.] (RE: related document(s)116 Transcript Order Form (Public Request) filed by Creditor Darryl Lewis, Creditor Sanna Akhtanova) (SD8) (Entered: 01/26/2023) |
| 01/26/2023 | 118 (4 pgs) | Declaration re: *Declaration of Michaela Bevin* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approv). (Smith, Nathan)* (Entered: 01/26/2023) |
| 01/30/2023 | 119 (97 pgs; 3 docs) | Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyers Are Good Faith Purchasers Under 11 U.S.C. § 363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Proposed Buyers In Support Hereof (Property 1 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Smith, Nathan) (Entered: 01/30/2023) |
| 01/30/2023 | 120 (7 pgs) | Notice of Hearing Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)119 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyers Are Good Faith Purchasers Under 11 U.S.C. § 363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Proposed Buyers In Support Hereof (Property 1 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)). (Smith, Nathan) (Entered: 01/30/2023) |
| 01/30/2023 | 121 (4 pgs) | Notice of sale of estate property (LBR 6004-2) 1 Makena Lane, Rancho Mirage, California 92270 Filed by Trustee Arturo Cisneros (TR). (Smith, Nathan) (Entered: 01/30/2023) |
| 01/30/2023 | 122 (4 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)119 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyers Are Good Faith Purchasers Under 11 U.S.C. § 363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Proposed Buyers In Support Hereof (Property 1 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)). (Smith, Nathan) (Entered: 01/30/2023) |

| 01/30/2023 | | Receipt of Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee( 8:22-bk-11556-TA) [motion,msell] ( 188.00) Filing Fee. Receipt number A55092706. Fee amount 188.00. (re: Doc# 119) (U.S. Treasury) (Entered: 01/30/2023) |
|---|---|---|
| 01/30/2023 | 123 | Hearing Set (RE: related document(s)119 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR) The Hearing date is set for 3/1/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (AM) (Entered: 01/30/2023) |
| 01/30/2023 | 124 (36 pgs; 8 docs) | Objection (related document(s): 114 Notice of Lodgment filed by Trustee Arturo Cisneros (TR)) *Objecting Secured Creditors Darryl Lewis And Sanna Akhtanova Re: Alternative Form Of Order Re: Sale Of 5 Makena Lane, Ranch Mirage, CA 92270 Pursuant To LBR 9021-1 (b)(3); And Declaration In Support Of Alternative Form Of Sale Order; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F) (Polis, Thomas) (Entered: 01/30/2023) |
| 01/30/2023 | 125 (9 pgs) | Notice of lodgment *Proposed Alternative Order; with Proof of Service* Filed by Creditors Sanna Akhtanova, Darryl Lewis (RE: related document(s)124 Objection (related document(s): 114 Notice of Lodgment filed by Trustee Arturo Cisneros (TR)) *Objecting Secured Creditors Darryl Lewis And Sanna Akhtanova Re: Alternative Form Of Order Re: Sale Of 5 Makena Lane, Ranch Mirage, CA 92270 Pursuant To LBR 9021-1 (b)(3); And Declaration In Support Of Alternative Form Of Sale Order; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F)). (Polis, Thomas) (Entered: 01/30/2023) |
| 01/31/2023 | 126 (5 pgs) | Stipulation By Arturo Cisneros (TR) and *Richard Walker-IRA* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 01/31/2023) |
| 01/31/2023 | 127 (19 pgs; 3 docs) | Opposition to (related document(s): 114 Notice of Lodgment filed by Trustee Arturo Cisneros (TR)) */Baiocchi Family Limited Partnership's Opposition to Order Granting Chapter 11 Trustee's Motion for Order* Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit A # 2 Exhibit B) (Torres-Brito, Diana) (Entered: 01/31/2023) |
| 01/31/2023 | 128 (9 pgs) | Notice of lodgment *[Proposed] Order Granting Chapter 11 Trustee's Motion For Order* Filed by Creditor Baiocchi Family Limited Partnership at al (RE: related document(s)114 Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)81 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Approving Overbid Procedures; Approving Broker Compensation; Authorizing Distribution of Sale Proceeds; Determining that the Proposed Buyer is a "Good Faith Purchaser" and Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h); Declarations of A. Cisneros, Brian Thompson, Donald T. Fife and Proposed Buyer in Support Hereof.* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit))., 127 Opposition to (related document(s): 114 Notice of Lodgment filed by Trustee Arturo Cisneros (TR)) */Baiocchi Family Limited Partnership's Opposition to Order Granting Chapter 11 Trustee's Motion for Order* Filed by Creditor Baiocchi Family Limited Partnership at al (Attachments: # 1 Exhibit A # 2 Exhibit B)). (Torres-Brito, Diana) (Entered: 01/31/2023) |

| 02/01/2023 | 129 | Hearing Held - Motion is Granted. Movant to submit order. (RE: related document(s)99 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) (AM) (Entered: 02/01/2023) |
| --- | --- | --- |
| 02/03/2023 | 130 (16 pgs) | Transcript regarding Hearing Held 01/11/23 RE: CHAPTER 11 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 USC 363(F; (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) BUYER IS A "GOOD FAITH PURCHASER" UNDER 11 USC 363(M); AND (6) WAIVING 14-DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(H)[MAKENA LANE, RANCHO MIRAGE, CALIFORNIA 92270 - ASSESSOR'S PARCEL NUMBER 682-031-005]. Remote electronic access to the transcript is restricted until 05/4/2023. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 2/10/2023. Redaction Request Due By 02/24/2023. Redacted Transcript Submission Due By 03/6/2023. Transcript access will be restricted through 05/4/2023. (Steinhauer, Holly) (Entered: 02/03/2023) |
| 02/06/2023 | 131 (21 pgs; 2 docs) | Exhibit *Objecting Secured Creditors Darryl Lewis And Sanna Akhtanova Submit The Transcript Re: Hearing On Chapter 11 Trustees Motion For Order Re: Sale Of 5 Makena Lane, Ranch Mirage, CA 92270 ; with proof of service* Filed by Creditors Sanna Akhtanova, Darryl Lewis (RE: related document(s)124 Objection). (Attachments: # 1 Exhibit A) (Polis, Thomas) (Entered: 02/06/2023) |
| 02/07/2023 | 132 (5 pgs) | Order Granting Chapter 11 Trustee's Motion for Order: (1) Authorizing Sale of Real Property free and clear of liens and interests pursuant to 11 U.S.C. Section 363(f); 2. Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Procees; (5) Determining that the proposed Buyer is a "Good Faith Purchaser" under 11 U.S.C. Section 363(m); and (6) Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h) (BNC-PDF) (Related Doc # 81 ) Signed on 2/7/2023 (AM) (Entered: 02/07/2023) |
| 02/09/2023 | 133 (11 pgs) | Adversary case 8:23-ap-01013. Complaint by A. Cisneros, solely in his capacity as the Chapter 11 trustee for the bankruptcy estate of Stonebridge Ventures, LLC against Joe Colangelo, an individual, Monika Jensen, an individual. ($350.00 Fee Charge To Estate). Nature of Suit: (11 (Recovery of money/property - 542 turnover of property)) (Smith, Nathan) (Entered: 02/09/2023) |
| 02/09/2023 | 134 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :erica@mclaw.org: Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)132 Order on Motion To Sell (BNC-PDF)). (Smith, Nathan) (Entered: 02/09/2023) |
| 02/09/2023 | | Receipt of Request for a Certified Copy( 8:22-bk-11556-TA) [misc,paycert] ( 11.00) Filing Fee. Receipt number A55129010. Fee amount 11.00. (re: Doc# 134 ) (U.S. Treasury) (Entered: 02/09/2023) |

| 02/09/2023 | 135 | Certified Copy Emailed to crea@mclaw.org (Entered: 02/09/2023) |
|---|---|---|
| 02/09/2023 | [136](7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[132] Order on Motion To Sell (BNC-PDF)) No. of Notices: 1. Notice Date 02/09/2023. (Admin.) (Entered: 02/09/2023) |
| 02/10/2023 | [137](5 pgs) | Order Granting Chapter 11 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens and interests pursuant to 11 U.S.C. Section 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the proposed are "Good Faith Purchasers" under 11 U.S.C. Section 363(m); and (6) Waiving 14 Day Stay Imposed by Federal Rule of Bankruptcy Procedure 6004(h) (BNC-PDF) (Related Doc # [99] ) Signed on 2/10/2023 (AM) (Entered: 02/10/2023) |
| 02/13/2023 | [138](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Marshack, Richard. (Marshack, Richard) (Entered: 02/13/2023) |
| 02/15/2023 | [139](28 pgs) | Application to Employ Brian Thompson as Real Estate Broker *Declaration of Brian Thompson in Support Thereof* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 02/15/2023) |
| 02/15/2023 | [140](8 pgs) | Notice of motion/application Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[139] Application to Employ Brian Thompson as Real Estate Broker *Declaration of Brian Thompson in Support Thereof* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 02/15/2023) |
| 02/15/2023 | [141](7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[137] Order on Motion To Sell (BNC-PDF)) No. of Notices: 1. Notice Date 02/15/2023. (Admin.) (Entered: 02/15/2023) |
| 02/17/2023 | [142](4 pgs) | Stipulation By Arturo Cisneros (TR) and *Baiocchi Family Limited Partership* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 02/17/2023) |
| 02/17/2023 | [143](2 pgs) | Order On Stipulation To Continue Hearing On Baiocchi Family Limited Partnership's Motion For Relief From THe Automatic Stay (BNC-PDF) (Related Doc # [142] ) - IT IS HEREBY ORDERED that the hearing on the Community Bank of Baiocchi Family Limited Partnership's Motion for Relief from the Automatic Stay Under 11 USC § 362 be continued to March 7, 2023 at 10:00 A.M., in Courtroom 5B, at the United States Bankruptcy Court located 411 West Fourth Street, Santa Ana, CA 92701. Signed on 2/17/2023 (GD) - CORRECTION THE HEARING WILL BE HELD ON MARCH 7, 2023 AT 10:30 A.M. NOT 10:00 A.M. Modified on 2/21/2023 (GD). (Entered: 02/17/2023) |
| 02/19/2023 | [144](4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[143] Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 02/19/2023. (Admin.) (Entered: 02/19/2023) |
| 02/21/2023 | [145](20 pgs; 4 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 01/31/2023 Filed by Trustee Arturo Cisneros (TR). (Attachments: # [1] Signature Bank January Statement # [2] Wells Fargo Bank January Statement # [3] Proof of Service) (Cisneros (TR), Arturo) (Entered: 02/21/2023) |
| 02/21/2023 | 146 | Hearing Rescheduled/Continued (RE: related document(s)[31] Motion for Relief from Stay - Real Property filed by Creditor Baiocchi Family |

| | | |
|---|---|---|
| | | Limited Partnership at all) The hearing date is set for 3/7/2023 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued To 3-07-23 at 10:30 A.M. Per Order Stipulation To Continue Hearing On Baiocchi Family Limited Partnership's Motion For Relief From The Automatic Stay Entered 2-17-23 (GD) (Entered: 02/22/2023) |
| 02/22/2023 | 147 (3 pgs) | Notice of Hearing *Notice of Continued Hearing to Correct Time Only* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)119 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. §363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyers Are Good Faith Purchasers Under 11 U.S.C. § 363(M); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Proposed Buyers In Support Hereof (Property 1 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)). (Smith, Nathan) (Entered: 02/22/2023) |
| 02/27/2023 | 148 (11 pgs) | Application to Employ Hahn Fife & Company, LLP as Accountants *; Declarations of Donald T. Fife and Chapter 11 Trustee In Support Thereof* Filed by Trustee Arturo Cisneros (TR) (Cisneros (TR), Arturo) (Entered: 02/27/2023) |
| 02/27/2023 | 149 (8 pgs) | Notice of motion/application *of Trustee's Application to Employ Hahn Fife & Company, LLP as Accountants* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)148 Application to Employ Hahn Fife & Company, LLP as Accountants *; Declarations of Donald T. Fife and Chapter 11 Trustee In Support Thereof* Filed by Trustee Arturo Cisneros (TR) (Cisneros (TR), Arturo)). (Cisneros (TR), Arturo) (Entered: 02/27/2023) |
| 02/28/2023 | 150 (5 pgs) | Voluntary Dismissal of Motion */Dismissal of Motion for Relief from the Automatic Stay* Filed by Debtor Stonebridge Ventures, LLC (RE: related document(s)31 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 5 Makena Lane Rancho Mirage, CA 92270 . Fee Amount $188,). (Torres-Brito, Diana) (Entered: 02/28/2023) |
| 03/01/2023 | 151 | Hearing Held (RE: related document(s)119 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) - Motion is granted. Movant to submit an order. (GD) (Entered: 03/01/2023) |
| 03/03/2023 | 152 (4 pgs) | Order Granting Chapter 11 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free and Clear of Liens And Interests Pursuant To 11 USC § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Are "Good Faith Purchasers" Under 11 USC § 363(m); And (6) Waiving 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(h) [1 Makena Lane, Rancho Mirage, California 92270 -- Assessor's Parcel Number 682-031-001] (BNC-PDF) (Related Doc # 119 ) Signed on 3/3/2023 (GD) (Entered: 03/03/2023) |
| 03/03/2023 | 153 | Motion *by Chapter 11 Trustee For An Order Requiring Joe Colangelo And* |

47

| | (8 pgs) | *Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 U.S.C. §§ 542(A) And 105(A) And Ordered To Cooperate With Trustees Efforts To Market And Sell Property Of The Estate with Proof of Service* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 03/03/2023) |
|---|---|---|
| 03/03/2023 | [154](#) (5 pgs) | Declaration re: *of A. Cisneros In Support Of Motion For An Order Requiring Joe Colangelo And Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 U.S.C. §§ 542(A) And 105(A) And Ordered To Cooperate With Trustees Efforts To Market And Sell Property Of The Estate with Proof of Service* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[153](#) Motion *by Chapter 11 Trustee For An Order Requiring Joe Colangelo And Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 U.S.C. §§ 542(A) And 105(A) And Ordered To Cooperate With Trustees Efforts To Mark).* (Smith, Nathan) (Entered: 03/03/2023) |
| 03/03/2023 | [155](#) (12 pgs) | Notice of motion/application *for An Order Requiring Joe Colangelo And Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 U.S.C. §§ 542(A) And 105(A) And Ordered To Cooperate With Trustees Efforts To Market And Sell Property Of The Estate with Proof of Service* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[153](#) Motion *by Chapter 11 Trustee For An Order Requiring Joe Colangelo And Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 U.S.C. §§ 542(A) And 105(A) And Ordered To Cooperate With Trustees Efforts To Market And Sell Property Of The Estate with Proof of Service* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 03/03/2023) |
| 03/05/2023 | [156](#) (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[152](#) Order on Motion To Sell (BNC-PDF)) No. of Notices: 1. Notice Date 03/05/2023. (Admin.) (Entered: 03/05/2023) |
| 03/07/2023 | 157 | Hearing Held (Bk Motion) (RE: related document(s) [31](#) Motion for Relief from Stay - Real Property) - Off Calendar - Notice Of Dismissal Of Motion For Relief From The Automatic Stay Filed 2-28-23 - See Document #150 (GD) (Entered: 03/07/2023) |
| 03/07/2023 | 158 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :erica@mclaw.org: Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[152](#) Order on Motion To Sell (BNC-PDF)). (Smith, Nathan) (Entered: 03/07/2023) |
| 03/07/2023 | | Receipt of Request for a Certified Copy([8:22-bk-11556-TA](#)) [misc,paycert] ( 11.00) Filing Fee. Receipt number A55213652. Fee amount 11.00. (re: Doc# 158 ) (U.S. Treasury) (Entered: 03/07/2023) |
| 03/07/2023 | 159 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :erica@mclaw.org: Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[137](#) Order on Motion To Sell (BNC-PDF)). (Smith, Nathan) (Entered: 03/07/2023) |
| 03/07/2023 | | Receipt of Request for a Certified Copy([8:22-bk-11556-TA](#)) [misc,paycert] ( 11.00) Filing Fee. Receipt number A55213671. Fee amount 11.00. (re: Doc# 159 ) (U.S. Treasury) (Entered: 03/07/2023) |
| 03/07/2023 | 160 | Certified Copy Emailed to erica@mclaw.org (Entered: 03/07/2023) |

| | | |
|---|---|---|
| 03/08/2023 | 161 | Hearing Rescheduled/Continued Status Conference Re: Chapter 11 Voluntary Petition Non-Individual (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) Confirmation hearing to be held on 3/29/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued To 3-29-23 at 10:00 a.m. Per Court's Own Motion (GD) (Entered: 03/08/2023) |
| 03/10/2023 | 162 (6 pgs) | Statement *Chapter 11 Trustee's Report of Sale Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure (5 Makena Lane, Rancho Mirage, CA 92270)* Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 03/10/2023) |
| 03/10/2023 | 163 (11 pgs) | Motion to Convert Case From Chapter 11 to 7. *Chapter 11 Trustee's Motion for Order Authorizing Conversion of Case to Chapter 7; Memorandum of Points and Authorities; Declaration of A. Cisneros in Support Thereof* Fee Amount $15 Filed by Trustee Arturo Cisneros (TR) (Malcolm, William) (Entered: 03/10/2023) |
| 03/10/2023 | 164 (8 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)163 Motion to Convert Case From Chapter 11 to 7. *Chapter 11 Trustee's Motion for Order Authorizing Conversion of Case to Chapter 7; Memorandum of Points and Authorities; Declaration of A. Cisneros in Support Thereof* Fee Amount $15 Filed by Trustee Arturo Cisneros (TR)). (Malcolm, William) See docket entry no: 165 for corrective action. Modified on 3/13/2023 (SD8). (Entered: 03/10/2023) |
| 03/10/2023 | | Receipt of Motion to Convert Case( 8:22-bk-11556-TA) [motion,mconv] ( 15.00) Filing Fee. Receipt number A55229461. Fee amount 15.00. (re: Doc# 163) (U.S. Treasury) (Entered: 03/10/2023) |
| 03/13/2023 | 165 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. The PDF indicates the incorrect document number 162 for the Motion THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)164 Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) filed by Trustee Arturo Cisneros (TR)) (SD8) (Entered: 03/13/2023) |
| 03/13/2023 | 166 (8 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)163 Motion to Convert Case From Chapter 11 to 7. *Chapter 11 Trustee's Motion for Order Authorizing Conversion of Case to Chapter 7; Memorandum of Points and Authorities; Declaration of A. Cisneros in Support Thereof* Fee Amount $15 Filed by Trustee Arturo Cisneros (TR)). (Cisneros, Arturo) (Entered: 03/13/2023) |
| 03/13/2023 | 167 (8 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)163 Motion to Convert Case From Chapter 11 to 7. *Chapter 11 Trustee's Motion for Order Authorizing Conversion of Case to Chapter 7; Memorandum of Points and Authorities; Declaration of A. Cisneros in Support Thereof* Fee Amount $15 Filed by Trustee Arturo Cisneros (TR)). (Malcolm, William) (Entered: 03/13/2023) |

| 03/14/2023 | 168<br>(42 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)139 Application to Employ Brian Thompson as Real Estate Broker *Declaration of Brian Thompson in Support Thereof*). (Smith, Nathan) (Entered: 03/14/2023) |
| --- | --- | --- |
| 03/14/2023 | 169<br>(22 pgs; 5 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 01/31/2023 Filed by Trustee Arturo Cisneros (TR). (Attachments: # 1 Balance Sheet # 2 Signature Bank January Statement # 3 Wells Fargo January Bank Statement # 4 Proof of Service) (Cisneros (TR), Arturo) (Entered: 03/14/2023) |
| 03/15/2023 | 170<br>(11 pgs) | Status report *Chapter 11 Trustee's Status Report and Request That the Case be Converted to Chapter 7* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Smith, Nathan) (Entered: 03/15/2023) |
| 03/15/2023 | 171<br>(29 pgs) | Application to Employ Brian Thompson as Real Estate Broker *Declaration of Brian Thompson in Support Thereof (re: 4 Makena Lane, Rancho Mirage CA 92270)* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 03/15/2023) |
| 03/15/2023 | 172<br>(8 pgs) | Notice of motion/application Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)171 Application to Employ Brian Thompson as Real Estate Broker *Declaration of Brian Thompson in Support Thereof (re: 4 Makena Lane, Rancho Mirage CA 92270)* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 03/15/2023) |
| 03/15/2023 | 173<br>(3 pgs) | Order Granting Chapter 11 Trustee's Motion For An Order Requiring Joe Colangelo And Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 USC §§ 542(a) And 105(a) And Ordered To Cooperate With Trustee's Efforts To Market And Sell Property Of The Estate (BNC-PDF) (Related Doc # 153 ) - IT IS HEREBY ORDERED that Joe Colangelo and Monika Jensen must both appear on March 29, 2023 before this Court, located at 411 W. 4th Street, Santa Ana, California 92701 via Zoom Teleconference 10:00 a.m. and show cause as to why: 1. Occupants should not be sanctioned for their failure to comply with 11 USC § 542(a) by refusing to turn over possession of the Property to Trustee and failure to cooperate with Trustee's efforts to market and sale of Property by inter alia refusing to provide access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers; 2. Occupants should not be ordered to cooperate with Trustee's efforts to market and sale the Property by inter alia providing access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers. - Please See Order Further Ruling. Signed on 3/15/2023 (GD) (Entered: 03/15/2023) |
| 03/15/2023 | 174 | Hearing Set Re: Order To Show Cause hearing to be held on 3/29/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 03/15/2023) |
| 03/16/2023 | 175<br>(3 pgs) | Proof of service Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)173 Order on Generic Motion (BNC-PDF)). (Smith, Nathan) (Entered: 03/16/2023) |

| | | |
|---|---|---|
| 03/16/2023 | 176<br>(2 pgs) | Order Authorizing Trustee To Employ Brian Thompson Of Winterstone Real Estate And Development As Real Estate Broker (BNC-PDF) (Related Doc # 139) Signed on 3/16/2023. (GD) (Entered: 03/16/2023) |
| 03/17/2023 | 177<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)173 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 03/17/2023. (Admin.) (Entered: 03/17/2023) |
| 03/18/2023 | 178<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)176 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 03/18/2023. (Admin.) (Entered: 03/18/2023) |
| 03/21/2023 | 179<br>(22 pgs; 4 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 02/28/2023 Filed by Trustee Arturo Cisneros (TR). (Attachments: # 1 Supplement Part 2,3, and 7 # 2 Signature Bank Feb Statement # 3 Proof of Service) (Cisneros (TR), Arturo) (Entered: 03/21/2023) |
| 03/24/2023 | 180<br>(9 pgs) | Reply to (related document(s): 153 Motion *by Chapter 11 Trustee For An Order Requiring Joe Colangelo And Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 U.S.C. §§ 542(A) And 105(A) And Ordered To Cooperate With Trustees Efforts To Mark filed by Trustee Arturo Cisneros (TR), 154 Declaration filed by Trustee Arturo Cisneros (TR), 155 Notice of motion/application filed by Trustee Arturo Cisneros (TR), 173 Order on Generic Motion (BNC-PDF), 174 Hearing Set (Other) (BK Case - BNC Option))* Filed by Creditor Monika Jensen (Gebelt, Nicholas) (Entered: 03/24/2023) |
| 03/24/2023 | 181<br>(24 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)148 Application to Employ Hahn Fife & Company, LLP as Accountants *; Declarations of Donald T. Fife and Chapter 11 Trustee In Support Thereof*). (Cisneros (TR), Arturo) (Entered: 03/24/2023) |
| 03/24/2023 | 182<br>(5 pgs) | Reply to (related document(s): 174 Hearing Set (Other) (BK Case - BNC Option)) Filed by Creditor Joseph Colangelo (Hewitt, Christopher) (Entered: 03/24/2023) |
| 03/27/2023 | 183<br>(2 pgs) | Proof of service Filed by Creditor Joseph Colangelo (RE: related document(s)182 Reply). (Hewitt, Christopher) (Entered: 03/27/2023) |
| 03/29/2023 | 184<br>(7 pgs) | Response to Why Under 11 USC Sections 542(a) and 105(a) And Ordered to Cooperate with the Trustee's Efforts to Market and Sell Property of the Estate (related document(s): 153 Motion *by Chapter 11 Trustee For An Order Requiring Joe Colangelo And Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 U.S.C. §§ 542(A) And 105(A) And Ordered To Cooperate With Trustees Efforts To Mark filed by Trustee Arturo Cisneros (TR)); Filed by Creditor Joseph Colangelo (SD8)* (Entered: 03/29/2023) |
| 03/29/2023 | 185 | Hearing Held Re: Status Conference (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonebridge Ventures, LLC) - Case converted to chapter 7. Counsel for Trustee to submit order. (GD) (Entered: 03/29/2023) |
| 03/29/2023 | 186 | Hearing Rescheduled/Continued Order To Show Cause Why: Show Cause hearing to be held on 5/2/2023 at 10:30 AM at Crtrm 5B, 411 W Fourth |

| | | St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to May 2, 2023 at 10:30 a.m. (GD) (Entered: 03/29/2023) |
|---|---|---|
| 03/30/2023 | 187<br>(2 pgs) | Order Granting Application By Chapter 11 Trustee To Employ Hahn Fife & Co, LLP As Accountant (BNC-PDF) (Related Doc # 148) Signed on 3/30/2023. (GD) (Entered: 03/30/2023) |
| 04/01/2023 | 188<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)187 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 04/01/2023. (Admin.) (Entered: 04/01/2023) |
| 04/03/2023 | 189<br>(7 pgs) | Statement *Chapter 11 Trustee's Report of Sale Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure (7 Makena Lane, Rancho Mirage, CA 92270)* Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 04/03/2023) |
| 04/03/2023 | 190<br>(25 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)163 Motion to Convert Case From Chapter 11 to 7. *Chapter 11 Trustee's Motion for Order Authorizing Conversion of Case to Chapter 7; Memorandum of Points and Authorities; Declaration of A. Cisneros in Support Thereof* Fee Amount $15). (Smith, Nathan) (Entered: 04/03/2023) |
| 04/03/2023 | 191<br>(2 pgs) | Order Granting Trustee's Motion To Convert Case to Chapter 7 (BNC-PDF). Trustee Arturo Cisneros (TR) removed from the case. Trustee CASE REOP/CONV/OR CLOSED WITHOUT A TRUSTEE added to the case. (BNC-PDF) Signed on 4/3/2023 . (SD8) (Entered: 04/03/2023) |
| 04/03/2023 | 192<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 5/3/2023 at 01:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (SD8) (Entered: 04/03/2023) |
| 04/03/2023 | 193<br>(1 pg) | Notice of appointment and acceptance of trustee Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 04/03/2023) |
| 04/04/2023 | 194<br>(43 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)171 Application to Employ Brian Thompson as Real Estate Broker *Declaration of Brian Thompson in Support Thereof (re: 4 Makena Lane, Rancho Mirage CA 92270)*). (Smith, Nathan) (Entered: 04/04/2023) |
| 04/05/2023 | 195<br>(8 pgs) | BNC Certificate of Notice (RE: related document(s)192 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 86. Notice Date 04/05/2023. (Admin.) (Entered: 04/05/2023) |
| 04/05/2023 | 196<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)191 Order Converting Case to Chapter 7 (BNC-PDF)) No. of Notices: 1. Notice Date 04/05/2023. (Admin.) (Entered: 04/05/2023) |
| 04/06/2023 | 197<br>(2 pgs) | Order Authorizing Trustee To Employ Brian Thompson Of Winterstone Real Estate And Development As Real Estate Broker [4 Makena Lane, Rancho Mirage, California 92270] (BNC-PDF) (Related Doc # 171) Signed on 4/6/2023. (GD) (Entered: 04/06/2023) |
| 04/08/2023 | 198<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)197 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice |

| | | Date 04/08/2023. (Column 9) (Entered: 04/08/2023) |
|---|---|---|
| 04/20/2023 | [199](#) <br> (22 pgs; 4 docs) | Monthly Operating Report. Operating Report Number: 7. For the Month Ending March 31, 2023 *Chapter 11 Monthly Operating Report (pre-conversion)* Filed by Trustee Arturo Cisneros (TR). (Attachments: # [1](#) Part 2, 3, and 7 # [2](#) March Bank Statement (Flagstar) # [3](#) Proof of Service) (Cisneros (TR), Arturo) (Entered: 04/20/2023) |
| 05/02/2023 | [200](#) <br> (6 pgs) | Statement *Chapter 7 Trustee's Report of Sale Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure (1 Makena Lane, Rancho Mirage, California 92270)* Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 05/02/2023) |
| 05/02/2023 | 201 | Hearing Rescheduled/Continued Order To Show Cause hearing to be held on 5/9/2023 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to May 9, 2023 at 10:30 a.m. (GD) (Entered: 05/02/2023) |
| 05/03/2023 | [202](#) <br> (12 pgs) | Notice *Trustees Notice and Application Regarding Continued Employment of The Law Firm of Malcolm Cisneros, A Law Corporation, As General Counsel; Brian Thompson of Winterstone Real Estate and Development as Real Estate Broker; and Hahn Fife & Company, LLP as Accountants on the same terms that were previously approved by the Court* Filed by Trustee Arturo Cisneros (TR). (Smith, Nathan) (Entered: 05/03/2023) |
| 05/03/2023 | 203 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 5/31/2023 at 11:30 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Cisneros (TR), Arturo) (Entered: 05/03/2023) |
| 05/03/2023 | [204](#) <br> (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 05/03/2023) |
| 05/09/2023 | 205 | Hearing Held Re: Order To Show Cause Why: 1. Occupants should not be sanctioned for their failure to comply with 11 USC § 542 (a) by refusing to turn over possession of the Property to Trustee and failure to cooperate with Trustee's efforts to market and sale the Property by inter alia refusing to provide access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential buyers; 2. Occupants should not be ordered to cooperate with Trustee's efforts to market and sale the Property by inter alia providing access to the Property to Trustee's broker for the purposes of obtaining information and photographs for the Property listing on the Multiple Listing Service (MLS) and facilitating showings of the Property to potential - Mr. Colangelo must vacate the property by May 12, 2023 at 12:00 p.m. $1000 sanctions per day beginning May 12, 2023 at 12:00 p.m. Trustee's counsel to submit order. (GD) (Entered: 05/09/2023) |
| 05/12/2023 | [206](#) <br> (5 pgs) | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[153](#) Motion *by Chapter 11 Trustee For An Order Requiring Joe Colangelo And Monika Jensen To Appear And Show Cause As To Why They Should Not Be Sanctioned Under 11 U.S.C. §§ 542(A) And 105(A) And Ordered To Cooperate With Trustees Efforts To Market And Sell Property Of The Estate with Proof of Service* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 05/12/2023) |

| | | |
|---|---|---|
| 05/12/2023 | 207<br>(2 pgs) | Order Following Hearing On Order To Show Cause Why Joe Colangelo Should Not Be Sanctioned Under 11 U.S.C. §§ 542(a) And 105(a) And Imposing Sanctions. (BNC-PDF) (Related Doc # 153 ) - IT IS HEREBY ORDERED that: 1. Joe Colangelo ("Mr. Colangelo") shall vacate the Property by Friday, May 12, 2023 at 12:00 p.m.; 2. Mr. Colangelo shall remove all of his personal property from the Property by Friday, May 12, 2023 at 12:00 p.m.; 3. Mr. Colangelo shall turn over all keys to the Property to Trustee or his real estae broker, Brian Thompson ("Broker"), by Friday, May 12, 2023 at 12:00 p.m.; and Sanctions are hereby imposed against Mr. Colangelo and in favor of Trustee in the amount of $1,000 per day beginning on May 12, 2023 and continuing each and every day thereafter until Mr. Colangelo vacates the Property, removes all of his personal property from the Property, and turns over all keys to the Property to Trustee or Broker - Please See Order For Further Ruling. Signed on 5/12/2023 (GD) (Entered: 05/12/2023) |
| 05/14/2023 | 208<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)207 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 05/14/2023. (Admin.) (Entered: 05/14/2023) |
| 05/26/2023 | 209<br>(2 pgs) | Order Approving Trustee's Application regarding continued employment of Malcolm Cisneros as General Counsel; Brian Thompson as Real Estate Broker and Hahn Fife & Company as Accountants (BNC-PDF) Signed on 5/26/2023 (RE: related document(s)51 Application to Employ filed by Trustee Arturo Cisneros (TR)). (AM) (Entered: 05/26/2023) |
| 05/28/2023 | 210<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)209 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/28/2023. (Admin.) (Entered: 05/28/2023) |
| 05/31/2023 | 211 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 6/28/2023 at 11:45 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Debtor absent. (Cisneros (TR), Arturo) (Entered: 05/31/2023) |
| 06/01/2023 | 212<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 06/01/2023) |
| 06/13/2023 | 213<br>(92 pgs; 2 docs) | Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer Is A Good Faith Purchaser Under 11 U.S.C. § 363(M); And (6) Waiving The 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Joey Arsanto In Support Hereof (2 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit) (Smith, Nathan) (Entered: 06/13/2023) |
| 06/13/2023 | | Receipt of Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee( 8:22-bk-11556-TA) [motion,msell] ( 188.00) Filing Fee. Receipt number A55573470. Fee amount 188.00. (re: Doc# 213) (U.S. Treasury) (Entered: 06/13/2023) |

| 06/13/2023 | 214<br>(13 pgs) | Notice of Hearing filed by Trustee Arturo Cisneros (TR) (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer Is A Good Faith Purchaser Under 11 U.S.C. § 363(M); And (6) Waiving The 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Joey Arsanto In Support Hereof (2 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit)). (Smith, Nathan) (Entered: 06/13/2023) |
| 06/13/2023 | 215<br>(7 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer Is A Good Faith Purchaser Under 11 U.S.C. § 363(M); And (6) Waiving The 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Joey Arsanto In Support Hereof (2 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit)). (Smith, Nathan) (Entered: 06/13/2023) |
| 06/13/2023 | 216<br>(7 pgs) | Notice of sale of estate property (LBR 6004-2) 2 Makena Lane, Rancho Mirage, California 92270 Filed by Trustee Arturo Cisneros (TR). (Smith, Nathan) (Entered: 06/13/2023) |
| 06/13/2023 | 217 | Hearing Set (RE: related document(s)213 Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant to 11 USC Section 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer Is A "Good Faith Purchaser" Under 11 USC Section 363(m); And (6) Waiving The 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(h) - Fee filed by Trustee Arturo Cisneros (TR)) The Hearing date is set for 7/11/2023 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 06/13/2023) |
| 06/20/2023 | 218<br>(4 pgs) | Declaration re: *Joey Arsanto* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approvi). (Smith, Nathan) (Entered: 06/20/2023)* |
| 06/20/2023 | 219<br>(11 pgs) | Final report of post-petition debts and account (rule 1019) - additional debts listed *Schedule of Property of the Estate and Unpaid Debts as of the Conversion Date* Filed by Trustee Arturo Cisneros (TR). (Smith, Nathan) (Entered: 06/20/2023) |
| 06/27/2023 | 220<br>(20 pgs) | Opposition to (related document(s): 213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear* |

| | | |
|---|---|---|
| | | *Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approvi filed by Trustee Arturo Cisneros (TR)) Filed by Creditor Joseph Colangelo (Hewitt, Christopher) (Entered: 06/27/2023)* |
| 06/28/2023 | 221 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/26/2023 at 11:15 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Debtor absent. (Cisneros (TR), Arturo) (Entered: 06/28/2023) |
| 06/29/2023 | 222 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 06/29/2023) |
| 06/29/2023 | 223 (2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Arturo Cisneros (TR). Proofs of Claims due by 10/2/2023. (Cisneros (TR), Arturo) (Entered: 06/29/2023) |
| 07/01/2023 | 224 (8 pgs) | BNC Certificate of Notice (RE: related document(s)223 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Arturo Cisneros (TR)) No. of Notices: 94. Notice Date 07/01/2023. (Admin.) (Entered: 07/01/2023) |
| 07/03/2023 | 225 (7 pgs) | Reply to (related document(s): 220 Opposition filed by Creditor Joseph Colangelo) Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 07/03/2023) |
| 07/03/2023 | 226 (5 pgs) | Objection (related document(s): 220 Opposition filed by Creditor Joseph Colangelo) *Evidentiary Objections* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 07/03/2023) |
| 07/06/2023 | 227 (41 pgs) | Response to (related document(s): 213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approvi filed by Trustee Arturo Cisneros (TR)) Rebuttal to Chapter 7 Trustee's Reply to Opposition Filed by Creditor Joseph Colangelo (Hewitt, Christopher) See docket entry no: 228 for corrective action. Modified on 7/7/2023 (SD8). (Entered: 07/06/2023)* |
| 07/07/2023 | 228 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. Incorrect office number reflected in the case number. The correct office number is 8 THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT - 8:22-bk-11556-TA.** (RE: related document(s)227 Response filed by Creditor Joseph Colangelo) (SD8) (Entered: 07/07/2023) |
| 07/07/2023 | 229 (4 pgs) | Errata *Notice of Errata* Filed by Creditor Joseph Colangelo (RE: related document(s)227 Response, 228 Notice to Filer of Error and/or Deficient Document). (Hewitt, Christopher) (Entered: 07/07/2023) |
| 07/10/2023 | 230 (4 pgs) | Notice *of Qualified Overbidders* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid* |

| | | |
|---|---|---|
| | | *Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer Is A Good Faith Purchaser Under 11 U.S.C. § 363(M); And (6) Waiving The 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Joey Arsanto In Support Hereof (2 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit). (Smith, Nathan) (Entered: 07/10/2023) |
| 07/11/2023 | 231 | Hearing Rescheduled/Continued - Trustee's counsel to give notice. (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) The Hearing date is set for 7/25/2023 at 10:45 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (AM) (Entered: 07/11/2023) |
| 07/12/2023 | 232<br>(7 pgs) | Notice of Hearing *Notice of Continued Hearing* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer Is A Good Faith Purchaser Under 11 U.S.C. § 363(M); And (6) Waiving The 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Joey Arsanto In Support Hereof (2 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit). (Smith, Nathan) (Entered: 07/12/2023) |
| 07/12/2023 | 233<br>(7 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer Is A Good Faith Purchaser Under 11 U.S.C. § 363(M); And (6) Waiving The 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Joey Arsanto In Support Hereof (2 Makena, Rancho Mirage CA 92270).* Fee Amount $188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit). (Smith, Nathan) (Entered: 07/12/2023) |
| 07/18/2023 | 234<br>(6 pgs) | Statement *of Brentwood Finance Company, LLC, Secured Creditor, in Support of Chapter 7 Trustee's Motion for Order Authorizing Sale of Real Property Free and Clear of Liens and Interests Pursuant to 11 U.S.C. Section 363(f) (Dkt. 213)* Filed by Creditor Brentwood Finance Company, LLC. (Meadows, David) See docket entry no: 235 for corrective action. Modified on 7/18/2023 (SD8). (Entered: 07/18/2023) |
| 07/18/2023 | 235 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. Incorrect time reflected. The correct hearing time is 11:00 am THE FILER IS INSTRUCTED TO FILE AN AMENDMENT WITH THE CORRECT HEARING INFORMATION.** (RE: related document(s)234 Statement filed by Creditor Brentwood Finance Company, LLC) (SD8) (Entered: 07/18/2023) |

| | | |
|---|---|---|
| 07/18/2023 | 236<br>(8 pgs) | Brief *Supplemental Brief in Support of Trustee's Motion for Order Authorizing Sale of Real Property* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approvi. (Smith, Nathan) (Entered: 07/18/2023)* |
| 07/18/2023 | 237<br>(6 pgs) | Statement - *Amended Statement to Correct Time of Hearing - Re Dkt. 234 - Statement of Brentwood Finance Company, LLC in Support of Chaptger 7 Trustee's Motion for Order Authorizing Sale of Real Property Free and clear of Liens and Interests Pursuant to 11 U.S.C. Section 363(f) (Dkt. 213),* Filed by Creditor Brentwood Finance Company, LLC. (Meadows, David) (Entered: 07/18/2023) |
| 07/18/2023 | 238<br>(9 pgs) | Response to (related document(s): 213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approvi filed by Trustee Arturo Cisneros (TR) Joe Colangelo's Response to Chapter 7 Trustee's Supplemental Brief in Support for Order Authorizing Sale of Real Property Free and Clear of Liens and Interest Pursuant to 11 U.S.C. Section 361(f) Filed by Creditor Joseph Colangelo (Hewitt, Christopher) (Entered: 07/18/2023)* |
| 07/24/2023 | 239<br>(42 pgs) | Adversary case 8:23-ap-01078. Complaint by Joe Colangelo against Stonebridge Ventures, LLC, Brentwood Finance Company, LLC, Renewable Farms, A Non-Profit Corporation, AB CAPITAL LFD, INC., A Cisneros. Fee Amount $350 Nature of Suit: (91 (Declaratory judgment)),(21 (Validity, priority or extent of lien or other interest in property)),(14 (Recovery of money/property - other)) (Hewitt, Christopher) (Entered: 07/24/2023) |
| 07/25/2023 | 240 | Hearing Held (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee filed by Trustee Arturo Cisneros (TR)) Motion is granted as discussed on the record. Movant to submit order. (JL) (Entered: 07/26/2023) |
| 07/26/2023 | 241 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) *July 26, 2023* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s) 211 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 6/28/2023 at 11:45 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Debtor absent. (Cisneros (TR), Arturo)). (Cisneros (TR), Arturo) (Entered: 07/26/2023) |
| 08/01/2023 | 242<br>(8 pgs) | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)213 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To 11 U.S.C. § 363(F); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Buyer Is A Good Faith Purchaser Under 11 U.S.C. § 363(M); And (6) Waiving The 14 Day Stay Imposed By Federal Rule Of Bankruptcy Procedure 6004(H); Declarations Of A. Cisneros, Brian Thompson, Donald T. Fife, And Joey Arsanto In Support Hereof (2 Makena, Rancho Mirage CA 92270).* Fee |

| | | |
|---|---|---|
| | | Amount 3188, Filed by Trustee Arturo Cisneros (TR) (Attachments: # 1 Exhibit)). (Smith, Nathan) (Entered: 08/01/2023) |
| 08/05/2023 | 243 (117 pgs) | Third-Party Complaint by Monika Jensen against Renewable Farms, Inc., AB Capital, LFD, Inc., Brentwood Finance Company, LLC, Arturo Cisneros (TR), Joseph Colangelo . (Gebelt, Nicholas) See docket entry no: 245 for corrective action. Modified on 8/7/2023 (SD8). (Entered: 08/05/2023) |
| 08/05/2023 | 244 (117 pgs) | Adversary case 8:23-ap-01086. Complaint by Monika Jensen against Stonebridge Ventures, LLC, Brentwood Finance Company, LLC, Renewable Farms, Inc., AB Capital, LFD, Inc., Arturo Cisneros Chap 7 Trustee, Joe Colangelo. Fee Amount $350 Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)),(14 (Recovery of money/property - other)),(91 (Declaratory judgment)) (Gebelt, Nicholas) (Entered: 08/05/2023) |
| 08/07/2023 | 245 | Notice to Filer of Error and/or Deficient Document **Document was filed in the incorrect case. THE FILER HAS RE-FILED THE DOCUMENT IN THE CORRECT CASE. Incorrect docket event was used to file this document. This was filed in the main case in error THE FILER RE-FILED THE DOCUMENT USING THE CORRECT DOCKET EVENT - Open AP Case creating an adversary complaint.** (RE: related document(s)243 Third-Party Complaint filed by 3rd Party Plaintiff Monika Jensen, Creditor Monika Jensen) (SD8) (Entered: 08/07/2023) |
| 08/09/2023 | 246 (5 pgs) | Order Granting Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens And Interest Pursuant To 11 USC § 363(f); (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution Of Sale Proceeds; (5) Determining That The Proposed Purchaser Is A "Good Faith Purchaser" Under 11 USC § 363(m); And (6) Waiving 14 Day Stay Imposed By Federal Rle Of Bankruptcy Procedure 6004(h) [2 Makena Lane, Rancho Mirage, California 92270 - Assessor's Parcel Number 682-031-002] (BNC-PDF) (Related Doc # 213) - IT IS HEREBY ORDERED that: 1. Trustee's Motion is GRANTED; Please See Order For Ruling - Signed on 8/9/2023 (GD) (Entered: 08/09/2023) |
| 08/11/2023 | 247 (8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)246 Order on Motion To Sell (BNC-PDF)) No. of Notices: 1. Notice Date 08/11/2023. (Admin.) (Entered: 08/11/2023) |
| 08/15/2023 | 248 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :erica@mclaw.org: Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)246 Order on Motion To Sell (BNC-PDF)). (Smith, Nathan) (Entered: 08/15/2023) |
| 08/15/2023 | | Receipt of Request for a Certified Copy( 8:22-bk-11556-TA) [misc,paycert] ( 11.00) Filing Fee. Receipt number A55810443. Fee amount 11.00. (re: Doc# 248 ) (U.S. Treasury) (Entered: 08/15/2023) |
| 08/15/2023 | 249 | Certified Copy Emailed to erica@mclaw.org (Entered: 08/15/2023) |
| 09/05/2023 | 250 (6 pgs) | Statement *Chapter 7 Trustee's Report of Sale Pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure (2 Makena Lane, Rancho* |

| | | |
|---|---|---|
| | | *Mirage, CA 922* Aply Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 09/05/2023) |
| 09/09/2023 | [251](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Spector, Michael. (Spector, Michael) (Entered: 09/09/2023) |
| 09/25/2023 | [252](#)<br>(4 pgs) | Notice *of Trustee's Intent to Pay Administrative Expenses Totaling $5,000 or Less* Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 09/25/2023) |
| 09/28/2023 | [253](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Aronson, Robert. (Aronson, Robert) (Entered: 09/28/2023) |
| 10/04/2023 | [254](#)<br>(29 pgs) | Motion to Approve Compromise Under Rule 9019 *and Request for Authority to Issue Payment; Memorandum of Points and Authorities and Declaration of Arturo M. Cisneros in Support Thereof* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 10/04/2023) |
| 10/04/2023 | [255](#)<br>(10 pgs) | Notice of Hearing Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[254](#) Motion to Approve Compromise Under Rule 9019 *and Request for Authority to Issue Payment; Memorandum of Points and Authorities and Declaration of Arturo M. Cisneros in Support Thereof* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 10/04/2023) |
| 10/04/2023 | [256](#)<br>(7 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[254](#) Motion to Approve Compromise Under Rule 9019 *and Request for Authority to Issue Payment; Memorandum of Points and Authorities and Declaration of Arturo M. Cisneros in Support Thereof* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 10/04/2023) |
| 10/04/2023 | 257 | Hearing Set (RE: related document(s)[254](#) Motion to Approve Compromise Under Rule 9019 filed by Interested Party Arturo Cisneros (TR), Trustee Arturo Cisneros (TR)) The Hearing date is set for 10/31/2023 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 10/04/2023) |
| 10/10/2023 | [258](#)<br>(9 pgs) | Declaration re: *of A Cisneros That No Party Requested a Hearing on Notice of Trustee's Intent to Pay Administrative Expenses Totaling $5,000 or Less [LBR 2016-2(b)]* Filed by Trustee Arturo Cisneros (TR). (Cisneros (TR), Arturo) (Entered: 10/10/2023) |
| 10/11/2023 | [259](#)<br>(2 pgs) | Order Approving Trustee's Payment Of Administrative Expense (BNC-PDF) (Related Doc # [1](#)) - IT IS HEREBY ORDERED that: 1. The trustee is authorized to pay the administrative expense of $2,850 for insurance coverage on 4 Makena Lane, Rancho Mirage, California 92270. Signed on 10/11/2023 (GD) (Entered: 10/11/2023) |
| 10/11/2023 | [260](#)<br>(3 pgs) | Notice of Change of Address *Notice of Change of Law Firm*. (Hays, D) (Entered: 10/11/2023) |
| 10/11/2023 | 261 | Notice to Filer of Error and/or Deficient Document **Electronic signature does not correspond to the attorney login. THE FILER IS INSTRUCTED TO COMPLY WITH SECTION 1-03 OF THE CENTRAL GUIDE AND EITHER REFILE THE DOCUMENT** |

| | | |
|---|---|---|
| | | **WITH THE CORRECT LOGIN.** (RE: related document(s)[260](#) Notice of Change of Address (multi)) (TL) (Entered: 10/11/2023) |
| 10/13/2023 | [262](#)<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[259](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/13/2023. (Admin.) (Entered: 10/13/2023) |
| 10/17/2023 | [263](#)<br>(42 pgs) | Motion *for Order Authorizing Disbursement of $1,300,000 in Sale Proceeds to Brentwood Finance Company; Memorandum of Points and Authorities in Support* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 10/17/2023) |
| 10/17/2023 | [264](#)<br>(10 pgs) | Notice of Hearing Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[263](#) Motion *for Order Authorizing Disbursement of $1,300,000 in Sale Proceeds to Brentwood Finance Company; Memorandum of Points and Authorities in Support* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 10/17/2023) |
| 10/17/2023 | [265](#)<br>(7 pgs) | Notice *Supplemental Notice Of Hearing To Be Held Remotely Using Zoomgov Audio And Video* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[263](#) Motion *for Order Authorizing Disbursement of $1,300,000 in Sale Proceeds to Brentwood Finance Company; Memorandum of Points and Authorities in Support* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 10/17/2023) |
| 10/17/2023 | 266 | Hearing Set (RE: related document(s)[263](#) Motion for Order Authorizing Disbursement filed by Interested Party Arturo Cisneros (TR), Trustee Arturo Cisneros (TR)) The Hearing date is set for 11/7/2023 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 10/17/2023) |
| 10/24/2023 | [267](#)<br>(8 pgs) | Opposition to (related document(s): [263](#) Motion *for Order Authorizing Disbursement of $1,300,000 in Sale Proceeds to Brentwood Finance Company; Memorandum of Points and Authorities in Support* filed by Interested Party Arturo Cisneros (TR), Trustee Arturo Cisneros (TR), [264](#) Notice of Hearing (BK Case) filed by Interested Party Arturo Cisneros (TR), Trustee Arturo Cisneros (TR), [265](#) Notice filed by Interested Party Arturo Cisneros (TR), Trustee Arturo Cisneros (TR), 266 Hearing Set (Motion) (BK Case - BNC Option)) Filed by Creditor Monika Jensen (Gebelt, Nicholas) (Entered: 10/24/2023) |
| 10/31/2023 | [268](#)<br>(9 pgs) | Reply to (related document(s): [267](#) Opposition filed by Creditor Monika Jensen, Interested Party Monika Jensen) *with Proof of Service* Filed by Trustee Arturo Cisneros (TR) (Smith, Nathan) (Entered: 10/31/2023) |
| 10/31/2023 | 269 | Hearing Held - Motion is Granted. Movant to submit order. (RE: related document(s)[254](#) Motion to Approve Compromise Under Rule 9019 filed by Interested Party Arturo Cisneros (TR), Trustee Arturo Cisneros (TR)) (AM) (Entered: 10/31/2023) |
| 11/02/2023 | [270](#)<br>(5 pgs) | Notice *of Appearance and Request for Special Notice of Motunrayo D. Akinmurele* Filed by Creditor Brentwood Finance Company, LLC. (Lin, Zi) (Entered: 11/02/2023) |
| 11/03/2023 | [271](#)<br>(5 pgs) | Notice of lodgment Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)[254](#) Motion to Approve Compromise Under Rule 9019 *and Request for Authority to Issue Payment; Memorandum of Points and* |

| | | |
|---|---|---|
| | | *Authorities and Declaration of Arturo M. Cisneros in Support Thereof* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 11/03/2023) |
| 11/06/2023 | 272 (2 pgs) | Order Continuing Hearing On Motion For Order Authorizing Disbursement Of $1,300,000 In Sale Proceeds To Breantwood Finance Company (BNC-PDF) (Related Doc # 263 ) - The court agrees with Jensen that the Motion should be considered together with the two pending Motions to Dismiss set for hearing on November 9, 2023 at 11:00 a.m., as they are interdependent. The Motion is continued to November 9, 2023 at 11:00 a.m. Via Zoom/Gov - Please See Order For Further Ruling - Signed on 11/6/2023 (GD) (Entered: 11/06/2023) |
| 11/07/2023 | 273 | Hearing Held (Bk Motion) (RE: related document(s) 263 Motion For Order Authorizing Disbursement of $1,300,000 In Sale Proceeds To Brentwood Finance Company) Continued To 11-09-23 at 11:00 A.M. Per Order Continuing Hearing On Motion For Order Authorizing Disbursement of $1,300,000 In Sale Proceeds To Brentwood Finance Company Entered 11-06-23 (GD) (Entered: 11/07/2023) |
| 11/08/2023 | 274 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)272 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 11/08/2023. (Admin.) (Entered: 11/08/2023) |
| 11/09/2023 | 275 | Hearing Held (RE: related document(s)263 Motion For Order Authorzing Disbursement of $1,300,000 In Sale Proceeds To Brentwood Finance Company filed by Interested Party Arturo Cisneros (TR), Trustee Arturo Cisneros (TR)) Motion is granted. Trustee is authorized to distribute $1,000,000 to Brentwood Finance Company. Movant to submit order. (GD) (Entered: 11/09/2023) |
| 11/09/2023 | 276 (2 pgs) | Order Granting Trustee's Motion To Approve Compromise Of Controversy And Request For Authority To Issue Payment (BNC-PDF) (Related Doc # 254 ) - IT IS HEREBY ORDERED that: 1. The Motion is Granted; 2. The Settlement Agreement, which was attached as Exhibit "1" to the Trustee's Declaration in Support of the Motion, is approved; 3. The Trustee is authorized to pay the settlement amount of $150,000 to Darryl Lewis and Sann Akhtanova ("Lewis/Akhtanova"). Please See Order For Further Ruling Signed on 11/9/2023. (GD) (Entered: 11/09/2023) |
| 11/11/2023 | 277 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)276 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 11/11/2023. (Admin.) (Entered: 11/12/2023) |
| 11/15/2023 | 278 (5 pgs) | Notice of lodgment *with Proof of Service* Filed by Trustee Arturo Cisneros (TR) (RE: related document(s)263 Motion *for Order Authorizing Disbursement of $1,300,000 in Sale Proceeds to Brentwood Finance Company; Memorandum of Points and Authorities in Support* Filed by Trustee Arturo Cisneros (TR)). (Smith, Nathan) (Entered: 11/15/2023) |
| 11/27/2023 | 279 (2 pgs) | Order Granting Trustee's Motion For Order Authorizing Disbursement To Brentwood Finance Company (BNC-PDF) (Related Doc # 263 ) IT IS ORDERED; 1. The Motion is granted; 2. The Trustee may disburse $1 million of the Sale Proceeds to Brentwood Finance Company. Signed on 11/27/2023 (GD) (Entered: 11/27/2023) |

| 11/28/2023 | 280 (2 pgs) | Order re: Mediation (BNC-PDF) - Please See Order Signed on 11/28/2023. (GD) (Entered: 11/28/2023) |
| 11/29/2023 | 281 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)279 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 11/29/2023. (Admin.) (Entered: 11/29/2023) |
| 11/30/2023 | 282 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)280 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 11/30/2023. (Admin.) (Entered: 11/30/2023) |
| 12/27/2023 | 283 (4 pgs) | Substitution of attorney *with proof of service* Filed by Creditor Joseph Colangelo. (Polis, Thomas) (Entered: 12/27/2023) |
| 12/28/2023 | 284 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) *in adversary proceeding, 8:23-ap-01078-TA* Filed by Gebelt, Nicholas. (Gebelt, Nicholas) (Entered: 12/28/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/17/2024 15:20:14 | | | |
| **PACER Login:** | ng030755 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-bk-11556-TA Fil or Ent: filed From: 9/1/2022 To: 1/17/2024 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

# Exhibit D

FILED

U.S. Bankruptcy Court
Central District of California

12/27/2023

Kathleen J. Campbell, Clerk

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Stonebridge Ventures, LLC |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court | **Central District of California** |
| Case number: | **22−11556** |

## Official Form 410
# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Joe Colangelo

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Joe Colangelo

Name

c/o Polis & Associates
19800 MacArthur Blvd, Suite 1000
Irvine, CA 92612

Contact phone _____949.862.0040_____

Contact email _____tom@polis−law.com_____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**Where should payments to the creditor be sent?** (if different)

Joe Colangelo

Name

626 N. Palmway

Lake Worth Beach, FL 33460

Contact phone _____403.870.9300_____

Contact email
__joecorepurposesolutions@gmail.com__

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                       MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                          page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

| 6. | **Do you have any number you use to identify the debtor?** | ☑ No |
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| 7. | **How much is the claim?** | $ 1600000.00 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>purchase agmt., $1,300,000 escrow deposit; $300,00 paid improvements to prop.; and Cal. Civil Code 3050 |

| 9. | **Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☑ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**   Vendee's lien for $1.6m<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br><br>**Amount of the claim that is secured:** $ 1600000.00<br><br>**Amount of the claim that is unsecured:** $ 0.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed)   7 %<br>☑ Fixed<br>☐ Variable |

| 10. | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| 11. | **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                              Proof of Claim                              page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
| | | ☐ Yes. *Check all that apply*: | | Amount entitled to priority |

| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | Check the appropriate box: |
| | ☐ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☑ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.** | I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date    12/27/2023
                    ─────────────
                    MM / DD / YYYY

/s/  /s/ Thomas J. Polis
─────────────────────────
Signature

Print the name of the person who is completing and signing this claim:

| Name | /s/ Thomas J. Polis |
| | First name    Middle name    Last name |
| Title | Attorney |
| Company | POLIS & ASSOCIATES, APLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 19800 MacArthur Blvd., #1000 |
| | Number   Street |
| | Irvine, CA 92612 |
| | City   State   ZIP Code |

Contact phone    9498620040          Email    tom@polis−law.com

Official Form 410    Proof of Claim    page 3

1    Thomas J. Polis, Esq. (SBN 119326)
    **POLIS & ASSOCIATES, APLC**
2    19800 MacArthur Blvd., Suite 1000
    Irvine, California 92612
3    Telephone: (949) 862-0040
    Facsimile:  (949) 862-0041
4

5    Counsel for Secured Creditor, Joe Colangelo

6

7            **UNITED STATES BANKRUPTCY COURT**

8     **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:22-bk-111556-TA |
| Stonebridge Ventures, LLC, | Chapter 7 |
|            Debtor. | Adv.Proc.No.: 8:23-ap-01078-TA |
| ——————————————— | **PLAINTIFF JOE COLANGELO'S FIRST AMENDED COMPLAINT RE: DETERMINE VALIDITY, EXTENT AND PRIORITY OF PLAINTIFF'S SECURED SENIOR LIEN UNDER SECTION 3050 OF THE CALIFORNIA CIVIL CODE** |
| Joe Colangelo, | |
|            Plaintiff, | |
| vs. | |
| Stonebridge Ventures, LLC; Brentwood Finance Company, LLC; Renewable Farms; AB Capital LFD, Inc.; Arturo M. Cisneros, in his capacity as the Chapter 7 Trustee, | **Continued Status Conference**: Date:   April 11, 2024 <br> Time:   10:00 a.m. <br> Ctrm:   5C, Fifth Floor <br>         U.S. Bankruptcy Court <br>         411 W. Fourth Street <br>         Santa Ana, CA 92701 |
|            Defendants. | |
| ——————————————— | |
| Brentwood Finance Company, LLC, | |
|            Counter-Claimant, | |
| vs. | |
| Joe Colangelo, | |
|            Counter-Defendant. | |

1    Plaintiff/Counter-Defendant, Joe Colangelo ("Plaintiff" or "Colangelo"), secured creditor

2   of the bankruptcy estate of *In re Stoneridge Ventures, LLC*, Case No. 8:22-bk-11556-TA

3   ("Debtor" or "Defendant"), holding a secured claim in the amount of no less than $1,600,000

4   respectfully represents and alleges with his First Amended Complaint ("FAC") as follows:

5    ### STATEMENT OF JURISDICTION AND VENUE

6    1.    This Court has jurisdiction over this adversary proceeding ("Adversary

7   Proceeding") pursuant to 28 U.S.C. §§ 159 and 1134, and U.S.C. § 363 of the Bankruptcy

8   Code.  This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(I).

9    2.    Venue for this Adversary Proceeding properly lies in this Judicial District in that

10   this civil proceeding arises under Title 11 of the United States Code as provided under

11   28 U.S.C. § 1409.

12    3.    This Adversary Proceeding arises out of and relates to the Chapter 7 bankruptcy

13   case of *In re Stonebridege Ventures, LLC,* Case No. 8:22-bk-11556-TA on the docket of this

14   Court.  The Debtor's bankruptcy case was commenced by the filing of a Voluntary Petition for

15   Relief under Chapter 11 of Title 11 of the United States Bankruptcy Code, on September 9,

16   2022.

17    4.    Plaintiff, Colangelo is a secured creditor of the Debtor's bankruptcy estate in the

18   amount of no less than $1,600,000.  A true and correct copy of the Plaintiff's Proof of Claim is

19   attached hereto as Exhibit "A."

20    5.    The Debtor and Defendant addresses and/or counsel of record are noted on the

21   Court's docket of the above-captioned Adversary Proceeding.

22    ### STATEMENT OF STANDING

23    6.    The Plaintiff, as a creditor of the Debtor's bankruptcy estate, has standing to

24   prosecute this Adversary Proceeding under 11 U.S.C. § 363.

25    ### PARTIES

26    7.    On September 9, 2022, Debtor, Stonebridge Ventures, LLC (hereinafter

27   "Stonebridge") filed a Petition under Chapter 11 of the Bankruptcy Code.

28   ///

8.      On or about January 6, 2015, Debtor obtained title to the real property commonly known as 2 Makena Lane, Rancho Mirage, California 92270 ("Property").

9.      Prior to the filing of the Petition, on or about September 1, 2022 Debtor transferred its interest in the Property to AB Capital LFD, Inc. (hereinafter "AB Capital").

10.     On September 23, 2022, Debtor and the Office of the United States Trustee entered into a stipulation to the appointment of a Chapter 11 trustee.

11.     On September 29, 2022, Arturo Cisneros (hereinafter "Trustee") was appointed as the Chapter 11 Trustee of the Debtor's bankruptcy estate ("Estate").

12.     Joe Colangelo (hereinafter "Mr. Colangelo" or "Plaintiff") is an individual, who at all relevant times herein, was a resident of Riverside County, California, and resided at the Property.

13.     At all times mentioned herein, Brentwood Finance Company, LLC (hereinafter "Brentwood") is alleged to be a California Limited Liability Corporation that according to Stonebridge's Bankruptcy Petition has a fractional interest in a Deed of Trust secured against the Property which Debtor approximately one week before filing for bankruptcy transferred to AB Capital.  Debtor's Bankruptcy Petition indicates that Brentwood's fractional interest is $1,850,000.00.

14.     At all times mentioned herein, Renewable Farms (hereinafter "Renewable") is alleged to be a California Non-Profit Corporation that according to Stonebridge's Bankruptcy Petition has a Deed of Trust secured against the Property which Debtor approximately one week before filing for bankruptcy transferred to AB Capital.  Debtor's Bankruptcy Petition indicates that Renewable's interest is $250,000.00.

## **FACTUAL ALLEGATIONS**

15.     Plaintiff, Joe Colangelo entered into a residential purchase agreement (hereinafter "Agreement") with Stonebridge on April 23, 2020 for the purchase of the Property.

16.     The purchase price as offered by Stonebridge was $2.595 million.  Stonebridge was represented by brokerage firm, Calpac Management, Inc. (Ryan Young, seller's agent). Colangelo was represented by Regency Residential (Nima Rohani, buyers' agent).  On or about

1    April 27, 2020, an initial deposit of $100,000 was paid by Colangelo leaving a balance of $2,495

2    million.  Close of escrow was to occur on July 1, 2020.  In the event escrow did not close, "Buyer

3    to reimburse Seller for custom upgrades not to exceed $10,000."

4      17. A second payment toward the purchase price in the amount of $50,000 was

5    made on August 31, 2020.

6      18. A third payment toward the purchase price in the amount of $50,000 was made

7    on October 23, 2020.

8      19. A fourth payment toward the purchase price in the amount of $500,000 was made

9    on December 9, 2020.

10     20. A fifth payment toward the purchase price in the amount of $600,000 was made

11   on December 10, 2020.  In total, Colangelo took occupancy of the Property with consent from

12   Stonebridge.  In total, Colangelo paid $1.3 million from April 27, 2020 to December 10, 2020.

13     21. Amended Escrow Instructions were executed by the parties memorializing the

14   agreement and releasing the sum of $499,980 to Stonebridge prior to the closing escrow.  A

15   second release of funds from escrow to Stonebridge occurred in 2021, essentially releasing the

16   balance of escrow held funds to Stonebridge.

17     22. In accordance with Paragraph 13 of the Agreement, subsequent to the release

18   of funds from escrow, Stonebridge failed to provide assurances to Colangelo that prior recorded

19   construction loans on the Property were being paid off by the funds provided by Colangelo.

20     23. During the period of occupancy, Colangelo spent a total of approximately

21   $300,000 to improve the Property.

22     24. On or about June 30, 2021, Stonebridge seeks out and obtains a loan from

23   Brentwood.  The loan total received was $1.850 million.  Brentwood recorded a Deed of Trust

24   for said amount in the Riverside County Reorder's Office.  At the time the loan was made and

25   subsequently memorialized by a Deed of Trust, Colangelo was openly residing on the Property.

26     25. On or about July 29, 2021, Stonebridge seeks out and obtains a loan from

27   Renewable.  The loan total received was $250,000.  Renewable recorded a Deed of Trust for

28   said amount in the Riverside County Recorder's Office.  At the time the loan was made and

subsequently memorialized by a Deed of Trust, Colangelo was openly residing on the Property.

26.    Stonebridge filed for Chapter 11 Bankruptcy on September 9, 2022.

27.    Prior to the filing of Stonebridge's Chapter 11 Relief, Stonebridge transferred its interest in the Property to AB Capital on September 1, 2022.

28.    On September 29, 2022, Trustee Cisneros was appointed as the Chapter 11 Trustee of the Debtor's bankruptcy estate.

29.    Upon being appointed Trustee of the Estate (at the very least) the Trustee had constructive notice (if not actual notice) of the following facts:  1) Brentwood obtained a Deed of Trust on the Property on June 30, 2022; 2) A month later Renewable obtained a Deed of Trust on the Property; and 3) Stonebridge transferred its interest in the property to AB Capital a week before the Chapter 11 Bankruptcy was filed.

30.    Two days after being appointed Trustee of the Estate, the Trustee visited the home of Colangelo.

31.    On October 23, 2022, the Trustee visited the home of Plaintiff, Joe Colangelo a second and more extended time.

32.    On October 25, 2022, AB Capital deeded the Property to the Trustee as the transfer from Stonebridge to AB Capital was voidable in bankruptcy.

33.    At no time subsequent to Plaintiff, Joe Colangelo taking possession of the Property did Stonebridge in writing or otherwise inform Plaintiff, Joe Colangelo that he was in breach of the Agreement to purchase the Property.

34.    At no time subsequent to Plaintiff, Joe Colangelo taking possession of the Property did the status of the parties change from "Buyer"/"Seller".

35.    At no time subsequent to Plaintiff, Joe Colangelo taking possession of the Property was rent ever requested by Stonebridge.

36.    At all times mentioned herein Plaintiff, Joe Colangelo remained in obvious and open possession of the Property until he was required to move on account of the Trustee's taking possession of the Property as part of the Stonebridge bankruptcy.

///

37.     As a result of the Debtor's Chapter 11 Bankruptcy filing, the legal relationship between Colangelo and Stonebridge suffered irreparable harm in effect terminating and frustrating the parties' original contractual agreement giving rise to a California Civil Code § 3050 statutory lien.

38.     Plaintiff, Joe Colangelo is informed and believes and thereon alleges that at no time was he in default under the Purchase Agreement.

39.     Plaintiff, Joe Colangelo is informed and believes and thereon alleges that the Debtor and/or any successor party in interest was obligated to convey the Property to Plaintiff Joe Colangelo but refused and/or has neglected to do so.

40.     Plaintiff, Joe Colangelo is informed and believes and thereon alleges that at all times he was ready and able to tender the remaining purchase price pursuant to the Purchase Agreement.

## ON THE FIRST CAUSE OF ACTION

### [11 U.S.C. § 506(a)(1) and California Civil Code Section 3050 and Rule 7001 of the Federal Rules of Bankruptcy Procedure]

41.     Plaintiff, Joe Colangelo hereby alleges and incorporates by reference, Paragraphs 1 through 41, and all sub-parts thereto, inclusive of this First Amended Complaint, as though set forth in full herein.

42.     Pursuant to Section 506(a)(1) if the Bankruptcy Code provides in part:

(a)(1)  An allowed claim of a creditor secured by a lien on property in which the estate has an interest. . .is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property. . .

43.     Pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure provides in part:

. . .The following are adversary proceedings:

(2) a proceeding to determine the validity, priority, or extent of a lien or other interest in property but a proceeding under Rule 3012 or Rule 4003(d).

///

44.    California Civil Code Section 3050 provides:

> One who pays to the owner any part of the price of real property, under an agreement for the sale thereof, has a special lien upon the property, independent of possession, for such part of the amount paid as he may be entitled to recover back, in case of a failure of consideration.

45.    Plaintiff, Joe Colangelo is informed and believes and thereon alleges that he is entitled to a senior first-priority lien in an amount of no less than $1,600,000 in the remaining net sales proceeds from the sale of the Property pursuant to Section 3050 of the California Civil Code, Section 506(a)(1) of the Bankruptcy Code and Rule 7001 of the Federal Rules of Bankruptcy Procedure as follows:

a)    Plaintiff, Joe Colangelo entered into the Purchase Agreement with the Debtor to purchase the Property;

b)    Plaintiff, Joe Colangelo paid no less than $1,300,000 to the Debtor on account of Plaintiff, Joe Colangelo's contractual obligation under the Purchase Agreement with the Debtor to purchase the Property;

c)    Plaintiff, Joe Colangelo paid for permanent improvements to the Property in an amount of no less than $300,000;

d)    Plaintiff, Joe Colangelo was in possession and resided in the Property with the express consent of the Debtor;

e)    Plaintiff, Joe Colangelo was at no point in time in default under any provision of the Purchase Agreement;

f)    Plaintiff, Joe Colangelo alleges that the Debtor was under a contractual duty to convey the Property to him pursuant to the Purchase Agreement, but that the Debtor refused to do so; and

g)    Plaintiff, Joe Colangelo was ready, able and always willing to comply with all contractual provisions of the Purchase Agreement, including but without limitation attempted to pay the entire remaining purchase price provided for under the Purchase Agreement.

///

1       46.     Plaintiff, Joe Colangelo is informed and believes and thereon alleges that

2    pursuant to California Civil Code Section 3050 he is entitled to a first-priority secured claim in

3    an amount of no less than $1,600,000 in the remaining net sales proceeds from the Property.

4       **WHEREFORE**, Plaintiff, Joe Colangelo prays for judgment against all of the Defendants,

5    pursuant to Section 3050 of the California Civil Code as follows:

6                        **ON THE FIRST CAUSE OF ACTION**

7       1.      That Plaintiff Joe Colangelo is entitled to a senior first-priority lien in an amount

8    no less than $1,600,000 against the remaining net sales proceeds from the sale of the Property;

9       2.      For costs of suit herein;

10      3.      For any and all pre-judgment interest as determined by either the Bankruptcy

11   Code and/or applicable non-bankruptcy law; and

12      4.      For such other and further relief as the Court deems just and proper.

13

14   **Dated:  December 27, 2023**              **POLIS & ASSOCIATES, APLC**

15
                                         **By:     /s/ Thomas J. Polis**
16                                               **Thomas J. Polis, Esq.**
                                                 **Counsel for Secured Creditor,**
17                                               **Joe Colangelo**

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California  92612-2433**

A true and correct copy of the foregoing document **PLAINTIFF JOE COLANGELO'S FIRST AMENDED COMPLAINT RE: DETERMINE VALIDITY, EXTENT AND PRIORITY OF PLAINTIFF'S SECURED SENIOR LIEN UNDER SECTION 3050 OF THE CALIFORNIA CIVIL CODE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **December 27, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Michael J Hauser**    michael.hauser@usdoj.gov
**Christopher Hewitt**    hewittesq@yahoo.com
**Zi Chao Lin**    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com;
jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
**David W. Meadows**    david@davidwmeadowslaw.com
**Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com;
cvalenzuela@mclaw.org
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐      Service information continued on attached page

**2.  SERVED BY U.S. MAIL:**
On **December 27, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED

☑      Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 27, 2023 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

1

2

# CONTINUED PROOF OF SERVICE PAGE

**1. SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| Hon. Theodor Albert<br>US Bankruptcy Court<br>411 W. Fourth Street, Suite 5085<br>Santa Ana, CA 92612 | Debtor<br>Stonebridge Ventures<br>15 Corporate Plaza Drive, #200<br>Newport Beach, CA 92660 | Debtor's counsel<br>Summer M Shaw, Esq.<br>Shaw & Hanover, PC<br>44-901 Village Court, Suite B<br>Palm Desert, CA 92260 |
| Debtor's counsel<br>Diana Torres-Brito, Esq.<br>Prober and Raphael, ALC<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364 | AB CAPITAL LFD, INC.<br>15 Corporate Plaza Drive<br>Suite 200<br>Newport Beach, CA 92660 | Brentwood Finance<br>180 S. Spruce Avenue,#155<br>South San Francisco, CA 94080 |
| Brentwood Finance Counsel<br>David W. Meadows, Esq.<br>1801 Century Park East, #1201<br>Los Angeles, CA 90067 | Brentwood Finance Counsel<br>Motunrayo D Akinmurele, Esq.<br>Tucker Ellis LLP<br>515 South Flower Street, 42nd FL<br>Los Angeles, CA 90071 | Renewable Farms<br>468 S Coate Rd<br>Orange, CA 92869 |
| Arturo Cisneros (TR)<br>3403 Tenth Street, Suite 714<br>Riverside, CA 92501 | Arturo Cisneros counsel<br>Nathan F Smith, Esq.<br>Malcolm - Cisneros<br>2112 Business Center Dr<br>Irvine, CA 92612 | |

# Exhibit E



**Royal Bank of Canada**
P.O. Bag Service 2650
Calgary AB T2P 2M7

# Your RBC personal savings account statement - U.S. funds

From August 12, 2020 to September 11, 2020

RBPDA10020_5547442_030 E D 012 02649          02800
MONIKA LOUISE JENSEN
SUITE 238
1811 4 ST SW
CALGARY AB  T2S 1W2

| Your account number: | 02649-4509592 |
|---|---|

| How to reach us: | 1-800 ROYAL® 1-1 |
|---|---|
| | (1-800-769-2511) |
| | www.rbcroyalbank.com/deposits |



## Summary of your account for this period

**RBC US High Interest eSavings™ 02649-4509592**

**Royal Bank of Canada**
807 49TH AVE SW, CALGARY, AB T2S 1G8

| | |
|---|---|
| Your opening balance on August 12, 2020 | $52,004.62 USD |
| Total deposits into your account | + 36.71 USD |
| Total withdrawals from your account | - 50,034.58 USD |
| **Your closing balance on September 11, 2020** | **= $2,006.75 USD** |

## Details of your account activity

| Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|---|---|---|---|---|
| | Opening Balance | | | 52,004.62 USD |
| 31 Aug | Deposit | | 34.58 | |
| | Funds transfer ESCROW EXPERTS, | 50,034.58 | | 2,004.62 USD |
| 1 Sep | Deposit interest | | 2.13 | 2,006.75 USD |
| | **Closing Balance** | | | **$2,006.75 USD** |

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
If you opted to receive cheque images, only images of the front of your cheques have been sent to you with this Account Statement. An image included on this Account Statement does not indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.
™ Trademarks of Royal Bank of Canada. RBC and Royal Bank are registered trademarks of Royal Bank of Canada.
® Registered trade-mark of Royal Bank of Canada. Royal Trust Corporation of Canada and The Royal Trust Company are licensees of the trade-mark.
Royal Bank of Canada GST Registration Number: R105248165
Royal Trust Corporation of Canada GST Registration Number: R104646666
The Royal Trust Company GST Registration Number: R105248264

1 of 1

ROYAL BANK OF CANADA
CALGARY AB-BRITANNIA BRANCH

ROYAL FUNDS TRANSFER
2020 AUG 31

Branch Ref No...        02649-20244-199996          Value Date.....   2020 AUG 31
    N...........                      From        Send Ref....

Payment Amount............$         50,000.00  USD  Charges For...  Sender
Client Rate...............          1.00000000  USD  Serial No.....
Conversion Amount.........$
Wire Payment Fee Collected $         34.58  USD
Not Present Fee............$          0.00  USD
IBAN Fee..................$          0.00  USD
Total Fees................$          34.58  USD
Client Pays Amount........$       50,034.58  USD  SRF Client No...  961385069

Ordering Customer:                        Remittance Information:
MONIKA LOUISE JENSEN
SUITE 238
1811 4 ST SW
CALGARY          AB T2S 1W2

Debit Branch Name (Princ)..   CALGARY AB-BRITANNIA BRANCH          Account
          SOLE-OWNER ........02649 450-959-2
Debit Branch Name (Fees)...   CALGARY AB-BRITANNIA BRANCH
                              02649 450-959-2

Intermediary Institution:             Account With Institution:
                                      FED ABA 122016066
                                      ( ABA 1220 16066 )
                                      CITY NATIONAL BANK
                                      CY NATL BK LA
                                      LOS ANGELES                  CA US

Beneficiary Account:   555167636

 eneficiary Customer:                 Sender To Receiver Information:
ESCROW EXPERTS,INC TRUST ACCOUNT      /ACC/ESCROW NO 005094-JD
24800 CHRISANTA DRIVE ,NO 100         /INS/ JENNIFER DAVIDSON ESCROW
MISSION VIEJO,CA 92691                /INT/OFFICER
LOS ANGELES      CA       US

Instruction Code:

   Additional charges may be deducted from the payment amount by the receiving bank and/or its
intermediaries ("Receiving Bank"). If this payment cannot be completed for any reasons beyond the
control of Royal Bank of Canada ("RBC") you may ask RBC for a refund and RBC shall make best efforts
to secure a refund from Receiving Bank and return those amounts to you. If conversion of funds is
requested, the rate of exchange will be RBC's rate established at the time the refund is converted.
If you need to make an inquiry regarding this payment or if you ask that RBC attempt to amend or
cancel this payment, additional charges will apply (except in cases where an error has been
established on the part of RBC or the Receiving Bank). RBC may, in its discretion and without notice
to you, delay in making the payment or decide not proceed with the payment, in which case RBC shall
refund of the payment amount and any applicable fees.
   RBC will not be responsible for any loss or damage suffered by you except where there has been
negligence on the part of RBC, and in any such case RBC will not be liable for any indirect,
consequential or exemplary damages (including but not limited to loss of profits), regardless of the
cause of action. In making the payment, your personal or business information and information on the
recipient, may be revealed to third parties. Since the payment will travel, the information related
to it will be subject to the laws of the jurisdiction in which the information is located or
processed at that time.

 SIGNATURE(S) :  _____

# Exhibit F



**Royal Bank of Canada**
P.O. Bag Service 2650
Calgary AB T2P 2M7

# Your RBC personal savings account statement - U.S. funds

From November 12, 2020 to December 11, 2020

RBPDA10020_7549547_061 E D 012 02649        04164
MONIKA LOUISE JENSEN
SUITE 238
1811 4 ST SW
CALGARY AB  T2S 1W2

| **Your account number:** | 02649-4509592 |
|---|---|
| **How to reach us:** | 1-800 ROYAL® 1-1 (1-800-769-2511) www.rbcroyalbank.com/deposits |



## Summary of your account for this period

RBC US High Interest eSavings™ 02649-4509592

**Royal Bank of Canada**
807 49TH AVE SW, CALGARY, AB T2S 1G8

| Your opening balance on November 12, 2020 | $2,006.91 USD |
|---|---|
| Total deposits into your account | + 873,318.05 USD |
| Total withdrawals from your account | - 804,793.80 USD |
| **Your closing balance on December 11, 2020** | **= $70,531.16 USD** |

## Details of your account activity

| Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|---|---|---|---|---|
| | Opening Balance | | | 2,006.91 USD |
| 26 Nov | Deposit | | 7,425.20 | 9,432.11 USD |
| 30 Nov | Deposit | | 5,500.00 | 14,932.11 USD |
| 1 Dec | Deposit interest | | 0.14 | 14,932.25 USD |
| 2 Dec | Deposit | | 2,084.00 | 17,016.25 USD |
| 7 Dec | Deposit | | 5,500.00 | |
| | Deposit | | 282,277.55 | 304,793.80 USD |
| 8 Dec | Online Banking foreign exchange Ref 6WW793431450390 | | 250,000.00 | 554,793.80 USD |
| | Deposit | | 250,000.00 | |
| | Online Banking foreign exchange Ref 6WW133430700090 | 54,793.80 | | |
| | Online Banking foreign exchange Ref 6WW503430658400 | 250,000.00 | | 500,000.00 USD |
| 9 Dec | Deposit | | 70,531.16 | |

1 of 2

RBPDA10020_7549547_061 - 0303141 HRI - 00 - 1 - 5180 - 27 - - 7694



# Your RBC personal savings account statement - U.S. funds

From November 12, 2020 to December 11, 2020

## Details of your account activity - continued

| Date | Description | Withdrawals ($) | Deposits ($) | Balance ($) |
|------|-------------|-----------------|--------------|-------------|
| | Funds transfer  ESCROW EXPERTS, | 500,000.00 | | 70,531.16 USD |
| | **Closing Balance** | | | **$70,531.16 USD** |

Please check this Account Statement without delay and advise us of any error or omission within 45 days of the statement date.
If you opted to receive cheque images, only images of the front of your cheques have been sent to you with this Account Statement. An image included on this Account Statement does not
indicate that a cheque has been successfully processed as of the statement date.
Please retain this statement for your records.
™ Trademarks of Royal Bank of Canada. RBC and Royal Bank are registered trademarks of Royal Bank of Canada.
* Registered trade-mark of Royal Bank of Canada. Royal Trust Corporation of Canada and The Royal Trust Company are licensees of the trade-mark.
Royal Bank of Canada GST Registration Number: R105248165
Royal Trust Corporation of Canada GST Registration Number: R104646666
The Royal Trust Company GST Registration Number: R105248264

RBPDA10Q20_7549547_061 - 0303141   7695

ROYAL BANK OF CANADA

ROYAL FUNDS TRANSFER

CALGARY AB-BRITANNIA BRANCH

2020 DEC 09

Branch Ref No...     02649-20344-199998          Value Date.....   2020 DEC 09
N...........                        From          Send Ref....

Payment Amount............$           500,000.00  USD  Charges For...  Waived
Client Rate...............         1.00000000            Serial No.....
Conversion Amount.........$
Wire Payment Fee Collected $              0.00  USD
Not Present Fee...........$               0.00  USD
IBAN Fee..................$               0.00  USD
Total Fees................$               0.00  USD
Client Pays Amount........$           500,000.00  USD  SRF Client No...  961385069

Ordering Customer:                       Remittance Information:
MONIKA LOUISE JENSEN
SUITE 238
1811 4 ST SW
CALGARY          AB T2S 1W2

Debit Branch Name (Princ)..   CALGARY AB-BRITANNIA BRANCH         Account
           SOLE-OWNER ........02649 450-959-2
Debit Branch Name (Fees)...   CALGARY AB-BRITANNIA BRANCH
                              02649 450-959-2

Intermediary Institution:               Account With Institution:
                                        FED ABA 122016066
                                        ( ABA 1220 16066 )
                                        CITY NATIONAL BANK
                                        CY NATL BK LA
                                        LOS ANGELES                    CA US

Beneficiary Account:   555167636

.neficiary Customer:                    Sender To Receiver Information:
ESCROW EXPERTS,INC TRUST ACCOUNT        /ACC/ESCROW NO 005094-JD
24800 CHRISANTA DRIVE ,NO 100           /INS/ JENNIFER DAVIDSON ESCROW
MISSION VIEJO,CA 92691                  /INT/OFFICER
LOS ANGELES        CA        US

Instruction Code:

        Additional charges may be deducted from the payment amount by the receiving banks and/or its
intermediaries ("Receiving Bank"). If this payment cannot be completed for any reasons beyond the
control of Royal Bank of Canada ("RBC") you may ask RBC for a refund and RBC shall use reasonable efforts
to secure a refund from Receiving Bank and return those amounts to you. If conversion of funds is
requested, the rate of exchange will be RBC's rate established at the time the refund is converted.
If you need to make an inquiry regarding this payment or if you ask that RBC attempt to amend or
cancel this payment, additional charges will apply (except in cases where an error has been
established on the part of RBC or the Receiving Bank). RBC may, in its discretion and without notice
to you, delay in making the payment or decide not proceed with the payment, in which case RBC shall
refund of the payment amount and any applicable fees.
        RBC will not be responsible for any loss or damage suffered by you except where there has been
negligence on the part of RBC, and in any such case RBC will not be liable for any indirect,
consequential or exemplary damages (including but not limited to loss of profits), regardless of the
cause of action. In making the payment, your personal or business information and information on the
recipient, may be revealed to third parties. Since the payment will travel, the information related
to it will be subject to the laws of the jurisdiction in which the information is located or
processed at that time.

SIGNATURE(S):