| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nicholas Gebelt 217362**<br>**15150 Hornell Street**<br>**Whittier, CA 90604**<br>**Tel.:    562.777.9159**<br>**Fax:    562.946.1365**<br>**SBN:    217362 CA**<br>**Email:    ngebelt@goodbye2debt.com**<br><br>**Robert M. Aronson (SBN 81487)**<br>**LAW OFFICE OF ROBERT M. ARONSON**<br>**217 E. Alameda Avenue, Suite 304**<br>**Burbank, CA  91502**<br>**Tel.:    310.815.9440**<br>**Fax:    310.815.0518**<br>**Email:    robert@aronsonlawgroup.com**<br><br>**Attorneys for Creditor, Monika Jensen** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC<br><br><br>                        Debtor(s) | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER:  7 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:        March 5, 2024<br>HEARING TIME:        11:00 a.m.<br><br>☐ **Movant intends to appear in person** |
| **Movant:**  Monika Jensen | |

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Theodor C. Albert, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **CREDITOR MONIKA JENSEN'S OBJECTION TO THE LATE FILED CLAIM OF JOE COLANGELO (CLAIM 26)**
   > **Docket Number 285**

2. **Please be advised that the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. **If a responding party wishes to appear in person advance notice is required.** The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the motion.

4. Case participants may connect using ZoomGov video and audio free of charge using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

5. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

6. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

7. In contrast, by mandate of the Administrative Office of the United States Courts, members of the public and the media may only connect to the ZoomGov audio feed, and only by telephone.  Access to the video feed by these individuals is prohibited.  In the case of a trial or evidentiary hearing, no audio access will be provided.  However, members of the public and the media may observe such proceedings in person (with advance notice to chambers).

8. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

9. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

10. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

11. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL: https://cacb.zoomgov.com/j/1604249643

    Meeting ID: 160 424 9643

    Password: 511725

    Telephone: 1 (669) 254 5252 or 1 (646) 828 7666

    For more information on appearing before Judge Albert by ZoomGov, please see the "Notice of Video and Telephonic Appearance Procedures for Judge Theodor C. Albert's Cases" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-theodor-c-albert under the "Telephonic Instructions" section.

12. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 01/18/2024

Law Offices of Nicholas Gebelt
Printed name of law firm (if applicable)

Nicholas Gebelt
Printed name of individual Movant or attorney for Movant

| In re: <br> **Stonebridge Ventures, LLC** <br> Debtor(s). | CHAPTER: **7** <br> **CASE NUMBER: 8:22-bk-11556-TA** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**15150 Hornell Street**
**Whittier, CA 90604**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/18/2024** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Robert M Aronson on behalf of Creditor Monika Jensen**
**robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com**

**Robert M Aronson on behalf of Defendant Monika Jensen**
**robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com**

**Robert M Aronson on behalf of Plaintiff Monika Jensen**
**robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com**

**James C Bastian, Jr on behalf of Interested Party Courtesy NEF**
**jbastian@shulmanbastian.com**

**Arturo Cisneros on behalf of Trustee Arturo Cisneros (TR)**
**arturo@mclaw.org, CACD_ECF@mclaw.org**

**Arturo Cisneros (TR)**
**amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

**Arturo Cisneros (TR)**
**, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

**Nicholas W Gebelt on behalf of Counter-Claimant Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Counter-Defendant Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Creditor Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Defendant Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Interested Party Monika Jensen**
**ngebelt@goodbye2debt.com**

**Nicholas W Gebelt on behalf of Plaintiff Monika Jensen**
**ngebelt@goodbye2debt.com**

**Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)**
**michael.hauser@usdoj.gov**

**Christopher Hewitt on behalf of Counter-Defendant Joe Colangelo**
**hewittesq@yahoo.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012* **9013-3.1.PROOF.SERVICE**

| In re: **Stonebridge Ventures, LLC** Debtor(s). | CHAPTER **11** CASE NUMBER |
|---|---|

**Christopher Hewitt on behalf of Creditor Joseph Colangelo**
hewittesq@yahoo.com

**Christopher Hewitt on behalf of Defendant Joe Colangelo**
hewittesq@yahoo.com

**Christopher Hewitt on behalf of Plaintiff Joe Colangelo**
hewittesq@yahoo.com

**Rika Kido on behalf of Interested Party Courtesy NEF**
rkido@shulmanbastian.com, avernon@shulmanbastian.com

**Rika Kido on behalf of Interested Party Richard A. Marshack**
rkido@shulmanbastian.com, avernon@shulmanbastian.com

**Zi Chao Lin on behalf of Creditor Brentwood Finance Company, LLC**
zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

**Zi Chao Lin on behalf of Defendant Brentwood Finance Company, LLC**
zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

**William Malcolm on behalf of Trustee Arturo Cisneros (TR)**
bill@mclaw.org, cvalenzuela@mclaw.org

**Richard A Marshack on behalf of Interested Party Courtesy NEF**
rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

**W. Derek May on behalf of Interested Party Courtesy NEF**
wdmlaw17@gmail.com, r48266@notify.bestcase.com

**David W. Meadows on behalf of Counter-Claimant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Creditor Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Defendant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Defendant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Interested Party Courtesy NEF**
david@davidwmeadowslaw.com

**Thomas J Polis on behalf of Counter-Defendant Joe Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Darryl Lewis**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Joseph Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                  **F 9013-3.1**

| In re:                      |              | CHAPTER **11**   |
|-----------------------------|--------------|------------------|
| **Stonebridge Ventures, LLC** |            | CASE NUMBER      |
|                             | Debtor(s).   |                  |

**Thomas J Polis on behalf of Creditor Sanna Akhtanova**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Defendant Joe Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Darryl Lewis**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Joe Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Sanna Akhtanova**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Hamid R Rafatjoo on behalf of Interested Party Qwan Capital, LLC**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Hamid R Rafatjoo on behalf of Interested Party Qwan International Investments, LLC**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Hamid R Rafatjoo on behalf of Interested Party Saman Jilanchi**
hrafatjoo@raineslaw.com, bclark@raineslaw.com

**Lee S Raphael on behalf of Interested Party Courtesy NEF**
ecfcca@ecf.courtdrive.com, cmartin@pralc.com

**Timothy M Ryan on behalf of Interested Party Courtesy NEF**
tryan@theryanfirm.com, ecf@theryanfirm.com

**Allan D Sarver on behalf of Creditor Allan D Sarver**
ADS@asarverlaw.com

**Allan D Sarver on behalf of Creditor Mary Jo Blue**
ADS@asarverlaw.com

**Allan D Sarver on behalf of Creditor Richard W Walker**
ADS@asarverlaw.com

**Summer M Shaw on behalf of Debtor Stonebridge Ventures, LLC**
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

**Summer M Shaw on behalf of Interested Party Summer Shaw**
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

**Nathan F Smith on behalf of Counter-Defendant A. Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Defendant A Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Defendant Arturo Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Plaintiff A. Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Trustee Arturo Cisneros (TR)**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:                          |            | CHAPTER **11** |
|---------------------------------|------------|----------------|
| **Stonebridge Ventures, LLC**   | Debtor(s). | CASE NUMBER    |

**Michael G Spector on behalf of Interested Party Renewable Farms, Inc.**
mgspector@aol.com, mgslawoffice@aol.com

**Diana Torres-Brito on behalf of Creditor Baiocchi Family Limited Partnership at al**
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**Diana Torres-Brito on behalf of Debtor Stonebridge Ventures, LLC**
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**United States Trustee (SA)**
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by uploading a true and correct copy thereof to www.certificateofservice.com for placing in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 18, 2024** | **Nicholas Gebelt 217362** | /s/ Nicholas Gebelt |
|----------------------|----------------------------|---------------------|
| *Date*               | *Printed Name*             | *Signature*         |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**