Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040
Facsimile:  (949) 862-0041
Email:  tom@polis-law.com

Counsel for Secured Creditor, Joe Colangelo

## UNITED STATES BANKRUPTCY COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re** <br><br> **Stonebridge Ventures, LLC,** <br><br><br><br>                                    **Debtor.** | **Case No. 8:22-bk-11556-TA** <br><br> **Chapter 7** <br><br> **CREDITOR JOE COLANGELO'S REQUEST FOR JUDICIAL NOTICE** <br><br> [Response to Claim Objection filed and served concurrently herewith] <br><br> <u>Hearing</u>: <br> Date:   March 5, 2024 <br> Time: 11:00 a.m. <br> Ctrm: 5B, Fifth Floor <br>            U.S. Bankruptcy Court <br>            411 W. Fourth Street <br>            Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, CHIEF BANKRUPTCY JUDGE; DEBTOR AND ITS COUNSEL OF RECORD; OBJECTING CREDITOR AND HER OCUNSEL OF RECORD; THE CHAPTER 7 TRUSTEE AND HIS COUNSEL OF RECORD; AND OTHER PARTIES IN INTEREST:**

　　　Secured Creditor, Joe Colangelo ("Creditor" or "Colangelo"), hereby requests this Court to take Judicial Notice, pursuant to Federal Rules of Evidence, 201, of the following matters:

///

///

1

1  The records and files of the United States Bankruptcy Court, Central District of California, Santa Ana Division, in the adversary proceeding entitled, *Joe Colangelo v. Stonebridge Ventures, et al.*, Adv. Proc. No.: 8:23-ap-01078-TA and specifically the following documents:

    1. Plaintiff Joe Colangelo's *Complaint*, a true and correct copy is attached hereto as Exhibit "A."

The records and files of the United States Bankruptcy Court, Central District of California, Santa Ana Division, in the bankruptcy case entitled, *In re Stonebridge Ventures, LLC*, Adv. Proc. No.: 8:22-bk-11556-TA and specifically the following documents:

    2. Joe Colangelo's *Opposition Re: Sale of 2 Makena* (ECF No. 220), a true and correct copy is attached hereto as Exhibit "B."

Dated: February 20, 2024        **POLIS & ASSOCIATES, APLC**

                                    **By:**     **/s/ Thomas J. Polis**
                                                **Thomas J. Polis, Esq.**
                                                **Counsel for Secured Creditor,**
                                                **Joe Colangelo**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **POLIS & ASSOCIATES, 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612-2433**

A true and correct copy of the foregoing document **CREDITOR JOE COLANGELO'S REQUEST FOR JUDICIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 20, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached

☒ Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **February 20, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor Albert, US Bankruptcy Court, 411 W. Fourth Street, Suite 5085 Santa Ana, CA 92612
Debtor, Stonebridge Ventures, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 20, 2024 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**CONTINUED PROOF OF SERVICE PAGE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- **Robert M Aronson**    robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Arturo Cisneros (TR)**    acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Nicholas W Gebelt**    ngebelt@goodbye2debt.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Christopher Hewitt**    hewittesq@yahoo.com
- **Sheri Kanesaka**    sheri.kanesaka@fnf.com, rebecca.urioste@fnf.com
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Zi Chao Lin**    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com