WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **NOTICE OF CHANGE IN BILLING RATES OF MALCOLM ♦ CISNEROS, A LAW CORPORATION** |

PLEASE TAKE NOTICE that, effective January 1, 2024, the billing rates of Malcolm ♦ Cisneros, A Law Corporation, shall be the rates set forth in the schedule attached hereto as Exhibit "l".

DATED:  March 7, 2024              MALCOLM ♦ CISNEROS,
                                   A Law Corporation

                                   */s/ Nathan F. Smith*
                                   NATHAN F. SMITH
                                   *Attorneys for Chapter 7 Trustee, A. Cisneros*

1

Notice of Rate Increase

**EXHIBIT 1**



### 2024 Hourly Rate Schedule

**PARTNERS**

| | |
|---|---|
| William G. Malcolm | $600.00 |
| Arturo M. Cisneros | $600.00 |
| Nathan F. Smith | $550.00 |
| Nicolas Matayron | $500.00 |

**SENIOR COUNSEL**

| | |
|---|---|
| Charles W. Nunley | $500.00 |
| Hydee J. Riggs | $500.00 |
| Grant Courtney | $450.00 |
| Kris J. Sundberg | $450.00 |
| Samuel R. Burton | $400.00 |

**ASSOCIATES**

| | |
|---|---|
| Brian Thomley | $450.00 |
| Christina J. Khil | $400.00 |
| Melissa Sgroi | $400.00 |
| Esther Torres Smith | $400.00 |
| Denise Lee | $350.00 |

**LAW CLERK**

| | |
|---|---|
| Adam Sohn | $225.00 |
| Rylia Tjokrosoeharto | $225.00 |

**PARALEGALS**

| | |
|---|---|
| Melissa Fusco | $200.00 |
| Ernest Cisneros | $200.00 |
| Mayra Johnson | $200.00 |
| Erica F. Pedraza | $130.00 |
| Rhonda White | $130.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2112 Business Center Drive, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE IN BILLING RATES OF MALCOLM ♦ CISNEROS, A LAW CORPORATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 7, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert M Aronson     robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
James C Bastian     jbastian@shulmanbastian.com
Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Arturo Cisneros (TR)     , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Nicholas W Gebelt     ngebelt@goodbye2debt.com
Michael J Hauser     michael.hauser@usdoj.gov
Christopher Hewitt     hewittesq@yahoo.com
Sheri Kanesaka     sheri.kanesaka@fnf.com, rebecca.urioste@fnf.com
Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
Zi Chao Lin     zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
David W. Meadows     david@davidwmeadowslaw.com
Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
Allan D Sarver     ADS@asarverlaw.com
Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Christopher P. Walker     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 7, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 7, 2024 | Christina Valenzuela | /s/ Christina Valenzuela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**