| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Thomas J. Polis, Esq. [SBN 119326]<br>POLIS & ASSOCIATES<br>A Professional Law Corporation<br>19800 MacArthur Boulevard, Suite 1000<br>Irvine, California 92612<br>Telephone: (949) 862-0040<br>Facsimile: (949) 862-0041<br>Email: tom@polis-law.com | |

☐ Individual *appearing without an attorney*
☒ Attorney for: Joe Colangelo

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Stonebridge Ventures, LLC,<br><br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Order Overruling Without Prejudice of Monika Jensen's Objection to Proof of Claim No. 26 |
|---|---|

PLEASE TAKE NOTE that the order titled <u>Order Overruling Without Prejudice Moving Party Monika Jensen's Objection to Proof of Claim No. 26 Filed by Joe Colangelo [ECF Docket No. 285]</u>

was lodged on (*date*) <u>  03/11/2024  </u> and is attached. This order relates to the motion which is docket number <u>285</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040; Facsimile: (949) 862-0041
Email:  tom@polis-law.com

Counsel for Claimant, Joe Colangelo

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| In re | Case No.: 8:22-bk-11556-TA |
|---|---|
| Stonebridge Ventures, LLC, | Chapter 7 |
| Debtor. | **ORDER OVERRULING WITHOUT PREJUDICE MOVING PARTY MONIKA JENSEN'S OBJECTION TO PROOF OF CLAIM NO. 26 FILED BY JOE COLANGELO (ECF NO. 285)**<br><br>**Hearing:**<br>Date:   **March 5, 2024**<br>Time:  **11:00 a.m.**<br>Ctrm.: **5B, 5th Floor**<br>          **U.S. Bankruptcy Court**<br>          **411 W. Fourth Street**<br>          **Santa Ana, CA 92701** |

At the above-captioned time and place, the Honorable Theodor Albert, United States Chief Judge, heard and considered the Moving Party, Monika Jensen's *Objection to Proof of Claim No. 26 filed by Joe Colangelo* (ECF No. 285).  Thomas J. Polis, Esq. of Polis & Associates, APLC appeared on behalf of Claimant, Joe Colangelo and Nicholas Gebelt, Esq. appeared on behalf of Movant, Monika Jensen.  All other appearances were noted on the Court's record.  The Court having considered the moving papers, comments and arguments of counsel, and for good cause,

**IT IS SO ORDERED** that Moving Party, Monika Jensen's *Objection to Proof of Claim No. 26 filed by Joe Colangelo* is overruled without prejudice.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**POLIS & ASSOCIATES**
**19800 MacArthur Blvd., Suite 1000**
**Irvine, California 92621**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___06/12/2013___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    SEE ATTACHED

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __3/11/2024___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

* United States Bankruptcy Court, Central District of California, Hon. Thedor Albert, 411 West Fourth Street, Suite 5085, Santa Ana, California 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/11/2024 | Cristina Allen | Cristina Allen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 2  **F 9021-1.2.BK.NOTICE.LODGMENT**

**CONTINUED PROOF OF SERVICE PAGE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- **Robert M Aronson**    robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Arturo Cisneros (TR)**    acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Nicholas W Gebelt**    ngebelt@goodbye2debt.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Christopher Hewitt**    hewittesq@yahoo.com
- **Sheri Kanesaka**    sheri.kanesaka@fnf.com, rebecca.urioste@fnf.com
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Zi Chao Lin**    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com