Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040; Facsimile: (949) 862-0041
Email: tom@polis-law.com

Counsel for Claimant, Joe Colangelo

FILED & ENTERED

MAR 20 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Stonebridge Ventures, LLC,<br><br>Debtor. | Case No.: 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER OVERRULING WITHOUT PREJUDICE MOVING PARTY MONIKA JENSEN'S OBJECTION TO PROOF OF CLAIM NO. 26 FILED BY JOE COLANGELO (ECF NO. 285)**<br><br>Hearing:<br>Date:  March 5, 2024<br>Time:  11:00 a.m.<br>Ctrm.: 5B, 5th Floor<br>          U.S. Bankruptcy Court<br>          411 W. Fourth Street<br>          Santa Ana, CA 92701 |

At the above-captioned time and place, the Honorable Theodor Albert, United States Chief Judge, heard and considered the Moving Party, Monika Jensen's *Objection to Proof of Claim No. 26 filed by Joe Colangelo* (ECF No. 285). Thomas J. Polis, Esq. of Polis & Associates, APLC appeared on behalf of Claimant, Joe Colangelo and Nicholas Gebelt, Esq. appeared on behalf of Movant, Monika Jensen. All other appearances were noted on the Court's record. The Court having considered the moving papers, comments and arguments of counsel, and for good cause,

**IT IS SO ORDERED** that Moving Party, Monika Jensen's *Objection to Proof of Claim No. 26 filed by Joe Colangelo* is overruled without prejudice.

###

Date: March 20, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge