United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

**Recip ID       Recipient Name and Address**
db            + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

**Name**                    **Email Address**

Allan D Sarver
                            on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com

Allan D Sarver
                            on behalf of Creditor Richard W Walker ADS@asarverlaw.com

Allan D Sarver
                            on behalf of Creditor Allan D Sarver ADS@asarverlaw.com

Arturo Cisneros
                            on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org   CACD_ECF@mclaw.org

Arturo Cisneros (TR)
                            acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Christopher Hewitt
                            on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com

Case 8:22-bk-11556-TA    Doc 296    Filed 03/22/24    Entered 03/22/24 21:18:21    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Christopher P. Walker
 on behalf of Defendant Renewable Farms Inc. cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

David W. Meadows
 on behalf of Creditor Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
 on behalf of Defendant Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
 on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
 on behalf of Counter-Claimant Brentwood Finance Company LLC david@davidwmeadowslaw.com

Diana Torres-Brito
 on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
 on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Hamid R Rafatjoo
 on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
 on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
 on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com

James C Bastian, Jr
 on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
 on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael G Spector
 on behalf of Interested Party Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael J Hauser
 on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
 on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
 on behalf of Counter-Defendant A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
 on behalf of Defendant A Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
 on behalf of Defendant Arturo Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
 on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
 on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
 on behalf of Counter-Claimant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
 on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
 on behalf of Interested Party Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
 on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
 on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com

Richard A Marshack
 on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf042 | Total Noticed: 1 |

lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Rika Kido
    on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com

Rika Kido
    on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com

Robert M Aronson
    on behalf of Plaintiff Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Robert M Aronson
    on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Robert M Aronson
    on behalf of Defendant Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Sheri Kanesaka
    on behalf of Defendant Escrow Experts Inc sheri.kanesaka@fnf.com, rebecca.urioste@fnf.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Debtor Stonebridge Ventures LLC ss@shaw.law,
shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Defendant Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Plaintiff Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Joseph Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Counter-Defendant Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis
    on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan
    on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

W. Derek May
    on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com

William Malcolm
    on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org

Zi Chao Lin
    on behalf of Creditor Brentwood Finance Company LLC zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

Zi Chao Lin
    on behalf of Defendant Brentwood Finance Company LLC zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

TOTAL: 54

Thomas J. Polis, Esq. (SBN 119326)
**POLIS & ASSOCIATES, APLC**
19800 MacArthur Blvd., Suite 1000
Irvine, California 92612
Telephone: (949) 862-0040; Facsimile: (949) 862-0041
Email: tom@polis-law.com

Counsel for Claimant, Joe Colangelo

**FILED & ENTERED**

**MAR 20 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Stonebridge Ventures, LLC,<br><br>Debtor. | Case No.: 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER OVERRULING WITHOUT PREJUDICE MOVING PARTY MONIKA JENSEN'S OBJECTION TO PROOF OF CLAIM NO. 26 FILED BY JOE COLANGELO (ECF NO. 285)**<br><br>Hearing:<br>Date:   March 5, 2024<br>Time:   11:00 a.m.<br>Ctrm.:   5B, 5th Floor<br>     U.S. Bankruptcy Court<br>     411 W. Fourth Street<br>     Santa Ana, CA 92701 |

At the above-captioned time and place, the Honorable Theodor Albert, United States Chief Judge, heard and considered the Moving Party, Monika Jensen's *Objection to Proof of Claim No. 26 filed by Joe Colangelo* (ECF No. 285). Thomas J. Polis, Esq. of Polis & Associates, APLC appeared on behalf of Claimant, Joe Colangelo and Nicholas Gebelt, Esq. appeared on behalf of Movant, Monika Jensen. All other appearances were noted on the Court's record. The Court having considered the moving papers, comments and arguments of counsel, and for good cause,

1

ORDER OVERRULING CLAIM OBJECTION

**IT IS SO ORDERED** that Moving Party, Monika Jensen's *Objection to Proof of Claim No. 26 filed by Joe Colangelo* is overruled without prejudice.

###

Date: March 20, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

2
ORDER OVERRULING CLAIM OBJECTION