|  | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** | |
| Name of Debtor(s) listed on the bankruptcy case: <br> STONEBRIDGE VENTURES, LLC | CASE NO.: 8:22-BK-11556-TA <br> CHAPTER: 11 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Mary Jo Blue
   Mailing Address: 18124 Wedge Parkway #63
   City, State, Zip Code: Reno, NV 89511

3. **New Address:**
   Mailing Address: 2343 Iron Square Drive
   City, State, Zip Code: Reno, NV 89521

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 04/19/2024

Mary Jo Blue
Requestor's printed name(s)

*/s/ Mary Jo Blue*
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015

F 1002-1.3.CHANGE.ADDRESS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd., Suite 1000, Encino, CA 91436

A true and correct copy of the foregoing document **entitled CHANGE OF MAILING ADDRESS will** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date 05/08/ 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anerio V Altman**  LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
- **James C Bastian**  jbastian@shulmanbastian.com
- **Michael Jay Berger**  , yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Michael Jay Berger**  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **William J Beverly**  beverlylaw@frontier.com, Beverlylawaide@hotmail.com
- **Anthony Bisconti**  tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Evan C Borges**  eborges@ggtriallaw.com, cwinsten@ggtriallaw.com
- **Arturo Cisneros**  arturo@mclaw.org, CACD_ECF@mclaw.org
- **Carolyn A Dye**  trustee@cadye.com
- **Fritz J Firman**  firmanweber@gmail.com, centralservice.firmanweber@gmail.com
- **M Douglas Flahaut**  flahaut.douglas@arentfox.com
- **Alan W Forsley**  alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Michael D Franco**  francolawfirm@hotmail.com, r58382@notify.bestcase.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Arnold L Graff**  agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **David Connolly Grant**  dcg@ggb-law.com, ald@ggb-law.com
- **Vanessa M Haberbush**  vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Sarah Rose Hasselberger**  shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012  **F 9013-3.1.PROOF.SERVICE**

- **Marshall J Hogan**   mhogan@swlaw.com, fcardenas@swlaw.com
- **Jeanne M Jorgensen**   jjorgensen@pj-law.com, cpage@pj-law.com
- **Rika Kido**   rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Chris D. Kuhner**   c.kuhner@kornfieldlaw.com
- **Claire-Lise Kutlay**   ckutlay@ggtriallaw.com, tpatton@ggtriallaw.com
- **Paul J Leeds**   Pleeds@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Bret D Lewis**   Bretlewis@aol.com, bdlawyager@gmail.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **William Malcolm**   bill@mclaw.org, cvalenzuela@mclaw.org
- **Charity J Manee**   cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **W. Derek May**   wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Eric A Mitnick**   MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Neelamba Jhala Molnar**   nmolnar@smtdlaw.com
- **Kerry A. Moynihan**   kerry@kamlegal.com
- **Eric A. Nyberg**   e.nyberg@kornfieldlaw.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Thomas J Polis**   , paralegal@polis-law.com;r59042@notify.bestcase.com
- **Douglas B Provencher**   dbp@provlaw.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Lee S Raphael**   ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Matthew D. Resnik**   Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com; rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Timothy M Ryan**   tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**   ADS@asarverlaw.com
- **Sarah E Shapero**   sarah@shaperolawfirm.com
- **Jeffrey S Shinbrot**   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com;tanya@shinbrotfirm.com
- **Nathan F Smith**   nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **Kristine A Thagard**   kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Brooke S Thompson**   bthompson@shulmanbastian.com, avernon@shulmanbastian.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

- **Michael A Wallin**    mwallin@wallinrussell.com
- **Diane C Weil (TR)**    dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com,jfiser@dcweillaw.com;ecf.alert+Weil@titlexi.com
- **Talin V Yacoubian**    talin@yplawfirm.net
- **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com

☐Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On 5/0820/24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no l

☐Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date 05/8/2024*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/08/2024 | M. Swanston | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             F 9013-3.1.PROOF.SERVICE