WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**NOTICE TO CHAPTER 7 PROFESSIONALS OF INTENDED HEARING ON INTERIM APPLICATIONS FOR PAYMENT OF INTERIM FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Hearing:<br>Date:    August 6, 2024<br>Time:   11:00 a.m.<br>Ctrm:    5B<br>Location  411 West Fourth Street, Santa Ana CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PROFESSIONALS RETAINED IN THIS CASE:**

**PLEASE TAKE NOTICE** that at 11:00 a.m. on August 6, 2024, before the Honorable Theodor C. Albert, via Zoom teleconference, a hearing will be held on the First Interim Application of Malcolm ♦ Cisneros, A Law Corporation ("Firm") for the Allowance and Payment of Fees and Reimbursement of Expenses (the "Interim Fee Application").

1

Notice of Interim Fee Application

**PLEASE TAKE FURTHER NOTICE** that other Chapter 7 professional persons retained pursuant to an order of the Court may also seek approval of interim fees and expenses at this hearing, provided that they file and serve their applications in a timely manner. The deadline for filing and service of such fee applications is twenty-one (21) days prior to the hearing date. Unless otherwise ordered, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that the Firm will be providing notice to creditors and other interested parties of the Firm's Interim Fee Application, the hearing thereon, and the deadline for the filing of any opposition to the Interim Fee Application. If any other professional intends to file and serve a fee application to be heard on August 6, 2024 at 11:00 a.m., and desires that notice thereof be included with the above-described notice to be sent out by the Firm, then the name and address of the professional, the time period covered, and the specific amounts of both fees and expenses being sought must be provided to Erica Pedraza at Malcolm ♦ Cisneros, A Law Corporation via email at erica@mclaw.org by no later than 5:00 p.m. on July 16, 2024 for inclusion in such notice. Failure to do so will result in the professional being responsible for providing adequate notice of its own request and fee application to creditors and parties-in-interest not less than 21 days prior to the hearing.

DATED: June 17, 2024                                 Malcolm ♦ Cisneros, A Law Corporation

By: */s/ Nathan F. Smith*
    NATHAN F. SMITH
    *Attorneys for Chapter 7 Trustee, A. Cisneros*

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: ***2112 Business Center Drive, 2nd Floor, Irvine, CA 92612***

A true and correct copy of the foregoing document entitled (specify): ***NOTICE TO CHAPTER 7 PROFESSIONALS OF INTENDED HEARING ON INTERIM APPLICATIONS FOR PAYMENT OF INTERIM FEES AND REIMBURSEMENT OF EXPENSES*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***June 18, 2024***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) ***June 18, 2024***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| ***June 18, 2024*** | **Diep Quach** | ***/s/ Diep Quach*** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SECTION 1 CONT:**
NOTICE: Robert M Aronson    robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Ethan Friedman    ethan.friedman@fnf.com
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com, 5063741420@filings.docketbird.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

**SECTION 2 CONT:**

AB Capital, LFD, Inc.
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

~~Robert M. Aronson~~
~~Law Office of Robert M. Aronson~~
~~444 South Flower St., Suite 1700~~
~~Los Angeles, CA 90071~~
*11.13.2023 – Return to sender, attempted now known, unable to foward*

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SECTION 2 CONT.**
17 Properties I, LLC
30855 Olympic Place
Laguna Niguel, CA 92677-3085

AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Andrew D. & Karen L. Hermann Trust
dated 3/25/09
3860 Fuchsia Circle
Seal Beach, CA 90740

Baiocchi Family Limited Partnershi
c/o Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite l55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

~~Forge Trust Company CFBO~~
~~Donald Suskind IRA~~
~~1160 Industrial Road~~
~~41 San Carlos, CA 94070~~
*10/11/2023 – Return to sender, vacant, unable to forward*

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ira M. Hermann/ The Hermann Family Trust
1 Lucca
Laguna Niguel, CA 92677

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard A. Marshack
Chapter 7 Trustee of the Bank
870 Roosevelt
Irvine, CA 92620

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

Robert Justin Enquist
7722 Drake Ridge
Kalamazoo, MI 49009

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
42-600 Cook Street, Suite 2l0
Palm Desert, CA 92211

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

William R. Enquist Jr.
4014 Calle Louisa
San Clemente, CA 92672

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
~~PO Box 389~~
~~Calpella CA 95418~~
3780 King Ranch Road
Ukiah, CA 95482

Aaron Flora
468 S. Coate Road,
Orange CA 92869