| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, California  92612<br>(949) 252-9400 (TELEPHONE)<br>(949) 252-1032 (FACSIMILE)<br>bill@mclaw.org; nathan@mclaw.org<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Chapter 7 Trustee, A. Cisneros | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br><br>TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF A. CISNEROS IN SUPPORT THEREOF<br><br>(*Specify name of Motion*) |
| | DATE: 07/30/2024<br>TIME:  11:00 am<br>COURTROOM: 5B<br>PLACE: United States Bankruptcy Court<br>     411 West Fourth Street<br>     Santa Ana CA 92701 |

1. TO (*specify name*): TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 07/08/2024

MALCOLM ♦ CISNEROS, A Law Corporation
Printed name of law firm

/s/ Nathan F. Smith
Signature

Nathan F. Smith
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9013-1.1.HEARING.NOTICE**

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

## TITLE OF MOTION

TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF A. CISNEROS IN SUPPORT THEREOF

A complete copy of the MOTION may be obtained upon request by contacting the Clerk's Office at the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana CA 92701; or by contacting the office of the Trustee's Counsel, Malcolm & Cisneros.

## SUMMARY OF MOTION

A. Cisneros, the duly appointed and qualified chapter 7 Trustee ("Trustee") for the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor"), hereby moves the Court for an order approving the following compromise of controversy and respectfully represents to the Court as follows:

Debtor's bankruptcy case was commenced on September 9, 2022, with the filing of a Subchapter V petition under chapter 11 of the Bankruptcy Code ("Petition"). The case was converted to chapter 7 on April 3, 2023. Trustee is the appointed, qualified, and acting chapter 7 Trustee for Debtor's bankruptcy ("Estate").

Colangelo and Jensen's Agreement to Purchase the Property.
On or about March 6, 2015, Debtor obtained title to Property.

On or about April 23, 2020, Colangelo and Jensen entered into a Purchase Agreement, whereby they agreed to pay Debtor $2,595,000 in exchange for the Property ("Purchase Agreement").

The Purchase Agreement designated EE as the escrow agent handling the transaction identified in the Purchase Agreement.

Brentwood and Renewable's Deeds of Trust Against the Property.
On or about June 30, 2021, a deed of trust in favor of Brentwood in the original, principal amount of $1,850,000 was recorded against the Property.

On or about July 29, 2021, a deed of trust in favor of Renewable in the original, principal amount of $250,000 was recorded against the Property.

The Filing of Debtor's Petition and Appointment of Trustee.
On September 9, 2022, Debtor commenced its bankruptcy case by filing a petition under Chapter 11 of Title 11 of the United States Code.

On September 23, 2022, Debtor and the Office of the United States Trustee entered into a stipulation for the appointment of a Chapter 11 trustee.

On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of Debtor's bankruptcy estate ("Estate").

Trustee's Complaint Against Colangelo and Jensen.
On February 29, 2023, Trustee filed a complaint against Colangelo and Jensen for turnover of the Property under 11 U.S.C. § 542 and unjust enrichment as case number 8:23-ap-01013-TA ("Trustee Adversary Proceeding").

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

The Conversion of the Case to Chapter 7 and Appointment of Trustee.
On March 10, 2023, Trustee filed a motion to convert the case to Chapter 7, which was granted on April 3, 2023.

On April 3, 2023, Trustee was appointed as the Chapter 7 Trustee of Debtor's Estate, a capacity in which he continues to serve.

The Claim Filed by Jensen.
On March 13, 2023, Jensen filed an unsecured proof of claim in the amount of $550,034.58. Jensen amended the claim to secured on August 2, 2023 ("Jensen Proof of Claim").

Trustee's Motion to Sell the Property.
On June 13, 2023, Trustee filed a motion to sell the Property to Roll Sparrow, LLC for $3,160,000, subject to Bankruptcy Court approval and overbidding ("Motion to Sell").

On July 25, 2023, a hearing on the Motion to Sell was held, at which the Bankruptcy Court granted the Motion to Sell and authorized the sale of the Property to overbidder Dennis R. Boggio for $3,402,000.

Colangelo's Complaint in Connection with the Property.
On July 24, 2023, Colangelo filed a complaint against Debtor, Trustee, Brentwood, Renewable Farms, and AB Capital as United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:23-ap-01078-TA, wherein he alleged that he held a CC § 3050 statutory lien against the Property ("Colangelo Adversary").

Jensen's Complaint in Connection with the Property.
On August 5, 2023, Jensen filed a complaint against Debtor, Brentwood, Renewable, AB Capital, Trustee, and Colangelo as United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:23-ap-01086-TA, wherein she alleged that she held a CC § 3050 statutory lien against the Property ("Jensen Adversary") (the Trustee Adversary, Colangelo Adversary, and Jensen Adversary are collectively referred to herein as the Adversary Proceedings.

Trustee's Sale of the Property.
On or about August 24, 2023, the sale of the Property closed and Trustee transferred title to the Property to Dennis R. Boggio, Trustee of the DRB Living Trust dated January 13, 2017.

The Estate received $3,137,662.13 in proceeds from the sale of the Property ("Sale Proceeds").

The Claims Filed by Brentwood and Renewable and $1 Million Distribution to Brentwood.
On September 26, 2023, Brentwood filed a secured proof of claim in the amount of $2,196,114.37 ("Brentwood Proof of Claim").

On October 5, 2023, Renewable filed a secured proof of claim in the amount of $282,340 ("Renewable Proof of Claim").

On October 17, 2023, Trustee filed a motion for authorization to distribute $1.3 million of the Sale Proceeds to Brentwood. On November 27, 2023, the Bankruptcy Court entered an order authorizing Trustee to disburse $1 million to Brentwood. The Trustee made such disbursement to Brentwood on or about December 15, 2023.

The Claim Filed by Colangelo.
On December 27, 2023, Colangelo filed a secured proof of claim in the amount of approximately $1,600,000 ("Colangelo POC"). Jensen filed an objection to the Colangelo POC on January 18, 2024, which was overruled.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

Trustee's Judgment Against Colangelo and the Motion to Set it Aside.
On January 30, 2024, following a motion for default judgment against Colangelo, Judgment was entered against Colangelo in the Trustee Adversary Proceeding ("Judgment Against Colangelo"). Currently, the amount owed to Trustee under the Judgment Against Colangelo is approximately $800,000.

On February 21, 2024, Colangelo filed a motion to set aside the Judgment Against Colangelo, which Trustee opposed. Following issuance of a tentative ruling denying Colangelo's motion to set aside the Judgment Against Colangelo, the Bankruptcy Court continued the hearing on Colangelo's motion to August 15, 2024.

The Court's Assignment of the Adversary Proceedings to Mediation and Appointment of Leonard Gumport as Mediator.
On March 27, 2024, the Bankruptcy Court entered an order assigning the Adversary Proceedings to the Bankruptcy Court's mediation program and appointing Leonard Gumport as mediator.

The Parties' Mediation with Leonard Gumport.
The Parties participated in two mediation sessions with Mediator, on March 25, 2024 between 9 a.m. and approximately 7 p.m. and May 14, 2024 between 9 a.m. and approximately 6 p.m. Additionally, the parties circulated confidential mediation briefs in connection with the mediation on May 14, 2024 and have exchanged voluminous communications in connection with the mediations.

Although the mediation was closed following the May 14, 2024 mediation, the Parties circulated a stipulation to reopen the mediation in each of the adversary proceedings. Orders reopening the mediation were entered on June 14, 2024.

Currently, Trustee is holding $2,137,662.13 in Sale Proceeds.

The Parties desire to resolve all issues concerning the Sale Proceeds, the Adversary Proceedings, the claims against the Estate and the Judgment Against Colangelo without the delay and uncertainty of further legal proceedings and litigation.

## **SETTLEMENT BETWEEN THE PARTIES**

The Parties desire to resolve all issues concerning the Sale Proceeds, the Adversary Proceedings, the claims against the Estate and the Judgment Against Colangelo without the delay and uncertainty of further legal proceedings and litigation. The general terms of the Agreement are as follows:

a. The Agreement is subject to the approval of the Bankruptcy Court and is of no force or effect until it is approved by the Bankruptcy Court.

b. Trustee shall pay $600,000 of the Sale Proceeds to Colangelo and Jensen within fourteen (14) days of entry of an order approving the Agreement.

c. Trustee shall pay $1,042,000 of the Sale Proceeds to Brentwood within fourteen (14) days of entry of an order approving the Agreement.

d. Brentwood will stipulate to dismiss the Colangelo Adversary and the Jensen Adversary in their entirety, with prejudice, within seven (7) days of receipt of the $1,042,000 payment.

e. Trustee shall disburse $255,000 to Renewable within fourteen (14) days of entry of an order approving the Agreement.

f. Renewable will stipulate to dismiss the Colangelo Adversary and the Jensen Adversary in their entirety, with prejudice, within seven (7) days of receipt of the $255,000 payment.

| In re: | | Chapter 7 |
|---|---|---|
| STONEBRIDGE VENTURES, LLC, | Debtor, | Case No. 8:22-bk-11556-TA |

 

- g.     EE shall pay Trustee $15,000 within fourteen (14) days of entry of an order approving the Agreement.

- h.     EE will stipulate to dismiss the Trustee Adversary Proceeding and the Jensen Adversary in their entirety, with prejudice, within fourteen (14) days of entry of an order approving the Agreement.

- i.     The Estate shall retain $240,662.13 of the Sale Proceeds plus the $15,000 paid to Trustee by EE for payment of administrative and unsecured claims.

- j.     Trustee will stipulate to dismiss the Colangelo Adversary and the Jensen Adversary in their entirety, with prejudice, within fourteen (14) days of entry of an order approving the Agreement.

- k.     Jensen shall stipulate to dismiss the Jensen Adversary, and the Trustee Adversary Proceeding in their entirety, with prejudice, and Colangelo shall stipulate to dismiss the Colangelo Adversary, the Jensen Adversary and the Trustee Adversary Proceeding in their entirety, with prejudice, within seven (7) days of receipt of the $600,000 payment.

- l.     Jensen shall withdraw the Jensen Proof of Claim within seven (7) days of receipt of the $600,000 payment.

- m.     Colangelo shall withdraw the Colangelo Proof of Claim within seven (7) days of receipt of the $600,000 payment in the trust account designated by their counsel.

- n.     Brentwood shall withdraw the Brentwood Proof of Claim within seven (7) days of its receipt of the $1,042,000 payment from Trustee.

- o.     Renewable shall withdraw the Renewable Proof of Claim within seven (7) days of its receipt of the $255,000 payment from Trustee.

- p.     Neither Colangelo nor Jensen shall be entitled to any further payment from Trustee or the Estate either as an unsecured creditor of the Estate or otherwise.

- q.     Neither Brentwood nor Renewable shall be entitled to any further payment from Trustee or the Estate either as an unsecured creditor of the Estate or otherwise.

- r.     Trustee shall stipulate to dismiss the Trustee Adversary Proceeding in its entirety, with prejudice, within seven (7) days of the Court's entry of orders dismissing the Jensen Adversary and Colangelo Adversary.

- s.     Trustee shall file a satisfaction of the Judgment Against Colangelo within seven (7) days of the Court's entry of orders dismissing the Jensen Adversary Proceeding and Colangelo Adversary Proceeding.

- t.     The Parties waive any and all Claims that they may have against one another and any right to assert any additional Claims against one another save any claims that Colangelo and Jensen may have against each other in any other forum, including in connection with the $600,000 payment from Trustee.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 2112 Business Center Drive, 2nd Floor, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY; MEMORANDUM OF POINTS AND
 AUTHORITIES AND DECLARATION OF A. CISNEROS IN SUPPORT THEREOF
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/09/2024   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
OFFICE OF U.S. TRUSTEE: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com;
ecf.alert+Cisneros@titlexi.com
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  07/09/2024   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/09/2024 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 3   **F 9013-1.1.HEARING.NOTICE**

**SECTION 1 CONT.**
NOTICE: Robert M Aronson     robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian     jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Ethan Friedman     ethan.friedman@fnf.com
NOTICE: Nicholas W Gebelt     ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser     michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt     hewittesq@yahoo.com, 5063741420@filings.docketbird.com
NOTICE: Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin     zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
NOTICE: W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows     david@davidwmeadowslaw.com
NOTICE: Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com
NOTICE: Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver     ADS@asarverlaw.com
NOTICE: Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Christopher P. Walker     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

**SECTION 2 CONT.**

AB Capital, LFD, Inc.
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

**SECTION 2 CONT.**
17 Properties I, LLC
30855 Olympic Place
Laguna Niguel, CA 92677-3085

AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Andrew D. & Karen L. Hermann Trust
dated 3/25/09
3860 Fuchsia Circle
Seal Beach, CA 90740

Baiocchi Family Limited Partnershi
~~c/o Lenders T.D. Service, Inc.~~
~~24422 Avenida De La Carlota, #280~~
~~Laguna Hills, CA 92653~~
*06.26.2024 forward:*
*23151 Verdugo Drive, Ste 205*
*Laguna Hills CA 92653-1343*

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite l55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395
Palm Springs, CA 92262

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

~~Forge Trust Company CFBO~~
~~Donald Suskind IRA~~
~~1160 Industrial Road~~
~~41 San Carlos, CA 94070~~
*10/11/2023 – Return to sender, vacant, unable to forward*

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ira M. Hermann/ The Hermann Family Trust
1 Lucca
Laguna Niguel, CA 92677

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
~~24422 Avenida De La Carlota, #280~~
~~Laguna Hills, CA 92653~~
*06.26.2024 forward:*
*23151 Verdugo Drive, Ste 205*
*Laguna Hills CA 92653-1343*

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard A. Marshack
Chapter 7 Trustee of the Bank
870 Roosevelt
Irvine, CA 92620

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

Robert Justin Enquist
7722 Drake Ridge
Kalamazoo, MI 49009

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
~~42-600 Cook Street, Suite 210~~
~~Palm Desert, CA 92211~~
*06.26.2024 forward:*
*44901 Village Court, Ste B*
*Palm Desert CA 92260-3814*

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

William R. Enquist Jr.
4014 Calle Louisa
San Clemente, CA 92672

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
~~PO Box 389~~
~~Calpella CA 95418~~
3780 King Ranch Road
Ukiah, CA 95482

Aaron Flora
468 S. Coate Road,
Orange CA 92869