| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271 (bill@mclaw.org)<br>NATHAN F. SMITH, #264635 (nathan@mclaw.org)<br>Malcolm & Cisneros, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* A. Cisneros, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC, | CASE NO.: 8:22-bk-11556-TA<br><br>CHAPTER: 7 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| Debtor(s). | DATE: 08/06/2024<br>TIME: 10:00 am<br>COURTROOM: 5B<br>PLACE: Zoom Teleconference |

1.  Name of Applicant (*specify*): Malcolm ♦ Cisneros, A Law Corporation

2.  Type of services rendered: Legal Services
    a. ☒ Attorney for (*specify*): General Counsel for A. Cisneros Chapter 7 Trustee
    b. ☐ Accountant for (*specify*): _____
    c. ☐ Other professional (*specify*): _____

3.  Date of filing of petition under chapter 11 of the Bankruptcy Code: 09/09/2022

4.  Date of entry of Order Approving Applicant's Employment: 05/26/2023

5.  Date of filing of last Fee and/or Expense Application: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 2016-1.2.APP.PAYMENT.FEES**

6.  Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

    a.  Retainer received: $ 0.00

    b.  Retainer remaining as of the date of this Application: $ 0.00

    c.  Total amount requested in all prior applications: $ 0.00

    d.  Total amount actually paid pursuant to prior approved applications: $ 0.00

    e.  Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

    f.  Total amount allowed but reserved pending final fee application: $ 0.00

7.  **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. William G. Malcolm (2023) | $ 575.00 | X | 56.4 | = | $ 32,430.00 |
| b. William G. Malcolm (2024) | $ 600.00 | X | 38.7 | = | $ 23,220.00 |
| c. Nathan F. Smith (2023) | $ 505.00 | X | 183.3 | = | $ 92,566.50 |
| d. Nathan F. Smith (2024) | $ 550.00 | X | 100.5 | = | $ 55,275.00 |
| e. Mayra Johnson (2023) | $ 200.00 | X | 7.7 | = | $ 1,540.00 |
| f. Nathan F. Smith (no charge) | $ 505.00 | X | 2.8 | = | $ 0.00 |

    g.  ☐  Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                                    ☐ See attached page

9.  Bonus requested (final fee applications only): $ 0.00
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 205,031.50

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 0.00

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                        F 2016-1.2.APP.PAYMENT.FEES

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Copy Costs | $ 404.00 |
| b. Postage Costs | $294.16 |
| c. Court Costs | $199.00 |
| d. Overnight Mailing Costs | $69.98 |
| e. Litigation Costs | $950.00 |
| f. | $ |
| g. ☐   Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION: $ 1,917.14**

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

Declarations of Arturo Cisneros, Exhibits "1" to "4" to the Declaration of Nathan F. Smith, and Declaration of

A. Cisneros

15. Total number of attached pages of supporting documentation: 97____

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/15/2024 | Nathan F. Smith | /s/ Nathan F. Smith |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 2016-1.2.APP.PAYMENT.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 2112 Business Center Drive, Irvine CA 92612

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _07/15/2024_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
 CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com;
 ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _07/15/2024_ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
 DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _07/15/2024_ | Diep Quach | /s/ Diep Quach |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**SECTION 1 CONT:**

NOTICE: Robert M Aronson    robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com

NOTICE: James C Bastian    jbastian@shulmanbastian.com

NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org

NOTICE: Ethan Friedman    ethan.friedman@fnf.com

NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com

NOTICE: Michael J Hauser    michael.hauser@usdoj.gov

NOTICE: Christopher Hewitt    hewittesq@yahoo.com, 5063741420@filings.docketbird.com

NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com

NOTICE: Zi Chao Lin    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com

NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org

NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com

NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com

NOTICE: David W. Meadows    david@davidwmeadowslaw.com

NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com

NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com

NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com

NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com

NOTICE: Allan D Sarver    ADS@asarverlaw.com

NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com

NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mceecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org

NOTICE: Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com

NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

NOTICE: Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

**SECTION 2 CONT:**

AB Capital, LFD, Inc.
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

~~Robert M. Aronson~~
~~Law Office of Robert M. Aronson~~
~~444 South Flower St., Suite 1700~~
~~Los Angeles, CA 90071~~
*11.13.2023 – Return to sender, attempted now known,
unable to foward*

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

**DECLARATION OF NATHAN F. SMITH**

I, Nathan F. Smith, declare as follows:

I am a partner of the law firm of Malcolm ♦ Cisneros, A Law Corporation, which has offices in Irvine and Riverside, California ("Firm").  The Firm was employed as general counsel to A. Cisneros ("Trustee"), Chapter 7 trustee for the bankruptcy estate ("Estate") of Stonebridge Ventures, LLC ("Debtor") in United States Bankruptcy Court for the Central District of California, Santa Ana Division, case number 8:22-bk-11556-TA ("Bankruptcy Case") pursuant to an order entered by the Court on May 26, 2023.  The Firm's employment as general counsel for Trustee was effective upon conversion of this case from Chapter 11 to Chapter 7 on April 3, 2023.[1]

In the foregoing capacity, I have personal knowledge of the facts set forth below, based on my participation in the events in question or as a result of my review of the record, and, if called upon to testify thereto, I could and would do so competently and truthfully.

## I.     INTRODUCTION.

Debtor is a real estate holding company that was in the business of acquiring real estate and developing a subdivision of luxury homes in Rancho Mirage.  Three days prior to the filing of its petition, Debtor transferred its interest in the five remaining homes in the subdivision to another company controlled by Debtor's principal.  Following the filing of its Chapter 11 petition, and upon the Office of the United States Trustee's discovery of the transfers, Debtor stipulated to appointment of a Chapter 11 Trustee and Trustee was appointed on September 29, 2022.

Upon his appointment, Trustee immediately retained counsel and a real estate broker to liquidate the Properties.  As testament to his diligence and efficiency, Trustee, with the Firm's assistance, had already closed the sale of two of five real properties owned by the Estate: 5 Makena, Rancho Mirage, California 92270 ("5 Makena") and 7 Makena, Rancho Mirage, California 92270 ("7 Makena") prior to conversion.[2]  Trustee also obtained an order authorizing his sale of 1 Makena, Rancho Mirage, California 92270 ("1 Makena") and retained a real estate broker for the purposes of

---

[1] The Firm previously served as general counsel for Trustee in his capacity as Chapter 11 trustee prior to conversion. However, the fees address in this Interim Fee Application pertain only to fees incurred between conversion of the case to Chapter 7 on April 3, 2023 and May 31, 2023.
[2] As general counsel to Trustee in his capacity as Chapter 11 trustee, the Firm facilitated transfer of the Properties to the Estate without the necessity of filing an adversary proceeding.

1

Declaration

marketing and sale of 2 Makena, Rancho Mirage, California 92270 ("2 Makena") and 4 Makena, Rancho Mirage, California 92270 ("4 Makena") (1, 2, 4, 5, and 7 Makena are collectively referred to herein as the "Properties").

Following conversion, Trustee, with the Firm's assistance, closed the sale of 1 Makena, obtained an order requiring the occupants of 2 Makena to turn that property over to Trustee, and obtained an order authorizing, and closed, the sale, of 2 Makena to an overbidder for $300,000 more than the accepted offer. Unfortunately, the sale of 2 Makena was complicated by the alleged interests of Joe Colangelo ("Colangelo") and Monika Jensen ("Jensen"), who had entered into an agreement to purchase the property from Debtor but failed to close. Colangelo and Jensen claimed statutory lien interests in 2 Makena based on an antiquated 150-year old statute. Those alleged interests, and two deeds of trust recorded against 2 Makena attached to the sale proceeds of 2 Makena, and resulted in the filing of two adversary proceedings and over $2.1 million in claims filed by Colangelo and Jensen.

The Firm represented Trustee in connection with four adversary proceedings, *Lewis v. Stonebridge, et al, Cisneros v. Colangelo, et al, Colangelo v. Cisneros, et al,* and *Jensen v. Cisneros, et al*, the latter two of which resulted from the sale of 2 Makena. Following lengthy settlement discussions, the Firm successfully negotiated a settlement of *Lewis v. Stonebridge* and obtained an order approving the settlement. The Firm also obtained an $800,000 judgment against Colangelo in connection with the case of *Cisneros v. Colangelo* and successfully prosecuted several motions to dismiss the claims of Colangelo and Jensen.

Ultimately, the Firm and Trustee participated in two full-day, multi-party mediation sessions and voluminous settlement communications in connection with the Court ordered mediation of the *Cisneros v. Colangelo, Colangelo v. Cisneros,* and *Jensen v. Cisneros* cases. Following nearly six months of negotiations, Trustee, with the Firm's assistance, reached a global settlement agreement that, if approved by the Court, will result in full resolution of all three adversary proceedings, withdrawal of four related proofs of claim, and distribution of the remaining proceeds from the sale of 2 Makena. The Firm has already filed a motion to approve the global settlement agreement, and it is set for hearing on July 30, 2024, one week prior to the hearing on this interim application.

Based on the foregoing, claims against the Estate have been reduced by over $8 million, and the

Declaration

Estate will retain approximately $255,000 from the sale of 2 Makena, which brings the total funds on hand with Trustee to approximately $1.1 million.[3]

## II.    BACKGROUND INFORMATION.

### A.    The Conversion of Debtor's Case from Chapter 11 to Chapter 7 and Appointment of Trustee.

1.    On April 3, 2023, the Court entered an order granting Trustee's motion to convert and converting Debtor's case from Chapter 11 to Chapter 7.  *See* Docket Entry ("DE") 191.

2.    On April 3, 2023, Truste was appointed as the Chapter 7 Trustee of the Estate.  *See* DE 193.

3.    The post conversion 11 U.S.C. § 341(a) meeting of creditors was initially held on May 3, 2023 and eventually concluded on July 26, 2023.  *See* DE 192 and 204, and 211.

### B.    Trustee's Closure of the Sale of 1 Makena and Receipt of Approximately $70,000 in Net Sale Proceeds.

4.    On April 21, 2023, Trustee closed the sale of 1 Makena.  *See* DE 200.

### C.    The Continued Employment of the Firm.

5.    On May 3, 2023, Trustee filed a notice of continued employment of the Firm as his post-conversion general counsel, his broker, and his accountant.  An order authorizing the continued employment of the Firm, Trustee's broker, and Trustee's accountant was entered on May 12, 2023.  *See* DE 202 and 209.

### D.    Trustee's Sale of 2 Makena for Approximately $3.4 Million, Subject to the Claims of Brentwood Finance Company, LLC, Renewable Farms, Colangelo, and Jensen Totaling Approximately $4 Million.

6.    On May 9, 2023, the Court held a hearing on Trustee's motion for an order to show cause as to why Colangelo and Jensen should not be sanctioned for failing to turn over possession of 2 Makena to Trustee.  *See* DE 205.

7.    On May 12, 2023, the Court entered an order requiring Colangelo to vacate 2 Makena

---

[3] Prior to reaching the global settlement agreement, the Firm negotiated a reduction of over $200,000 in the amount allegedly owed to the holder of the first priority lien against 2 Makena without the need for the filing of a claim objection or adversary proceeding, a significant savings to the Estate and its creditors.

Declaration

by May 12, 2023 or sanctions of $1,000 per day would be imposed until the Property was turned over to Trustee. *See* DE 207.

8.      On June 13, 2023, the Firm filed a motion to sell 2 Makena, which Colangelo opposed. *See* DE 213, 220, and 227.

9.      After supplemental briefing on the motion to sell 2 Makena, the Court granted the motion over Colangelo's opposition on August 9, 2023, with all claims and interests to attach to the proceeds of the sale pursuant to 11 U.S.C. § 363(e) ("Sale Proceeds").  *See* DE 246.  Based on overbids, ultimate sale price exceeded $3.4 million.  *See* DE 250.

10.     On August 24, 2023, Trustee closed the sale of 2 Makena.  *See* DE 250.

E.      **The *Cisneros v. Colangelo, et al* Adversary Proceeding and Approximately $800,000 Judgment Against Colangelo.**

11.     On June 1, 2023, Jensen filed an answer to Trustee's complaint against her for turnover and unjust enrichment, based on her occupancy of 2 Makena between December, 2020 and January, 2023.  *See* United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:23-ap-01013-TA ("Cisneros Adversary") Docket Entry ("AC DE") 24.

12.     On August 30, 2023, the Firm filed a motion to amend Trustee's complaint to remove the turnover cause of action and add a cause of action for breach of contract.  The motion was granted on October 16, 2023 and Trustee's amended complaint filed that same day  *See.* AC DE 25 and 36-37.

13.     On November 16, 2023, Jensen filed an answer to Trustee's amended complaint, which included a counterclaim for unjust enrichment.  Trustee moved to dismiss Jensen's counterclaim pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), which was granted in part, and Jensen filed an amended counterclaim, which Trustee has answered.  *See* AC DE 41, 53, 98, 109, and 123.

14.     On November 21, 2023, default was entered against Colangelo, and Trustee filed a motion for entry of default judgment against him on December 21, 2023.  *See* AC DE 45 and 62-66.

15.     On January 20, 2024, the Court granted Trustee's motion for default judgment over Colangelo's late-filed opposition, and entered a Judgment in the amount of approximately $800,000 in favor of Trustee and against Colangelo on January 20, 2024 ("Judgment Against Colangelo").  *See* AC DE 68-71.

4

16.     On February 21, 2024, Colangelo filed a motion to set aside the Judgment Against Colangelo, which Trustee opposed.   Following issuance of a detailed tentative ruling denying Colangelo's motion, the Court ultimately continued the hearing on it to August 15, 2024, in light of the status of mediation between the parties.  *See* AC DE 91, 100, and 112.

F.     **The *Colangelo v. Cisneros, et al* Adversary Proceeding and Trustee's Motions to Dismiss it.**

17.     On July 24, 2023, Colangelo filed a complaint for *inter alia* a declaratory judgment that he possessed a senior interest in the Sale Proceeds pursuant to California Civil Code § 3050 against Trustee, Jensen, Brentwood Finance Company, LLC ("Brentwood"), and Renewable Farms ("Renewable") as United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:23-ap-01078-TA ("Colangelo Adversary").  *See* Colangelo Adversary Docket Entry ("CA DE") 1.

18.     Trustee filed a motion to dismiss the Colangelo Adversary pursuant to *inter alia* FRCP 12(b)(6), which was granted with leave to amend.  *See* CA DE 11 and 30.

19.     On December 27, 2023, Colangelo filed an amended complaint, which Trustee moved to dismiss pursuant to *inter alia* FRCP 12(b)(6).   The hearing on Trustee's motion was eventually continued to August 15, 2024, in light of the status of mediation between the parties.  *See* CA DE 34, 41, and 56.

G.     **The *Jensen v. Cisneros, et al* Adversary Proceeding and Trustee's Motions to Dismiss it.**

20.     On August 5, 2023, Jensen filed a complaint for *inter alia* a declaratory judgment that she possessed a senior interest in the Sale Proceeds pursuant to California Civil Code § 3050 against Trustee, Colangelo, Brentwood, and Renewable as United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:23-ap-01086-TA ("Jensen Adversary") (the Cisneros Adversary, Colangelo Adversary, and Jensen Adversary are collectively referred to herein as the "Adversary Proceedings").  *See* Jensen Adversary Docket Entry ("JA DE") 1.

21.     Trustee filed a motion to dismiss the Jensen Adversary pursuant to *inter alia* FRCP 12(b)(6), which was granted with leave to amend.  *See* JA DE 8 and 34.

Declaration

22.     On December 7, 2023, Jensen filed an amended complaint, which Trustee moved to dismiss pursuant to *inter alia* FRCP 12(b)(6). Following issuance of a detailed tentative ruling granting Trustee's motion, the hearing on it was eventually continued to August 15, 2024, in light of the status of mediation between the parties. *See* JA DE 36, 49, and 94.

H.     **The Settlement with Darryl Lewis and Sanna Akhtanova, Resulting in a Reduction of their Claim by $3.3 Million and Dismissal of the *Lewis v. Stonebridge, et al* Case as to the Estate.**

23.     On October 4, 2023, the Firm filed a Motion to Approve a settlement agreement with Darryl Lewis and Sanna Akhtanova pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 9019 ("Lewis Settlement"). The Court entered an order approving the Lewis Settlement on November 9, 2023. *See* DE 276 and 254. Pursuant to the Lewis Settlement, Trustee paid Lewis $150,000 in exchange for dismissal of *Lewis v. Stonebridge, et al*, United States Bankruptcy Court for the Central District of California, Santa Ana Division case number 8:22-ap-01093-TA ("Lewis Adversary") and reduction of Darryl Lewis and Sanna Akhtanova's proof of claim, filed as Claims Register No. 2-1 ("Lewis Claim") from $3.5 million to $200,000. *Id.*

I.     **The $1 Million Distribution to Brentwood and Reduction of Interest Accrual Under Brentwood's Lien by Approximately $11,500 Per Month.**

24.     On October 17, 2023, the Firm filed a motion authorizing him to make a $1.3 million distribution of the Sale Proceeds to Brentwood, which was opposed by Jensen. *See* DE 263 and 267.

25.     On November 27, 2023, the Court entered an order authorizing Trustee to make a $1 million distribution to Brentwood. *See* DE 263 and 279. Trustee's distribution to Brentwood resulted in a reduction of the interest accruing under Brentwood's lien by approximately $11,500 per month to the benefit of unsecured creditors. *See* DE 263.

26.     On December 27, 2023, Colangelo filed an untimely proof of claim in the amount of $1.6 million ("Colangelo Claim"). *See* Claims Register No. 26-1.

27.     On January 18, 2024, Jensen filed an objection to the Colangelo claim, which was overruled on March 20, 2024. *See* DE 285 and 295.

///

6

Declaration

**J.** **The Global Settlement, Estate's Retention of $255,000, and Withdrawal of Over $4.6 Million in Claims.**

28.    On November 28, 2023, the Court entered an order requiring the parties to the Adversary Proceedings to participate in mediation.  *See* DE 280.

29.    The Parties participated in two mediation sessions with Mediator, on March 25, 2024 between 9 a.m. and approximately 7 p.m. and May 14, 2024 between 9 a.m. and approximately 6 p.m. Additionally, the parties circulated confidential mediation briefs in connection with the mediation on May 14, 2024 and have exchanged voluminous communications in connection with the mediations. *See* DE 300.

30.    Although the mediation was closed following the May 14, 2024 mediation, the Parties circulated a stipulation to reopen the mediation in each of the adversary proceedings.  Orders reopening the mediation were entered on June 14, 2024.  *See* AC DE 141.

31.    Currently, Trustee is holding $2,137,662.13 in Sale Proceeds.  *See* DE 300.

32.    In July, 2024, the Parties entered into a settlement agreement ("Global Settlement"), whereby Trustee will distribute the Sale Proceeds as follows:

a.    $1,040,000 to Brentwood;

b.    $255,000 to Renewable;

c.    $600,000 to Colangelo and Jensen.

*See* DE 300.

33.    Pursuant to the Global Settlement, Escrow Experts ("EE") will pay the Estate $15,000, the Adversary Proceedings will be dismissed, the Brentwood, Renewable, Colangelo, and Jensen claims will be withdrawn, and the Colangelo Judgment will be satisfied.  *See* DE 300.

34.    On July 9, 2024, the Firm filed a motion to approve the Global Settlement pursuant to FRBP 9019.  The motion is set for hearing on July 30, 2024.  *See* DE 300-302.

**K.** **The Current Unsecured Claims Against the Estate.**

35.    On June 29, 2023, Trustee filed a Notice of Assets.  Proofs of claim were due by October 2, 2023.  *See* DE 223.

36.    As of the filing of this Interim Fee Application, unsecured claims on file total

7

Declaration

approximately $900,000. *See* Claims Register No. 1-1 through 26-1.  However, the Firm believes that several claims may be reduced either by agreement or via objection thereto.

### III.   RESULTS ACHIEVED.

37.   The Firm's efforts included, but are not limited to, the following:

a.   Preparation of a notice of continued employment of the Firm, real estate broker, and accountant, at no charge.

b.   Review and analysis of Debtor's bank account records in connection with the Properties and otherwise.

c.   Review and analysis of the claims on file.

d.   Attendance at the 11 U.S.C. § 341(a) meetings of creditors.

e.   Preparation of Trustee's FRBP 1019 Report.

f.   Preparation and prosecution of a successful motion for turnover of 2 Makena.

g.   Preparation and prosecution of a motion to sell 2 Makena.

h.   Negotiations with alleged lienholders regarding alleged liens against the Properties and appropriate resolution thereof either via agreed upon payoffs or releases.

i.   Review and analysis of purchase and sale agreements and preparation of addendums thereto in connection with 2 Makena.

j.   Communications with escrow agents and title companies in connection with the sale of 1, 2, 5, and 7 Makena.

k.   Review and analysis of conveyance documents in connection with 2 and 7 Makena.

l.   Communications with Debtor's principals regarding claims against the Estate and adversary proceedings.

m.   Settlement negotiations in connection with the case of *Lewis v. Stonebridge, et al.*

n.   Preparation of a draft complaint against Darryl Lewis and Sanna Akhtanova.

o.   Preparation of a settlement agreement with Daryl Lewis and Sanna Akhtanova,

8

Declaration

which resolved the case of *Lewis v. Stonebridge, et al* and resulted in a reduction of the Lewis Claim by $3 million.

p.  Preparation of a motion to approve the Lewis Settlement and the order approving it.

q.  Negotiations with Brentwood regarding reduction of its payoff quote by over $200,000.

r.  Preparation of a motion for disbursement of $1.3 million to Brentwood.

s.  Preparation of motions to dismiss Colangelo's complaint and first amended complaint.

t.  Preparation of motions to dismiss Jensen's counterclaims.

u.  Preparation of a request for entry of default, motion for entry of default judgment, and default judgment against Colangelo in the case of *Cisneros v. Colangelo, et al*, which resulted in entry of an approximately $800,000 judgment against Colangelo.

v.  Defense of a motion to set aside the judgment against Colangelo, which resulted in a detailed and favorable tentative ruling in Trustee's favor, though the hearing on the motion was ultimately continued.

w.  Court appearances in connection with the motion for turnover, adversary proceedings, motion to sell 2 Makena, motion to approve the Lewis Settlement, and motion for approval of a $1.3 million disbursement to Brentwood.

x.  Preparation of orders granting the motion to sell 2 Makena, motion to approve the Lewis Settlement, motion for approval of a $1.3 million disbursement to Brentwood, in the reduced amount of $1 million, motions to dismiss the complaints filed by Colangelo and Jensen, with leave to amend, and motion to dismiss the counterclaims of Jensen, with leave to amend.

y.  Participation in two full-day, multi-party mediations with Court appointed mediator Leonard Gumport.

z.  Participation in voluminous settlement communications surrounding the Court

9

ordered mediations.

aa. Preparation of a global settlement agreement resolving the cases of *Cisneros v. Colangelo, et al. Colangelo v. Cisneros, et al. Jensen v. Cisneros, et al*, and the proofs of claim filed by Brentwood, Renewable, Colangelo, and Jensen.

bb. Preparation of a motion to approve the global settlement.

38. Based on the foregoing, Trustee has approximately $1.1 million on hand for payment of administrative and unsecured claims and overall claims have been reduced by over $8 million.

## IV. THE PERIOD COVERED THE FIRM'S INTERIM FEE APPLICATION.

39. The Firm's Fee Application ("Application") covers the period from April 3, 2023 through May 31, 2024. During this period, the Firm expended 389.5 hours rendering legal services to Trustee (2.9 hours of which were at no charge), resulting in a balance of $205,031.50 in attorney fees at a blended hourly rate of approximately $526.40. The firm also advanced $1,917.14 in costs on behalf of the Estate, for a total of $206,948.64 in attorney fees and costs.

## V. THE FIRM'S ACTIONS.

40. The following is a categorized summary of the Firm's actions in this case.

### A. Case Administration.

41. Time included under the category of Case Administration includes general correspondence, communications with Trustee and other interested parties, status updates and assistance with the administration of the Estate's assets. This included, but was not limited to, conferencing with Trustee regarding strategy, communications with Debtor's counsel, communications with other individuals regarding the general administration of the case and claims filed, appearance at the meeting of creditors, preparation of Trustee's FRBP 1019 Report, and communications with appropriate parties regarding the status of the case.

42. The Firm expended 10.5 hours rendering services under the category of Case Administration, for a total amount due of $3,957.50. The blended hourly rate for this category was $376.90.

### B. Employment Applications at No Charge.

43. Time included under the category of Employment Application includes all time related

Declaration

to the process of obtaining court approval for the employment of the Firm as general counsel to Trustee post-conversion, employment of Trustee's real estate broker, and employment of Trustee's accountant. This includes the preparation of the notice of continued employment of the Firm, broker, and accountant, the declaration regarding no response to the notice, and the order approving the Firm's, broker's, and accountant's continued employment post-conversion.

44.    The Firm expended 2.9 hours rendering services under the category of Employment Application, which were at no charge.

### C.    Asset Analysis and Recovery.

45.    Time included under the category of Asset Analysis and Recovery includes the communications, correspondence, and time incurred in information gathering, review and analysis of equity in Debtor's assets, including the Properties, the alleged liens and interests against the Properties, and the business records of Debtor in connection with the Properties.

46.    The Firm: (1) reviewed and analyzed the Estate's interest in the Properties; (2) reviewed and analyzed the instruments recorded against the Properties; (3) reviewed and analyzed the Estate's interest and potential equity in the Properties; (4) negotiated with the holders of alleged liens and interests against the Properties, and eventual proceeds from Trustee's sale of the Properties, including 5 Makena, which resulted in release of a mechanic's lien and increased the net from the sale of 5 Makena to the Estate by approximately $21,000.

47.    The Firm expended 8.7 hours rendering services under the category of Asset Analysis and Recovery, for a total amount due of $4,701.  The blended hourly rate for this category was $540.34.

### D.    Asset Disposition.

#### 1.    Asset Disposition – 1 Makena and Trustee's Receipt of Net Proceeds in the Amount of Approximately $70,000.

48.    Time included under the category of Asset Disposition – 1 Makena includes: (1) review and analysis of escrow documentation, closing documents, and transfer documents; (2) review and analysis of alleged liens and interest against the proceeds of the sale of 1 Makena; (3) review and analysis of payoff statements submitted to the escrow agent handling closing; and (4) communication

11

with the holders of alleged liens and interest against the proceeds of the sale of 1 Makena.

49.     The Firm expended 7.4 hours rendering services under the category of Asset Disposition – 1 Makena for a total amount due of $3,863.  The blended hourly rate for this category was $522.03.

**2.    Asset Disposition – 2 Makena, Trustee's Sale of 2 Makena for $2.4 Million, and Negotiated Reduction of Brentwood's Payoff by $200,000 Without the Need for a Claim Objection or Adversary Proceeding.**

50.     Time included under the category of Asset Disposition – 2 Makena includes: (1) review and analysis of purchase and sale agreements in connection with 2 Makena; (2) preparation of addendums to the purchase and sale agreements in connection with 2 Makena; (3) preparation of a motion to sell 2 Makena; (4) review and analysis of Colangelo's opposition to the motion to sell 2 Makena; (5) preparation of a reply to Colangelo's opposition; (6) review and analysis of overbids; (7) preparation of a notice of qualified overbidders (8) court appearances at the hearing and continued hearing on the motion to sell 2 Makena; (9) preparation of the order granting the motion to sell; (10) negotiations regarding the reduction of Brentwood's payoff statement by over $200,000 without the necessity of the filing of an adversary proceeding; (11) preparation of a motion to disburse $1.3 million of the sale proceeds to Brentwood; (12) court appearance at the hearing on the motion to disburse; (13) preparation of an order granting the motion to disburse and authorizing disbursement of $1 million to Brentwood; (14) coordination of the disbursement to Brentwood; and (15) review and analysis of all alleged liens and interest against 2 Makena and the proceeds generated by Trustee's sale of 2 Makena.

51.     Based on the Firm's efforts, Trustee sold 2 Makena to an overbidder for approximately $3.4 million, which was approximately $300,000 more than the list price, and notwithstanding the over $4 million in alleged liens and interests against it.  The Firm also negotiated a $200,000 reduction of Brentwood's payoff statement without the necessity of a claim objection and adversary proceeding, and assisted Trustee with obtaining Court approval to disburse $1 million in sale proceeds to Brentwood; thereby reducing the accrual of monthly interest by approximately $11,500 per month, to the benefit of the Estate.[4]

---

[4] Although Trustee sought to disburse $1.3 million to Brentwood, Brentwood's counsel suggested that a payment of $1

Declaration

52.    The Firm expended 83.7 hours rendering services under the category of Asset Disposition – 2 Makena for a total amount due of $44,140.50.  The blended hourly rate for this category was $527.37.

> **E.**    **Motion for an Order to Show Cause Regarding Turnover of 2 Makena and Colangelo's Turnover of 2 Makena, Which Paved the Way for the Eventual Sale for $3.4 Million.**

53.    Time included under the category of Motion for an Order to Show Cause Regarding Turnover of 2 Makena includes: (1) court appearances at the hearings on the Court's order to show cause regarding the turnover of 2 Makena by Colangelo and Jensen; (2) review and analysis of Colangelo and Jensen's responses thereto; (3) preparation of an order requiring Colangelo to turn over 2 Makena to Trustee; and (4) coordination of Colangelo's turnover of 2 Makena to Trustee.

54.    Based on the Firm's efforts, Colangelo turned over 2 Makena to Trustee; thereby paving the way for Trustee's sale of the Property for $3.4 million without the necessity of proceeding to judgment in the case of *Cisneros v. Colangelo, et*, which may not have been fully adjudicated for several additional months.

55.    The Firm expended 5.9 hours rendering services under the category of Motion for an Order to Show Cause Regarding Turnover of 2 Makena for a total amount due of $3,070.50.  The blended hourly rate for this category was $520.42.

> **F.**    **Litigation.**

> **1.**    **Litigation – Cisneros Adversary Proceeding and Entry of Approximately $800,000 Judgment Against Joe Colangelo in Favor of Trustee.**

56.    Time included under the category of Litigation – Cisneros Adversary Proceeding includes: (1) review and analysis of Jensen's answer to the complaint; (2) preparation of a notice of deposition of Jensen; (3) completion of the deposition of Jensen; (4) preparation of a motion for leave to amend the complaint; (5) court appearance at the hearing on the motion for leave to amend; (6) preparation of an order granting the motion for leave to amend; (7) preparation of the amended

---

million would be acceptable, which the Court approved.

Declaration

complaint; (8) review and analysis of Jensen's answer to the amended complaint and counterclaims; (9) preparation of a motion to dismiss Jensen's counterclaims: (10) review and analysis of Jensen's opposition to the motion to dismiss and preparation of a reply thereto; (11) court appearance at the hearing on the motion to dismiss Jensen's counterclaims; (12) preparation of an order on the motion to dismiss: (13) review and analysis of Jensen's amended counterclaims; (14) preparation of a motion for default judgment against Colangelo; (15) review and analysis of Colangelo's late-filed opposition to the motion for default judgment; (16) court appearance at the hearing on the motion for default judgment; (17) preparation of the default judgment: (18) preparation of an application for the issuance of a writ of execution; (19) attempted execution on bank accounts believed to be held by Colangelo; (20) review and analysis of Colangelo's motion to set aside the default judgment against him; (21) preparation of an opposition to Colangelo's motion to set aside the judgment; (22) review and analysis of the Court's detailed tentative ruling denying the motion to set aside the judgment against Colangelo; (23) court appearance at the hearing on Colangelo's motion to set aside the judgment against him; (24) preparation of status reports; (25) preparation of initial disclosures; (26) review and analysis of Jensen's initial disclosures; and (27) appearance at status conferences in connection with the case.

57.    Based on the Firm's efforts, Trustee obtained a judgment against Colangelo in the amount of approximately $800,000, and the Court issued a detailed tentative ruling denying Colangelo's motion to set it aside.  Although the hearing on that motion was ultimately continued, the Court's tentative ruling placed Trustee in a strong position in connection with the mediation that ultimately resulted in a global settlement agreement.

58.    The Firm expended 63 hours rendering services under the category of Litigation – Cisneros Adversary Proceeding for a total amount due of $33,479.  The blended hourly rate for this category was $531.41.

## 2.    Litigation – Colangelo Adversary Proceeding.

59.    Time included under the category of Litigation – Colangelo Adversary Proceeding includes: (1) review and analysis of the complaint against Trustee; (2) preparation of a motion to dismiss the complaint; (3) review and analysis of Colangelo's opposition to the motion to dismiss; (4) review and analysis of pleadings filed by other parties to the litigation: (5) court appearance at the

14

hearing on the motion to dismiss; (6) preparation of an order granting the motion to dismiss with leave to amend: (7) review and analysis of Colangelo's amended complaint; (8) preparation of a motion to dismiss Colangelo's amended complaint: (9) review and analysis of Colangelo's opposition to the motion to dismiss; (10) preparation of status reports; and (11) appearance at status conferences in connection with the case.

60.    The Firm expended 41 hours rendering services under the category of Litigation – Colangelo Adversary Proceeding for a total amount due of $21,334.50.  The blended hourly rate for this category was $520.35.

### 3.    <u>Litigation – Jensen Adversary Proceeding.</u>

61.    Time included under the category of Litigation – Jensen Adversary Proceeding includes: (1) review and analysis of the complaint against Trustee; (2) preparation of a motion to dismiss the complaint; (3) review and analysis of Jensen's opposition to the motion to dismiss; (4) review and analysis of pleadings filed by other parties to the litigation: (5) court appearance at the hearing on the motion to dismiss; (6) preparation of an order granting the motion to dismiss with leave to amend: (7) review and analysis of Jensen's amended complaint; (8) preparation of a motion to dismiss Jensen's amended complaint: (9) review and analysis of Jensen's opposition to the motion to dismiss; (10) preparation of a reply to Jensen's opposition; (11) review and analysis of the Court's detailed tentative granting Trustee's motion to dismiss Jensen's amended complaint; (12) court appearance at the hearing on the motion to dismiss; (13) preparation of status reports; and (14) appearance at status conferences in connection with the case.

62.    The Firm expended 46.7 hours rendering services under the category of Litigation – Jensen Adversary Proceeding for a total amount due of $25,004.  The blended hourly rate for this category was $535.42.

### 4.    <u>Litigation – Lewis Adversary Proceeding and Settlement.</u>

63.    Time included under the category of Litigation – Lewis Adversary Proceeding and Settlement includes: (1) settlement negotiations with Lewis and Akhtanova, through their counsel; (2) preparation of a draft complaint against Lewis and Akhtanova; (3) preparation of a written settlement offer and counteroffer to Lewis and Akhtanova; (4) preparation of a settlement agreement with Lewis

15

and Akhtanova; (5) preparation of a motion to approve the settlement agreement with Lewis and Akhtanova; (6) court appearance at the hearing on the motion to approve the settlement agreement; (7) preparation of an order granting the motion to approve the settlement agreement; and (8) coordination of the settlement payment to Lewis and Akhtanova.

64.     Based on the Firm's efforts, the Lewis Claim will be reduced from $3.6 million to no more than $200,000 and the Lewis Adversary Proceeding was dismissed as to the Debtor, with prejudice.

65.     The Firm expended 31 hours rendering services under the category of Litigation – Lewis Adversary Proceeding and Settlement for a total amount due of $16,043.  The blended hourly rate for this category was $517.52.

G.     **Global Mediation and the Global Settlement, Which Will Result in, _Inter Alia_, Dismissal of the Adversary Proceedings, Withdrawal of Approximately $4.6 Million in Claims, and the Estate's Retention of Approximately $255,000 from the Sale of 2 Makena if Approved by the Court.**

66.     Time included under the category of Global Mediation includes: (1) communications with Brentwood, Renewable, Colangelo, Jensen, and Escrow Experts, through counsel, regarding agreement on a mediator; (2) communications with prospective mediators; (3) preparation of orders appointing Leonard Gumport as mediator; (4) communication with the parties to the mediation and mediator regarding scheduling of mediation: (5) preparation of an order extending the deadline to complete mediation; (6) pre-mediation communications with the mediator regarding settlement; (7) preparation of a confidential mediation brief; (8) communications with Trustee regarding mediation strategy and settlement; (8) attendance at two full day mediation sessions with the parties and mediator; (9) extensive communications with the mediator and other parties to the mediation between the mediation sessions and after the second mediation session; and (10) review and analysis of mediator's proposal.

67.     Based on the Firm's efforts in connection with mediation, Trustee succeeded in reaching a global settlement agreement with the parties to the mediation, which will result in dismissal of the Adversary Proceedings, satisfaction of the Judgment Against Colangelo, and result in the Estate

16

Declaration

retaining approximately $255,000 from the sale of 2 Makena for payment of claims. The global settlement will also result in withdrawal of over $4.6 million in claims. In light of the numerous adversary proceedings, complex nature of claims alleged therein, and numerous parties to the litigation, the global settlement, if approved by the Court, will result in a significant savings to the Estate by obviating the need for continued litigation and the related administrative fees and costs that would be incurred therein. The global settlement will also materially expedite Trustee's administration of the Estate and the eventual distribution to unsecured creditors.

68.    The Firm expended 85.1 hours rendering services under the category of Global Mediation for a total amount due of $48,198.50. The blended hourly rate for this category was $566.37.

### H.    Claims Review and Analysis.

69.    Time included under the category of Claims Analysis includes: (1) review and analysis of filed claims; (2) communications with claimants regarding their claims: and (3) communications with Trustee regarding claims on file and potential objections.

70.    The Firm expended 3.6 hours rendering services under the category of Claims Review and Analysis for a total amount due of $1,240. The blended hourly rate for this category was $344.44.

### VI.    UNITED STATES TRUSTEE REQUIREMENTS.

71.    The Firm has complied with the guidelines of the Office of the United States Trustee and has maintained its billing records in the format required by those guidelines.

72.    Attached to this Application as Exhibit "1", and incorporated herein by reference, are detailed billing records divided by category, which set forth the detail and time spent and the precise professional services rendered by the Firm. The total hours reflect the time expended by the attorney performing services. The hourly rates for the Firm's attorneys are set forth in Exhibit "2," attached hereto and incorporated herein by reference, are consistent with rates requested by the Firm and allowed in previous applications for compensation filed by the Firm in other cases before Bankruptcy Courts in the Central District of California and are consistent with the rates generally charged to the Firm's other clients. The Firm's rates remained unchanged for the two year period covered by this Interim Fee Application.

Declaration

73.    No agreement exists, directly or indirectly, and no understanding exists, for a division of any compensation awarded herein between the Firm and any person or persons whomsoever, contrary to the provisions of the Bankruptcy Code, the Federal Rule of Bankruptcy Procedure, or applicable provisions of state law.

74.    A copy of the Firm's resume is attached hereto as Exhibit "3", and is incorporated herein by reference as though set forth in full.  The Firm's resume contains the information required by Local Rules 2016-1(a)(1) and (c)(2) and includes the education, qualifications, and experience of the professionals employed by the Firm who have performed services in this case.

75.    Attached hereto as Exhibit "4" are detailed records of the Firm's expenses incurred during the period covered by this Interim Fee Application.  Such out-of-pocket costs expended by the Firm in representation of the Trustee total $1,917.14.  The amount charged for photocopies and facsimile transmissions are consistent with the OUST Guidelines.  All costs from outside parties, such as messengers, Federal Express, and mail, continue to be charged at the Firm's expense.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 15th day of July, 2024 at Irvine, California.

*/s/ Nathan F. Smith*
NATHAN F. SMITH

Declaration

# Exhibit "1"

# Malcolm Cisneros

2112 Business Center Drive
Irvine, CA 92612
Telephone: (949) 252-9400  Fax: (949) 252-1032

Attn:
A. Cisneros, Trustee
3403 Tenth Street
Suite 714
Riverside, CA 92509

July 15, 2024

File No.:  MC117219

Invoice #:   116914

File Name:  CIS/Stonebridge (7)                          Case No.:8:22-bk-11556-TA

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | 01: Case: Administration | | |
| 5/3/2023 | WGM | Telephone call from and to trustee of AB Capital re today's 341a meeting. | 0.20 | 115.00 |
| 5/24/2023 | NS | Draft 1019 report. | 1.10 | 555.50 |
| | WGM | Review draft 1019 report. | 0.20 | 115.00 |
| 6/2/2023 | NS | Emails with debtor's counsel re draft FRBP 1019 report. | 0.30 | 151.50 |
| 8/4/2023 | WGM | Review Trustee's Status Report in AB Capital case. | 0.30 | 172.50 |
| 9/12/2023 | NS | Emails with potential unsecured creditor. | 0.20 | 101.00 |
| | NS | Telephone conference with potential unsecured creditor. | 0.50 | 252.50 |
| 9/19/2023 | NS | Telephone conference with regarding potential claims. | 0.30 | 151.50 |
| 12/12/2023 | NS | Draft motion to set bar date, notice of motion, order setting bar date, and notice of bar date. | 2.60 | 1,313.00 |
| 12/21/2023 | MJ | Draft Estimated Financial Analysis (various calculations); review Form 1 and Form 2; prepare claims analysis chart for review. | 4.60 | 920.00 |

A. Cisneros, Trustee                                                                    Page        2

File No.:        MC117219

Invoice No.:      116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/19/2024 | NS | Emails with accountant re: tax issues | 0.20 | 110.00 |
|  | SUBTOTAL: |  | 10.50 | 3,957.50 |

02: Employment Applications

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/4/2023 | NS | Draft declaration of no response and order granting motion to employ broker in connection with 4 Makena. | 0.50 | No Charge |
| 5/1/2023 | NS | Draft notice of continued employment of professionals. | 2.40 | No Charge |
|  | SUBTOTAL: |  | 2.90 | 0.00 |

03: Asset Analysis and Recovery

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/17/2023 | NS | Emails with debtor's counsel re 4 Makena lienholder's policies. | 0.30 | 151.50 |
| 4/19/2023 | NS | Emails with counsel re lienholder payoff quotes on 4 Makena. | 0.20 | 101.00 |
| 4/20/2023 | WGM | Review email from Al Melillo re insurance protection issue. | 0.10 | 57.50 |
| 4/21/2023 | NS | Emails with debtor's counsel re builder's insurance policies. | 0.30 | 151.50 |
|  | NS | Zoom teleconference with 4 Makena investors. | 0.60 | 303.00 |
| 4/24/2023 | NS | Emails with Al Melillo re 4 Makena listing. | 0.20 | 101.00 |
|  | WGM | Review email from broker regarding offer on 4 Makena and review attachment. | 0.20 | 115.00 |
| 5/3/2023 | WGM | Review email from Al Melillo re insurance inquiry. | 0.10 | 57.50 |
| 5/8/2023 | WGM | Review file re equity profile for 4 Makena. | 0.20 | 115.00 |

A. Cisneros, Trustee

File No.:       MC117219

Invoice No.:    116914

|            |      |                                                                                            | Hours | Amount |
|------------|------|--------------------------------------------------------------------------------------------|-------|--------|
| 5/8/2023   | WGM  | Review email from debtor's counsel re builder's risk policy.                               | 0.10  | 57.50  |
|            | WGM  | Review Zurich policy.                                                                       | 0.30  | 172.50 |
|            | NS   | Review and analyze builder's risk policy.                                                  | 0.60  | 303.00 |
| 5/22/2023  | WGM  | Review email from broker regarding contact from secured creditor against 4 Makena.         | 0.10  | 57.50  |
| 5/31/2023  | WGM  | Review email from Al Melillo regarding AB Capital question and review trustee's response.  | 0.20  | 115.00 |
| 6/29/2023  | WGM  | Further telephone call from broker regarding 4 Makena sale status.                         | 0.20  | 115.00 |
|            | WGM  | Review file regarding lien profile of 4 Makena.                                            | 0.20  | 115.00 |
| 11/15/2023 | NS   | Phone call with mechanic's lienholder and demand to immediately record lien release.       | 0.30  | 151.50 |
| 11/17/2023 | NS   | Emails with client re release of mechanic's lien.                                          | 0.20  | 101.00 |
|            | NS   | Emails with client re copy of mechanic's lien release and forthcoming payment from escrow. | 0.20  | 101.00 |
|            | NS   | Review and analyze title records and lien release re 5 Makena.                             | 0.30  | 151.50 |
|            | NS   | Emails with lienholder re status of mechanic's lien release.                               | 0.20  | 101.00 |
| 11/21/2023 | WGM  | Review email and attachment regarding Lighthouse Electronics lien issue regarding 7 Makena. | 0.20 | 115.00 |
|            | NS   | Review and analyze voicemail and emails with Orange Coast Title re 7 and 8 Makena.         | 0.30  | 151.50 |
| 1/22/2024  | NS   | Review and analyze AB Capital 9019 and review emails concerning 4 Makena deed of trust.    | 1.40  | 770.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:     116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/28/2024 | NS | Emails with KFE re: status of sale of 4 Makena. | 0.20 | 110.00 |
| 4/12/2024 | WGM | Review and respond to email from Trustee regarding creditor inquiry on insurance policy. | 0.10 | 60.00 |
|  | WGM | Review email and file regarding insurance policy inquiry from Al Melillo, confirm no such policy exists. | 0.40 | 240.00 |
|  | NS | Emails with Al Mellilo re: sale of 4 Makena and insurance policies. | 0.20 | 110.00 |
|  | NS | Emails with Farmer's insurance re: prospective insurance policies. | 0.20 | 110.00 |
|  | NS | Emails with Al Mellilo re: sale of 4 Makena and insurance policies. | 0.20 | 110.00 |
|  | NS | Emails with Farmer's insurance re: prospective insurance policies. | 0.20 | 110.00 |
| 4/15/2024 | WGM | Review email from trustee and investor Al Melillo regarding 4 Makena valuation issue. | 0.20 | 120.00 |
|  | SUBTOTAL: |  | 8.70 | 4,701.00 |

04: Asset Disposition - 1 Makena

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/4/2023 | NS | Emails with Jim Friedman re 1 Makena payoff. | 0.20 | 101.00 |
| 4/10/2023 | NS | Emails with client re 1 Makena lienholder and prospects of reduction. | 0.30 | 151.50 |
| 4/11/2023 | WGM | Review emails regarding dispute with senior lienholder's payoff demand on 1 Makena. | 0.10 | 57.50 |
| 4/12/2023 | WGM | Review email and attachments sent by escrow re closure of sale of 1 Makena. | 0.20 | 115.00 |

A. Cisneros, Trustee

File No.:          MC117219

Invoice No.:          116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/13/2023 | NS | Phone call with client re 1 Makena payoffs. | 0.30 | 151.50 |
| 4/14/2023 | NS | Emails with Reitzfeld counsel re closing. | 0.20 | 101.00 |
| | NS | Emails with title re judgment lien. | 0.30 | 151.50 |
| | NS | Review and analyze newly recorded lien and email to client re same. | 0.30 | 151.50 |
| | NS | Review and analyze title inquiry re conversion and effect of order and phone call with title company re same. | 1.10 | 555.50 |
| | NS | Phone call with title officer re conversion and sale. | 0.30 | 151.50 |
| 4/17/2023 | NS | Emails with client re release of newly recorded judgment lien. | 0.20 | 101.00 |
| | NS | Emails with Jerry Jen re release of judgment lien recorded in violation of the stay. | 0.20 | 101.00 |
| | WGM | Review emails from escrow regarding title company issue on closure of 1 Makena. | 0.20 | 115.00 |
| 4/18/2023 | NS | Emails with Jim Friedman re 1 Makena closing. | 0.20 | 101.00 |
| | NS | Emails with judgment creditor re release of judgment lien. | 0.30 | 151.50 |
| | NS | Review and analyze release as to 1 Makena. | 0.30 | 151.50 |
| | NS | Phone call with Bill Malcolm re release of judgment lien. | 0.30 | 151.50 |
| | WGM | Review email and file regarding status of release of judgment lien recorded in violation of stay against 1 Makena. | 0.10 | 57.50 |
| 4/20/2023 | WGM | Review email and attachment from escrow re assignee amendment. | 0.10 | 57.50 |

A. Cisneros, Trustee

File No.:          MC117219

Invoice No.:       116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/21/2023 | WGM | Review emails regarding closing of transaction on 1 Makena and complications caused by title's failure to distribute proceeds to lienholders. | 0.20 | 115.00 |
|  | WGM | Review closing statement. | 0.10 | 57.50 |
| 4/24/2023 | WGM | Review email and attachments from Jim Friedman regarding payoff issue on 1 Makena. | 0.20 | 115.00 |
| 4/25/2023 | WGM | Review emails from attorney for lienholder on 1 Makena re payoff issue. | 0.20 | 115.00 |
|  | NS | Emails with client re: 1 Makena payoff. | 0.20 | 101.00 |
|  | NS | Review and analyze 1 Makena payoff. | 0.30 | 151.50 |
| 4/27/2023 | WGM | Review email from escrow and attached closing statement regarding sale of 1 Makena. | 0.10 | 57.50 |
|  | WGM | Review emails from 1st lienholder on 1 Makena re payoff. | 0.20 | 115.00 |
| 4/28/2023 | WGM | Review email to senior lienholder on 1 Makena re payoff dispute. | 0.10 | 57.50 |
|  | NS | Phone call with client re status of 2 Makena. | 0.40 | 202.00 |
| 5/17/2023 | NS | Review and approve vesting for title company. | 0.20 | 101.00 |
|  | SUBTOTAL: |  | 7.40 | 3,863.00 |

05: Asset Disposition - 2 Makena

|  |  |  |  |  |
|---|---|---|---|---|
| 4/3/2023 | WGM | Draft email to and review response from Jensen's attorney re resolution efforts. | 0.20 | 115.00 |
| 4/4/2023 | WGM | Draft email to David Meadows regarding status of 2 Makena sale. | 0.10 | 57.50 |

A. Cisneros, Trustee                                                                                              Page    7

File No.:        MC117219

Invoice No.:        116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/4/2023 | WGM | Telephone call with David Meadows regarding sale of 2 Makena status. | 0.20 | 115.00 |
|  | WGM | Review and respond to email from Monika Jensen's attorney regarding meeting to discuss resolution. | 0.20 | 115.00 |
| 4/5/2023 | NS | Phone call with client, Monika Jense, and her counsel re her claim and personal property at 2 Makena. | 0.50 | 252.50 |
| 4/15/2023 | NS | Review and analyze emails with trustee broker re Colangelo listing. | 0.20 | 101.00 |
| 4/17/2023 | WGM | Review email and attachment from David Meadows re 2 Makena payoff. | 0.10 | 57.50 |
| 4/18/2023 | NS | Phone call with Bill Malcolm re 2 Makena inspection and issues with occupant. | 0.50 | 252.50 |
|  | WGM | Review payoff demand submitted by senior lienholder on 2 Makena. | 0.10 | 57.50 |
|  | WGM | Draft email to David Meadows regarding payoff demand. | 0.10 | 57.50 |
| 4/19/2023 | NS | Review and analyze lienholder payoff in connection with 2 Makena. | 0.20 | 101.00 |
|  | WGM | Review response from David Meadows re demand on 2 Makena. | 0.10 | 57.50 |
| 4/20/2023 | NS | Phone call with broker re sale of 2 Makena. | 0.40 | 202.00 |
|  | WGM | Review email from broker regarding 2 Makena. | 0.10 | 57.50 |
| 4/24/2023 | WGM | Review email and attachments from David Meadows regarding payoff for lien secured by 2 Makena. | 0.20 | 115.00 |
| 4/25/2023 | WGM | Review email from attorney for lienholder on 2 Makena and review attachments regarding breakdown of claim. | 0.20 | 115.00 |

A. Cisneros, Trustee

File No.:     MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/25/2023 | WGM | Review loan documents regarding senior lien secured by 2 Makena. | 0.30 | 172.50 |
| | WGM | Conference with Nathan Smith regarding issue with payoff for senior lienholder on 2 Makena. | 0.10 | 57.50 |
| | NS | Phone call with David Meadows re inflated payoff by approximately $200,000. | 0.40 | 202.00 |
| | NS | Phone call with Bill Malcolm re inflated payoff. | 0.80 | 404.00 |
| 4/26/2023 | WGM | Review email from attorney for senior lender on 2 Makena and draft reply regarding payoff issue. | 0.20 | 115.00 |
| | WGM | Review further email from attorney for senior lender on 2 Makena regarding potential resolution of payoff issue. | 0.10 | 57.50 |
| | NS | Phone call with client re call David Meadows re inflated payoff by approximately $200,000 and potential lawsuit against Brentwood. | 0.60 | 303.00 |
| 4/27/2023 | NS | Phone call with Bill Malcolm re inflated Brentwood payoff and Joe Colangelo. | 0.40 | 202.00 |
| 5/1/2023 | WGM | Review email and attachment from broker re offer on 2 Makena. | 0.20 | 115.00 |
| 5/3/2023 | WGM | Review email and attachments from broker regarding 2 Makena rental value claims asserted by Monika Jensen. | 0.20 | 115.00 |
| 5/4/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena re payoff resolution and review file re same. | 0.20 | 115.00 |
| 5/8/2023 | WGM | Review email from attorney for first lienholder on 2 Makena regarding interest claim. | 0.20 | 115.00 |
| | WGM | Review senior lienholder's loan documents regarding interest claim issue re 2 Makena. | 0.30 | 172.50 |

A. Cisneros, Trustee

File No.:       MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/10/2023 | WGM | Review email from counsel regarding updated Brentwood payoff on 2 Makena. | 0.10 | 57.50 |
| 5/11/2023 | NS | Phone call with broker re listing of 2 Makena and potential offer. | 0.30 | 151.50 |
| | WGM | Review email and attached counteroffer from broker re sale of 2 Makena. | 0.20 | 115.00 |
| 5/12/2023 | WGM | Telephone call from broker regarding offer status of 2 Makena. | 0.20 | 115.00 |
| | WGM | Review email from broker regarding Colangelo issue at 2 Makena. | 0.10 | 57.50 |
| 5/15/2023 | WGM | Review email from broker regarding competing bid on 2 Makena and respond. | 0.10 | 57.50 |
| | WGM | Draft further email to broker regarding competing bid on 2 Makena. | 0.10 | 57.50 |
| | WGM | Telephone call with broker regarding competing bids on 2 Makena. | 0.20 | 115.00 |
| | WGM | Review email from broker and attached written offer. | 0.20 | 115.00 |
| | WGM | Review email from David Meadows re 2 Makena inquiry. | 0.10 | 57.50 |
| | WGM | Review senior lender's payoff on 2 Makena. | 0.10 | 57.50 |
| | WGM | Draft email to David Meadows re payoff demand issue. | 0.10 | 57.50 |
| | NS | Phone call with client and Bill Malcolm re sale of 2 Makena. | 0.50 | 252.50 |
| | NS | Review and analyze updated Brentwood payoff. | 0.30 | 151.50 |
| 5/16/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena re claim issue and respond. | 0.10 | 57.50 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/17/2023 | WGM | Review and respond to email from attorney for senior lienholder regarding sale of 2 Makena. | 0.20 | 115.00 |
|  | WGM | Telephone call from broker on 2 Makena regarding property inspection and meeting with Monika Jensen. | 0.20 | 115.00 |
|  | WGM | Review email from trustee regarding offer on 2 Makena. | 0.10 | 57.50 |
|  | WGM | Review 2 Makena lien profile. | 0.10 | 57.50 |
|  | NS | Emails with David Meadows re payoff demand. | 0.20 | 101.00 |
| 5/18/2023 | NS | Draft addendum to purchase contract. | 0.50 | 252.50 |
|  | WGM | Review Purchase and Sale Agreement and addendum re sale of 2 Makena. | 0.10 | 57.50 |
| 5/22/2023 | WGM | Review email from broker regarding condition of 2 Makena. | 0.10 | 57.50 |
|  | WGM | Review email from broker and attached fully executed agreement regarding sale of 2 Makena. | 0.20 | 115.00 |
| 5/23/2023 | WGM | Review email from attorney for senior lienholder against 2 Makena regarding status of sale of property and review file regarding estimated closing date. | 0.20 | 115.00 |
|  | WGM | Review further email from attorney for senior lienholder against 2 Makena regarding sale contract. | 0.10 | 57.50 |
| 5/25/2023 | WGM | Review email from broker regarding confirmation of deposit on 2 Makena sale. | 0.10 | 57.50 |
| 5/31/2023 | WGM | Review emails from attorney for senior lienholder on 2 Makena re sale status. | 0.20 | 115.00 |
|  | WGM | Review file regarding status of offers on 2 Makena. | 0.20 | 115.00 |
|  | WGM | Review and respond to email from trustee regarding overbid question on 2 Makena. | 0.20 | 115.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/31/2023 | WGM | Review email from interested overbidder for 2 Makena. | 0.10 | 57.50 |
| 6/1/2023 | WGM | Review email to overbidder regarding sale of 2 Makena. | 0.10 | 57.50 |
| | NS | Draft motion to sell 2 Makena, declarations in support thereof, notices thereof, and proposed order thereon. | 6.40 | 3,232.00 |
| | NS | Phone call to court re: setting hearing on motion to sell 2 Makena. | 0.20 | 101.00 |
| | NS | Telephone conference with client re: motion to sell 2 Makena, hearing date, and potential overbidder. | 0.50 | 252.50 |
| 6/2/2023 | WGM | Review email from escrow re sale of 2 Makena. | 0.10 | 57.50 |
| | WGM | Review email and attachments from broker re property issue at 2 Makena. | 0.20 | 115.00 |
| | NS | Emails with junior lienholder on 2 Makena re payoff. | 0.30 | 151.50 |
| 6/5/2023 | WGM | Review escrow documents re sale of 2 Makena. | 0.30 | 172.50 |
| | NS | Review and analyze 2 Makena escrow package and approve for client's execution. | 0.20 | 101.00 |
| 6/6/2023 | WGM | Review 29 page purchase sale contract and counteroffer for 2 Makena. | 0.30 | 172.50 |
| | WGM | Review emails and file regarding overbidders for 2 Makena. | 0.10 | 57.50 |
| | WGM | Review 38 page preliminary title report. | 0.30 | 172.50 |
| | WGM | Review draft motion to approve sale of 2 Makena and comment on same. | 0.40 | 230.00 |
| | WGM | Draft email and review response re property taxes owed against 2 Makena. | 0.20 | 115.00 |

A. Cisneros, Trustee

File No.:          MC117219

Invoice No.:       116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/6/2023 | NS | Telephone conference with Bill Malcolm re: Motion to sell 2 Makena. | 0.50 | 252.50 |
| 6/7/2023 | WGM | Review email from attorney for senior lienholder re sale of 2 Makena. | 0.10 | 57.50 |
| 6/9/2023 | WGM | Review emails from broker regarding development with sale of 2 Makena. | 0.20 | 115.00 |
|  | WGM | Review attachments sent by broker regarding 2 Makena escrow and HOA issue. | 0.30 | 172.50 |
| 6/11/2023 | NS | Telephone conference with client re: status of motion to sell 2 Makena, prospective amendment to Jensen complaint, and potential declaratory relief complaint against Lewis. | 1.10 | 555.50 |
| 6/12/2023 | WGM | Review email and attachment sent by escrow re sale of 2 Makena. | 0.10 | 57.50 |
|  | WGM | Review email and attached payoff demands for 2 Makena. | 0.20 | 115.00 |
|  | WGM | Review reply from escrow re payoff demand issue. | 0.10 | 57.50 |
|  | WGM | Review further email from escrow re Brentwood payoff issue on 2 Makena. | 0.10 | 57.50 |
|  | NS | Emails with escrow agent re 2 Makena lienholder payoffs. | 0.30 | 151.50 |
|  | NS | Telephone conference with Trustee's broker re: potential overbidders and overbidding. | 0.30 | 151.50 |
| 6/14/2023 | NS | Emails with Brentwood's counsel re: updated payoff. | 0.20 | 101.00 |
| 6/15/2023 | NS | Review and analyze updated escrow package for 2 Makena. | 0.30 | 151.50 |

A. Cisneros, Trustee                                                                Page        13

File No.:        MC117219

Invoice No.:        116914

|            |     |                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------|
| 6/20/2023  | WGM | Review email from David Meadows, attorney for senior lienholder on 2 Makena, and attachment regarding payoff. | 0.20  | 115.00 |
|            | WGM | Review email from broker regarding sale of 2 Makena issue and attached overbid form.                      | 0.20  | 115.00 |
|            | NS  | Review and analyze Brentwood's updated payoff quote.                                                      | 0.30  | 151.50 |
|            | NS  | Telephone conference with client and Bill Malcolm re: case status and outstanding items.                  | 0.80  | 404.00 |
| 6/21/2023  | WGM | Review emails from trustee and Joe Colangelo regarding potential overbidding for 2 Makena.                | 0.20  | 115.00 |
|            | WGM | Review email from trustee regarding sale of 2 Makena.                                                     | 0.10  | 57.50  |
|            | WGM | Draft email to broker regarding association issue.                                                        | 0.10  | 57.50  |
|            | WGM | Review and respond to email from broker re 2 Makena sale issue.                                           | 0.10  | 57.50  |
| 6/22/2023  | NS  | Emails with broker for prospective overbidder.                                                            | 0.30  | 151.50 |
|            | NS  | Phone call with client re 2 Makena HOA assessment.                                                        | 0.40  | 202.00 |
| 6/23/2023  | NS  | Emails with client re: payment of water bill for 2 Makena.                                                | 0.20  | 101.00 |
|            | NS  | Review and analyze water bill for 2 Makena.                                                               | 0.20  | 101.00 |
| 6/27/2023  | WGM | Review email from broker and attachments re sale of 2 Makena and completed overbid form.                  | 0.20  | 115.00 |
|            | WGM | Review response to email regarding request for access to 2 Makena regarding rental appraisal.             | 0.10  | 57.50  |
| 6/28/2023  | WGM | Review opposition to sale of 2 Makena filed by Colangelo, including declarations of Colangelo's attorney and Colangelo. | 0.40  | 230.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:      116914

|            |     |                                                                                                              | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/28/2023  | WGM | Review and respond to email from attorney for senior lienholder regarding Colangelo's opposition to sale of 2 Makena. | 0.20  | 115.00   |
|            | WGM | Review email from trustee re Colangelo opposition to motion to approve sale of 2 Makena.                       | 0.10  | 57.50    |
|            | WGM | Telephone call to attorney for senior lienholder on 2 Makena regarding Colangelo opposition.                  | 0.40  | 230.00   |
|            | WGM | Draft email to attorney for senior lienholder on 2 Makena re hearing on motion to approve sale of 2 Makena.    | 0.10  | 57.50    |
|            | NS  | Review and analyze Colangelo opposition to motion to sell and declarations in support thereof.                | 0.80  | 404.00   |
| 6/29/2023  | WGM | Review Colangelo opposition and declarations in support.                                                      | 0.20  | 115.00   |
|            | WGM | Telephone call from broker regarding 2 Makena sale and access to 2 Makena for expert witness.                 | 0.20  | 115.00   |
|            | WGM | Draft email to trustee regarding broker coordination of access to 2 Makena for Jenkins' rental expert.        | 0.10  | 57.50    |
|            | NS  | Draft reply to Colangelo opposition to motion to sell.                                                        | 3.60  | 1,818.00 |
|            | NS  | Conference with client re upcoming motion to sell and opposition to same.                                     | 0.70  | 353.50   |
|            | NS  | Draft evidentiary objections to Colangelo response.                                                           | 1.40  | 707.00   |
|            | NS  | Review and analyze overbid offer.                                                                             | 0.40  | 202.00   |
|            | WGM | Review and comment on draft reply to Colangelo opposition to motion to sell 2 Makena.                         | 0.40  | 230.00   |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/29/2023 | WGM | Review and comment on draft evidentiary objections to Joe Colangelo declaration in support of opposition to motion to sell 2 Makena. | 0.40 | 230.00 |
| 7/3/2023 | WGM | Review email and attachment from broker re overbid on 2 Makena. | 0.10 | 57.50 |
| 7/5/2023 | WGM | Review emails from trustee and broker regarding 2nd overbidder for the purchase of 2 Makena. | 0.20 | 115.00 |
|  | NS | Review and analyze overbid and proof of funds. | 0.30 | 151.50 |
| 7/6/2023 | NS | Telephone conference with client re upcoming hearing on motion to sell. | 0.30 | 151.50 |
| 7/7/2023 | WGM | Review further pleading filed by Colangelo regarding sale of 2 Makena. | 0.20 | 115.00 |
|  | WGM | Review email from attorney for senior lienholder against 2 Makena regarding Colangelo pleading and respond. | 0.20 | 115.00 |
|  | WGM | Review and respond to further email from attorney for senior lienholder against 2 Makena. | 0.10 | 57.50 |
|  | WGM | Review response from counsel for senior lienholder against 2 Makena and respond. | 0.10 | 57.50 |
|  | WGM | Review email from escrow regarding payoff inquiry on 2 Makena sale. | 0.10 | 57.50 |
|  | WGM | Review emails from senior lienholder's in-house and outside counsel regarding hearing on sale of 2 Makena. | 0.20 | 115.00 |
|  | NS | Review and analyze surreply of Joe Colangelo. | 1.30 | 656.50 |
|  | NS | Emails with lienholder re updated payoff and hearing. | 0.20 | 101.00 |
|  | NS | Emails with junior deed of trust holder re conference with client. | 0.20 | 101.00 |

A. Cisneros, Trustee

File No.:          MC117219

Invoice No.:          116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/7/2023 | NS | Draft order granting motion to sell 2 Makena. | 0.40 | 202.00 |
| 7/10/2023 | NS | Review and analyze broker prepared bidding chart. | 0.30 | 151.50 |
| | NS | Draft notice of qualified overbidders. | 0.40 | 202.00 |
| | NS | Review pertinent pleadings on file in preparation for hearing on motion to sell. | 0.60 | 303.00 |
| | WGM | Review Court's tentative ruling on motion to authorize sale of 2 Makena. | 0.20 | 115.00 |
| | WGM | Review email from attorney for senior lienholder against 2 Makena regarding tentative ruling and hearing on motion to authorize sale. | 0.20 | 115.00 |
| 7/11/2023 | NS | Court appearance at hearing on motion to sell. | 0.30 | 151.50 |
| | NS | Telephone conference with Bill Malcolm and client re supplemental brief and strategy in connection with continued hearing on motion to sell 2 Makena. | 0.50 | 252.50 |
| | NS | Emails with Brentwood counsel re conference call. | 0.20 | 101.00 |
| | NS | Emails with Renewable Farms counsel re conference call. | 0.20 | 101.00 |
| | NS | Emails with parties re scheduling conference calls. | 0.10 | 50.50 |
| | NS | Review and analyze renewable farms updated payoff. | 0.20 | 101.00 |
| | WGM | Review email and attached tentative ruling on motion to authorize sale of 2 Makena. | 0.20 | 115.00 |
| | WGM | Telephone call to and from attorney for senior lienholder on 2 Makena regarding Court's tentative ruling. | 0.30 | 172.50 |
| | WGM | Review email from attorney for senior lienholder regarding 2 Makena sale issue. | 0.10 | 57.50 |

A. Cisneros, Trustee                                                                   Page      17

File No.:      MC117219

Invoice No.:   116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/11/2023 | WGM | Review email from debtor's counsel regarding Colangelo's alleged interest. | 0.10 | 57.50 |
| | WGM | Review email from broker regarding sale status of 2 Makena. | 0.10 | 57.50 |
| 7/12/2023 | NS | Draft notices of continued hearing on motion to sell. | 0.30 | 151.50 |
| | WGM | Review Colangelo response to motion to sell. | 0.20 | 115.00 |
| 7/13/2023 | NS | Telephone conference with Client and Bill Malcolm re Probasco supplemental brief. | 0.40 | 202.00 |
| | WGM | Review Colangelo's opposition and sur-reply to motion to sell 2 Makena. | 0.40 | 230.00 |
| | WGM | Review email and attachment from attorney for senior lienholder regarding sale issues. | 0.20 | 115.00 |
| | WGM | Telephone call with attorney for senior lienholder regarding sale issues on 2 Makena. | 0.50 | 287.50 |
| | WGM | Telephone conference with Renewable Farms re sale issues on 2 Makena. | 0.50 | 287.50 |
| 7/14/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena and review attached response to Colangelo opposition to motion to sell. | 0.20 | 115.00 |
| 7/17/2023 | NS | Draft supplemental brief in support of motion to sell and declaration in support thereof. | 5.40 | 2,727.00 |
| | WGM | Review email from counsel for Brentwood regarding sale of 2 Makena and respond. | 0.20 | 115.00 |
| | WGM | Review pleading filed by Brentwood regarding response to Colangelo position. | 0.20 | 115.00 |
| | WGM | Draft email to attorney for Brentwood regarding title insurance on 2 Makena and review and respond to reply. | 0.20 | 115.00 |

A. Cisneros, Trustee

File No.:     MC117219

Invoice No.:    116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/17/2023 | WGM | Review and comment on draft supplemental brief filed in connection with approval of sale motion on 2 Makena. | 0.50 | 287.50 |
| 7/18/2023 | NS | Phone call with client re upcoming continued hearing on motion to sell. | 0.50 | 252.50 |
| | NS | Review and analyze Colangelo brief in opposition to motion to sell. | 0.40 | 202.00 |
| 7/19/2023 | WGM | Review and analyze supplemental brief filed by Colangelo regarding sale of 2 Makena. | 0.30 | 172.50 |
| 7/21/2023 | WGM | Review email from attorney for senior lienholder regarding continued hearing on motion to approve sale of 2 Makena. | 0.20 | 115.00 |
| 7/23/2023 | NS | Review and analyze Brentwood supplemental brief. | 0.40 | 202.00 |
| 7/24/2023 | WGM | Telephone call from and to attorney for senior lienholder on 2 Makena regarding Court's tentative ruling on motion to authorize sale. | 0.30 | 172.50 |
| | WGM | Review email from attorney for senior lienholder on 2 Makena and review attachment regarding sale of 2 Makena. | 0.20 | 115.00 |
| | WGM | Review Colangelo brief in opposition to motion to authorize sale of 2 Makena. | 0.20 | 115.00 |
| | WGM | Draft email to Nathan Smith regarding request by attorney for senior lienholder on 2 Makena. | 0.20 | 115.00 |
| | NS | Prepare for continued hearing on motion to sell. | 0.80 | 404.00 |
| | NS | Review and analyze tentative ruling on motion to sell. | 0.20 | 101.00 |
| | NS | Emails with David Meadow re argument in response to Colangelo opposition to motion to sell. | 0.20 | 101.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:        116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/24/2023 | NS | Emails with David Meadows re hearing on motion to sell. | 0.20 | 101.00 |
| 7/25/2023 | WGM | Review tentative ruling re sale of 2 Makena. | 0.20 | 115.00 |
|  | WGM | Review and respond to email from trustee regarding tentative ruling for sale of 2 Makena. | 0.20 | 115.00 |
|  | WGM | Review adversary proceeding filed by Colangelo regarding 2 Makena. | 0.30 | 172.50 |
|  | NS | Court appearance at continued hearing on motion to sell | 1.30 | 656.50 |
|  | NS | Phone call with client re outcome of hearing on motion to sell. | 0.50 | 252.50 |
|  | NS | Revise order granting motion to sell 2 Makena based on instructions from title company. | 0.30 | 151.50 |
|  | NS | Emails with client re order granting motion to sell. | 0.20 | 101.00 |
|  | NS | Telephone conference with broker re overbidders. | 0.20 | 101.00 |
|  | WGM | Review draft order regarding sale of 2 Makena and comment on same. | 0.20 | 115.00 |
| 7/26/2023 | WGM | Review preliminary title report. | 0.10 | 57.50 |
|  | WGM | Review and respond to emails from attorney for senior lienholder on 2 Makena regarding hearing on sale motion. | 0.20 | 115.00 |
|  | WGM | Review email from trustee regarding Pukini testimony about 2 Makena sale to Colangelo. | 0.10 | 57.50 |
|  | WGM | Review email and attached escrow amendments and purchase sale agreement. | 0.30 | 172.50 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/26/2023 | WGM | Review file regarding purchase/sale agreement for 2 Makena and evidence of payment by Colangelo and Jensen. | 0.50 | 287.50 |
|  | WGM | Review file regarding loan transactions with Brentwood and Renewable Farms. | 0.50 | 287.50 |
|  | WGM | Review and respond to further email from attorney for senior lienholder on 2 Makena. | 0.20 | 115.00 |
|  | WGM | Draft email to trustee regarding need for meeting with attorney for senior lienholder on 2 Makena. | 0.10 | 57.50 |
| 7/27/2023 | WGM | Review email from escrow and attachments regarding sale of 2 Makena. | 0.30 | 172.50 |
| 7/28/2023 | WGM | Review and respond to email from counsel for senior lienholder on 2 Makena regarding sale issue. | 0.20 | 115.00 |
|  | WGM | Review and respond to further email from attorney for senior lienholder on 2 Makena regarding sale issue. | 0.10 | 57.50 |
|  | NS | Review and analyze additional documents from Pukini. | 0.40 | 202.00 |
| 7/31/2023 | WGM | Telephone call to attorney for senior lienholder on 2 Makena regarding mediation to address 2 Makena sale. | 0.30 | 172.50 |
|  | WGM | Review email from attorney for senior lienholder on 2 Makena regarding mediation and Colangelo complaint. | 0.20 | 115.00 |
| 8/1/2023 | WGM | Review email from escrow regarding Water District demand and review attachment. | 0.10 | 57.50 |
| 8/2/2023 | WGM | Review email and attached authority sent by attorney for senior lienholder on 2 Makena. | 0.30 | 172.50 |
|  | WGM | Conference call with attorney for senior lienholder on 2 Makena regarding Colangelo and Jensen claims and mediation. | 0.40 | 230.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/2/2023 | NS | Telephone conference with client and David Meadows. | 0.50 | 252.50 |
| | NS | Review and analyze email from David Meadows. | 0.20 | 101.00 |
| 8/3/2023 | WGM | Review email from escrow regarding 2 Makena purchase issue. | 0.10 | 57.50 |
| 8/7/2023 | WGM | Telephone call from broker regarding 2 Makena sale order and claims by Jenkins and Colangelo. | 0.30 | 172.50 |
| | WGM | Review email from escrow and attached instructions regarding 2 Makena sale. | 0.20 | 115.00 |
| 8/11/2023 | WGM | Review emails from attorney for senior lienholder on 2 Makena regarding mediation issue. | 0.20 | 115.00 |
| | WGM | Review and respond to email from escrow regarding status of order approving sale of 2 Makena. | 0.10 | 57.50 |
| 8/14/2023 | WGM | Review email from escrow regarding closure of sale of 2 Makena. | 0.10 | 57.50 |
| | NS | Emails with escrow re status of closing. | 0.20 | 101.00 |
| 8/18/2023 | NS | Telephone conference with David Meadows re case status and strategy. | 0.30 | 151.50 |
| | WGM | Review email from escrow regarding water lien resolution. | 0.10 | 57.50 |
| 8/23/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena and review attachment. | 0.20 | 115.00 |
| 8/24/2023 | WGM | Review email confirming closure of sale of 2 Makena. | 0.10 | 57.50 |
| 8/25/2023 | WGM | Review file regarding communication with backup buyer and confirm notification that 2 Makena sale closed. | 0.10 | 57.50 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/28/2023 | WGM | Review email from escrow and attached closing statement for 2 Makena. | 0.10 | 57.50 |
|  | WGM | Review email from attorney for senior lienholder on 2 Makena regarding Colangelo and Jensen complaints. | 0.10 | 57.50 |
| 9/7/2023 | WGM | Review email from investor Bobby Enquist re inquiry. | 0.10 | 57.50 |
| 9/12/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena regarding potential interim distribution. | 0.10 | 57.50 |
|  | WGM | Review email regarding potential offer to senior lienholder on 2 Makena. | 0.20 | 115.00 |
|  | NS | Emails with David Meadows re: potential interim distribution. | 0.20 | 101.00 |
|  | NS | Telephone conference with David Meadows re: case status and potential interim distribution. | 0.50 | 252.50 |
|  | NS | Review and analyze Meadows potential interim distribution calculations and spreadsheet. | 0.30 | 151.50 |
|  | NS | Telephone conference with Bill Malcolm re: Brentwood's lien. | 0.20 | 101.00 |
| 9/14/2023 | WGM | Review emails to and from attorney for senior lienholder regarding potential compromise. | 0.20 | 115.00 |
|  | WGM | Review email regarding terms of proposed distribution to senior lienholder on 2 Makena. | 0.10 | 57.50 |
|  | NS | Telephone conference with David Meadows re: potential interim distribution. | 0.20 | 101.00 |
| 9/15/2023 | NS | Emails with David Meadows re: interim distribution. | 0.30 | 151.50 |
|  | WGM | Review emails to and from attorney for senior lienholder on 2 Makena re compromise. | 0.20 | 115.00 |

A. Cisneros, Trustee

Page   23

File No.:        MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/18/2023 | WGM | Review memorandum to trustee regarding analysis of Jensen and Colangelo complaints, analysis of claims. | 0.30 | 172.50 |
| 9/19/2023 | WGM | Review email from lawyer for senior lienholder rejecting compromise and review file regarding excel spreadsheet. | 0.20 | 115.00 |
| 9/22/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena regarding proposal for interim payment and review attachment. | 0.10 | 57.50 |
| 9/28/2023 | NS | Emails with David Meadows re motion for interim distribution. | 0.20 | 101.00 |
| 9/29/2023 | NS | Review and analyze updated Brentwood payoff. | 0.30 | 151.50 |
| 10/3/2023 | NS | Emails with David Meadows re: Motion for Distribution to Brentwood. | 0.20 | 101.00 |
| 10/13/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena regarding filing of interim distribution motion. | 0.10 | 57.50 |
| | WGM | Review file regarding interim distribution request by senior lienholder on 2 Makena. | 0.10 | 57.50 |
| 10/16/2023 | NS | Emails with David Meadows re: Motion for Distribution to Brentwood. | 0.20 | 101.00 |
| | NS | Draft Motion for Disbursement to Brentwood. | 2.60 | 1,313.00 |
| | WGM | Review draft Motion for Authorization to Make Distribution. | 0.30 | 172.50 |
| 10/18/2023 | NS | Review and analyze claim and payoff breakdowns. | 0.50 | 252.50 |
| 10/25/2023 | NS | Review and analyze opposition to motion for distribution. | 0.40 | 202.00 |
| 10/26/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena regarding opposition to motion authorizing disbursement. | 0.10 | 57.50 |

A. Cisneros, Trustee                                                                    Page        24

File No.:        MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/27/2023 | WGM | Review Motion to Authorize Disbursement to Brentwood (2 Makena). | 0.20 | 115.00 |
| | WGM | Review opposition to Motion filed by Monika Jensen. | 0.20 | 115.00 |
| | WGM | Conference call with attorney for senior lienholder on 2 Makena regarding Jensen opposition. | 0.40 | 230.00 |
| | WGM | Review file regarding funds on hand sufficient to pay Brentwood notwithstanding Jensen claim. | 0.20 | 115.00 |
| | WGM | Review email from attorney for senior lienholder and attachments regarding payoff. | 0.20 | 115.00 |
| | NS | Telephone conference with William Malcolm re: upcoming hearing on motion for distribution and Motions to Dismiss. | 0.50 | 252.50 |
| | NS | Telephone conference with David Meadows re: reply to opposition to distribution motion. | 0.40 | 202.00 |
| 10/30/2023 | WGM | Review draft reply to Jensen opposition to motion for authority to make distribution to Brentwood. | 0.20 | 115.00 |
| | NS | Emails with Jensen counsel re: basis for motion to distribute funds to Brentwood. | 0.20 | 101.00 |
| 10/31/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena re hearing on motion for interim payment. | 0.10 | 57.50 |
| 11/2/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena re motion to dismiss Jensen complaint. | 0.10 | 57.50 |
| 11/6/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena regarding motion to allow disbursement. | 0.10 | 57.50 |
| | NS | Prepare for hearing on motion for distribution. | 0.20 | 101.00 |
| | NS | Review and analyze tentative on motion for distribution. | 0.20 | 101.00 |

A. Cisneros, Trustee                                                                Page        25

File No.:        MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/7/2023 | NS | Review and analyze order continuing hearing on motion for distribution. | 0.20 | 101.00 |
| 12/11/2023 | NS | Emails with David Meadows re: Status of payment. | 0.20 | 101.00 |
| 12/14/2023 | MJ | Issue check and draft letter re: partial disbursement to Brentwood for 2 Makena. | 0.40 | 80.00 |
| | MJ | Draft bank memo re: account balances and transfers. | 0.30 | 60.00 |
| 12/21/2023 | MJ | Review and allocate 2 Makena sale proceeds in KCC | 0.30 | 60.00 |
| | SUBTOTAL: | | 83.70 | 44,140.50 |

06: Litigation - Cisneros v. Colangelo & Jensen

| | | | | |
|---|---|---|---|---|
| 4/6/2023 | WGM | Review email from Jensen's attorney and attached stipulation extending response period to adversary complaint, and respond. | 0.20 | 115.00 |
| | NS | Review and execute stipulation extending deadline for Jensen to answer complaint. | 0.30 | 151.50 |
| 4/7/2023 | WGM | Review email from Jensen's counsel and attached stipulation and notice. | 0.20 | 115.00 |
| 4/10/2023 | NS | Phone call  with client re status of sales of 1 and 7 Makena, status of offers in connection with 2 and 4 Makena, and status of adversary proceeding against Joe Colangelo. | 1.00 | 505.00 |
| 4/12/2023 | NS | Draft joint status report with Colangelo. | 0.40 | 202.00 |
| | NS | Review and analyze Colangelo's alleged invoices and receipts. | 0.40 | 202.00 |
| | WGM | Telephone call from attorney for Monika Jensen re meeting. | 0.20 | 115.00 |

A. Cisneros, Trustee                                                              Page       26

File No.:        MC117219

Invoice No.:     116914

|            |       |                                                                                                          | Hours | Amount |
|------------|-------|----------------------------------------------------------------------------------------------------------|-------|--------|
| 4/18/2023  | NS    | Phone call with client and Bill Malcolm re Colangelo adversary.                                          | 0.60  | 303.00 |
|            | WGM   | Review emails from Jensen's counsel regarding tomorrow's meeting.                                        | 0.10  | 57.50  |
| 4/28/2023  | NS    | Phone call with client, Monika Jensen, and her counsel.                                                 | 0.50  | 252.50 |
| 5/1/2023   | WGM   | Review Colangelo response to complaint and file regarding rent claim for occupancy of 2 Makena.         | 0.20  | 115.00 |
| 5/2/2023   | WGM   | Review email and attached settlement offer from Monika Jensen's attorney regarding claims pertaining to 2 Makena. | 0.20  | 115.00 |
|            | NS    | Draft scheduling order for adversary proceeding.                                                         | 0.50  | 252.50 |
| 5/3/2023   | WGM   | Draft email to attorney for Monika Jensen re settlement of claims related to 2 Makena.                   | 0.10  | 57.50  |
|            | WGM   | Draft email to broker re analysis of Jensen settlement offer.                                            | 0.10  | 57.50  |
| 5/4/2023   | WGM   | Respond to email from broker re 2 Makena rental value.                                                   | 0.10  | 57.50  |
|            | WGM   | Review response from trustee re rental value for 2 Makena and review material sent by broker.           | 0.10  | 57.50  |
| 5/8/2023   | NS    | Phone call with client and Bill Malcolm re adversary proceeding.                                        | 0.80  | 404.00 |
|            | NS    | Phone call with Bill Malcolm re settlement of adversary complaint.                                      | 0.30  | 151.50 |
| 5/9/2023   | WGM   | Review settlement term sheet sent by Monika Jensen's attorney.                                          | 0.20  | 115.00 |
|            | WGM   | Review email from Monika Jensen's attorney re settlement.                                                | 0.10  | 57.50  |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

|            |     |                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------|
| 5/10/2023  | WGM | Review email from Monika Jensen's attorney regarding further extension.                                  | 0.10  | 57.50  |
|            | WGM | Review email from Nathan Smith regarding status of Colangelo settlement.                                 | 0.10  | 57.50  |
| 5/11/2023  | WGM | Review email from Monika Jensen's attorney and attached stipulation.                                     | 0.20  | 115.00 |
| 5/12/2023  | WGM | Review email and attached signed stipulation regarding response deadline for Monika Jensen to respond to complaint. | 0.10  | 57.50  |
| 5/18/2023  | WGM | Respond to email from attorney for Monika Jensen re settlement.                                          | 0.10  | 57.50  |
| 5/22/2023  | WGM | Review email from Monika Jensen's attorney and draft reply re settlement.                                | 0.20  | 115.00 |
| 5/23/2023  | WGM | Review email from trustee regarding rejection of Monika Jensen's offer.                                 | 0.10  | 57.50  |
|            | WGM | Review complaint against Monika Jensen and need for amendment to include additional claims.             | 0.20  | 115.00 |
| 5/24/2023  | WGM | Draft email to Monika Jensen's attorney re rejection of offer.                                          | 0.10  | 57.50  |
|            | WGM | Review file regarding deadline for Monika Jensen to answer complaint.                                    | 0.10  | 57.50  |
|            | NS  | Emails with Pukini re: contractual breach allegations against Lewis and Colangelo parties.              | 0.30  | 151.50 |
| 5/25/2023  | WGM | Review email from trustee regarding breach of contract claims against Monika Jensen and Joe Colangelo.  | 0.10  | 57.50  |
| 5/30/2023  | WGM | Review file regarding breach of contract claim against Monika Jensen.                                    | 0.20  | 115.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/30/2023 | WGM | Conference with Nathan Smith regarding amendment to complaint against Monika Jensen. | 0.20 | 115.00 |
| 6/2/2023 | NS | Review and analyze answer and affirmative defenses of Monika Jensen. | 0.40 | 202.00 |
| 6/5/2023 | WGM | Review email and file re Rule 26 Conference in Jensen adversary. | 0.10 | 57.50 |
| 6/6/2023 | WGM | Review answer filed by Monica Jensen. | 0.10 | 57.50 |
| 6/8/2023 | NS | Telephone conference with Bill Malcolm re: Amendment of Colangelo complaint and prospects of settlement. | 0.70 | 353.50 |
| 6/9/2023 | WGM | Review file in preparation for Rule 26 Conference with opposing counsel. | 0.20 | 115.00 |
|  | WGM | Telephone call with opposing counsel regarding Rule 26 Conference. | 0.20 | 115.00 |
|  | WGM | Draft email to trustee regarding Rule 26 Conference. | 0.20 | 115.00 |
|  | WGM | Review email from Monika Jensen's attorney re deposition of Monika Jensen. | 0.10 | 57.50 |
|  | NS | Appearance at FRCP 26(f) conference with Jensen's counsel. | 0.50 | 252.50 |
|  | NS | Telephone conference with Chris Hewitt re adversary proceeding. | 0.40 | 202.00 |
| 6/12/2023 | WGM | Review emails from Monika Jensen's counsel re deposition arrangements. | 0.20 | 115.00 |
| 6/13/2023 | WGM | Review emails regarding deposition of Monika Jensen. | 0.10 | 57.50 |
|  | NS | Emails with Jensen counsel re: deposition and scheduling of same. | 0.30 | 151.50 |

A. Cisneros, Trustee

File No.:          MC117219

Invoice No.:       116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/20/2023 | NS | Emails with Jensen's counsel re: notice of deposition. | 0.20 | 101.00 |
|  | NS | Draft notice of deposition of Monika Jensen. | 0.30 | 151.50 |
| 6/22/2023 | NS | Emails with Chris Hewitt regarding prospect of amended complaint. | 0.20 | 101.00 |
|  | WGM | Review email from Jensen's counsel re initial disclosures and review initial disclosures. | 0.20 | 115.00 |
|  | WGM | Review email from Jensen counsel re expert witness. | 0.10 | 57.50 |
| 6/23/2023 | NS | Draft initial disclosures. | 1.10 | 555.50 |
|  | NS | Review and analyze defendant Jensen's initial disclosures. | 0.30 | 151.50 |
| 6/26/2023 | NS | Phone call with Bill Malcolm re motion for leave to amend. | 0.50 | 252.50 |
| 6/27/2023 | WGM | Review original complaint filed against Colangelo and Jensen. | 0.20 | 115.00 |
|  | WGM | Review file regarding breach of contract and unjust enrichment claims against Colangelo and Jensen. | 0.50 | 287.50 |
|  | NS | Draft First Amended Complaint. | 2.40 | 1,212.00 |
|  | NS | Draft Motion for Leave to Amend. | 2.80 | 1,414.00 |
|  | WGM | Review and comment on draft first amended complaint against Colangelo and Jensen. | 0.20 | 115.00 |
|  | WGM | Review and comment on draft declaration of trustee in support of amendment to complaint against Colangelo and Jensen. | 0.10 | 57.50 |
|  | WGM | Review and comment on draft motion for leave to amend the Colangelo and Jensen complaint. | 0.30 | 172.50 |

File No.:    MC117219

Invoice No.:    116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/29/2023 | NS | Emails with Chris Hewitt re deposition of Joe Colangelo. | 0.30 | 151.50 |
| 7/7/2023 | NS | Emails with Jensen's counsel re deposition. | 0.20 | 101.00 |
| 7/9/2023 | NS | Draft deposition outline of Monika Jensen. | 3.10 | 1,565.50 |
| 7/10/2023 | NS | Appearance at deposition of Monika Jensen. | 4.00 | 2,020.00 |
| 7/18/2023 | NS | Phone call with Josh Pukini and client regarding claims against Monika Jensen and Joe Colangelo. | 0.50 | 252.50 |
| 8/2/2023 | NS | Review and analyze amended Jensen claim. | 0.40 | 202.00 |
| 8/4/2023 | WGM | Review Monica Jensen proof of claim. | 0.30 | 172.50 |
| 8/10/2023 | WGM | Review email re mediation status. | 0.10 | 57.50 |
| 8/17/2023 | WGM | Complete review of draft motion for leave to file amended complaint against Colangelo and Jensen and approve for filing. | 0.30 | 172.50 |
| | WGM | Complete review of draft amended complaint against Colangelo and Monika Jensen and approve for filing. | 0.30 | 172.50 |
| 9/6/2023 | WGM | Review Jensen answer to trustee's complaint. | 0.20 | 115.00 |
| 10/12/2023 | NS | Court appearance at hearing on Motion to Amend and Status Conference. | 1.00 | 505.00 |
| 10/13/2023 | NS | Draft notice of continued status conferences and order granting motion for leave to amend. | 0.40 | 202.00 |
| 10/26/2023 | WGM | Review opposition filed by Monika Jensen to motion to dismiss counterclaim. | 0.50 | 287.50 |
| | NS | Review and analyze Jensen opposition to Motion to Dismiss. | 0.60 | 303.00 |
| | NS | Emails with Jensen's counsel re: FRCP 26(f) conference. | 0.20 | 101.00 |

A. Cisneros, Trustee                                                                                    Page    31

File No.:        MC117219

Invoice No.:     116914

|            |      |                                                                                                                                                                                                 | Hours | Amount   |
|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/26/2023 | NS   | Telephone conference with William Malcolm re: reply to opposition to Motion to Dismiss.                                                                                                          | 1.00  | 505.00   |
| 10/30/2023 | NS   | Telephone conference with Nick Gebelt re: initial disclosures and FRCP 26(f) conference.                                                                                                         | 0.30  | 151.50   |
| 11/17/2023 | NS   | Review and analyze adversary docket and draft request for entry of default as to Joe Colangelo.                                                                                                  | 0.40  | 202.00   |
|            | NS   | Review and analyze Jensen answer and counterclaims.                                                                                                                                              | 0.50  | 252.50   |
| 11/22/2023 | NS   | Phone call with client re Joe Colangelo and Monika Jensen and potential global settlement offer.                                                                                                 | 0.80  | 404.00   |
| 11/29/2023 | NS   | Draft joint case conference report.                                                                                                                                                              | 0.30  | 151.50   |
| 12/6/2023  | NS   | Review and analyze email from Chris Hewitt re: Substitution of counsel.                                                                                                                          | 0.10  | 50.50    |
| 12/13/2023 | NS   | Draft motion for entry of default judgment against Joe Colangelo, notice of motion for entry of default judgment, declarations in support of motion for entry of default judgment, draft default judgment. | 4.40  | 2,222.00 |
| 12/14/2023 | NS   | Prepare for status conference and review tentative.                                                                                                                                              | 0.10  | 50.50    |
|            | NS   | Court appearance at status conference in Cisneros v. Colangelo, et al.                                                                                                                           | 0.50  | 252.50   |
|            | WGM  | Review file regarding Colangelo default for failure to respond to adversary proceeding.                                                                                                          | 0.20  | 115.00   |
|            | WGM  | Review and comment on motion for entry of default against Colangelo.                                                                                                                             | 0.20  | 115.00   |
| 1/24/2024  | NS   | Review and analyze tentative and prepare for hearing on motion for default judgment.                                                                                                             | 0.60  | 330.00   |
|            | NS   | Prepare for hearing on motion for default judgment.                                                                                                                                              | 0.60  | 330.00   |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/24/2024 | NS | Review and analyze Colangelo late filed opposition to motion for default judgment. | 0.20 | 110.00 |
| | NS | Telephone conference with client re: Upcoming hearing on motion for default judgment. | 0.30 | 165.00 |
| 1/25/2024 | NS | Draft order and judgment. | 0.60 | 330.00 |
| 2/5/2024 | NS | Telephone conference with Arturo Cisneros re: reply to opposition to motion to dismiss counterclaims. | 0.30 | 165.00 |
| | NS | Draft writ of execution and request to issue writ of execution. | 0.50 | 275.00 |
| 2/14/2024 | WGM | Review Court's tentative ruling on Trustee's Motion to Dismiss Jensen counterclaims. | 0.20 | 120.00 |
| | WGM | Review and respond to email from Trustee regarding Motion to Dismiss Jensen counterclaims. | 0.10 | 60.00 |
| | NS | Prepare for hearing on motion to dismiss Jensen counterclaims. | 0.50 | 275.00 |
| | NS | Review and analyze tentative on motion to dismiss. | 0.30 | 165.00 |
| 2/15/2024 | NS | Court appearance at hearing on motion to dismiss counterclaims. | 0.60 | 330.00 |
| | NS | Draft joint status report for Cisneros v. Jensen. | 0.40 | 220.00 |
| 2/18/2024 | NS | Telephone conference with client re: prior offers from Jensen counsel. | 0.30 | 165.00 |
| 2/19/2024 | NS | Emails with client re: interest calculation Colangelo. | 0.10 | 55.00 |
| 2/26/2024 | WGM | Review Colangelo Motion to Reconsider Default. | 0.20 | 120.00 |
| 2/27/2024 | NS | Review and analyze motion for relief from default judgment. | 1.20 | 660.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 2/28/2024 | NS | | Draft opposition to motion to set aside default judgment. | 4.10 | 2,255.00 |
| | NS | | Review and analyze tentative ruling on status conference. | 0.10 | 55.00 |
| 2/29/2024 | WGM | | Review Colangelo's motion to set aside default. | 0.30 | 180.00 |
| | WGM | | Review Colangelo's proposed draft answer in support of motion to set aside default. | 0.30 | 180.00 |
| | WGM | | Review and comment on draft opposition to motion to set aside default. | 0.20 | 120.00 |
| | WGM | | Conference with Nathan Smith regarding opposition to motion to set aside default. | 0.10 | 60.00 |
| | NS | | Draft client's portion of Joint Status Report in connection with counterclaims. | 0.20 | 110.00 |
| | NS | | Emails with Jensen counsel re: joint status report. | 0.20 | 110.00 |
| | NS | | Draft joint status report. | 0.40 | 220.00 |
| | NS | | Court appearance at status conference. | 0.30 | 165.00 |
| | NS | | Telephone conference with WGM re: opposition to motion for relief from judgment. | 0.30 | 165.00 |
| 3/12/2024 | WGM | | Review email and attached letter from City National Bank regarding levy on Colangelo. | 0.20 | 120.00 |
| 3/14/2024 | NS | | Telephone conference with client re: motion for relief from judgment. | 0.30 | 165.00 |
| | NS | | Review and analyze tentative ruling on motion to set aside default.  Prepare for hearing on motion to set aside default. | 0.40 | 220.00 |
| | NS | | Review and analyze tentative ruling on status conference. | 0.20 | 110.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:     116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/14/2024 | NS | Court appearance at hearing on motion to set aside default. | 0.50 | 275.00 |
| 4/8/2024 | WGM | Review email and attached response to levy attempt. | 0.20 | 120.00 |
| 4/15/2024 | WGM | Review Jensen's Amended Counterclaims for Breach of Contract and Unjust Enrichment. | 0.80 | 480.00 |
|  | NS | Draft answer/affirmative defenses to Jensen counterclaims. | 2.40 | 1,320.00 |
|  | WGM | Review and approve draft answer and affirmative defenses. | 0.50 | 300.00 |
| 4/30/2024 | WGM | Review notice regarding attempted levy on Colangelo. | 0.10 | 60.00 |
|  | NS | Draft stipulation to continue status conferences. | 0.50 | 275.00 |
| 5/1/2024 | NS | Emails with Jensen counsel re: continuance of status conferences. | 0.10 | 55.00 |
|  | NS | Revise stipulation to continue hearings on status conferences and draft order approving it. | 0.30 | 165.00 |
| 5/20/2024 | NS | Review and analyze Jensen initial disclosures. | 0.20 | 110.00 |
|  | SUBTOTAL: |  | 63.00 | 33,479.00 |

07: Motion for OSC re Turnover of 2 Makena

| 4/10/2023 | NS | Emails with Colangelo counsel re vacate date and client visit. | 0.30 | 151.50 |
|---|---|---|---|---|
| 4/11/2023 | NS | Emails with Joe Colangelo's counsel re moveout. | 0.40 | 202.00 |
|  | WGM | Review email from broker regarding access to 2 Makena and review responses. | 0.10 | 57.50 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/11/2023 | WGM | Review email and file re status of response from Joe Colangelo's attorney regarding 2 Makena. | 0.10 | 57.50 |
| 4/14/2023 | WGM | Review email from Jensen's counsel regarding meeting at property and security concerns. | 0.10 | 57.50 |
| 4/17/2023 | NS | Emails with Chris Hewitt re Colangelo vacation date. | 0.20 | 101.00 |
|  | NS | Phone call with Bill Malcolm re potential advancement of continued hearing on order to show cause in connection with 2 Makena. | 0.50 | 252.50 |
|  | WGM | Review email from Jensen's attorney regarding meeting issue. | 0.10 | 57.50 |
| 4/18/2023 | NS | Emails with Jensen counsel re opportunity to retrieve personal property. | 0.20 | 101.00 |
|  | NS | Phone call with Chris Hewitt re client's visit to property. | 0.30 | 151.50 |
| 4/19/2023 | NS | Emails with Jensen counsel re retrieval of personal property. | 0.30 | 151.50 |
|  | NS | Phone call with Colangelo counsel re vacate date and personal property at property. | 0.30 | 151.50 |
|  | NS | Phone call with client re visit to property. | 0.40 | 202.00 |
| 4/20/2023 | WGM | Review email from Colangelo attorney regarding removal from 2 Makena. | 0.10 | 57.50 |
| 4/25/2023 | WGM | Review email from attorney for Colangelo regarding possession of 2 Makena. | 0.10 | 57.50 |
| 5/1/2023 | WGM | Review email and file re status of Colangelo's relinquishment of 2 Makena. | 0.20 | 115.00 |
|  | WGM | Review court order re requirement that Colangelo vacate 2 Makena. | 0.10 | 57.50 |

A. Cisneros, Trustee

File No.:       MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/2/2023 | WGM | Review email from Colangelo's attorney regarding status of compliance with order and draft response to Trustee. | 0.20 | 115.00 |
|  | NS | Phone call with client re outcome of hearing on order to show cause. | 0.20 | 101.00 |
|  | NS | Review and analyze pertinent pleadings on file in preparation for hearing on order to show cause. | 0.20 | 101.00 |
|  | NS | Court appearance at hearing on order to show cause. Hearing continued. | 0.50 | 252.50 |
| 5/8/2023 | NS | Court appearance at hearing on order to show cause. | 0.50 | 252.50 |
| 5/11/2023 | WGM | Review and respond to email from trustee regarding Monika Jensen issue on 2 Makena. | 0.20 | 115.00 |
| 5/12/2023 | NS | Draft order requiring Joe Colangelo to vacate or pay sanctions in the amount of $1,000 per day. | 0.30 | 151.50 |
|  | SUBTOTAL: |  | 5.90 | 3,070.50 |

08: Litigation - Colangelo v. Cisneros, et al.

|  |  |  | | |
|---|---|---|---|---|
| 4/18/2023 | WGM | Review Jensen claim. | 0.10 | 57.50 |
| 7/25/2023 | NS | Review and analyze Colangelo complaint against client. | 1.10 | 555.50 |
| 7/31/2023 | WGM | Review Colangelo complaint. | 0.20 | 115.00 |
|  | WGM | Review email from attorney for senior lienholder on 2 Makena regarding mediation and complaint filed by Colangelo. | 0.20 | 115.00 |
| 8/1/2023 | WGM | Review emails regarding mediating Colangelo claim and respond. | 0.20 | 115.00 |
| 8/24/2023 | WGM | Review email and file regarding extension to respond to Colangelo complaint. | 0.10 | 57.50 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/24/2023 | WGM | Review adversary proceeding filed by Colangelo. | 0.30 | 172.50 |
| | NS | Telephone conference with Chris Hewitt re: Colangelo litigation. | 0.50 | 252.50 |
| | NS | Draft stipulation to extend deadline to respond to complaint. | 0.20 | 101.00 |
| 8/29/2023 | NS | Telephone conference with Bill Malcolm re: Motion to dismiss. | 0.30 | 151.50 |
| 9/1/2023 | WGM | Review Colangelo complaint. | 0.30 | 172.50 |
| | NS | Draft motion to dismiss Colangelo complaint against client, memorandum of points and authorities in support thereof, and proposed order thereon. | 7.60 | 3,838.00 |
| | NS | Draft notice of motion to dismiss Colangelo complaint. | 0.40 | 202.00 |
| | WGM | Review and comment on Motion to Dismiss Colangelo complaint. | 0.50 | 287.50 |
| 9/2/2023 | NS | Draft table of contents and authorities in connection with Colangelo motion to dismiss. | 1.20 | 606.00 |
| 9/5/2023 | WGM | Review file regarding deadline to file motion to dismiss Colangelo and Jensen complaints. | 0.10 | 57.50 |
| | NS | Telephone conference with Bill Malcolm re: filing of motions to dismiss. | 0.10 | 50.50 |
| 9/7/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena regarding lender's position on motion to dismiss Jensen and Colangelo's complaints. | 0.10 | 57.50 |
| | NS | Telephone conference with client and Bill Malcolm re: motions to dismiss and motion to amend. | 1.00 | 505.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/8/2023 | WGM | Review email from attorney for senior lienholder on 2 Makena regarding motions to dismiss Colangelo and Jensen complaints. | 0.10 | 57.50 |
| | NS | Emails with David Meadows re: status of motions to dismiss. | 0.20 | 101.00 |
| | NS | Telephone conference with Bill Malcolm re: motions to dismiss. | 0.50 | 252.50 |
| 9/16/2023 | NS | Telephone conference with Bill Malcolm and Arturo Cisneros re: motions to dismiss, motion to amend, and potential global settlement offer. | 1.50 | 757.50 |
| 9/18/2023 | NS | Draft litigation analysis for client concerning three pending adversary proceedings, proofs of claim, and interests in sale proceeds. | 5.40 | 2,727.00 |
| 9/22/2023 | WGM | Review email from debtor's principal regarding claim issue. | 0.10 | 57.50 |
| 9/28/2023 | NS | Phone call with client re status of motions to dismiss. | 0.50 | 252.50 |
| | NS | Phone call with Bill Malcolm re motions to dismiss and amend complaint as well as potential global settlement offer. | 1.00 | 505.00 |
| 10/4/2023 | NS | Telephone conference with Bill Malcolm re: Adversary Complaints. | 0.50 | 252.50 |
| 10/5/2023 | NS | Telephone conference with client re: case status and strategy in connection with Colangelo/Jensen complaints. | 0.30 | 151.50 |
| 10/20/2023 | NS | Draft Joint Status Report. | 0.40 | 202.00 |
| 10/25/2023 | NS | Telephone conference with William Malcolm re: Motions to Dismiss. | 1.10 | 555.50 |
| 10/30/2023 | NS | Draft unilateral status report. | 0.50 | 252.50 |

A. Cisneros, Trustee

File No.:       MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/2/2023 | NS | Phone call with Bill Malcolm re strategy in connection with motions to dismiss Jensen and Colangelo Complaints. | 1.10 | 555.50 |
| 11/8/2023 | NS | Prepare for hearing on motions to dismiss Jensen and Colangelo adversary proceedings. | 0.40 | 202.00 |
|  | NS | Review and analyze tentative on motions to dismiss. | 0.20 | 101.00 |
| 11/9/2023 | WGM | Review court's tentative ruling on motions to dismiss Colangelo and Jensen complaints. | 0.10 | 57.50 |
|  | NS | Phone call with client re motions to dismiss. | 0.30 | 151.50 |
|  | NS | Court appearance at hearings on motions to dismiss, motion for order authorizing interim disbursement, and status conference in adversary proceedings. | 2.00 | 1,010.00 |
|  | NS | Draft orders granting motions to dismiss, order granting motion to make interim distribution to Brentwood, order referring the parties to mediation, notice of continuance of Jensen adversary status conference, and notice of continuance of Colangelo adversary status conference. | 1.10 | 555.50 |
|  | WGM | Review email regarding court's ruling on motion to dismiss Colangelo and Jensen complaints. | 0.10 | 57.50 |
| 1/2/2024 | NS | Review and analyze First Amended Complaint filed by Joe Colangelo. | 0.50 | 275.00 |
| 1/8/2024 | NS | Telephone conference with Bill Malcolm re: Motion to dismiss Colangelo's First Amended Complaint. | 0.30 | 165.00 |
| 1/11/2024 | WGM | Review first amended complaint filed by Colangelo. | 0.30 | 180.00 |
| 1/12/2024 | NS | Draft motion to dismiss and memorandum of points and authorities in support thereof. | 4.80 | 2,640.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/12/2024 | NS | Draft notice of Motion to dismiss, proposed order granting motion to dismiss, and proposed judgment in favor of client. | 0.50 | 275.00 |
| 1/19/2024 | NS | Telephone conference with client re: Motion to dismiss Colangelo's First Amended Complaint. | 0.30 | 165.00 |
| 1/26/2024 | NS | Telephone conference with client re: status of motions to dismiss and default judgment. | 0.50 | 275.00 |
| 2/1/2024 | NS | Review and analyze Brentwood's motion to dismiss. | 0.60 | 330.00 |
| | NS | Court appearance at case status conference. | 0.50 | 275.00 |
| | NS | Telephone conference with client re: outcome of status conference. | 0.20 | 110.00 |
| 3/18/2024 | WGM | Review adversary proceedings regarding Colangelo and Jensen. | 0.60 | 360.00 |
| | | SUBTOTAL: | 41.00 | 21,334.50 |

09: Litigation - Jensen v. Cisneros, et al

| | | | | |
|---|---|---|---|---|
| 8/7/2023 | NS | Review and analyze Monika Jensen's complaint against client. | 1.10 | 555.50 |
| 8/23/2023 | WGM | Conference with Art and Nate re: Jensen complaint. | 0.50 | 287.50 |
| | WGM | Review Notice of Mandatory Compliance filed by Monica Jensen. | 0.20 | 115.00 |
| 9/6/2023 | WGM | Review and respond to email from Trustee regarding motion to dismiss Jensen's complaint. | 0.10 | 57.50 |
| | NS | Draft motion to dismiss Jensen complaint against client, memorandum of points and authorities in support thereof, and proposed order thereon. | 6.80 | 3,434.00 |

A. Cisneros, Trustee

File No.:       MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/6/2023 | NS | Draft notice of motion to dismiss Jensen complaint. | 0.30 | 151.50 |
|  | WGM | Review Jensen complaint in preparation for reviewing draft motion to dismiss. | 0.30 | 172.50 |
|  | WGM | Review and comment on motion to dismiss. | 0.60 | 345.00 |
| 10/20/2023 | NS | Review and analyze Jensen Initial Disclosures. | 0.20 | 101.00 |
|  | NS | Draft Joint Status Report. | 0.40 | 202.00 |
| 10/26/2023 | NS | Review and analyze Jensen unilateral status report. | 0.10 | 50.50 |
|  | NS | Emails with client re: Joint Status Report. | 0.20 | 101.00 |
|  | NS | Review and analyze opposition to Motion to Dismiss. | 1.10 | 555.50 |
| 10/27/2023 | WGM | Review Jensen opposition to motion to dismiss. | 0.30 | 172.50 |
| 10/30/2023 | NS | Draft reply to Jensen's opposition to Motion to Dismiss. | 2.40 | 1,212.00 |
| 11/2/2023 | WGM | Review and comment on draft response to Jensen opposition to motion to dismiss complaint. | 0.50 | 287.50 |
| 11/9/2023 | NS | Phone call with Bill Malcolm re reply to opposition to motion to dismiss Jensen complaint. | 0.30 | 151.50 |
| 12/12/2023 | NS | Review and analyze Jensen's first amended complaint. | 1.40 | 707.00 |
|  | WGM | Review Jensen counterclaims in preparation for reviewing draft motion to dismiss, memorandum of points and authorities in support. | 0.20 | 115.00 |
|  | WGM | Review and comment on draft motion to dismiss Jensen counterclaims, memorandum of points and authorities in support. | 0.30 | 172.50 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:        116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/13/2023 | NS | Review, revise, supplement, and execute motion to dismiss Jensen's counterclaims, memorandum of points and authorities in support thereof, notice thereon, and proposed order granting motion. | 4.40 | 2,222.00 |
| 12/18/2023 | NS | Telephone conference with Arturo Cisneros re: Motion to dismiss Jensen's counterclaims. | 0.40 | 202.00 |
|  | NS | Draft notices of hearings. | 0.50 | 252.50 |
| 12/20/2023 | NS | Emails with Brentwood counsel re: responsive pleading deadline. | 0.20 | 101.00 |
| 1/1/2024 | NS | Review and analyze Brentwood Motion to Dismiss. | 0.60 | 330.00 |
| 1/3/2024 | NS | Review and analyze Colangelo's answer to Jensen's complaint. | 0.20 | 110.00 |
|  | NS | Draft motion to dismiss and memorandum of points and authorities in support thereof. | 5.60 | 3,080.00 |
|  | NS | Draft notice of Motion to dismiss, proposed order granting motion to dismiss, and proposed judgment in favor of client. | 0.50 | 275.00 |
|  | NS | Review and analyze Renewable Farms answer to Jensen complaint. | 0.20 | 110.00 |
| 1/8/2024 | WGM | Review amended adversary complaint filed by Jensen and review prior adversary complaint. | 0.50 | 300.00 |
|  | WGM | Review and comment on draft motion and supporting memorandum of points and authorities to dismiss adversary complaint filed by Jensen. | 0.50 | 300.00 |
|  | NS | Review and analyze motion to strike answer of Renewable Farms | 0.20 | 110.00 |
| 1/11/2024 | WGM | Review and comment on motion to dismiss. | 0.40 | 240.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/1/2024 | NS | Review and analyze Jensen's opposition to client's motion to dismiss counterclaims. | 1.20 | 660.00 |
| 2/7/2024 | WGM | Review Jensen's opposition to motion to dismiss. | 0.40 | 240.00 |
|  | WGM | Review Jensen's Request for Judicial Notice. | 0.10 | 60.00 |
|  | NS | Draft reply to Jensen's opposition to motion to dismiss. | 3.10 | 1,705.00 |
|  | WGM | Review and comment on reply to opposition. | 0.30 | 180.00 |
| 2/8/2024 | WGM | Conference with Nathan Smith regarding Jensen's arguments. | 0.20 | 120.00 |
| 2/12/2024 | NS | Telephone conference with client re: Jensen opposition. | 0.30 | 165.00 |
|  | NS | Telephone conference with client re: status of motion to dismiss Jensen counterclaims, mediation, and Lewis objection. | 0.30 | 165.00 |
|  | NS | Review and analyze Jensen's opposition to Brentwood's motion to dismiss and debtor's reply thereto. | 0.80 | 440.00 |
| 2/13/2024 | NS | Draft joint status report in connection with Jensen v. Cisneros. | 0.40 | 220.00 |
| 2/20/2024 | WGM | Review Joint Status Report regarding Jensen Adversary Status Conference. | 0.10 | 60.00 |
| 3/13/2024 | NS | Draft joint status report in connection with Jensen complaint. | 0.30 | 165.00 |
| 3/16/2024 | NS | Review and analyze Jensen's opposition to client's motion to dismiss. | 1.10 | 605.00 |
| 3/18/2024 | NS | Draft reply to Jensen's opposition to motion to dismiss her first amended complaint. | 2.60 | 1,430.00 |
|  | NS | Review and analyze Jensen's opposition to client's motion to dismiss. | 1.10 | 605.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/27/2024 | NS | Review and analyze tentative ruling on motion to dismiss. | 0.20 | 110.00 |
| 3/28/2024 | NS | Telephone conference with client re: hearing on motion to dismiss. | 0.60 | 330.00 |
|  | NS | Telephone conference with WGM re: hearing on motion to dismiss. | 0.20 | 110.00 |
|  | NS | Court appearance at hearing on motion to dismiss. | 1.10 | 605.00 |
|  | NS | Telephone conference with Bill Malcolm re: outcome of hearing on motion to dismiss. | 0.50 | 275.00 |
| 5/2/2024 | NS | Review and analyze tentative rulings. | 0.10 | 55.00 |
| 5/20/2024 | WGM | Review Court's tentative rulings on motion to dismiss Jensen's adversary and Colangelo's motion to set aside default. | 0.20 | 120.00 |
|  | SUBTOTAL: |  | 46.70 | 25,004.00 |

10: Litigation/Settlement - Lewis v. Stonebridge, et al

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/15/2023 | WGM | Review claims asserted by Daryl Lewis and initial settlement offer by Lewis. | 0.20 | 115.00 |
| 5/16/2023 | WGM | Review file regarding offer history from Daryl Lewis in settlement of his alleged secured claim, including assessment of evidentiary issues. | 0.30 | 172.50 |
|  | WGM | Review and comment on response to settlement offer by Daryl Lewis. | 0.10 | 57.50 |
| 5/23/2023 | WGM | Review email from attorney for Daryl Lewis regarding settlement offer and respond regarding rejection of offer. | 0.20 | 115.00 |
|  | WGM | Review file regarding Daryl Lewis' failure to serve complaint and claimed. | 0.20 | 115.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/23/2023 | NS | Emails with Tom Polis re: counteroffer. | 0.20 | 101.00 |
|  | NS | Emails with client re: counteroffer. | 0.20 | 101.00 |
| 5/30/2023 | WGM | Review file regarding motion to dismiss Daryl Lewis' complaint. | 0.20 | 115.00 |
| 6/7/2023 | NS | Telephone conference with Bill Malcolm re: Lewis adversary proceeding and Colangelo adversary proceeding. | 0.80 | 404.00 |
| 6/21/2023 | NS | Review and analyze unilateral status report and docket in connection with Lewis adversary proceeding. | 0.30 | 151.50 |
|  | WGM | Review email and attachment from trustee regarding Daryl Lewis lawsuit. | 0.10 | 57.50 |
| 6/28/2023 | NS | Review and analyze Lewis complaint, proof of claim, purchase agreement, and addendums in preparation for drafting complaint. | 1.40 | 707.00 |
|  | NS | Draft complaint against Daryl Lewis and Akhtanova. | 3.60 | 1,818.00 |
| 6/29/2023 | WGM | Review file in preparation for reviewing draft declaratory relief complaint against Lewis, et al. | 0.50 | 287.50 |
|  | WGM | Review draft declaratory relief complaint against Lewis, et al. | 0.30 | 172.50 |
| 7/12/2023 | NS | Telephone conference with Bill Malcolm re Lewis complaint. | 0.60 | 303.00 |
| 7/17/2023 | NS | Draft settlement letter to Tom Polis re Lewis claims. | 0.40 | 202.00 |
| 7/21/2023 | WGM | Review draft settlement letter regarding Lewis' adversary proceeding. | 0.10 | 57.50 |
|  | WGM | Review and respond to email from Trustee regarding Lewis adversary proceeding question. | 0.10 | 57.50 |

A. Cisneros, Trustee

File No.:       MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/24/2023 | NS | Emails with client re Tom Polis offer. | 0.20 | 101.00 |
|  | NS | Emails with Tom Polis re settlement of Lewis claims. | 0.30 | 151.50 |
| 7/28/2023 | NS | Draft memorandum for client in connection with Lewis claims. | 1.30 | 656.50 |
| 7/31/2023 | WGM | Review email from attorney for Darryl Lewis regarding potential settlement and respond. | 0.20 | 115.00 |
| 8/1/2023 | NS | Telephone conference with client re: settlement offer to Lewis and drafting of settlement agreement. | 1.00 | 505.00 |
| 8/8/2023 | NS | Draft settlement agreement with Lewis and Akhtanova. | 3.80 | 1,919.00 |
| 8/11/2023 | WGM | Review email and attached draft settlement agreement with Daryl Lewis, et al and comment on same. | 0.30 | 172.50 |
|  | WGM | Review file regarding settlement terms with Daryl Lewis, et al. | 0.20 | 115.00 |
| 8/14/2023 | WGM | Review and respond to email regarding draft settlement agreement with Daryl Lewis. | 0.10 | 57.50 |
|  | WGM | Review email from Daryl Lewis' attorney re status conference. | 0.10 | 57.50 |
| 8/16/2023 | WGM | Draft email to Daryl Lewis' lawyer re status conference and review response. | 0.20 | 115.00 |
| 8/24/2023 | NS | Telephone conference with client re: status of Lewis settlement and lawsuits filed by Colangelo and Jensen. | 0.30 | 151.50 |
| 8/25/2023 | WGM | Review email from opposing counsel re status of settlement agreement settling Daryl Lewis complaint. | 0.10 | 57.50 |
| 9/12/2023 | NS | Telephone conference with client re: motion to approve compromise of controversy. | 0.20 | 101.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/14/2023 | WGM | Review email from Lewis' attorney regarding settlement agreement and review attached modified draft. | 0.20 | 115.00 |
|  | WGM | Review further email from Lewis' lawyer regarding settlement terms and review draft settlement agreement. | 0.20 | 115.00 |
|  | NS | Emails with Tom Polis re: execution of settlement agreement. | 0.20 | 101.00 |
|  | NS | Review and revise settlement agreement with Lewis per Polis requests. | 0.40 | 202.00 |
| 9/15/2023 | NS | Telephone conference with client re: potential global settlement offer and status of execution of Lewis agreement. | 0.50 | 252.50 |
|  | WGM | Review revised draft of settlement agreement with Daryl Lewis. | 0.20 | 115.00 |
|  | NS | Emails with Tom Polis re: revised settlement agreement. | 0.20 | 101.00 |
| 9/18/2023 | WGM | Review email from Lewis' attorney regarding further changes to settlement agreement and review same. | 0.20 | 115.00 |
|  | NS | Emails with Tom Polis re: revisions to settlement agreement. | 0.30 | 151.50 |
| 9/20/2023 | NS | Draft motion to approve compromise of controversy with Darryl Lewis and Sanna Akhtanova and declaration and memorandum of points and authorities in support thereof. | 7.30 | 3,686.50 |
| 9/21/2023 | NS | Draft notice of motion to approve compromise of controversy, declaration of no objection, and order granting motion. | 0.50 | 252.50 |
| 9/22/2023 | WGM | Review settlement agreement between Trustee and Daryl Lewis, et al, in preparation for reviewing draft motion to approve compromise of controversy. | 0.20 | 115.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:      116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/22/2023 | WGM | Review Motion to Approve Compromise of Daryl Lewis, et al, Controversy, Memorandum of Points and Authorities and Declaration of Trustee in support, comment and approve for submission to Trustee and filing. | 0.40 | 230.00 |
| 10/2/2023 | NS | Review and revise updated Motion to Approve Settlement Agreement with Daryl Lewis based on updated claims. | 0.20 | 101.00 |
| 10/30/2023 | NS | Telephone conference with Arturo Cisneros re: Motions to Dismiss and 9019 with Lewis. | 0.40 | 202.00 |
| | NS | Review and analyze tentative ruling on 9019 with Lewis. | 0.20 | 101.00 |
| 10/31/2023 | NS | Court appearance at hearing on 9019 Lewis. Motion granted. | 0.30 | 151.50 |
| 1/2/2024 | NS | Emails with Polis re: dismissal of complaint against Debtor. | 0.20 | 110.00 |
| 1/4/2024 | NS | Telephone conference with client re: status conference in Lewis adversary proceeding. | 0.30 | 165.00 |
| | NS | Review, revise, supplement, and execute stipulation dismiss Lewis lawsuit. | 0.20 | 110.00 |
| 2/1/2024 | NS | Telephone conference with Arturo Cisneros re: Objection to Lewis claim. | 0.30 | 165.00 |

SUBTOTAL:                                      31.00      16,043.00

11: Mediation

| | | | | |
|---|---|---|---|---|
| 11/16/2023 | NS | Emails with Brentwood counsel re mediator recommendation. | 0.30 | 151.50 |
| 11/29/2023 | WGM | Review email and attachment regarding mediation order. | 0.10 | 57.50 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/2023 | NS | Phone call with counsel re strategy in connection with mediation and adversary proceedings. | 0.60 | 303.00 |
| | NS | Review and analyze email from Jensen counsel re suggested mediators. | 0.20 | 101.00 |
| 12/1/2023 | WGM | Review email from opposing counsel re mediation of Jensen adversary. | 0.10 | 57.50 |
| | WGM | Review email from Trustee regarding rejection of mediation proposal by Jensen counsel. | 0.10 | 57.50 |
| | NS | Telephone conference with client re: mediation. | 0.40 | 202.00 |
| 12/6/2023 | NS | Emails with Nick Gebelt re: Potential Pre Mediation call. | 0.20 | 101.00 |
| 12/7/2023 | NS | Emails with Renewable Farms re: Mediation. | 0.10 | 50.50 |
| 12/11/2023 | NS | Emails with Renewable Farms re: Mediation. | 0.20 | 101.00 |
| 12/14/2023 | NS | Emails with client re: Scheduling of Mediation. | 0.10 | 50.50 |
| | NS | Telephone conference with lien holders and client re: Mediation. | 0.60 | 303.00 |
| | NS | Emails with Lien holders re: Conference call. | 0.20 | 101.00 |
| | NS | Emails with parties re: Mediation. | 0.20 | 101.00 |
| | NS | Telephone conference with Judge Johnson's Chambers re: Mediation dates. | 0.20 | 101.00 |
| | WGM | Review email from Jensen attorney re mediation. | 0.20 | 115.00 |
| | WGM | Review email regarding proposed mediation of Jensen adversary. | 0.10 | 57.50 |
| 12/15/2023 | NS | Emails with Brentwood counsel re: Mediation. | 0.20 | 101.00 |

A. Cisneros, Trustee

File No.:       MC117219

Invoice No.:    116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/20/2023 | NS | Emails with Brentwood's counsel re: Mediation. | 0.20 | 101.00 |
| 1/2/2024 | NS | Telephone conference with client re: mediation, settlement, and settlement offers. | 1.20 | 660.00 |
| 1/3/2024 | NS | Telephone conference with client re: case status and strategy going forward. | 0.60 | 330.00 |
| | NS | Emails with Jensen counsel re: conference call. | 0.20 | 110.00 |
| 1/8/2024 | WGM | Review emails regarding mediation and selection of mediator. | 0.20 | 120.00 |
| 1/9/2024 | WGM | Review emails regarding mediation. | 0.10 | 60.00 |
| 1/16/2024 | NS | Emails with counsel re: Mediation. | 0.20 | 110.00 |
| 1/18/2024 | WGM | Review email from counsel regarding mediation inquiry. | 0.10 | 60.00 |
| 1/23/2024 | WGM | Review emails from attorneys regarding status of mediation selection and review file regarding mediation deadline. | 0.20 | 120.00 |
| | NS | Emails with parties re: Mediation. | 0.20 | 110.00 |
| | NS | Emails with Jensen's counsel re: Mediation. | 0.30 | 165.00 |
| 1/25/2024 | WGM | Review emails from counsel regarding selection of mediators and respond regarding same. | 0.20 | 120.00 |
| | NS | Telephone conference with Brentwood counsel re: Mediation. | 0.20 | 110.00 |
| 1/31/2024 | NS | Telephone conference with Arturo Cisneros re: Mediation. | 0.20 | 110.00 |
| 2/2/2024 | NS | Telephone conference with Brentwood counsel re: Mediation. | 0.30 | 165.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:    116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/7/2024 | WGM | Review emails from counsel regarding mediation. | 0.20 | 120.00 |
| | NS | Emails with counsel re: Mediation. | 0.20 | 110.00 |
| 2/8/2024 | NS | Emails with counsel re: Mediation. | 0.20 | 110.00 |
| | NS | Telephone conference with Bill Malcolm re: Mediation and upcoming hearing on motion to dismiss. | 0.50 | 275.00 |
| 2/13/2024 | WGM | Review emails from various parties regarding mediation. | 0.10 | 60.00 |
| | WGM | Review and respond to email from trustee regarding mediation. | 0.20 | 120.00 |
| | NS | Emails with counsel re: Leonard Gumport as mediator. | 0.20 | 110.00 |
| | NS | Telephone conference with client re: mediation. | 0.20 | 110.00 |
| 2/14/2024 | NS | Telephone conference with WGM re: mediation and motion to dismiss. | 0.40 | 220.00 |
| 2/15/2024 | NS | Telephone conference with client re: mediation. | 0.40 | 220.00 |
| 2/20/2024 | WGM | Review emails regarding mediation scheduling. | 0.10 | 60.00 |
| 2/21/2024 | NS | Review and analyze emails from mediator re: procedures. | 0.30 | 165.00 |
| 2/26/2024 | WGM | Review emails regarding mediation. | 0.20 | 120.00 |
| | NS | Email client re: mediation. | 0.20 | 110.00 |
| | NS | Draft order extending mediation and motion to dismiss. | 0.30 | 165.00 |
| 2/28/2024 | WGM | Review emails regarding mediation. | 0.20 | 120.00 |
| 2/29/2024 | WGM | Review emails regarding mediation. | 0.20 | 120.00 |
| | NS | Emails with parties re: mediation conference call. | 0.30 | 165.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:    116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/29/2024 | NS | Telephone conference with WGM re: mediation scheduling | 0.40 | 220.00 |
| 3/1/2024 | NS | Review and analyze email from mediator. | 0.30 | 165.00 |
| | NS | Draft stipulated order re mediation with Leonard Gumport. | 0.30 | 165.00 |
| | NS | Telephone conference with mediator regarding plaintiff's counsel upcoming mediation and scheduling issues. | 0.50 | 275.00 |
| 3/7/2024 | NS | Telephone conference with client re: scheduling mediation. | 0.30 | 165.00 |
| 3/8/2024 | WGM | Review emails among the parties re mediation. | 0.20 | 120.00 |
| 3/17/2024 | NS | Draft confidential mediation brief. | 5.40 | 2,970.00 |
| 3/18/2024 | WGM | Review and comment on draft 11-page mediation brief. | 0.60 | 360.00 |
| | WGM | Review mediation brief submitted by Brentwood. | 0.20 | 120.00 |
| 3/20/2024 | WGM | Review emails from counsel participating in mediation. | 0.20 | 120.00 |
| 3/21/2024 | WGM | Review email from mediator regarding mediation brief. | 0.20 | 120.00 |
| 3/22/2024 | WGM | Review mediation brief in preparation for mediation. | 0.20 | 120.00 |
| | NS | Telephone conference with Lenny Gumport re: plaintiff's counsel upcoming mediation. | 0.50 | 275.00 |
| 3/23/2024 | WGM | Conference call with Trustee in preparation for mediation. | 1.00 | 600.00 |
| | NS | Telephone conference with Arturo Cisneros re: preparation for plaintiff's counsel upcoming mediation on 3/25. | 1.00 | 550.00 |

A. Cisneros, Trustee                                                                                    Page        53

File No.:        MC117219

Invoice No.:     116914

|            |     |                                                                                                                                                                                                             | Hours | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/24/2024  | NS  | Telephone conference with client re: plaintiff's counsel upcoming mediation and preparation for same.                                                                                                        | 1.00  | 550.00   |
|            | NS  | Review and analyze confidentiality agreement and email with client re: same.                                                                                                                                | 0.20  | 110.00   |
|            | NS  | Review and analyze pertinent pleadings in cases and mediation brief in preparation for Stonebridge mediation with Leonard Gumport, Joe Colangelo, Monica Jensen, Escrow Experts, Brentwood Finance, Darryl Lewis, and Renewable Farms. | 1.60  | 880.00   |
| 3/25/2024  | WGM | Attendance at mediation regarding Jensen and Colangelo claims.                                                                                                                                               | 10.00 | 6,000.00 |
|            | WGM | Review email from Trustee and attached memorandum regarding sale proceeds.                                                                                                                                   | 0.10  | 60.00    |
|            | WGM | Review order lodged by Colangelo regarding Court's overruling of claim objection filed by Jensen.                                                                                                            | 0.10  | 60.00    |
|            | NS  | Appearance at court ordered mediation.                                                                                                                                                                       | 10.50 | 5,775.00 |
| 3/26/2024  | NS  | Telephone conference with client re: Mediation.                                                                                                                                                              | 0.40  | 220.00   |
|            | NS  | Emails with client re: outcome of mediation and potential of second mediation session.                                                                                                                      | 0.20  | 110.00   |
| 3/28/2024  | NS  | Emails with Leonard Gumport re: available dates for second session of mediation.                                                                                                                             | 0.20  | 110.00   |
| 3/29/2024  | NS  | Emails with mediator re: scheduling second mediation session.                                                                                                                                               | 0.20  | 110.00   |
| 4/1/2024   | WGM | Review email from mediator regarding next mediation date.                                                                                                                                                    | 0.10  | 60.00    |
| 4/2/2024   | NS  | Telephone conference with mediator re: continued mediation.                                                                                                                                                  | 0.40  | 220.00   |

A. Cisneros, Trustee

File No.: MC117219

Invoice No.: 116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/3/2024 | NS | Review and analyze scheduling order. | 0.20 | 110.00 |
| | NS | Emails with client re: continuance of hearings. | 0.20 | 110.00 |
| 4/4/2024 | NS | Review and analyze tentative rulings continuing status conferences and motions to dismiss. | 0.20 | 110.00 |
| 4/12/2024 | NS | Telephone conference with Bill Malcolm re: upcoming mediation. | 0.80 | 440.00 |
| | NS | Telephone conference with client re: upcoming mediation. | 0.80 | 440.00 |
| 4/13/2024 | WGM | Conference with Trustee regarding 2nd mediation session, timing of hearing on adversary proceedings and strategy . | 0.30 | 180.00 |
| | NS | Telephone conference with client and Bill Malcolm regarding advancement of hearings if mediation is not successful. | 0.30 | 165.00 |
| 4/15/2024 | WGM | Review email and attached appraisal report on 2 Makena. | 0.20 | 120.00 |
| 4/16/2024 | WGM | Review email from mediator regarding May mediation second session. | 0.10 | 60.00 |
| | NS | Review and analyze appraisal obtained by Brentwood in connection with refinance. | 0.50 | 275.00 |
| | NS | Emails with mediator re: mediation. | 0.20 | 110.00 |
| 5/3/2024 | NS | Telephone conference with client re: prospects of settlement and upcoming mediation. | 0.30 | 165.00 |
| 5/6/2024 | WGM | Review adversary complaints and file in preparation for second mediation session. | 0.50 | 300.00 |
| 5/7/2024 | WGM | Review emails from mediator regarding continued mediation session. | 0.20 | 120.00 |

A. Cisneros, Trustee                                                                                                      Page        55

File No.:       MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/7/2024 | NS | Emails with mediator and review summary. | 0.30 | 165.00 |
| 5/8/2024 | WGM | Review email from mediator and attached 5-page mediator notes. | 0.30 | 180.00 |
|  | WGM | Review response to mediator's questions. | 0.10 | 60.00 |
|  | NS | Emails with mediator re: mediator's inquiries. | 0.30 | 165.00 |
| 5/9/2024 | WGM | Review emails from mediator in preparation for Tuesday's second mediation session. | 0.30 | 180.00 |
| 5/10/2024 | WGM | Review email from mediator regarding allegation of continued closing date of sale and review file regarding status of release. | 0.20 | 120.00 |
|  | WGM | Review response from mediator regarding position on closing date of sale. | 0.20 | 120.00 |
|  | WGM | Review further email from mediator and attached confidential mediation statement regarding needed information. | 0.20 | 120.00 |
|  | WGM | Review further email from mediator regarding Brentwood claim and request for information. | 0.20 | 120.00 |
|  | NS | Review and analyze mediation documents and case status in preparation for continued mediation. | 1.60 | 880.00 |
|  | NS | Telephone conference with Bill Malcolm re: strategy in connection with mediation. | 0.50 | 275.00 |
| 5/13/2024 | WGM | Review email from mediator confirming no offer made and review attachment regarding confidential mediation statement. | 0.20 | 120.00 |
|  | WGM | Review email confirming sale proceeds from 2 Makena. | 0.10 | 60.00 |
|  | NS | Emails with client re: upcoming mediation. | 0.20 | 110.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:      116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/13/2024 | NS | Telephone conference with client to prepare for mediation. | 0.50 | 275.00 |
| | NS | Emails with client re: potential settlement parameters. | 0.20 | 110.00 |
| 5/14/2024 | WGM | Attend mediation session mediated by Leonard Gumport. | 8.50 | 5,100.00 |
| | WGM | Review email from Nathan Smith to mediator regarding suggested approach to second session of mediation. | 0.10 | 60.00 |
| | NS | Telephone conference with client re: conclusion of mediation. | 0.30 | 165.00 |
| | NS | Appearance at continued mediation. | 8.10 | 4,455.00 |
| | NS | Emails with mediator re: conclusion of mediation. | 0.10 | 55.00 |
| | NS | Emails with Lenny Gumport re: mediation. | 0.30 | 165.00 |
| 5/15/2024 | WGM | Review and respond to email from mediator re additional information. | 0.20 | 120.00 |
| | WGM | Review and respond to email from trustee regarding mediator's request and draft further email to mediator. | 0.20 | 120.00 |
| | NS | Emails with mediator re: new information from Brentwood. | 0.10 | 55.00 |
| | NS | Review and analyze correspondence from Brentwood. | 0.20 | 110.00 |
| 5/20/2024 | WGM | Review and respond to email from mediator regarding settlement inquiry. | 0.20 | 120.00 |
| | WGM | Review attachment to mediator's email regarding financial analysis chart prepared by Brentwood attorney. | 0.20 | 120.00 |
| | WGM | Draft email to trustee regarding response to mediator. | 0.10 | 60.00 |
| | WGM | Conference with Nate Smith regarding financial analysis chart prepared by Brentwood attorney. | 0.10 | 60.00 |

A. Cisneros, Trustee

File No.:        MC117219

Invoice No.:     116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/20/2024 | NS | Review and analyze Brentwood settlement chart and calculations. | 0.30 | 165.00 |
| | NS | Telephone conference with client re: chart prepared by Brentwood. | 0.30 | 165.00 |
| | NS | Telephone conference with Bill Malcolm re: mediator's proposal. | 0.30 | 165.00 |
| 5/21/2024 | WGM | Review emails from mediator regarding further efforts to settle matter. | 0.20 | 120.00 |
| | WGM | Review email from trustee regarding further efforts to settle matter. | 0.10 | 60.00 |
| | NS | Review and analyze mediator's proposal. | 0.30 | 165.00 |
| 5/22/2024 | WGM | Review email from mediator regarding continued mediation efforts. | 0.20 | 120.00 |
| | WGM | Review further emails from mediator and attachments regarding settlement efforts. | 0.70 | 420.00 |
| 5/23/2024 | NS | Telephone conference with client re: mediator's proposal. | 0.30 | 165.00 |
| | NS | Emails with mediator re: mediator's proposal. | 0.10 | 55.00 |
| | NS | Telephone conference with Bill Malcolm re: mediator's proposal. | 0.50 | 275.00 |
| | WGM | Review multiple emails and attachments from mediator regarding continued settlement efforts. | 1.10 | 660.00 |
| | WGM | Review emails from trustee regarding mediator's statement of facts and analysis. | 0.20 | 120.00 |
| | WGM | Conference with Nathan Smith regarding response to mediator and two parties who have not responded to mediator settlement proposal. | 0.20 | 120.00 |

A. Cisneros, Trustee

File No.:    MC117219

Invoice No.:    116914

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/24/2024 | WGM | Review multiple emails from mediator regarding continued mediation efforts. | 0.40 | 240.00 |
|  | WGM | Review Trustee response to mediator inquiry. | 0.10 | 60.00 |
|  | NS | Review and analyze further mediation correspondence from mediator. | 0.40 | 220.00 |
|  | NS | Emails with client re: further mediation correspondence. | 0.10 | 55.00 |
|  | NS | Draft response to mediator regarding mediator's proposal. | 0.40 | 220.00 |
| 5/26/2024 | NS | Review and analyze email from mediator regarding status of mediator's proposal. | 0.10 | 55.00 |
| 5/28/2024 | WGM | Review email from mediator regarding settlement discussion status with Brentwood. | 0.10 | 60.00 |
|  | NS | Telephone conference with client re: settlement and mediator's proposal. | 0.50 | 275.00 |
|  | NS | Review and analyze email from mediator re: Brentwood. | 0.10 | 55.00 |
|  | SUBTOTAL: | | 85.10 | 48,198.50 |

12: Claims Analysis

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/2/2023 | NS | Review and analyze claims register and claims 16-1 through 23-1. | 0.50 | 252.50 |
| 10/16/2023 | WGM | Review claims docket. | 0.10 | 57.50 |
| 12/20/2023 | MJ | Commence review of claims, review schedules D, E/F, and annotate register. | 1.80 | 360.00 |
| 12/21/2023 | MJ | Continue and finalize review of claims. | 0.30 | 60.00 |
| 3/4/2024 | NS | Review and analyze tentative ruling on objection to Colangelo claim. | 0.20 | 110.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:      116914

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/5/2024 | NS | Court appearance at objection to claim. Objection overruled. | 0.40 | 220.00 |
| 3/21/2024 | WGM | Review Colangelo and Jensen claims. | 0.20 | 120.00 |
| 5/6/2024 | WGM | Review email from claimant regarding status of her claim. | 0.10 | 60.00 |
| | SUBTOTAL: | | 3.60 | 1,240.00 |
| | FEES FOR PROFESSIONAL SERVICES | | 389.50 | $205,031.50 |

# Exhibit "2"



### 2022 Hourly Rate Schedule

### PARTNERS

| | |
|---|---|
| William G. Malcolm | $575.00 |
| Arturo M. Cisneros | $575.00 |
| Nathan F. Smith | $505.00 |
| Nicolas Matayron | $450.00 |

### SENIOR COUNSEL

| | |
|---|---|
| Charles W. Nunley | $500.00 |
| Hydee J. Riggs | $475.00 |

### ASSOCIATE

| | |
|---|---|
| Brian Thomley | $425.00 |
| Christina J. Khil | $375.00 |

### LAW CLERK

| | |
|---|---|
| Adam Sohn | $220.00 |

### PARALEGALS

| | |
|---|---|
| Melissa Fusco | $200.00 |
| Ernest Cisneros | $200.00 |
| Mayra Johnson | $200.00 |
| Erica F. Pedraza | $130.00 |
| Rhonda White | $130.00 |



**2024 Hourly Rate Schedule**

### PARTNERS

| | |
|---|---|
| William G. Malcolm | $600.00 |
| Arturo M. Cisneros | $600.00 |
| Nathan F. Smith | $550.00 |
| Nicolas Matayron | $500.00 |

### SENIOR COUNSEL

| | |
|---|---|
| Charles W. Nunley | $500.00 |
| Hydee J. Riggs | $500.00 |
| Grant Courtney | $450.00 |
| Kris J. Sundberg | $450.00 |
| Samuel R. Burton | $400.00 |

### ASSOCIATES

| | |
|---|---|
| Brian Thomley | $450.00 |
| Christina J. Khil | $400.00 |
| Melissa Sgroi | $400.00 |
| Esther Torres Smith | $400.00 |
| Denise Lee | $350.00 |

### LAW CLERK

| | |
|---|---|
| Adam Sohn | $225.00 |
| Rylia Tjokrosoeharto | $225.00 |

## **<u>PARALEGALS</u>**

| | |
|---|---|
| Melissa Fusco | $200.00 |
| Ernest Cisneros | $200.00 |
| Mayra Johnson | $200.00 |
| Erica F. Pedraza | $130.00 |
| Rhonda White | $130.00 |

# Exhibit "3"



## ATTORNEY BIOGRAPHIES

### PARTNERS

**WILLIAM G. MALCOLM**

William G. Malcolm is a co-founding member of the Firm and was born in Palo Alto, California in 1959.  He received his Bachelor of Science and Juris Doctor from the University of Santa Clara in 1982 and 1985, respectively.  Mr. Malcolm was admitted to the State Bar of California in 1987 and the State Bar of Texas in 2005. He is also admitted to practice in the Fifth and Ninth Circuit Courts of Appeal, and the United States Supreme Court.

Mr. Malcolm served as Law Clerk to both the Honorable Richard Mednick, U.S. Bankruptcy Court Judge for the Central District of California, Los Angeles Division, and the Honorable John E. Ryan, U.S. Bankruptcy Court Judge for the Central District of California, Santa Ana Division. Mr. Malcolm has served as a mediator in the Central District Bankruptcy Mediation Program. He was also chosen by Freddie Mac to serve on its prestigious Default Advisory Group in the lawyer designate position for a one-year term (only one lawyer is chosen throughout the country).

Mr. Malcolm has served as a member of the Orange County Bankruptcy Forum's Special Projects Committee, providing continuing education to members of the Bankruptcy bar. He has co-authored continuing education materials for the California Continuing Education of the Bar on the topic of Complex Bankruptcy Litigation. Mr. Malcolm has also served as a Board of Governor for Legatus International, a Catholic organization of approximately 1600 CEO's and managing partners.

Memberships: Mortgage Banerk's Association; Orange County Bar Association; Orange County Bankruptcy Forum; and the Inland Empire Bankruptcy Forum.


**ARTURO M. CISNEROS**

Arturo M. Cisneros is a co-founding member of the Firm and was born in San Bernardino, California in 1959.  He received his Bachelor of Arts and Juris Doctor from the University of California, Los Angeles in 1981 and 1984, respectively.  Mr. Cisneros was admitted to the State Bar of California in 1985.  He is also admitted to practice before the Ninth Circuit Court of Appeals and the United States Supreme Court.

In 1984, Mr. Cisneros served as Law Clerk to the then Chief United States Bankruptcy Judge for the Central District of California, Los Angeles, the Honorable William J. Lasarow. He went on to serve as Law Clerk to the Honorable John J. Wilson, U.S. Bankruptcy Judge for the Central District of California, San Bernardino Division in 1985. Mr. Cisneros was also the Staff Attorney for the standing Chapter 13 Trustee in Santa Ana and San Bernardino Divisions of the U.S. Bankruptcy Court for the Central District of California.

In 1993, Mr. Cisneros was appointed to serve as a Bankruptcy Panel Trustee by the Office of the U.S. Trustee for the Central District of California, Riverside Division, a position in which he continues to serve. Mr. Cisneros also served as a Central District Lawyer Representative to the Ninth Circuit Judicial Conference from 1996-1998. He formerly served as President of the Inland Empire Bankruptcy Forum, President of the Hispanic Bar Association of Orange County, and was previously on the Board of Directors of the Los Angeles Chapter of the Mexican-American Bar Association. He is also a founding member of the Hispanic Education Endowment Fund of Orange County.

The legal publication *Martindale-Hubbell* has awarded Mr. Cisneros an "AV" rating based upon the recommendations of fellow attorneys, recognizing him for excellence in both legal practice and professional ethics.

Memberships: Federal Bar Association; Riverside County Bar Association; Orange County Bar Association; President's Circle of the National Association of Bankruptcy Trustees; and the Inland Empire Bankruptcy Forum.


## NATHAN F. SMITH

Nathan F. Smith is a Partner with the Firm. He was born in East Grand Rapids, Michigan, and received his Bachelor of Arts in Political Science, with a Minor in History, from Western Michigan University in 2005. In 2009, Mr. Smith earned his Juris Doctor from Chapman University School of Law, where he was the recipient of the Tax Law Emphasis Certificate, the CALI Excellence for the Future Award, and the Commitment to Service, Pro Bono Award. Mr. Smith also served a judicial externship to the Honorable Theodor C. Albert, United States Bankruptcy Court Judge for the Central District of California, Santa Ana Division.

Mr. Smith joined the Firm as a Summer Associate in 2008 and became an Associate upon his admission to the California Bar in 2009. Mr. Smith specializes in the representation of financial institutions in bankruptcy proceedings, civil litigation, contract negotiations, judicial foreclosure actions, receivership matters, and state and federal appeals. He has extensive experience in Chapter 11 business reorganization proceedings as well as consumer bankruptcy proceedings under Chapters 7, 12, and 13, and is a Certified Bankruptcy Specialist by the State Bar of California Board of Legal Specialization. Mr. Smith also serves as a Subchapter V, Chapter 11 Trustee in the United States Bankruptcy Court for the District of Nevada.

In addition to California, Mr. Smith is admitted to practice in Washington (2010); Minnesota (2011); Hawaii (2011); Oregon (2012); Nevada (2012); Arizona (2012); Michigan (2013); Colorado (2015); Texas (2015); and New Mexico (2015); and before the Third, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuit Courts of Appeal; the United States Supreme Court; and the United States Tax Court.  Mr. Smith is also a licensed real estate broker in the State of California.

Memberships: National Association of Bankruptcy Trustees; American Bankruptcy Institute; American Bar Association (Business Bankruptcy Committee); Orange County Bar Association; Los Angeles County Bar Association; Orange County Bankruptcy Forum; Los Angeles County Bankruptcy Forum; Inland Empire Bankruptcy Forum; Multnomah County Bar Association; and King County Bar Association.

## NICOLAS MATAYRON

Nicolas Matayron is a partner with the Firm.  Mr. Matayron was born in Montauban, France and received his License in Law, the equivalent of a LL.B, in nearby Toulouse. Mr. Matayron went on to receive a Master in International Business Law from the University of Paris-1-Sorbonne and an advanced Master in Business Law and Management from the ESSEC Business School in Paris.   Mr. Matayron trained in international franchise law contracts, particularly FTC regulations and international transactions, at a Parisian law firm, later working at the corporate headquarters of a European bank where he focused on intellectual property contractual schemes, consumer law, and banking law compliance.

In 2009, Mr. Matayron received his LL.M in Comparative Law from the University of San Diego, School of Law. Mr. Matayron has been a member of the State Bar of New York since 2010, of the State Bar of California since 2015 and of the State Bar of Washington since 2019. Mr. Matayron is admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

Memberships: Orange County Bar Association; Los Angeles County Bar Association.

## SENIOR COUNSEL

## CHARLES W. NUNLEY

Charles W. Nunley is a senior litigation attorney with the Firm.  Mr. Nunley has significant experience representing financial institutions in matters involving lender liability claims, alleged unlawful foreclosure and unfair debt collection, unlawful eviction, title disputes, probate litigation, creditor claims in bankruptcy adversary proceedings, code violations, title insurance claims and commercial and residential receiverships.  Mr. Nunley is responsible for handling pretrial litigation, mediation, settlement, trial, and appellate matters within in the state and federal courts of California.

Mr. Nunley earned his Juris Doctor from Santa Clara University in 1983 and is admitted to practice before all state and federal courts in California.

Before joining the Firm in 2008, Mr. Nunley was a trial attorney in private practice and participated in jury and court trials of landmark intellectual property and securities cases as well as mass toxic tort matters.  Over the past 25 years, Mr. Nunley has focused exclusively on representing secured lenders and servicers in the state and federal courts of California, Oregon, Washington, Nevada, and Arizona.

Memberships: Los Angeles Bar Association and the Santa Clara County Bar Association.

**HYDEE J. RIGGS**

Hydee J. Riggs has significant experience in the area of bankruptcy law including the representation of numerous Chapter 7 Trustees and secured and unsecured creditors in Chapter 7, 11, and 13 bankruptcy proceedings and litigation.  Ms. Riggs further specializes in business litigation, including real estate, commercial and collection matters, creditors' rights, and the representation of receivers.

Ms. Riggs received her undergraduate degree from the University of Southern California and earned her Juris Doctor from Loyola Law School of Los Angeles.  She is licensed to practice in the State of California, the United States Supreme Court, and the United States District Courts in the Northern, Eastern, Central, and Southern Districts of California.

Ms. Riggs has further prepared and presented numerous legal education seminars and authored various legal articles in the areas of her specialization.

Memberships: Orange County Bar Association, Bankruptcy and Business Litigation Sections; Orange County Bankruptcy Forum; and the Inland Empire Bankruptcy Forum.

**GRANT COURTNEY**

Grant Courtney is a senior attorney with the Firm's Foreclosure Mediations Department.  In 1981, Mr. Courtney received his Bachelor of Arts from Harvard University.  He earned his Juris Doctor in 1986 from Universiry of Notre Dame.

Mr. Courtney has significant experience representing financial institutions in matters involving bankruptcy proceedings, state and federal receiverships, commercial litigation, real estate foreclosures, collection actions and replevin/garnishment.  Mr. Courtney is responsible for handling foreclosure actions (including mediations) in Washington..

Over the years, Mr. Courtney has focused on representing primarily secured and unsecured creditors, lending institutions and bankruptcy trustee in bankruptcy practice and commercial transactions and commercial litigation.  Mr. Courtney is admitted to practice before the state and federal courts in Washington since 1986 and the State of Oregon since 2017, respectively.

Memberships: American Bar Association; Washington State Bar Association and American Bankruptcy Institute

**KRIS J. SUNDBERG**

Kris J. Sundberg is the Firm's managing senior attorney in Washington. He earned his bachelor degree in economics from the University of Washington in 1972. His Juris Doctor degree was awarded by the Marshall-Wythe School of Law, College of William and Mary in 1976. Mr. Sundberg is a member of the Virginia Bar (inactive), District of Columbia Bar (inactive), Washington Bar and Oregon Bar. He has practiced in the field of real estate law for over 30 years and has extensive experience with foreclosures, judgment executions and foreclosure prevention mediations.

**SAMUEL R. BURTON**

Samuel R. Burton is an associate in the Firm's Foreclosure Mediations Department. Mr. Burton was born in Stockton, California and raised in the Portland, Oregon area. In 2003, Mr. Burton received his Bachelor of Arts in History from Western Oregon University.  He earned his Juris Doctor in 2009 from Valparaiso Law School.  While attending Valparaiso Law School, Mr. Burton worked for an immigration attorney in Chicago working with people from all over the world.

After law school, Mr. Burton returned to Oregon and began working on judicial foreclosures. Later in 2014 Mr. Burton transitioned to a full time mediations attorney in the Oregon Foreclosure Avoidance Program. Mr. Burton's mediation experience in the Oregon Foreclosure Avoidance Program includes attending mediations, working directly with borrowers, and a vast experience in navigating the pre-foreclosure process.  Mr. Burton was admitted to the Oregon State Bar in 2013, and is admitted to practice in the United States District Court for the District of Oregon.

**ASSOCIATES**

**BRIAN THOMLEY**

Brian Thomley is a senior associate in the Firm's Civil Litigation Department.  Mr. Thomley graduated *magna cum laude* from the University of North Carolina at Charlotte in 2004, with a Bachelor of Arts in Religious Studies.  He earned his Juris Doctor from Chapman University School of Law in 2009, having graduated second in his class.  Mr. Thomley was Production Editor for the Chapman Law Review and authored the Comment, *Nothing is Sacred: Why Georgia and California Cannot Bar Contractual Jury Waivers in Federal Court*, 12 Chap. L.

Rev. 127 (2008).  He was a member of the Moot Court Honors Board, and participated in the national Conrad Duberstein Bankruptcy Competition.  He served as an extern for the Honorable Robert N. Kwan of the U.S. Bankruptcy Court for the Central District of California.

Upon graduation, Mr. Thomley served as law clerk for Judge Kwan from 2009-2010.  He assisted Judge Kwan with Bankruptcy Appellate Panel matters, and contributed to an opinion on the burden of proof applicable to objections to exemptions on the ground of bad faith, *Tyner v. Nicholson (In re Nicholson)*, 435 B.R. 622 (9th Cir. BAP 2010).

Mr. Thomley manages the Firm's appellate practice and authored briefs in opinions, such as *Herrera v. Federal National Mortgage Association*, 205 Cal. App. 4th 1495 (2012) and *Chavez v. IndyMac Mortgage Services*, 2013 WL 5273741 (Ct. App. Sept. 19, 2013).  He is a member of both the State Bar of California and the State Bar of North Carolina.  He is admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

**CHRISTINA J. KHIL**

Christina J. Khil is an associate in the Firm's Bankruptcy Department and was raised in Los Angeles County, California.  In 2002, Ms. Khil received her Bachelor of Arts in Criminology, Law and Society, with a Minor in History from the University of California, Irvine.  She earned her Juris Doctor in 2009 from Whittier Law School, where she received a Business Law Emphasis Certificate.  While attending Whittier Law School, Ms. Khil was the Articles Editor of the Whittier Journal of Child and Family Advocacy.

Ms. Khil joined the Firm in 2010 and specializes in the representation of financial institutions in bankruptcy proceedings, post-sale litigation and claim matters.  Ms. Khil's experience in the area of bankruptcy law further includes the representation of Chapter 7 trustees, involving asset review, debtor examinations, settlement negotiations and obtaining approval of compromises, sale of estate assets, turnover of estate assets and adversary proceedings.  Ms. Khil was admitted to the State Bar of California in 2009, and is admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts California.

Memberships: Orange County Bar Association; Inland Empire Bankruptcy Forum.

**MELISSA SGROI**

Melissa Sgroi is an associate in the Firm's Civil Litigation Department. Ms. Sgroi graduated from the Santa Clara University, with a Bachelor of Arts in Philosophy and a Bachelor of Science in Political Science in 2005. She earned her Juris Doctor from Santa Clara University School of Law in 2009 with honors.  Ms. Sgroi participated in Santa Clara's Law Review and was the Secretary of Santa Clara's Student Bar Association. She was also a member of the Moot Court Honors Society.

Upon graduating from law school, Ms. Sgroi worked on bankruptcy and appellate matters in Michigan before returning to California to join the Firm's Civil Litigation Division. At the Firm, she has managed the unlawful detainer department while litigating cases on behalf of owners to recover possession of rent control, residential and commercial assets. She has also litigated complex matters on behalf of lenders to defend their interests in real and personal property disputes, and reviewed and analyzed mortgage transactions and closing of loans to fund acquisition, development and construction of commercial and residential real estate.

She is a member of the State Bar of California and admitted to practice in the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

Memberships: Orange County Bar Association and Santa Clara Bar Association

**ESTHER TORRES SMITH**

Esther Torres Smith is an associate in the Firm's Judicial Foreclosure and Litigation Departments and was raised in Riverside County, California. In 2004, Mrs. Smith received her Bachelor of Arts in Political Science with an emphasis in Law and Society from the University of California, Riverside. She earned her Juris Doctor in 2008 from Western State University College of Law, where she received a Pro Bono Assistance Award. While attending Western State University College of Law, Mrs. Smith was a law clerk with Inland Empire Latino Lawyers Association assisting with their civil litigation and unlawful detainer departments.

Before joining the Firm, Mrs. Smith was Debtor's counsel at a small law firm in Murrieta, California. Mrs. Smith joined the Firm in 2013 as one of the attorney managers for the judicial foreclosure department. In addition to managing the judicial foreclosure department, Mrs. Smith has expanded her role to assisting with mediations and litigation cases.

Mrs. Smith was admitted to the State Bar of California in 2009 and is admitted to practice in the United States District Court for the Central District of California.

Memberships: Inland Empire Bankruptcy Forum

**DENISE LEE**

Denise Lee is an associate attorney in the Firm's Judicial Foreclosure Department. Born and raised in Orange County, California, she received her Bachelor of Arts in International Studies-Political Science and History from the University of California, San Diego. In 2013, she earned her Juris Doctor from Southwestern University School of Law where she received recognition for her commitment to public service. During her time at law school, Ms. Lee interned with the Orange County Public Defender's Office, and served as a judicial extern for United States Magistrate Judge Stephen J. Hillman in the United States District Court, Central District.

Ms. Lee was admitted to the State Bar of California in 2014, and is admitted to practice in the United States District Courts for the Central and Northern Districts. She joined the Firm in 2017 and specializes in judicial foreclosure proceedings. Prior to joining the Firm, Ms. Lee practiced in the areas of general business, civil litigation, and employment law representing businesses and employers.

## LAW CLERK

### ADAM SOHN

Adam graduated from Luther College in Decorah, Iowa in 2009 with a Bachelor of Arts in Biology.  In 2012, Mr. Sohn received earned his Juris Doctor from the University of Iowa College of Law and was admitted to practice in Iowa in 2013 prior to relocating to California. Mr. Sohn joined Malcolm Cisneros in February of 2016 as a law clerk in the Bankruptcy Department, and he has primarily worked on motions for relief from stay, plan reviews, and plan objections, as well as assisting with Chapter 11 Sub V Trustee matters.  Prior to joining the firm, Mr. Sohn worked for Wells Fargo Bank and another Orange County law firm that focused primarily on bankruptcy matters.

### RYLIA TJOKROSOEHARTO

Rylia Tjokrosoeharto, a law clerk with the Firm's Title Department, received her Bachelor of Arts Degree in Political Science from the University of California, Riverside in 2003, and earned her Juris Doctorate from Trinity Law School in 2008. Mrs. Tjokrosoeharto has been employed for over ten years in civil litigation law firms in Orange County, specializing in civil litigation, construction defect and insurance defense, representing a number of prominent home developers and construction related companies, where she coordinated and managed complex multi-party litigation cases up to trial.

## PARALEGALS

### MELISSA D. FUSCO

Melissa D. Fusco is a paralegal, and Director of the Litigation Department of the Firm currently encompassing the subprocesses of Judicial Foreclosures, Mediations, Probate, Quality Control and Compliance.  Prior to that Ms. Fusco was the Manager of the Freddie Mac Designated Counsel Program for California and Nevada, and launched the eviction processes for the Firm. Ms. Fusco was born in New Haven, Connecticut in 1959, and received her Bachelor of Arts in History from California State University, Fullerton in 1983.  In 1984, she received her paralegal certificate from the University of San Diego.  Prior to joining the Firm, Ms. Fusco was employed at a prominent Orange County bankruptcy and commercial litigation firm, where she managed the consumer bankruptcy department and bankruptcy litigation paralegal.

- 8 -

**ERNEST R. CISNEROS**

Ernest R. Cisneros is a paralegal and the Director of the Firm's Bankruptcy Department.  Mr. Cisneros was born in San Bernardino, California in 1967, received his Bachelor of Arts in Political Science from the University of California, Los Angeles in 1989, and attended law school at Western State University.  Prior to joining the Firm, Mr. Cisneros served as a legal research analyst to Shannon J. Haney, the Chapter 13 Trustee for the San Bernardino and Santa Ana Divisions of the Central District.  Mr. Cisneros is the Director of the Firm's Bankruptcy Department.

**MAYRA JOHNSON**

Mayra Johnson received her Bachelor of Arts Degree in Political Science from the University of California, Riverside in 2008.  Prior to joining the Firm, Ms. Johnson served as a bankruptcy legal assistant to a firm specializing in debtor representation.  Ms. Johnson joined the Firm in May of 2014 as an administrative assistant in the Trustee Department at the Riverside office, and was promoted to Trustee Administrator in 2015.  Ms. Johnson is a member of the Inland Empire Bankruptcy Forum and a Notary Public.

**ERICA F. PEDRAZA**

Erica F. Pedraza, a paralegal, was born in Walla Walla, Washington in 1981.  Ms. Pedraza received her Associates of Arts Degree in Paralegal Studies from Santa Ana College in 2005.  Ms. Pedraza is currently a supervisor in the Bankruptcy Department.  Ms. Pedraza's emphasis is relief from stay matters but she also has experience preparing proofs of claim, objections to claim, and objections to confirmation.  Ms. Pedraza also assists attorneys with pleadings related to representation of bankruptcy trustees.  Ms. Pedraza also handles matters related to surplus proceeds from foreclosure sales.

**RHONDA WHITE**

Rhonda White is a bankruptcy supervisor at the Firm and was born in Stanton, California in 1963.  Ms. White began her legal career in July, 1998 as a paralegal in a firm representing creditors in bankruptcy matters and has acquired extensive experience in the bankruptcy field for more than nineteen years.  In May 2000, Ms. White received her paralegal certificate and Associate in Arts degree from Saddleback College, Mission Viejo.  Ms. White joined the Firm in December, 2014 as a supervisor in the Bankruptcy Department.

Exhibit "4"

**Malcolm Cisneros**

2112 Business Center Drive
Irvine, CA 92612
Telephone: (949) 252-9400  Fax: (949) 252-1032

Attn:                                                    July 12, 2024
A. Cisneros, Trustee                          File No.:  MC117219
3403 Tenth Street
Suite 714
Riverside, CA 92509

---

Invoice #:   116914

File Name:  CIS/Stonebridge (7)                    Case No.:8:22-bk-11556-TA

---

COSTS

Amount

Copies

| | | |
|---|---|---:|
| 5/3/2023 | Copy charges for Notice of Continued Employment of Professionals. | 30.60 |
| 6/13/2023 | Copy charges for Notice of Motion to Sell Estate Property. | 2.40 |
| | Copy charges for Motion to Sell Estate Property. | 27.60 |
| | Copy charges for Notice of Hearing on Motion to Sell Estate Property. | 43.20 |
| | Copy charges for Supplemental Notice of Hearing via Zoom on Motion to Sell Estate Property. | 21.60 |
| 6/20/2023 | Copy charges for Declaration of Joey Arsanato re: Motion to Sell. | 1.20 |
| | Copy charges for final report of post-petition debts. | 30.60 |
| 7/3/2023 | Copy charges for Reply to Opposition. | 2.40 |
| | Copy charges for Evidentiary Objection. | 2.40 |
| 7/10/2023 | Copy charges for Notice of Qualified Overbidders. | 1.20 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

|  |  | Amount |
|---|---|---|
| 7/12/2023 | Copy charges for Notice of Continued Hearing. | 20.80 |
|  | Copy charges for Supplemental Notice of Continued Hearing via Zoom. | 20.80 |
| 7/18/2023 | Copy charges for Supplemental Brief in Support of Trustee's Motion for Order Authorizing Sale of Real Property. | 4.00 |
| 8/1/2023 | Copy charges for Notice of Lodgment of Order on Motion to Sell 2 Makena Free and Clear. | 2.40 |
| 10/4/2023 | Copy charges for Notice of Hearing re: Motion to Approve Compromise Under rule 9019. | 37.20 |
|  | Copy charges for Motion to Approve Compromise Under Rule 9019. | 12.80 |
|  | Copy charges for Notice Supplemental Notice of Hearing to held remotely using Zoom. | 24.80 |
| 10/17/2023 | Copy charges for Motion to Disburse. | 10.00 |
|  | Copy charges for Notice of Hearing on Motion to Disburse. | 38.40 |
|  | Copy charges for Zoom notice. | 25.60 |
| 11/3/2023 | Copy charges for Notice of Lodgment, Motion to Approve Compromise Under Rule 9019. | 3.60 |
| 1/8/2024 | Copy charges for Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum of Points and Authorities. | 34.00 |
|  | Copy charges for Notice of Motion to Dismiss. | 1.00 |
|  | Copy charges for Notice of Hearing to be Held Remotely via Zoom. | 1.00 |
| 1/9/2024 | Copy charges for Amended Notice Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum of Points and Authorities. | 1.00 |
|  | Copy charges for Amended Notice of Hearing. | 1.00 |

A. Cisneros, Trustee

File No.:      MC117219

Invoice No.:   116914

| | | Amount |
|---|---|---:|
| 1/9/2024 | Copy charges for Amended Notice of Hearing via Zoom. | 1.00 |
| 2/8/2024 | Copy charges for Reply to Opposition. | 1.40 |
| | | _____ |
| | SUBTOTAL: | 404.00 |
| | **Deposition Costs** | |
| 7/11/2023 | Deposition Transcript charges for Monika Jensen. | 950.00 |
| | | _____ |
| | SUBTOTAL: | 950.00 |
| | **Filing Costs** | |
| 6/13/2023 | Filing fees for Motion to Sell. | 188.00 |
| 8/15/2023 | eFiling fees for Certified Copy fee at US Court. | 11.00 |
| | | _____ |
| | SUBTOTAL: | 199.00 |
| | **Overnight Mail** | |
| 7/6/2023 | FedEx overnight charges for delivery of documents to United States Bankruptcy Court | 69.98 |
| | | _____ |
| | SUBTOTAL: | 69.98 |
| | **Postage** | |
| 5/3/2023 | Postage charges for Notice of Continued Employment of Professionals. | 30.60 |
| 6/13/2023 | Postage charges for Notice of Motion, Motion to Sell Estate Property, Notice of Hearing and Supplemental Notice of Hearing via Zoom. | 55.08 |
| 6/20/2023 | Postage charges for Declaration of Joey Arsanato re: Motion to Sell. | 3.60 |

A. Cisneros, Trustee

File No.:    MC117219

Invoice No.:    116914

| | | Amount |
|---|---|---:|
| 6/20/2023 | Postage charges for final report of post-petition debts. | 30.60 |
| 7/3/2023 | Postage charges for Reply to Opposition and Evidentiary Objection. | 3.60 |
| 7/10/2023 | Postage charges for Notice of Qualified Overbidders. | 3.78 |
| 7/12/2023 | Postage charges for Notices of Continued Hearing and Hearing via Zoom. | 32.76 |
| 7/18/2023 | Postage charges for Supplemental Brief in Support of Trustee's Motion for Order Authorizing Sale of Real Property. | 5.61 |
| 8/1/2023 | Postage charges for Notice of Lodgment of Order on Motion to Sell 2 Makena Free and Clear. | 3.78 |
| 10/4/2023 | Postage charges for Notice of Hearing, Motion and Notice of Hearing via Zoom. | 48.66 |
| 10/17/2023 | Postage charges for Motion to Disburse, Notice on Hearing on Motion and Zoom notice. | 51.69 |
| 11/3/2023 | Postage charges for Notice of Lodgment, Motion to Approve Compromise Under Rule 9019. | 5.67 |
| 1/8/2024 | Postage charges for Notice of Motion and Motion to Dismiss, Notice of Zoom Hearing. | 13.95 |
| 1/9/2024 | Postage charges for Amended Notices. | 3.15 |
| 2/8/2024 | Postage charges for Reply to Opposition | 1.63 |

SUBTOTAL:                                                              294.16

TOTAL COSTS                                                        $1,917.14