| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address<br>**Summer Shaw, Esq. (SBN 283598)**<br>**Alina Mamyluk, Esq. (SBN 284154)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**Telephone No: (760) 610-0000**<br>**Facsimile No: (760) 687-2800**<br>**Email: ss@shaw.law**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorneys for: Debtor, Stonebridge Ventures, LLC* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br>Debtor(s). | CASE NO.: **8:22-bk-11556-TA**<br>CHAPTER __7__<br><br>***AMENDED* NOTICE OF HEARING (to correct hearing time only) ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>**[11 U.S.C. § 331 OR § 330]**<br>**WITH ATTACHED SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**: ☐ See attached page for information on additional applicants
   a. Name of Applicant (*specify*):  **Shaw & Hanover, PC**
   b. Amount of fees requested: $ **22,2150.00**
   c. Amount of costs requested: $ **308.08**
   d. Period covered by Application (*specify*):  September 9, 2022 through April 2, 203
   e. Address of Applicant (*specify*):  44901 Village Court, Ste. B, Palm Desert, CA 92260
   (*If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant*)

2. Hearing Date: **08/06/2024**   Time: **11:00 a.m.**   Courtroom: **5B**   Floor: **5th**
   ☐ 255 East Temple Street, Los Angeles, CA 90012         ☒ 411 West Fourth Street, Santa Ana, CA 92701
                                                                                                        *Via Zoom pursuant to Docket No 310*
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 1    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

3. **Deadline for Opposition Papers:** If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: **July 16, 2024**

**SHAW & HANOVER, PC**
Print name of law firm

/s/ Summer Shaw
Signature

**Summer Shaw, Esq.**
Print name of attorney

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Summer Shaw, Esq. (SBN 283598)**<br>**Alina Mamyluk, Esq. (SBN 284154)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**Telephone No: (760) 610-0000**<br>**Facsimile No: (760) 687-2800**<br>**Email: ss@shaw.law**<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE: August 6, 2024<br>HEARING TIME: 11:00 a.m.<br><br>☐ Movant intends to appear in person |

**Movant:** SUMMER SHAW, SHAW & HANOVER, PC., ATTORNEY FOR DEBTOR

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Theodor C. Albert, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES (docket entry #312)**

2. **Please be advised that the Court will conduct the hearing using ZoomGov audio and video technology**. Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. **If a responding party wishes to appear in person advance notice is required.** The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the motion.

4. Case participants may connect using ZoomGov video and audio free of charge using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

5. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

6. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

7. In contrast, by mandate of the Administrative Office of the United States Courts, members of the public and the media may only connect to the ZoomGov audio feed, and only by telephone.  Access to the video feed by these individuals is prohibited.  In the case of a trial or evidentiary hearing, no audio access will be provided.  However, members of the public and the media may observe such proceedings in person (with advance notice to chambers).

8. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

9. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

10. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

11. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL: https://cacb.zoomgov.com/j/1605285786

    Meeting ID: 160 528 5786

    Password: 850335

    Telephone: 1 (669) 254 5252 or 1 (646) 828 7666

12. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: July 17, 2024

Shaw & Hanover, PC
Printed name of law firm (if applicable)

Summer Shaw
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **44901 Village Court, Suite B, Palm Desert, CA 92260**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY SHAW & HANOVER, PC AS GENERAL COUNSEL; DECLARATIONS OF SUMMER SHAW IN SUPPORT THEREOF WITH ATTACHED SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **07/17/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Robert M Aronson**      robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
**James C Bastian**      jbastian@shulmanbastian.com
**Arturo Cisneros**      arturo@mclaw.org, CACD_ECF@mclaw.org
**Arturo Cisneros (TR)**      amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Arturo Cisneros (TR)**      , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Ethan Friedman**      ethan.friedman@fnf.com
**Nicholas W Gebelt**      ngebelt@goodbye2debt.com
**Michael J Hauser**      michael.hauser@usdoj.gov
**Christopher Hewitt**      hewittesq@yahoo.com, 5063741420@filings.docketbird.com
**Rika Kido**      rkido@shulmanbastian.com, avernon@shulmanbastian.com
**Zi Chao Lin**      zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
**William Malcolm**      bill@mclaw.org, cvalenzuela@mclaw.org
**Richard A Marshack**      rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
**W. Derek May**      wdmlaw17@gmail.com, r48266@notify.bestcase.com
**David W. Meadows**      david@davidwmeadowslaw.com
**Thomas J Polis**      tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
**Hamid R Rafatjoo**      hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
**Lee S Raphael**      ecfcca@ecf.courtdrive.com, cmartin@pralc.com
**Timothy M Ryan**      tryan@theryanfirm.com, ecf@theryanfirm.com
**Allan D Sarver**      ADS@asarverlaw.com
**Summer M Shaw**      ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
**Nathan F Smith**      nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
**Michael G Spector**      mgspector@aol.com, mgslawoffice@aol.com
**Diana Torres-Brito**      dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
**United States Trustee (SA)**      ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**      cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **07/17/2024**   I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

| | | |
|---|---|---|
| **HONORABLE JUDGE'S COPY**<br>Honorable Theodor Albert<br>United States Bankruptcy Court<br>411 West Fourth Street, Suite 5085<br>Santa Ana, CA 92701-4593 | **MANUAL NOTICE LIST**<br>AB Capital, LFD, Inc.<br>15 Corporate Plaza, Suite 200<br>Ryan Young<br>Newport Beach, CA 92260 | **MANUAL NOTICE LIST**<br>Motunrayo D Akinmurele<br>Tucker Ellis LLP<br>515 South Flower Street<br>Forty-Second Floor<br>Los Angeles, CA 90071 |
| **MANUAL NOTICE LIST**<br>Brentwood Finance Company, LLC<br>15 Corporate Plaza, Suite 200<br>Ryan Young<br>Newport Beach, CA 92260 | **MANUAL NOTICE LIST**<br>Joseph Colangelo<br>15 Corporate Plaza, Suite 200<br>Ryan Young<br>Newport Beach, CA 92260 | **MANUAL NOTICE LIST**<br>Malcolm Cisneros<br>A Law Corporation<br>2112 Business Center Drive<br>Second Floor<br>Irvine, CA 92612 |
| **MANUAL NOTICE LIST**<br>Brian Thompson<br>Winterstone Real Estate Development<br>23792 Rockfield Blvd., Ste. 101<br>Lake Forest, CA 92630 | | |

☒ Service information continued on **attached pages 5-9**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/17/2024 | Teresa Stone | *[signature]* |
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 4                    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

```
Label Matrix for local noticing          AB Capital, LTD, Inc.                    Baiocchi Family Limited Partnership at al
0973-8                                   15 Corporate Plaza, Suite 200            Prober & Raphael, A Law Corporation
Case 8:22-bk-11556-TA                    Ryan Young                               20750 Ventura Boulevard #100
Central District of California           Newport Beach, CA 92660-7941             Woodland Hills, CA 91364-6207
Santa Ana
Mon Jul 15 17:51:13 PDT 2024

Brentwood Finance Company, LLC           Brentwood Finance Company, LLC           Malcolm Cisneros
15 Corporate Plaza, Suite 200            c/o Law Offices of David W. Meadows      A Law Corporation
Ryan Young                               1801 Century Park East                   2112 Business Center Drive
Newport Beach, CA 92660-7941             Suite 1201                               Second Floor
                                         Los Angeles, CA 90067-2314               Irvine, CA 92612-7135

Qwan Capital, LLC                        Qwan International Investments, LLC      Renewable Farms, Inc.
c/o Hamid R. Rafatjoo                    c/o Hamid R. Rafatjoo                    468 S. Coate Road
Raines Feldman LLP                       Raines Feldman LLP                       Aaron Flora
1800 Avenue of the Stars                 1800 Avenue of the Stars                 Orange, CA 92869-4701
12th Floor                               12th Floor
Los Angeles, CA 90067-4200               Los Angeles, CA 90067-4200

                                         DEBTOR
                                         Stonebridge Ventures, LLC
                                         15 Corporate Plaza Drive, Suite 200
                                         Newport Beach, CA 92660-7941

17 Properties I, LLC
30855 Olympic Place                      AB Capital Fund B, LLC
Laguna Niguel, CA 92677-2452             15 Corporate Plaza Drive, Suite 200
                                         Newport Beach, CA 92660-7941


AB Capital, LLC                                                                   AB Capital, LLC
Attn: Agent for Service of Process                                                Attn: Officer, Director or
15 Corporate Plaza                                                                Managing Agent
Suite 200                                                                         15 Corporate Plaza, Suite 200
Newport Beach, CA 92660-7941                                                      Newport Beach, CA 92660-7941

                                                                                  Alisa Arkenberg
                                                                                  7933 E. B#ker Drive
                                                                                  Scottsdale, AZ 85266


                                         Alisa Lee Arkenberg                      Andrew D. & Karen L. Hermann Trust, dated 3/
                                         7933 E Baker Drive                       3860 Fuchsia Circle
                                         Scottsdale, AZ 85266-2255                Seal Beach, CA 90740-2907


Baiocchi Family Limited Partnershi                                                Baiocchi Family, LP
c/o Lenders T.D. Service, Inc.                                                    600 Hudson Lane
24422 Avenida De La Carlota, #280                                                 Aptos, CA 95003-2729
Laguna Hills, CA 92653-3603



                                         Brad Bunten
                                         9241 Copenhaver Drive
                                         Potomac, MD 20854-3016
```

```
Brentwood Finance Comany LLC                                            Brentwood Finance Company, LLC
Attn: Officer, Director or                                              Attn: Agent for Service of Process
Managing Agent                                                          180 S. Spruce Avenue, Suite 155
180 S. Spruce Avenue, Suite 155                                         South San Francisco, CA 94080-4558
South San Francisco, CA 94080-4558
```



```
                                         California Department of Tax and         Cory Graham Sottek
                                         Fee Administration                       640 Altamira Court
                                         Special Ops, MIC:55                      Vista, CA 92081-6310
                                         PO Box 942879
                                         Sacramento, CA 94279-0055

Darryl Lewis ahd Sanna Akhtanova         Darryl Lewis and Sanna Akhtanova         Darryl Lewis and Sanna Akhtanova
301 N. Palm Canyon Drive Suite 103-395   301 N. Palm Canyon Drive                 c/o Polis & Associates
Palm Springs, CA 92262-5672              Suite 103-395                            Attn: Thomas J. Polis
                                         Palm Springs, CA 92262-5672              19800 MacArthur Blvd., Ste. 1000
                                                                                  Irvine, CA 92612-2433
```



```
                                         Darryl Lewis and Sanna Akhtanova         Employment Development Department
                                         c/o Thomas J. Polis                      Bankruptcy Group MIC92E
                                         19800 MacArthur Blvd., Ste. 1000         P.O. Box 826880
                                         Irvine, CA 92612-2433                    Sacramento, CA 94280-0001

FRANCHISE TAX BOARD                      Forge Trust Company CFBO                 Forge Trust Company CFBO
BANKRUPTCY SECTION MS A340               Donald Suskind IRA                       Donald Suskind IRA
PO BOX 2952                              1160 Industrial Road, #1                 1160 Industrial Road, 41
SACRAMENTO CA 95812-2952                 San Carlos, CA 94070-4128                San Carlos, CA 94070-4124

Garcia Rainey Blank & Bowerbank LLP                                               Geoffrey P. Field, Trustee of the
Attorneys for Darryl Lewis &                                                      Geoffrey P. Field Living Trust
Sanna Akhtanova                                                                   2100 Camino Vida Roble, Suite A
695 Town Center Drive, Suite 540                                                  Carlsbad, CA 92011
Costa Mesa, CA 92626-7692
```





```
                                         INTERNAL REVENUE SERVICE                 Internal Revenue Service
                                         P.O. BOX 7346                            Centralized Insolvency Operation
                                         PHILADELPHIA, PA 19101-7346              PO Box 7346
                                                                                  Philadelphia, PA 19101-7346

                                         Ira M. Hermann/ The Hermann Family Trust JLoanCo, Inc.
                                         1 Lucca                                  Attn: Agent for Service of Process
                                         Laguna Niguel, CA 92677-9030             3780 King Ranch Road
                                                                                  Ukiah, CA 95482-9200

JLoanCo, Inc.                            Jaclyn Maduff
Attn: Officer, Director or               2128 Duxbury Circle
Managing Agent                           Los Angeles, CA 90034-1014
3780 King Ranch Road
Ukiah, CA 95482-9200
```



```
Jaclyn Maduff, Trustee of the            Jean Himmelstein, Trustee of the         Jeffrey McNutt
Jaclyn Maduff Family Trust               Jeannette Himmelstein Living Trust       6311 Sierra Elena Roas
2128 Duxbury Circle                      10100 Galaxy Way, #2240                  Irvine, CA 92603-3926
Los Angeles, CA 90034-1014               Los Angeles, CA 90067-3528
```

Joe Colangelo
c/o Polis & Associates
19800 MacArthur Blvd, Suite 1000
Irvine, CA 92612-2433

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105-2005

Koonce Family Enterpriser LP
Barbara Holt, Advisor
517 E. Calle Laurles
Santa Barbara, CA 93105-2005

Koonce Family Enterprises
517 E Calle Laureles
Santa Barbara CA 93105-2005

Las Palmas Group Retirement Trust
Barry Nisen
1520 Shoreline Dr
Santa Barbara, CA 93109-2073

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190-0202

Las Palmas Group Retirement Trust
Barry Nisen, Trustee
PO Box 90202
Santa Barbara, CA 93190-0202

Lenders T.D. Service, Inc.
24422 Avenida De La Carlota, #280
Laguna Hills, CA 92653-3603

Linda T. Seckler-Rufkahr, Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596-9123

Luna Construction Management, LLC
Attn: Agent for Service of Process
501 S. Olive Street
Anaheim, CA 92805-4738



Luna Construction Management, LLC
Attn: Officer, Director or
Managing Agent
501 S. Olive Street
Anaheim, CA 92805-4738

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agen
501 S. Olive Street
Anaheim, CA 92805-4738

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511-8134



Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scrippp Lake Drive, #101
San Diego, CA 92131-1082

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131-1082

Mario Melillo
2404 Harbor Boulevard, #106
Costa Mesa, CA 92626-6212

Mario Melillo
2404 Harbor Boulevard, 4106
Costa Mesa, CA 92626-6212

Mary Jo Blue
2343 Iron Square Dr
Reno, NV 89521-8396

Monika Jensen
c/o Nicholas Gebelt
15150 Hornell Street
Whittier CA 90604-2245



Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside, CA 92056-4707



Renewable Farms
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
Attn: Officer, Director or
Managing Agent
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808-2277

Renewable Farms
c/o Michael G Spector
2122 N Broadway
Santa Ana CA 92706-2614

Renewable Farms,
Attn: Agent for Service of Process
2604 N. Tustin Avenue, Unit F
Santa Ana, CA 92705-1056

Richard A. Marshack, Trustee of AB Capital,
870 Roosevelt
Irvine, CA 92620-3663

Richard W. Walker
214 West 9th Street
Onaga, KS 66521-9624

Richard W. Walker
PO Box 420
Onaga, KS 66521-0420

Richard Walker
18124 Wedge Parkway #530
Reno, NV 89511-8134

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660-5105

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501-3609

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Matt Jennings Treasurer Tax Collect
4081 Lemon Street, 1st Floor
Riverside, CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501-3634

Robert Justin Enquist
7722 Drake Ridge
Kalamazoo, MI 49009-8966

State of California
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

State of California Franchise Tax Board
Bankruptcy Section MS A340
PO Box 295
Sacramento, CA 95812-0295

The Burrill Trust
156 Wadsworth Avenue
Santa Monica, CA 90405-3510

Thomas J. Polis, Esq.
19800 MacArthur Blvd., #1000
Irvine, CA 92612-2433

Treitler Family Trust, c/o Marc Treitler Tru
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131-1082

William R. Enquist Jr.
4014 Calle Louisa
San Clemente, CA 92672-4511

Zinda T. Seckler-RufkahrrTrustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596-9123

Allan D Sarver
Law Offices of Allan D. Sarver
16000 Ventura Blvd Suite 1000
Encino, CA 91436-2762



Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630-2868

Darryl Lewis
c/o Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612-2433

```
Diana Torres-Brito                  Joseph Colangelo                   Joseph Colangelo
Prober and Raphael, ALC             2 Makena                           15 Corporate Plaza, Suite 200
20750 Ventura Blvd.                 Rancho Mirage, CA 92270-3904       Ryan Young
Suite 100                                                              Newport Beach, CA 92660-7941
Woodland Hills, CA 91364-6207


Mary Jo Blue                        Monika Jensen
Law Offices Allan Sarver            c/o Law Offices of Nicholas Gebelt
16000 Ventura Blvd                  15150 Hornell Street
Suite 1000                          Whittier, CA 90604-2245
Encino, CA 91436-2762
```



```
Richard W Walker                    Saman Jilanchi                     Sanna Akhtanova
c/o Law Offices of Allan D. Sarver  c/o Hamid R. Rafatjoo              c/o Thomas J. Polis, Esq.
16000 Ventura Blvd                  Raines Feldman LLP                 Polis & Associates, APLC
Suite 1000                          1800 Avenue of the Stars           19800 MacArthur Blvd., Suite 1000
Encino, CA 91436-2762               12th Floor                         Irvine, CA 92612-2433
                                    Los Angeles, CA 90067-4200
```



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Arturo Cisneros (TR)
3403 Tenth Street, Suite 714
Riverside, CA 92501
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                     (u)Hahn Fife & Co, LLP             (u)Alisa Arkenberg
                                                                       Debtor will amend when
                                                                       information becomes available)


(u)Cory Graham Sottek               (d)Franchise Tax Board             (d)JLoanco, Inc.
Debtor will amend when              Bankruptcy Section MS A340         Attn: Agent for Service of Process
information becomes available)      PO BOX 2952                        3780 King Ranch Road
                                    Sacramento CA 95812-2952           Ukiah, CA 95482-9200


(d)JLoanco, Inc.                    (u)Jack D. Brewer                  (u)Jaclyn Maduff, Trustee of the
Attn: Officer, Director or          Debtor will amend when             Jaclyn Maduff Family Trust
Managing Agent                      information becomes available)     Debtor will amend when
3780 King Ranch Road                                                   information becomes available)
Ukiah, CA 95482-9200
```