WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*



**FILED & ENTERED**

AUG 01 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY**<br><br>**Hearing:**<br>Date: July 30, 2024<br>Time: 11:00 a.m.<br>Ctrm: Via Zoom Teleconference |

The Chapter 7 Trustee's, A Cisneros ("Trustee"), Motion to Approve Compromise of Controversy, filed on July 9, 2024 as Docket Entry 300, came on for hearing before the Court on July 30, 2024 at 11:00 a.m.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of A. Cisneros, Trustee, Nicholas Gebelt appeared on behalf of Monika Jensen, and Zi Chao Lin appeared on behalf of Brentwood Finance Company, LLC.

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof, noting that the Motion was unopposed, and for good cause appearing;

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.
2. The Settlement Agreement, attached as Exhibit "1" to the Trustee's Declaration in support thereof is APPROVED.

###

Date: August 1, 2024

Theodor C. Albert
United States Bankruptcy Judge

Order