Summer Shaw, Esq. (SBN 283598)
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260
Telephone No:(760) 610-0000
Facsimile No: (760) 687-2800
Email: ss@shaw.law
*Attorneys for Debtor, Stonebridge Ventures, LLC*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtors. | Case No.: 8:22-bk-11556-TA<br><br>Chapter: 7<br><br>**SUPPLEMENTAL DECLARATION OF SUMMER SHAW IN SUPPORT OF FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY SHAW & HANOVER, PC AS GENERAL COUNSEL**<br>[Docket No 312]<br><br>[Pursuant to LBR 2016-1(a)(1)(J)]<br><br>**Hearing Set for:**<br>Date:   August 6, 2024<br>Time:   11:00 a.m.<br>Crtrm: 5B (Via Zoom pursuant to Docket No 315) |

I, Summer Shaw, declare and state as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am one the attorneys overseeing this matter for the Debtor and am the managing attorney of Shaw & Hanover, PC and am familiar with the contents of the Debtor's file and this case and I have reviewed the docket and filed all documents on the docket for the Debtor.

5. After serving a copy of the Application for Allowance of Fees and Costs for my firm

("Application" - Docket No 312), on the Debtor, I also emailed the principals of the Debtor (Joshua Pukini and Ryan Young) with a copy of the Application and asked them to confirm one or both of them would sign a declaration in support of our Application, and if so, that I would prepare the declaration/(s) and send to one or both of them to sign.

6. I did not hear back from either principal of the Debtor and followed up, again, on August 5, 2024, again checking to see if they would sign a declaration in support of our Application.

7. I have not heard back from either principal of the Debtor.

8. Today, I tried calling and texting, Mr. Pukini, who was the principal authorized to sign documents on behalf of the Debtor in this case; I did not receive a response from Mr. Pukini.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on August 6, 2024.

*/s/ Summer M Shaw*

SUMMER M. SHAW

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **44-901 Village Court, Suite B, Palm Desert, CA 92260**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF SUMMER SHAW IN SUPPORT OF FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY SHAW & HANOVER, PC AS GENERAL COUNSEL [Docket No 312]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/06/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert M Aronson**    robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
- **James C Bastian**    jbastian@shulmanbastian.com
- **Arturo Cisneros**    arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Arturo Cisneros (TR)**    , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Ethan Friedman**    ethan.friedman@fnf.com
- **Nicholas W Gebelt**    ngebelt@goodbye2debt.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Christopher Hewitt**    hewittesq@yahoo.com, 5063741420@filings.docketbird.com
- **Rika Kido**    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Zi Chao Lin**    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;
- jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
- **William Malcolm**    bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;
- alinares@ecf.courtdrive.com
- **W. Derek May**    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**    nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) **8/06/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **JUDGE'S COPY**
> **Honorable Theodor Albert**
> **United States Bankruptcy Court**
> **411 West Fourth Street, Suite 5085**
> **Santa Ana, CA 92701-4593**

☒   Service information continued on attached page 5

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/06/2024 | Teresa Stone | [signature] |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**2. CONT. SERVED BY UNITED STATES MAIL**:

**MANUAL NOTICE LIST**

**AB Capital, LFD, Inc.**
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

**Joseph Colangelo**
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

**Motunrayo D Akinmurele**
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

**Malcolm Cisneros**
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612

**Brentwood Finance Company, LLC**
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

**Brian Thompson**
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630