| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address<br><br>**Summer Shaw, Esq. (SBN 283598)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**Telephone No.: (760) 610-0000**<br>**Facsimile No.: (760) 687-2800**<br>**Email ss@shaw.law**<br><br>☐ Individual appearing without attorney<br>☒ Attorney for *Debtor, Stonebridge Ventures, LLC* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br>Debtor(s) | CASE NO.: **8:22-bk-11556-TA**<br><br>CHAPTER: **7**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):  **FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY SHAW & HANOVER, PC AS GENERAL COUNSEL** |
|---|---|

PLEASE TAKE NOTE that the order titled  **ORDER ON APPLICATION FOR PAYMENT OF FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330) FILED BY SHAW & HANOVER, PC AS GENERAL COUNSEL**  was lodged on (date)  **08/10/2024**  and is attached. This order relates to the motion which is docket number  **312** .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Saturday, August 10, 2024

CONFIRMATION :

Your Lodged Order Info:
( **11307184.docx** )
A new order has been added

- **Office**:  Santa Ana
- **Case Title**:  Stonebridge Ventures, LLC
- **Case Number**:  22-11556
- **Judge Initial**:  TA
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  312
- **On Date**:  08/10/2024 @ 07:24 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq. (SBN 283598)**<br>**Alina Mamyluk, Esq. (SBN 284154)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**Telephone No: (760) 610-0000**<br>**Facsimile No: (760) 687-2800**<br>**Email: ss@shaw.law** | |
| ☒ Attorney for: **Debtor, Stonebridge Ventures, LLC** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re:<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br><br><br><br>                                        Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: **August 6, 2024**<br>TIME: **10:00 a.m.**<br>COURTROOM: **5B**<br>PLACE: **411 West Fourth Street, Santa Ana, CA 92701** |

1. Name of Applicant (*specify*): **Shaw & Hanover, PC**

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:

   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | **F 2016-1.3.ORDER.PAYMENT.FEES**

4. Applicant gave the required notice of the Application on (*specify date*): **July 16, 2024 [Docket No 312] with Amended Notice of Hearing on July 17, 2024 [Docket No 315]**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ **22,215.00**

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ **308.80**

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):*
      i.   The Firm may draw on the $7,020.00 of funds from the Debtor's pre-petition retainer in the Firm's trust account, to offset its award of fees and costs;
      ii.  The Estate is allowed to pay any of the unpaid fees and costs from the estate funds after offsetting by the funds in Counsel's trust account; and
      iii. Debtor shall immediately pay the remaining balance of the allowed fees and expenses that are unpaid by the Estate, if any.

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 2                                   **F 2016-1.3.ORDER.PAYMENT.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**44-901 Village Court, Suite B, Palm Desert, CA 92260**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY SHAW & HANOVER, PC AS GENERAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **(date)** **08/10/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page 3

**2. SERVED BY UNITED STATES MAIL:**
On **(date) 08/10/2024,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **HONORABLE JUDGE'S COPY**<br>**Honorable Theodor Albert**<br>**United States Bankruptcy Court**<br>**411 West Fourth Street**<br>**Santa Ana, CA 92701-4593** | **DEBTOR**<br>**Stonebridge Ventures, LLC**<br>**15 Corporate Plaza Drive, Ste. 200**<br>**Newport Beach, CA 92660** |
|---|---|

☒ Service information continued on attached page 3-4

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08/10/2024 | Summer Shaw | /s/ Summer Shaw |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                             Page 2           F 9021-1.2.BK.NOTICE.LODGMENT

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (CONTINUED):**

- **Robert M Aronson**  robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com
- **James C Bastian**  jbastian@shulmanbastian.com
- **Arturo Cisneros**  arturo@mclaw.org, CACD_ECF@mclaw.org
- **Arturo Cisneros (TR)**  amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Arturo Cisneros (TR)**  , acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Ethan Friedman**  ethan.friedman@fnf.com
- **Nicholas W Gebelt**  ngebelt@goodbye2debt.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Christopher Hewitt**  hewittesq@yahoo.com, 5063741420@filings.docketbird.com
- **Rika Kido**  rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Zi Chao Lin**  zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com
- **William Malcolm**  bill@mclaw.org, cvalenzuela@mclaw.org
- **Richard A Marshack**  rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **W. Derek May**  wdmlaw17@gmail.com, r48266@notify.bestcase.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Thomas J Polis**  tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- **Lee S Raphael**  ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Timothy M Ryan**  tryan@theryanfirm.com, ecf@theryanfirm.com
- **Allan D Sarver**  ADS@asarverlaw.com
- **Summer M Shaw**  ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Nathan F Smith**  nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
- **Michael G Spector**  mgspector@aol.com, mgslawoffice@aol.com
- **Diana Torres-Brito**  dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**  cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

2. **SERVED BY UNITED STATES MAIL:**

**AB Capital, LFD, Inc.**
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

**Motunrayo D Akinmurele**
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

**Brentwood Finance Company, LLC**
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

*(Continued on next page)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                   Page 3                    F 9021-1.2.BK.NOTICE.LODGMENT

**Joseph Colangelo**
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

**Malcolm Cisneros**
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612

**Brian Thompson**
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　　　　　　　　　　Page 4　　　**F 9021-1.2.BK.NOTICE.LODGMENT**