**Fill in this information to identify the case:**

**Debtor 1:** Stonebridge Ventures, LLC

**Debtor 2 (Spouse, if filing):**

**United States Bankruptcy Court for the:** Central    **District of:** CA

**Case number:** 8:22-bk-11556-TA

# Proof of Claim Withdrawal Form

(DO NOT USE THIS FORM TO CEASE PAYMENTS FOR A CLAIM PAID IN FULL. PLEASE AMEND YOUR ORIGINAL CLAIM TO SHOW THE TOTAL AMOUNT THAT PAID THE CLAIM IN FULL)

| Part 1: | Identify the Claim |
|---|---|
| **Creditor Name and Address:** | **Name:** Monika Jensen, c/o Law Offices of Nicholas Gebelt <br> **Street:** 15150 Hornell Street <br> **City:** Whittier    **State:** CA    **Zip:** 90604 |
| **Court Claim Number (if known):** | 9 |
| **Date Claim Filed:** | 08/22/2023 (mm/dd/yyyy) |
| **Total Amount of Claim Filed:** | $550,034.58 |

| Part 2: | Sign And Date |
|---|---|
| **The person completing this form must sign and date it.** | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor. <br><br> **Signed:** *Nicholas Gebelt* <br> **Print:** Nicholas Gebelt <br> **Date:** 08/13/2024 (mm/dd/yyyy) |

| In re: **Stonebridge Ventures, LLC** Debtor(s). | CHAPTER: **7** **CASE NUMBER: 8:22-bk-11556-TA** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**15150 Hornell Street**
**Whittier, CA 90604**

A true and correct copy of the foregoing document entitled (*specify*):  **Withdrawal of Proof of Claim #9** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **08/13/2024** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Robert M Aronson on behalf of Creditor Monika Jensen**
robert@aronsonlawgroup.com, info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

**James C Bastian, Jr on behalf of Interested Party Courtesy NEF**
jbastian@shulmanbastian.com

**Arturo Cisneros on behalf of Trustee Arturo Cisneros (TR)**
arturo@mclaw.org, CACD_ECF@mclaw.org

**Arturo Cisneros (TR)**
amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

**Arturo Cisneros (TR)**
, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

**Ethan Friedman on behalf of Counter-Defendant Escrow Experts, Inc.**
ethan.friedman@fnf.com

**Ethan Friedman on behalf of Defendant Escrow Experts, Inc**
ethan.friedman@fnf.com

**Nicholas W Gebelt on behalf of Counter-Claimant Monika Jensen**
ngebelt@goodbye2debt.com

**Nicholas W Gebelt on behalf of Counter-Defendant Monika Jensen**
ngebelt@goodbye2debt.com

**Nicholas W Gebelt on behalf of Creditor Monika Jensen**
ngebelt@goodbye2debt.com

**Nicholas W Gebelt on behalf of Defendant Monika Jensen**
ngebelt@goodbye2debt.com

**Nicholas W Gebelt on behalf of Interested Party Monika Jensen**
ngebelt@goodbye2debt.com

**Nicholas W Gebelt on behalf of Plaintiff Monika Jensen**
ngebelt@goodbye2debt.com

**Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)**
michael.hauser@usdoj.gov

**Christopher Hewitt on behalf of Creditor Joseph Colangelo**
hewittesq@yahoo.com, 5063741420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012* **9013-3.1.PROOF.SERVICE**

| In re: **Stonebridge Ventures, LLC** Debtor(s). | CHAPTER **7** CASE NUMBER 8:22-bk-11556-TA |
|---|---|

**Rika Kido on behalf of Interested Party Courtesy NEF**
rkido@shulmanbastian.com, avernon@shulmanbastian.com

**Rika Kido on behalf of Interested Party Richard A. Marshack**
rkido@shulmanbastian.com, avernon@shulmanbastian.com

**Zi Chao Lin on behalf of Creditor Brentwood Finance Company, LLC**
zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

**Zi Chao Lin on behalf of Defendant Brentwood Finance Company, LLC**
zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

**William Malcolm on behalf of Trustee Arturo Cisneros (TR)**
bill@mclaw.org, cvalenzuela@mclaw.org

**Richard A Marshack on behalf of Interested Party Courtesy NEF**
rmarshack@marshackhays.com,
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**W. Derek May on behalf of Interested Party Courtesy NEF**
wdmlaw17@gmail.com, r48266@notify.bestcase.com

**David W. Meadows on behalf of Counter-Claimant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Creditor Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Defendant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Defendant Brentwood Finance Company, LLC**
david@davidwmeadowslaw.com

**David W. Meadows on behalf of Interested Party Courtesy NEF**
david@davidwmeadowslaw.com

**Thomas J Polis on behalf of Counter-Defendant Joe Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Darryl Lewis**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Joseph Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Creditor Sanna Akhtanova**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Defendant Joe Colangelo**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Darryl Lewis**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Joe Colangelo**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re: **Stonebridge Ventures, LLC** Debtor(s). | CHAPTER **7** CASE NUMBER 8:22-bk-11556-TA |
|---|---|

tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Thomas J Polis on behalf of Plaintiff Sanna Akhtanova**
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

**Hamid R Rafatjoo on behalf of Interested Party Qwan Capital, LLC**
hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

**Hamid R Rafatjoo on behalf of Interested Party Qwan International Investments, LLC**
hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

**Hamid R Rafatjoo on behalf of Interested Party Saman Jilanchi**
hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

**Lee S Raphael on behalf of Interested Party Courtesy NEF**
ecfcca@ecf.courtdrive.com, cmartin@pralc.com

**Timothy M Ryan on behalf of Interested Party Courtesy NEF**
tryan@theryanfirm.com, ecf@theryanfirm.com

**Allan D Sarver on behalf of Creditor Allan D Sarver**
ADS@asarverlaw.com

**Allan D Sarver on behalf of Creditor Mary Jo Blue**
ADS@asarverlaw.com

**Allan D Sarver on behalf of Creditor Richard W Walker**
ADS@asarverlaw.com

**Summer M Shaw on behalf of Debtor Stonebridge Ventures, LLC**
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

**Summer M Shaw on behalf of Interested Party Summer Shaw**
ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

**Nathan F Smith on behalf of Counter-Defendant A. Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Defendant A Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Defendant Arturo Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Plaintiff A. Cisneros**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Nathan F Smith on behalf of Trustee Arturo Cisneros (TR)**
nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

**Michael G Spector on behalf of Interested Party Renewable Farms, Inc.**
mgspector@aol.com, mgslawoffice@aol.com

**Diana Torres-Brito on behalf of Creditor Baiocchi Family Limited Partnership at al**
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**Diana Torres-Brito on behalf of Debtor Stonebridge Ventures, LLC**
dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

**United States Trustee (SA)**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: | | |
|---|---|---|
| **Stonebridge Ventures, LLC** | Debtor(s). | CHAPTER **7**<br>CASE NUMBER 8:22-bk-11556-TA |

**ustpregion16.sa.ecf@usdoj.gov**

**Christopher P. Walker on behalf of Defendant Renewable Farms, Inc.**
**cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 13, 2024** | **Nicholas Gebelt 217362** | /s/ Nicholas Gebelt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9013-3.1**