| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Summer Shaw, Esq. (SBN 283598)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**Telephone No: (760) 610-0000**<br>**Facsimile No: (760) 687-2800**<br>**Email: ss@shaw.law**<br><br>☒ Attorney for: **Debtor, Stonebridge Ventures, LLC** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 13 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION**

| In re:<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br>                                                            Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: **August 6, 2024**<br>TIME: **10:00 a.m.**<br>COURTROOM: **5B**<br>PLACE: **411 West Fourth Street, Santa Ana, CA 92701** |
|---|---|

1. Name of Applicant (*specify*): **Shaw & Hanover, PC**

2. This proceeding was heard at the date and place set forth above and was     ☐ Contested     ☒ Uncontested

3. Appearances were made as follows:

   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                              **F 2016-1.3.ORDER.PAYMENT.FEES**

4. Applicant gave the required notice of the Application on (*specify date*): **July 16, 2024 [Docket No 312] with Amended Notice of Hearing on July 17, 2024 [Docket No 315]**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed:  $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed:  $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ **22,215.00**

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ **308.80**

   e. (1) ☐ Application is denied
           ☐ in full
           ☐ in part
           ☐ without prejudice
           ☐ with prejudice

      (2) Grounds for denial *(specify)*:

   f. ☒ The court further orders *(specify)*:
      i. The Firm may draw on the $7,020.00 of funds from the Debtor's pre-petition retainer in the Firm's trust account, to offset its award of fees and costs;
      ii. The Estate is allowed to pay any of the unpaid fees and costs from the estate funds after offsetting by the funds in Counsel's trust account; and
      iii. Debtor shall immediately pay the remaining balance of the allowed fees and expenses that are unpaid by the Estate, if any.

###

Date: August 13, 2024

*/s/ Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 2                          F 2016-1.3.ORDER.PAYMENT.FEES