United States Bankruptcy Court

Central District of California

In re:  
Stonebridge Ventures, LLC  
    Debtor

Case No. 22-11556-TA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3  
Date Rcvd: Aug 13, 2024      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com 5063741420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Christopher P. Walker
    on behalf of Defendant Renewable Farms Inc. cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

David W. Meadows
    on behalf of Creditor Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Defendant Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Counter-Claimant Brentwood Finance Company LLC david@davidwmeadowslaw.com

Diana Torres-Brito
    on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
    on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Ethan Friedman
    on behalf of Defendant Escrow Experts Inc ethan.friedman@fnf.com

Ethan Friedman
    on behalf of Counter-Defendant Escrow Experts Inc. ethan.friedman@fnf.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

James C Bastian, Jr
    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
    on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael G Spector
    on behalf of Interested Party Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael J Hauser
    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
    on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Counter-Defendant A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Defendant A Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Defendant Arturo Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
    on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Counter-Claimant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Interested Party Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf042 | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | |
| | on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | |
| | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Rika Kido | |
| | on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| Rika Kido | |
| | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| Robert M Aronson | |
| | on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com |
| Summer M Shaw | |
| | on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | |
| | on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Defendant Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Joseph Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Counter-Defendant Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy M Ryan | |
| | on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| W. Derek May | |
| | on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com |
| William Malcolm | |
| | on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org |
| Zi Chao Lin | |
| | on behalf of Creditor Brentwood Finance Company  LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |
| Zi Chao Lin | |
| | on behalf of Defendant Brentwood Finance Company  LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |

TOTAL: 53

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Summer Shaw, Esq. (SBN 283598)**<br>**SHAW & HANOVER, PC**<br>**44-901 Village Court, Suite B**<br>**Palm Desert, CA 92260**<br>**Telephone No: (760) 610-0000**<br>**Facsimile No: (760) 687-2800**<br>**Email: ss@shaw.law** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 13 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |
|---|---|
| ☒ Attorney for: **Debtor, Stonebridge Ventures, LLC** | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION** ||
| In re:<br><br>**STONEBRIDGE VENTURES, LLC,**<br><br>Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7 |
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
| | DATE: **August 6, 2024**<br>TIME: **10:00 a.m.**<br>COURTROOM: **5B**<br>PLACE: **411 West Fourth Street, Santa Ana, CA 92701** |

1. Name of Applicant (*specify*): **Shaw & Hanover, PC**

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
    a. ☒ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☐ Other persons present as reflected in the court record

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                            **F 2016-1.3.ORDER.PAYMENT.FEES**

4. Applicant gave the required notice of the Application on (*specify date*): **July 16, 2024 [Docket No 312] with Amended Notice of Hearing on July 17, 2024 [Docket No 315]**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ **22,215.00**

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ **308.80**

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial (*specify*):

   f. ☒ The court further orders (*specify*):
      i. The Firm may draw on the $7,020.00 of funds from the Debtor's pre-petition retainer in the Firm's trust account, to offset its award of fees and costs;
      ii. The Estate is allowed to pay any of the unpaid fees and costs from the estate funds after offsetting by the funds in Counsel's trust account; and
      iii. Debtor shall immediately pay the remaining balance of the allowed fees and expenses that are unpaid by the Estate, if any.

###

Date: August 13, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 2     F 2016-1.3.ORDER.PAYMENT.FEES