| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, California 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>Email: bill@mclaw.org; nathan@mclaw.org<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br><br><br><br><br>                                                    Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 08/26/2024    Movant(s) filed a motion or application (Motion) entitled: Motion to Set Chapter 11

   Administrative Claim Bar Date; Memorandum of Points and Authorities; Declaration of A. Cisneros

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 08/26/2024    Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17  days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 09/16/2024        /s/ Nathan F. Smith
                        Signature


                        Nathan F. Smith
                        Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                        Page 2                        F 9013-1.2.NO.REQUEST.HEARING.DEC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2112 Business Center Drive
Irvine CA 92612

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/16/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert
+Cisneros@titlexi.com

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 09/16/2024___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/16/2024 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 3                        **F 9013-1.2.NO.REQUEST.HEARING.DEC**

**SECTION 1 CONT.**
NOTICE: Robert M Aronson    robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Ethan Friedman    ethan.friedman@fnf.com
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com, 5063741420@filings.docketbird.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

**SECTION 2 CONT.**

AB Capital, LFD, Inc.
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
~~42-600 Cook Street, Suite 210~~
~~Palm Desert, CA 92211~~
07.22.2024 – forward to
44901 Village Court Ste B
Palm Desert CA 92260-3814

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

EXHIBIT 1

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **MOTION TO SET CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF A. CISNEROS** |
| | **[No Hearing Required – Local Bankruptcy Rule 9013-1(o)]** |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

A. Cisneros, the duly-appointed and acting Chapter 7 trustee ("Trustee") in the above-entitled and numbered bankruptcy case of Stonebridge Ventures, LLC ("Debtor"), hereby moves the Court for an order setting a bar date for all individuals and entities to file applications or requests for allowance of administrative claims incurred during the post-petition, pre-conversion period of September 9, 2022 through April 3, 2023 ("Chapter 11 Administrative Claims") while the above-entitled bankruptcy case was pending under Chapter 11 of Title 11 of the United States Code.

Trustee requests that the bar date order provide that Administrative claims be filed but not set for hearing so that Trustee will have an adequate opportunity to review all requests for allowance and payment filed and attempt to address any issues therewith before the matters are considered by the Court. If Trustee or any party-in-interest objects to a Chapter 11 Administrative Claim, such objection shall proceed in the manner outlined by Local Bankruptcy Rule 3007-1. This process will also allow Trustee to effectively manage the calendaring of the Chapter 11 Administrative Claims for hearing and promote judicial economy.

This Motion is based on the following Memorandum of Points and Authorities, the attached Declaration of A. Cisneros ("Trustee Declaration"), and the pleadings and papers on file in this case.

WHEREFORE, Trustee respectfully requests that the Court enter an order:

1. Providing that the last day for individuals and entities to file applications or requests for allowance of administrative claims incurred while the above-entitled bankruptcy case was pending under Chapter 11 be September 30, 2024 ("Chapter 11 Administrative Claim Bar Date");

2. Approving the notice of the Chapter 11 Administrative Claim Bar Date attached as Exhibit "1" to the Trustee Declaration ("Proposed Notice");

3. Providing that the Proposed Notice and the order on this Motion shall be served by Trustee within 7 days of the entry of such order; and,

4. Such other and further relief as the Court deems just and proper under the circumstances.

DATED: August 26, 2024

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

 /s/ Nathan F. Smith
NATHAN F. SMITH #264635
*Attorneys for Chapter 7 Trustee, A. Cisneros*

2

Motion

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

1.      Debtor's bankruptcy case was commenced on September with the filing of a petition under chapter 11 of the Bankruptcy Code on September 9, 2022("Petition").  *See* Docket Entry ("DE") 1.

2.      On September 29, 2022, Trustee was appointed as the Chapter 11 trustee.  *See* DE 19.

3.      On April 3, 2023, the case was converted to Chapter 7.  *See* DE 191.

4.      Trustee is the appointed, qualified, and acting Chapter 7 Trustee for Debtor's bankruptcy estate ("Estate").  *See* DE 193.

5.      The deadline to file proofs of claim was October 2, 2023.  *See* DE 223.

### II.

### LEGAL AUTHORITY AND ARGUMENT

The Court may issue any order that is necessary or appropriate to carry out the provisions of the Bankruptcy Code. 11 U.S.C. § 105(a). Certain types of claims are deemed to be "administrative expenses" and are given priority under the Code ("Administrative Claims"). 11 U.S.C. §§ 503(b) and 507(a)(2). The Bankruptcy Code contemplates the establishment of a deadline for administrative expenses to be filed.  *See* 11 U.S.C. § 503(a) ("An entity may timely file a request for payment of an administrative expense or may tardily file such request if permitted by the court for cause.").

On June 20, 2023, Trustee filed a report pursuant to Federal Rule of Bankruptcy Procedure 1019(5)(A)(i) ("Report"), which identifies the Office of the United States Trustee, Debtor's counsel, Summer Shaw, the Trustee, in his capacity as the Chapter 11 Trustee, Trustee's counsel, and Trustee's accountant as holders of administrative claims against the Estate.  Trustee believes that establishing a bar date ("Chapter 11 Administrative Claim Bar Date") for the filing of applications or requests for allowance of Chapter 11 Administrative Claims ("Requests for Allowance") will enable Trustee to determine the amount of asserted Chapter 11 Administrative Claims. Trustee requests that the Chapter 11 Administrative Claim Bar Date not require that Chapter 11 administrative claimants set their Requests for Allowance for hearing. Instead, Trustee proposes to review each Request for

Allowance and to file objections to same if and when appropriate. Trustee proposes that such objections will be set for hearing as provided by the applicable Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

Trustee proposes to set September 30, 2024, as the last day for individuals and entities to file applications for allowance of Chapter 11 Administrative Claims incurred while the above-entitled bankruptcy case was pending under Chapter 11.

Trustee has prepared a proposed form of notice of this proposed bar date ("Proposed Notice"), which is attached as Exhibit "1" to the concurrently filed Declaration of A. Cisneros. The Proposed Notice provides the date of entry of an order granting this Motion, the Chapter 11 Administrative Claim Bar Date, the need to file an appropriate Request for Allowance on or before the Chapter 11 Administrative Claim Bar Date, and the procedure for resolving any objections Trustee may have to such Requests for Allowance.

## III.

## CONCLUSION

Based on the foregoing, Trustee respectfully requests that the Court enter an order:

1. Providing that the last day for individuals and entities to file applications for allowance of Chapter 11 Administrative Claims incurred while the above-entitled bankruptcy case was pending under Chapter 11, be September 30, 2024;

2. Approving the Proposed Notice of the Chapter 11 Administrative Claim Bar Date attached to the Declaration of A. Cisneros as Exhibit "1";

3. Providing that the Proposed Notice and the order on this Motion shall be served by Trustee's counsel within 7 days of the entry of such order; and

4. Such other and further relief as the Court deems just and proper under the circumstances.

DATED: August 26, 2024                Respectfully Submitted,
                                      MALCOLM ♦ CISNEROS, A Law Corporation

                                      _/s/ Nathan F. Smith_
                                      NATHAN F. SMITH, #264635
                                      _Attorneys for Chapter 7 Trustee, A. Cisneros_

4

Motion

## DECLARATION OF A. CISNEROS

I, A. Cisneros, declare as follows:

1.       I am the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC ("Debtor"). The matters set forth herein are of my own personal knowledge and, if called upon to do so, I could and would competently testify thereto.

2.       I make this declaration in support of the Motion to Set a Chapter 11 Administrative Claim Bar Date ("Motion"). Unless otherwise noted, capitalized terms in this Declaration have the meaning set forth in the Motion. I have read and I am aware of the contents of the Motion and the accompanying Memorandum of Points and Authorities. The facts stated in the Motion and the Memorandum of Points and Authorities are true and correct to the best of my knowledge.

3.       Establishing a bar date ("Chapter 11 Administrative Claim Bar Date") for the filing of applications or requests for allowance of Chapter 11 administrative claims ("Requests for Allowance") will enable me and my professionals to determine the amount of asserted Chapter 11 administrative claims.

4.       I do not believe that the proposed Chapter 11 Administrative Claim Bar Date should require administrative claimants to set their Requests for Allowance for hearing. Instead, my professionals and I propose to review all Requests for Allowance and to file objections to such requests if and when appropriate, which we will set for hearing as provided by the applicable Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

5.       I propose September 30, 2024, as the last day for individuals and entities to file applications for allowance of Chapter 11 Administrative Claims incurred while the above-entitled bankruptcy case was pending under Chapter 11.

6.       I have prepared a proposed form of notice of a Chapter 11 Administrative Claim Bar Date, a true and correct copy of which is attached hereto as Exhibit "1."

7.       I make this declaration in support of my Motion to Set a Chapter 11 Administrative Claim Bar Date.

///

///

Motion

5

1        I declare under penalty of perjury according to the laws of the United States that the

2    foregoing is true and correct and that this declaration was executed on the 26 day of August, 2024,

3    at Riverside, California.

4

5                            A. CISNEROS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion

1  WILLIAM G. MALCOLM, #129271
2  NATHAN F. SMITH, #264635
   MALCOLM ♦ CISNEROS, A Law Corporation
3  2112 Business Center Drive
   Irvine, CA 92612
4  Phone: (949) 252-9400
   Fax: (949) 252-1032
5  Email: bill@mclaw.org; nathan@mclaw.org
6
7  *Attorneys for Chapter 7 Trustee, A. Cisneros*

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **SANTA ANA DIVISION**

11  In re:                              | Bankruptcy Case No. 8:22-bk-11556-TA

12  STONEBRIDGE VENTURES, LLC,          | Chapter 7

13          Debtor.                     | **NOTICE OF DEADLINE FOR FILING**
14                                      | **ADMINISTRATIVE CLAIMS**
15
16
17      **TO ALL CREDITORS AND PARTIES IN INTEREST:**

18      **PLEASE TAKE NOTICE** as follows:

19      1.      On _____, the United States Bankruptcy Court for the Central
20  District of California, Santa Ana Division ("Court") granted the Motion of the Chapter 7 Trustee
21  ("Trustee") for the bankruptcy estate of Stonebridge Ventures, LLC ("Estate") to Set Chapter 11
22  Administrative Claims Bar Date and entered an order ("Administrative Claim Bar Date Order")
23  establishing **September 30, 2024** as the deadline ("Administrative Claim Bar Date") for the filing of
24  applications or requests for allowance of claims entitled to administrative priority under the
25  provisions of the Bankruptcy Code (Title 11 of the United States Code), and incurred during the
26  post-petition, pre-conversion period of September 9, 2022 (the "Petition Date") through April 3,
27  2023 ("Conversion Date") (the "Administrative Claims", singularly, an "Administrative Claim"). A
28

                                                    **Exhibit 1**

                                            1
Notice

true and correct copy of the Administrative Claim Bar Date Order is attached hereto as Exhibit "1".

2.      As provided by the Administrative Claim Bar Date Order, any application or request for allowance of an Administrative Claim asserted shall be filed with the Court on or before the Administrative Claim Bar Date but shall not be set for hearing at the time of filing. Each Administrative Claim shall be deemed allowed unless a party-in-interest objects. If a party in interest objects to an Administrative Claim, such objection shall proceed in the manner outlined by Local Bankruptcy Rule 3007-1.

3.      A claimant should consult an attorney if the claimant has any questions regarding this notice ("Administrative Bar Date Notice"), including whether to file an application or request for allowance of an Administrative Claim.

4.      If you believe you hold a claim entitled to administrative priority under the provisions of Sections 330, 331 and/or 503(b) of the Code, you **MUST** file an application or request for allowance of such Administrative Claim in order to preserve your claim, except as otherwise explicitly stated herein.

5.      The following persons or entities are **NOT** required to file an application or request for allowance of an Administrative Claim:

A.      The United States Trustee, on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

B.      Any person or entity whose Administrative Claim has been allowed by order of the Court entered on or before the Administrative Claims Bar Date or that has already been paid; or,

C.      Any Administrative Claim on account of which an application or request for allowance and/or payment of Administrative Claim has already been filed with the Court.

6.      You should not file an application or request for allowance of an Administrative Claim if you do not have such a claim against the Estate. The fact that you have received this notice does not mean that you have an administrative claim or that Trustee or the Court believe that you have such a claim.

**Exhibit 1**

2

Notice

7.      Except with respect to claims described in Section 5, above, that are not required to file an application or request for allowance of an Administrative Claim, any holder of an Administrative Claim against the Estate who received notice of the Administrative Claim Bar Date (whether such notice was actually or constructively received) and is required, but fails, to file an application or request for allowance of an Administrative Claim in accordance with the Administrative Claim Bar Date Order and this Administrative Claim Bar Date Notice on or before the Administrative Claim Bar Date: (A) shall be forever barred from asserting such claim against the Estate (or filing an Administrative Claim with respect thereto), and the Estate and its property may be forever discharged from all such indebtedness or liability with respect to such claim; and (B) shall not receive or be entitled to receive any payment or distribution from the Estate or its successors or assigns with respect to such claim.

DATED: August 26, 2024                    Respectfully Submitted,
                                          MALCOLM ♦ CISNEROS, A Law Corporation

                                          /s/ Nathan F. Smith
                                          NATHAN F. SMITH, #264635
                                          *Attorneys for Chapter 7 Trustee, A. Cisneros*

Exhibit 1

Notice

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*):  <u>**MOTION TO SET CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF A. CISNEROS**</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 26, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)      amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)      acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

☒  Service information continued on attached page

**2.  <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) **August 26, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☒  Service information continued on attached page

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 26, 2024 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**

NOTICE: Robert M Aronson    robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Ethan Friedman    ethan.friedman@fnf.com
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com, 5063741420@filings.docketbird.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

**SECTION 2 CONT.**

AB Capital, LFD, Inc.
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
~~42 600 Cook Street, Suite 210~~
~~Palm Desert, CA 92211~~
07.22.2024 – forward to
44901 Village Court Ste B
Palm Desert CA 92260-3814

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

# EXHIBIT 2

1   WILLIAM G. MALCOLM, #129271
2   NATHAN F. SMITH, #264635
    MALCOLM ♦ CISNEROS, A Law Corporation
3   2112 Business Center Drive
    Irvine, CA 92612
4   Phone: (949) 252-9400
    Fax: (949) 252-1032
5   Email: bill@mclaw.org; nathan@mclaw.org

6

7   *Attorneys for Chapter 7 Trustee, A. Cisneros*

8                      **UNITED STATES BANKRUPTCY COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10                            **SANTA ANA DIVISION**

11  In re:                                  Bankruptcy Case No. 8:22-bk-11556-TA

12  STONEBRIDGE VENTURES, LLC,              Chapter 7

13              Debtor.                     **NOTICE OF MOTION TO SET CHAPTER 11**
                                            **ADMINISTRATIVE CLAIM BAR DATE**
14

15
                                            **[No Hearing Required – Local Bankruptcy**
16                                          **Rule 9013-1(o)]**

17

18  **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY**

19  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER**

20  **INTERESTED PARTIES:**

21          **PLEASE TAKE NOTICE** that A. Cisneros, the duly-appointed and acting Chapter 7

22  Trustee ("Trustee") in the above-captioned bankruptcy case of Stonebridge Ventures, LLC

23  ("Debtor"), has moved the Court (the "Motion") for an order setting a bar date for all individuals and

24  entities to file applications or requests for allowance of administrative claims incurred during the

25  post-petition, pre-conversion period of September 9, 2022 through April 3, 2023 ("Chapter 11

26  Administrative Claims") while the above-entitled bankruptcy case was pending under Chapter 11 of

27  Title 11 of the United States Code.  With regard to such Administrative Claims, Trustee requests that

28  the bar date order provide that same be filed but not set for hearing so that Trustee will have

                                            1
Notice

adequate opportunity to review all requests for allowance and payment filed and attempt to address any issues therewith before the matters are considered by the Court. If Trustee or any party-in-interest objects to a Chapter 11 Administrative Claim, such objection shall proceed in the manner outlined by Local Bankruptcy Rule 3007-1. This process will also allow Trustee to effectively manage the calendaring of the Chapter 11 Administrative Claims for hearing and promote judicial economy.

## SUMMARY OF MOTION

### I.

## STATEMENT OF FACTS

1.      Debtor's bankruptcy case was commenced on September with the filing of a petition under chapter 11 of the Bankruptcy Code on September 9, 2022("Petition").  *See* Docket Entry ("DE") 1.

2.      On September 29, 2022, Trustee was appointed as the Chapter 11 trustee.  *See* DE 19.

3.      On April 3, 2023, the case was converted to Chapter 7.  *See* DE 191.

4.      Trustee is the appointed, qualified, and acting Chapter 7 Trustee for Debtor's bankruptcy estate ("Estate").  *See* DE 193.

5.      The deadline to file proofs of claim was October 2, 2023.  *See* DE 223.

### II.

## LEGAL AUTHORITY AND ARGUMENT

The Court may issue any order that is necessary or appropriate to carry out the provisions of the Bankruptcy Code. 11 U.S.C. § 105(a). Certain types of claims are deemed to be "administrative expenses" and are given priority under the Bankruptcy Code ("Administrative Claims"). 11 U.S.C. §§ 503(b) and 507(a)(2). The Bankruptcy Code contemplates the establishment of a deadline for administrative expenses to be filed. *See* 11 U.S.C. § 503(a) ("An entity may timely file a request for payment of an administrative expense or may tardily file such request if permitted by the court for cause.").

Trustee believes that significant Chapter 7 administrative expenses may be incurred in this case. Accordingly, Trustee believes that it is premature for parties to file applications for allowance

Notice

of Chapter 7 administrative claims at this time. However, no additional Chapter 11 administrative expenses can be incurred given the conversion of the case to one under Chapter 7.

Trustee believes that establishing a bar date ("Chapter 11 Administrative Claim Bar Date") for the filing of applications or requests for allowance of Chapter 11 Administrative Claims ("Requests for Allowance") will enable Trustee to determine the amount of asserted Chapter 11 Administrative Claims. Trustee further requests that the Chapter 11 Administrative Claim Bar Date not require that Chapter 11 administrative claimants set their Requests for Allowance for hearing. Instead, Trustee proposes to review each Request for Allowance and to file objections to same if and when appropriate. Trustee proposes that such objections will be set for hearing as provided by the applicable Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules. Trustee proposes September 30, 2024 as the deadline to file administrative proofs of claim.

Trustee has prepared a proposed form of notice of this proposed bar date ("Proposed Notice"), which is attached as Exhibit "1" to the concurrently filed Declaration of A. Cisneros. The Proposed Notice provides the date of entry of an order granting this Motion, the Chapter 11 Administrative Claim Bar Date, the need to file an appropriate Request for Allowance on or before the Chapter 11 Administrative Claim Bar Date, and the procedure for resolving any objections Trustee may have to such Requests for Allowance.

**IF YOU DO NOT OPPOSE THE MOTION, you need take no further action.**

**IF YOU DESIRE TO OPPOSE THE MOTION, Local Bankruptcy Rule 9013-1(f) requires you to file and serve a written response not later than 14 days after the date the Motion was filed. You must file your response with the Clerk of the above-captioned Court located at 411 West Fourth Street, Santa Ana, California, and serve copies on Malcolm & Cisneros, A Law Corporation to the attention of Nathan F. Smith, Esq. at the address indicated in the upper-left hand corner of this document and the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701-4593.**

**Pursuant to Local Bankruptcy Rule 9013-1(f)(1), such response must be "A complete written statement of all reasons in opposition thereto or in support, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and**

3

Notice

any responding memorandum of points and authorities." Failure to timely file and serve such response might result in the Court granting the Motion without any hearing. *See* Local Bankruptcy Rule 9013-1.

WHEREFORE, Trustee respectfully requests that the Court enter an order:

1. Providing that the last day for individuals and entities to file applications for allowance of Chapter 11 Administrative Claims incurred while the above-entitled bankruptcy case was pending under Chapter 11, be September 30, 2024;

2. Approving the Proposed Notice of the Chapter 11 Administrative Claim Bar Date attached to the Declaration of A. Cisneros as Exhibit "1";

3. Providing that the Proposed Notice and the order on this Motion shall be served by Trustee within 7 days of the entry of such order; and,

4. Such other and further relief as the Court deems just and proper under the circumstances.

DATED: August 26, 2024        Respectfully Submitted,
                              MALCOLM ♦ CISNEROS, A Law Corporation

                              /s/ Nathan F. Smith
                              NATHAN F. SMITH, #264635
                              *Attorneys for Chapter 7 Trustee, A. Cisneros*

Notice

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF MOTION TO SET CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 26, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)    acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 26, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 26, 2024 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**

NOTICE: Robert M Aronson    robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Ethan Friedman    ethan.friedman@fnf.com
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com, 5063741420@filings.docketbird.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

**SECTION 2 CONT.**

AB Capital, LFD, Inc.
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
~~42-600 Cook Street, Suite 210~~
~~Palm Desert, CA 92211~~
07.22.2024 – forward to
44901 Village Court Ste B
Palm Desert CA 92260-3814

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SECTION 2 CONT.**

17 Properties I, LLC
30855 Olympic Place
Laguna Niguel, CA 92677-3085

AB Capital Fund B, LLC
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

AB Capital, LLC
Attn: Officer, Director or Managing Agent
15 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Andrew D. & Karen L. Hermann Trust
dated 3/25/09
3860 Fuchsia Circle
Seal Beach, CA 90740

Baiocchi Family Limited Partnershi
~~c/o Lenders T.D. Service, Inc.~~
~~24422 Avenida De La Carlota, #280~~
~~Laguna Hills, CA 92653~~
*06.26.2024 forward:*
*23151 Verdugo Drive, Ste 205*
*Laguna Hills CA 92653-1343*

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite l55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

~~Darryl Lewis and Sanna Akhtanova~~
~~301 N. Palm Canyon Drive Suite 103-395~~
~~Palm Springs, CA 92262~~
*07.22.2024 – return to sender, not deliverable as*
*addressed, unable to forward*

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

~~Forge Trust Company CFBO~~
~~Donald Suskind IRA~~
~~1160 Industrial Road~~
~~41 San Carlos, CA 94070~~
*10/11/2023 – Return to sender, vacant, unable*
*to forward*

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ira M. Hermann/ The Hermann Family Trust
1 Lucca
Laguna Niguel, CA 92677

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
~~24422 Avenida De La Carlota, #280~~
~~Laguna Hills, CA 92653~~
*06.26.2024 forward:*
*23151 Verdugo Drive, Ste 205*
*Laguna Hills CA 92653-1343*

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
Attn: Officer, Director or Managing Agent
501 S. Olive Street
Anaheim, CA 92805

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient*
*address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient*
*address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not*
*known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard A. Marshack
Chapter 7 Trustee of the Bank
870 Roosevelt
Irvine, CA 92620

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

Robert Justin Enquist
7722 Drake Ridge
Kalamazoo, MI 49009

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
~~42-600 Cook Street, Suite 2l0~~
~~Palm Desert, CA 92211~~
*06.26.2024 forward:*
*44901 Village Court, Ste B*
*Palm Desert CA 92260-3814*

~~The Burrill Trust~~
~~156 Wadsworth Avenue~~
~~Santa Monica, CA 90405~~
*08.12.2024 return to sender, not deliverable as*
*addressed, unable to forward*

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

William R. Enquist Jr.
4014 Calle Louisa
San Clemente, CA 92672

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
~~PO Box 389~~
~~Calpella CA 95418~~
3780 King Ranch Road
Ukiah, CA 95482

Aaron Flora
468 S. Coate Road,
Orange CA 92869