WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

FILED & ENTERED

SEP 17 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO SET CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE AND SETTING ADMINISTRATIVE CLAIM BAR DATE AS SEPTEMBER 30, 2024** |

The Court, having read and considered the *Motion to Set Chapter 11 Administrative Claims Bar Date* filed on August 26, 2024 [Docket No. 331] ("Motion"), the memorandum of points and authorities filed in support of the Motion, the declaration filed in support of the Motion and the exhibit attached thereto, the notice of the Motion filed on August 26, 2024 [Docket No. 332], and the declaration that no party requested a hearing on the motion filed on September 16, 2024 [Docket No. 333], and finding that notice of the Motion was proper, and noting that no opposition to the Motion was filed, and good cause appearing therefor;

Order

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. The last day for individuals and entities to file applications or requests for allowance of administrative claims incurred while the above-entitled bankruptcy case was pending under Chapter 11 of Title 11 of the United States Code is September 30, 2024 ("Chapter 11 Administrative Claim Bar Date");

3. The notice of the Chapter 11 Administrative Claim Bar Date attached as Exhibit "1" to the Declaration of A. Cisneros filed in support of the Motion ("Chapter 11 Bar Date Notice") is approved; and

4. The Chapter 11 Bar Date Notice and this Order shall be served by counsel for A. Cisneros, the duly appointed and acting Chapter 7 trustee in the above-entitled and numbered bankruptcy case, within 7 days of the entry of this Order.

###

Date: September 17, 2024

Theodor C. Albert
United States Bankruptcy Judge

Order

2