WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE CLAIMS** |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** as follows:

1. On September 17, 2024, the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Court") granted the Motion of the Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Stonebridge Ventures, LLC ("Estate") to Set Chapter 11 Administrative Claims Bar Date and entered an order ("Administrative Claim Bar Date Order") establishing **September 30, 2024** as the deadline ("Administrative Claim Bar Date") for the filing of applications or requests for allowance of claims entitled to administrative priority under the provisions of the Bankruptcy Code (Title 11 of the United States Code), and incurred during the post-petition, pre-conversion period of September 9, 2022 (the "Petition Date") through April 3, 2023 ("Conversion Date") (the "Administrative Claims", singularly, an "Administrative Claim"). A true and correct copy of the Administrative Claim Bar Date Order is attached hereto as Exhibit "1".

2. As provided by the Administrative Claim Bar Date Order, any application or request for allowance of an Administrative Claim asserted shall be filed with the Court on or before the Administrative Claim Bar Date but shall not be set for hearing at the time of filing. Each Administrative Claim shall be deemed allowed unless a party-in-interest objects. If a party in interest objects to an Administrative Claim, such objection shall proceed in the manner outlined by Local Bankruptcy Rule 3007-1.

3. A claimant should consult an attorney if the claimant has any questions regarding this notice ("Administrative Bar Date Notice"), including whether to file an application or request for allowance of an Administrative Claim.

4. If you believe you hold a claim entitled to administrative priority under the provisions of Sections 330, 331 and/or 503(b) of the Code, you **MUST** file an application or request for allowance of such Administrative Claim in order to preserve your claim, except as otherwise explicitly stated herein.

5. The following persons or entities are **NOT** required to file an application or request for allowance of an Administrative Claim:

    A. The United States Trustee, on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

    B. Any person or entity whose Administrative Claim has been allowed by order of the Court entered on or before the Administrative Claims Bar Date or that has already been paid; or,

    C. Any Administrative Claim on account of which an application or request for allowance and/or payment of Administrative Claim has already been filed with the Court.

6. You should not file an application or request for allowance of an Administrative Claim if you do not have such a claim against the Estate. The fact that you have received this notice does not mean that you have an administrative claim or that Trustee or the Court believe that you have such a claim.

///

7. Except with respect to claims described in Section 5, above, that are not required to file an application or request for allowance of an Administrative Claim, any holder of an Administrative Claim against the Estate who received notice of the Administrative Claim Bar Date (whether such notice was actually or constructively received) and is required, but fails, to file an application or request for allowance of an Administrative Claim in accordance with the Administrative Claim Bar Date Order and this Administrative Claim Bar Date Notice on or before the Administrative Claim Bar Date: (A) shall be forever barred from asserting such claim against the Estate (or filing an Administrative Claim with respect thereto), and the Estate and its property may be forever discharged from all such indebtedness or liability with respect to such claim; and (B) shall not receive or be entitled to receive any payment or distribution from the Estate or its successors or assigns with respect to such claim.

DATED: September 18, 2024

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

 /s/ Nathan F. Smith
NATHAN F. SMITH, #264635
*Attorneys for Chapter 7 Trustee, A. Cisneros*

# EXHIBIT 1

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

FILED & ENTERED

SEP 17 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO SET CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE AND SETTING ADMINISTRATIVE CLAIM BAR DATE AS SEPTEMBER 30, 2024** |

The Court, having read and considered the *Motion to Set Chapter 11 Administrative Claims Bar Date* filed on August 26, 2024 [Docket No. 331] ("Motion"), the memorandum of points and authorities filed in support of the Motion, the declaration filed in support of the Motion and the exhibit attached thereto, the notice of the Motion filed on August 26, 2024 [Docket No. 332], and the declaration that no party requested a hearing on the motion filed on September 16, 2024 [Docket No. 333], and finding that notice of the Motion was proper, and noting that no opposition to the Motion was filed, and good cause appearing therefor;

Order

1

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. The last day for individuals and entities to file applications or requests for allowance of administrative claims incurred while the above-entitled bankruptcy case was pending under Chapter 11 of Title 11 of the United States Code is September 30, 2024 ("Chapter 11 Administrative Claim Bar Date");

3. The notice of the Chapter 11 Administrative Claim Bar Date attached as Exhibit "1" to the Declaration of A. Cisneros filed in support of the Motion ("Chapter 11 Bar Date Notice") is approved; and

4. The Chapter 11 Bar Date Notice and this Order shall be served by counsel for A. Cisneros, the duly appointed and acting Chapter 7 trustee in the above-entitled and numbered bankruptcy case, within 7 days of the entry of this Order.

###

Date: September 17, 2024

Theodor C. Albert
United States Bankruptcy Judge

Order

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 18, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com**
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 18, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **September 18, 2024** | **Diep Quach** | **/s/ Diep Quach** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE

**SECTION 1 CONT.**
NOTICE: Robert M Aronson    robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian    jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Ethan Friedman    ethan.friedman@fnf.com
NOTICE: Nicholas W Gebelt    ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser    michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt    hewittesq@yahoo.com, 5063741420@filings.docketbird.com
NOTICE: Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin    zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm    bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack    rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
NOTICE: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows    david@davidwmeadowslaw.com
NOTICE: Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com
NOTICE: Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver    ADS@asarverlaw.com
NOTICE: Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

**SECTION 2 CONT.**
AB Capital, LFD, Inc.
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
~~42-600 Cook Street, Suite 210~~
~~Palm Desert, CA 92211~~
07.22.2024 – forward to
44901 Village Court Ste B
Palm Desert CA 92260-3814

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SECTION 2 CONT.**
17 Properties I, LLC
30855 Olympic Place
Laguna Niguel, CA 92677-3085

AB Capital Fund B, LLC
~~15 Corporate Plaza Drive, Suite 200~~
~~Newport Beach, CA 92660~~
08.30.2024 forward time expired:
870 Roosevelt
Irvine CA 92620-3663

AB Capital, LLC
~~Attn: Officer, Director or Managing Agent~~
~~15 Corporate Plaza Drive, Suite 200~~
~~Newport Beach, CA 92660~~
08.30.2024 forward time expired:
870 Roosevelt
Irvine CA 92620-3663

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Andrew D. & Karen L. Hermann Trust
dated 3/25/09
3860 Fuchsia Circle
Seal Beach, CA 90740

Baiocchi Family Limited Partnershi
~~c/o Lenders T.D. Service, Inc.~~
~~24422 Avenida De La Carlota, #280~~
~~Laguna Hills, CA 92653~~
06.26.2024 forward:
23151 Verdugo Drive, Ste 205
Laguna Hills CA 92653-1343

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite l55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

~~Darryl Lewis and Sanna Akhtanova~~
~~301 N. Palm Canyon Drive Suite 103-395~~
~~Palm Springs, CA 92262~~
*07.22.2024 – return to sender, not deliverable as addressed, unable to forward*

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

~~Forge Trust Company CFBO~~
~~Donald Suskind IRA~~
~~1160 Industrial Road~~
~~41 San Carlos, CA 94070~~
*10/11/2023 – Return to sender, vacant, unable to forward*

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ira M. Hermann/ The Hermann Family Trust
1 Lucca
Laguna Niguel, CA 92677

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Lenders T.D. Service, Inc.
~~24422 Avenida De La Carlota, #280~~
~~Laguna Hills, CA 92653~~
*06.26.2024 forward:*
*23151 Verdugo Drive, Ste 205*
*Laguna Hills CA 92653-1343*

Linda T. Seckler-Rufkahr,Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Luna Construction Management, LLC
~~Attn: Officer, Director or Managing Agent~~
~~501 S. Olive Street~~
~~Anaheim, CA 92805~~
08.30.2024 forward time expired:
PMB 180
3857 Birch Street
Newport Beach CA 92660-2616

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

~~Mario Melillo~~
~~2404 Harbor Boulevard, #106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient address, unable to forward*

~~Mario Melillo~~
~~2404 Harbor Boulevard, 4106~~
~~Costa Mesa, CA 92626~~
*01/06/2023 - return to sender, insufficient address, unable to forward*
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Mary Jo Blue
18124 Wedge Parkway #530
Reno, NV 89511

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Case 8:22-bk-11556-TA    Doc 335    Filed 09/18/24    Entered 09/18/24 14:18:28    Desc
Main Document    Page 11 of 11

Richard A. Marshack
Chapter 7 Trustee of the Bank
870 Roosevelt
Irvine, CA 92620

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Riverside County Tax Collector
Attn: Matt Jennings
PO Box 12005
Riverside, CA 92502-2205

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

Robert Justin Enquist
7722 Drake Ridge
Kalamazoo, MI 49009

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
~~42-600 Cook Street, Suite 2l0~~
~~Palm Desert, CA 92211~~
*06.26.2024 forward:*
*44901 Village Court, Ste B*
*Palm Desert CA 92260-3814*

~~The Burrill Trust~~
~~156 Wadsworth Avenue~~
~~Santa Monica, CA 90405~~
*08.12.2024 return to sender, not deliverable as addressed, unable to forward*

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

William R. Enquist Jr.
4014 Calle Louisa
San Clemente, CA 92672

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
~~PO Box 389~~
~~Calpella CA 95418~~
3780 King Ranch Road
Ukiah, CA 95482

Aaron Flora
468 S. Coate Road,
Orange CA 92869