WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**SEP 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER APPROVING TRUSTEE'S STIPULATION REGARDING EXTENSION OF CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE FROM SEPTEMBER 30, 2024 TO OCTOBER 14, 2024** |

The Court, having considered the Trustee's Stipulation Regarding Extension of Chapter 11 Administrative Claim Bar Date from September 30, 2024 to October 14, 2024 (the "Stipulation") filed on September 25, 2024 as Docket Entry No. 337, and with good cause shown,

//

//

//

1

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. The Parties shall have until October 14, 2024 to file application of requests for allowance of administrative claims incurred while Debtor's case was pending in Chapter 11.

IT IS SO ORDERED.

###

Date: September 26, 2024

Theodor C. Albert
United States Bankruptcy Judge