United States Bankruptcy Court

Central District of California

In re:  Case No. 22-11556-TA
Stonebridge Ventures, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: Sep 27, 2024      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo hewittesq@yahoo.com  5063741420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 27, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Christopher P. Walker
    on behalf of Defendant Renewable Farms Inc. cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

David W. Meadows
    on behalf of Creditor Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Defendant Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Counter-Claimant Brentwood Finance Company LLC david@davidwmeadowslaw.com

Diana Torres-Brito
    on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
    on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Ethan Friedman
    on behalf of Defendant Escrow Experts Inc ethan.friedman@fnf.com

Ethan Friedman
    on behalf of Counter-Defendant Escrow Experts Inc. ethan.friedman@fnf.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

James C Bastian, Jr
    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
    on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael G Spector
    on behalf of Interested Party Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael J Hauser
    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
    on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Counter-Defendant A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Defendant A Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Defendant Arturo Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
    on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Counter-Claimant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
    on behalf of Interested Party Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt

Case 8:22-bk-11556-TA    Doc 339    Filed 09/29/24    Entered 09/29/24 21:18:25    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | |
| | on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | |
| | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Rika Kido | |
| | on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Rika Kido | |
| | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Robert M Aronson | |
| | on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com |
| Summer M Shaw | |
| | on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | |
| | on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Defendant Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Joseph Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Counter-Defendant Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy M Ryan | |
| | on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| W. Derek May | |
| | on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com |
| William Malcolm | |
| | on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org |
| Zi Chao Lin | |
| | on behalf of Creditor Brentwood Finance Company  LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |
| Zi Chao Lin | |
| | on behalf of Defendant Brentwood Finance Company  LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |

TOTAL: 53

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

**FILED & ENTERED**

**SEP 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S STIPULATION REGARDING EXTENSION OF CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE FROM SEPTEMBER 30, 2024 TO OCTOBER 14, 2024** |

The Court, having considered the Trustee's Stipulation Regarding Extension of Chapter 11 Administrative Claim Bar Date from September 30, 2024 to October 14, 2024 (the "Stipulation") filed on September 25, 2024 as Docket Entry No. 337, and with good cause shown,

//

//

//

1

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. The Parties shall have until October 14, 2024 to file application of requests for allowance of administrative claims incurred while Debtor's case was pending in Chapter 11.

IT IS SO ORDERED.

###

Date: September 26, 2024

Theodor C. Albert
United States Bankruptcy Judge

2