**DONALD T. FIFE**
**HAHN FIFE & COMPANY, LLP**
**1055 E. COLORADO BL., 5TH FL.**
**PASADENA, CA 91106**
**(626) 792-0855 PHONE**
**(626) 792-0879 FAX**
dfife@hahnfife.com

ACCOUNTANT TO THE FORMER CHAPTER 11 TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor(s). | Case No. 8:22-bk-11556-TA<br><br>**Chapter 11**<br><br>**FIRST INTERIN FEE APPLICATION OF HAHN FIFE & COMPANY LLP FOR ALLOWANCE OF FEES & EXPENSES FOR THE CHAPTER 11 PERIOD FROM FEBRUARY 3, 2023 THROUGH APRIL 2, 2023; DECLARATION OF DONALD T. FIFE**<br><br>DATE: [TO BE SET]<br>TIME: [TO BE SET]<br>PLACE: [TO BE SET] |

TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE:

### I.

### INTRODUCTION

1. This case commenced on September 9, 2022 pursuant to a voluntary petition filed under Chapter 11 of the Bankruptcy Code by the Debtor, Stonebridge Ventures, LLC. Subsequent to this date, Arturo Cisneros was appointed and qualified as the Chapter 11 Trustee.

- 1 -

2.  An Order authorizing the Chapter 11 Trustee to Employ Hahn Fife & Company LLP as accountants was filed on or about March 30, 2023 with an effective date of February 3, 2023.

3.  This First Interim Fee Application is for the Chapter 11 period only. Applicant has also been employed by the Chapter 7 Trustee for Chapter 7 services.

## II.

## GENERAL DESCRIPTION OF SERVICE RENDERED

**1. Monthly Operating Report**

Applicant incurred 0.20 hours and incurred $102.00 in fees in assistance with the preparation of the Debtor's Monthly Operating Reports

**2. Tax Preparation**

Applicant expended 0.20 hours and incurred $102.00 in fees in connection with the preparation of the Form 593 related to the proposed sale of the Debtor's property.

**3. Ability to Pay Administrative Expenses**

Applicant has been advised there are sufficient assets available to pay administrative expenses.

## III.

## COMPENSATION FOR PROFESSIONAL SERVICES

Attached hereto as Exhibit "A" is a true and correct copy of the applicant's billing statement, which details time and expenses relevant to this application. Pursuant to Bankruptcy Rule 2016, Donald T. Fife hereby declares that no agreement or understanding was made between Applicant and any other entity for the sharing of the compensation received, or to be received, for services rendered in connection with this case.

## IV.

## COSTS INCURRED

**NONE**

## V.

## CONCLUSION

WHEREFORE, Applicant requests that the Court issue an order awarding fees and costs incurred for the Chapter 11 period February 3, 2023 through April 2, 2023. Applicant's fees for services incurred during said period total $204.00, and unreimbursed costs total $0.00. Applicant further requests that the Court authorize the Trustee to disburse $204.00 in total fees and costs.

Dated: 10-7-24

DONALD T. FIFE
HAHN FIFE & COMPANY LLP

## DECLARATION OF DONALD T. FIFE

I, DONALD T. FIFE, do hereby declare:

1. I am a certified public accountant duly licensed to practice in the State of California.

2. I have personal knowledge of the facts herein and if called upon to testify as a witness, I could and would competently testify as thereto.

3. I am the designated professional responsible for assuring compliance with the Office of the United States Trustee Guidelines related to billing. I have reviewed the herein First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") and I believe that all of the facts set forth herein are true and correct to comply with all applicable national and local bankruptcy rules.

4. The fee application herein complies with the United States Trustee Fee Guide.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 7TH day of OCTOBER, 2024 at Pasadena, California.

_____
DONALD T. FIFE
HAHN FIFE & COMPANY, LLP

## DETAILED SUMMARY OF FEES & EXPENSES

| STAFF | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **MONTHLY OPERATING REPORTS** | | | |
| Donald T. Fife | $510.00 | 0.20 | $ 102.00 |
| **TAX PREPARATION** | | | |
| Donald T. Fife | $510.00 | 0.20 | $ 102.00 |
| | | **TOTAL FEES** | **$ 204.00** |
| | | **TOTAL EXPENSES** | **$ 0.00** |
| | | **TOTAL FEES AND EXPENSES REQUESTED** | **$ 204.00** |

## A. CISNEROS, TRUSTEE
## BILLING DETAIL FOR PERIOD 02/03/23 TO 04/02/23

### STONEBRIDGE– MONTHLY OPERATING REPORT

| | | | | |
|---|---|---|---|---|
| 02/28/23 | Donald T. Fife | Respond to Trustee re: Balance | 0.20 | $ 102.00 |

### STONEBRIDGE – TAX RETURN PREPARATION

| | | | | |
|---|---|---|---|---|
| 02/23/23 | Donald T. Fife | Draft first and final fee application. | 0.20 | $ 102.00 |
| | | **TOTAL:** | 0.40 | **$ 204.00** |

**Hahn Fife & Company LLP**
1055 East Colorado Blvd., 5th Floor
Pasadena, California
91106
Telephone: (626) 792-0855
Facsimile: (626)-270-5701
e-mail: dfife@hahnfife.com

---

## Firm Statement of Qualifications

The Firm was formed in January of 2004 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

**Donald T. Fife, CPA**

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation. Mr. Fife has personally prepared and filed hundreds of bankruptcy estate tax returns.

Mr. Fife has over 30 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 20 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Mr. Fife's rate is $510

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10-10-24, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Robert M Aronson** robert@aronsonlawgroup.com, info@aronsonlawgroup.com
**James C Bastian** jbastian@shulmanbastian.com
**Arturo Cisneros (TR)** amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Ethan Friedman** ethan.friedman@fnf.com
**Nicholas W Gebelt** ngebelt@goodbye2debt.com
**Michael J Hauser** michael.hauser@usdoj.gov
**Christopher Hewitt** hewittesq@yahoo.com, 5063741420@filings.docketbird.com
**Rika Kido** rkido@shulmanbastian.com, avernon@shulmanbastian.com
**Zi Chao Lin** zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com
**William Malcolm** bill@mclaw.org, cvalenzuela@mclaw.org
**Richard A Marshack** rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com
**W. Derek May** wdmlaw17@gmail.com, r48266@notify.bestcase.com
**David W. Meadows** david@davidwmeadowslaw.com
**Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
**Hamid R Rafatjoo** hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
**Lee S Raphael** ecfcca@ecf.courtdrive.com, cmartin@pralc.com
**Timothy M Ryan** tryan@theryanfirm.com, ecf@theryanfirm.com
**Allan D Sarver** ADS@asarverlaw.com
**Summer M Shaw** ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
**Nathan F Smith** nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com
**Michael G Spector** mgspector@aol.com, mgslawoffice@aol.com
**Diana Torres-Brito** dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
**United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker** cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10-10-24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Stonebridge Vetures LLC / 15 Corporate Plaza Drive, Suite 200 / Newport Beach, CA 92660
USBC Honorable Theodor Albert / 411 W. Fourth Street #5085 / Santa Ana, CA 92701

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10-10-24 | Martha Quintero | _(signed)_ Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          F 9013-3.1.PROOF.SERVICE