**DONALD T. FIFE**
**HAHN FIFE & COMPANY, LLP**
**1055 E. COLORADO BL., 5TH FL.**
**PASADENA, CA 91106**
**(626) 792-0855 PHONE**
**(626) 792-0879 FAX**
dfife@hahnfife.com

ACCOUNTANT TO THE FORMER CHAPTER 11 TRUSTEE

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor(s). | Case No. 8:22-bk-11556-TA<br><br>**Chapter 11**<br><br>**DECLARATION OF TRUSTEE IN SUPPORT OF THE FIRST INTERIM FEE APPLICATION OF HAHN FIFE & COMPANY LLP FOR ALLOWANCE OF FEES & EXPENSES FOR THE CHAPTER 11 PERIOD FROM FEBRUARY 3, 2023 THROUGH APRIL 2, 2023**<br><br>DATE:    [TO BE SET]<br>TIME:    [TO BE SET]<br>PLACE:   [TO BE SET] |

TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE:

## DECLARATION OF A. CISNEROS

I, <u>A. CISNEROS</u>, do hereby declare:

1.    I am a member of the Panel of Trustees for the Central District of California. I am the duly-appointed Chapter 7 Trustee for the Bankruptcy Estate of Stonebridge Ventures, LLC, and former Chapter 11 Trustee.

- 1 -

## DECLARATION OF A. CISNEROS

I, A. CISNEROS, do hereby declare:

1. I am a member of the Panel of Trustees for the Central District of California. I am the duly-appointed Chapter 7 Trustee for the Bankruptcy Estate of Stonebridge Ventures, LLC, and former Chapter 11 Trustee.

2. I have reviewed the preceding First Interim Fee Application of Hahn Fife & Company, LLP. I am in accord with all statements found in the application and have no objection to any portion of said application.

3. This declaration is submitted in accordance with the United States Trustee Fee Guide.

4. I have no objections to the services performed, or to the fees and costs incurred by Hahn Fife & Company, LLP as stated in their application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/10/24

A. CISNEROS
Chapter 7 Trustee
(Former Chapter 11 Trustee)

- 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TRUSTEE IN SUPPORT OF THE FIRST INTERIM FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10-10-24, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Robert M Aronson** robert@aronsonlawgroup.com, info@aronsonlawgroup.com
**James C Bastian** jbastian@shulmanbastian.com
**Arturo Cisneros (TR)** amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Ethan Friedman** ethan.friedman@fnf.com
**Nicholas W Gebelt** ngebelt@goodbye2debt.com
**Michael J Hauser** michael.hauser@usdoj.gov
**Christopher Hewitt** hewittesq@yahoo.com, 5063741420@filings.docketbird.com
**Rika Kido** rkido@shulmanbastian.com, avernon@shulmanbastian.com
**Zi Chao Lin** zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com
**William Malcolm** bill@mclaw.org, cvalenzuela@mclaw.org
**Richard A Marshack** rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com
**W. Derek May** wdmlaw17@gmail.com, r48266@notify.bestcase.com
**David W. Meadows** david@davidwmeadowslaw.com
**Thomas J Polis** tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
**Hamid R Rafatjoo** hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
**Lee S Raphael** ecfcca@ecf.courtdrive.com, cmartin@pralc.com
**Timothy M Ryan** tryan@theryanfirm.com, ecf@theryanfirm.com
**Allan D Sarver** ADS@asarverlaw.com
**Summer M Shaw** ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
**Nathan F Smith** nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com
**Michael G Spector** mgspector@aol.com, mgslawoffice@aol.com
**Diana Torres-Brito** dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
**United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker** cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10-10-24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Stonebridge Vetures LLC / 15 Corporate Plaza Drive, Suite 200 / Newport Beach, CA 92660
USBC Honorable Theodor Albert / 411 W. Fourth Street #5085 / Santa Ana, CA 92701

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                  F 9013-3.1.PROOF.SERVICE


**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10-10-24 | Martha Quintero | *(signed)* Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    -4-    F 9013-3.1.PROOF.SERVICE