# Fidelity National Title Company

5000 Van Nuys Blvd., Suite 500, Sherman Oaks, CA 91403
Phone: (818) 881-7800

---

Issuing Policies of Fidelity National Title Insurance Company

---

ORDER NO.: **00369276-994-VNO-1AW**
LOAN NO.:

Title Officer:  Albert Wassif
Phone: (818) 881-7800 Ext. 5718
Fax: (818) 745-5013
Email: Team.Albert@fnf.com

A & A Escrow Services Inc.
15250 Ventura Blvd., Suite 715
Sherman Oaks, CA 91403

ATTN:       Antonia Delgado
YOUR REF:   105986-AA

PROPERTY:   **Vacant land**

---

## AMENDED **PRELIMINARY REPORT**

*In response to the application for a policy of title insurance referenced herein, **Fidelity National Title Company** hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a policy or policies of title insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an exception herein or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations or Conditions of said policy forms.*

*The printed Exceptions and Exclusions from the coverage and Limitations on Covered Risks of said policy or policies are set forth in Attachment One. The policy to be issued may contain an arbitration clause. When the Amount of Insurance is less than that set forth in the arbitration clause, all arbitrable matters shall be arbitrated at the option of either the Company or the Insured as the exclusive remedy of the parties. Limitations on Covered Risks applicable to the CLTA and ALTA Homeowner's Policies of Title Insurance which establish a Deductible Amount and a Maximum Dollar Limit of Liability for certain coverages are also set forth in Attachment One. Copies of the policy forms should be read. They are available from the office which issued this report.*

*This report (and any supplements or amendments hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby. If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.*

*The policy(s) of title insurance to be issued hereunder will be policy(s) of Fidelity National Title Insurance Company, a Florida corporation.*

***Please read the exceptions shown or referred to herein and the exceptions and exclusions set forth in Attachment One of this report carefully. The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.***

***It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects and encumbrances affecting title to the land.***

Countersigned by:

*Cindy Fried*

Authorized Signature

---

**Fidelity National Title Company**

5000 Van Nuys Blvd., Suite 500, Sherman Oaks, CA 91403
Phone:  (818) 881-7800

## AMENDED **PRELIMINARY REPORT**

---

**EFFECTIVE DATE:**  **September 3, 2024 at 7:30 a.m., Amended: September 17, 2024, Amendment No. 2**

**ORDER NO.:  00369276-994-VNO-1AW**

The form of policy or policies of title insurance contemplated by this report is:

    **CLTA Standard Coverage Policy of Title Insurance (4-8-14)**

1.    THE ESTATE OR INTEREST IN THE LAND HEREINAFTER DESCRIBED OR REFERRED TO COVERED BY THIS REPORT IS:

    **A FEE**

2.    TITLE TO SAID ESTATE OR INTEREST AT THE DATE HEREOF IS VESTED IN:

    **Stonebridge Ventures, LLC, a California Limited Liability Company, subject to Instrument No. 384767,384837, 441724 and 441726 as shown on Schedule "B" herein**

3.    THE LAND REFERRED TO IN THIS REPORT IS DESCRIBED AS FOLLOWS:

    **See Exhibit A attached hereto and made a part hereof.**

PRELIMINARY REPORT                                                      Fidelity National Title Company
YOUR REFERENCE:  105986-AA                                              ORDER NO.:  00369276-994-VNO-1AW

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF RANCHO MIRAGE,  COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 4 AS SHOWN ON MAP OF TRACT NO. 33666, IN THE CITY OF RANCHO MIRAGE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, RECORDED ON NOVEMBER 8, 2007 IN BOOK 427, PAGE 1 THROUGH 6 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN:  682-031-004

PRELIMINARY REPORT                                                     Fidelity National Title Company
YOUR REFERENCE:  105986-AA                                     ORDER NO.:  00369276-994-VNO-1AW

# EXCEPTIONS

**AT THE DATE HEREOF, ITEMS TO BE CONSIDERED AND EXCEPTIONS TO COVERAGE IN ADDITION TO THE PRINTED EXCEPTIONS AND EXCLUSIONS IN SAID POLICY FORM WOULD BE AS FOLLOWS:**

1. Property taxes, which are a lien not yet due and payable, including any assessments collected with taxes to be levied for the fiscal year 2024-2023.

2. Property taxes, including any personal property taxes and any assessments collected with taxes, are as follows:

   | | |
   |---|---|
   | Code Area: | 017-004 |
   | Tax Identification No.: | 682-031-004 |
   | Fiscal Year: | 2023-2024 |
   | 1st Installment: | $4,847.85 Delinquent + Penalty $484.79 |
   | 2nd installment: | $4,847.85 Delinquent + Penalty $522.85 |
   | Exemption: | $0.00 |
   | Land: | $575,000.00 |
   | Improvements: | $175,000.00 |
   | Personal Property: | $0.00 |
   | Bill No.: | 2023003390861 |

3. Said property has been declared tax defaulted for non-payment of delinquent taxes for the fiscal year 2022-2023

   | | |
   |---|---|
   | APN No.: | 682-031-004 |
   | Default Date: | June 30, 2023 |

   Amounts to redeem for the above-stated fiscal year (and subsequent years, if any) are:

   | | |
   |---|---|
   | Amount: | $28,992.40, by: September 30, 2024 |
   | Amount: | $29,334.69, by: October 31, 2024 |

4. Supplemental assessment for 2022-2023:

   | | |
   |---|---|
   | 1st Installment | $1,591.27, Delinquent + Penalty $159.12 |
   | Must be Paid By: | December 11, 2023 |
   | 2nd Installment | $1,591.27, Delinquent + Penalty $197.18 |
   | Must be Paid By: | April 10, 2024 |
   | Bill No.: | 2022005579301 |

5. The lien of supplemental or escaped assessments of property taxes, if any, made pursuant to the provisions of Chapter 3.5 (commencing with Section 75) or Part 2, Chapter 3, Articles 3 and 4, respectively, of the Revenue and Taxation Code of the State of California as a result of the transfer of title to the vestee named in Schedule A or as a result of changes in ownership or new construction occurring prior to Date of Policy.

   Note: If said supplementals (if any) are not posted prior to the date of closing, this company assumes no liability for payment thereof.

6. Water rights, claims or title to water, whether or not disclosed by the public records.

7. Any rights of the parties in possession of a portion of, or all of, said Land, which rights are not disclosed by the Public Records.

## EXCEPTIONS
### (Continued)

8.    Easement(s) for the purpose(s) shown below and rights incidental thereto as delineated or as offered for dedication on the map of said tract.

| | |
|---|---|
| Purpose: | Public utilities and incidental purposes |
| Affects: | As shown on said Tract Map |

9.    An easement for the purpose(s) shown below and rights incidental thereto as set forth in a document:

| | |
|---|---|
| In Favor of: | California Electric Power Company |
| Purpose: | Utilities and incidental purposes |
| Recording Date: | May 6, 1945 |
| Recording No: | Book 678, Page 134, of Official Records |
| Affects: | said land more particularly described therein |

Reference is made to said document for full particulars

10.    An easement for the purpose(s) shown below and rights incidental thereto as set forth in a document:

| | |
|---|---|
| In Favor of: | General Telephone Company of California, a Corporation |
| Purpose: | Facilities and incidental purposes |
| Recording Date: | April 12, 1979 |
| Recording No: | 1979-73371, of Official Records |
| Affects: | said land more particularly described therein |

Reference is made to said document for full particulars

11.    An easement for the purpose(s) shown below and rights incidental thereto as set forth in a document:

| | |
|---|---|
| In Favor of: | General Telephone Company of California, a Corporation |
| Purpose: | Public utilities and incidental purposes |
| Recording Date: | May 3, 1979 |
| Recording No: | 1979-90306, of Official Records |
| Affects: | said land more particularly described therein |

Reference is made to said document for full particulars

12.    Matters contained in that certain document

| | |
|---|---|
| Entitled: | Resolution of the Board of Directors of Coachella Valley Water District Resolution No. 2003-49 |
| Dated: | April 9, 2003 |
| Executed by: | City of Rancho Mirage |
| Recording Date: | August 6, 2003 |
| Recording No.: | 2003-597460, of Official Records |

Reference is hereby made to said document for full particulars

**EXCEPTIONS**
**(Continued)**

13.    An easement for the purpose(s) shown below and rights incidental thereto as set forth in a document:

|            |            |
|------------|------------|
| In Favor of: | Southern California Edison Company, a Corporation |
| Purpose: | Public utilities and incidental purposes |
| Recording Date: | July 14, 2004 |
| Recording No: | 2004-543689, of Official Records |
| Affects: | said land more particularly described therein |

Reference is made to said document for full particulars

14.    Matters contained in that certain document

|            |            |
|------------|------------|
| Entitled: | Development Agreement by and between The City of Rancho Mirage and Stonebridge, Inc. |
| Dated: | January 1, 2007 |
| Executed by: | City of Rancho Mirage, a municipal Corporation and Stonebridge, Inc., a California Corporation |
| Recording Date: | February 15, 2007 |
| Recording No.: | 2007-109552, of Official Records |

Reference is hereby made to said document for full particulars

15.    Matters contained in that certain document

|            |            |
|------------|------------|
| Entitled: | Development Restrictions Covenant |
| Dated: | January 7, 2007 |
| Executed by: | City of Rancho Mirage, a municipal Corporation and Stonebridge, Inc. |
| Recording Date: | January 7, 2007 |
| Recording No.: | 2007-109553, of Official Records |

Reference is hereby made to said document for full particulars

16.    Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document:

|            |            |
|------------|------------|
| Purpose: | Public utilities and incidental purposes |
| Recording Date: | May 16, 2007 |
| Recording No.: | 2007-326682, of Official Records |
| Affects: | said land more particularly described therein |

Reference is made to said document for full particulars

17.    An easement shown or dedicated on the Map as referred to in the legal description

For: Public utilities and incidental purposes.

18.    An easement shown or dedicated on the Map as referred to in the legal description

For: Ingress and egress of service and emergency vehicles and
incidental purposes.

(Affects Lot "B")

## EXCEPTIONS
### (Continued)

19.   An easement shown or dedicated on the Map as referred to in the legal description

      For: Storm drain easement and incidental purposes.

20.   The following matters shown or disclosed by the filed or recorded map referred to in the legal description:

      Lot "B" is designated on the Map as "Private Street";

      Lot "F" is designated on the Map as "Public Utility/Emergency Access" and

      Lot "G" is designated on the Map as "Landscaping" for domestic water and sanitation purposes

21.   The following matters shown or disclosed by the filed or recorded map referred to in the legal description:
      We hereby reserve Lots "C", "D", "E", "F" and "G" for retention basin and landscape purposes as shown
      on the map.

22.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document:

      Granted To:               Southern California Edison Company
      Purpose:                  Distributing electrical energy, transmitting intelligence by electrical
                                means and incidental purposes
      Recording Date:           November 28, 2007
      Recording No:             2007-716440, of Official Records
      Affects:                  said land more particularly described therein

      Reference is made to said document for full particulars

23.   Matters contained in that certain document

      Entitled:                 Domestic Water and/or Sanitation System Installation Agreement
      Dated:                    August 17, 2007
      Executed by:              Coachella Valley Water District, a Public agency of the state of California
      Recording Date:           February 29, 2008
      Recording No.:            2008-100652, of Official Records

      Reference is hereby made to said document for full particulars

24.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document:

      Granted To:               Verizon California Inc.
      Purpose:                  Transmission of electric energy for communication, telecommunication, video,
                                intelligence by electrical means and incidental purposes
      Recording Date:           April 14, 2008
      Recording No:             2008-183398, of Official Records
      Affects:                  said land more particularly described therein

      Reference is made to said document for full particulars

PRELIMINARY REPORT                                                                        Fidelity National Title Company
YOUR REFERENCE:  105986-AA                                                            ORDER NO.:  00369276-994-VNO-1AW

## EXCEPTIONS
### (Continued)

25.    Matters contained in that certain document

Entitled:                    Notice of Acceptance ? Tract No. 33666
Dated:                       September 24, 2008
Executed by:                 City of Rancho Mirage
Recording Date:              October 14, 2008
Recording No.:               2008-551688, of Official Records

Reference is hereby made to said document for full particulars

26.    Matters contained in that certain document

Entitled:                    Maintenance Covenant for Required Landscaping and Integrated
Architectural Features (Tentative Tract Map no. 33666) (Preliminary
Development Plan Case No. PDP05014)
Dated:                       September 17, 2008
Executed by:                 Stonebridge, Inc.
Recording Date:              October 14, 2008
Recording No.:               2008-553143, of Official Records

Reference is hereby made to said document for full particulars

27.    The matters set forth in the document shown below which, among other things, contains or provides for:
certain easements; liens and the subordination thereof; provisions relating to partition; restrictions on
severability of component parts; and covenants, conditions and restrictions but omitting any covenants or
restrictions, if any, including, but not limited to those based upon age, race, color, religion, sex, gender,
gender identity, gender expression, sexual orientation, marital status, national origin, ancestry, familial
status, source of income, disability, veteran or military status, genetic information, medical condition,
citizenship, primary language, and immigration status, as set forth in applicable state or federal laws,
except to the extent that said covenant or restriction is permitted by applicable law.

Entitled:                    Declarations of covenants, conditions and restrictions
Recording Date:              October 23, 2008
Recording No.:               2008-567693, of Official Records

Said covenants, conditions and restrictions provide that a violation thereof shall not defeat the lien of any
mortgage or deed of trust made in good faith and for value.

Modification(s) of said covenants, conditions and restrictions

Recording Date:              November 22, 2016
Recording No:                2016-522565, of Official Records

28.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document:

Granted To:                  Southern California Gas Company, a California corporation
Purpose:                     Pipelines, conduits and incidental purposes
Recording Date:              November 13, 2008
Recording No:                2008-600983, of Official Records
Affects:                     said land more particularly described therein

Reference is made to said document for full particulars

**EXCEPTIONS**
**(Continued)**

29.    Matters contained in that certain document

| | |
|---|---|
| Entitled: | Notice of Builder?s Election for Handling of Construction Claims Pursuant to California Civil Code Section 895 et seq. |
| Dated: | April 2, 2008 |
| Executed by: | Stonebridge, Inc., a California Corporation |
| Recording Date: | December 18, 2008 |
| Recording No.: | 2008-661299, of Official Records |

Reference is hereby made to said document for full particulars

30.    Matters contained in that certain document

| | |
|---|---|
| Entitled: | Domestic Water Lower Pressure Agreement |
| Dated: | July 9, 2019 |
| Executed by: | Coachella Valley Water District, a public agency of the state of California and Stonebridge Ventures |
| Recording Date: | July 11, 2019 |
| Recording No.: | 2019-255055, of Official Records |

Reference is hereby made to said document for full particulars

31.    The fact that the land lies within the boundaries of the Whitewater and Northside Redevelopment Project Area, as disclosed by various documents of record.

32.    A deed of trust to secure an indebtedness in  the amount shown below,

| | |
|---|---|
| Amount: | $1,575,000.00 |
| Dated: | March 29, 2021 |
| Trustor/Grantor: | Stonebridge Ventures, LLC, A California Limited Liability Company |
| Trustee: | Orange Coast Title Company |
| Beneficiary: | Alisa Arkenberg, a Married Woman as her Sole and Separate Property as to an undivided 50,000/1,575,000 interest; Cory Graham Sottek as to an undivided 100,000/1,575,000 interest; Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust UTD January 31, 1991 as to an undivided 50,000/1,575,000 interest; JLoanCo, Inc. as to an undivided 150,000/1,575,000 interest; Koonce Family Enterprises, LP as to an undivided 300,000/1,575,000 interest; Las Palmas Group Retirement Trust, Barry Nisen, Trustee as to an undivided 100,000/1,575,000 interest; Linda T. Seckler-Rufkahr, Trustee of The Rufkahr Family Trust as to an undivided 200,000/1,575,000 interest; Mainstar Trust Custodian FBO Richard W. Walker IRA as to an undivided 100,000/1,575,000 interest; Marc Treitler, Trustee of the Treitler Family Trust as to an undivided 300,000/1,575,000 interest; Mario Melillo as to an undivided 100,000/1,575,000 interest; Noreen Kennedy, Trustee of The Noreen Kay Kennedy Separate Property Trust dated May 16, 2005 as to an undivided 100,000/1,575,000 interest; |
| Loan No.: | SBV-4MAKENA-1 |
| Recording Date: | April 1, 2021 |
| Recording No: | 2021-206556, of Official Records |
| and Recording Date: | October 25, 2021 |
| and Recording No.: | 2021-629026, of Official Records |

PRELIMINARY REPORT                                                                                    Fidelity National Title Company
YOUR REFERENCE:  105986-AA                                                             ORDER NO.:  00369276-994-VNO-1AW

### EXCEPTIONS
### (Continued)

This Company will require that the original note, the original deed of trust and a properly executed request for full reconveyance together with appropriate documentation (i.e., copy of trust, partnership agreement or corporate resolution) be in this office prior to the close of this transaction if the above-mentioned item is to be paid through this transaction or deleted from a policy of title insurance.

Any demands submitted to us for payoff must be signed by all beneficiaries as shown on said deed of trust, and/or any assignments thereto. In the event said demand is submitted by an agent of the beneficiary(s), we will require the written approval of the demand by the beneficiary(s). Servicing agreements do not constitute approval for the purposes of this requirement.

If no amounts remain due under the obligation a zero balance demand will be required along with the reconveyance documents.

In addition, we require the written approval of said demand by the trustor(s) on said deed of trust or the current owners if applicable.

This Company will require a Trust Certification pursuant to California Probate Code Section 18100.5 from the Trustee of the Trust shown above as beneficiary of said deed of trust if an act of said Trustee is to be insured or if said deed of trust is to be reconveyed.

The Company reserves the right to add additional items and/or make further requirements after review of the requested documentation.

33.     Any claims for mechanics' or materialman's liens on said Land that may be recorded, by reason of a recent work of improvement that is disclosed by the document shown below

|  |  |
|---|---|
| Entitled: | Construction Deed of Trust, Absolute Assignment of Leases and Rents, Security Agreement and Fixture Filing |
| Recording Date: | April 1, 2021 |
| Recording No.: | 2021-206556, of Official Records |

34.     Any claims for construction liens that may be recorded by reason of a recent work of improvement under construction and/or completed at the date hereof.

35.     Furnish evidence of the date of completion of the improvements constructed on said Land. If the statutory time in which a claimant for unpaid labor or materials may record a lien has not elapsed, furnish such documents that the Company may require for review to determine if an indemnification by the seller/borrower, and/or contractor will be acceptable to the Company. Any indemnity must be on the Company's form. Spouses and individualprincipals of corporations or other entities may be required to join in the execution of said indemnity.

The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

36.     If a work of improvement was recently completed or will be completed prior to the close of this transaction, the Company will require that a valid Notice of Completion be recorded. This notice must be signed by an owner of the property and must be recorded within 15 days of the actual completion date.

PRELIMINARY REPORT                                                                    Fidelity National Title Company
YOUR REFERENCE:  105986-AA                                              ORDER NO.:  00369276-994-VNO-1AW

**EXCEPTIONS**
**(Continued)**

37.    Information has been provided to the Company which discloses that a work of improvement is
contemplated, in progress or recently completed. To assist the Company in determining if it can give the
priority coverage contained within the policy contemplated by this report, please provide the following:

a)  Current Financial Statement and/or Current Loan Application.
b)  Project Cost Breakdown.
c)  Completed Loss of Priority Questionnaire. (This form furnished by the Company.)
d)  A fully executed Indemnity Agreement. (This form furnished by the Company.)
e)  If work has commenced prior to the recordation of the Construction Deed of Trust, there will be further
requirements and the closing of the transaction could be delayed.
f)  Copy of current appraisal
g)  Copy of loan agreement and disbursement schedules
h)  Name of Fund Control/Disbursement Agent

Work may include, among other things, any preparation of the site for the planned construction, delivery
of construction materials or equipment and any labor furnished.

The Company reserves the right to add additional items and/or make further requirements after review of
the requested documentation.

38.    A Deed:

From:                        Stonebridge Ventures LLC, a California limited liability company
To:                          AB Capital LFD, Inc., a California Corporation
Dated:                       September 1, 2022
Recording Date:              September 6, 2022
Recording No.:               2022-384767, of Official Records

For insurance purposes, the Company is not willing to divest the interest of the following party(s):

Party(s):                    Stonebridge Ventures LLC, a California limited liability company

In order to complete this report the Company requires the following:

Info Requested:              Completed Statement of Information and an Affidavit for an Uninsured Deed,
                             (Signed and Notarized by a Notary Public different from the one who notarized
                             the deed shown above)
Party:                       Stonebridge Ventures LLC, a California limited liability company

The Company reserves the right to make additional requirements or add additional items or exceptions
after review of the requested documentation.

This Company will require the following documents for review prior to the issuance of any title insurance
predicated upon a conveyance or encumbrance by the corporation named below.

 Name of Corporation:   AB Capital LFD, Inc., a California Corporation

PRELIMINARY REPORT                                                                                              Fidelity National Title Company
YOUR REFERENCE:  105986-AA                                                                    ORDER NO.:  00369276-994-VNO-1AW

## EXCEPTIONS
### (Continued)

(a) A Copy of the corporation By-Laws and Articles of Incorporation.

(b) An original or certified copy of a resolution authorizing the transaction contemplated herein.

(c) If the Articles and/or By-Laws require approval by a "parent" organization, a copy of the Articles and By-Laws of the parent.

(d) A current dated certificate of good standing from the proper governmental authority of the state in which the entity was created.

The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

39.    A Deed:

| | |
|---|---|
| From: | Stonebridge Ventures LLC, a California limited liability company |
| To: | AB Capital LFD, Inc., a California Corporation |
| Dated: | September 1, 2022 |
| Recording Date: | September 9, 2022 |
| Recording No.: | 2022-384837, of Official Records |

For insurance purposes, the Company is not willing to divest the interest of the following party(s):

Party(s):                Stonebridge Ventures LLC, a California limited liability company

In order to complete this report the Company requires the following:

Info Requested:        Completed Statement of Information and an Affidavit for an Uninsured Deed, (Signed and Notarized by a Notary Public different from the one who notarized the deed shown above)
Party:                   Stonebridge Ventures LLC, a California limited liability company

The Company reserves the right to make additional requirements or add additional items or exceptions after review of the requested documentation.

Affects:                 The herein described Land and other land.

CLTA Preliminary Report Form – Modified (11/17/06)

PRELIMINARY REPORT
YOUR REFERENCE:  105986-AA

Fidelity National Title Company
ORDER NO.:  00369276-994-VNO-1AW

## EXCEPTIONS
### (Continued)

40.     A Deed:

| | |
|---|---|
| From: | Ab Capital LFD, Inc. |
| To: | A. Cisneros, Chapter 11 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC, United States Bankruptcy Court for the Central District of California |
| Dated: | October 18, 2022 |
| Recording Date: | October 25, 2022 |
| Recording No.: | 2022-441724, of Official Records |

For insurance purposes, the Company is not willing to divest the interest of the following party(s):

Party(s):                Ab Capital LFD, Inc.

In order to complete this report the Company requires the following:

Info Requested:        Completed Statement of Information and an Affidavit for an Uninsured Deed, (Signed and Notarized by a Notary Public different from the one who notarized the deed shown above)
Party:                    Ab Capital LFD, Inc.

The Company reserves the right to make additional requirements or add additional items or exceptions after review of the requested documentation.

Affects:                The herein described Land and other land.

41.     A Deed:

| | |
|---|---|
| From: | Ab Capital LFD, Inc. |
| To: | A. Cisneros, Chapter 11 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC, United States Bankruptcy Court for the Central District of California |
| Dated: | October 18, 2022 |
| Recording Date: | October 25, 2022 |
| Recording No.: | 2022-441726, of Official Records |

For insurance purposes, the Company is not willing to divest the interest of the following party(s):

Party(s):                Ab Capital LFD, Inc.

order to complete this report the Company requires the following:

Info Requested:        Completed Statement of Information and an Affidavit for an Uninsured Deed, (Signed and Notarized by a Notary Public different from the one who notarized the deed shown above)
Party:                    Ab Capital LFD, Inc.

The Company reserves the right to make additional requirements or add additional items or exceptions after review of the requested documentation.

The community interest of the spouse of the vestee named below

PRELIMINARY REPORT                                                                    Fidelity National Title Company
YOUR REFERENCE:  105986-AA                                              ORDER NO.:  00369276-994-VNO-1AW

## EXCEPTIONS
### (Continued)

Vestee:                        A. Cisneros, Chapter

The Company will require that the spouse of the vestee named below join in any conveyance or
encumbrance prior to the issuance of any Policy of Title Insurance.

Vestee:                        A. Cisneros, Chapter


**PLEASE REFER TO THE "INFORMATIONAL NOTES" AND "REQUIREMENTS" SECTIONS WHICH
FOLLOW FOR INFORMATION NECESSARY TO COMPLETE THIS TRANSACTION.**

---

**END OF EXCEPTIONS**

---

# REQUIREMENTS SECTION

1.       In order to complete this report, the Company requires a Statement of Information to be completed by the following party(s),

         Party(s):                    All Parties

         The Company reserves the right to add additional items or make further requirements after review of the requested Statement of Information.

         NOTE: The Statement of Information is necessary to complete the search and examination of title under this order.  Any title search includes matters that are indexed by name only, and having a completed Statement of Information assists the Company in the elimination of certain matters which appear to involve the parties but in fact affect another party with the same or similar name. Be assured that the Statement of Information is essential and will be kept strictly confidential to this file.

2.       The Company will require the following documents for review prior to the issuance of any title insurance predicated upon a conveyance or encumbrance from the entity named below:

         Limited Liability Company:  Stonebridge Ventures, LLC, a California Limited Liability

         a)       A copy of its operating agreement, if any, and any and all amendments, supplements and/or modifications thereto, certified by the appropriate manager or member

         b)       If a domestic Limited Liability Company, a copy of its Articles of Organization and all amendments thereto with the appropriate filing stamps

         c)       If the Limited Liability Company is member-managed, a full and complete current list of members certified by the appropriate manager or member

         d)       A current dated certificate of good standing from the proper governmental authority of the state in which the entity was created

         e)       If less than all members, or managers, as appropriate, will be executing the closing documents, furnish evidence of the authority of those signing.

         The Company reserves the right to add additional items or make further requirements after review of the requested documentation

---

## END OF REQUIREMENTS

---

# INFORMATIONAL NOTES SECTION

1.      Notice: Please be aware that due to the conflict between federal and state laws concerning the cultivation, distribution, manufacture or sale of marijuana, the Company is not able to close or insure any transaction involving Land that is associated with these activities.

2.      None of the items shown in this report will cause the Company to decline to attach ALTA Endorsement Form 9 to an Extended Coverage Loan Policy, when issued.

3.      Note: The policy of title insurance will include an arbitration provision. The Company or the insured may demand arbitration provision. Arbitrable matters may include, but are not limited to any controversy or claim between the Company and the insured arising out of or relating to this policy, any service of the Company in connection with its issuance or the breach of a policy provision or other obligation. Please ask your escrow or title officer for a sample copy of the policy to be issued if you wish to review the arbitration provisions and any other provisions pertaining to your Title Insurance Coverage.

4.      The only deed(s) affecting said land which recorded within twenty-four (24) months of the date of this report, is (are) as follows:

|            |            |
|------------|------------|
| Grantor:   | Ab Capital Led, Inc |
| Grantee:   | A. Cisneros, Chapter 11 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC. |
| Recording Date: | October 25, 2022 |
| Recording No.: | 2022-441724, of Official Records |

Affects:                The herein described Land and other land.

|            |            |
|------------|------------|
| Grantor:   | Ab Capital LFD, Inc |
| Grantee:   | A. Cisneros, Chapter 11 Trustee for the bankruptcy estate of Stonebridge Ventures, LLC |
| Recording Date: | October 25, 2022 |
| Recording No.: | 2022-441726, of Official Records |

5.      Pursuant to Government Code Section 27388.1, as amended and effective as of 1-1-2018, a Documentary Transfer Tax (DTT) Affidavit may be required to be completed and submitted with each document when DTT is being paid or when an exemption is being claimed from paying the tax. If a governmental agency is a party to the document, the form will not be required. DTT Affidavits may be available at a Tax Assessor-County Clerk-Recorder.

6.      Due to the special requirements of SB 50 (California Public Resources Code Section 8560 et seq.), any transaction that includes the conveyance of title by an agency of the United States must be approved in advance by the Company's State Counsel, Regional Counsel, or one of their designees.

7.      Unless this company is in receipt of WRITTEN instructions authorizing a particular policy, Fidelity Title will AUTOMATICALLY issue the American Land Title Association Homeowner's Policy (02/03/10) for all qualifying residential 1-4 properties/transactions to insure the buyer at the close of escrow.

8.      If a county recorder, title insurance company, escrow company, real estate broker, real estate agent or association provides a copy of a declaration, governing document or deed to any person, California law requires that the document provided shall include a statement regarding any unlawful restrictions. Said statement is to be in at least 14-point bold face type and may be stamped on the first page of any document provided or included as a cover page attached to the requested document. Should a party to this transaction request a copy of any document reported herein that fits this category, the statement is to be included in the manner described.

# INFORMATIONAL NOTES
## (Continued)

9.      Any documents being executed in conjunction with this transaction must be signed in the presence of an authorized Company employee, an authorized employee of an agent, an authorized employee of the insured lender, or by using Bancserv or other approved third party service. If the above requirements cannot be met, please call the Company at the number provided in this report

10.     NOTE: Amended Civil Code Section 2941, which becomes effective on January 1, 2002, sets the fee for the processing and recordation of the reconveyance of each Deed of Trust being paid off through this transaction at $45.00. The reconveyance fee must be clearly set forth in the Beneficiary's Payoff Demand Statement ("Demand"). In addition, an assignment or authorized release of that fee, from the Beneficiary to the Trustee of record, must be included. An example of the required language is as follows:

The Beneficiary identified above hereby assigns, releases or transfers to the Trustee of record, the sum of $45.00, included herein as 'Reconveyance Fees', for the processing and recordation of the Reconveyance of the Deed of Trust securing the indebtedness covered hereby, and the escrow company or title company processing this pay-off is authorized to deduct the Reconveyance Fee from this Demand and forward said fee to the Trustee of record or the successor Trustee under the Trust Deed to be paid off in full.

In the event that the reconveyance fee and the assignment, release or transfer are not included within the demand statement, then Fidelity National Title Insurance Company and its Underwritten Agent may decline to process the reconveyance and will be forced to return all documentation directly to the Beneficiary for compliance with the requirements of the revised statute.

11.     Note: Part of the RESPA Rule to simplify and Improve the Process of Obtaining Mortgages and Reduce Consumer Settlement Costs requires the settlement agent to disclose the agent and underwriter split of title premiums, including endorsements as follows:

Line 1107 is used to record the amount of the total title insurance premium, including endorsements, that is retained by the title agent. Fidelity National Title Company retains 88% of the total premium and endorsements.

Line 1108 used to record the amount of the total title insurance premium, including endorsements, that is retained by the title underwriter. Fidelity National Title Insurance Company retains 12% of the total premium and endorsements.

---

## END OF INFORMATIONAL NOTES

---

Albert Wassif/3sa

**WIRE SAFE** ™   Inquire before you wire!

# Wire Fraud Alert

This Notice is not intended to provide legal or professional advice. If you have any questions, please consult with a lawyer.

All parties to a real estate transaction are targets for wire fraud and many have lost hundreds of thousands of dollars because they simply relied on the wire instructions received via email, without further verification. **If funds are to be wired in conjunction with this real estate transaction, we strongly recommend verbal verification of wire instructions through a known, trusted phone number prior to sending funds.**

In addition, the following non-exclusive self-protection strategies are recommended to minimize exposure to possible wire fraud.

- **NEVER RELY** on emails purporting to change wire instructions. Parties to a transaction rarely change wire instructions in the course of a transaction.

- **ALWAYS VERIFY** wire instructions, specifically the ABA routing number and account number, by calling the party who sent the instructions to you. DO NOT use the phone number provided in the email containing the instructions, use phone numbers you have called before or can otherwise verify. **Obtain the phone number of relevant parties to the transaction as soon as an escrow account is opened**. DO NOT send an email to verify as the email address may be incorrect or the email may be intercepted by the fraudster.

- **USE COMPLEX EMAIL PASSWORDS** that employ a combination of mixed case, numbers, and symbols. Make your passwords greater than eight (8) characters. Also, change your password often and do NOT reuse the same password for other online accounts.

- **USE MULTI-FACTOR AUTHENTICATION** for email accounts. Your email provider or IT staff may have specific instructions on how to implement this feature.

For more information on wire-fraud scams or to report an incident, please refer to the following links:

*Federal Bureau of Investigation:*
*http://www.fbi.gov*

*Internet Crime Complaint Center:*
*http://www.ic3.gov*

*TM and © Fidelity National Financial, Inc. and/or an affiliate. All rights reserved*

## FIDELITY NATIONAL FINANCIAL, INC.
## PRIVACY NOTICE

**Effective January 1, 2023**

Fidelity National Financial, Inc. and its majority-owned subsidiary companies (collectively, "FNF," "our," or "we") respect and are committed to protecting your privacy. This Privacy Notice explains how we collect, use, and protect personal information, when and to whom we disclose such information, and the choices you have about the use and disclosure of that information.

A limited number of FNF subsidiaries have their own privacy notices.  If a subsidiary has its own privacy notice, the privacy notice will be available on the subsidiary's website and this Privacy Notice does not apply.

### Collection of Personal Information
FNF may collect the following categories of Personal Information:
•      contact information (e.g., name, address, phone number, email address);
•      demographic information (e.g., date of birth, gender, marital status);
•      identity information (e.g. Social Security Number, driver's license, passport, or other government ID number);
•      financial account information (e.g. loan or bank account information); and
•      other personal information necessary to provide products or services to you.

We may collect Personal Information about you from:
•      information we receive from you or your agent;
•      information about your transactions with FNF, our affiliates, or others; and
•      information we receive from consumer reporting agencies and/or governmental entities, either directly from these entities or through others.

### Collection of Browsing Information
FNF automatically collects the following types of Browsing Information when you access an FNF website, online service, or application (each an "FNF Website") from your Internet browser, computer, and/or device:
•      Internet Protocol (IP) address and operating system;
•      browser version, language, and type;
•      domain name system requests; and
•      browsing history on the FNF Website, such as date and time of your visit to the FNF Website and visits to the pages within the FNF Website.

Like most websites, our servers automatically log each visitor to the FNF Website and may collect the Browsing Information described above. We use Browsing Information for system administration, troubleshooting, fraud investigation, and to improve our websites. Browsing Information generally does not reveal anything personal about you, though if you have created a user account for an FNF Website and are logged into that account, the FNF Website may be able to link certain browsing activity to your user account.

### Other Online Specifics
Cookies. When you visit an FNF Website, a "cookie" may be sent to your computer. A cookie is a small piece of data that is sent to your Internet browser from a web server and stored on your computer's hard drive. Information gathered using cookies helps us improve your user experience. For example, a cookie can help the website load properly or can customize the display page based on your browser type and user preferences. You can choose whether or not to accept cookies by changing your Internet browser settings. Be aware that doing so may impair or limit some functionality of the FNF Website.

Web Beacons. We use web beacons to determine when and how many times a page has been viewed. This information is used to improve our websites.

Do Not Track. Currently our FNF Websites do not respond to "Do Not Track" features enabled through your browser.

Links to Other Sites.  FNF Websites may contain links to unaffiliated third-party websites. FNF is not responsible for the privacy practices or content of those websites. We recommend that you read the privacy policy of every website you visit.

### Use of Personal Information
FNF uses Personal Information for three main purposes:
•      To provide products and services to you or in connection with a transaction involving you.
•      To improve our products and services.
•      To communicate with you about our, our affiliates', and others' products and services, jointly or independently.

### When Information Is Disclosed
We may disclose your Personal Information and Browsing Information in the following circumstances:
•      to enable us to detect or prevent criminal activity, fraud, material misrepresentation, or nondisclosure;
•      to affiliated or nonaffiliated service providers who provide or perform services or functions on our behalf and who agree to use the information only to provide such services or functions;

Copyright © 2023. Fidelity National Financial, Inc. All Rights Reserved
Order No. 00369276-994-VNO-1AW

- to affiliated or nonaffiliated third parties with whom we perform joint marketing, pursuant to an agreement with them to jointly market financial products or services to you;
- to law enforcement or authorities in connection with an investigation, or in response to a subpoena or court order; or
- in the good-faith belief that such disclosure is necessary to comply with legal process or applicable laws, or to protect the rights, property, or safety of FNF, its customers, or the public.

The law does not require your prior authorization and does not allow you to restrict the disclosures described above. Additionally, we may disclose your information to third parties for whom you have given us authorization or consent to make such disclosure. We do not otherwise share your Personal Information or Browsing Information with nonaffiliated third parties, except as required or permitted by law.

We reserve the right to transfer your Personal Information, Browsing Information, and any other information, in connection with the sale or other disposition of all or part of the FNF business and/or assets, or in the event of bankruptcy, reorganization, insolvency, receivership, or an assignment for the benefit of creditors. By submitting Personal Information and/or Browsing Information to FNF, you expressly agree and consent to the use and/or transfer of the foregoing information in connection with any of the above described proceedings.

## Security of Your Information
We maintain physical, electronic, and procedural safeguards to protect your Personal Information.

## Choices With Your Information
Whether you submit Personal Information or Browsing Information to FNF is entirely up to you. If you decide not to submit Personal Information or Browsing Information, FNF may not be able to provide certain services or products to you.

For California Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties, except as permitted by California law. For additional information about your California privacy rights, please visit the "California Privacy" link on our website (https://fnf.com/pages/californiaprivacy.aspx) or call (888) 413-1748.

For Nevada Residents: We are providing this notice pursuant to state law.  You may be placed on our internal Do Not Call List by calling FNF Privacy at (888) 714-2710 or by contacting us via the information set forth at the end of this Privacy Notice. For further information concerning Nevada's telephone solicitation law, you may contact: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: (702) 486-3132; email: aginquiries@ag.state.nv.us.
For Oregon Residents:  We will not share your Personal Information or Browsing Information with nonaffiliated third parties for marketing purposes, except after you have been informed by us of such sharing and had an opportunity to indicate that you do not want a disclosure made for marketing purposes.

For Vermont Residents: We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

For Virginia Residents: For additional information about your Virginia privacy rights, please email privacy@fnf.com or call (888) 714-2710.

## Information From Children
The FNF Websites are not intended or designed to attract persons under the age of eighteen (18).We do not collect Personal Information from any person that we know to be under the age of thirteen (13) without permission from a parent or guardian.

## International Users
FNF's headquarters is located within the United States. If you reside outside the United States and choose to provide Personal Information or Browsing Information to us, please note that we may transfer that information outside of your country of residence. By providing FNF with your Personal Information and/or Browsing Information, you consent to our collection, transfer, and use of such information in accordance with this Privacy Notice.

## FNF Website Services for Mortgage Loans
Certain FNF companies provide services to mortgage loan servicers, including hosting websites that collect customer information on behalf of mortgage loan servicers (the "Service Websites"). The Service Websites may contain links to both this Privacy Notice and the mortgage loan servicer or lender's privacy notice. The sections of this Privacy Notice titled When Information is Disclosed, Choices with Your Information, and Accessing and Correcting Information do not apply to the Service Websites. The mortgage loan servicer or lender's privacy notice governs use, disclosure, and access to your Personal Information. FNF does not share Personal Information collected through the Service Websites, except as required or authorized by contract with the mortgage loan servicer or lender, or as required by law or in the good-faith belief that such disclosure is necessary: to comply with a legal process or applicable law, to enforce this Privacy Notice, or to protect the rights, property, or safety of FNF or the public.

## Your Consent To This Privacy Notice; Notice Changes
By submitting Personal Information and/or Browsing Information to FNF, you consent to the collection and use of the information in accordance with this Privacy Notice. We may change this Privacy Notice at any time. The Privacy Notice's effective date will show the

Copyright © 2023. Fidelity National Financial, Inc. All Rights Reserved
Order No. 00369276-994-VNO-1AW

last date changes were made. If you provide information to us following any change of the Privacy Notice, that signifies your assent to and acceptance of the changes to the Privacy Notice.

**Accessing and Correcting Information; Contact Us**

If you have questions or would like to correct your Personal Information, visit FNF's <u>Privacy Inquiry Website</u> or contact us by phone at (888) 714-2710, by email at privacy@fnf.com, or by mail to:

Fidelity National Financial, Inc.
601 Riverside Avenue
Jacksonville, Florida 32204
Attn: Chief Privacy Officer

## Fidelity National Title Company
5000 Van Nuys Blvd., Suite 500, Sherman Oaks, CA 91403
Phone: (818) 881-7800    •    Fax: (818) 776-8528

# Notice of Available Discounts

Pursuant to Section 2355.3 in Title 10 of the California Code of Regulations Fidelity National Financial, Inc. and its subsidiaries ("FNF") must deliver a notice of each discount available under our current rate filing along with the delivery of escrow instructions, a preliminary report or commitment.  Please be aware that the provision of this notice does not constitute a waiver of the consumer's right to be charged the filed rate.   As such, your transaction may not qualify for the below discounts.

You are encouraged to discuss the applicability of one or more of the below discounts with a Company representative.  These discounts are generally described below; consult the rate manual for a full description of the terms, conditions and requirements for such discount.  These discounts only apply to transactions involving services rendered by the FNF Family of Companies.  This notice only applies to transactions involving property improved with a one-to-four family residential dwelling.

Not all discounts are offered by every FNF Company. The discount will only be applicable to the FNF Company as indicated by the named discount.

| **FNF Underwritten Title Company** | **Underwritten by FNF Underwriters** |
|---|---|
| CTC – Chicago Title company | CTIC – Chicago Title Insurance Company |
| CLTC – Commonwealth Land Title Company | CLTIC - Commonwealth Land Title Insurance Company |
| FNTC – Fidelity National Title Company of California | FNTIC – Fidelity National Title Insurance Company |
| FNTCCA - Fidelity National Title Company of California | FNTIC - Fidelity National Title Insurance Company |
| TICOR – Ticor Title Company of California | CTIC – Chicago Title Insurance Company |
| LTC – Lawyer's Title Company | CLTIC – Commonwealth Land Title Insurance Company |
| SLTC – ServiceLink Title Company | CTIC – Chicago Title Insurance Company |

## Available Discounts

**DISASTER LOANS (CTIC, CLTIC, FNTIC)**
The charge for a Lender's Policy  (Standard or Extended coverage) covering the financing or refinancing by an owner of record, within twenty-four (24) months of the date of a declaration of a disaster area by the government of the United States or the State of California on any land located in said area, which was partially or totally destroyed in the disaster, will be fifty percent (50%) of the appropriate title insurance rate.

**CHURCHES OR CHARITABLE NON-PROFIT ORGANIZATIONS (CTIC, FNTIC)**
On properties used as a church or for charitable purposes within the scope of the normal activities of such entities, provided said charge is normally the church's obligation the charge for an owner's policy shall be fifty percent (50%) to seventy percent (70%) of the appropriate title insurance rate, depending on the type of coverage selected. The charge for a lender's policy shall be forty (40%) to fifty percent (50%) of the appropriate title insurance rate, depending on the type of coverage selected.

## ATTACHMENT ONE (Revised 05-06-16)

### CALIFORNIA LAND TITLE ASSOCIATION
### STANDARD COVERAGE POLICY – 1990

### EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1. (a)  Any law, ordinance or governmental regulation (including but not limited to building or zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien, or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.

   (b)  Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.

2. Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.

3. Defects, liens, encumbrances, adverse claims or other matters:

   (a)  whether or not recorded in the public records at Date of Policy, but created, suffered, assumed or agreed to by the insured claimant;

   (b)  not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy;

   (c)  resulting in no loss or damage to the insured claimant;

   (d)  attaching or created subsequent to Date of Policy; or

   (e)  resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the insured mortgage or for the estate or interest insured by this policy.

4. Unenforceability of the lien of the insured mortgage because of the inability or failure of the insured at Date of Policy, or the inability or failure of any subsequent owner of the indebtedness, to comply with the applicable doing business laws of the state in which the land is situated.

5. Invalidity or unenforceability of the lien of the insured mortgage, or claim thereof, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law.

6. Any claim, which arises out of the transaction vesting in the insured the estate of interest insured by this policy or the transaction creating the interest of the insured lender, by reason of the operation of federal bankruptcy, state insolvency or similar creditors' rights laws.

### EXCEPTIONS FROM COVERAGE - SCHEDULE B, PART I

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

1. Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records.
   Proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the public records.

2. Any facts, rights, interests, or claims which are not shown by the public records but which could be ascertained by an inspection of the land or which may be asserted by persons in possession thereof.

3. Easements, liens or encumbrances, or claims thereof, not shown by the public records.

4. Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.

5. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b) or (c) are shown by the public records.

6. Any lien or right to a lien for services, labor or material not shown by the public records.

### CLTA HOMEOWNER'S POLICY OF TITLE INSURANCE (12-02-13)
### ALTA HOMEOWNER'S POLICY OF TITLE INSURANCE

### EXCLUSIONS

In addition to the Exceptions in Schedule B, You are not insured against loss, costs, attorneys' fees, and expenses resulting from:

1. Governmental police power, and the existence or violation of those portions of any law or government regulation concerning:

   a.  building;

   b.  zoning;

   c.  land use;

   d.  improvements on the Land;

   e.  land division; and

   f.  environmental protection.
   This Exclusion does not limit the coverage described in Covered Risk 8.a., 14, 15, 16, 18, 19, 20, 23 or 27.

2. The failure of Your existing structures, or any part of them, to be constructed in accordance with applicable building codes. This Exclusion does not limit the coverage described in Covered Risk 14 or 15.

3. The right to take the Land by condemning it.  This Exclusion does not limit the coverage described in Covered Risk 17.

4. Risks:

   a.  that are created, allowed, or agreed to by You, whether or not they are recorded in the Public Records;

   b.  that are Known to You at the Policy Date, but not to Us, unless they are recorded in the Public Records at the Policy Date;

© California Land Title Association. All rights reserved.
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

c.   that result in no loss to You; or

d.   that first occur after the Policy Date - this does not limit the coverage described in Covered Risk 7, 8.e., 25, 26, 27 or 28.

5.   Failure to pay value for Your Title.

6.   Lack of a right:

a.   to any land outside the area specifically described and referred to in paragraph 3 of Schedule A; and

b.   in streets, alleys, or waterways that touch the Land.

This Exclusion does not limit the coverage described in Covered Risk 11 or 21.

7.   The transfer of the Title to You is invalid as a preferential transfer or as a fraudulent transfer or conveyance under federal bankruptcy, state insolvency, or similar creditors' rights laws.

8.   Contamination, explosion, fire, flooding, vibration, fracturing, earthquake, or subsidence.

9.   Negligence by a person or an Entity exercising a right to extract or develop minerals, water, or any other substances.

## LIMITATIONS ON COVERED RISKS

Your insurance for the following Covered Risks is limited on the Owner's Coverage Statement as follows:

• For Covered Risk 16, 18, 19, and 21 Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.

The deductible amounts and maximum dollar limits shown on Schedule A are as follows:

|  | Your Deductible Amount | Our Maximum Dollar Limit of Liability |
|---|---|---|
| Covered Risk 16: | 1.00% of Policy Amount Shown in Schedule A or $2,500.00 (whichever is less) | $ 10,000.00 |
| Covered Risk 18: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $ 25,000.00 |
| Covered Risk 19: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $ 25,000.00 |
| Covered Risk 21: | 1.00% of Policy Amount Shown in Schedule A or $2,500.00 (whichever is less) | $ 5,000.00 |

## 2006 ALTA LOAN POLICY (06-17-06)

### EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy, and the Company will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1.   (a)   Any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting, or relating to

(i)   the occupancy, use, or enjoyment of the Land;

(ii)   the character, dimensions, or location of any improvement erected on the Land;

(iii)   the subdivision of land; or

(iv)   environmental protection;

or the effect of any violation of these laws, ordinances, or governmental regulations. This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5.

(b)   Any governmental police power. This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 6.

2.   Rights of eminent domain. This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.

3.   Defects, liens, encumbrances, adverse claims, or other matters

(a)   created, suffered, assumed, or agreed to by the Insured Claimant;

(b)   not Known to the Company, not recorded in the Public Records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;

(c)   resulting in no loss or damage to the Insured Claimant;

(d)   attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 11, 13 or 14); or

(e)   resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Insured Mortgage.

4.   Unenforceability of the lien of the Insured Mortgage because of the inability or failure of an Insured to comply with applicable doing-business laws of the state where the Land is situated.

5.   Invalidity or unenforceability in whole or in part of the lien of the Insured Mortgage that arises out of the transaction evidenced by the Insured Mortgage and is based upon usury or any consumer credit protection or truth-in-lending law.

6.   Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction creating the lien of the Insured Mortgage, is

(a)   a fraudulent conveyance or fraudulent transfer, or

(b)   a preferential transfer for any reason not stated in Covered Risk 13(b) of this policy.

7.   Any lien on the Title for real estate taxes or assessments imposed by governmental authority and created or attaching between Date of Policy and the date of recording of the Insured Mortgage in the Public Records.  This Exclusion does not modify or limit the coverage provided under Covered Risk 11(b).

The above policy form may be issued to afford either Standard Coverage or Extended Coverage. In addition to the above Exclusions from Coverage, the Exceptions from Coverage in a Standard Coverage policy will also include the following Exceptions from Coverage:

### EXCEPTIONS FROM COVERAGE

{Except as provided in Schedule B - Part II,{ t{or T}his policy does not insure against loss or damage, and the Company will not pay costs, attorneys' fees or expenses, that arise by reason of:

Attachment One – CA (Rev. 05-06-16)                                                                                                          Page 2

© California Land Title Association. All rights reserved.
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

**{PART I**

{The above policy form may be issued to afford either Standard Coverage or Extended Coverage. In addition to the above Exclusions from Coverage, the Exceptions from Coverage in a Standard Coverage policy will also include the following Exceptions from Coverage:

1.  (a) Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records; (b) proceedings by a public agency  that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.
2.  Any facts, rights, interests, or claims that are not shown by the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by  persons in possession of the Land.
3.  Easements, liens or encumbrances, or claims thereof, not shown  by the Public Records.
4.  Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records.
5.  (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the Public Records.
6.  Any lien or right to a lien for services, labor or material not shown by the Public Records.}

**PART II**

In addition to the matters set forth in Part I of this Schedule, the Title is subject to the following matters, and the Company insures against loss or damage sustained in the event that they are not subordinate to the lien of the Insured Mortgage:}

# 2006 ALTA OWNER'S POLICY (06-17-06)

## EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy, and the Company will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1.  (a)  Any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting, or relating to
    (i)    the occupancy, use, or enjoyment of the Land;
    (ii)   the character, dimensions, or location of any improvement erected on the Land;
    (iii)  the subdivision of land; or
    (iv)   environmental protection;
    or the effect of any violation of these laws, ordinances, or governmental regulations. This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5.
    (b)  Any governmental police power. This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 6.
2.  Rights of eminent domain. This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.
3.  Defects, liens, encumbrances, adverse claims, or other matters
    (a)  created, suffered, assumed, or agreed to by the Insured Claimant;
    (b)  not Known to the Company, not recorded in the Public Records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;
    (c)  resulting in no loss or damage to the Insured Claimant;
    (d)  attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 9 and 10); or
    (e)  resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Title.
4.  Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction vesting the Title as shown in Schedule A, is
    (a)  a fraudulent conveyance or fraudulent transfer; or
    (b)  a preferential transfer for any reason not stated in Covered Risk 9 of this policy.
5.  Any lien on the Title for real estate taxes or assessments imposed by governmental authority and created or attaching between Date of Policy and the date of recording of the deed or other instrument of transfer in the Public Records that vests Title as shown in Schedule A.

The above policy form may be issued to afford either Standard Coverage or Extended Coverage. In addition to the above Exclusions from Coverage, the Exceptions from Coverage in a Standard Coverage policy will also include the following Exceptions from Coverage:

## EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage, and the Company will not pay costs, attorneys' fees or expenses,  that arise by reason of:

{The above policy form may be issued to afford either Standard Coverage or Extended Coverage. In addition to the above Exclusions from Coverage, the Exceptions from Coverage in a Standard Coverage policy will also include the following Exceptions from Coverage:

1.  (a) Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records; (b) proceedings by a public agency  that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.
2.  Any facts, rights, interests, or claims that are not shown in the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.
3.  Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.
4.  Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and that are not shown by the Public Records.
5.  (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the Public Records.
6.  Any lien or right to a lien for services, labor or material not shown by the Public Records. }
7.  {Variable exceptions such as taxes, easements, CC&R's, etc. shown here.}

---

Attachment One – CA (Rev. 05-06-16)                                                                                                    Page 3
© **California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

**ALTA EXPANDED COVERAGE RESIDENTIAL LOAN POLICY – ASSESSMENTS PRIORITY (04-02-15)**

**EXCLUSIONS FROM COVERAGE**

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1.  (a)  Any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting, or relating to
    (i)   the occupancy, use, or enjoyment of the Land;
    (ii)  the character, dimensions, or location of any improvement erected on the Land;
    (iii) the subdivision of land; or
    (iv)  environmental protection;
    or the effect of any violation of these laws, ordinances, or governmental regulations. This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5, 6, 13(c), 13(d), 14 or 16.
    (b)  Any governmental police power. This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 5, 6, 13(c), 13(d), 14 or 16.
2.  Rights of eminent domain. This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.
3.  Defects, liens, encumbrances, adverse claims, or other matters
    (a)  created, suffered, assumed, or agreed to by the Insured Claimant;
    (b)  not Known to the Company, not recorded in the Public Records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;
    (c)  resulting in no loss or damage to the Insured Claimant;
    (d)  attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 11, 16, 17, 18, 19, 20, 21, 22, 23, 24, 27 or 28); or
    (e)  resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Insured Mortgage.
4.  Unenforceability of the lien of the Insured Mortgage because of the inability or failure of an Insured to comply with applicable doing-business laws of the state where the Land is situated.
5.  Invalidity or unenforceability in whole or in part of the lien of the Insured Mortgage that arises out of the transaction evidenced by the Insured Mortgage and is based upon usury, or any consumer credit protection or truth-in-lending law. This Exclusion does not modify or limit the coverage provided in Covered Risk 26.
6.  Any claim of invalidity, unenforceability or lack of priority of the lien of the Insured Mortgage as to Advances or modifications made after the Insured has Knowledge that the vestee shown in Schedule A is no longer the owner of the estate or interest covered by this policy. This Exclusion does not modify or limit the coverage provided in Covered Risk 11.
7.  Any lien on the Title for real estate taxes or assessments imposed by governmental authority and created or attaching subsequent to Date of Policy. This Exclusion does not modify or limit the coverage provided in Covered Risk 11(b) or 25.
8.  The failure of the residential structure, or any portion of it, to have been constructed before, on or after Date of Policy in accordance with applicable building codes.  This Exclusion does not modify or limit the coverage provided in Covered Risk 5 or 6.
9.  Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction creating the lien of the Insured Mortgage, is
    (a)  a fraudulent conveyance or fraudulent transfer, or
    (b)  a preferential transfer for any reason not stated in Covered Risk 27(b) of this policy.
10. Contamination, explosion, fire, flooding, vibration, fracturing, earthquake, or subsidence.
11. Negligence by a person or an Entity exercising a right to extract or develop minerals, water, or any other substances.

**© California Land Title Association. All rights reserved.**
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.



This map/plat is being furnished as an aid in locating the herein described Land in relation to adjoining streets, natural boundaries and other land, and is not a survey of the land depicted.

**Fidelity National Title Company**

5000 Van Nuys Blvd., Suite 500, Sherman Oaks, CA 91403
Phone: (818) 881-7800   ●   Fax: (818) 776-8528

### STATEMENT OF INFORMATION
### CONFIDENTIAL INFORMATION FOR YOUR PROTECTION

Escrow No.:   **00369276-994-VNO-1AW**                    Title No.:

Completion of this statement expedites your application for title insurance, as it assists in establishing identity, eliminating matters affecting persons with similar names and avoiding the use of fraudulent or forged documents. Complete all blanks (please print) or indicate "none" or "N/A". If more space is needed for any item(s), use the reverse side of the form. Each party (and spouse/domestic partner, if applicable) to the transaction should personally sign this form.

## NAME AND PERSONAL INFORMATION

Date of Birth:_____

First Name                Middle/Maiden Name (if none, indicate)        Last Name

Home Phone: _____        Business Phone: _____        Birthplace:_____

Cell Phone: _____        Fax: _____        Email: _____

Social Security No.: _____        Driver's License No.: _____

List any other name you have used or been known by: _____

State of residence: _____        I have lived continuously in the U.S.A. since _____

Are you currently married? _____   **IF YES, COMPLETE THE FOLLOWING INFORMATION:**

   Date and place of marriage: _____

   Spouse: _____        Date of Birth:_____

        First Name        Middle/Maiden Name (if none, indicate)        Last Name

   Home Phone: _____        Business Phone: _____        Birthplace: _____

   Cell Phone: _____        Fax:_____        Email: _____

   Social Security No.: _____        Driver's License No.: _____

   List any other name you have used or been known by: _____

   State of residence: _____        I have lived continuously in the U.S.A. since _____

Are you currently a registered domestic partner? _____   **IF YES, COMPLETE THE FOLLOWING INFORMATION:**

   Domestic Partner: _____        Date of Birth:_____

        First Name        Middle/Maiden Name (if none, indicate)        Last Name

   Home Phone: _____        Business Phone: _____        Birthplace: _____

   Cell Phone: _____        Fax: _____        Email: _____

   Social Security No.: _____        Driver's License No.: _____

   List any other name you have used or been known by: _____

   State of residence: _____        I have lived continuously in the U.S.A. since _____

## CHILDREN

Child Name: _____   Date of Birth: _____   Child Name: _____   Date of Birth: _____

Child Name: _____   Date of Birth: _____   Child Name: _____   Date of Birth: _____

(if more space is required, use reverse side of form)

## RESIDENCES (LAST 10 YEARS)

| Number & Street | City | From (date) to (date) |
|---|---|---|
| | | |
| Number & Street | City | From (date) to (date) |

(if more space is required, use reverse side of form)

## OCCUPATIONS/BUSINESSES (LAST 10 YEARS)

| Firm or Business Name | Address | From (date) to (date) |
|---|---|---|
| | | |
| Firm or Business Name | Address | From (date) to (date) |

(if more space is required, use reverse side of form)

## SPOUSE'S/DOMESTIC PARTNER'S OCCUPATIONS/BUSINESSES (LAST 10 YEARS)

| Firm or Business Name | Address | From (date) to (date) |
|---|---|---|

| Firm or Business Name | Address | From (date) to (date) |
|---|---|---|

(if more space is required, use reverse side of form)

### PRIOR MARRIAGE(S)

Any prior marriages for either spouse? _____   **IF YES, COMPLETE THE FOLLOWING INFORMATION:**

Prior spouse's (Party A) name: _____   Prior Spouse of Party A: _____

Marriage ended by:   ☐   Death   ☐   Divorce   Date of Death/Divorce: _____

Prior spouse's (Party B) name: _____   Prior Spouse of Party B: _____

Marriage ended by:   ☐   Death   ☐   Divorce   Date of Death/Divorce: _____

(if more space is required, use reverse side of form)

### PRIOR DOMESTIC PARTNERSHIP(S)

Any prior domestic partnerships for either person? _____   **IF YES, COMPLETE THE FOLLOWING INFORMATION:**

Prior partner's name: _____   Prior Partner: _____

Partnership ended by:☐ Death ☐ Dissolution ☐ Nullification ☐ Termination Date of Death/Dissolution/etc.:_____

Prior partner's name: _____   Prior Partner: _____

Partnership ended by:☐ Death ☐ Dissolution ☐ Nullification ☐ Termination Date of Death/Dissolution/etc.:_____

(if more space is required, use reverse side of form)

### INFORMATION ABOUT THE PROPERTY

Buyer intends to reside on the property in this transaction:   ☐   Yes   ☐   No

### OWNER TO COMPLETE THE FOLLOWING ITEMS

Street Address of Property in this transaction: _____

The land is  ☐   unimproved; or improved with a structure of the following type: ☐  A Single or 1-4 Family  ☐  Condo Unit  ☐  Other

Improvements, remodeling or repairs to this property have been made within the past six (6) months: ☐  Yes ☐  No

If yes, have all costs for labor and materials arising in connection therewith been paid in full?   ☐   Yes ☐  No

Any current loans on property? _____   **IF YES, COMPLETE THE FOLLOWING INFORMATION:**

Lender: _____   Loan Amount: _____   Loan Account No.: _____

Lender: _____   Loan Amount: _____   Loan Account No.: _____

The undersigned declare, under penalty of perjury, that the foregoing is true and correct.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

_____   _____
Signature                                                                          Date

_____
Print Name

_____   _____
Signature                                                                          Date

_____
Print Name

**(NOTE:  IF APPLICABLE, BOTH SPOUSES/DOMESTIC PARTNERS MUST SIGN.)**

**THANK YOU.**

**Fidelity National Title Company**
5000 Van Nuys Blvd., Suite 500, Sherman Oaks, CA 91403
Phone: (818) 881-7800    ●    Fax: (818) 776-8528

## CREDIT LINE / EQUITY LINE OF CREDIT CLOSURE REQUEST

Date: _____

To: _____

_____

_____

_____

**Attention:**  Payoff Dept.
**Reference:**  Account/Loan # _____
**Property Address:**      Vacant land, Rancho Mirage, CA 92270

To Whom It May Concern:

Please accept this letter as a request to close/freeze the above-referenced credit line or equity line of credit as of this date.

I/We agree not to request any advances on this account on or after the date of this letter.

You will be receiving payment in full from the proceeds of our escrow transaction. Upon receipt of payoff, please send your Reconveyance or Release of Lien to:

**Fidelity National Title Company**
5000 Van Nuys Blvd., Suite 500
Sherman Oaks, CA 91403
Attn:  Albert Wassif
Ref:  00369276-994-1AW

Sincerely,

_____          _____

_____          _____

_____          _____

(All borrowers must sign)

REQ00001 (Rev. 12/5/2012)