| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM, #129271<br>NATHAN F. SMITH, #264635<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612<br>Phone: (949) 252-9400<br>Fax: (949) 252-1032<br>Email: bill@mclaw.org; nathan@mclaw.org<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Chapter 7 Trustee, A. Cisneros | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11556-TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR:**<br>CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT**<br>**(Specify name of Motion)**<br><br>DATE: 11/05/2024<br>TIME: 11:00 am<br>COURTROOM: Via Zoom Teleconference<br>PLACE: United States Bankruptcy Court<br>    411 West Fourth Street<br>    Santa Ana CA 92501 |

1. TO (*specify name*): __The Debtor, Debtor's Counsel and All Other Interested Parties_____

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)
   *\*\*THE PROPOSED BUYERS ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING THE 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); DECLARATIONS OF A. CISNEROS, BRIAN THOMPSON, DONALD T. FIFE, ANJU VERMA, AND RAJESH VERMA IN SUPPORT HEREOF*

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  10/14/2024

MALCOLM ♦ CISNEROS, A Law Corporation
Printed name of law firm

/s/ Nathan F. Smith
Signature

Nathan F. Smith
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9013-1.1.HEARING.NOTICE**

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

## TITLE OF MOTION:

CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYERS ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING THE 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); DECLARATIONS OF A. CISNEROS, BRIAN THOMPSON, DONALD T. FIFE, ANJU VERMA, AND RAJESH VERMA IN SUPPORT HEREOF

A complete copy of the Motion may be obtained upon request by contacting the Clerk's Office at the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana CA 92701; or by contacting the office of the Trustee's Counsel, Malcolm & Cisneros.

## MOTION SUMMARY

A. Cisneros ("Trustee"), Trustee for the bankruptcy estate of <u>Stonebridge Ventures, LLC ("Debtor")</u>, moves the Court for an order authorizing him to sell property of the bankruptcy estate located in the County of Riverside, State of California, and commonly known as 4 Makena Lane, Rancho Mirage, California 92270 ("Property") free and clear of liens.

The Trustee seeks Court authority to sell the Property to Anju and Rajesh Verma ("Buyer"), for the total purchase price of One Million-Four Hundred Thousand Dollars and 00/100 ($1,400,000) ("Purchase Price"), subject to Bankruptcy Court approval and overbids.

In Trustee's business judgment, the Property has a fair market value in the range of $1,400,000. As such, Trustee respectfully requests an order: (1) Authorizing him to sell the Property free and clear of liens; (2) Approving overbid procedures; (3) Approving Broker compensation; (4) Authorizing distribution of sale proceeds; (5) Determining that the proposed Buyer is a "Good Faith Purchaser" under § 363(m); and (6) Waiving the 14-day stay of FRBP 6004(h).

The sale of the Property is in the best interest of creditors and the Estate. In Trustee's business judgment, the Property has a fair market value of approximately $1,400,000. The sale of the Property to Anju and Rajesh Verma ("Buyer") is in the best interest of creditors and the Estate. Predicated on the granting of the Motion, and if no overbids are received, the Estate will receive net proceeds of approximately $151,160.08.

This case was commenced on September 9, 2022 with the filing of a skeletal petition under Chapter 11 of the Bankruptcy Code ("Petition").

On or about January 6, 2015, Debtor obtained title to the Property.

Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in the Property and 1, 4, and 7 Makena ("Transfers") to AB Capital LFD, Inc. ("AB LFD").

On September 23, 2022, Debtor and the Office of the United States Trustee ("OUST") entered into a stipulation to the appointment of a Chapter 11 Trustee based on inter alia the Transfers.

On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

Immediately upon his appointment, Trustee commenced negotiations to address the Transfers and effectuate the transfer of legal title to the Property and 1, 4, and 7 Makena back to the Estate.

Based on Trustee's negotiations with AB LFD, AB LFD quitclaimed its interest in the Property and 1, 4, and 7 Makena to the Estate. The deeds were recorded on October 25, 2022

On September 23, 2022, Debtor filed its Schedules but did not identify the Property in Schedule A.

In its Amended Schedule D, Debtor identified the following liens against the Property:
    a.    Alisa Arkenberg in the amount of $50,000;
    b.    Cory Sottek in the amount of $100,000;
    c.    Jaclyn Maduff in the amount of $50,000;
    d.    JloanCo, Inc. in the amount of $150,000;
    e.    Koonce Family Enterprise, LP in the amount of $300,000;
    f.    Las Palmas Group Retirement Trust in the amount of $100,000;
    g.    Linda T. Seckler-Rufkahr in the amount of $200,000;
    h.    Mainstar Trust Custodian in the amount of $75,000;
    i.    Marc Treitler in the amount of $300,000;
    j.    Mario Melillo in the amount of $100,0000; and
    k.    Noreen Kennedy in the amount of $100,000.

On December 21, 2022, Trustee filed a motion to sell 5 Makena. The motion was granted on February 7, 2022.

On January 11, 2023, Trustee filed a motion to sell 7 Makena. The motion was granted on February 10, 2023.

On January 30, 2023, Trustee filed a motion to sell 1 Makena. The motion was granted on March 3, 2023.

On June 13, 2023, Trustee filed a motion to sell 2 Makena. The motion was granted on August 9, 2023.

Trustee closed the sales of 5 Makena, 7 Makena, 1 Makena, and 2 Makena.

On March 15, 2023, Trustee filed an application to employ Brian Thompson ("Broker") as his real estate broker for the purposes of selling the Property. The application provided for a reduced commission of 6%, or 5% if Broker represented both parties in the transaction. The application was approved on March 16, 2023.

On March 10, 2023, Trustee filed a motion to convert the case to Chapter 7, which was granted on April 3, 2023.

On April 3, 2023, Trustee was appointed as the Chapter 7 Trustee of Debtor's Estate, a capacity in which he continues to serve.

On May 26, 2023, the Court entered an order authorizing the continued employment of Broker on the same terms as previously approved on March 16, 2023.

Trustee's Broker listed the Property on the Multiple Listing Services (MLS) on April 12, 2023 for $2,200,000.

On January 9, 2024, the listing price was lowered to $1,995,000.

On April 19, 2024, the listing price was lowered to $1,595,000.

On July 26, 2024, the listing price was lowered to $1,450,000.

| In re: | Chapter 7 |
|---|---|
| STONEBRIDGE VENTURES, LLC, | |
| | Case No. 8:22-bk-11556-TA |
| Debtor, | |

On September 12, 2024, Trustee received an all cash offer of $1,400,000 from Buyers, which was accepted subject to a Counteroffer on September 15, 2024. True and correct copies of the Residential Purchase Agreement and Counter-Offer ("Purchase Agreement") are attached to the Declaration of A. Cisneros, filed concurrently herewith ("Trustee Declaration") as Exhibit "1."

## SALE TERMS

Trustee has received and accepted, pending Bankruptcy Court approval, and is providing notice to creditors concurrently herewith, an offer from Buyer to purchase the Property, subject to overbids, for $1,400,000. A true and correct copy of the Residential Purchase Agreement and Counter-Offer (collectively referred to as the "Purchase Agreement") is attached to the Motion as Exhibit "1" which provides in part as follows:

- The Buyer has agreed to pay the Debtor's bankruptcy estate a total of $1,400,000. The Buyer has already tendered a $42,000 deposit to Trustee ("Buyers' Deposit").
- The sale shall close as quickly as possible, but not later than 30 days after entry of a Bankruptcy Court order approving the sale (or such time frame extended by the Trustee and the Buyers).
- The Property is being sold, "as is – where as," thus the Trustee is not making any representations, warranties, either express or implied, as to the Property's condition, uses (prior, present or future), or otherwise.
- The Trustee will convey title to Buyer via a Trustee's Quitclaim Deed.
- The Buyer is aware that this transaction is expressly conditioned on approval of the United States Bankruptcy Court for the Central District of California.
- The Trustee is selling the Property in his capacity as the Chapter 7 Trustee of the Debtor's bankruptcy estate and further, since the Property is property of the Debtor's bankruptcy estate, the resolution of any and all disputes between the Seller and the Buyers (or any overbidder) concerning the Property shall be resolved by the United States Bankruptcy Court for the Central District of California.

Trustee shall approve, in writing, all disbursements of sale proceeds. Escrow shall not be authorized to disburse any funds without Trustee's prior written approval. If the is unable to close escrow because of unknown title defects, because the liens and encumbrances exceed the amount known to Trustee, by being divested of title by the Court, or because the tax consequences of the sale are excessive, Buyer's sole damages shall be limited to a refund of its deposit less escrow and bond charges.

## SALE FREE AND CLEAR OF LIENS

According to a Preliminary Title Report obtained by Trustee, the Property is encumbered by the following liens:
    a.    $34,339.92 in real property taxes owed to Riverside County; and
    b.    A first priority deed of trust in favor of Alisa Arkenberg ("Arkenberg"), Barry Nisen, Trustee of the Las Palmas Group Retirement Trust ("Nisen"), Al Melillo ("Melillo"), Cory Sottek ("Sottek"), Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust ("Maduff"), Jloan Co. ("Jloan"), Koonce Family Enterprises ("Koonce"), Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust ("Rufkahr"), Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust ("Walker"), Marc Treitler, Trustee of the Treitler Family Trust ("Treitler"), Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust ("Kennedy"), and Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust ("Blue") (Arkenberg, Nisen, Melillo, Sottek, Maduff, Jloan, Koonce, Rufkahr, Walker, Treitler, Kennedy, and Blue are collectively referred to herein as "Investors") in the original, principal amount of $1,575,000.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

The Trustee seeks authority to sell the Property "free and clear of any interest in such property of an entity..." Section 363(f) allows such a sale if any of the five following conditions are met:

(1)    applicable nonbankruptcy law permits sale of such property free and clear of such interest;
(2)    such entity consents;
(3)    such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
(4)    such interest is in bona fide dispute; or
(5)    such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f). Section 363(f) is written in the disjunctive, such that satisfaction of any one of the five conditions is sufficient to allow Trustee to sell property of the estate free and clear of liens. In re Gerwer, 898 F.2d 730 (9th Cir. 1990). Trustee's sale of the Property satisfies § 363(f)(3) because the Property is being sold for $3,160,000, which exceeds the amount owed to Riverside County, Brentwood, and Renewable.

To the extent that any additional liens are discovered, Trustee proposes that the sale be approved free and clear of said liens pursuant to § 363(f), with same to attach to the proceeds of sale in the same order of priority, extent, and validity.

## PROPOSED OVERBID PROCEDURES

The Trustee proposes the following overbid procedures subject to Bankruptcy Court approval:

- Only Qualified Bidders may submit an overbid. A "Qualified Bidder" is one who provides a financial statement, credit report, and such business and banking references as are required in Trustee's reasonable discretion, sufficient to assure Trustee of the bidder's ability (based on availability of financing, experience or other conditions) to consummate the purchase of the Property, and one who can consummate the purchase of the Property on the same terms and conditions, other than price, as those proposed in the Offer.
- Each bid must be received by Trustee and his counsel no later than 2 business days prior to the hearing.
- The initial overbid must exceed the Offer by a minimum of $10,000. Therefore, the first overbid must be at least $1,410,000. Each subsequent bid must then be in increments of at least $5,000.
- Each bid must be non-contingent, and on the same terms and conditions, other than price, as those proposed in the Purchase Agreement.
- Each bidder must match all terms and conditions of the Offer. Thus, an "earnest money" deposit of at least $42,000 must be made. Said deposit must be received by Trustee at 3403 10th Street, Suite 714, Riverside, California 92501 by no later than 2 business days prior to the hearing date. Said deposit must be in the form of a cashier's check or certified check.
- Should a bidder fail to timely close escrow, the $42,000 deposit is non-refundable. However, in the event that an overbidder becomes the successful purchaser, Buyers' deposit will be returned to them.
- In the event there are no overbids received by Trustee, Buyers shall, subject to Court approval, be deemed the successful bidders, and the Estate's right, title and interest in the Property shall be sold to Buyers for the sum of $1,400,000, as-is, where-as, without representations or warranties.

| In re:<br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor, | Chapter 7<br><br>Case No. 8:22-bk-11556-TA |
|---|---|

### BROKER COMPENSATION AND OTHER COSTS ASSOCIATED WITH THE SALE

On February 15 2023, Trustee filed an application to employ Brian Thompson of Winterstone Real Estate and Development as his real estate broker.  The application was approved on March 16, 2023.  On May 26, 2023, the Court authorized Trustee's continued employment of Broker on the same terms approved by the Court on March 16, 2023

The Trustee requests authorization to pay compensation for real estate broker services.  Trustee and Broker have agreed that Broker will be compensated at a commission of 6% of the purchase price or overbid.

In addition, the Trustee seeks authority for distribution of sale proceeds as follows:
      a)      For normal/customary escrow and closing costs, including 4% in broker commission;
      b)      Estimated $34,339.92 to Riverside County;
      c)      Estimated $1,102.500 to Investors;
      d)      $84,000 to Broker and Buyers' broker; and
      e)      Estimated closing costs of approximately $28,000.

### DETERMINATION OF GOOD FAITH PURCHASER

Trustee further seeks an Order determining that Buyer is a "good faith purchaser" under § 363(m), such that any appeal of the Order granting this Motion, even if successful, will not affect the validity of the sale unless a stay pending appeal is obtained.  Buyer participated in the negotiation of the Purchase Agreement.  Buyer is not an "insider" under § 101(31), in that neither Buyer nor its representative is a relative or general partner of Debtor, nor is Debtor a partner, director, officer, or person in control of Buyer.  There is no relationship between Trustee and Buyer, except that Broker represents both Trustee and Buyer in this transaction and Buyer also purchased 4 Makena from the Estate.  Thus, the proposed sale is an arms-length transaction and is in good faith.  See Buyer's Declarations filed herewith.

### WAIVER OF STAY PURSUANT TO RULE 6004(h)

The Trustee also requests that the Court waive the stay under the Federal Rules of Bankruptcy Procedure, 6004(h).  Time is of the essence because Buyer is able to close within 30 days of entry of the order approving this Motion.

### BENEFIT TO THE ESTATE

The sale of the Property as proposed herein will generate estimated net proceeds in the amount calculated as follows:

| Estimated Equity Analysis | |
|---|---:|
| Offer Received | $1,400,000 |
| Property Taxes – Riverside County | Estimated ($34,339.92) |
| First Priority Deed of Trust – Investors (per Stipulation) | Estimated ($1,102,500) |
| Broker Commissions (6%) | ($84,000) |
| Estimated Costs of Sale (2%) | ($28,000) |
| **Net Proceeds the Estate** | **$151,160.08** |

The Trustee's accountant, Donald T. Fife, CPA, has determined the only potential tax consequence to the Estate will not result in any income tax or capital gains tax to Debtor.  However, Debtor may be subject to the California Gross Receipts tax, which is approximately $6,000.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2112 Business Center Drive, 2nd Floor, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID *** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/14/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OFFICE OF U.S. TRUSTEE: United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com
CHAPTER 7 TRUSTEE: Arturo Cisneros (TR) acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 10/14/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660
***PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED BUYERS ARE "GOOD FAITH PURCHASERS" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING THE 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); DECLARATIONS OF A. CISNEROS, BRIAN THOMPSON, DONALD T. FIFE, ANJU VERMA, AND RAJESH VERMA IN SUPPORT HEREOF

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/14/2024 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9013-1.1.HEARING.NOTICE**

**SECTION 1 CONT.**
NOTICE: Robert M Aronson     robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian     jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Ethan Friedman     ethan.friedman@fnf.com
NOTICE: Nicholas W Gebelt     ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser     michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt     hewittesq@yahoo.com, 5063741420@filings.docketbird.com
NOTICE: Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin     zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
NOTICE: W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows     david@davidwmeadowslaw.com
NOTICE: Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com
NOTICE: Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver     ADS@asarverlaw.com
NOTICE: Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Christopher P. Walker     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

**SECTION 2 CONT.**

AB Capital, LFD, Inc.
~~15 Corporate Plaza, Suite 200~~
~~Ryan Young~~
~~Newport Beach, CA 92260~~
Forward to:
870 Roosevelt
Irvine CA 92620-3663

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
~~42-600 Cook Street, Suite 210~~
~~Palm Desert, CA 92211~~
07.22.2024 – forward to
44901 Village Court Ste B
Palm Desert CA 92260-3814

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

**SECTION 2 CONT.**

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Cory Sottek
640 Altamira Court
Vista, CA 92081

Jaclyn Maduff
2128 Duxbury Circle
Los Angeles, CA 90034

JloanCo, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Linda T. Seckler-Rufkahr, Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

Mario Melillo
1300 Adams Ave, #28A
Costa Mesa CA 92626

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

Riverside County Tax Collector
Adelina Abril
4080 Lemon St, 4th Floor
Riverside CA 92501

Riverside County Tax Collector
Matt Jennings Treasurer-Tax Collect
4080 Lemon Street, 1st Floor
Riverside, CA 92501

**SECTION 2 CONT.**
17 Properties I, LLC
30855 Olympic Place
Laguna Niguel, CA 92677-3085

AB Capital Fund B, LLC
~~15 Corporate Plaza Drive, Suite 200~~
~~Newport Beach, CA 92660~~
08.30.2024 forward time expired:
870 Roosevelt
Irvine CA 92620-3663

AB Capital, LLC
~~Attn: Officer, Director or Managing Agent~~
~~15 Corporate Plaza Drive, Suite 200~~
~~Newport Beach, CA 92660~~
08.30.2024 forward time expired:
870 Roosevelt
Irvine CA 92620-3663

Andrew D. & Karen L. Hermann Trust
dated 3/25/09
3860 Fuchsia Circle
Seal Beach, CA 90740

Baiocchi Family Limited Partnershi
~~c/o Lenders T.D. Service, Inc.~~
~~24422 Avenida De La Carlota, #280~~
~~Laguna Hills, CA 92653~~
*06.26.2024 forward:*
*23151 Verdugo Drive, Ste 205*
*Laguna Hills CA 92653-1343*

Baiocchi Family, LP
600 Hudson Lane
Aptos, CA 95003

Brad Bunten
9241 Copenhaver Drive
Potomac, MD 20854

Brad Bvnten
9241 Copenhaver Drive
Potomac, MD 20854

Brentwood Finance Comany LLC
Attn: Officer, Director or Managing Agent
180 S. Spruce Avenue, Suite l55
South San Francisco, CA 94080

California Department of Tax and
Fee Administration Special Ops
MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Darryl Lewis and Sanna Akhtanova
c/o Polis & Associates
Attn: Thomas J. Polis
19800 MacArthur Blvd., Ste. 1000
Irvine, CA 92612

~~Darryl Lewis and Sanna Akhtanova~~
~~301 N. Palm Canyon Drive Suite 103-395~~
~~Palm Springs, CA 92262~~
*07.22.2024 – return to sender, not deliverable as*
*addressed, unable to forward*

Employment Development Department
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001

~~Forge Trust Company CFBO~~
~~Donald Suskind IRA~~
~~1160 Industrial Road~~
~~41 San Carlos, CA 94070~~
*10/11/2023 – Return to sender, vacant, unable*
*to forward*

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Garcia Rainey Blank & Bowerbank LLP
Attorneys for Darryl Lewis & Sanna Akhta
695 Town Center Drive, Suite 540
Costa Mesa, CA 92626

Geoffrey P. Field, Trustee of the
Geoffrey P. Field Living Trust
2100 Camino Vida Roble, Suite A
Carlsbad, CA 92011

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Ira M. Hermann/ The Hermann Family Trust
1 Lucca
Laguna Niguel, CA 92677

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

Jean Himmelstein, Trustee of the
Jeannette Himmelstein Living Trust
10100 Galaxy Way, #2240
Los Angeles, CA 90067

Jeffrey McNutt
6311 Sierra Elena Roas
Irvine, CA 92603

Lenders T.D. Service, Inc.
~~24422 Avenida De La Carlota, #280~~
~~Laguna Hills, CA 92653~~
*06.26.2024 forward:*
*23151 Verdugo Drive, Ste 205*
*Laguna Hills CA 92653-1343*

Luna Construction Management, LLC
~~Attn: Officer, Director or Managing Agent~~
~~501 S. Olive Street~~
~~Anaheim, CA 92805~~
08.30.2024 forward time expired:
PMB 180
3857 Birch Street
Newport Beach CA 92660-2616

Mary Jo Blue
~~18124 Wedge Parkway #530~~
~~Reno, NV 89511~~
2343 Iron Square Drive
Reno, NV 89521

~~Renewable Farms~~
~~Attn: Officer, Director or Managing Agent~~
~~2604 N. Tustin Avenue, Unit F~~
~~Santa Ana, CA 92705~~
*03/30/2023 – return to sender, attempted not known, unable to forward*

Renewable Farms
c/o FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808

Richard A. Marshack
Chapter 7 Trustee of the Bank
870 Roosevelt
Irvine, CA 92620

Richard W. Walker
214 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Richter Wright
Attn: James D. Friedman
32 Burning Tree Road
Newport Beach, CA 92660

Robert Justin Enquist
7722 Drake Ridge
Kalamazoo, MI 49009

State of California
Franchise Tax Board Bankruptcy Section MS
A340 PO Box 2952
Sacramento, CA 95812-2952

Summer Shaw, Esq.
SHAW & HANOVER, PC
~~42-600 Cook Street, Suite 210~~
~~Palm Desert, CA 92211~~
*06.26.2024 forward:*
*44901 Village Court, Ste B*
*Palm Desert CA 92260-3814*

~~The Burrill Trust~~
~~156 Wadsworth Avenue~~
~~Santa Monica, CA 90405~~
*08.12.2024 return to sender, not deliverable as addressed, unable to forward*

Treitler Family Trust
c/o Marc Treitler Trustee
Marc Treitler
9950 Scrippslake Drive #101
San Diego CA 92131

William R. Enquist Jr.
4014 Calle Louisa
San Clemente, CA 92672

Zinda T. Seckler-Rufkahrr
Trustee of The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Joel Levine
~~PO Box 389~~
~~Calpella CA 95418~~
3780 King Ranch Road
Ukiah, CA 95482

Aaron Flora
468 S. Coate Road,
Orange CA 92869