WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**STIPULATION REGARDING SALE OF PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(f)(2) AND TREATMENT OF LIENS**<br><br>**[4 Makena Lane, Rancho Mirage, California 92270]** |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTOR, DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES:**

This stipulation ("Stipulation"), regarding the sale of 4 Makena Lane, Rancho Mirage, California 92270 [Accessor's Parcel Number 682-031-004] ("Property"), is entered into by and between A. Cisneros ("Trustee"), Chapter 7 Trustee for the bankruptcy estate ("Estate") of Stonebridge Ventures, LLC ("Debtor"), Alisa Arkenberg ("Arkenberg"), Barry Nisen, Trustee of the Las Palmas Group Retirement Trust ("Nisen"), Al Melillo ("Melillo"), Cory Sottek ("Sottek"), Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust ("Maduff"), Jloan Co. ("Jloan"), Koonce Family Enterprises ("Koonce"), Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust ("Rufkahr"), Mary Jo Blue

for Richard Walker, custodian of the Mainstar Trust ("Walker"), Marc Treitler, Trustee of the Treitler Family Trust ("Treitler"), Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust ("Kennedy"), and Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust ("Blue") (Arkenberg, Nisen, Melillo, Sottek, Maduff, Jloan, Koonce, Rufkahr, Walker, Treitler, Kennedy, and Blue are collectively referred to herein as "Investors" and along with Trustee as the "Parties"), is made upon the following terms and conditions:

## I.

## **RECITALS**

1. On or about January 6, 2015, Debtor obtained title to the Property via a Grant Deed.

2. On October 25, 2021, a deed of trust, in the original principal amount of $1,575,000 was recorded against the Property ("DOT"). A true and correct copy of the DOT is attached hereto as Exhibit "A."

3. According to the DOT, the beneficiaries of the DOT, and their respective interests in it, are as follows:

    a. Arkenberg: $50,000;
    b. Sottek: $100,000;
    c. Maduff: $50,000;
    d. Jloan: $150,000;
    e. Koonce: $300,000;
    f. Nisen: $100,000;
    g. Rufkahr: $200,000;
    h. Walker: $75,000;
    i. Treitler: $300,000;
    j. Melillo: $100,000;
    k. Kennedy: $100,000; and
    l. Blue: $50,000.

4. This case was commenced on September 9, 2022, with the filing of a petition under Chapter 11 of the Bankruptcy Code ("Petition").

5. Prior to the filing of the Petition, on or about September 1, 2022, Debtor transferred its interest in the Property to AB Capital via a Grant Deed ("Transfer").

6. On September 23, 2022, Debtor and the Office of the Untied States Trustee entered into a stipulation to the appointment of a Chapter 11 Trustee.

7. On September 29, 2022, Trustee was appointed as the Chapter 11 Trustee of the Estate.

8. Immediately upon his appointment, Trustee, through the Firm, commenced negotiations to address the Transfer and effectuate the transfer of legal title to the Property back to the Estate.

9. Based on Trustee's negotiations with AB LFD, AB LFD quitclaimed its interest in the Property to the Estate, and the conveyance has been recorded.

10. On March 10, 2023, Trustee filed a motion to convert the case to Chapter 7, which was granted on April 3, 2023.

11. On March 15, 2023, Trustee filed an application to employ Brian Thompson of Winterstone Realty ("Broker") as his real estate broker for the purposes of marketing and sale of the Property, which was granted on April 6, 2023.

12. On April 3, 2023, Trustee was appointed as the Chapter 7 Trustee of Debtor's Estate, a capacity in which he continues to serve.

13. On April 12, 2023, the Property was listed for sale for $2,200,000.

14. On May 3, 2023, Trustee filed a notice of continued employment of the Broker. An order authorizing the continued employment of the Broker was entered on May 12, 2023.

15. On January 9, 2024, the list price of the Property was reduced to $1,995,000.

16. On April 19, 2024, the list price of the Property was reduced to $1,595,000.

17. On July 26, 2024, the list price of the Property was reduced to $1,450,000.

18. On September 12, 2024, Trustee received an all-cash, non-contingent offer from Anju and Rajesh Verma to purchase the Property for $1,400,000, which Trustee accepted subject to overbid and Court approval.

19. The Property is in unfinished condition, and the structure upon it currently consists of a slab foundation and some support beams.

///

20. In order to facilitate the sale of the Property and provide for a return to unsecured creditors, the Parties have reached an agreement regarding the sale of the Property free and clear of the DOT and treatment thereof.

## II.

## STIPULATION

**NOW, THEREFORE,** the Parties stipulate and agree to the following terms, subject to Bankruptcy Court approval:

1. Trustee will file a Motion to Sell the Property to Buyers, subject to overbid.

2. Investors agree to accept 70% of their respective interests in the DOT in full satisfaction of the DOT and any claims that they may have against the Estate. Thus, if Buyers are the successful purchasers of the Property for $1,400,000, Investors will be entitled to the following payments from the sale proceeds:

    a. Arkenberg: $35,000;
    b. Sottek: $70,000;
    c. Maduff: $35,000;
    d. Jloan: $105,000;
    e. Koonce: $210,000;
    f. Nisen: $70,000;
    g. Rufkahr: $140,000;
    h. Walker: $52,500;
    i. Treitler: $210,000;
    j. Melillo: $70,000;
    k. Kennedy: $70,000; and
    l. Blue: $35,000.

3. In the event that the Property is sold for an amount in excess of $1,400,000, Investors shall be entitled to 50% of any such overbid, after deduction of broker compensation, with such additional amount to be divided among Investors based on their respective interests in the DOT, and the Estate shall be entitled to retain the other 50%.

4. Trustee shall provide for direct payments to Investors from escrow in his Motion to Sell.

5. Investors shall not oppose Trustee's Motion to Sell the Property to Buyers.

6. Arkenberg, Nisen, Sottek, Rufkahr, Walker, Treitler, Kennedy, and Blue shall withdraw their respective proofs of claim within twenty-one (21) days of their receipt of the payments required by paragraphs 2-3 *supra*.

DATED: September 27, 2024

_____
Alisa Arkenberg

DATED: September ___, 2024

_____
Barry Nisen, as Trustee of the Las Palmas Group Retirement Trust

DATED: September ___, 2024

_____
Al Melillo

DATED: September ___, 2024

_____
Cory Sottek

DATED: September ___, 2024

_____
Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust

Stipulation                    5

4.      Trustee shall provide for direct payments to Investors from escrow in his Motion to Sell.

5.      Investors shall not oppose Trustee's Motion to Sell the Property to Buyers.

6.      Arkenberg, Nisen, Sottek, Rufkahr, Walker, Treitler, Kennedy, and Blue shall withdraw their respective proofs of claim within twenty-one (21) days of their receipt of the payments required by paragraphs 2-3 *supra*.

DATED: September ___, 2024

_____
Alisa Arkenberg

DATED: September ___, 2024

_____
Barry Nisen, as Trustee of the Las Palmas Group Retirement Trust

DATED: September ___, 2024

_____
Al Melillo

DATED: September ___, 2024

_____
Cory Sottek

DATED: September ___, 2024

_____
Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust

4. Trustee shall provide for direct payments to Investors from escrow in his Motion to Sell.

5. Investors shall not oppose Trustee's Motion to Sell the Property to Buyers.

6. Arkenberg, Nisen, Sottek, Rufkahr, Walker, Treitler, Kennedy, and Blue shall withdraw their respective proofs of claim within twenty-one (21) days of their receipt of the payments required by paragraphs 2-3 *supra*.

DATED: September ___, 2024

_____
Alisa Arkenberg

DATED: September ___, 2024

_____
Barry Nisen, as Trustee of the Las Palmas Group Retirement Trust

DATED: September ___, 2024

*/s/ Al Melillo*
_____
Al Melillo

DATED: September ___, 2024

_____
Cory Sottek

DATED: September ___, 2024

_____
Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust

Stipulation    5

4.     Trustee shall provide for direct payments to Investors from escrow in his Motion to Sell.

5.     Investors shall not oppose Trustee's Motion to Sell the Property to Buyers.

6.     Arkenberg, Nisen, Sottek, Rufkahr, Walker, Treitler, Kennedy, and Blue shall withdraw their respective proofs of claim within twenty-one (21) days of their receipt of the payments required by paragraphs 2-3 *supra*.

DATED: September ___, 2024

_____
Alisa Arkenberg

DATED: September ___, 2024

_____
Barry Nisen, as Trustee of the Las Palmas Group Retirement Trust

DATED: September ___, 2024

_____
Al Melillo

DATED: September 27, 2024

_____
Cory Sottek

DATED: September ___, 2024

_____
Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust

Stipulation      5

4. Trustee shall provide for direct payments to Investors from escrow in his Motion to Sell.

5. Investors shall not oppose Trustee's Motion to Sell the Property to Buyers.

6. Arkenberg, Nisen, Sottek, Rufkahr, Walker, Treitler, Kennedy, and Blue shall withdraw their respective proofs of claim within twenty-one (21) days of their receipt of the payments required by paragraphs 2-3 *supra*.

DATED: September ___, 2024

_____
Alisa Arkenberg

DATED: September ___, 2024

_____
Barry Nisen, as Trustee of the Las Palmas Group Retirement Trust

DATED: September ___, 2024

_____
Al Melillo

DATED: September ___, 2024

_____
Cory Sottek

DATED: September 26, 2024

*[signature: Jaclyn Maduff, Trustee]*
Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust

Stipulation                               5

DATED: September ___, 2024

_____
Jloan Co.

By: JOEL LEVINE

Its: PRESIDENT

DATED: September ___, 2024

_____
Koonce Family Enterprises

By: Julie Koonce

Its: General Manager

DATED: September ___, 2024

_____
Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust

DATED: September ___, 2024

_____
Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust

DATED: September ___, 2024

_____
Marc Treitler, Trustee of the Treitler Family Trust

Stipulation    6

1  DATED: September ___, 2024

3  _____
   Jloan Co.
4  By: _____

5  Its: _____

7  DATED: ~~September ___, 2024~~
8  10/23/24

   _____
9  Koonce Family Enterprises

10 By: Julie Koonce

11 Its: General Manager

13 DATED: September ___, 2024

15 _____
16 Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust

17 DATED: September ___, 2024

19 _____
   Mary Jo Blue for Richard Walker, custodian
20 of the Mainstar Trust

22 DATED: September ___, 2024

24 _____
   Marc Treitler, Trustee of the Treitler Family Trust

Stipulation                    6

1 | DATED: September ___, 2024

Jloan Co.

By: _____

Its: _____

7 | DATED: September ___, 2024

Koonce Family Enterprises

By: <u>Julie Koonce</u>

Its: <u>General Manager</u>

13 | DATED: September 30, 2024

_____
Linda ~~Suekler-Rufkahm~~, Trustee of the Rufkahr Family Trust SECKLER LR
RUFKAHR LR

17 | DATED: September ___, 2024

_____
Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust

21 | DATED: September ___, 2024

_____
Marc Treitler, Trustee of the Treitler Family Trust

Stipulation                              6

```
 1  DATED: September ___, 2024
 2
 3                                                  Jloan Co.
 4                                                  By: _____
 5                                                  Its: _____
 6
 7  DATED: September ___, 2024
 8
 9                                                  Koonce Family Enterprises
10                                                  By: Julie Koonce
11                                                  Its: General Manager
12
13  DATED: September ___, 2024
14
15                                                  _____
16                                                  Linda Suckler-Rufkahm, Trustee of the Rufkahr Family
                                                    Trust
17  DATED: ~~September~~ OCTOBER 18, 2024
18                                                  [signature]
19                                                  _____
                                                    Premier Trust, Inc. Successor Co-Trustee of
20                                                  the Richard W. Walker Survivor's Trust
                                                    By: Mary Tallent-Stewart
21                                                  Vice President and Trust Officer
22  DATED: September ___, 2024
23
24                                                  _____
                                                    Marc Treitler, Trustee of the Treitler Family Trust
25
26
27
28

    Stipulation                                6
```

1 | DATED: September ___, 2024

Jloan Co.

By: _____

Its: _____

7 | DATED: September ___, 2024

Koonce Family Enterprises

By: <u>Julie Koonce</u>

Its: <u>General Manager</u>

13 | DATED: September ___, 2024

_____
Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust

17 | DATED: September ___, 2024

_____
Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust

21 | DATED: September 26, 2024

*/s/ Marc Treitler/*
_____
Marc Treitler, Trustee of the Treitler Family Trust

Stipulation

6

1 | DATED: September 26, 2024

_____
Noreen Kennedy, Trustee of the Noreen Kay Kennedy
Separate Property Trust

6 | DATED: September ___, 2024

_____
Mary Jo Blue, Trustee of The 2004 Mary Jo Blue
Revocable Trust

10 | DATED: September 26, 2024

Chapter 7 Trustee

_____
A. Cisneros

1 | DATED: September ___, 2024

_____
Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust

6 | DATED: September 27, 2024

/s/ Mary Jo Blue
_____
Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust

10 | DATED: September 26, 2024

Chapter 7 Trustee

/s/ A. Cisneros
_____
A. Cisneros

Stipulation

7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION REGARDING SALE OF PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(f)(2) AND TREATMENT OF LIENS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 30, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**OFFICE OF THE U.S. TRUSTEE: United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com; ecf.alert+Cisneros@titlexi.com**
**CHAPTER 7 TRUSTEE: Arturo Cisneros (TR)     acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 30, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **October 30, 2024** | **Diep Quach** | **/s/ Diep Quach** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONT.**
NOTICE: Robert M Aronson     robert@aronsonlawgroup.com, info@aronsonlawgroup.com; robert@ecf.inforuptcy.com; r55297@notify.bestcase.com
NOTICE: James C Bastian     jbastian@shulmanbastian.com
NOTICE: Arturo Cisneros     arturo@mclaw.org, CACD_ECF@mclaw.org
NOTICE: Ethan Friedman     ethan.friedman@fnf.com
NOTICE: Nicholas W Gebelt     ngebelt@goodbye2debt.com
NOTICE: Michael J Hauser     michael.hauser@usdoj.gov
NOTICE: Christopher Hewitt     hewittesq@yahoo.com, 5063741420@filings.docketbird.com
NOTICE: Rika Kido     rkido@shulmanbastian.com, avernon@shulmanbastian.com
NOTICE: Zi Chao Lin     zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com; thomas.fawkes@tuckerellis.com; jason.ben@tuckerellis.com; Motunrayo.Akinmurele@tuckerellis.com
NOTICE: William Malcolm     bill@mclaw.org, cvalenzuela@mclaw.org
NOTICE: Richard A Marshack     rmarshack@marshackhays.com, lbuchananmh@ecf.courtdrive.com; rmarshack@ecf.courtdrive.com; alinares@ecf.courtdrive.com
NOTICE: W. Derek May     wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: David W. Meadows     david@davidwmeadowslaw.com
NOTICE: Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
NOTICE: Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com, jfisher@raineslaw.com
NOTICE: Lee S Raphael     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
NOTICE: Timothy M Ryan     tryan@theryanfirm.com, ecf@theryanfirm.com
NOTICE: Allan D Sarver     ADS@asarverlaw.com
NOTICE: Summer M Shaw     ss@shaw.law, shawsr70161@notify.bestcase.com; shawsr91811@notify.bestcase.com
NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
NOTICE: Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
NOTICE: Diana Torres-Brito     dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
NOTICE: Christopher P. Walker     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com; r57253@notify.bestcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| **SECTION 2 CONT.**<br>AB Capital, LFD, Inc.<br>~~15 Corporate Plaza, Suite 200~~<br>~~Ryan Young~~<br>~~Newport Beach, CA 92260~~<br>Forward to:<br>870 Roosevelt<br>Irvine CA 92620-3663 | Koonce Family Enterprise, LP<br>Barbara Holt, Advisor<br>517 E. Calle Laureles<br>Santa Barbara, CA 93105 |

SECTION 2 CONT.
AB Capital, LFD, Inc.
~~15 Corporate Plaza, Suite 200~~
~~Ryan Young~~
~~Newport Beach, CA 92260~~
Forward to:
870 Roosevelt
Irvine CA 92620-3663

Motunrayo D Akinmurele
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Brentwood Finance Company, LLC
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Joseph Colangelo
15 Corporate Plaza, Suite 200
Ryan Young
Newport Beach, CA 92260

Shaw & Hanover, PC
~~42-600 Cook Street, Suite 210~~
~~Palm Desert, CA 92211~~
07.22.2024 – forward to
44901 Village Court Ste B
Palm Desert CA 92260-3814

Brian Thompson
Winterstone Real Estate Development
23792 Rockfield Blvd., Ste. 101
Lake Forest, CA 92630

Alisa Arkenberg
7933 E. Baker Drive
Scottsdale, AZ 85266

Cory Graham Sottek
640 Altamira Court
Vista, CA 92081

Jaclyn Maduff, Trustee of the
Jaclyn Maduff Family Trust
2128 Duxbury Circle
Los Angeles, CA 90034

JLoanco, Inc.
Attn: Officer, Director or Managing Agent
3780 King Ranch Road
Ukiah, CA 95482

Koonce Family Enterprise, LP
Barbara Holt, Advisor
517 E. Calle Laureles
Santa Barbara, CA 93105

Las Palmas Group Retirement Trust
Barry Nisen, Tru/tee
PO Box 90202
Santa Barbara, CA 93190

Linda T. Seckler-Rufkahr, Trustee of
The Rufkahr Family Trust
31661 Haute Court
Winchester, CA 92596

Richard W. Walker
2l4 West 9th Street
Onaga, KS 66521

Richard W. Walker
PO Box 420
Onaga, KS 66521

Mainstar Trust Custodian FBO
Richard W. Walker IRA
18124 Wedge Parkway, #530
Reno, NV 89511

Marc Treitler, Trustee of the
Treitler Family Trust
9950 Scripps Lake Drive, #101
San Diego, CA 92131

Al Melillo
*1300 Adams Ave, #28A*
*Costa Mesa CA 92626*

Noreen Kennedy, Trustee of the
Noreen Kay Kennedy Separate Prop Tr
3504 N. Sundown Lane
Oceanside CA 92056

Mary Jo Blue
2343 Iron Square Drive
Reno, NV 89521

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**