WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org



FILED & ENTERED

OCT 31 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

*Attorneys for Chapter 7 Trustee, A. Cisneros*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>　　　　　　Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION REGARDING SALE OF PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(f)(2) AND TREATMENT OF LIENS**<br><br>[4 Makena Lane, Rancho Mirage, California 92270] |

The Court, having read and considered the Stipulation between A. Cisneros ("Trustee"), Chapter 7 Trustee for the bankruptcy estate ("Estate") of Stonebridge Ventures, LLC ("Debtor"), Alisa Arkenberg ("Arkenberg"), Barry Nisen, Trustee of the Las Palmas Group Retirement Trust ("Nisen"), Al Melillo ("Melillo"), Cory Sottek ("Sottek"), Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust ("Maduff"), Jloan Co. ("Jloan"), Koonce Family Enterprises ("Koonce"), Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust ("Rufkahr"), Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust ("Walker"), Marc Treitler, Trustee of the Treitler Family Trust ("Treitler"), Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust ("Kennedy"), and Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust ("Blue") (Arkenberg, Nisen, Melillo, Sottek, Maduff, Jloan, Koonce, Rufkahr, Walker, Treitler, Kennedy, and Blue are collectively referred to herein

as "Investors" and along with Trustee as the "Parties") regarding Sale Of Property Free And Clear Of Liens Pursuant To 11 U.S.C. § 363(F)(2) And Treatment Of Liens (the "Stipulation") filed on October 30, 2024 as Docket Entry No. 354, and with good cause shown,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. If Anju and Rajesh Verma are the successful purchasers of the Property for $1,400,000, Investors will be entitled to the following payments from the sale proceeds:

    a. Alisa Arkenberg: $35,000;

    b. Cory Sottek: $70,000;

    c. Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust: $35,000;

    d. Jloan Co.: $105,000;

    e. Koonce Family Enterprises: $210,000;

    f. Barry Nisen, Trustee of the Las Palmas Group Retirement Trust: $70,000;

    g. Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust: $140,000;

    h. Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust: $52,500;

    i. Marc Treitler, Trustee of the Treitler Family Trust: $210,000;

    j. Al Melillo: $70,000;

    k. Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust: $70,000; and

    l. Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust: $35,000.

3. In the event that the Property is sold for an amount in excess of $1,400,000, Investors shall be entitled to 50% of any such overbid, after deduction of broker compensation, with such additional amount to be divided among Investors based on their respective interests in the Deed of Trust, and the Estate shall be entitled to retain the other 50%.

//

//

//

//

4. Investors shall not oppose Trustee's Motion to Sell the Property (Docket Entry No. 346) to Anju and Rajesh Verma.

5. Arkenberg, Nisen, Sottek, Rufkahr, Walker, Treitler, Kennedy, and Blue shall withdraw their respective proofs of claim within twenty-one (21) days of their receipt of the payments provided for in the Stipulation.

###

Date: October 31, 2024

*[signature]*

Theodor C. Albert
United States Bankruptcy Judge