United States Bankruptcy Court

Central District of California

In re:  Case No. 22-11556-TA

Stonebridge Ventures, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 3
Date Rcvd: Oct 31, 2024　　　　　　　Form ID: pdf042　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

**Recip ID　　　　　　Recipient Name and Address**
db　　　　　　　　+ Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024　　　　　　　　Signature:　　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

**Name　　　　　　　　　Email Address**

Allan D Sarver
    on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com

Allan D Sarver
    on behalf of Creditor Richard W Walker ADS@asarverlaw.com

Allan D Sarver
    on behalf of Creditor Allan D Sarver ADS@asarverlaw.com

Arturo Cisneros
    on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org CACD_ECF@mclaw.org

Arturo Cisneros (TR)
    acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com

Christopher Hewitt
    on behalf of Creditor Joseph Colangelo chris@hewittbankruptcy.com 5063741420@filings.docketbird.com

Case 8:22-bk-11556-TA    Doc 356    Filed 11/02/24    Entered 11/02/24 21:23:49    Desc
Imaged Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 31, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Christopher P. Walker
on behalf of Defendant Renewable Farms Inc. cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

David W. Meadows
on behalf of Creditor Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
on behalf of Defendant Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
on behalf of Counter-Claimant Brentwood Finance Company LLC david@davidwmeadowslaw.com

Diana Torres-Brito
on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Ethan Friedman
on behalf of Defendant Escrow Experts Inc ethan.friedman@fnf.com

Ethan Friedman
on behalf of Counter-Defendant Escrow Experts Inc. ethan.friedman@fnf.com

Hamid R Rafatjoo
on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

James C Bastian, Jr
on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael G Spector
on behalf of Interested Party Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael J Hauser
on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
on behalf of Counter-Defendant A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
on behalf of Defendant A Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
on behalf of Defendant Arturo Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
on behalf of Counter-Claimant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
on behalf of Interested Party Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt

District/off: 0973-8 User: admin Page 3 of 3
Date Rcvd: Oct 31, 2024 Form ID: pdf042 Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Rika Kido | on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Rika Kido | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com avernon@shulmanbastian.com |
| Robert M Aronson | on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com |
| Summer M Shaw | on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Debtor Stonebridge Ventures LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Darryl Lewis tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Plaintiff Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Defendant Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Creditor Joseph Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | on behalf of Counter-Defendant Joe Colangelo tom@polis-law.com paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy M Ryan | on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com ecf@theryanfirm.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| W. Derek May | on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com r48266@notify.bestcase.com |
| William Malcolm | on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org cvalenzuela@mclaw.org |
| Zi Chao Lin | on behalf of Creditor Brentwood Finance Company LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |
| Zi Chao Lin | on behalf of Defendant Brentwood Finance Company LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |

TOTAL: 53

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*



**FILED & ENTERED**

**OCT 31 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>Debtor. | Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION REGARDING SALE OF PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(f)(2) AND TREATMENT OF LIENS**<br><br>**[4 Makena Lane, Rancho Mirage, California 92270]** |

The Court, having read and considered the Stipulation between A. Cisneros ("Trustee"), Chapter 7 Trustee for the bankruptcy estate ("Estate") of Stonebridge Ventures, LLC ("Debtor"), Alisa Arkenberg ("Arkenberg"), Barry Nisen, Trustee of the Las Palmas Group Retirement Trust ("Nisen"), Al Melillo ("Melillo"), Cory Sottek ("Sottek"), Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust ("Maduff"), Jloan Co. ("Jloan"), Koonce Family Enterprises ("Koonce"), Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust ("Rufkahr"), Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust ("Walker"), Marc Treitler, Trustee of the Treitler Family Trust ("Treitler"), Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust ("Kennedy"), and Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust ("Blue") (Arkenberg, Nisen, Melillo, Sottek, Maduff, Jloan, Koonce, Rufkahr, Walker, Treitler, Kennedy, and Blue are collectively referred to herein

as "Investors" and along with Trustee as the "Parties") regarding Sale Of Property Free And Clear Of Liens Pursuant To 11 U.S.C. § 363(F)(2) And Treatment Of Liens (the "Stipulation") filed on October 30, 2024 as Docket Entry No. 354, and with good cause shown,

IT IS HEREBY ORDERED that**:**

1. The Stipulation is approved.

2. If Anju and Rajesh Verma are the successful purchasers of the Property for $1,400,000, Investors will be entitled to the following payments from the sale proceeds:

    a. Alisa Arkenberg: $35,000;

    b. Cory Sottek: $70,000;

    c. Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust: $35,000;

    d. Jloan Co.: $105,000;

    e. Koonce Family Enterprises: $210,000;

    f. Barry Nisen, Trustee of the Las Palmas Group Retirement Trust: $70,000;

    g. Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust: $140,000;

    h. Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust: $52,500;

    i. Marc Treitler, Trustee of the Treitler Family Trust: $210,000;

    j. Al Melillo: $70,000;

    k. Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust: $70,000; and

    l. Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust: $35,000.

3. In the event that the Property is sold for an amount in excess of $1,400,000, Investors shall be entitled to 50% of any such overbid, after deduction of broker compensation, with such additional amount to be divided among Investors based on their respective interests in the Deed of Trust, and the Estate shall be entitled to retain the other 50%.

//

//

//

//

4. Investors shall not oppose Trustee's Motion to Sell the Property (Docket Entry No. 346) to Anju and Rajesh Verma.

5. Arkenberg, Nisen, Sottek, Rufkahr, Walker, Treitler, Kennedy, and Blue shall withdraw their respective proofs of claim within twenty-one (21) days of their receipt of the payments provided for in the Stipulation.

###

Date: October 31, 2024

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge