WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*



FILED & ENTERED

NOV 15 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br>    Debtor. | Bankruptcy Case No. 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED PURCHASER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**<br><br>**[4 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-004]**<br><br>**Hearing:**<br>Date:  November 5, 2024<br>Time: 11:00 a.m.<br>Location: Zoom Teleconference |

The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the

Order

1

Sale of the Property Commonly Known as 4 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-004] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyers are "Good Faith Purchasers" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on November 5, 2024.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee, A. Cisneros. There were no other appearances and no opposition or other responses to the Motion were filed.

The Court, having read and considered the Motion and all papers and pleadings filed in connection therewith; having approved the proposed overbid procedures; having considered argument from the parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that**:**

1. Trustee's Motion is **GRANTED**;

2. The property subject to this Order is commonly known as 4 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-004] ("Property"). A legal description of the Property is attached hereto as Exhibit "A";

3. The overbid procedures described in the Motion are approved;

4. Trustee is authorized, pursuant to § 363(b), to sell the Property to Anju and Rajesh Verma ("Buyer"), or their designated successor or successors in interest, for the purchase price of $1,400,000, with escrow to close within 30 days of the date of entry of this order;

5. The sale is free and clear of any and all liens and interests, including, but not limited to, the any liens and interests identified in the Preliminary Title Report attached hereto as Exhibit "B", and the following liens, pursuant to § 363(f):

    a. Approximately $34,339.92 in real property taxes owed to Riverside County;

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

2

Order

  b. A first priority deed of trust in favor of Alisa Arkenberg ("Arkenberg"), Barry Nisen, Trustee of the Las Palmas Group Retirement Trust ("Nisen"), Al Melillo ("Melillo"), Cory Sottek ("Sottek"), Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust ("Maduff"), Jloan Co. ("Jloan"), Koonce Family Enterprises ("Koonce"), Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust ("Rufkahr"), Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust ("Walker"), Marc Treitler, Trustee of the Treitler Family Trust ("Treitler"), Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust ("Kennedy"), and Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust ("Blue") (Arkenberg, Nisen, Melillo, Sottek, Maduff, Jloan, Koonce, Rufkahr, Walker, Treitler, Kennedy, and Blue are collectively referred to herein as "Investors") recorded against the Property as document number 2021-206556 and 2021-629026.

  c. Any alleged lien or lien interest of any homeowner's association or common-interest development.

  d. Any alleged interest of AB Capital LFD, Inc.

6. The sale is free and clear of any and all other claims and interests, pursuant to § 363(f)(5);

7. The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone Real Estate and Development, in the amount of 6% of the overbid, is approved;

8. Trustee may pay real estate broker commission, real property taxes owed to Riverside County, and costs of sale from the sale proceeds, in the manner proposed in the Motion;

9. Trustee may pay Investors in the manner proposed in the Motion and the Stipulation between Trustee and Investors, which the Court previously approved;

10. Buyers are "good faith purchasers" under § 363(m);

11. If the sale to Buyers does not close within 30 days of entry of this Order, Buyers' $94,800 deposit shall be forfeited to Trustee;

12. Trustee is authorized to sign any and all documents necessary, and to undertake any

Order

3

non-material amendments and modifications necessary, to complete the sale of the Property and distribution of the proceeds of the sale, to the extent authorized by this Order, without further notice, hearing, or Court order; and

     13.    The 14-day stay of FRBP 6004(h) is hereby waived.

###

Date: November 15, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

Order

# EXHIBIT "A"

**The land referred to herein is situated in the State of California, County of Riverside, City of Rancho Mirage and described as follows:**

Lot 4 as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, recorded on November 8, 2007 in Book 427, Pages 1 through 6 inclusive of Maps, in the Office of the County Recorder of said County.

APN: 682-031-004

Order