United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 15, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | on behalf of Creditor Joseph Colangelo chris@hewittbankruptcy.com  5063741420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 15, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Christopher P. Walker
on behalf of Defendant Renewable Farms Inc. cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

David W. Meadows
on behalf of Creditor Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
on behalf of Defendant Brentwood Finance Company LLC david@davidwmeadowslaw.com

David W. Meadows
on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
on behalf of Counter-Claimant Brentwood Finance Company LLC david@davidwmeadowslaw.com

Diana Torres-Brito
on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com ecfcca@ecf.courtdrive.com

Diana Torres-Brito
on behalf of Debtor Stonebridge Ventures LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Ethan Friedman
on behalf of Defendant Escrow Experts Inc ethan.friedman@fnf.com

Ethan Friedman
on behalf of Counter-Defendant Escrow Experts Inc. ethan.friedman@fnf.com

Hamid R Rafatjoo
on behalf of Interested Party Qwan Capital LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
on behalf of Interested Party Qwan International Investments LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

James C Bastian, Jr
on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com cmartin@pralc.com

Michael G Spector
on behalf of Interested Party Renewable Farms Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael J Hauser
on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
on behalf of Plaintiff A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
on behalf of Counter-Defendant A. Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
on behalf of Defendant A Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
on behalf of Defendant Arturo Cisneros nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
on behalf of Counter-Claimant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
on behalf of Interested Party Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com |
| Nicholas W Gebelt | |
| | on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com |
| Richard A Marshack | |
| | on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Rika Kido | |
| | on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| Rika Kido | |
| | on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com |
| Robert M Aronson | |
| | on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com |
| Summer M Shaw | |
| | on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | |
| | on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Plaintiff Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Defendant Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Creditor Joseph Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Thomas J Polis | |
| | on behalf of Counter-Defendant Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com |
| Timothy M Ryan | |
| | on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| W. Derek May | |
| | on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com |
| William Malcolm | |
| | on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org |
| Zi Chao Lin | |
| | on behalf of Creditor Brentwood Finance Company  LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |
| Zi Chao Lin | |
| | on behalf of Defendant Brentwood Finance Company  LLC zi.lin@tuckerellis.com, kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com |

TOTAL: 53

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**NOV 15 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 8:22-bk-11556-TA |
| STONEBRIDGE VENTURES, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f); (2) APPROVING OVERBID PROCEDURES; (3) APPROVING BROKER COMPENSATION; (4) AUTHORIZING DISTRIBUTION OF SALE PROCEEDS; (5) DETERMINING THAT THE PROPOSED PURCHASER IS A "GOOD FAITH PURCHASER" UNDER 11 U.S.C. § 363(m); AND (6) WAIVING 14 DAY STAY IMPOSED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h)**<br><br>[4 Makena Lane, Rancho Mirage, California 92270 – Assessor's Parcel Number 682-031-004]<br><br>**Hearing:**<br>Date:  November 5, 2024<br>Time: 11:00 a.m.<br>Location: Zoom Teleconference |

The Chapter 7 Trustee's, A. Cisneros ("Trustee"), Motion for an Order: (1) Authorizing the

Order

1

Sale of the Property Commonly Known as 4 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-004] ("Property") Free And Clear of Liens and Interests Pursuant To 11 U.S.C. § 363(f)[1]; (2) Approving Overbid Procedures; (3) Approving Broker Compensation; (4) Authorizing Distribution of Sale Proceeds; (5) Determining that the Proposed Buyers are "Good Faith Purchasers" Under § 363(m); and (6) Waiving the 14-day stay of Federal Rule of Bankruptcy Procedure ("FRBP") 6004(h) ("Motion") came on for hearing before the Court on November 5, 2024.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee, A. Cisneros. There were no other appearances and no opposition or other responses to the Motion were filed.

The Court, having read and considered the Motion and all papers and pleadings filed in connection therewith; having approved the proposed overbid procedures; having considered argument from the parties, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that**:**

1. Trustee's Motion is **GRANTED**;

2. The property subject to this Order is commonly known as 4 Makena Lane, Rancho Mirage, California 92270 [APN: 682-031-004] ("Property"). A legal description of the Property is attached hereto as Exhibit "A";

3. The overbid procedures described in the Motion are approved;

4. Trustee is authorized, pursuant to § 363(b), to sell the Property to Anju and Rajesh Verma ("Buyer"), or their designated successor or successors in interest, for the purchase price of $1,400,000, with escrow to close within 30 days of the date of entry of this order;

5. The sale is free and clear of any and all liens and interests, including, but not limited to, the any liens and interests identified in the Preliminary Title Report attached hereto as Exhibit "B", and the following liens, pursuant to § 363(f):

    a. Approximately $34,339.92 in real property taxes owed to Riverside County;

---

[1] Unless otherwise indicated, all statutory references herein pertain to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

Order

2

    b.    A first priority deed of trust in favor of Alisa Arkenberg ("Arkenberg"), Barry Nisen, Trustee of the Las Palmas Group Retirement Trust ("Nisen"), Al Melillo ("Melillo"), Cory Sottek ("Sottek"), Jaclyn Maduff, Trustee of the Jaclyn Maduff Family Trust ("Maduff"), Jloan Co. ("Jloan"), Koonce Family Enterprises ("Koonce"), Linda Suckler-Rufkahm, Trustee of the Rufkahr Family Trust ("Rufkahr"), Mary Jo Blue for Richard Walker, custodian of the Mainstar Trust ("Walker"), Marc Treitler, Trustee of the Treitler Family Trust ("Treitler"), Noreen Kennedy, Trustee of the Noreen Kay Kennedy Separate Property Trust ("Kennedy"), and Mary Jo Blue, Trustee of The 2004 Mary Jo Blue Revocable Trust ("Blue") (Arkenberg, Nisen, Melillo, Sottek, Maduff, Jloan, Koonce, Rufkahr, Walker, Treitler, Kennedy, and Blue are collectively referred to herein as "Investors") recorded against the Property as document number 2021-206556 and 2021-629026.

    c.    Any alleged lien or lien interest of any homeowner's association or common-interest development.

    d.    Any alleged interest of AB Capital LFD, Inc.

6.    The sale is free and clear of any and all other claims and interests, pursuant to § 363(f)(5);

7.    The compensation of Trustee's Real Estate Broker, Brian Thompson of Winterstone Real Estate and Development, in the amount of 6% of the overbid, is approved;

8.    Trustee may pay real estate broker commission, real property taxes owed to Riverside County, and costs of sale from the sale proceeds, in the manner proposed in the Motion;

9.    Trustee may pay Investors in the manner proposed in the Motion and the Stipulation between Trustee and Investors, which the Court previously approved;

10.    Buyers are "good faith purchasers" under § 363(m);

11.    If the sale to Buyers does not close within 30 days of entry of this Order, Buyers' $94,800 deposit shall be forfeited to Trustee;

12.    Trustee is authorized to sign any and all documents necessary, and to undertake any

non-material amendments and modifications necessary, to complete the sale of the Property and distribution of the proceeds of the sale, to the extent authorized by this Order, without further notice, hearing, or Court order; and

    13.    The 14-day stay of FRBP 6004(h) is hereby waived.

###

Date: November 15, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

Order

**EXHIBIT "A"**

**The land referred to herein is situated in the State of California, County of Riverside, City of Rancho Mirage and described as follows:**

Lot 4 as shown on Map of Tract No. 33666, in the City of Rancho Mirage, County of Riverside, State of California, recorded on November 8, 2007 in Book 427, Pages 1 through 6 inclusive of Maps, in the Office of the County Recorder of said County.

APN: 682-031-004