WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

FILED & ENTERED

DEC 12 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: <br><br> STONEBRIDGE VENTURES, LLC, <br><br><br><br> Debtor. | Bankruptcy Case Number: 8:22-bk-11556-TA <br><br> Chapter 7 <br><br> **ORDER APPROVING CHAPTER 11 TRUSTEE'S FINAL REPORT AND ACCOUNT; APPROVING CHAPTER 11 TRUSTEE'S STATUTORY FEE; AND AUTHORIZATION TRUSTEE TO PAY REMAINING CHAPTER 11 ADMINISTRATIVE CLAIMS IN FULL** <br><br> <u>Hearing:</u> <br> Date: December 10, 2024 <br> Time: 11:00 a.m. <br> <u>Place</u>: Via Zoom Teleconference |

The Chapter 11 Trustee's, A. Cisneros ("Trustee"), Final Report and Account; Request for Approval of Trustee's Accounting; Request for Approval of Chapter 11 Trustee's Statutory Fee and Request for Approval and Authorization to Pay Remaining Chapter 11 Administrative Claims in Full;

("Motion") came on for hearing before the Court on December 10, 2024 at 11:00 a.m.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee, A. Cisneros, who also appeared. Michael Hauser appeared for the Office of the United States Trustee. There were no other appearances and no opposition or other responses to the Motion were filed.

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof, and no opposition being filed thereto,

**IT IS HEREBY ORDERED** that**:**

1. The Motion is GRANTED.

2. The Chapter 11 Trustee's Final Report and Account is APPROVED.

3. The Trustee's Chapter 11 Administrative Claim, in the amount of $167,567.49, is APPROVED and the Trustee is authorized to immediately pay such claim.

4. Malcolm ♦ Cisneros, A Law Corporation's Chapter 11 Administrative Claim, in the amount of $116,799.37, is APPROVED and Trustee is authorized to immediately pay such claim.

5. Hahn Fife & Company LLC's Chapter 11 Administrative Claim, in the amount of $240, is APPROVED and Trustee is authorized to immediately pay such claim.

6. The Trustee is authorized to immediately pay $28,525 to the Office of the United States Trustee in full satisfaction of its Chapter 11 Administrative Claim, filed on June 6, 2023 as Claim Register No. 10-1.

###

Date: December 12, 2024

Theodor C. Albert
United States Bankruptcy Judge