United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11556-TA |
| Stonebridge Ventures, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 12, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

**Recip ID**        **Recipient Name and Address**
db        + Stonebridge Ventures, LLC, 15 Corporate Plaza Drive, Suite 200, Newport Beach, CA 92660-7941

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allan D Sarver | |
| | on behalf of Creditor Mary Jo Blue ADS@asarverlaw.com |
| Allan D Sarver | |
| | on behalf of Creditor Richard W Walker ADS@asarverlaw.com |
| Allan D Sarver | |
| | on behalf of Creditor Allan D Sarver ADS@asarverlaw.com |
| Arturo Cisneros | |
| | on behalf of Trustee Arturo Cisneros (TR) arturo@mclaw.org  CACD_ECF@mclaw.org |
| Arturo Cisneros (TR) | |
| | acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Christopher Hewitt | |
| | on behalf of Creditor Joseph Colangelo chris@hewittbankruptcy.com  5063741420@filings.docketbird.com |

District/off: 0973-8                      User: admin                                    Page 2 of 3
Date Rcvd: Dec 12, 2024                   Form ID: pdf042                                 Total Noticed: 1

Christopher P. Walker
                    on behalf of Defendant Renewable Farms  Inc. cwalker@cpwalkerlaw.com,
                    lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

David W. Meadows
                    on behalf of Creditor Brentwood Finance Company  LLC david@davidwmeadowslaw.com

David W. Meadows
                    on behalf of Defendant Brentwood Finance Company  LLC david@davidwmeadowslaw.com

David W. Meadows
                    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
                    on behalf of Counter-Claimant Brentwood Finance Company  LLC david@davidwmeadowslaw.com

Diana Torres-Brito
                    on behalf of Creditor Baiocchi Family Limited Partnership at al dtorres-brito@pralc.com  ecfcca@ecf.courtdrive.com

Diana Torres-Brito
                    on behalf of Debtor Stonebridge Ventures  LLC dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com

Ethan Friedman
                    on behalf of Defendant Escrow Experts  Inc ethan.friedman@fnf.com

Ethan Friedman
                    on behalf of Counter-Defendant Escrow Experts  Inc. ethan.friedman@fnf.com

Hamid R Rafatjoo
                    on behalf of Interested Party Qwan Capital  LLC hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
                    on behalf of Interested Party Saman Jilanchi hrafatjoo@raineslaw.com  bclark@raineslaw.com,jfisher@raineslaw.com

Hamid R Rafatjoo
                    on behalf of Interested Party Qwan International Investments  LLC hrafatjoo@raineslaw.com,
                    bclark@raineslaw.com,jfisher@raineslaw.com

James C Bastian, Jr
                    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

Lee S Raphael
                    on behalf of Interested Party Courtesy NEF ecfcca@ecf.courtdrive.com  cmartin@pralc.com

Michael G Spector
                    on behalf of Interested Party Renewable Farms  Inc. mgspector@aol.com, mgslawoffice@aol.com

Michael J Hauser
                    on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

Nathan F Smith
                    on behalf of Plaintiff A. Cisneros nathan@mclaw.org
                    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
                    on behalf of Counter-Defendant A. Cisneros nathan@mclaw.org
                    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
                    on behalf of Defendant A Cisneros nathan@mclaw.org
                    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
                    on behalf of Defendant Arturo Cisneros nathan@mclaw.org
                    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nathan F Smith
                    on behalf of Trustee Arturo Cisneros (TR) nathan@mclaw.org
                    CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org

Nicholas W Gebelt
                    on behalf of Creditor Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
                    on behalf of Counter-Claimant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
                    on behalf of Defendant Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt
                    on behalf of Interested Party Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt

District/off: 0973-8                     User: admin                              Page 3 of 3
Date Rcvd: Dec 12, 2024                  Form ID: pdf042                          Total Noticed: 1

on behalf of Plaintiff Monika Jensen ngebelt@goodbye2debt.com

Nicholas W Gebelt

on behalf of Counter-Defendant Monika Jensen ngebelt@goodbye2debt.com

Richard A Marshack

on behalf of Interested Party Courtesy NEF rmarshack@marshackhays.com
lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Rika Kido

on behalf of Interested Party Richard A. Marshack rkido@shulmanbastian.com  avernon@shulmanbastian.com

Rika Kido

on behalf of Interested Party Courtesy NEF rkido@shulmanbastian.com  avernon@shulmanbastian.com

Robert M Aronson

on behalf of Creditor Monika Jensen robert@aronsonlawgroup.com
info@aronsonlawgroup.com;robert@ecf.inforuptcy.com;r55297@notify.bestcase.com

Summer M Shaw

on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw

on behalf of Debtor Stonebridge Ventures  LLC ss@shaw.law,
shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Thomas J Polis

on behalf of Creditor Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis

on behalf of Plaintiff Sanna Akhtanova tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis

on behalf of Creditor Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis

on behalf of Plaintiff Darryl Lewis tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis

on behalf of Plaintiff Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis

on behalf of Defendant Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis

on behalf of Creditor Joseph Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Thomas J Polis

on behalf of Counter-Defendant Joe Colangelo tom@polis-law.com  paralegal@polis-law.com;r59042@notify.bestcase.com

Timothy M Ryan

on behalf of Interested Party Courtesy NEF tryan@theryanfirm.com  ecf@theryanfirm.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

W. Derek May

on behalf of Interested Party Courtesy NEF wdmlaw17@gmail.com  r48266@notify.bestcase.com

William Malcolm

on behalf of Trustee Arturo Cisneros (TR) bill@mclaw.org  cvalenzuela@mclaw.org

Zi Chao Lin

on behalf of Creditor Brentwood Finance Company  LLC zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com

Zi Chao Lin

on behalf of Defendant Brentwood Finance Company  LLC zi.lin@tuckerellis.com,
kristin.mccarthy@tuckerellis.com;thomas.fawkes@tuckerellis.com;jason.ben@tuckerellis.com;Motunrayo.Akinmurele@tuckerellis.com


TOTAL: 53

WILLIAM G. MALCOLM, #129271
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: bill@mclaw.org; nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, A. Cisneros*

**FILED & ENTERED**

**DEC 12 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>STONEBRIDGE VENTURES, LLC,<br><br><br><br>Debtor. | Bankruptcy Case Number: 8:22-bk-11556-TA<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 11 TRUSTEE'S FINAL REPORT AND ACCOUNT; APPROVING CHAPTER 11 TRUSTEE'S STATUTORY FEE; AND AUTHORIZATION TRUSTEE TO PAY REMAINING CHAPTER 11 ADMINISTRATIVE CLAIMS IN FULL**<br><br>**Hearing:**<br>Date:  December 10, 2024<br>Time: 11:00 a.m.<br>Place: Via Zoom Teleconference |

The Chapter 11 Trustee's, A. Cisneros ("Trustee"), Final Report and Account; Request for Approval of Trustee's Accounting; Request for Approval of Chapter 11 Trustee's Statutory Fee and Request for Approval and Authorization to Pay Remaining Chapter 11 Administrative Claims in Full;

Order                                                                      1

("Motion") came on for hearing before the Court on December 10, 2024 at 11:00 a.m.

Nathan F. Smith of Malcolm ♦ Cisneros, A Law Corporation, appeared on behalf of the Trustee, A. Cisneros, who also appeared.  Michael Hauser appeared for the Office of the United States Trustee. There were no other appearances and no opposition or other responses to the Motion were filed.

The Court, having read and considered the Motion and all papers and pleadings filed in support thereof, and no opposition being filed thereto,

**IT IS HEREBY ORDERED** that**:**

1.	The Motion is GRANTED.

2.	The Chapter 11 Trustee's Final Report and Account is APPROVED.

3.	The Trustee's Chapter 11 Administrative Claim, in the amount of $167,567.49, is APPROVED and the Trustee is authorized to immediately pay such claim.

4.	Malcolm ♦ Cisneros, A Law Corporation's Chapter 11 Administrative Claim, in the amount of $116,799.37, is APPROVED and Trustee is authorized to immediately pay such claim.

5.	Hahn Fife & Company LLC's Chapter 11 Administrative Claim, in the amount of $240, is APPROVED and Trustee is authorized to immediately pay such claim.

6.	The Trustee is authorized to immediately pay $28,525 to the Office of the United States Trustee in full satisfaction of its Chapter 11 Administrative Claim, filed on June 6, 2023 as Claim Register No. 10-1.

###

Date: December 12, 2024

Theodor C. Albert
United States Bankruptcy Judge

Order                                                                    2